**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| **JAMIE S. FLANAGAN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | ) **Case No.: 17-CV-05060** |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

**COMES NOW** the Plaintiff, Jamie Sue Flanagan, by and through her counsel of record, Rick S. Vasquez, and Defendant, The Lincoln National Life Insurance Company, by and through its attorney of record Steven J. Silver and for their Joint Motion to Amend Scheduling Order state to the court as follows:

1. On or about November 2, 2017, the parties submitted a Joint Proposed Scheduling Order and the court in turn entered a Scheduling and Trial Order for Bench Trial on November 6, 2017.

2. The claim underlying this matter is an ERISA (Employment Retirement Income Security Act) claim filed by Plaintiff alleging she is entitled to long term disability benefits under a long term disability insurance plan maintained through her former employment. The claim is brought and governed by ERISA, Section 502(a)(1)(B).

3. An ERISA claim is a limited proceeding unlike most civil claims. ERISA cases are not evidentiary proceedings, but rather, a review proceeding, wherein the District Court acts as an appellate tribunal as to the action taken by the insurer in

1

determining eligibility of the plaintiff.  The court does not hear evidence but rather makes a determination as to the eligibility of the Plaintiff based on the evidence available to the administrators of the insurance plan at the time of its determination.  ERISA cases are resolved on cross dispositive motions and briefs in support thereof *Menz vs. Proctor & Gamble Health Care Plan*, 520 F.3d 865, 871 (8th Cir. 2008).

4.      Given the nature of this claim and the manner in which the law under ERISA sets forth the manner in which the case is to be adjudicated the Scheduling and Trial Order for Bench Trial is erroneous in this matter.

5.      Filed herewith is a Joint Proposed Scheduling Order which the parties have reviewed and agreed to, which in essence, sets forth that the parties shall file their respective dispositive motions and supporting briefs on or before August 31, 2018.  The parties respectfully request the court review this motion and the Joint Proposed Scheduling Order and enter an Amended Order reflecting the terms set forth in the Joint Proposed Scheduling Order.


/s/Rick S. Vasquez_____
Rick S. Vasquez, MO Bar #41317
Attorney for Plaintiff


/s/Steven J. Silver_____
Steven J. Silver
Attorney for Defendant

2