**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMIE S. FLANAGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.:  17-CV-05060 |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## JOINT REPORT AS TO THE STATUS OF DISCOVERY

**COMES NOW** the Plaintiff, Jamie Sue Flanagan, by and through her counsel of record, Rick S. Vasquez, and Defendant, The Lincoln National Life Insurance Company, by and through its attorney of record Steven J. Silver and hereby state to the court as follows:

1.     Section C(2) of the scheduling order provides:

 Prior to the close of discovery, the parties shall jointly file a status report
 Advising the Court of the status of discovery to include a description of all discovery completed, all discovery scheduled but not yet completed, all discovery at that time identified as necessary but not yet scheduled and all existing discovery disputes. These reports will be due on January 5, 2018; March 1, 2018.

2.     The parties herein have exchanged documents necessary to proceed herein and more formal discovery is not envisioned nor foreseen in this matter.  This case arises out of an ERISA long term disability dispute where the record consists of essentially the file and record maintained by the Defendant herein and the court in this matter is a reviewing body of the decision rendered by the Defendant in reviewing and determining eligibility of the long term disability benefit sought.

3.      Although not a Social Security disability claim, this case is adjudicated under

1

ERISA in a manner very similar to a Social Security disability appeal in that the parties will file dispositive motions and briefs in support of and opposition to the underlying claim.

4.      There are no discovery disputes in this matter.

The parties agree this document accurately reflects the status of discovery herein.


/s/Rick S. Vasquez_____                    /s/Steven J. Silver_____
Rick S. Vasquez, MO Bar #41317                Steven J. Silver
Attorney for Plaintiff                        Attorney for Defendant