**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAMIE S. FLANAGAN,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 3:17-CV-05060-MDH** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**DEFENDANT'S MOTION TO FILE OVERSIZED SUGGESTIONS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, The Lincoln National Life Insurance Company, moves this Court pursuant to Local Rule 7.0(d)(1) for an additional ten (10) pages for its Suggestions in Support of its Motion for Summary Judgment brief and states as follows:

1.      Lincoln's Motion for Summary Judgment brief is currently due on May 15, 2018.

2.      Lincoln needs to file a Suggestions in Support brief to address Plaintiff's claim for benefits pursuant to a group long-term disability ("LTD") policy Lincoln issued to Plaintiff Jamie Flanagan's former employer. Flanagan brings a claim for LTD benefits allegedly due pursuant to Section 502(a)(1)(B) of the Employee Retirement Income Security Act ("ERISA"). The brief will address the facts underlying her claim, as well as the standard of review, and applicable case law.

3.      ERISA benefits cases such as this constitute judicial review of a benefits determination, based on an administrative record.  Here, the record is in excess of 1,000 pages. Thus, Lincoln requires additional space to fully address the substantive and procedural issues set forth in the administrative record, and the applicable legal issues under ERISA. Though Lincoln

{W6689094.2}

has made every effort to lay out and analyze the issues efficiently, Lincoln requires additional pages in order to provide a thorough Suggestions in Support of Motion for Summary Judgment brief for the Court.

4. Plaintiff's counsel has been contacted with respect to this request and does not object.

## RELIEF REQUESTED

Defendant respectfully moves this Court for an order allowing it an additional ten (10) pages for its Suggestions in Support of Motion for Summary Judgment.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ AnnRene S. Braun
    AnnRene S. Braun    MO #67962
    4520 Main Street, Suite 400
    Kansas City, MO 64111
    816-410-2249
    816-471-1303 (*Facsimile*)
    annrene.braun@ogletree.com

        and

Steven J. Silver (*pro hac vice*)
PIERCE ATWOOD, LLP
254 Commercial Street
Portland, Maine 04101
207-791-1145
207-791-1350 (*Facsimile*)
ssilver@pierceatwood.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2018, I made service of the above on counsel of record by electronically filing said document with the Court's ECF system, which will effect service on all registered participants:

Rick S. Vasquez        MO #41317
LAW OFFICES OF RICK S. VASQUEZ
1736 E. Sunshine Street, Suite 103
Springfield, MO  65804
(417) 889-7735
(417) 889-7096 (*Facsimile*)
vasquezlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

By: /s/  AnnRene S. Braun
**ATTORNEY FOR DEFENDANT**

33693555.1