**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| JAMIE S. FLANAGAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No.: 17-CV-05060-MDH |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO FILE OVERSIZED SUGGESTIONS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Plaintiff, Jamie Sue Flanagan, by and through her counsel of record, Rick S. Vasquez, moves this Court pursuant to Local rule 7.0(d)(1) for an addition up to and including ten (10) pages for its Suggestions in Support of her Motion for Summary Judgment brief and states as follows:

1. Plaintiff's Motion for Summary Judgment brief is currently due on May 15, 2018.

2. Plaintiff's counsel needs to file Suggestions in Support brief to address Plaintiff's claim for benefits pursuant to a group long-term disability policy.

3. ERISA benefits cases such as this constitute judicial review of a benefits determination, based on administrative record. The record is in excess of 1,000 pages. Therefore, Plaintiff requires additional space to fully address the substantive and procedural issues set forth in the administrative record, and the applicable legal issues under ERISA.

4. Defendant's counsel has been contacted with respect to this request and does not object.

1

**RELIEF REQUESTED**

Plaintiff respectfully moves this Court for an Order allowing her an additional ten (10) pages for her Suggestions in Support of Motion for Summary Judgment.

Respectfully submitted,

By: /s/ Rick S. Vasquez
Rick S. Vasquez #41317
1736 E. Sunshine Suite 103
Springfield, Missouri 65804
417- 889-7735
417-889-7096 – Facsimile
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Comes now Plaintiff by and through counsel, Rick S. Vasquez, and hereby certifies that a true and accurate copy of Plaintiff's Suggestions in Support of her Motion for Summary Judgment brief was forwarded by electronic service via ECF this 10th day of May 2018, to the following:

Steven J. Silver
Attorney for Defendant
ssilver@pierceatwood.com

AnnRene S. Braun
Attorney for Defendant
Annrene.braun@ogletree.com

/s/ Rick S. Vasquez
Rick S. Vasquez #41317
1736 E. Sunshine Suite 103
Springfield, Missouri 65804
417- 889-7735
417-889-7096 – Facsimile
Attorney for Plaintiff

2