# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

JAMIE S. FLANAGAN,

               **Plaintiff,**

     **v.**

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

               **Defendant.**

Civil Action No.: 3:17-CV-05060-MDH

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant The Lincoln National Life Insurance Company ("Defendant") moves for summary judgment in its favor and against Plaintiff Jamie S. Flanagan ("Plaintiff") on all claims. Defendant refers the Court to its Suggestions in Support which has been filed contemporaneously with this Motion for its bases for summary judgment.

WHEREFORE, Defendant respectfully requests that this Court grant summary judgment in its favor and against Plaintiff on all claims, award its costs and attorneys' fees incurred herein, and grant such other and further relief as just and proper.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: /s/ AnnRene S. Braun
    AnnRene S. Braun    MO #67962
    4520 Main Street, Suite 400
    Kansas City, MO 64111
    816-410-2249
    816-471-1303 (*Facsimile*)
    annrene.braun@ogletree.com

          and

Steven J. Silver (*pro hac vice*)
PIERCE ATWOOD, LLP
254 Commercial Street
Portland, Maine 04101
207-791-1145
207-791-1350 (*Facsimile*)
ssilver@pierceatwood.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I made service of the above on counsel of record by electronically filing said document with the Court's ECF system, which will effect service on all registered participants:

Rick S. Vasquez        MO #41317
LAW OFFICES OF RICK S. VASQUEZ
1736 E. Sunshine Street, Suite 103
Springfield, MO  65804
(417) 889-7735
(417) 889-7096 (*Facsimile*)
vasquezlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

By: /s/  AnnRene S. Braun
　　**ATTORNEY FOR DEFENDANT**

34105295.1

2