## CT Lumbar Spine wo Contrast          FLANAGAN, JAMIE SUE - 5606724

* Final Report *

Result type:           CT Lumbar Spine wo Contrast
Result date:           15 October 2015 9:47
Result status:         Auth (Verified)
Result title:          CT Lumbar Spine wo Contrast Routine
Performed by:          Workman MD, Michael on 15 October 2015 11:37
Electronically Signed By: Workman MD, Michael on 20 October 2015 8:38
Encounter info:        880027702120, SNI Imaging, Referred Outpatient, 10/15/2015 - 10/16/2015

## * Final Report *

**Reason For Exam**

**CT Lumbar Spine wo Contrast**
CT Lumbar Spine wo Contrast   10/15/2015 9:47 AM

History:   35 years Female status post fusion with back and leg pain.

Findings:  L5 anterolisthesis measures 6 mm. Status post posterior lumbar interbody fusion L5-S1 with intact pedicle screws and posterior fixation rods. There is no evidence for hardware failure or loosening. Bone graft is confluent interbody and dorsolaterally. Widely decompressed thecal sac and neural foramen. No osseous stenosis. Contrast is present within the renal collecting system consistent with recent gadolinium contrast.

L4-5: Mild facet joint arthropathy bilaterally with small disk bulge/protrusion that is more focal in the left extraforaminal zone. No vertebral canal or right neuroforaminal stenosis. However there is contact of disc protrusion with exiting left L4 nerve root.

Disk height is normal T12-L4. No stenosis.


IMPRESSION LUMBAR SPINE:

1. PLIF L5-S1 without complicating feature and expected postoperative change.

2. Degenerative disk disease and spondylosis L4-5 with facet joint arthropathy and disk bulge/protrusion left subarticular and extraforaminal zone. There is contact with the exiting left L4 nerve root but no definite impingement.

Radiologist: Dr Michael Workman , 10/15/2015 11:37 AM / Edited by:  Linda 198003275 NTS_Heigl , 10/15/2015 11:44 AM

Electronically signed by: Dr Michael Workman  10/20/2015 8:38 AM

**Signature Line**
Radiologist   PhysiWorkman MD, Michael
Signed           10/20/15 08:38:02
(Electronic Signature)

## CT Lumbar Spine wo Contrast

FLANAGAN, JAMIE SUE - 5606724

* Final Report *

Transcriptionist     LMH
Technologist         LLM

**REPORT**
This document has an image

**Completed Action List:**
* Order by Mace MD, J Charles on 15 September 2015 9:41
* Perform by Marcum , Laura L on 15 October 2015 9:47
* VERIFY by Workman MD, Michael on 20 October 2015 8:38 Requested on 15 October 2015 11:44
* Endorse by Mace MD, J Charles on 30 October 2015 10:06

Printed by:     Finnegan MA, Shellsea
Printed on:     11/16/2015 9:26

Page 2 of 2
(End of Report)

Flanagan, Jamie S (MR # E140238803) DOB: ███████    Encounter Date: 12/09/2015

## Progress Notes

Jamie S Flanagan (MR# E140238803)

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Hopewell, Donald K, MD | Signed | Hopewell, Donald K, MD | 12/9/2015 12:28 PM |

**Progress Notes**

The patient is a 35-year-old who returns for followup at her request. There apparently is a problem with her private disability policy despite the fact that she has been granted social security disability. She discussed with me some their issues regarding their denial of her disability. They seemed to center around the fact that her physical examination is normal and that there has been fluctuation in her pain levels that had paralleled other physical problems or stress related issues. As we had discussed when these issues were clinically relevant I told her again that this is what happens to all human beings who have chronic medical problems ie that they fluctuate to some degree based on other physical or emotional stressors. They are at their best when these factors are absent and flare when these factors are present. We also discussed again that normal physical exams are common in patients with spine based pain issues. We spent approximately 20 minutes face-to-face discussing the issues. Unfortunately I don't think there is anything that I can do to sway opinion to of her insurance carrier. Overall her pain is doing reasonably well on her current regimen without complications. She'll return for routine followup in 3 months.

DK Hopewell M.D.

 **Lincoln Financial Group®**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

September 28, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:    Policyholder:  LESTER E COX MEDICAL CENTER
Policy Number: 00001015732600000
Claim Number: 1130226196
Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and benefits beyond 11/24/2015 **have been denied.**

The Policy issued to LESTER E COX MEDICAL CENTER contains, but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1.    During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2.    After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 11/24/2015.  After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations.  Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We evaluated current information from your physician(s), as well as other sources, including vocational information.  The documentation contained in your claim file includes the following:

- Office and treatment notes from Dr. Hopewell dated 10/08/2010 to 07/15/2015
- Office and treatment notes from Dr. Mace dated 09/19/2012
- Office and treatment notes from  Ozarks Pain Specialists dated 08/15/2013
- Attending Physician Statement completed by Dr. Hopewell on 11/17/2013
- Functional Capacity Exam completed by Nancy (Dickey) Beisswenger, OTR/L on 04/22/2014
- An Independent Peer Review completed on 06/09/2014 by Meghana Karande MD
- An Abilities Form completed by Dr. Hopewell on 04/21/2015

Dr. Hopewell Completed the Attending Physician Statement on 11/17/2013 on which he stated you had a diagnosis of post lami syndrome and spondylolisthesis. It was noted you had a failed lumbar fusion on 04/01/2011. The restrictions and limitations given were the inability to work without unlimited ability to rest and take breaks.

Dr. Hopewell saw you on 09/19/2013 for weakness in your legs. The exam was normal and no true motor deficits were found.

When you saw Dr. Hopewell on 01/20/2015 he stated you were doing reasonably well and the neurologic exam remained normal.

On 04/16/2015 when you saw. Dr Hopewell, you sated you were tired all the time on the amitriptyline. You reported a recent flare of lower back pain which caused dysesthesias more prominently in your feet than legs. This flare was due to prolonged car rides and personal stress.

On 06/03/2015 you reported another flare of pain following a fall. Dr. Hopewell felt it was an aggravation of an existing process and not a new one.

When you saw Dr. Hopewell on 07/15/2015 you reported that your pain was marginally controlled. The exam remained normal.

The file was sent for a review with Meghana C Karande MD, an independent physician reviewer Board Certified in Physical Medicine and Rehabilitation. The review was completed on 06/09/2014 and stated in part: "restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted."  The reviewer contacted Dr. Hopewell for clarification on the restrictions and limitations given on the claim form. Dr. Hope well said those restrictions and limitations were based off of what the claimant had told him.

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using The Dictionary of Occupation Titles as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 075.127-014 | Nurse, Consultant | $5341.00/mo | Sedentary |
| 2 .075.374-916 | Call Center Nurse | $5312.00/mo | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The jobs listed are found to exist within your area and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives; only that the occupations identified exist within the local labor market.

## Summary

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 11/24/2015. Your payment for benefits through 11/24/2015 is being sent under separate cover.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

## Appeal Rights

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

REF #875257

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:  LAW OFFICES OF RICK VASQUEZ
     ATTN: RICK VASQUEZ
     1736 EAST SUNSHINE STE 103
     SPRINGFIELD, MO 65804

**Machian, Mike**

| | |
|---|---|
| **From:** | Jamie Flanagan <jamieandjason0306@gmail.com> |
| **Sent:** | Thursday, October 01, 2015 8:23 AM |
| **To:** | Machian, Mike |
| **Subject:** | Payment and status of inquiry |

Mr. Machian,

This morning I received a payment in my checking account for $2038.32. I have not received any correspondence from Lincoln about what this is for and why I am receiving it. Could you please clarify for me?

Also, where are we at on the status of my my review? Thank you for your promptness. I appreciate all you do and have done for me.

Jamie Flanagan



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

September 29, 2015

RICK VASQUEZ
1736 EAST SUNSHINE   STE 103
SPRINGFIELD MO 65804

This page is for mailing purposes only. Please disregard.

©2013  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

September 28, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and benefits beyond 11/24/2015 **have been denied.**

The Policy issued to LESTER E COX MEDICAL CENTER contains, but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1.   During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2.   After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 11/24/2015.  After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations.  Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We evaluated current information from your physician(s), as well as other sources, including vocational information.  The documentation contained in your claim file includes the following:

- Office and treatment notes from Dr. Hopewell dated 10/08/2010 to 07/15/2015
- Office and treatment notes from Dr. Mace dated 09/19/2012
- Office and treatment notes from  Ozarks Pain Specialists dated 08/15/2013
- Attending Physician Statement completed by Dr. Hopewell on 11/17/2013
- Functional Capacity Exam completed by Nancy (Dickey) Beisswenger, OTR/L on 04/22/2014
- An Independent Peer Review completed on 06/09/2014 by Meghana Karande MD
- An Abilities Form completed by Dr. Hopewell on 04/21/2015

Dr. Hopewell Completed the Attending Physician Statement on 11/17/2013 on which he stated you had a diagnosis of post lami syndrome and spondylolisthesis. It was noted you had a failed lumbar fusion on 04/01/2011. The restrictions and limitations given were the inability to work without unlimited ability to rest and take breaks.

Dr. Hopewell saw you on 09/19/2013 for weakness in your legs. The exam was normal and no true motor deficits were found.

When you saw Dr. Hopewell on 01/20/2015 he stated you were doing reasonably well and the neurologic exam remained normal.

On 04/16/2015 when you saw. Dr Hopewell, you sated you were tired all the time on the amitriptyline. You reported a recent flare of lower back pain which caused dysesthesias more prominently in your feet than legs. This flare was due to prolonged car rides and personal stress.

On 06/03/2015 you reported another flare of pain following a fall. Dr. Hopewell felt it was an aggravation of an existing process and not a new one.

When you saw Dr. Hopewell on 07/15/2015 you reported that your pain was marginally controlled. The exam remained normal.

The file was sent for a review with Meghana C Karande MD, an independent physician reviewer Board Certified in Physical Medicine and Rehabilitation. The review was completed on 06/09/2014 and stated in part: "restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted."  The reviewer contacted Dr. Hopewell for clarification on the restrictions and limitations given on the claim form. Dr. Hope well said those restrictions and limitations were based off of what the claimant had told him.

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity.  The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met.  Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using The Dictionary of Occupation Titles as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 075.127-014 | Nurse, Consultant | $5341.00/mo | Sedentary |
| 2 .075.374-916 | Call Center Nurse | $5312.00/mo | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform.  The list is not all-inclusive and is only a sample of possibilities.  The jobs listed are found to exist within your area and are appropriate from the standpoint of adequate salary levels relative to your prior earnings.  NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives; only that the occupations identified exist within the local labor market.

**Summary**

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation.  Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 11/24/2015. Your payment for benefits through 11/24/2015 is being sent under separate cover.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim.  To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

REF #875257

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:   LAW OFFICES OF RICK VASQUEZ
       ATTN: RICK VASQUEZ
       1736 EAST SUNSHINE STE 103
       SPRINGFIELD, MO 65804

LIN00563



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

September 28, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
         Policy Number: 00001015732600000
         Claim Number: 1130226196
         Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and benefits beyond 11/24/2015 **have been denied.**

The Policy issued to LESTER E COX MEDICAL CENTER contains, but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1.   During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2.   After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 11/24/2015.  After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations.  Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We evaluated current information from your physician(s), as well as other sources, including vocational information. The documentation contained in your claim file includes the following:

- Office and treatment notes from Dr. Hopewell dated 10/08/2010 to 07/15/2015
- Office and treatment notes from Dr. Mace dated 09/19/2012
- Office and treatment notes from  Ozarks Pain Specialists dated 08/15/2013
- Attending Physician Statement completed by Dr. Hopewell on 11/17/2013
- Functional Capacity Exam completed by Nancy (Dickey) Beisswenger, OTR/L on 04/22/2014
- An Independent Peer Review completed on 06/09/2014 by Meghana Karande MD
- An Abilities Form completed by Dr. Hopewell on 04/21/2015

Dr. Hopewell Completed the Attending Physician Statement on 11/17/2013 on which he stated you had a diagnosis of post lami syndrome and spondylolisthesis. It was noted you had a failed lumbar fusion on 04/01/2011. The restrictions and limitations given were the inability to work without unlimited ability to rest and take breaks.

Dr. Hopewell saw you on 09/19/2013 for weakness in your legs. The exam was normal and no true motor deficits were found.

When you saw Dr. Hopewell on 01/20/2015 he stated you were doing reasonably well and the neurologic exam remained normal.

On 04/16/2015 when you saw. Dr Hopewell, you sated you were tired all the time on the amitriptyline. You reported a recent flare of lower back pain which caused dysesthesias more prominently in your feet than legs. This flare was due to prolonged car rides and personal stress.

On 06/03/2015 you reported another flare of pain following a fall. Dr. Hopewell felt it was an aggravation of an existing process and not a new one.

When you saw Dr. Hopewell on 07/15/2015 you reported that your pain was marginally controlled. The exam remained normal.

The file was sent for a review with Meghana C Karande MD, an independent physician reviewer Board Certified in Physical Medicine and Rehabilitation. The review was completed on 06/09/2014 and stated in part: "restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted." The reviewer contacted Dr. Hopewell for clarification on the restrictions and limitations given on the claim form. Dr. Hope well said those restrictions and limitations were based off of what the claimant had told him.

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity.  The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are sedentary if walking and standing are only required occasionaly (1-33%) and if all other sedentary criteria are met.  Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using The Dictionary of Occupation Titles as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 075.127-014 | Nurse, Consultant | $5341.00/mo | Sedentary |
| 2 .075.374-916 | Call Center Nurse | $5312.00/mo | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform.  The list is not all-inclusive and is only a sample of possibilities.  The jobs listed are found to exist within your area and are appropriate from the standpoint of adequate salary levels relative to your prior earnings.  NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives; only that the occupations identified exist within the local labor market.

### Summary

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation.  Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 11/24/2015. Your payment for benefits through 11/24/2015 is being sent under separate cover.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

### Appeal Rights

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim.  To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

REF #875257

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:  LAW OFFICES OF RICK VASQUEZ
     ATTN: RICK VASQUEZ
     1736 EAST SUNSHINE STE 103
     SPRINGFIELD, MO 65804

**Claimant:** Jamie Flanagan
**SS#:** <span style="background:black">     </span>
**Claim #:** 1130226196
**Referral from:** Mike Machian
**Date:** 9-23-15
**Policyholder:** Lester E. Cox Medical Center

This VRC was requested to complete a TSA to determine Ms. Flanagan's transferable work skills & evaluate whether occupations exist at or above the wage requirements noted & at the level of functionality indicated.

**This VRC reviewed the following documentation for this report:**
JD, DOT, Educational Background Form, dated 3-27-15, & Peer Review from Dr. M. Karande, dated 6-9-14.

The following information obtained from the file was utilized in determined what occupations Ms. Flanagan is qualified & able to perform.

**Work Experience:**

| DOT Code | Occupation Title | SVP | Yrs | Str |
|----------|------------------|-----|-----|-----|
| 075.264-010 | Nurse Practitioner | 8 | 03/2010-08/2013 | |

**Education & Training:**
Claimant is a 35 year old female who has earned a Master's of Science in Nursing. She has worked as a Nurse Practitioner since 2004. She worked as a Registered Nurse from 2000-2003. She notes that she took 2 courses towards her Doctorate in Nursing Practices in 2010. She notes that she has an e-mail address. JD from the policyholder notes that the employee has indirect supervisory responsibilities over clinical staff. JD also notes that the employee must have knowledge of Microsoft Office software products, primarily Excel & Work, knowledge of database software & EMR Word Processing Software.

**Diagnosis/L&R's:**
The claimant is diagnosed with post laminectomy syndrome - lumbar spinal stenosis & has the following restrictions/limitations based upon the Peer Review from Dr. M. Karande, dated 6-9-14. Dr. Karande opines that the claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted.

**Wage Requirement:** $5252.52/month ($30.30/hr)

**Skills & Abilities:** Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**Occupations the customer can perform in the labor market of Crane, MO (Springfield, MO Metropolitan area) include but are not limited to the following:**

| DOT Code | Occupation | SVP | Str | Wage | Source |
|----------|-----------|-----|-----|------|--------|
| 075.127-014 | Nurse, Consultant | 7 | S | $5341.00/mo | OES 2014 |
| 075.374-916 | Call Center Nurse | 7 | S | $5312.00/mo | OES 2014 |

**Summary:**
A Transferable Skills Analysis was completed using the above noted information. Occupations were identified based upon the Peer Review from Dr. M. Karande, dated 6-9-14, that meet Ms. Flanagan's skills, educational/work history, & wage requirement. The limitations outlined by Dr. Karande, give Ms. Flanagan reasonable functional capacity to perform the occupations identified.

Stacey Nidositko, MS, CRC
Vocational Rehabilitation Counselor

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000



**HealthPort**
**INVOICE**

Invoice #: **0174400652**
Date: **8/20/2015**
Customer #: 1666596

| Ship to: | Bill to: | Records from: |
|---|---|---|
| SHERRY MILLER<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | SHERRY MILLER<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | MERCY CLINICS JOPLIN<br>100 MERCY WAY<br>JOPLIN, MO 64804-4524 |

**Requested By:** LINCOLN NATIONAL LIFE INS       **DOB:**
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 4 | 0.55 | 2.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 28.14 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 28.14 |
| Less Payment | | | -28.14 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

✂

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0174400652**

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

LIN00569

13104208



**Lincoln Financial Group®** is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 29, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re:  Policy Number:  00001015732600000
     Claim Number:   1130226196
     Patient:        Jamie Flanagan  PAT
     DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

**Documentation**                  **Time Period**
Office/Treatment Notes             1/1/2015 to present
Diagnostic Test Results            1/1/2015 to present

| Qty | Description | Unit Price | Line Total |
|-----|-------------|------------|------------|
|  | Processing Fee |  |  |
|  | Pages - |  |  |
|  | Actual Postage |  |  |
|  | Tax Identification Number | TIN- |  |
|  |  | Total |  |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

AUG 0 6 2015

1/20/2015
to
7/15/2015

E740238803

LIN00570

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Sherry Miller
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company

LIN00571

REF #724646

# Mercy ✝ Mercy Health

## Authorization for Use and Disclosure of Protected Health Information

**Release TO:**
Name: Lincoln National Life Insurance Company
Address: P.O. Box 2609
City: Omaha    State: NE    Zip: 68103-2609
Phone #: 1-800-423-2765 (extension 7498 - Mike Machian)

**Release FROM:**
Provider/Facility: Dr. Donald Hopewell
Address: 100 Mercy Way, Suite 520
City: Joplin    State: MO    Zip: 64804

**Patient or Individual Identification:**
Printed Name: Jamie Sue Flanagan    Date of Birth: ▮▮▮▮
Other Name(s) Used: Jamie Myers
Address: 1625 Musky Dime Drive
City: Crane    State: MO    Zip: 65633
Last 4 Digits of Social Security #: ▮▮▮▮    Phone #: 417-459-5879

**Purpose of Request** (Must check one):
☐ Request of the Patient or Individual ☐ Attorney/Legal ☐ Billing/Payment ☐ Treatment or Consultation
☒ Other, (specify): further evaluation for continued disability benefits - URGENT!

Please Provide Both

**I Request My Records be Provided:** ☒ Paper (hard copy) ☒ Electronically via email* ☐ Electronically via CD*
Email address: mike.machian@lfg.com
*Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.

**Information to be Released – Covering the Periods of Health Care** (must check one):
☒ Any and all** ☐ From (date): _____ To (date): _____
**includes all records through the date the patient or patient representative signs this authorization.

**Please check type of information to be released** (check all that apply):

| | | | |
|---|---|---|---|
| ☒ Complete Medical Record | ☐ Consultation(s) | ☐ Operative Report(s) | ☐ Physician Order(s) |
| ☐ History / Physical Exams | ☐ Diagnostic Testing Report(s) | ☐ Patient Allergies | ☐ Progress Note(s) |
| ☐ Lab Test Result(s) | ☐ EKG/Cardiology/Report(s) | ☐ Pathology Report(s) | ☐ Radiology Reports/Image(s) |
| ☐ Emergency Record(s) | ☐ Itemized Billing Statement(s) | ☐ Patient Medication(s) | ☐ Treatment Plan(s) |
| ☐ Discharge Summary | ☐ Nurses Notes | ☐ Clinic Records | ☐ Therapy Records |
| ☐ Abstract | ☐ Other (specify): _____ | | |

**NOTE:** This form MAY NOT BE used to release Psychotherapy Notes

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases
I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. Check One: ☒ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

## HIV/AIDS Records Release

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:** ☒ **YES** ☐ **NO**

## Time Limit & Right to Revoke Authorization

Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____ or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

## Re-disclosure

I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

## Right to Refuse

I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

## Signature of Patient or Personal Representative Who May Request Disclosure

**I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge.**
I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_Jamie Flanagan_     07/18/2015     08:15
Signature of individual or personal representative    Date     Time

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual (e.g., parent, legal guardian): _____

Witness Signature (where legally required): _____

Verified by (OFFICE USE ONLY): _____

Identity of Requestor Verified (OFFICE USE ONLY) via:
    ☐ Photo ID    ☐ Matching Signature    ☐ Other, specify: _____

MRC_4969 (3/16/15) Page 2 of 2

LIN00573

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ███████ Sex: F
Enc. Date: 01/20/15

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 1/20/2015 9:53 AM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Hopewell, Donald K. MD | Service: (none) | Author Type: Physician |
| Filed: 1/20/2015 10:11 AM | Note Time: 1/20/2015 9:53 AM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 34-year-old who returns for followup of lumbar post laminectomy syndrome, lumbar spondylosis, and lumbar spondylolisthesis. The last time I saw her she had a flare of her back pain which significantly improved with a short course of dexamethasone. She continues to do reasonably well with her pain overall although she is having more problems with the cold weather. Her biggest problem currently is sleeping at night because of pain. She talks about dysesthetic pain in the lower extremities particularly in the feet that occurs when she tries to sleep area her pain otherwise he is lumbar in location and is worse with prolonged position or extended period of time on her feet. She has no new motor, sensory, or bowel or bladder complaints. She is having no problems from her medications.

We reviewed past history, family history, social history, and review of systems. This is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal.

This is a patient with chronic low back pain do to post laminectomy syndrome, lumbar spondylosis, and lumbar spondylolisthesis all in the setting of mixed connective tissue disease. The symptom she's having at night I think her neuropathic and we discussed options in terms of medications for that problem. We had tried her on amitriptyline in the past and she had some problems with daytime hypersomnolence that were intolerable when she was working. Will return amitriptyline 10 mg at at bedtime but I told her to take an hour or 2 before she wants to be asleep and see if we can improve her ability to fall sleep and stay asleep and control the neuropathic symptom she's having at night. She'll return for routine followup in 3 months but we'll keep us apprised of response to the amitriptyline.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 1/20/2015 10:11 AM

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 8/6/15 1:47 PM

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ▮▮▮▮ Sex: F
Enc. Date: 04/16/15

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 4/16/2015 12:25 PM**    Version 1 of 1

| | | |
|---|---|---|
| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
| Filed: 4/16/2015 12:30 PM | Note Time: 4/16/2015 12:25 PM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 35-year-old who returns for followup of pain related to lumbar spondylolisthesis, lumbar post laminectomy syndrome, lumbar spondylosis, all of which are either a direct result of her exacerbated by her underlying autoimmune disease. Last time I saw her she was having is a static quality pain in the lower extremities particularly at night and we tried her on amitriptyline. She has had significant problems with hypersomnolence on this medication and tells me that she basically is tired all the time. She had a recent flare of her low back pain which does cause dysesthesias more prominently in the feet than in the legs and this is all flared because of prolonged car rides and personal stress including loss of her father recently. She also has exacerbations of her symptoms associated with weather changes. She's had no new neurologic symptoms otherwise.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal.

Until the patient she definitely needs to stop her amitriptyline because of the somnolence issue she does feel that it was improving a dysesthetic quality pain and she was having. If she continues to be hypersomnolent then she needs a formal sleep study as well. We'll continue her narcotic regimen otherwise unchanged and she'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 4/16/2015 12:30 PM

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 8/6/15  1:47 PM

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN, JAMIE S
MRN: E140238803
DOB [redacted] Sex: F
Enc. Date: 06/03/15

---

| Physician Progress Notes |
|:---:|

**Progress Notes by Hopewell, Donald K, MD at 6/3/2015 10:09 AM**                                            Version 1 of 1

| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 6/3/2015 10:13 AM | Note Time: 6/3/2015 10:09 AM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

Patient is a 35-year-old who returns for followup of pain related to lumbar spondylosis, lumbar spondylolisthesis, lumbar post laminectomy syndrome, and inflammatory arthropathy secondary to autoimmune disease. The patient requested early followup because she fell about a month ago now landing on her right buttock. She's had increased pain that is typical of her pain in the past it is lumbar and she gets dysesthetic pains down into the right lower extremity predominantly. She's also found a small area of mass in the right low lumbar region that has been tender and she did not appreciate previously. We stopped the amitriptyline and she is not having as much problems with daytime hypersomnolence but still tends to fall sleep when she is riding in a car or sitting without radicular stimulation for a period of time. We discussed again the possibility of sleep study and she will discuss this with her primary care physician.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records. Neurologic examination on this date remains normal. The area of tenderness that she has a small freely mobile and soft most likely representing a lipoma.

This is a patient is a flare of her pain issues following a fall. There is nothing to suggest new process but simply an aggravation of her long-standing issues. We will try five-day course of dexamethasone and also try Lidoderm patches in addition to her chronic narcotic regimen which we will continue unchanged. She'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 6/3/2015 10:13 AM

---

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN, JAMIE S
MRN: E140238803

Printed by 95369 at 8/6/15 1:47 PM

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ▮▮▮▮▮▮ Sex: F
Enc. Date: 07/15/15

---

### Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 7/15/2015 11:13 AM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
| Filed: 7/15/2015 11:19 AM | Note Time: 7/15/2015 11:13 AM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 35-year-old who returns for followup of chronic low back pain do to lumbar spondylosis, lumbar post laminectomy syndrome lumbar spondylolisthesis all in the setting of autoimmune disease with an inflammatory arthropathy component. The patient feels that overall her pain is marginally controlled she is having problems sleeping because if she stays in one position for very long her pain tends to flare. She's been having increasing problems with dysphoria and tells me that she's been crying a great deal. She also told me "I don't think more pain medicines will help" she tells me that she's having agree problems getting up and moving around first thing in the morning. She does not describe this as pain but tells me that they seem immensely fatigued in terms of her legs and that they just don't seem to work very well. She also has been having a great deal of problems with heat intolerance. She's having no problems from her current narcotic regimen.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal.

Patient was tearful during the interview and physical examination and as we discussed in more detail I think it is clear that she is having significant depressive symptomatology. I'm not sure if this is because of poor pain control or whether or not this is related to other light stressors as well as her chronic pain issues and limited functional capacity. Regardless I think her mood is significantly increasing her pain issue. She also has concerns about whether not for R. median disease may be playing some role particularly in the heat intolerance. I told her that I think this probably is in fact the case and what she is talking about in terms of the leg issues first thing in the morning maybe a warming up phenomena that could be on the basis of her autoimmune disease as well. She will plan on seeing her rheumatologist for reevaluation. I have also strongly encouraged her to talk with her family Dr. about altering her antidepressant regimen. We've agreed to not change her narcotic regimen currently and see what impact the above followup visits have on her overall situation. She'll return for routine followup in 3 months and if necessary we will alter her narcotic regimen at that time.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 7/15/2015 11:19 AM

---

## END OF REPORT

---

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 8/6/15 1:47 PM

**Machian, Mike**

| | |
|---|---|
| **From:** | Machian, Mike |
| **Sent:** | Friday, August 14, 2015 3:08 PM |
| **To:** | 'Jamie Flanagan' |
| **Subject:** | RE: Release |

We have not received them yet, but I expect to have them soon.

**From:** Jamie Flanagan [mailto:jamieandjason0306@gmail.com]
**Sent:** Friday, August 14, 2015 10:18 AM
**To:** Machian, Mike
**Subject:** Release

Mr . Machian,

Have you gotten my records from Dr. Hopewell yet?

Thanks,
Jamie

1

HealthPort®
120 Bluegrass Valley Parkway
Alpharetta, GA 30005

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
HEALTHPORT

REQUESTED RECORDS
ENCLOSED

FIRST CLASS

FIRST CLASS

To be opened by the
addressee only



REC'D AUG 13 2015 1310-12081

**Lincoln**
Financial Group®

Lincoln Financial Group Is the marketing name for Lincoln National Corporation and its affiliates

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 29, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re:  Policy Number:    00001015732600000
     Claim Number:    1130226196
     Patient:    Jamie Flanagan
     DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
| --- | --- |
| Office/Treatment Notes | 1/1/2015 to present |
| Diagnostic Test Results | 1/1/2015 to present |

| Qty | Description | Unit Price | Line Total |
| --- | --- | --- | --- |
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

AUG 0 6 2015





Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Sherry Miller
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company

REF #724646

# Mercy ✝ Mercy Health

## Authorization for Use and Disclosure of Protected Health Information

**Release TO:**
Name: Lincoln National Life Insurance Company
Address: P.O. Box 2609
City: Omaha          State: NE    Zip: 68103-2609
Phone #: 1-800-423-2765 (extension 7498 - Mike Machian)

**Release FROM:**
Provider/Facility: Dr. Donald Hopewell
Address: 100 Mercy Way, Suite 520
City: Joplin          State: MO    Zip: 64804

## Patient or Individual Identification:

Printed Name: Jamie Sue Flanagan          Date of Birth ████████
Other Name(s) Used: Jamie Myers
Address: 1625 Musky Dime Drive
City: Crane          State: MO    Zip: 65633
Last 4 Digits of Social Security #: ████████          Phone #: 417-459-5879

## Purpose of Request (Must check one):

☐ Request of the Patient or Individual  ☐ Attorney/Legal  ☐ Billing/Payment  ☐ Treatment or Consultation
☒ Other, (specify): further evaluation for continued disability benefits - URGENT!

**I Request My Records be Provided:** ☒ Paper (hard copy)  ☒ Electronically via email*  ☐ Electronically via CD*
Email address: mike.machian@llg.com

*Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.*

*Please Provide Both*

## Information to be Released – Covering the Periods of Health Care (must check one):

☒ Any and all**  ☐ From (date): _____ To (date): _____
**includes all records through the date the patient or patient representative signs this authorization.

## Please check type of information to be released (check all that apply):

☒ Complete Medical Record  ☐ Consultation(s)  ☐ Operative Report(s)  ☐ Physician Order(s)
☐ History / Physical Exams  ☐ Diagnostic Testing Report(s)  ☐ Patient Allergies  ☐ Progress Note(s)
☐ Lab Test Result(s)  ☐ EKG/Cardiology/Report(s)  ☐ Pathology Report(s)  ☐ Radiology Reports/Image(s)
☐ Emergency Record(s)  ☐ Itemized Billing Statement(s)  ☐ Patient Medication(s)  ☐ Treatment Plan(s)
☐ Discharge Summary  ☐ Nurses Notes  ☐ Clinic Records  ☐ Therapy Records
☐ Abstract  ☐ Other (specify): _____

**NOTE:** *This form MAY NOT BE used to release Psychotherapy Notes*

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases

I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. **Check One:** ☒ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

REF #724646

### HIV/AIDS Records Release
I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:** ☒ YES ☐ NO

### Time Limit & Right to Revoke Authorization
Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____ or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

### Re-disclosure
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

### Right to Refuse
I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

### Signature of Patient or Personal Representative Who May Request Disclosure
I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge. I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_Jamie Flanagan_  07|18|2015  08:15
Signature of individual or personal representative   Date   Time

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual (e.g., parent, legal guardian): _____

_____

_____

Witness Signature (where legally required): _____

Verified by (OFFICE USE ONLY): _____

Identity of Requestor Verified (OFFICE USE ONLY) via:
☐ Photo ID  ☐ Matching Signature  ☐ Other, specify: _____

MRC_4969 (3/16/15) Page 2 of 2



\*\*\*\*\*\*AUTO\*\*MIXED AADC 300
1458 2 MB 0.439                    001458
LINCOLN NATIONAL LIFE INS
SHERRY MILLER                      6pgs
PO BOX 2609
OMAHA, NE  68103-2609

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service.  Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

LIN00584

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000



**HealthPort**
**INVOICE**

Invoice #: **0174400652**
Date: **8/7/2015**
Customer #: 1666596

| Ship to: |
| --- |

SHERRY MILLER
LINCOLN NATIONAL LIFE INS
PO BOX 2609
OMAHA, NE 68103-2609

| Bill to: |
| --- |

SHERRY MILLER
LINCOLN NATIONAL LIFE INS
PO BOX 2609
OMAHA, NE 68103-2609

| Records from: |
| --- |

MERCY CLINICS JOPLIN
100 MERCY WAY
JOPLIN, MO 64804-4524

**Requested By:** LINCOLN NATIONAL LIFE INS     **DOB:**
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 4 | 0.55 | 2.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 28.14 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 28.14 |
| Balance Due | | | 28.14 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 28.14 (USD)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0174400652**

Check # _____

Payment Amount $_____

# Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 29, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re: Policy Number: 00001015732600000
Claim Number: 1130226196
Patient: Jamie Flanagan
DOB: ███████

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
| --- | --- |
| Office/Treatment Notes | 1/1/2015 to present |
| Diagnostic Test Results | 1/1/2015 to present |

| Qty | Description | Unit Price | Line Total |
| --- | --- | --- | --- |
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request.  Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Sherry Miller
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company

LIN00587

REF #724646

 **Mercy Health**

# Authorization for Use and Disclosure of Protected Health Information

**Release TO:**
Name: Lincoln National Life Insurance Company
Address: P.O. Box 2609
City: Omaha    State: NE    Zip: 68103-2609
Phone #: 1-800-423-2765 (extension 7498 - Mike Machian)

**Release FROM:**
Provider/Facility: Dr. Donald Hopewell
Address: 100 Mercy Way, Suite 520
City: Joplin    State: MO    Zip: 64804

**Patient or Individual Identification:**
Printed Name: Jamie Sue Flanagan    Date of Birth: ▇▇▇▇
Other Name(s) Used: Jamie Myers
Address: 1625 Musky Dime Drive
City: Crane    State: MO    Zip: 65633
Last 4 Digits of Social Security #: ▇▇▇▇    Phone #: 417-459-5879

**Purpose of Request** (*Must check one*):
☐ Request of the Patient or Individual ☐ Attorney/Legal ☐ Billing/Payment ☐ Treatment or Consultation
☒ Other, (*specify*): further evaluation for continued disability benefits - URGENT!

**I Request My Records be Provided:** ☒ Paper (*hard copy*) ☒ Electronically via email* ☐ Electronically via CD*
*Please Provide Both*
Email address: mike.machian@lfg.com
* Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.

**Information to be Released -- Covering the Periods of Health Care** (*must check one*):
☒ Any and all** ☐ From (date): _____ To (date): _____
**includes all records through the date the patient or patient representative signs this authorization.

**Please check type of information to be released** (*check all that apply*):

| | | | |
|---|---|---|---|
| ☒ Complete Medical Record | ☐ Consultation(s) | ☐ Operative Report(s) | ☐ Physician Order(s) |
| ☐ History / Physical Exams | ☐ Diagnostic Testing Report(s) | ☐ Patient Allergies | ☐ Progress Note(s) |
| ☐ Lab Test Result(s) | ☐ EKG/Cardiology/Report(s) | ☐ Pathology Report(s) | ☐ Radiology Reports/Image(s) |
| ☐ Emergency Record(s) | ☐ Itemized Billing Statement(s) | ☐ Patient Medication(s) | ☐ Treatment Plan(s) |
| ☐ Discharge Summary | ☐ Nurses Notes | ☐ Clinic Records | ☐ Therapy Records |
| ☐ Abstract | ☐ Other (specify): _____ | | |

**NOTE:** This form MAY NOT BE used to release Psychotherapy Notes

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases

I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. **Check One:** ☒ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

## HIV/AIDS Records Release

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:** ☒ **YES** ☐ **NO**

## Time Limit & Right to Revoke Authorization

Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____ or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

## Re-disclosure

I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

## Right to Refuse

I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

## Signature of Patient or Personal Representative Who May Request Disclosure

**I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge.** I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_Jamie Flanagan_      07/18/2015    08:15

Signature of individual or personal representative      Date      Time

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual (*e.g., parent, legal guardian*): _____

_____

_____

_____

Witness Signature (where legally required): _____

Verified by (*OFFICE USE ONLY*): _____

Identity of Requestor Verified (*OFFICE USE ONLY*) via:
     ☐ Photo ID    ☐ Matching Signature    ☐ Other, specify: _____

MRC_4969 (3/16/15) Page 2 of 2

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

July 16, 2015

JAMIE FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder: LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant: Jamie Flanagan

Dear Mrs. Flanagan:

Please refer to our letter of 07/02/2015 in which we requested additional information for your disability claim. As of the above date, we have received no response to our request.

The policy issued to LESTER E COX MEDICAL CENTER indicates any request for information must be provided to our office within 45 days.

We must receive the following information in order to continue our review of your claim:
   • Special Authorization for Dr. Hopewell,

We will allow you an additional 30 days to have the information submitted to our office for review. Without this information, benefits beyond 07/17/2015 cannot be released and it will be necessary to suspend our review of your claim. To ensure this information is received and processed quickly, feel free to use our toll-free fax number 800-922-3503.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

 **Mercy Health**

# Authorization for Use and Disclosure of Protected Health Information

**Release TO:**    Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone #: _____

**Release FROM:**    Provider/Facility: _____

Address: _____

City: _____ State: _____ Zip: _____

## Patient or Individual Identification:

Printed Name: _____ Date of Birth: _____

Other Name(s) Used: _____

Address: _____

City: _____ State: _____ Zip: _____

Last 4 Digits of Social Security #: _____ Phone #: _____

## Purpose of Request (Must check one):

☐ Request of the Patient or Individual  ☐ Attorney/Legal  ☐ Billing/Payment  ☐ Treatment or Consultation

☐ Other, (specify): _____

## I Request My Records be Provided: ☐ Paper (hard copy)  ☐ Electronically via email*  ☐ Electronically via CD*

Email address: _____

*Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.*

## Information to be Released - Covering the Periods of Health Care (must check one):

☐ Any and all**  ☐ From (date): _____ To (date): _____

** includes all records through the date the patient or patient representative signs this authorization.

## Please check type of information to be released (check all that apply):

☐ Complete Medical Record    ☐ Consultation(s)    ☐ Operative Report(s)    ☐ Physician Order(s)
☐ History / Physical Exams    ☐ Diagnostic Testing Report(s)    ☐ Patient Allergies    ☐ Progress Note(s)
☐ Lab Test Result(s)    ☐ EKG/Cardiology/Report(s)    ☐ Pathology Report(s)    ☐ Radiology Reports/Image(s)
☐ Emergency Record(s)    ☐ Itemized Billing Statement(s)    ☐ Patient Medication(s)    ☐ Treatment Plan(s)
☐ Discharge Summary    ☐ Nurses Notes    ☐ Clinic Records    ☐ Therapy Records
☐ Abstract    ☐ Other (specify): _____

**NOTE:** *This form MAY NOT BE used to release Psychotherapy Notes*

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases

I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. **Check One:** ☐ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

**HIV/AIDS Records Release**
I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:** ☐ **YES** ☐ **NO**

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____
or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

**Right to Refuse**
I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

**Signature of Patient or Personal Representative Who May Request Disclosure**
**I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge.**
I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_____     _____     _____
*Signature of individual or personal representative*                    *Date*                    *Time*

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual (*e.g., parent, legal guardian*): _____

_____

_____

_____

Witness Signature (where legally required): _____

Verified by (*OFFICE USE ONLY*): _____

Identity of Requestor Verified (*OFFICE USE ONLY*) via:
☐ Photo ID   ☐ Matching Signature   ☐ Other, specify: _____

MRC_4969 (3/16/15) Page 2 of 2

LIN00592



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 2, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

This letter is in reference to your claim for Long Term Disability Benefits.

We will soon request additional medical information from your physician Dr. Hopewell, however their office requires a specific authorization to be completed

We are enclosing this authorization for your signature or completion and return to our office for forwarding to them.

We are unable to proceed with your request for benefits, until this necessary medical information is obtained from your physician.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

 **Mercy Health** ### Authorization for Use and Disclosure of Protected Health Information

**Release TO:** Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone #: _____

**Release FROM:** Provider/Facility: _____

Address: _____

City: _____ State: _____ Zip: _____

## Patient or Individual Identification:

Printed Name: _____ Date of Birth: _____

Other Name(s) Used: _____

Address: _____

City: _____ State: _____ Zip: _____

Last 4 Digits of Social Security #: _____ Phone #: _____

## Purpose of Request (Must check one):

☐ Request of the Patient or Individual ☐ Attorney/Legal ☐ Billing/Payment ☐ Treatment or Consultation

☐ Other, (specify): _____

## I Request My Records be Provided: ☐ Paper (hard copy) ☐ Electronically via email* ☐ Electronically via CD*

Email address: _____

* Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.

## Information to be Released – Covering the Periods of Health Care (must check one):

☐ Any and all** ☐ From (date): _____ To (date): _____

** includes all records through the date the patient or patient representative signs this authorization.

## Please check type of information to be released (check all that apply):

| | | | |
|---|---|---|---|
| ☐ Complete Medical Record | ☐ Consultation(s) | ☐ Operative Report(s) | ☐ Physician Order(s) |
| ☐ History / Physical Exams | ☐ Diagnostic Testing Report(s) | ☐ Patient Allergies | ☐ Progress Note(s) |
| ☐ Lab Test Result(s) | ☐ EKG/Cardiology/Report(s) | ☐ Pathology Report(s) | ☐ Radiology Reports/Image(s) |
| ☐ Emergency Record(s) | ☐ Itemized Billing Statement(s) | ☐ Patient Medication(s) | ☐ Treatment Plan(s) |
| ☐ Discharge Summary | ☐ Nurses Notes | ☐ Clinic Records | ☐ Therapy Records |
| ☐ Abstract | ☐ Other (specify): _____ | | |

**NOTE:** *This form MAY NOT BE used to release Psychotherapy Notes*

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases

I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. **Check One:** ☐ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

**HIV/AIDS Records Release**

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:**  ☐ **YES** ☐ **NO**

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____ or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

**Re-disclosure**

I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

**Right to Refuse**

I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

**Signature of Patient or Personal Representative Who May Request Disclosure**

**I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge.** I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_____    _____    _____
*Signature of individual or personal representative*                             *Date*                    *Time*

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual (*e.g., parent, legal guardian*): _____

_____

_____

_____

Witness Signature (where legally required): _____

Verified by (*OFFICE USE ONLY*): _____

Identity of Requestor Verified (*OFFICE USE ONLY*) via:
   ☐ Photo ID   ☐ Matching Signature   ☐ Other, specify: _____

MRC_4969 (3/16/15)  Page 2 of 2



## INVOICE

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0171205265
**Date:** 6/26/2015
**Customer #:** 1397130

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MEAGAN HAKE<br>LINCOLN FINANCIAL GROUP<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | MEAGAN HAKE<br>LINCOLN FINANCIAL GROUP<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | MERCY CLINICS JOPLIN<br>100 MERCY WAY<br>JOPLIN, MO 64804-4524 |

**Requested By:** LINCOLN FINANCIAL GROUP
**Patient Name:** FLANAGAN JAMIE

**DOB:** ▉▉▉▉▉

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 0.55 | 2.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 28.14 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 28.14 |
| Less Payment | | | -28.14 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

✂ ------------------------------------------------------------

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0171205265

Check # _____

Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

LIN00596



**REF #665683**

*118100961*

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

B/S

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

May 28, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re: Policy Number: 00001015732600000
    Claim Number: 1130226196
    Patient: Jamie Flanagan *PAT*
    DOB: ████████

## ATTN MED RECORDS/ROI DEPT:

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:



- **Pre-payment:** If you require a pre-payment **we must have your Tax Identification Number (TIN) & NPI.** Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, **payment can be made immediately** upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

JUN 1 2 2015

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

*E740238803* Dr. Hopewell

REF #665683

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Meagan Hake
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company



LIN00598

REF #665683

REF #530446



Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ Please check this box if you or your authorized representative would like to receive a copy of this form.

I the undersigned authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) _____ Jamie Flanagan _____ Date of Birth: ███████████

Other Names Used: _____ Social Security Number ████████

**Authorizations:**

Name and address of health provider or entity to release information

_____

_____

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: _____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign _Jamie Flanagan_____ Date _03|18|2015_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA1063Y

Page 1 of 1
3/13

Case 3:17-cv-05060-MDH   Document 33-2   Filed 05/15/18   Page 49 of 95

LIN00599

Date:     6/18/2015

To:       Lincoln National Life Insurance Company
          Po Box 2609,
          Omaha, NE 68103

From:     Correspondence Coordinator
          Mercy Clinics Joplin
          100 Mercy Way
          Joplin, MO 64804-4524

Re:       REJECTION LETTER,
          Medical Records Request for Jamie Flanagan
Ref #:

Dear Lincoln National Life Insurance Company:

We are in receipt of your request, however, the marked deficiencies does not allow us to fulfill your request.

____ Letter of Representation was not included.
____ Faxed requests can not be accepted.
____ Unable to identify the patient, please supply SS#, and/or date of birth.
__X__ The patient authoization does not meet HIPAA compliance for our facility.
____ Insufficent documentation to allow another person to sign for the patient.
____ Authorization signed and dated prior to the requested dates of service.
__X__ Other:

Original Ink Release- Must be mailed in.
Enclosed Our Authorization form.

Sincerely,

Correspondence Coordinator
Health Information Management Department 417-556-2175

Case 3:17-cv-05060-MDH   Document 33-2   Filed 05/15/18   Page 50 of 95                    LIN00600



**Mercy Hospital**

**ROI-Medical Records Dept**
Mercy Hospital of Joplin
100 Mercy Way
Joplin, MO 64804

# NOTICE TO ALL MERCY CLINIC JOPLIN REQUESTORS

Beginning May 1st, 2015, Mercy Hospital Joplin medical records department will begin processing all Mercy Joplin Clinics requests. We hope this will allow better customer service for all our requestors.

Please begin mailing all requests to:
Mercy Hospital Joplin
Attention: Medical Records
100 Mercy Way
Joplin MO 64804

Also note, per hospital policy all attorney and insurance requests will only be accepted by mail. (No faxes please, as this will only slow down the processing of your request). Patient authorizations and cover letters must clearly state the Doctors and clinics being requested.

Any questions, please feel free to contact the hospital medical records department at 417-556-2175.

Thank you,
Mercy Hospital Joplin
Release of Information Staff

*Mercy continues the tradition of the Sisters of Mercy in meeting community health needs across a seven state area.*

 **Mercy Health**

# Authorization for Use and Disclosure of Protected Health Information

**Release TO:**  Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone #: _____

**Release FROM:**  Provider/Facility: _____

Address: _____

City: _____ State: _____ Zip: _____

## Patient or Individual Identification:

Printed Name: _____ Date of Birth: _____

Other Name(s) Used: _____

Address: _____

City: _____ State: _____ Zip: _____

Last 4 Digits of Social Security #: _____ Phone #: _____

## Purpose of Request *(Must check one)*:

☐ Request of the Patient or Individual  ☐ Attorney/Legal  ☐ Billing/Payment  ☐ Treatment or Consultation

☐ Other, *(specify)*: _____

## I Request My Records be Provided:  ☐ Paper *(hard copy)*  ☐ Electronically via email*  ☐ Electronically via CD*

Email address: _____

*\* Electronic availability is subject to location and type of records. Billing records and films cannot be provided electronically via email and are available for mail or pick-up only.*

## Information to be Released – Covering the Periods of Health Care *(must check one)*:

☐ Any and all**  ☐ From (date): _____ To (date): _____

*\*\* includes all records through the date the patient or patient representative signs this authorization.*

## Please check type of information to be released *(check all that apply)*:

| | | | |
|---|---|---|---|
| ☐ Complete Medical Record | ☐ Consultation(s) | ☐ Operative Report(s) | ☐ Physician Order(s) |
| ☐ History / Physical Exams | ☐ Diagnostic Testing Report(s) | ☐ Patient Allergies | ☐ Progress Note(s) |
| ☐ Lab Test Result(s) | ☐ EKG/Cardiology/Report(s) | ☐ Pathology Report(s) | ☐ Radiology Reports/Image(s) |
| ☐ Emergency Record(s) | ☐ Itemized Billing Statement(s) | ☐ Patient Medication(s) | ☐ Treatment Plan(s) |
| ☐ Discharge Summary | ☐ Nurses Notes | ☐ Clinic Records | ☐ Therapy Records |
| ☐ Abstract | ☐ Other (specify): _____ | | |

**NOTE:** *This form MAY NOT BE used to release Psychotherapy Notes*

## Drug and/or Alcohol Abuse, and/or Psychiatric, and Communicable/Non-Communicable Diseases

I understand if my medical or billing record contains information in reference to drug and/or alcohol abuse or treatment, psychiatric care, communicable and/or non communicable diseases including but not limited to hepatitis, gonorrhea, syphilis and/or other sensitive information, I agree to its release. ***Check One:***  ☐ YES ☐ NO

*Form continues on back side.*

MRC_4969 (3/16/15) Page 1 of 2

Case 3:17-cv-05060-MDH   Document 33-2   Filed 05/15/18   Page 52 of 95

LIN00602

## HIV/AIDS Records Release

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to its release. **Check One:** ☐ **YES** ☐ **NO**

## Time Limit & Right to Revoke Authorization

Except to the extent that action has already been taken in reliance on this authorization I can revoke this authorization at any time. Unless revoked, this authorization will expire on the following date or event _____
or not to exceed 1 year from date of signature. Indicating "any and all" records to be released will only include all records through the date the patient or patient representative signs this authorization as long as the authorization is not expired or revoked.

## Re-disclosure

I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 or state statute.

## Right to Refuse

I understand that I do not have to sign this Authorization, and my treatment or payment for services will not be denied if I do not sign.

## Signature of Patient or Personal Representative Who May Request Disclosure

**I understand there may be a charge for copying my records. State law governs what the Releasing Entity may charge.**
I have read this form, understand and agree to the uses and disclosures of information as described in this Authorization. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission, including disclosures to covered entities as provided by State statute and/or 45 CFR §164.502(a)(1). I hereby knowingly and voluntarily authorize Mercy Health to use and disclose the protected health information specified above.

_____     _____     _____
*Signature of individual or personal representative*                                     *Date*                                  *Time*

Printed name of individual's personal representative, if applicable: _____

Rationale for serving as personal representative to the individual *(e.g., parent, legal guardian):*

_____

_____

_____

Witness Signature (where legally required): _____

Verified by *(OFFICE USE ONLY):* _____

Identity of Requestor Verified *(OFFICE USE ONLY)* via:
      ☐ Photo ID   ☐ Matching Signature   ☐ Other, specify: _____

MRC_4969 (3/16/15) Page 2 of 2

LIN00603

Case 3:17-cv-05060-MDH   Document 33-2   Filed 05/15/18   Page 54 of 95

**HealthPort®**

120 Bluegrass Valley Parkway
Alpharetta, GA 30005

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
HEALTHPORT

**FIRST CLASS**

**To be opened by the
addressee only**

# REQUESTED  RECORDS
# ENCLOSED

REF #665683

*118100961*



**Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 28, 2015

REC'D JUN 0 0 2015 ᵇ/ₛ

> The Lincoln National Life
> Insurance Company
> Service Office:
> PO Box 2609
> Omaha, NE 68103-2609
> toll free (800) 423-2765
> www.Lincoln4benefits.com

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re:  Policy Number:   00001015732600000
     Claim Number:    1130226196
     Patient:         Jamie Flanagan  PAT
     DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
|  | Processing Fee |  |  |
|  | Pages - |  |  |
|  | Actual Postage |  |  |
|  | Tax Identification Number | TIN- |  |
|  |  | Total |  |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:

- **Pre-payment:** If you require a pre-payment **we must have your Tax Identification Number (TIN) & NPI.** Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:**  If you accept a credit card, **payment can be made immediately** upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

JUN 1 2 2015

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations

E740235803 Dr. Hopewell

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Meagan Hake
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company

REF #665683

REF #530446


Financial Group·

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)   Janine Flanagan _____   Date of Birth: ▮▮▮▮▮▮

Other Names Used: _____   _____   Social Security Number ▮▮▮▮▮▮

**Authorizations:**

Name and address of health provider or entity to release information

_____

**Description of the information to be disclosed:**

X Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers

Other: _____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name  (Last, First, Middle) _____   Relationship to claimant: _____

Address _____   Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign _Janine Flanagan_____   Date _03/18/2015_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA1063T

Page 1 of 1
3/13





\*\*\*\*\*\*AUTO\*\*MIXED AADC 300
1597 2 MB 0.439                               001597

LINCOLN FINANCIAL GROUP
MEAGAN HAKE                                   5pgs
PO BOX 2609
OMAHA, NE  68103-2609

# ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service.  Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

Invoice #: **0171205265**
Date: **6/18/2015**
Customer #: 1397130

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MEAGAN HAKE | MEAGAN HAKE | MERCY CLINICS JOPLIN |
| LINCOLN FINANCIAL GROUP | LINCOLN FINANCIAL GROUP | 100 MERCY WAY |
| PO BOX 2609 | PO BOX 2609 | JOPLIN, MO 64804-4524 |
| OMAHA, NE 68103-2609 | OMAHA, NE 68103-2609 | |

**Requested By:** LINCOLN FINANCIAL GROUP          **DOB:** ███████
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 0.55 | 2.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 28.14 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 28.14 |
| Balance Due | | | 28.14 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 28.14 (USD)**

✂

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0171205265** |
|---|
| Check # _____ |
| Payment Amount $_____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

May 28, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
100 MERCY WAY
JOPLIN, MO 64804

Re:   Policy Number:   0000101573260000
      Claim Number:   1130226196
      Patient:   Jamie Flanagan
      DOB:   ██████

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

**\*\*Please fill out all forms that are attached\*\***

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LIN00610

REF #665683

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Meagan Hake
Assisting on behalf of Mike Machian
Clerk, Claims
The Lincoln National Life Insurance Company



**Financial Group®**

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle)     Jamie Flanagan     Date of Birth: ██████
Other Names Used: _____     Social Security Numbe ██████

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

X Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____     Relationship to claimant: _____

Address: _____     Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Jamie Flanagan*     Date 03/18/2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

 HealthPort.

**To:  Mike**
Company:
Fax:    18778433950
Phone:

**From:**
Fax:
Phone:
E-mail:    Laroch.Pierre@healthport.com

**NOTES:**

CONFIDENTIALITY NOTICE: The information in this facsimile is intended for the sole use of the individual and entity to whom it is addressed. This information may be privileged, confidential, and protected from disclosure. If you are not the intended recipient you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it, or its, contents, is strictly prohibited. If you think that you have received this facsimile in error please fax the sender and destroy all copies of this communication and any attachments. Thank you.

**Date and time of transmission: 5/19/2015 5:44:20 PM**
**Number of pages including this cover sheet: 2**

LIN00613

HealthPort.

Patient Name: JAMIE FLANAGAN                                    ████████

Dear Requester:                                              Date: 4-23-2015
HealthPort is under agreement with healthcare providers to release authorized copies of medical records, which are protected by federal and other laws. HealthPort employees will not forward confidential records without proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

☒ **There are No Dates of Treatment** for the records you have requested.
   Note: this facility interprets "to present" as the date of signature on the authorization. **If you are seeking dates of service past the date of signature you will need to provide an updated authorization, OR update your request letter dates.** Exception – patient has signed an authorization that contains the clause "all medical records whether past, present or created in the future"

☐ **Unable to identify patient**  Additional information is needed to identify the correct patient. Please provide a **date of birth/social security number**, and/or any other names used by the patient.

☐ **HIPAA-Compliant authorization requesting medical records** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization: Please note all requests for MR must include all of the info below.
   ☐ Individual's right to revoke authorization
   ☐ Description of how to revoke it
   ☐ Potential for disclosed information to be re-disclosed by recipient
   ☐ Expiration date or event upon which the authorization will expire.
   ☐ The facility **WILL NOT ACCEPT ELECTRONIC SIGNAUTRES**
   ☐ Name of patient with dob/social security
   ☐ Description of the information to be disclosed w/ date range.
   ☐ Name of **Doctor or Facility authorized to disclose** & person/entity authorized to receive the records.
   ☐ Description of the Purpose for the disclosure.
   ☐ Sensitive information to be disclosed

☐ **Compliant request letter**  Request letter is missing a correct NAME OF FACILITY & ADDRESS & SUITE # & CLINIC/ NAME OF DOCTOR. (Facility *Add: is Cox Medical Center Branson, 525 Branson Landing Blvd, Mo 65616)call if your needing a clinic address 417 348 8600. Be sure* to have *DATE RANGES* that you are needing *on you request letter.*

☐ **The Patient Authorization has expired:** The facility only accepts auth on file for one year.

☐ **The Patient is Not a Minor** Patient must sign for himself/herself, unless proof is provided of the patient's incapacity.

☐ **Inadequate Authorization**  A proper authorization to release records was not included with your request. Please have the patient or the person holding his/her healthcare **power of attorney**/legal guardian, complete a consent form and return it to the medical facility, along with your original request. Need a copy of the POA as well to put on file.

☐ **A Death Certificate or "Letter of Administration/Testament"** must accompany the request for records for a deceased individual. Requests for records regarding deceased or incapacitated individuals must be accompanied by documentation which supports that the individual requesting and/or authorizing the release of this information is legally capable of doing so. Please re-request and provide the necessary supporting documentation (i.e., court documents naming the signor as the executor of the estate or **Death Certificate** which names the signor as the next-of-kin, or a **Next of Kin affidavit**).

☐ **Other:**

*\*\*If you must provide additional information, please return the updated request and authorization to the facility you originally requested the information from.\*\**

RECD MAY 11 2013

## HealthPort®

120 Bluegrass Valley Parkway
Alpharetta, GA 30005

## REQUESTED RECORDS ENCLOSED

FIRST CLASS
FIRST CLASS

To be opened by the
addressee only

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
HEALTHPORT

RECD MAY 11 2015



**Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

April 22, 2015

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

MTC

BETH A. KNOX FNP
RELEASE OF INFORMATION
1150 State Hwy 248 Ste 202.
BRANSON, MO 65616

Re:   Policy Number:   00001015732600000
      Claim Number:    1130226196
      Patient:         Jamie Flanagan
      DOB:

)PT

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed
below. A signed authorization form is included.

| **Documentation** | **Time Period** | |
|---|---|---|
| Office/Treatment Notes | 01/01/2015 to Present | 3-18-15 |
| Diagnostic Test Results | 01/01/2015 to Present | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment Instructions:

- **Pre-payment:** If you require a pre-payment **we** *must have your Tax Identification Number (TIN)* & *NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:**  If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

SBL
no ou for
date range for
clinic

04/22/2015  3:00PM (GMT-05:00)

CHECKED APR 23 2015

LFG Omaha Fax          4/22/2015 2:59:07 PM  PAGE   3/004   Fax Server

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Denise Jimerson
Assisting on behalf of Mike Machian
Medical Records Coordinator
The Lincoln National Life Insurance Company

04/22/2015  3:00PM (GMT-05:00)

LFG Omaha Fax          4/22/2015 2:59:07 PM  PAGE   4/004   Fax Server

REF #530446

**⚂Lincoln**
**Financial Group***

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 08103-2600
toll free (800) 423-2705
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ Please check this box if you or your authorized representative would like to receive a copy of this form.

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle)    Janine Flanagan _____    Date of Birth: ▓▓▓▓▓▓

Other Names Used: _____ __ _____    Social Security Number ▓▓▓▓▓

**Authorizations:**

Name and address of health provider or entity to release information

_____    _____

**Description of the Information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____    _____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event.

1 The term of the coverage of the policy if the claim is for a health insurance benefit;

2 The duration of the claim if the claim is not for a health insurance benefit; or

3 Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name (Last, First, Middle) _____    Relationship to claimant: _____

Address. _____    Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Janine Flanagan*                                      Date 03/18/2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.                        Page 1 of 1
GLA1063I                                                                                                           3/13

04/22/2015  3:00PM (GMT-05:00)



## Lincoln
### Financial Group®

## Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:**   Name:          Denise A Jimerson
            Fax Number:    877-843-3950
            Voice Phone:   402-361-2688

**To:**     Name:          BETH A. KNOX FNP
            Company:
            Fax Number:    14173360275
            Voice Phone:

**Fax Notes :**

Date and time of transmission: Wednesday, April 22, 2015 2:58:48 PM

Number of pages including this cover sheet: 04

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

04/22/2015   3:00PM (GMT-05:00)

LIN00619



******AUTO**MIXED AADC 300
1470 2 MB 0.435                    001470
LINCOLN NATIONAL LIFE INS
PO BOX 2609                        6pgs
OMAHA, NE  68103-2609

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service.  Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

Invoice #: **0167859776**
Date: **5/5/2015**
Customer #: 1666596

| Ship to: |
|---|
| LINCOLN NATIONAL LIFE INS<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 |

| Bill to: |
|---|
| LINCOLN NATIONAL LIFE INS<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 |

| Records from: |
|---|
| COXHEALTH FAM MED BRANSON HWY<br>COXHEALTH FAM MED BRANSON HWY<br>1150 STATE HWY 248 SUITE 202<br>BRANSON, MO 65616 |

**Requested By:** LINCOLN NATIONAL LIFE INS          **DOB:**
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 1 | 0.55 | 0.55 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 26.49 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 26.49 |
| Balance Due | | | 26.49 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 26.49 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0167859776** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

## Machian, Mike

| | |
|---|---|
| **From:** | Lasky,Heather <Heather.Lasky@coxhealth.com> |
| **Sent:** | Tuesday, May 05, 2015 8:45 AM |
| **To:** | Machian, Mike |
| **Subject:** | RE: Jamie Flanagan 1130226196 |

I don't do anything with the Pension here at Cox Health, and I think I overheard that Crystal is out of the office today. You may try to call her tomorrow at 417-269-6544. Thanks!

**Heather Lasky**
, Human Resources
Phone: (417) 269-6537 | Fax: (417) 269-6518
Heather.Lasky@coxhealth.com
coxhealth.com



**From:** Machian, Mike [mailto:Mike.Machian@lfg.com]
**Sent:** Tuesday, May 05, 2015 8:38 AM
**To:** Lasky,Heather; Morehouse,Crystal
**Subject:** RE: Jamie Flanagan 1130226196

Were you able to find anything out on this?

Thank you.

**From:** Lasky,Heather [mailto:Heather.Lasky@coxhealth.com]
**Sent:** Tuesday, April 28, 2015 8:31 AM
**To:** Machian, Mike; Morehouse,Crystal
**Subject:** RE: Jamie Flanagan 1130226196

Crystal,

Would you be able to help Mike out with his question below? Thanks!

**Heather Lasky**
, Human Resources
Phone: (417) 269-6537 | Fax: (417) 269-6518
Heather.Lasky@coxhealth.com
coxhealth.com

1

LIN00622

**From:** Machian, Mike [mailto:Mike.Machian@lfg.com]
**Sent:** Tuesday, April 28, 2015 8:29 AM
**To:** HR - Benefits
**Subject:** FW: Jamie Flanagan 1130226196

To whom it may concern, I am with the long term disability carrier for Ms. Flanagan and I was inquiring if she had taken out her retirement/pension yet?

Thank you

**From:** Burlison,Courtney [mailto:Courtney.Burlison@coxhealth.com]
**Sent:** Tuesday, April 28, 2015 8:27 AM
**To:** Machian, Mike
**Subject:** Automatic reply: Jamie Flanagan 1130226196

Thank you for your email!

My last day with CoxHealth will be next Friday, November 14th. For questions, please contact the following for assistance:

FMLA - Alicia.Hathaway@coxhealth.com
Benefits - HR-Benefits@coxhealth.com
Employee Store - 1906@coxhealth.com

Thanks and have a great day!

Courtney


**Courtney Burlison**
Benefits Coordinator, Human Resources
Phone: (417) 269-6656 | Fax: (417) 269-6518
Courtney.Burlison@coxhealth.com
coxhealth.com

**CoxHealth – ranked one of Missouri's Best Hospitals by U.S. News & World Report**
COXHEALTH CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and

may contain confidential and privileged information protected by law.    Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

April 23, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**.  The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1.      is Totally Disabled;
2.      becomes Disabled while insured for this benefit;
3.      is under the Regular Care of a Physician; and
4.      at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company.  This must be supplied within 45 days after the Company requests it.  If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office notes from Drs. WINKLER, HOPEWELL and KNOX FNP for the dates of 1/1/15 to present.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company.  We have made the request to your physicians on your behalf.  Please see that the necessary information is submitted to our office within 30 days.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #611333

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Mike Machian
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

April 22, 2015

DR ANNE WINKLER
RELEASE OF INFORMATION
525 BRANSON LANDING BLVD STE 301
BRANSON, MO 65616

Re:  Policy Number:    00001015732600000
     Claim Number:     1130226196
     Patient:          Jamie Flanagan
     DOB:              ▮▮▮▮▮▮

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Total | | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment **we must have your Tax Identification Number (TIN) & NPI.**  Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:**   If you accept a credit card, **payment can be made immediately** upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LINC00627**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request.  Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Denise Jimerson
Assisting on behalf of Mike Machian
Medical Records Coordinator
The Lincoln National Life Insurance Company

REF #530446



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle)  Jamie Flanagan _____ Date of Birth: ▮▮▮▮▮

Other Names Used: _____  Social Security Number ▮▮▮▮▮

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

[X] Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

[ ] Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Jamie Flanagan* _____ Date 03|18|2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA1063

Page 1 of 1
3/13



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

April 22, 2015

BETH A. KNOX FNP
RELEASE OF INFORMATION
1150 State Hwy 248 Ste 202.
BRANSON, MO 65616

Re:    Policy Number:    00001015732600000
       Claim Number:     1130226196
       Patient:          Jamie Flanagan
       DOB:              ███████

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Denise Jimerson
Assisting on behalf of Mike Machian
Medical Records Coordinator
The Lincoln National Life Insurance Company

LIN00631

REF #530446



Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)   Jamie Flanagan _____   Date of Birth: ▮▮▮▮

Other Names Used: _____   Social Security Number ▮▮▮▮

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

X Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____   Relationship to claimant: _____

Address: _____   Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign _*Jamie Flanagan*_ _____   Date 03/18/2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

April 22, 2015

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:   Policy Number:   0000101573260000
      Claim Number:    1130226196
      Patient:         Jamie Flanagan
      DOB:             ██████

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2015 to Present |
| Diagnostic Test Results | 01/01/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.*  Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:**   If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request.  Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Denise Jimerson
Assisting on behalf of Mike Machian
Medical Records Coordinator
The Lincoln National Life Insurance Company

LIN00634

REF #530446


Lincoln
Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle)    Jamie Flanagan _____    Date of Birth: ▇▇▇▇▇

Other Names Used: _____    Social Security Numbe ▇▇▇▇▇

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: _____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____    Relationship to claimant: _____

Address: _____    Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Jamie Flanagan*    Date 03|18|2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13



## Facsimile Transmission
## CONFIDENTIAL

**From(Name):**          **:Fax Sender**
**From(Contact Number):**    **:**
**From(Fax Number):**       **:**

**To**    **(Name):**          **:Fax User**
**To**    **(Contact Number):**    **:**
**To**    **(Fax Number):**      **:8778433950**

**Notes:**

## NOTICE OF CONFIDENTIALITY

**If you have received this facsimile transmission in error, please immediately notify the sender at the number above.**

The documents accompanying this facsimile transmission contain confidential information belonging to the sender, which is legally and/or medically privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any of the contents of this facsimile information is strictly prohibited.

LIN00636

REF #530446


# Lincoln
**Financial Group®**

Please Return Response To:
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name: Jamie Flanagan | Date of Birth: ▮▮▮▮

Occupation: 1 | Claim Number: 1130226196

Date of Last Office Visit: 4/16/2015 | Date of Next Office Visit: 7/15/2015

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: _____ Date: _____

Provider Printed Name: Dr. Donald Hopewell, MD | Degree: ☒MD ☐DO Other _____

Specialty: Neurology & Pain Management | Phone: _____

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | ✓ | | | |
| 11 - 20 lbs. | ✓ | | | |
| 21 - 35 lbs. | ✓ | | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | ✓ 20 min duration | | |
| Stand | | ✓ | | | |
| Walk | | ✓ | | | |
| Climb | ✓ | | | | |
| Bend | ✓ | | | | |
| Kneel | ✓ | | | | |
| Drive | | ✓ | | | |
| Finger | | | ✓ | | R / L (Both) |
| Handle | | | ✓ | | R / L (Both) |
| Operate Foot Controls | | ✓ | | | R / L (Both) |
| Reach above the shoulder | | | ✓ | | R / L (Both) |

Are there environmental factors that the patient should avoid? ☐Yes ☒No Specify: _____

Specific Limitations or Restrictions not noted above: _____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _____ Date: 4/21/15

Provider Printed Name: Dr. Donald Hopewell. | Degree: ☒MD ☐DO Other _____

Specialty: Neurology & Pain Management | Phone: 417-659-6873

Address: 3020 St. John's Blvd, Suite E3, Joplin, MO 64804

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

DOCTORS

⑤ Dr. Diane Cornelison
121 Cahill Rd, Suite #204
Branson, MO 65616
P: 417 335-7222  F. 417 335 7224
Dates 8/2010 - 12/2013
Specialty: Neurology & pain management

⑥ Dr. Charles Mace
2900 S. National Ave
Springfield, MO
P: 417-885-3888
Dates: 10/2010 - open chart-
Specialty: (no recent appt)
Neurosurgery

⑦ Dr. Wayne Wallender, OO
1011 E Montclair St.
Springfield, MO 65804
P. 417-269-65804
Dates seen: 8/15/13 - 10/17/13
Specialty: Anesthesia &
pain management
(Spinal cord stimulator)

⑧ Dr. Barbara Radwanovich
Cox Psych Services
Wheeler Heart & Vascular Services
Suite 770
Springfield, MO 65807
P: 417-269-5509
F: 417-269-5545
Specialty: Pain & psychological services
Dates: 2/20/13

⑨ Glady Jacob, MD
121 Cahill Rd, Suite 204
Branson, MO 65616
P: 417-335-7222
F: 417-335-7224
Specialty: Neurology
Dates: 10/22/2010
(EMG)

⑩ Outpatient Physical Therapy
Cox Health System Branson
121 Cahill Rd, Suite #101
Branson, MO 65616
P: 417-335-7274
F: 417-335-7105
Specialty: Physical Therapy
Dates: 2010-2013

⑪ Dr. Thomas Woodward MD
Cox Health
545 Branson Landing Blvd
Branson, MO 65616
P: 417-335-7000

Specialty: Internal Medicine
Dates: 10/19/2010 - 01/19/204

② Cox Medical Branson
Main # info.
No longer employed there

③ Walgreens Nixa
106 N. Massey Blvd
Nixa, MO 65714
P: 417-724-9565
Dates 9/2010 - current (at times → rare)

④ Family Pharmacy
105 Ridgecrest Ave #2
Nixa, MO 65714
P: 417-724-2601
F: 417-724-2621
Dates 08/2010 - 10/2014

Insurance

#2 Coventry Health Care of KS
P.O. Box 7109
London, KY 40742
1-866-341-5663

Dates
5/2014 - 01/31/2015
Member # 930047872-02

#3 BC/BS Blue Select (unsure address) Dates 12/1/2013 - 04/30/2014
1-800-774-0384   Member # ZYH44DADC356

* If you need more please let me know I can get the prior from my work.

REF #530446

## EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name  Jamie Flanagan      Claim #  1130226196

Policy #  000001015732600000

Email Address:  jamieandjason0306@gmail.com

1. Did you graduate from high school?  (Y) or N   If no, grade completed? _____

2. Did you attend college?  (Y) or N   Did you graduate? (Y) or N

    List Degree(s) earned  Masters of Science, Nursing

    Name of College  Missouri Southern State University & University of Missouri, KC

    Major(s)  Nursing

3. Do you have any other formal or vocational training?  Y or (N)  Please list _____

4. Were you in the military?  Y or (N) _____
                        Branch         Rank        Specialty

## 5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order.
Feel free to use the back of this form if you need additional space.

Employer  Cox Health System (Skaggs) Job Title  Nurse Practitioner

Dates Worked  3/1/2010 – 10/2013 (Stopped working 8/23/2013 but employment technically lasted through November)

Duties & Responsibilities  See & evaluate patients, diagnose disease, prescribe medications, all under collaboration of a physician.

Employer  Healing Arts Center, Branson, MO Job Title  Nurse Practitioner

Dates Worked  7/2009 – 3/1/2010

Duties & Responsibilities  See, evaluate, diagnose, patients, prescribe medications, pull own lab, work on weight loss program.

Employer  Mercy Clinic ENT (Springfield, MO) Job Title  Nurse Practitioner

REF #530446

Dates Worked 11/2004 - 9/2009

Duties & Responsibilities See, evaluate, diagnose & treat patients, Take call for facial trauma & office, First Assist in the OR, Office procedures, organize surgery schedule.

Employer Freeman Hospital    Job Title Registered Nurse

Dates Worked 12/2000 - 12/2003    student assistant 2000-6/2002 then RN from 6/2002-12/2003.

Duties & Responsibilities Bedside care of patients, charting, passing medications, assessing patients & passing information to the physicians.

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

I took 2 courses toward my Doctorate in Nursing Practice but had to stop school due to the pain in my back, back surgery, & the side effects of the medication making me unable to continue.

The above statements are true and correct to the best of my knowledge. in 2010 (dizziness, fatigue, forgetful) Fall.

Signature Jamie Flanagan

Date 03/27/2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01803

Page 2 of 2
11/12

REF #530446


Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

**Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)    Jamie Flanagan _____ Date of Birth:: ███████████

Other Names Used: _____ Social Security Number ██████████

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

X Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Jamie Flanagan* _____ Date 03|18|2015 _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

REF #577906

# Lincoln
**Financial Group**®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)

CLAIMANT NAME: Jamie Flanagan                    CLAIM NUMBER: 1130226196

PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE),
PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES _____ TO _____

**DOCTORS:**

① Name Dr. Donald Hopewell  Specialty Neurology/Pain management ③ Beth Knox, FNP (Peter Marcellus, MD) Specialty Family Practice
Address 3630 S. John's Blvd, 100 Mercy Way Suite 530 Address 1150 State Hwy 248, Suite #202
City Joplin    State MO  Zip Code 64  City Branson    State MO  Zip Code 65616
Phone: 417-556-6876  Fax: 417-556-6874  Phone: 417-348-8964 x163  Fax: 417-336-0275
Dates Seen 10/2010    to current    Dates Seen 10/1/2010    to current

② Name Dr. Anne Winkler  Specialty Rheumatology ④ Name Dr. Nancy Beisswenger Specialty Occupational Therapy
Address 525 Branson Landing Blvd Suite 301 Address 4350 S. National Ave, Suite B116
City Branson    State MO  Zip Code 65616  City Springfield    State MO Zip Code 65810
Phone: 417-348-8253  Fax: 417-337-8992(3) Phone: 417-881-1282  Fax: 417-881-2840
Dates Seen 09/01/2012    to current    Dates Seen 04/01/2014    to 04/30/2014

**PHARMACIES:**

Name Lakeland Pharmacy  Name Walgreens, Republic, MO
Address 104 Courtney Lane  Address 1050 US Hwy 60 E
City Crane    State MO  Zip Code 65633  City Republic    State MO  Zip Code 65738
Phone: 417-723-5227  Fax: _____  Phone: 417-732-8246  Fax: _____
Dates: 01/01/2015    to current    Dates: 12/1/2014    to current

**HOSPITALS:**

Name Cox Medical Center Branson (Skaggs)  Name Cox Health Branson Pain & Neurology (Skaggs) (Pain Center)
Address 545 Branson Landing Blvd  Address 121 Cahill Rd, Suite 204
City Branson    State MO  Zip Code 65616  City Branson    State MO  Zip Code 65616
Phone: 417-335-7000  Fax: _____  Phone: 417-335-7222  Fax: 417-335-7224
Dates Confined: 04/01/2011 to 04/05/2011  Dates Confined: 10/6/2010 to multiple for different injections & procedures

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name BlueCross/BlueShield of TX  Policy Number Group# 039381
Address (unsure)  Member ID BWC 821654512
City _____ State _____ Zip Code _____  Dates of Coverage * Starts 05/01/2015 to _____
Phone Number: 1-800-521-2227  Fax Number: _____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE).**
**PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE.**
**PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature Jamie Flanagan    Date 3/27/2014

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

REF #530446



# Lincoln
Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see** (To Avoid Delay Please Answer ALL Questions)
**FRAUD NOTICES attached.**

| | | | |
|---|---|---|---|
| Claimant's Name | Jamie Flanagan | Return Form By | |
| Policy No | 00001015732600000 | Claim No | 1130226196 |

When do you expect to be able to return to work in either your own or another occupation?

*never*

Describe your current symptoms. *Bilateral arm pain & spasms, severe fatigue & forgetfullness, nausea→meds Severe back pain, back spasms, severe radiating Bilateral leg pain, Bilateral leg weakness, neck pain, headache*

What do you believe is the cause of your continuing disability and what could be done about it? *Scar tissue in my BSpine around the nerves, failed fusion surgery, autoimmune disease, medication side effects. I don't believe much can change*

Describe your current restrictions/limitations specifically and thoroughly. *I cannot sit or stand longer than 5-10 minutes due to severe pain. I am constantly have to shift positions. I cannot drive further than 20 minutes due to the severe pain that locks my legs up.*

Describe your present activities. *I can't clean or cook for my family because of my pain level, it is too hard for me. I spend a majority of my day reading & watching TV, I don't leave the house much because it is too hard for me. My husband drives me almost everywhere. I stay home so I can lay down when needed &*

Do you require another person's active, hands-on help to safely perform activities of daily living? ☑Yes ☐ No

If "yes", please explain what kind of help you receive and who provides it. *My husband drives me 90% of the time as I fall asleep driving. He also helps shave my legs at times & does most of the cleaning.*

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her. *Donald Hopewell, 3020 St. John's Blvd Suite E3, Joplin, MO 64804  417-659-6873  1/2015 & scheduled*

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, 4/16/15 provide a date you began receiving benefits and the monthly amount)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Social Security | ☑Yes ☐ No | 5/2014 2014 | $2,328 $2,328 in 1/2015 | Unemployment Compensation | ☐ Yes ☑No | $ |
| Dependent Social Security | ☑Yes ☐ No | 5/2014 | $1144 op ↑164 in 2015 | State Disability Benefits | ☐ Yes ☑No | $ |
| Workers' Compensation | ☐ Yes ☑No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☑No | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☑No | | $ | Disability Income from Automobile Policy | ☐ Yes ☑No | $ |
| Railroad or Canadian Pension | ☐ Yes ☑No | | $ | Statement from injury causing disability | ☐ Yes ☑No | $ |

Please refer to your Policy for definitions:

| | | | |
|---|---|---|---|
| Are you claiming Total Disability? | ☑Yes ☐ No | Dates of Total Disability: From _____ Through _____ |
| Are you claiming Partial Disability? | ☐ Yes ☑No | Dates of Partial Disability: From _____ Through _____ |
| Have you performed any type of work? | ☐ Yes ☑No | Dates of any Work: From _____ Through _____ |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original. ███████

Date 03/27/2015  Telephone Number 417-459-5879  Social Security # ███████

Employee's Signature *Jamie Flanagan*

Address *1625 Musky Dime Dr, Crane, MO 65633*

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 1 of 3
11/12

**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT
(To Avoid Delay Please Answer ALL Questions)

**PLEASE see**
**FRAUD NOTICES attached.**

Claimant's Name   Jamie Flanagan                             Return Form By _____
Policy No         00001015732600000                          Claim No   1130226196

When do you expect to be able to return to work in either your own or another occupation?

*never*

Describe your current symptoms. *Bilateral arm pain & spasms, severe fatigue & forgetfullness, nausea → meds*
*Severe back pain, back spasms, severe radiating Bilateral leg pain, Bilateral leg weakness, neck pain, headache*

What do you believe is the cause of your continuing disability and what could be done about it?
*Scar tissue in my spine around the nerves, failed fusion surgery, autoimmune disease, medication side effects*

Describe your current restrictions/limitations specifically and thoroughly. *I don't believe much can change*
*I cannot sit or stand longer than 5-10 minutes due to severe pain. I constantly have to shift positions. I cannot drive further than 20 minutes due to the severe pain that locks my leg up.*

Describe your present activities. *I can't clean or cook for my family because of my pain level.*
*I spend a majority of my day reading & watching TV. I don't leave the house much because it is too hard for me. My husband drives me almost everywhere. I stay home so I can lay down when needed &*
*change positions often*

Do you require another person's active, hands-on help to safely perform activities of daily living? ☑Yes ☐ No

If "yes", please explain what kind of help you receive and who provides it:
*My husband drives me 90% of the time as I fall asleep driving. He also helps shave my legs at times & does most of the cleaning.*

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
*Donald Hopewell, 3020 St. John's Blvd Suite E3, Joplin, MO 64804   417-659-6873   1/2015 & scheduled 4/16/15*

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | |
|---|---|---|---|---|---|
| Social Security | ☑Yes  5/2014 | $2,388 | Unemployment | ☐ Yes | $____ |
| | ☐ No  2014 | $2,528 in 1/2015 | Compensation | ☑No | |
| Dependent Social | ☑Yes  5/2014 | $1144 up | State Disability | ☐ Yes | $____ |
| Security | ☐ No | 1164 1/2015 | Benefits | ☑No | |
| Workers' | ☐ Yes | $____ | Any other disability | ☐ Yes | $____ |
| Compensation | ☑No | | benefit-Federal, State | ☑No | |
| Pension Disability or | ☐ Yes | $____ | Disability Income from | ☐ Yes | $____ |
| Pension Retirement | ☑No | | Automobile Policy | ☑No | |
| Railroad or | ☐ Yes | $____ | Statement from injury | ☐ Yes | $____ |
| Canadian Pension | ☑No | | causing disability | ☑No | |

Please refer to your Policy for definitions:

Are you claiming Total Disability?   ☑Yes ☐ No    Dates of Total Disability: From _____ Through _____

Are you claiming Partial Disability?   ☐ Yes ☑No    Dates of Partial Disability: From _____ Through _____

Have you performed any type of work?   ☐ Yes ☑No    Dates of any Work:   From _____ Through _____

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 03/27/2015   Telephone Number 417-459-5879   Social Security ▓▓▓▓

Employee's Signature *Jamie Flanagan*

Address *1625 Musky Dime Dr, Crane, MO 65633*

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 1 of 3
11/12

# ☐Lincoln
### Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)

CLAIMANT NAME: Jamie Flanagan          CLAIM NUMBER: 1130226196

PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE),
PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES _____ TO _____

**DOCTORS:**

① Name Dr. Donald Hopewell  Specialty Neurology & Pain Management  ③ Name Beth Knox, FNP (Peter Marcellus, MD)  Specialty Family Practice
Address 3030 St. John's Blvd, 100 Mercy Way Suite 520  Address 1150 State Hwy 248, Suite #202
City Joplin  State MO  Zip Code 64  City Branson  State MO  Zip Code 65616
Phone: 417-556-6876  Fax: 417-556-6874  Phone: 417-348-8964 or 8763  Fax: 417-336-0275
Dates Seen 10/2010  to current  Dates Seen 10/1/2010  to current

② Name Dr. Anne Winkler  Specialty Rheumatology  ④ Name Dr. Nancy Beisswenger  Specialty Occupational Therapy
Address 525 Branson Landing Blvd Suite 301  Address 4350 S. National Ave, Suite B116
City Branson  State MO  Zip Code 65616  City Springfield  State MO  Zip Code 65810
Phone: 417-348-8253  Fax: 417-337-8942  Phone: 417-881-1282  Fax: 417-881-2840
Dates Seen 09/01/2012  to current  Dates Seen 04/01/2014  to 04/30/2014

**PHARMACIES:**

Name Lakeland Pharmacy  Name Walgreens, Republic, MO
Address 104 Courtney Lane  Address 1050 US Hwy 60 E
City Crane  State MO  Zip Code 65633  City Republic  State MO  Zip Code 65738
Phone: 417-723-5227  Fax: _____  Phone: 417-732-8246  Fax: _____
Dates: 01/01/2015  to current  Dates: 12/1/2014  to current

**HOSPITALS:**

Name Cox Medical Center Branson (Skaggs)  Name Cox Health Branson Pain & Neurology (Skaggs) (Pain Center)
Address 545 Branson Landing Blvd  Address 121 Cahill Rd, Suite 204
City Branson  State MO  Zip Code 65616  City Branson  State MO  Zip Code 65616
Phone: 417-335-7000  Fax: _____  Phone: 417-335-7222  Fax: 417-335-7224
Dates Confined: 04/01/2011  to 04/05/2011  Dates Confined: 10/6/2010  to multiple for different injections & procedures

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name BlueCross/BlueShield of TX  Policy Number Group # 039381
Address Unsure  Member ID BWC 821651512
City _____  State _____  Zip Code _____  Dates of Coverage *Starts 05/01/2015 to _____
Phone Number: 1-800-521-2227  Fax Number: _____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature Jamie Flanagan  Date 3/27/2014

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056