DOCTORS

⑤ Dr. Diane Cornelison
121 Cahill Rd, Suite #204
Branson, MO 65616
P: 417 335-7222 F: 417 335-7224
Dates 8/2010 - 12/2013
Specialty: Neurology & pain management

⑥ Dr. Charles Mace
2900 S. National Ave
Springfield, MO
P: 417-885-3888
Dates: 10/2010 - open chart
(no recent appt)
Specialty: Neurosurgery

⑦ Dr. Wayne Wallender, OO
1011 E Montclair St.
Springfield, MO 65804
P: 417-269-65804
Dates seen: 8/15/13 - 10/17/13
Specialty: Anesthesia & pain management
(Spinal cord stimulator)

⑧ Dr. Barbara Radvanovich.
Cox Psych Services
Wheeler Heart & Vascular Services
Suite 770
Springfield, MO 65807
P: 417-269-5509
F: 417-269-5595
Specialty: Pain & psychological services
Dates: 2/20/13

⑨ Glady Jacob, MD
121 Cahill Rd, Suite 204
Branson, MO 65616
P: 417-335-7222
F: 417-335-7224
Specialty: Neurology
Dates: 10/22/2010
(EMG)

⑩ Outpatient Physical Therapy
Cox Health System Branson
121 Cahill Rd, Suite #101
Branson, MO 65616
P: 417-335-7274
F: 417-335-7105
Specialty: Physical Therapy
Dates: 2010-2013

⑪ Dr. Thomas Woodward MD
Cox Health
545 Branson Landing Blvd
Branson, MO 65616
P: 417-335-7000

② Cox Medical Branson
③ Main # info.

specialty: internal medicine
Dates: 10/19/2010 - 01/19/2014

No longer employed there

③ Walgreens Nixa
106 W. Massey Blvd
Nixa, MO 65714
P: 417-724-9568
Dates 9/2010 - current (times → rare)

④ Family Pharmacy
105 Ridgecrest Ave #2
Nixa, MO 65714
P: 417-724-2601
F: 417-724-2621
Dates 08/2010 - 10/2014

Insurance

#2 Coventry Health Care of KS
P.O. Box 7109
London, KY 40742
1-866-364-5663

Dates
5/2014 - 01/31/2015
Member # 930047872-02

#3 BC/BS Blue Select (unsure address) Dates 12/1/2013 - 04/30/2014
1-800-774-0384
Member # 2YH440AD6856

* If you need more please let me know I can get the prior from my work.

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name   Jamie Flanagan                    Claim #   1130226196

Policy #   0000001015732600000

Email Address:   jamieandjason0306@gmail.com

1. Did you graduate from high school?   (Y) or N    If no, grade completed?  _____

2. Did you attend college?   (Y) or N    Did you graduate?  (Y) or N

   List Degree(s) earned   Masters of Science, Nursing

   Name of College   Missouri Southern State University & University of Missouri, KC

   Major(s)   Nursing

3. Do you have any other formal or vocational training?   Y or (N)   Please list  _____

4. Were you in the military?   Y or (N)  _____
                                            Branch          Rank          Specialty

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order. Feel free to use the back of this form if you need additional space.

Employer   Cox Health System (Skaggs)   Job Title   Nurse Practitioner
Dates Worked   3/1/2010 - 10/2013 (stopped working 8/23/2013 but employment technically lasted through November)
Duties & Responsibilities   See & evaluate patients, diagnose disease, prescribe medications, all under collaboration of a physician.

Employer   Healing Arts Center, Branson, MO   Job Title   Nurse Practitioner
Dates Worked   7/2009 - 3/1/2010
Duties & Responsibilities   See, evaluate, diagnose, patients. prescribe medications., pull own lab, work on weight loss program.

Employer   Mercy Clinic ENT (Springfied, MO)   Job Title   Nurse Practitioner

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01803

REF #530446

Dates Worked **11/2004 - 9/2009**

Duties & Responsibilities **See, evaluate, diagnose & treat patients,**
**Take call for facial trauma & office, First Assist in the OR,**
**Office procedures, organize surgery schedule.**

Employer **Freeman Hospital** Job Title **Registered Nurse**

Dates Worked **12/2000 - 12/2003** **Student assistant 2000 - 5/2002 then RN from**
**5/2002 - 12/2003.**

Duties & Responsibilities **Bedside care of patients, charting, passing**
**medications, assessing patients & passing information on to**
**the physicians.**

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

**I took 2 courses toward my Doctorate in Nursing Practice**
**but had to stop school due to the pain in my back, back**
**surgery, & the side effects of the medication making me**
The above statements are true and correct to the best of my knowledge. **unable to continue**
**in 2010 (dizziness,**
**fatigue, forgetful)**

Signature **Jamie Flanagan** ^ **Fall.**

Date **03/27/2015**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01803

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 3 of 150    LIN00648



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle)   Jamie Flanagan                    Date of Birth: ███████████

Other Names Used: _____   Social Security Number ███████

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____   Relationship to claimant: _____

Address: _____   Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: *Jamie Flanagan*                              Date 03|18|2015

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 4 of 150   LIN00649



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

April 1, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

Please refer to our letter dated 03/02/2015 regarding our investigation into your ability to perform the main duties of any gainful occupation.

To remain eligible for benefits, you must be disabled as defined in the policy issued to LESTER E COX MEDICAL CENTER, which states:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1.  During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2.  After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

As stated in our letter dated 03/02/2015, we must obtain the following information from you and your physicians:

- Insured Supplemental Statement form
- Treating Medical Professionals form – for the 6 months prior to 11/24/2015
- Education Background form

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #577906

- Current Authorization signed and dated -- needed to obtain copies of all medical records.
- Abilities Form (requested directly from your physician)

Please complete all sections of the forms to insure that a proper investigation can be made regarding your eligibility for benefits beyond 11/24/2015.

We will be unable to consider benefits beyond 11/24/2015 until our investigation has been completed; therefore, please return the completed forms to our office no later than 04/16/2015. This is our final request for this information.  We must be provided with or have the ability to obtain evidence of specific restrictions and limitations related to recent medical findings by examination of a physician or testing defining any abnormalities that would preclude you from performing the main duties of any gainful occupation.

Without this evidence, a full review into your ability to perform the main duties of any gainful occupation cannot be completed and we will issue your final benefit to 11/24/15, the end of the own occupation period and your claim will be terminated.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Mike Machian
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

Enclosure(s):       TMP Form
:                   Educational Background Form
:                   Insured Supp Statement
:                   Auth Medical

CC:   LAW OFFICES OF RICK VASQUEZ
       ATTN: RICK VASQUEZ
       1736 EAST SUNSHINE STE 103
       SPRINGFIELD, MO 65804

LIN00651



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ___Jamie Flanagan___ CLAIM NUMBER: ___1130226196___

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES _____ TO _____**

**DOCTORS:**

Name _____Specialty _____    Name _____Specialty _____

Address _____    Address _____

City _____State _____Zip Code _____    City _____State _____Zip Code _____

Phone: _____ Fax: _____    Phone: _____ Fax: _____

Dates Seen _____ to _____    Dates Seen _____ to _____

Name _____Specialty _____    Name _____Specialty _____

Address _____    Address _____

City _____State _____Zip Code _____    City _____State _____Zip Code _____

Phone: _____ Fax: _____    Phone: _____ Fax: _____

Dates Seen _____ to _____    Dates Seen _____ to _____

**PHARMACIES:**

Name _____    Name _____

Address _____    Address _____

City _____State _____Zip Code _____    City _____State _____Zip Code _____

Phone: _____ Fax: _____    Phone: _____ Fax: _____

Dates: _____ to _____    Dates: _____ to _____

**HOSPITALS:**

Name _____    Name _____

Address _____    Address _____

City _____State _____Zip Code _____    City _____State _____Zip Code _____

Phone: _____ Fax: _____    Phone: _____ Fax: _____

Dates Confined: _____ to _____    Dates Confined: _____ to _____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name _____    Policy Number _____

Address _____    Member ID _____

City _____State _____Zip Code _____    Dates of Coverage _____ to _____

Phone Number: _____    Fax Number: _____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature _____Date _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 7 of 150    LINC00652

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 2 of 3
8/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 8 of 150   LINC00653

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 3 of 3
8/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 9 of 150    LINC00654

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name   Jamie Flanagan        Claim #   1130226196

Policy #   00001015732600000

Email Address:

1. Did you graduate from high school?    Y or N    If no, grade completed?

2. Did you attend college?   Y or N    Did you graduate?   Y or N

    List Degree(s) earned

    Name of College

    Major(s)

3. Do you have any other formal or vocational training?   Y or N   Please list

4. Were you in the military?   Y or N

                Branch            Rank            Specialty

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order.
Feel free to use the back of this form if you need additional space.

Employer                                Job Title

Dates Worked

Duties & Responsibilities

Employer                                Job Title

Dates Worked

Duties & Responsibilities

Employer                                Job Title

Dates Worked _____

Duties & Responsibilities _____

_____

Employer _____  Job Title _____

Dates Worked _____

Duties & Responsibilities _____

_____

6.  List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently.  (Please be specific such as sales, carpentry, auto repair, etc.)

_____

_____

_____

The above statements are true and correct to the best of my knowledge.

Signature_____

Date_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.         Page 2 of 2
GLC-01803                                                                                                                                  11/12

Case 3:17-cv-05060-MDH     Document 33-3     Filed 05/15/18     Page 11 of 150   LIN00656



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see FRAUD NOTICES attached.**

| | | | |
|---|---|---|---|
| Claimant's Name | Jamie Flanagan | Return Form By | |
| Policy No | 00001015732600000 | Claim No | 1130226196 |

When do you expect to be able to return to work in either your own or another occupation?

Describe your current symptoms.

What do you believe is the cause of your continuing disability and what could be done about it?

Describe your current restrictions/limitations specifically and thoroughly.

Describe your present activities.

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | _____ | $_____ | Unemployment Compensation | ☐ Yes ☐ No | _____ | $_____ |
| Dependent Social Security | ☐ Yes ☐ No | _____ | $_____ | State Disability Benefits | ☐ Yes ☐ No | _____ | $_____ |
| Workers' Compensation | ☐ Yes ☐ No | _____ | $_____ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | _____ | $_____ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | _____ | $_____ | Disability Income from Automobile Policy | ☐ Yes ☐ No | _____ | $_____ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | _____ | $_____ | Statement from injury causing disability | ☐ Yes ☐ No | _____ | $_____ |

Please refer to your Policy for definitions:

Are you claiming Total Disability?   ☐ Yes ☐ No   Dates of Total Disability: From _____ Through _____

Are you claiming Partial Disability?   ☐ Yes ☐ No   Dates of Partial Disability: From _____ Through _____

Have you performed any type of work?   ☐ Yes ☐ No   Dates of any Work:   From _____ Through _____

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date _____ Telephone Number _____ Social Security # _____

Employee's Signature _____

Address _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 1 of 3
11/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 12 of 150   LIN00657

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 2 of 3
11/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 13 of 150    LIN00658

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 3 of 3
11/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 14 of 150   LIN00659



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle) ___Jamie Flanagan_____ Date of Birth:: _____

Other Names Used: _____ Social Security Number:_____

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: _____ Date: _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 15 of 150   **LIN00660**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

April 01, 2015

RICK VASQUEZ
1736 EAST SUNSHINE   STE 103
SPRINGFIELD MO 65804

This page is for mailing purposes only. Please disregard.

©2013  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LIN00661



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

April 1, 2015

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:    Policyholder:  LESTER E COX MEDICAL CENTER
       Policy Number: 00001015732600000
       Claim Number: 1130226196
       Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

Please refer to our letter dated 03/02/2015 regarding our investigation into your ability to perform the main duties of any gainful occupation.

To remain eligible for benefits, you must be disabled as defined in the policy issued to LESTER E COX MEDICAL CENTER, which states:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1.    During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2.    After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

As stated in our letter dated 03/02/2015, we must obtain the following information from you and your physicians:

•   Insured Supplemental Statement form
•   Treating Medical Professionals form – for the 6 months prior to 11/24/2015
•   Education Background form

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LIN00662**

REF #577906

- Current Authorization signed and dated -- needed to obtain copies of all medical records.
- Abilities Form (requested directly from your physician)

Please complete all sections of the forms to insure that a proper investigation can be made regarding your eligibility for benefits beyond 11/24/2015.

We will be unable to consider benefits beyond 11/24/2015 until our investigation has been completed; therefore, please return the completed forms to our office no later than 04/16/2015. This is our final request for this information. We must be provided with or have the ability to obtain evidence of specific restrictions and limitations related to recent medical findings by examination of a physician or testing defining any abnormalities that would preclude you from performing the main duties of any gainful occupation.

Without this evidence, a full review into your ability to perform the main duties of any gainful occupation cannot be completed and we will issue your final benefit to 11/24/15, the end of the own occupation period and your claim will be terminated.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Mike Machian
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

Enclosure(s):      TMP Form

:                Educational Background Form

:                Insured Supp Statement

:                Auth Medical

CC:   LAW OFFICES OF RICK VASQUEZ
       ATTN: RICK VASQUEZ
       1736 EAST SUNSHINE STE 103
       SPRINGFIELD, MO 65804

LIN00663



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME:  Jamie Flanagan                              CLAIM NUMBER:  1130226196

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES _____ TO _____**

**DOCTORS:**

Name _____Specialty _____      Name _____Specialty _____

Address _____      Address _____

City _____State _____Zip Code _____      City _____State _____Zip Code _____

Phone: _____ Fax: _____      Phone: _____ Fax: _____

Dates Seen _____ to _____      Dates Seen _____ to _____

Name _____Specialty _____      Name _____Specialty _____

Address _____      Address _____

City _____State _____Zip Code _____      City _____State _____Zip Code _____

Phone: _____ Fax: _____      Phone: _____ Fax: _____

Dates Seen _____ to _____      Dates Seen _____ to _____

**PHARMACIES:**

Name _____      Name _____

Address _____      Address _____

City _____State _____Zip Code _____      City _____State _____Zip Code _____

Phone: _____ Fax: _____      Phone: _____ Fax: _____

Dates: _____ to _____      Dates: _____ to _____

**HOSPITALS:**

Name _____      Name _____

Address _____      Address _____

City _____State _____Zip Code _____      City _____State _____Zip Code _____

Phone: _____ Fax: _____      Phone: _____ Fax: _____

Dates Confined: _____ to _____      Dates Confined: _____ to _____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name _____      Policy Number _____

Address _____      Member ID _____

City _____State _____Zip Code _____      Dates of Coverage _____ to _____

Phone Number: _____      Fax Number: _____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature _____Date _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 3 of 3
8/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 21 of 150    LIN00666

## EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name ___Jamie Flanagan_____     Claim # ___1130226196_____

Policy # ___00001015732600000_____

Email Address: _____

1. Did you graduate from high school?    Y or N    If no, grade completed?    _____

2. Did you attend college?   Y or N    Did you graduate?   Y or N

    List Degree(s) earned     _____

    Name of College     _____

    Major(s)     _____

3. Do you have any other formal or vocational training?    Y or N   Please list    _____

4. Were you in the military?    Y or N    _____
                                Branch         Rank        Specialty

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order.
Feel free to use the back of this form if you need additional space.

Employer _____     Job Title _____

Dates Worked _____

Duties & Responsibilities _____

_____

Employer _____     Job Title _____

Dates Worked _____

Duties & Responsibilities _____

_____

Employer _____     Job Title _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01803

Dates Worked  _____

Duties & Responsibilities  _____

_____

Employer  _____  Job Title  _____

Dates Worked  _____

Duties & Responsibilities  _____

_____

6.  List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently.  (Please be specific such as sales, carpentry, auto repair, etc.)

_____
_____
_____

The above statements are true and correct to the best of my knowledge.

Signature_____

Date_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.  Page 2 of 2
GLC-01803                                                                                                          11/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 23 of 150    LIN00668



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see**
**FRAUD NOTICES attached.**

| | | | |
|---|---|---|---|
| Claimant's Name | Jamie Flanagan | Return Form By | |
| Policy No | 00001015732600000 | Claim No | 1130226196 |

When do you expect to be able to return to work in either your own or another occupation?

Describe your current symptoms.

What do you believe is the cause of your continuing disability and what could be done about it?

Describe your current restrictions/limitations specifically and thoroughly.

Describe your present activities.

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| Social Security | ☐ Yes ☐ No | _____ $_____ | Unemployment Compensation | ☐ Yes ☐ No | _____ $_____ |
|---|---|---|---|---|---|
| Dependent Social Security | ☐ Yes ☐ No | _____ $_____ | State Disability Benefits | ☐ Yes ☐ No | _____ $_____ |
| Workers' Compensation | ☐ Yes ☐ No | _____ $_____ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | _____ $_____ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | _____ $_____ | Disability Income from Automobile Policy | ☐ Yes ☐ No | _____ $_____ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | _____ $_____ | Statement from injury causing disability | ☐ Yes ☐ No | _____ $_____ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No  Dates of Total Disability: From _____ Through _____

Are you claiming Partial Disability? ☐ Yes ☐ No  Dates of Partial Disability: From _____ Through _____

Have you performed any type of work? ☐ Yes ☐ No  Dates of any Work: From _____ Through _____

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date _____ Telephone Number _____ Social Security # _____

Employee's Signature _____

Address _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 1 of 3
11/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 24 of 150   **LIN00669**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 3 of 3
11/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 26 of 150    LIN00671



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) ___Jamie Flanagan_____ Date of Birth:: _____

Other Names Used: _____ Social Security Number:_____

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: _____ Date: _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 28 of 150   LIN 00673

**Lincoln**
Financial Group•

EV01156 3/13

Lincoln Financial Group
Service Office Address
8801 Indian Hills Drive
Omaha, NE  68114-4066




PRESORTED
FIRST CLASS

US.POSTAGE
$00.40³
FEB 20 2015
ZIP  46802
02   1T
3003417

REC'D MAR 1 0 2015

NIXIE        641   DA 1339      8803/05/15

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

SNGL4439999
68114@4056

RC: 68114486699      *8712-15432-28-39



The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha Ne 68114

## GROUP EXPLANATION OF BENEFITS

**DATE:** 02/19/2015

#BWNNHNG    000297        1205051081

RECD MAR 10 2015

**PAYEE:** JAMIE FLANAGAN
1625 MUSKY DIME DRIVE
NIXA, MO 65714

**GROUP NUMBER:** 00001015732600000
**CLAIM NUMBER:** 1130223196
**PAYMENT TYPE:** Direct Deposit

**CERTIFICATE NUMBER:** 3684238

**GROUP INFORMATION:** ATTN: ANDREW HEDGPETH
Lester E. Cox Medical Center
3801 S National Ave
Springfield, MO 65807

### BENEFIT - PERIOD 1/24/2015 TO 2/24/2015

| | |
|---|---|
| GROSS MONTHLY BENEFIT - LTD | $4,502.16 |
| SOC SEC (DISPRIMARY) | ($2,289.00) |
| SOC SEC (DISFAMILY) | ($1,144.00) |
| **TAXES** | |
| FEDERAL INCOME TAX | $100.00 |
| **DEPOSIT AMOUNT** | $969.16 |

**MESSAGES:**

Register at www.lincoln4benefits.com for 24/7 access to benefit and coverage information.

Please inform us immediately should any change occur in the disability status.

Direct Deposit has been made



If any questions, please call 1-800-423-2765
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

LFG Omaha Fax        1/29/2015 3:34:08 PM  PAGE   5/005   Fax Server

REC'D JAN 2 0 2015                                    REF #429828

## ∩Lincoln
### Financial Group‹

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: __Flanagan__ __Jamie__ __Sue__
                         (Last)              (First)              (Middle)

Date of Birth: ▮▮▮▮▮▮        Social Security Number ▮▮▮▮▮▮

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:    The Lincoln National Life Insurance Company
                                     PO Box 2609
                                     Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.
   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Flanagan_                          DATE: _12/31/14_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _1625 Musky Dime Dr_                    PHONE NO: _417 459 5877_
          (Street)

_Crane_              _MD_      _65633_
(City)              (State)    (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808                                                              Disability      Page 1 of 1
                                                                                       6/09

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

**Invoice #:** 0163276489
**Date:** 3/4/2015
**Customer #:** 1666596

| Ship to: |
| --- |
| LINCOLN NATIONAL LIFE INS |
| LINCOLN NATIONAL LIFE INS |
| PO BOX 2609 |
| OMAHA, NE 68103-2609 |

| Bill to: |
| --- |
| LINCOLN NATIONAL LIFE INS |
| LINCOLN NATIONAL LIFE INS |
| PO BOX 2609 |
| OMAHA, NE 68103-2609 |

| Records from: |
| --- |
| MERCY CLINIC JOPLIN ADMIN |
| 3016 MCCLELLAND BLVD |
| JOPLIN, MO 64804 |

**Requested By:** LINCOLN NATIONAL LIFE INS
**Patient Name:** FLANAGAN JAMIE

**DOB:**

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 2 | 0.54 | 1.08 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 27.02 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 27.02 |
| Less Payment | | | -27.02 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0163276489 |
| --- |
| Check # _____ |
| Payment Amount $_____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



**Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

November 22, 2014

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:  Policy Number:    00001015732600000
     Claim Number:     1130226196
     Patient:          Jamie Flanagan
     DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 9/1/2014 to 11/22/2014 |
| Diagnostic Test Results | 9/1/2014 to 11/22/2014 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- Please fax this remittance form and records to 877-843-3950.

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Theresa Elder
Clerk, Claims
The Lincoln National Life Insurance Company

MERCY MEDICAL OFFICE BUILDING  FLANAGAN,JAMIE S
JOPLIN                          MRN: E140238803
3020 Saint John's Blvd          DOB: ████████ Sex: F
Suite E2                        Enc. Date: 10/22/14
JOPLIN MO 64804-1564

---

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 10/22/2014 2:21 PM**

| | | |
|---|---|---|
| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
| Filed: 10/22/2014 2:32 PM | Note Time: 10/22/2014 2:21 PM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 34-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, and lumbar spondylolisthesis. All of these are occurring in the setting of mixed connective tissue disease. Over the last couple of weeks she's had a flare of her low back pain with radiation down the legs as previously described. This is most commonly in the lateral aspect of the right leg, right for leg, and right lateral foot with occasional similar symptoms on the left side. There's been no new weakness, sensory change, or bowel or bladder symptoms. Initially she and her husband could not think of anything in particular that may have caused this flare when we discussed in more detail she was off of her Plaquenil for about 3 weeks just restarting last week and also during this same timeframe she had been walking more than usual because they have been looking at properties. Her pain is definitely worse with prolonged standing more than when she is up on her feet and walking but when she is up on her feet for about 15 minutes she has to sit for a period of time to be comfortable. Any prolonged position will make her pain worse including prolonged sitting. She did not have any clear flare of joint symptoms otherwise but told me about an episode of skin symptomatology including rash, swelling of her digits and some lip swelling that came and went over about 72 hours over the same timeframe.

We reviewed past history, family history, social history, and review of systems. This is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal.

Patient has had a recent flare of her symptoms probably in the setting of being off of her plaquenil and being more up on her feet and walking more than normal. We'll place her on a today cycle taper of dexamethasone starting at 5 mg. We will continue her narcotic regimen as previously prescribed. She'll return for routine followup in 3 months. I did tell her to contact her rheumatologist regarding the skin issues that occurred recently.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 10/22/2014 2:32 PM

---

## Radiology Reports

**RADIOLOGY ORDERS/RESULTS**

No orders found for this encounter

---

## ECG/EMG Results

**Patient-Level Documents:**

Scan on 3/30/2010 2:42 PM by Vanzant, Kathleen M : 3/12/10 knee xray report (below)

JPLMC NEUROLOGY JOPLIN          FLANAGAN,JAMIE S
3020 Saint John's Blvd          MRN: E140238803
Suite E2

Printed by 56967 at 2/8/15 8:32 AM

MERCY MEDICAL OFFICE BUILDING FLANAGAN,JAMIE S
JOPLIN                                    MRN: E140238803
3020 Saint John's Blvd                    DOB [redacted] Sex: F
Suite E2                                  Enc. Date: 10/22/14
JOPLIN MO 64804-1564

---

### ECG/EMG Results (continued)

**Patient-Level Documents:**

### Clinical Lab Results

**Lab Orders and Results**

No orders and results found

### End of Encounter

**All Results**

No results found

### End of Encounter

### END OF REPORT

---

JPLMC NEUROLOGY JOPLIN           FLANAGAN,JAMIE S
3020 Saint John's Blvd           MRN: E140238803
Suite E2

Printed by 56967 at 2/8/15 8:32 AM

LIN00680



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

March 9, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

I can be reached by phone at 800-423-2765 (ext 7498) or via email at Mike.Machian@lfg.com

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Mike Machian
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:    LAW OFFICES OF RICK VASQUEZ
       ATTN: RICK VASQUEZ
       1736 EAST SUNSHINE STE 103
       SPRINGFIELD, MO 65804

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LIN00681



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

March 09, 2015

RICK VASQUEZ
1736 EAST SUNSHINE   STE 103
SPRINGFIELD MO 65804

This page is for mailing purposes only. Please disregard.

©2013  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

March 9, 2015

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:      Policyholder:  LESTER E COX MEDICAL CENTER
         Policy Number: 00001015732600000
         Claim Number: 1130226196
         Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

I can be reached by phone at 800-423-2765 (ext 7498) or via email at Mike.Machian@lfg.com

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Mike Machian
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:    LAW OFFICES OF RICK VASQUEZ
       ATTN: RICK VASQUEZ
       1736 EAST SUNSHINE STE 103
       SPRINGFIELD, MO 65804

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort™
## INVOICE

**Invoice #:** **0163276489**
**Date:** **3/4/2015**
Customer #: 1666596

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LINCOLN NATIONAL LIFE INS | LINCOLN NATIONAL LIFE INS | MERCY CLINIC JOPLIN ADMIN |
| LINCOLN NATIONAL LIFE INS | LINCOLN NATIONAL LIFE INS | 3016 MCCLELLAND BLVD |
| PO BOX 2609 | PO BOX 2609 | JOPLIN, MO 64804 |
| OMAHA, NE 68103-2609 | OMAHA, NE 68103-2609 | |

**Requested By:** LINCOLN NATIONAL LIFE INS        **DOB:**
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 2 | 0.54 | 1.08 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 27.02 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 27.02 |
| Less Payment | | | -27.02 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

✂

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| |
|---|
| Invoice #: **0163276489** |
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

LIN00684



**Lincoln** Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

November 22, 2014

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:   Policy Number:   00001015732600000
      Claim Number:    1130226196
      Patient:         Jamie Flanagan
      DOB:             ████████



**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 9/1/2014 to 11/22/2014 |
| Diagnostic Test Results | 9/1/2014 to 11/22/2014 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment **we must have your Tax Identification Number (TIN) & NPI.** Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, **payment can be made immediately** upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT A

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request.  Thank you for your cooperation.

### YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT

Sincerely,

Amy Young
Assisting on behalf of Theresa Elder
Clerk, Claims
The Lincoln National Life Insurance Company

LIN00686

**REC'D JAN 2 0 2015**          REF #429828

# Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: _Flanagan_          _Jamie_          _Sue_
                        (Last)              (First)          (Middle)

Date of Birth: ████████          Social Security Number: ████████

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement income, financial, earnings and employment history).

3. Information to be released to:      The Lincoln National Life Insurance Company
                                       PO Box 2609
                                       Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.
   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Flanagan_          DATE: _12/31/14_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _1625 Musky Dime Dr_          PHONE NO: _417 459 5879_
         (Street)

_Crane_          _MO_          _65633_
(City)          (State)        (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808                                                        Disability          Page 1 of 1
                                                                                     6/08

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 42 of 150

LIN00687

MERCY MEDICAL OFFICE BUILDING FLANAGAN,JAMIE S
JOPLIN                                          MRN: E140238803
3020 Saint John's Blvd                          DOB: ███████ Sex: F
Suite E2                                        Enc. Date: 10/22/14
JOPLIN MO 64804-1564

---

### Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 10/22/2014 2:21 PM**

| | | |
|---|---|---|
| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
| Filed: 10/22/2014 2:32 PM | Note Time: 10/22/2014 2:21 PM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 34-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, and lumbar spondylolisthesis. All of these are occurring in the setting of mixed connective tissue disease. Over the last couple of weeks she's had a flare of her low back pain with radiation down the legs as previously described. This is most commonly in the lateral aspect of the right leg, right for leg, and right lateral foot with occasional similar symptoms on the left side. There's been no new weakness, sensory change, or bowel or bladder symptoms. Initially she and her husband could not think of anything in particular that may have caused this flare when we discussed in more detail she was off of her Plaquenil for about 3 weeks just restarting last week and also during this same timeframe she had been walking more than usual because they have been looking at properties. Her pain is definitely worse with prolonged standing more than when she is up on her feet and walking but when she is up on her feet for about 15 minutes she has to sit for a period of time to be comfortable. Any prolonged position will make her pain worse including prolonged sitting. She did not have any clear flare of joint symptoms otherwise but told me about an episode of skin symptomatology including rash, swelling of her digits and some lip swelling that came and went over about 72 hours over the same timeframe.

We reviewed past history, family history, social history, and review of systems. This is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal.

Patient has had a recent flare of her symptoms probably in the setting of being off of her plaquenil and being more up on her feet and walking more than normal. We'll place her on a today cycle taper of dexamethasone starting at 5 mg. We will continue her narcotic regimen as previously prescribed. She'll return for routine followup in 3 months. I did tell her to contact her rheumatologist regarding the skin issues that occurred recently.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 10/22/2014 2:32 PM

---

### Radiology Reports

**RADIOLOGY ORDERS/RESULTS**

No orders found for this encounter

---

### ECG/EMG Results

**Patient-Level Documents:**

Scan on 3/30/2010 2:42 PM by Vanzant, Kathleen M : 3/12/10 knee xray report (below)

JPLMC NEUROLOGY JOPLIN          FLANAGAN,JAMIE S
3020 Saint John's Blvd          MRN: E140238803
Suite E2

Printed by 56967 at 2/8/15  8:32 AM

MERCY MEDICAL OFFICE BUILDING FLANAGAN,JAMIE S
JOPLIN                                   MRN: E140238803
3020 Saint John's Blvd                   DOB ██████ Sex: F
Suite E2                                 Enc. Date: 10/22/14
JOPLIN MO 64804-1564

---

### ECG/EMG Results (continued)

**Patient-Level Documents:**

### Clinical Lab Results

**Lab Orders and Results**

No orders and results found

## End of Encounter

**All Results**

No results found

## End of Encounter

## END OF REPORT

JPLMC NEUROLOGY JOPLIN          FLANAGAN,JAMIE S
3020 Saint John's Blvd          MRN: E140238803
Suite E2

Printed by 56967 at 2/8/15  8:32 AM



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

March 2, 2015

JAMIE FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

This letter is in reference to your claim for Long Term Disability benefits.

As you will recall in your original approval letter we advised your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation.

The Own Occupation Period begins at the end of the Elimination Period and ends 24 months later.  Your Own Occupation Period will end on 11/24/2015.

At this time we are re-evaluating your claim to determine if you are Totally Disabled from any occupation.  To make an appropriate determination, we will be evaluating current medical documentation and your past training, education and work experience.

Therefore, we must obtain the following information from you:

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Education Background form
- Current Authorization signed and dated -- needed to obtain copies of all medical records.

Once we receive this information from you, we will assist you in obtaining the medical records from your physicians by sending a request to them directly. However, you are ultimately responsible to ensure that sufficient proof is provided in support of your claim for continuing disability beyond the Own Occupation Period.  If all requested information is not provided in a timely manner, we may proceed with our determination based on the available information. This determination, however, may be negatively impacted if all requested and/or pertinent

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #530446

information is not made available for consideration during the review period.   We appreciate your assistance in acquiring copies of your medical records.

We will be unable to consider benefits beyond 11/24/2015 until our investigation has been completed; therefore, please return the completed forms to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Ashley Devine
Claims Exmr II, Claims
The Lincoln National Life Insurance Company


| Enclosure(s): | TMP Form |
| :--- | :--- |
| : | Abilities Form |
| : | Educational Background Form |
| : | Insured Supp Statement |
| : | Auth Medical |

LIN00691



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME:  Jamie Flanagan                              CLAIM NUMBER:  1130226196

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES _____ TO _____**

**DOCTORS:**

Name _____Specialty _____        Name _____Specialty _____

Address _____        Address _____

City _____State _____Zip Code _____        City _____State _____Zip Code _____

Phone: _____ Fax: _____        Phone: _____ Fax: _____

Dates Seen _____ to _____        Dates Seen _____ to _____

Name _____Specialty _____        Name _____Specialty _____

Address _____        Address _____

City _____State _____Zip Code _____        City _____State _____Zip Code _____

Phone: _____ Fax: _____        Phone: _____ Fax: _____

Dates Seen _____ to _____        Dates Seen _____ to _____

**PHARMACIES:**

Name _____        Name _____

Address _____        Address _____

City _____State _____Zip Code _____        City _____State _____Zip Code _____

Phone: _____ Fax: _____        Phone: _____ Fax: _____

Dates: _____ to _____        Dates: _____ to _____

**HOSPITALS:**

Name _____        Name _____

Address _____        Address _____

City _____State _____Zip Code _____        City _____State _____Zip Code _____

Phone: _____ Fax: _____        Phone: _____ Fax: _____

Dates Confined: _____ to _____        Dates Confined: _____ to _____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name _____        Policy Number _____

Address _____        Member ID _____

City _____State _____Zip Code _____        Dates of Coverage _____ to _____

Phone Number: _____        Fax Number: _____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY,  STATE  AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature _____Date _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 1 of 3
8/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 47 of 150    LIN00692

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 2 of 3
8/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 48 of 150   LIN00693

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-02056

Page 3 of 3
8/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 49 of 150   LIN00694



**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name:  Jamie Flanagan _____ Date of Birth: ▮▮▮▮▮▮▮▮

Occupation:  1 _____ Claim Number:  1130226196 _____

Date of Last Office Visit: _____ Date of Next Office Visit: _____

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: _____ Date: _____

Provider Printed Name: _____ Degree: ☐MD ☐DO Other_____

Specialty: _____ Phone: _____

<b>OR</b>

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never<br>(0%) | Occasionally<br>(1 - 33% of day) | Frequently<br>(34 - 66% of day) | Constantly<br>(67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never<br>(0%) | Occasionally<br>(1 - 33% of day) | Frequently<br>(34 - 66% of day) | Constantly<br>(67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: _____

Specific Limitations or Restrictions not noted above: _____ ___

_____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _____ Date: _____

Provider Printed Name: _____ Degree: ☐ MD ☐ DO Other_____

Specialty: _____ Phone: _____

Address: _ _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name   Jamie Flanagan                              Claim #   1130226196

Policy #   000001015732600000

Email Address:

1. Did you graduate from high school?    Y  or  N    If no, grade completed?

2. Did you attend college?   Y  or  N    Did you graduate?   Y  or  N

   List Degree(s) earned

   Name of College

   Major(s)

3. Do you have any other formal or vocational training?   Y  or  N   Please list

4. Were you in the military?   Y  or  N
   
                    Branch         Rank        Specialty

5.  WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order.
Feel free to use the back of this form if you need additional space.

Employer _____   Job Title _____

Dates Worked _____

Duties & Responsibilities _____


Employer _____   Job Title _____

Dates Worked _____

Duties & Responsibilities _____


Employer _____   Job Title _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.     Page 1 of 2
GLC-01803                                                                                      11/12

Dates Worked _____

Duties & Responsibilities _____

_____

Employer _____ Job Title _____

Dates Worked _____

Duties & Responsibilities _____

_____

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

_____

_____

_____

The above statements are true and correct to the best of my knowledge.

Signature_____

Date_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Page 2 of 2
GLC-01803                                                                                                          11/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 52 of 150    LIN00697



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see**
**FRAUD NOTICES attached.** (To Avoid Delay Please Answer ALL Questions)

| | | |
|---|---|---|
| Claimant's Name | Jamie Flanagan | Return Form By _____ |
| Policy No | 00001015732600000 | Claim No 1130226196 |

When do you expect to be able to return to work in either your own or another occupation?
_____

Describe your current symptoms.
_____

What do you believe is the cause of your continuing disability and what could be done about it?
_____

Describe your current restrictions/limitations specifically and thoroughly.
_____

Describe your present activities.
_____

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:
_____

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
_____

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | |
|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | $_____ | Unemployment Compensation | ☐ Yes ☐ No | $_____ |
| Dependent Social Security | ☐ Yes ☐ No | $_____ | State Disability Benefits | ☐ Yes ☐ No | $_____ |
| Workers' Compensation | ☐ Yes ☐ No | $_____ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | $_____ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | $_____ | Disability Income from Automobile Policy | ☐ Yes ☐ No | $_____ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | $_____ | Statement from injury causing disability | ☐ Yes ☐ No | $_____ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No   Dates of Total Disability: From _____ Through _____

Are you claiming Partial Disability? ☐ Yes ☐ No   Dates of Partial Disability: From _____ Through _____

Have you performed any type of work? ☐ Yes ☐ No   Dates of any Work: From _____ Through _____

Please explain:
_____

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date _____ Telephone Number _____ Social Security # _____

Employee's Signature _____

Address _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 1 of 3
11/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 53 of 150   **LIN00698**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 2 of 3
11/12

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 54 of 150    LIN00699

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01706

Page 3 of 3
11/12

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 55 of 150   LIN00700



**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION - DISABILITY

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, to release information to The Lincoln National Life Insurance Company in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)
Patient Name: (Last, First, Middle) __Jamie Flanagan_____ Date of Birth:: _____

Other Names Used: _____ Social Security Number:_____

**Authorizations:**

Name and address of health provider or entity to release information:

_____

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:_____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;

2. The duration of the claim if the claim is not for a health insurance benefit; or

3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that the Company has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to the Company at the above checked address.

**Claimant Rights**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

2. I understand that a photocopy of this Authorization is to be considered as valid as the original.

3. I understand that I am entitled to receive a copy of this Authorization.

4. I understand that this information may be released to my employer for self-insured plans only.

5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) _____ Relationship to claimant: _____

Address: _____ Phone: _____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: _____ Date: _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 1
3/13

Case 3:17-cv-05060-MDH   Document 33-3   Filed 05/15/18   Page 56 of 150   **LIN00701**

REQUESTED RECORDS ENCLOSED

REC'D FEB 17 2015

HealthPort®
120 Bluegrass Valley Parkway
Alpharetta, GA 30005

To be opened by the addressee only

FIRST CLASS

FIRST CLASS

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
HEALTHPORT

LIN000702

RE€'D FEB 14 2015



******AUTO**MIXED AADC 300
1586 2 MB 0.435                                    001586
LINCOLN NATIONAL LIFE INS
PO BOX 2609                                         5 pgs
OMAHA, NE  68103-2609

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service.  Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.



**INVOICE**

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0163276489**
Date: **2/10/2015**
Customer #: 1666596

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LINCOLN NATIONAL LIFE INS<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | LINCOLN NATIONAL LIFE INS<br>LINCOLN NATIONAL LIFE INS<br>PO BOX 2609<br>OMAHA, NE 68103-2609 | MERCY CLINIC JOPLIN ADMIN<br>3016 MCCLELLAND BLVD<br>JOPLIN, MO 64804 |

**Requested By:** LINCOLN NATIONAL LIFE INS          **DOB:**
**Patient Name:** FLANAGAN JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 23.94 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 2 | 0.54 | 1.08 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 27.02 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 27.02 |
| Balance Due | | | 27.02 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 27.02 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0163276489** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

November 22, 2014

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:   Policy Number:   00001015732600000
      Claim Number:    1130226196
      Patient:         Jamie Flanagan
      DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

**Documentation**          **Time Period**
Office/Treatment Notes      9/1/2014 to 11/22/2014
Diagnostic Test Results     9/1/2014 to 11/22/2014

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
|  | Processing Fee |  |  |
|  | Pages - |  |  |
|  | Actual Postage |  |  |
|  |  | Total |  |

Payment instructions:

- **Pre-payment:** If you require a pre-payment **we must have your Tax Identification Number (TIN) & NPI.** Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, **payment can be made immediately** upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LFC Omaha Fax          1/29/2015 3:34:08 PM   PAGE   3/005   Fax Server

Please contact Claim Services on our toll free line at 1-800-423-2765 with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Theresa Elder
Clerk, Claims
The Lincoln National Life Insurance Company

LIN00706

LFG Omaha Fax        1/29/2015 3:34:08 PM  PAGE   5/005   Fax Server

RECD JAN 2 0 2015                                        REF #429828

## ⌂ Lincoln
### Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: _Flanagan_  _Jamie_  _Sue_
   (Last)                          (First)                          (Middle)

   Date of Birth: ▇▇▇▇▇▇▇▇    Social Security Number ▇▇▇▇▇▇▇▇

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement income, financial, earnings and employment history).

3. Information to be released to:    The Lincoln National Life Insurance Company
                                     PO Box 2609
                                     Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.
   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Flanagan_                DATE: _12/31/14_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _1625 MuskyDime Dr_        PHONE NO: _417, 459 5879_
         (Street)

_Crane_        _MO_    _65633_
(City)         (State)   (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808                                          Disability    Page 1 of 1
                                                                 6/08

2015-01-29 20:48  Mercy Health - Neuro    >> 14175659673    417 888 5644  P 5/5

RCD FEB 11 20--

## Lincoln
### Financial Group.

EV01156 3/13

Lincoln Financial Group
Service Office Address
8801 Indian Hills Drive
Omaha, NE 68114-4066



PRESORTED
FIRST CLASS



US POSTAGE
$00.403
ZIP 46802
JAN 22 2015
02
3003417

NIXIE        641    DE    1    0009        0002/07/15

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 68114406599        *0712-08466-22-43

 **Lincoln** Financial Group®

REC'D FEB 11 2015
The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha Ne 68114

## GROUP EXPLANATION OF BENEFITS

**DATE:** 01/21/2015

#BWNNHNG    000716      1205022080

**PAYEE:** JAMIE FLANAGAN
       1625 MUSKY DIME DRIVE
       NIXA, MO 65714

| | |
|---|---|
| **GROUP NUMBER:** | 00001015732600000 |
| **CLAIM NUMBER:** | 1130226196 |
| **PAYMENT TYPE:** | Direct Deposit |
| **CERTIFICATE NUMBER:** | 3684238 |

**GROUP INFORMATION:**    ATTN: ANDREW HEDGPETH
                               Lester E. Cox Medical Center
                               3801 S National Ave
                               Springfield, MO 65807

**BENEFIT - PERIOD 12/24/2014 TO 1/24/2015**

| | |
|---|---:|
| GROSS MONTHLY BENEFIT - LTD | $4,502.16 |
| SOC SEC (DISFAMILY) | ($1,144.00) |
| SOC SEC (DISPRIMARY) | ($2,289.00) |
| **TAXES** | |
| FEDERAL INCOME TAX | $100.00 |
| **DEPOSIT AMOUNT** | $969.16 |

**MESSAGES:**
Register at www.lincoln4benefits.com for 24/7 access to benefit and coverage information.

Please inform us immediately should any change occur in the disability status.

Direct Deposit has been made



If any questions, please call 1-800-423-2765
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**LIN00709**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 3, 2015

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

JAMIE  FLANAGAN
1625 MUSKY DIME DRIVE
CRANE, MO 65633

Re:    Policyholder:  LESTER E COX MEDICAL CENTER
       Policy Number: 00001015732600000
       Claim Number: 1130226196
       Claimant:  Jamie Flanagan

Dear Mrs. Flanagan:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

I can be reached by phone at 402-361-6802 or via email at Ashley.Devine@LFG.COM.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Ashley Devine
Claims Exmr II, Claims
The Lincoln National Life Insurance Company

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Flanagan
1625 Mysky Dime Dr
Crane, MD 65633

REC'D JAN 8 0 2014

Lincoln National Life
Insurance Company (Service
P.O. Box 2609                  office)
Omaha, NE 68105-2609

6810326 0909

SPRINGFIELD MO 658

15 JAN 2015 PM 5 L



USA FIRST-CLASS FOREVER

**∩Lincoln**
**Financial Group®**

REC'D JAN 2 0 2015

REF #429828

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMA TION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care ser vices, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: _Flanagan_ _Jamie_ _Sue_
   (Last)                              (First)                         (Middle)

   Date of Birth: ████████████       Social Security Number: ████████████

2. Information to be released:
   * data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   * any information regarding insurance coverage; and
   * any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:   The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   * to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   * to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   * to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   * to the employer for self-insured disability plans; or
   * as otherwise may be required by law or as I may further authorize.
   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** _Jamie Flanagan_                    **DATE:** _12/31/14_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** _Jamie Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

**ADDRESS:** _1625 Mushy Dime Dr_                    **PHONE NO:** _417, 459 5879_
(Street)

_Crane_                    _MO_    _65633_
(City)                    (State)    (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808

Page 1 of 1
Disability          6/08



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 8, 2015

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

JAMIE  FLANAGAN
986 S. HEDGE DR
NIXA, MO 65714

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196

Dear Mrs. Flanagan:

Please refer to our previous letter dated 12/23/2014 in reference to your claim for Long Term Disability benefits.

While reviewing your claim for Long Term Disability benefits, we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 1/23/2015.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Theresa Elder
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:     LAW OFFICES OF RICK VASQUEZ
        ATTN: RICK VASQUEZ
        1736 EAST SUNSHINE STE 103
        SPRINGFIELD, MO 65804

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: _____
   (Last)                                        (First)                                        (Middle)

   Date of Birth: _____  Social Security Number: _____

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:      The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** _____   **DATE:** _____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____   PHONE NO: (_____) _____
(Street)

_____
(City)                              (State)              (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808

Page 1 of 1
Disability        6/08

Case 3:17-cv-05060-MDH        Document 33-3        Filed 05/15/18        Page 69 of 150        LIN00714



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

January 08, 2015

RICK VASQUEZ
1736 EAST SUNSHINE   STE 103
SPRINGFIELD MO 65804

This page is for mailing purposes only. Please disregard.

©2013  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LIN00715



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

January 8, 2015

JAMIE  FLANAGAN
986 S. HEDGE DR
NIXA, MO 65714

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196

Dear Mrs. Flanagan:

Please refer to our previous letter dated 12/23/2014 in reference to your claim for Long Term Disability benefits.

While reviewing your claim for Long Term Disability benefits, we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 1/23/2015.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Theresa Elder
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:     LAW OFFICES OF RICK VASQUEZ
        ATTN: RICK VASQUEZ
        1736 EAST SUNSHINE STE 103
        SPRINGFIELD, MO 65804

©2015  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1.  **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

    Claimant/Patient Name: _____
    (Last)                                    (First)                                    (Middle)

    Date of Birth: _____   Social Security Number: _____

2.  Information to be released:
    *   data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
    *   any information regarding insurance coverage; and
    *   any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3.  Information to be released to:     The Lincoln National Life Insurance Company
                                       PO Box 2609
                                       Omaha, NE 68103-2609

4.  I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
    *   to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
    *   to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
    *   to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
    *   to the employer for self-insured disability plans; or
    *   as otherwise may be required by law or as I may further authorize.
    I further understand that refusal to sign this Authorization may result in the denial of benefits.

5.  I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6.  I understand that I may revoke this Authorization in writing at any time, except to the extent:
    1)  the Company has taken action in reliance on this Authorization; or
    2)  the Company is using this Authorization in connection with a contestable claim.
    If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7.  A photocopy of this Authorization is to be considered as valid as the original.

8.  I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** _____   **DATE:** _____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____   PHONE NO: (_____) _____
(Street)

_____
(City)                          (State)          (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808

Page 1 of 1
Disability    6/08

**Elder, Theresa M.**

---

**To:**                   Morehouse,Crystal (Crystal.Morehouse@coxhealth.com)
**Subject:**         Jamie Flanagan


Good morning.  Can you please advise us if Ms. Flanagan is currently receiving benefits from your pension plan?


Theresa Elder
Long Term Disability Sr. Claims Examiner
Lincoln Financial Group
Insurance Solutions - Customer Operations
8801 Indian Hills Drive, EP
Omaha, NE 68114
Toll Free: 800-423-2765
Phone: 402-361-7391
Fax: 402-501-9491
Email: theresa.elder@lfg.com
You're In Charge(r)
Find us on facebook: www.facebook.com/LincolnFinancialGroup

1

LIN00718



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

December 23, 2014

JAMIE  FLANAGAN
986 S. HEDGE DR
NIXA, MO 65714

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196

Dear Mrs. Flanagan:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim for Long Term Disability benefits, we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 1/15/15.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Theresa Elder
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:     LAW OFFICES OF RICK VASQUEZ
        ATTN: RICK VASQUEZ
        1736 EAST SUNSHINE STE 103
        SPRINGFIELD, MO 65804

©2014  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION

1.  **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

    Claimant/Patient Name: _____
                                (Last)                                 (First)              (Middle)

    Date of Birth: _____   Social Security Number: _____

2.  Information to be released:
    - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
    - any information regarding insurance coverage; and
    - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3.  Information to be released to:    The Lincoln National Life Insurance Company
                                              PO Box 2609
                                              Omaha, NE 68103-2609

4.  I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
    - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
    - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
    - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
    - to the employer for self-insured disability plans; or
    - as otherwise may be required by law or as I may further authorize.
    I further understand that refusal to sign this Authorization may result in the denial of benefits.

5.  I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6.  I understand that I may revoke this Authorization in writing at any time, except to the extent:
    1)  the Company has taken action in reliance on this Authorization; or
    2)  the Company is using this Authorization in connection with a contestable claim.
    If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7.  A photocopy of this Authorization is to be considered as valid as the original.

8.  I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** _____    **DATE:** _____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____    PHONE NO: (_____) _____
              (Street)

_____
    (City)                    (State)        (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.    Page 1 of 1
GLC-03808                                              Disability      6/08

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 75 of 150    **LIN00720**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 23, 2014

RICK VASQUEZ
1736 EAST SUNSHINE   STE 103
SPRINGFIELD MO 65804

This page is for mailing purposes only. Please disregard.

©2013  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

December 23, 2014

JAMIE  FLANAGAN
986 S. HEDGE DR
NIXA, MO 65714

Re:     Policyholder:  LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196

Dear Mrs. Flanagan:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim for Long Term Disability benefits, we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 1/15/15.

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Theresa Elder
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company

CC:     LAW OFFICES OF RICK VASQUEZ
        ATTN: RICK VASQUEZ
        1736 EAST SUNSHINE STE 103
        SPRINGFIELD, MO 65804

©2014  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

    Claimant/Patient Name: _____
    (Last)                                        (First)                                        (Middle)

    Date of Birth: _____   Social Security Number: _____

2. Information to be released:
    - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
    - any information regarding insurance coverage; and
    - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:     The Lincoln National Life Insurance Company
                                                            PO Box 2609
                                                            Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
    - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
    - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
    - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
    - to the employer for self-insured disability plans; or
    - as otherwise may be required by law or as I may further authorize.

    I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
    1) the Company has taken action in reliance on this Authorization; or
    2) the Company is using this Authorization in connection with a contestable claim.

    If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** _____     **DATE:** _____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____     PHONE NO: (_____) _____
                     (Street)

                     _____
                     (City)                                  (State)                 (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808

Page 1 of 1
Disability        6/08

Case 3:17-cv-05060-MDH     Document 33-3     Filed 05/15/18     Page 78 of 150

LIN00723

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
|---|
| **12/17/2014** |
| Request ID # |
| **0160069087** |

**Requested By:** LINCOLN NATIONAL LIFE
**Patient Name:** FLANAGAN JAMIE
**DOB:**

---

Ship to:

AMY YOUNG
LINCOLN NATIONAL LIFE
PO BOX 2609
OMAHA, NE 68103-2609

---

Records from:

MERCY CLINIC JOPLIN ADMIN
3016 MCCLELLAND BLVD
JOPLIN, MO 64804

---

HealthPort is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 10,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.healthport.com/facilityassist

LIN00724

 Lincoln **Financial Group**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

November 22, 2014

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:  Policy Number:    000010157326000000
     Claim Number:     1130226196
     Patient:          Jamie Flanagan
     DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 9/1/2014 to 11/22/2014 |
| Diagnostic Test Results | 9/1/2014 to 11/22/2014 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment**: If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:**  If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950.**

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT A

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Theresa Elder
Clerk, Claims
The Lincoln National Life Insurance Company

# ⚡ Lincoln
## Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquain tance; group policyholder; employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: **Flanagan** (Last)          **Jamie** (First)          **Sue** (Middle)

Date of Birth ██████████          Social Security Number ██████████

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:     The Lincoln National Life Insurance Company
                                      PO Box 2609
                                      Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization: or
   2. the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: **Jamie Sue Flanagan**          DATE: **11/10/2013**
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: **Jamie Sue Flanagan**

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: **Self**

ADDRESS: **986 S Hedge Drive**          PHONE NO: **417-459-5879**
(Street)

**Niya**          **MO**          **65714**
(City)          (State)          (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.          Disability     Page 7 of 14
GLC-01262                                                                                                            12/10

11/18/2013 09:21     41733611.97     DONALD HOPEWELL MD     PAGE 02/54

11/22/2014 10:18:44 AM     PAGE 4/004     Fax Server     LFG Omaha Fax

LIN00727



Dear Requester:

HealthPort is under agreement with the medical facility to release all authorized copies of medical records. Federal and other law protects the confidentiality of the records.

Therefore, HealthPort employees will not forward confidential records without the proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

**There are No Dates of Treatment** for the records you have requested at this location

**A Death Certificate or "Letter of Administration/Testament"** must accompany the request for records for a deceased individual. Requests for records regarding deceased or incapacitated individuals must be accompanied by documentation which supports that the individual requesting, and/or authorizing the release of this information, is legally capable of doing so. Please re-request and provide the necessary supporting documentation (i.e. Court documents naming the signor as the executor of the estate, official paperwork naming the signor as the individual's healthcare power of attorney, or death certificate which names the signor as the next-of-kin).

**Inadequate Authorization** A signed and dated authorization from the patient or their legal representative must accompany your request.

**Inadequate Authorization** A proper authorization to release records was not included with your request. Please have the patient or his/her healthcare power of attorney/legal guardian complete a consent form and return it to the medical facility, along with your original request. Once received, the information will be sent to the address listed on the authorization..

**Unable to identify patient** Additional information is needed to identify the correct patient. Please provide a date of birth or social security number, and or any other names used by the patient.

**HIPAA-compliant authorization** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization.

    Individual's right to revoke authorization

    Description of how to revoke it

    Ability or inability to condition their treatment, payment, enrollment or eligibility for benefits

    Potential for disclosed information to be re-disclosed by recipient

**HIPAA-compliant request for medical records** Request for medical records must include all the information below. One or more core elements are missing from your request.

    Name of patient

    Description of the information to be disclosed

    Name of person/company authorized to make use of disclosure

    Description of each purpose for the disclosure

    Expiration date or event for which the request will expire

**Special Authorization Required** The chart contains sensitive information. Release must specify that permission is given to disclose such information.

**The Patient Authorization has expired**

**The Patient is NOT a Minor** Patient must sign for himself/herself.

X    **Other: Need updated authorization to release requested records**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

November 24, 2014

JAMIE  FLANAGAN
986 S. HEDGE DR
NIXA, MO 65714

Re:      Policyholder:  LESTER E COX MEDICAL CENTER
         Policy Number: 00001015732600000
         Claim Number: 1130226196

Dear Mrs. Flanagan:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**.  The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1.      is Totally Disabled;
2.      becomes Disabled while insured for this benefit;
3.      is under the Regular Care of a Physician; and
4.      at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company.  This must be supplied within 45 days after the Company requests it.  If it is not, benefits may be denied or suspended.

We have submitted requests for copies of medical records from Dr. Hopewell for the dates of 9/1/14 to present.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company.  We have made the request to your physicians on your behalf.  Please see that the necessary information is submitted to our office within 30 days.

©2014  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #386362

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,

Theresa Elder
Sr Claims Exmr, Claims
The Lincoln National Life Insurance Company



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

November 22, 2014

DR DONALD HOPEWELL
RELEASE OF INFORMATION
MERCY NEUROSCIENCE
3020 SAINT JOHNS BLVD STE E3
JOPLIN, MO 64804

Re:    Policy Number:    0000101573260000
       Claim Number:     1130226196
       Patient:          Jamie Flanagan
       DOB:              ███████

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 9/1/2014 to 11/22/2014 |
| Diagnostic Test Results | 9/1/2014 to 11/22/2014 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment *we must have your Tax Identification Number (TIN) & NPI.* Note that pre-payment via check will delay payment by up to 30 days.

- **Credit Card Payment:** If you accept a credit card, *payment can be made immediately* upon receipt of your invoice.

- **Please fax this remittance form and records to 877-843-3950**.

©2014  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request.  Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Theresa Elder
Clerk, Claims
The Lincoln National Life Insurance Company

LIN00732



**Lincoln**
**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: __Flanagan__       __Jamie__       __Sue__
     (Last)                          (First)                       (Middle)

Date of Birth ████████████          Social Security Number ████████████

2. Information t

- data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
- any information regarding insurance coverage; and
- any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:     The Lincoln National Life Insurance Company
                                      PO Box 2609
                                      Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Sue Flanagan_                    DATE: _11/10/2013_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Sue Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _Self_

ADDRESS: _986 S Hedge Drive_                          PHONE NO: _417-459-5879_
     (Street)

_Nixa_                    _MO_          _65714_
(City)                    (State)       (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.        Disability   Page 7 of 14
GLC-01252                                                                                                              12/10

## Elder, Theresa M.

| | |
|---|---|
| **From:** | Morehouse,Crystal <Crystal.Morehouse@coxhealth.com> |
| **Sent:** | Thursday, July 03, 2014 4:46 PM |
| **To:** | Elder, Theresa M. |
| **Subject:** | FW: Jamie Flanagan |

Jamie Flanagan is not receiving a pension benefit.

Crystal Morehouse
Data Analyst, Human Resources
CoxHealth
Crystal.Morehouse@coxhealth.com
Phone: (417) 269-6544

-----Original Message-----
From: Burlison,Courtney
Sent: Tuesday, June 17, 2014 11:49 AM
To: 'Elder, Theresa M.'
Cc: Morehouse,Crystal
Subject: RE: Jamie Flanagan

Crystal - can you answer Theresa's question?

Courtney Burlison
Benefits Coordinator, Human Resources
CoxHealth
Courtney.Burlison@coxhealth.com
Phone: (417) 269-6656
Fax: (417) 269-6518

-----Original Message-----
From: Elder, Theresa M. [mailto:Theresa.Elder@lfg.com]
Sent: Tuesday, June 17, 2014 11:39 AM
To: Burlison,Courtney
Subject: Jamie Flanagan

Good afternoon. Can you verify if Ms. Flanagan is receiving her pension/retirement? If so, when did she begin receiving it and how much is she receiving? Also, can you verify the type of pension plan it is?

Thank you

Theresa Elder
Long Term Disability Benefit Specialist

1

LIN00734

Lincoln Financial Group
Insurance Solutions - Customer Operations
8801 Indian Hills Drive, EP
Omaha, NE 68114
Toll Free: 800-423-2765
Phone: 402-361-7391
Fax: 402-501-9491
Email: theresa.elder@lfg.com
You're In Charge(r)
Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CoxHealth – ranked one of Missouri's Best Hospitals by U.S. News & World Report COXHEALTH CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intendedrecipient(s) and may contain confidential and privileged information protected by law.     Any unauthorized review, use, disclosure or distribution is prohibited.    If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**Elder, Theresa M.**

**To:**                      Burlison,Courtney
**Subject:**          Jamie Flanagan

Good morning.  We have approved Ms. Flanagan's claim.  Can you provide us her salary information from 5/13 to 8/13. Thank you

Theresa Elder
Long Term Disability Benefit Specialist
Lincoln Financial Group
Insurance Solutions - Customer Operations
8801 Indian Hills Drive, EP
Omaha, NE 68114
Toll Free: 800-423-2765
Phone: 402-361-7391
Fax: 402-501-9491
Email: theresa.elder@lfg.com
You're In Charge®
Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

LIN00736

**Elder, Theresa M.**

| | |
|---|---|
| **To:** | Burlison,Courtney |
| **Subject:** | Jamie Flanagan |

Good afternoon.  Can you verify if Ms. Flanagan is receiving her pension/retirement? If so, when did she begin receiving it and how much is she receiving?  Also, can you verify the type of pension plan it is?

Thank you

Theresa Elder
Long Term Disability Benefit Specialist
Lincoln Financial Group
Insurance Solutions - Customer Operations
8801 Indian Hills Drive, EP
Omaha, NE 68114
Toll Free: 800-423-2765
Phone: 402-361-7391
Fax: 402-501-9491
Email: theresa.elder@lfg.com
You're In Charge®
Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

LIN00737



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

June 16, 2014

**The Lincoln National Life
Insurance Company**

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LAW OFFICES OF RICK S VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE
SUITE 103
SPRINGFIELD MO 65804

Re: Policy Number: 00001015732600000
    Claim Number: 1130226196
    Claimant:       JAMIE FLANAGAN

Dear Mr. Vasquez:

Thank you for the opportunity to review your client's Long Term Disability claim once again in its entirety. We have reviewed all of the information submitted, and after further analysis on your client's claim, we have decided that disability benefits are appropriate.

Your client's claim file has been returned to a Long Term Disability Term Disability Benefit Specialist, for further handling to include the verification and release of your client's benefit payment. Your client's Benefit Specialist will advise you of any additional or further information is necessary.

This contract allows for coordination of benefits, and we were notified that your client is receiving Social Security Disability Income benefits.  The amount your client is receiving will be offset from her disability benefits. Your client's Benefit Specialist will issue her benefit payments.

If your client is currently receiving any other income sources, you are required to notify our office immediately and send us copies of your client's award letters. Please note your client's benefit payment could be delayed if this information is not forwarded to our office.

Please understand that our company's obligation to continue to make benefit payments is contingent upon satisfaction of the terms of the policy. This is not a guarantee of unlimited benefits. We will periodically require updated medical documentation, which must support an ongoing disability for your client to continue to receive these benefits.

We are happy to make a favorable determination concerning your client's Long Term Disability claim. Thank you for your cooperation and assistance in providing us with the information that was necessary for us to make this decision. Please contact our office with any questions your may have at the number listed above.

Please contact me with any questions you may have at 1-402-361-2543.

**LIN00738**

Jamie Flanagan
June 16, 2014
Page **2** of **2**


Sincerely,



Reid Hastings
Disability Appeals Specialist
The Lincoln National Life Insurance Company

**LIN00739**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

June 16, 2014

**The Lincoln National Life Insurance Company**

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LESTER E COX MEDICAL CENTER
ATTN COURTNEY BURLISON
3801 S NATIONAL AVE
SPRINGFIELD MO 65807

Re:     Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant:  JAMIE FLANAGAN

Dear Ms. Burlison:

This letter is in regard to Jamie Flanagan's request for an appeal of her denied Long Term Disability claim.

Upon review of the evidence used in adjudicating her appeal, it has been determined that we will overturn the original denial of her claim.

We are unable to provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter.

Please contact me with any questions you may have at 1-402-361-2543.

Sincerely,


Reid Hastings
Disability Appeals Specialist
The Lincoln National Life Insurance Company

LIN00740



**UNIVERSITY DISABILITY CONSORTIUM**
*Physician Specialists for Disability Evaluation and Management*

*Administrative Offices \*76 Chestnut Street \*Newton, MA 02465 \*617-527-1855 \* fax 617-275-8644 \*e-mail UDC@Udc1.com*

June 9, 2014

Allison Penke
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

| | |
|---|---|
| **Claimant name:** | Jamie Flanagan |
| **Claim number:** | 1130226196 |
| **Date of birth:** | ███████ |
| **Date of disability:** | 8/26/13 |
| **Date of referral:** | 5/28/14 |
| **Job title:** | Nurse Practitioner |
| **Primary diagnoses per referral:** | Postlaminectomy syndrome lumbar region, spinal stenosis lumbar region |

## MEDICAL FILE REVIEW

**INTRODUCTION:** This is a medical file review. All records provided by the referrer were reviewed. I have not personally examined the claimant. My medical opinions are independent of any claims decisions or the referring agency. I have encountered no conflicts of interest in the performance of this review.

**SYNOPSIS:** 34-year-old female Nurse Practitioner who stopped working on 8/26/2013 due to lumbar post laminectomy syndrome, spinal stenosis and chronic pain. A review was requested to assess whether not the evidence within the file supported findings restrictions and/or limitations that would preclude her ability to perform in her own the light occupation from 11/24/2013 forward.

In a Claimant Statement dated November 10, 2013 Ms. Flanagan reported that the pain prevented her from performing the duties her job required. She needed frequent positional changes due to numbness and pain. She had to lie down several times throughout the day and reported side

effects of severe fatigue and forgetfulness from her medications. She reported she was independent with dressing and normal activities of daily living. Her husband had to drive her when she was in pain and had side effects due to medications.

**REFERRAL QUESTIONS**

1. "Please state your findings upon review the medical information.

2. Provided description of those claimant impairments, if any, that are supported by the medical records, and outline how these impairments would translate into functional limitation and or medically appropriate restrictions.

   a. For any outline functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

3. Are the restrictions or limitations placed upon the claimants work activities by the attending physician (s) reasonable and consistent with the medical findings? Please explain."

**DOCUMENTS REVIEWED:** Information reviewed includes but is not limited to:

- All correspondence to and from the claimant and Lincoln
- Diagnostic and Laboratory Reports
- Attending Physician Statement (s)
- Claimant Statement
- Functional Capacity Evaluation 04/23/2014
- Wayne Wallender, DO Pain Management 8/15/2013
- Donald Hopewell, MD Neurology 10/22/2010-10/31/2013
- Charles Mace, MD Neurosurgery 09/19/2012

**RESTRICTIONS AND LIMITATIONS BY ATTENDING PHYSICIAN(S):** In an attending physician statement by Dr. Hopewell dated November 17, 2013 she was reported to have symptoms of low back pain with pain spreading into her lower extremities. She had a normal physical exam. She was noted to have spondylolisthesis with a failed fusion and nerve root scarring. She had failed a post lumbar fusion spinal cord stimulator trial. The pain was reported to increase throughout the day and week and it was unable to be controlled with medications. She would not be able to work without unlimited ability to rest and take breaks. Dr. Hopewell

Jamie Flanagan - 2

LIN00742

was unable to quantify restrictions for sit, stand, walk, manipulation and postural limitations. He recommended vocational rehabilitation.

**TELECONFERENCING WITH ATTENDING PHYSICIAN(S):** I spoke with Dr. Hopewell's at 16:13 EST on June 02, 2014. He informed me that the restrictions and limitations he had established were based on "what the patient told him."

**MEDICAL HISTORY/MEDICAL ANALYSIS:** There are records from Dr. Hopewell, Neurology, dating from October 22, 2010 to October 31, 2013.

Ms. Flanagan was evaluated on October 22, 2010 by Dr. Hopewell, Neurology, office visit she was complaining of back pain for the past two weeks with intensity of 4/10 of a scale of 0 to 10. Medications included hydrocodone/acetaminophen 10/325 mg, Neurontin 300 mg capsules three times a day, Lexapro 20 mg daily, Robaxin 50 mg three times daily, Lyrica 50 mg one time at night, Ketorolac 10 mg twice daily for three days, and Avinza 30 mg extended release tablets daily.

Ms. Flanagan EMG nerve conduction study was performed on October 22, 2010 by Dr. Glady Jacob. Nerve conduction studies were within normal limits. However electromyogram revealed electrophysiological evidence of lumbosacral radiculopathy predominately affecting the right L5/S1 nerve roots.

It was noted on August 2, 2011 there was no improvement with a second epidural. Her low back pain was variable with activity, and the leg pain was constant down her posterior right leg into the heel. The pain worsened as the day and week progressed. The neurologic exam was normal.

On November 2, 2011 it was documented that she had a good response to muscle relaxers and Lidoderm. Neurologic examination was normal. A trial of amitriptyline was recommended.

X-ray of the lumbar spine on December 16, 2011 documented a stable L5/S1 laminectomy and fusion and stable subluxation L4 on L5.

Jamie Flanagan - 3

At the February 1, 2012 office visit, repeat operation and potential spinal cord stimulator placement was discussed. It was determined the diagnosis was post laminectomy syndrome with L4/L5 and L5/S1 root injury. She could not tolerate amitriptyline but was able to tolerate nortriptyline.

At her May 1, 2012 office visit low dose Savella was prescribed and the neurologic examination was normal.

At the May 9, 2012 office visit, she reported four weeks of intermittent aching at the elbow and wrist. She developed right shoulder pain yesterday. She also noted that she had decreased range of motion and the occasional electrical sensation in her neck. She had a normal neck and joint exam in the upper extremities. Neurologic examination was also normal. She was documented arthralgia/neck pain and non-steroidal anti-inflammatory medications were recommended along with a rheumatology evaluation.

MRI of the cervical spine dated July 10, 2012 revealed C5/6 small disc protrusion without nerve root entrapment. "The following findings are so common in people without cervical pain; while we report their presence they must be interpreted with caution and in the context of the clinical situation."

On July 31, 2012 she reported her cervical spine pain was less prominent. MRI of the cervical spine did not reveal any significant pathology. She had not sought treatment with rheumatology.

She was evaluated by Neurosurgery on September 19, 2012 for complaints of low back pain, bilateral leg pain, neck pain, and left shoulder pain. She was returning for follow-up after a L5/S1 posterior lumbar fusion on April 1, 2011. Her pain had been worsening and she noted burning in her toes. Symptoms improved with the use of the lumbar brace. She denied leg weakness or bowel and bladder incontinence. Her neck pain was reported to radiate to the left shoulder and described as a shooting pain. She denied impairments of fine or gross motor control. On examination, she appeared well developed, well nourished and in no acute distress.

Jamie Flanagan - 4

Her gait was documented as normal. She had normal range of motion in the neck with normal strength and tone. There was no evidence of instability. Spurling's test was positive on the left. She had no range of motion limitations in her upper and lower extremities. Muscle strength and tone were normal in both upper and lower extremities. Coordination was normal, reflexes were 2+ and symmetric, and sensation was intact to touch and pin. Her medications included Avinza extended-release capsules, Soma 350 mg tablets, and Hydrocodone/Acetaminophen 5/325 mg tablets. She was also on Robaxin 750 mg and Wellbutrin tablets. She exercised five times weekly and performed stretching and home exercises. She was documented to have a C5/6 left soft disc herniation with radicular pain into the left upper arm and positive Spurling's sign. Physical therapy and traction were recommended. Cervical fusion was recommended if no improvement and she might be a candidate for a spinal cord stimulator in the long-term. She was noted to have history of lumbar fusion with progressive mechanical back pain and radicular symptoms that are quite "problematic". Myelography was recommended.

CT of the Lumbar Spine on September 12, 2012 revealed postsurgical changes and spondylolisthesis of L5 on S1, which appeared stable but there was increasing sclerosis of the endplates and lucency around the bone cage suggesting the possibility of incomplete fusion across the disk space.

She was next seen, October 29, 2012, by Dr. Hopewell in a routine medical follow-up. She had been evaluated by rheumatology and blood work was negative for rheumatologic disease but it was felt that she likely had an autoimmune disease. She had failed lumbar fusion and was to have a myelogram. Her pain was highly variable due to multiple etiologies and activity related processes. Her neurologic examination was normal and follow-up was recommended in three months.

MRI the lumbar spine on December 20, 2012 documented post-surgical changes of the posterior lumbar interbody fusion at L5/S1. There was a pars defect at L5 and grade 2 spondylolisthesis. There was extensive evidence of postoperative fibrosis in the posterior operative bed. This involved S1 nerve root. MRI of the thoracic spine was normal. A myelogram on November 2, 2012 revealed remote surgical changes of posterior lumbar interbody fusion L5/S1 with stable

Jamie Flanagan - 5

spondylolisthesis of L5/S1, which was unchanged from prior study in October 2011.

At her January 24, 2013 office visit with Dr. Hopewell it was discussed that a repeat MRI of the lumbar spine revealed nerve root scarring and a spinal cord stimulator trial was planned. Her neurologic examination continued to be normal. Avinza was switched to Morphine 120 mg twice daily due to cost issues.

At the April 25, 2013 office visit she reported hypersomnolence from morphine. The options and medications were morphine and methadone due to drug affordability. Due to sensitivity to adhesives, Fentanyl patch was not an option and she did not want methadone. It was advised to continue current medications and Dr. Hopewell would explore options with drug representatives.

On July 23, 2013, she reported pain in the lumbar spine that was radiating down the legs. It was worse with activity and as the week went on. The spinal cord stimulator trial was scheduled for the following month. She continued to report somnolence due to medications.

She was evaluated for spinal cord stimulator trial on August 15, 2013. She reported her pain at best was a 3/10 at worst was a 10/10 on a scale of 0 to 10. It was noted that she currently was treated by Dr. Hopewell for Pain Management however Dr. Cornelison performed spinal injections. On examination, she was well hydrated and well-nourished and in no acute distress. She had tenderness of the lumbosacral area and spine extension, axial loading and lateral side bending of the lumbar spine reproduced or pain. Her muscle stretch reflexes in the biceps, brachioradialis, patella and Achilles were two plus and symmetric. Straight leg raise on the right was equivocal. The rest of the exam was normal. It was documented that she was suffering from significant epidural fibrosis and was on high-dose narcotics.

At the September 19, 2013 office visit she complained of weakness in the legs however neurologic examination was normal and there were no true motor deficits. It was documented that the insurance had denied the spinal cord stimulator. She was planning to appeal the decision.

On October 31, 2013 a spinal cord stimulator trial had failed. A trial of Methadone was

Jamie Flanagan - 6

prescribed instead of morphine.

Functional capacity evaluation was performed on April 23, 2014 by occupational therapy. Isometric strength testing was not performed due to therapist discretion, secondary to multiple diagnoses and lifting restrictions. Reaching was not restricted, squatting was recommended very occasional to not recommended, bending was not recommended, sitting was occasional (20 minute duration), standing was occasional to very occasional (10 minutes duration). Walking was to be occasional and stair climb was determined to be very occasional. Balancing was only recommended at protective heights and crawling was very occasional to not recommended. She could occasionally lift up to 7 pounds (tested to stated permanent restrictions). Frequent lifting was not tested. Cervical and lumbar range of motion was not quantified. Upper extremity and lower extremity range of motion was not quantified. Squatting trial 1: Range of motion documented is within normal limits an end range stretch was present. Her velocity was good and crepitus was not noted. The movement pattern was not indicative of pain and no increased pain was noted or reported. Squatting trial 10: Her movement pattern did not indicate pain but suggested some quadriceps weakness. There was gluteal substitution noted at number 5 thus the test was discontinued. On bending forward first trial there was discomfort with suggested and/or velocity decreases and range of motion. There was no pain increase noted or reported. At the 10th trial of forward bending the range of motion was noted to be within functional limits to decreased to minimal limits. Velocity was documented as within functional limits with some decrease with test progression. Pain was suggested range of motion and speed was decreasing with test progression and she stopped at number eight do to pain. She demonstrated the ability to crawl on a carpeted surface without complaints of pain or discomfort. She had a slow transition from standing to floor. The gait pattern was noted to have decreased pelvic rotation and increased right leg length noted with test progression with walking.

## CONCLUSIONS

**1. "Please state your findings upon review the medical information."**

Ms. Flanagan has been evaluated and treated by Dr. Hopewell for chronic low back pain radiating into her legs; the records date to October 2010. Her medications include long and short acting opioids and muscle relaxants. She had a L5/S1 posterior lumbar fusion on April 1, 2011.

Jamie Flanagan - 7

An x-ray in December 2011 revealed stable fusion. She was evaluated by Neurosurgery in September 2012. Her gait was documented as normal. She had normal range of motion in the neck with normal strength and tone. There was no evidence of instability. Spurling's test was positive on the left. She had no range of motion limitations in her upper and lower extremities. Muscle strength and tone were normal in both upper and lower extremities. Coordination was normal, reflexes were 2+ and symmetric, and sensation was intact to touch and pin.

MRI the lumbar spine on December 20, 2012 documented post-surgical changes of the posterior lumbar interbody fusion at L5/S1. There was a pars defect at L5 and grade 2 spondylolisthesis. There was extensive evidence of postoperative fibrosis in the posterior operative bed. This involved S1 nerve root.

Serial exams by Dr. Hopewell document that she had normal neurologic examinations despite reports of ongoing pain. He did not quantify her pain. In a peer to peer discussion with him, he stated the functional limitations he has documented were per patient report. He was unable to comment further on restrictions and limitations.

A Functional capacity evaluation was performed on April 23, 2014 is incomplete as "isometric strength testing was not performed due to therapist discretion, secondary to multiple diagnoses and lifting restrictions." Furthermore, there is no quantification of muscle strength or range of motion. Thus, this test would have to be interpreted with caution.

**2. "Provided description of those claimant impairments, if any, that are supported by the medical records, and outline how these impairments would translate into functional limitation and or medically appropriate restrictions."**

Based on examination findings and diagnostics, the Neurology and Neurosurgery records document chronic lumbar pain in the setting of lumbar discogenic and degenerative disease at L5-S1. She is status post lumbar fusion and post-procedure has radiologic evidence of fibrosis and scarring of the S1 nerve root. She has minimal cervical spine radiographic findings and these findings do not correlate with her clinical examinations. Additionally radiology has documented, upon review of her cervical MRI, "The following findings are so common in people

Jamie Flanagan - 8

without cervical pain; while we report their presence they must be interpreted with caution and in the context of the clinical situation."

Thus, on the basis on lumbar degenerative disease status post lumbar fusion and chronic but stable pain, restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted.

   a. **"For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply."**

The limitations and restrictions would apply from the date requested for review, 11/24/2013 and onwards. These would likely be permanent.

**3. "Are the restrictions or limitations placed upon the claimant's work activities by the attending physician (s) reasonable and consistent with the medical findings? Please explain."**

Dr. Hopewell her Neurologist documented her neurologic examinations were all normal. He does not quantify her pain at each visit by using measurable pain scales. His opinions are based largely on reported symptoms rather than on clinical examination findings and/or diagnostic findings and are not consistent with the documented medical findings.

Meghana C. Karande, M.D.
Board Certified in Physical Medicine and Rehabilitation
Massachusetts Medical License#229495
(Flanagan, J) E

Jamie Flanagan - 9

# OCCUPATION LIST

**Descriptions Containing:  nurse practitioner**

| DOT Code | DOT Title | Industry | SVP | Str | O*NET |
|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | Medical Services | 8 | L | 29-1171.00 |

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 105 of 150   LIN00750

# OCCUPATIONAL DESCRIPTION

**075.264-010  Nurse Practitioner**

  Provides general medical care and treatment to patients in medical facility, such as clinic, health center, or public health agency, under direction of physician:  Performs physical examinations and preventive health measures within prescribed guidelines and instructions of physician.  Orders, interprets, and evaluates diagnostic tests to identify and assess patient's clinical problems and health care needs.  Records physical findings, and formulates plan and prognosis, based on patient's condition.  Discusses case with physician and other health professionals to prepare comprehensive patient care plan. Submits health care plan and goals of individual patients for periodic review and evaluation by physician.  Prescribes or recommends drugs or other forms of treatment such as physical therapy, inhalation therapy, or related therapeutic procedures.  May refer patients to physician for consultation or to specialized health resources for treatment.  May be designated according to field of specialization as Pediatric Nurse Practitioner (medical ser.).  Where state law permits, may engage in independent practice.
Alternate Titles:  Primary Care Nurse Practitioner

DLU:  1989

# OCCUPATIONAL REQUIREMENTS

**Title:** Nurse Practitioner        **DOT Code:** 075.264-010
**Industry:** Medical Services

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:**
Reasoning Level 5
Mathematics Level 5
Language Level 5

**Strength:** Light       Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

**Physical Demands:**

| | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Frequently | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Frequently | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, controlling, or planning activities of others.
Making judgments and decisions.
Dealing with people.

**Data:** Analyzing
**People:** Speaking-Signaling
**Things:** Manipulating

**Aptitudes:**

| | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 2 (67-89 Percentile) | Not Included |
| Form Perception | 2 (67-89 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 3 (34-66 Percentile) | |

# OCCUPATION LIST

**Descriptions Containing:  nurse practitioner**

| DOT Code | DOT Title | Industry | SVP | Str | O*NET |
|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | Medical Services | 8 | L | 29-1171.00 |

Case 3:17-cv-05060-MDH    Document 33-3    Filed 05/15/18    Page 108 of 150    LIN00753

# OCCUPATIONAL DESCRIPTION

**075.264-010  Nurse Practitioner**

  Provides general medical care and treatment to patients in medical facility, such as clinic, health center, or public health agency, under direction of physician:  Performs physical examinations and preventive health measures within prescribed guidelines and instructions of physician.  Orders, interprets, and evaluates diagnostic tests to identify and assess patient's clinical problems and health care needs.  Records physical findings, and formulates plan and prognosis, based on patient's condition.  Discusses case with physician and other health professionals to prepare comprehensive patient care plan.  Submits health care plan and goals of individual patients for periodic review and evaluation by physician.  Prescribes or recommends drugs or other forms of treatment such as physical therapy, inhalation therapy, or related therapeutic procedures.  May refer patients to physician for consultation or to specialized health resources for treatment.  May be designated according to field of specialization as Pediatric Nurse Practitioner (medical ser.).  Where state law permits, may engage in independent practice.
Alternate Titles:  Primary Care Nurse Practitioner

DLU:  1989

# OCCUPATIONAL REQUIREMENTS

**Title:** Nurse Practitioner      **DOT Code:** 075.264-010
**Industry:** Medical Services

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Level 5
Mathematics Level 5
Language Level 5

**Strength:** Light      Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

**Physical Demands:**

| | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Frequently | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Frequently | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, controlling, or planning activities of others.
Making judgments and decisions.
Dealing with people.

**Data:** Analyzing
**People:** Speaking-Signaling
**Things:** Manipulating

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 2 (67-89 Percentile) | Not Included |
| Form Perception | 2 (67-89 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 3 (34-66 Percentile) | |



**The Lincoln National Life
Insurance Company**

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

May 14, 2014

LAW OFFICES OF RICK S VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE
SUITE 103
SPRINGFIELD MO 65804

RE:  Policy Number:     0000101573260000
     Claim Number:      1130226196
     Claimant:          JAMIE FLANAGAN

Dear Mr. Vasquez:

We acknowledge receipt of your 5/6/2014 appeal letter and accompanying medical information.  We received your letter and additional information on 5/12/2014.

In an effort to provide Mr. Flanagan's claim with a full and fair review, it may be in his best interest to submit additional medical records (in addition to what was previously submitted) for our review of her appeal.  For specific details regarding the basis of our determination and the information previously reviewed, please refer to our letter dated 12/4/2013.

Please submit any and all additional medical evidence that you believe would support Mr. Flanagan's appeal.  Please have the medical records submitted to our office no later than 6/13/2014.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of Mr. Flanagan's appeal.  For your convenience, all documents may be sent via facsimile to 1-402-361-1460.

Please note that we are not making a final determination on Mr. Flanagan's disability claim at this time, as we want to provide him with every opportunity to submit a complete appeal.

Please contact me with any questions you may have at 1-402-361-2543.

Sincerely,


Reid Hastings
Disability Appeal Specialist
The Lincoln National Life Insurance Company

LIN00756



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 14, 2014

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LESTER E. COX MEDICAL CENTER
ATTN COURTNEY BURLISON
3801 S NATIONAL AVE
SPRINGFIELD MO 65807

Re:  Policy Number: 00001015732600000
Claim Number: 1130226196
Claimant:  JAMIE FLANAGAN

Dear Ms. Burlison:

We are writing in regard to the Long Term Disability appeal for Jamie Flanagan.

We are in the process of reviewing Mr. Flanagan's appeal and we will notify you of the results as soon as a decision has been made.

Please contact me with any questions you may have at 1-402-361-2543.

Sincerely,

Reid Hastings
Disability Appeals Specialist
The Lincoln National Life Insurance Company



WORK EVALUATIONS AND ERGONOMIC ASSESSMENTS, INC.

*& Rehab Services*

April 23, 2014

Dr. Donald Hopewell
Mercy Neuroscience
3020 Saint John's Blvd
Suite E3
Joplin, MO 64804

**RE: Patient:** Flanagan, Jamie
**Date of Birth** ▮▮▮▮▮▮

Dear Dr. Hopewell:

The above client was seen for a Functional Capacity Evaluation on April 22, 2014. The following is a summary of the results. A full test report will follow.

**ASSESSMENT:** The Client was cooperative throughout the evaluation in that she followed directions without difficulty. She was willing to attempt tests. She was able to stop all tests, if needed, if an increase in pain was noted and/or reported. Information regarding the tests sensitivity (to if she was giving her best effort according to pain guidelines) was explained to her. She verbalized understanding directions.

**Validity:** Met/Passed. A passed validity criterion indicates that the client met the majority of the validity criteria in testing and suggests that she gave maximum voluntary effort; the test results appear to have measured her full functional abilities.

**Movement Patterns by Distraction:** The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

**Pain Rating/Self Perception:** Over the last 30 days, the client rated pain as ranging from moderate to very high levels, 4 to 10+, on a 0 to 10+ pain scale. At the initiation of the FCE, pain was rated at high levels, 6. Pain ranged from moderate to high, 4 to 8, during the FCE. Her movement patterns suggested pain and discomfort by lack of movement pattern changes with distraction, some changes in movement patterns with changes in pain ratings, consistent and appropriate guarding, and overall quality of motion. Her self perception of his abilities was similar to her actual performance. She showed a tendency toward the exaggeration of the degree of task difficulty. Her perception of her ability to work is limited, secondary to limited activity tolerances.

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB: 4/3/80
Page 2

**General Strength and Conditioning:** No cardiovascular compromise was noted. Heart Rate stayed within acceptable ranges with activity.

Upper Extremity ROM and strength was WNL/WFL and 5/5 (including pronation and supination 5-/50 unless noted.

Lower Extremity ROM and strength was as follows:

| LE ROM: Movement | ROM | Strength |
|---|---|---|
| Hip Flexion | WNL | Right = 5-/5 |
| Hip Extension | WNL | 5/5 |
| Hip Abduction | WFL End range pain bilaterally with right pain greater than left. | Right = 5-/5 |
| Hip Adduction | WNL | 5/5 |
| Hip Internal Rotation | WNL | Right = 5-/5 |
| Hip External Rotation | WNL | 5/5 |
| Knee Flexion | WNL | 5/5 |
| Knee Extension | WNL | Right = 5-/5 |
| Dorsiflexion | WNL | Right = 5-/5 |
| Plantar Flexion | WNL | Right = 4+/5 |
| Great Toe Extension | WNL | Right = 5-/5 |

Cervical ROM and Lumbar ROM were as follows:

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| *Other* | Standing (weight shifted noted throughout testing) | |

| Lumbar ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | Minimal limits | Discomfort suggested |
| Rotation | Minimal limits in each direction | Discomfort suggested |
| Flexion | Minimal limits with hands at lower calves | Discomfort suggested |
| Extension | Moderate limits | End range pain suggested and reported |
| *Other* | Good repeat trial consistency | |

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB: 4/3/80
Page 3

## Other Physical Assessments:

| | |
|---|---|
| Toe Raises (10 Reps) | 6 on left with good height and balance bilaterally. Stopped due to pain. Fair height and balance on right. Stopped after 5 due to balance and decreasing height. |
| Straight Leg Raises | Right = 40° and 45° with pain in low back and buttocks. Left = 75° and 80° with no pain and no pain behaviors. |
| Waddell Signs/Non Organic Signs | None |
| Posture | Forward head position and rounded shoulders, decrease in lumbar lordosis, flat footed (eversion). |
| Sensation | Some decrease in protective sensation on lateral calves (bilateral) |
| Swelling | None noted or reported. |
| Spontaneous Movement and guarding | Very guarded low back motions and slowed transitional movements. |
| Skin Description | Soft and clean |
| Sensitivity over incision | None with firm pressure |
| Provocation Tests | R SLR, prolonged sitting and standing |
| Atrophy/Muscle Bulk | None noted |

**ISOMETRIC STRENGTH TESTING:** Not tested, per therapist's discretion, secondary to multiple diagnoses and current lifting restrictions.

The client demonstrates the abilities to perform the following:

**Reaching:** Not Restricted
**Squatting:** Very Occasional to Not Recommended
**Bending:** Not Recommended
**Sitting:** Occasional. 20 minute duration
**Standing:** Occasional to Very Occasional. 10 minute duration
**Walking:** Occasional
**Stair Climbing:** Very Occasional
**Balance:** Protective Heights
**Crawling:** Very Occasional to Not Recommended

**Occasional Material Handling:** 7 lb., Tested only to (stated) permanent restrictions

**Frequent Material Handling:** Not Tested. Frequent lifting is Not Recommended

**Work Speed:** Functional approach to tasks

**Work Level:** Less than Sedentary

The client was given information (written and verbal) to contact me if she had any problems (such as increase pain, swelling, etc.) following the evaluation. The telephone number to this facility was given. She was told to call within 24 hours and leave a voice mail message if I was

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB: 4/3/80
Page 4

not available to talk to her. At the time of the preparation of this report, the client did not initiate contact. An addendum to this report will be prepared if she does call with concerns.

If I can be of further assistance to you, please contact me at 417-881-1282.

*Nancy Beisswenger*

Nancy (Dickey) Beisswenger, OTR/L
Occupational Therapist

Generated by CamScanner



## WORK EVALUATIONS AND ERGONOMIC ASSESSMENTS, INC.

*& Rehab Services*

### Functional Capacity Evaluation

**NAME:** Flanagan, Jamie
**DATE OF BIRTH** ████████
**AGE:** 34
**DIAGNOSIS/AREA OF INJURY:** Lumbar post-laminectomy syndrome/Chronic pain RLE Radiculopathy, spondylolisthesis
**PHYSICIAN:** Dr. Donald Hopewell
**LENGTH OF EVALUATION:** ≈ 4 hours
**DATE OF EVALUATION:** Tuesday, April 22, 2014 at 3:15 pm
**HEART RATE:** 66
**BLOOD PRESSURE:** 110/80
**HAND DOMINANCE:** Right
**HEIGHT:** ≈ 5' 4 ½ "
**WEIGHT:** ≅ 115 lb.

**REASON FOR REFERRAL:** The Client was referred to assess her functional capacities.

**AREA of INJURY/PAIN:** The following information was reported by the client. She began having problems in August of 2010. She was at work and was going through some training. She had back pain. She did not have a mechanism of injury. The pain was getting worse and radiating down her leg.

**MEDICAL HISTORY:**
Treatment: The following information was reported by the client. She was referred, by Dr. Cornelison, for an MRI and found it was noted that she had a pars defect and spondylolisthesis. She had surgery April 1, 2011. She had a fusion, with hardware at that time. She did go to PT after the surgery. She did get better after surgery, for about 4 weeks. However, she had an onset of pain as she was driving home from work. The numbness began and pain progressed.

She had injections prior to and after surgery. She did have a trial of a spinal pain stimulator and the trial failed (in October, 2013). She has had various medications and about 3 "rounds of PT." She has had TENS units and back braces. She has gotten a new bed (sleep number), hot tub, and uses back braces.

She has had neck and arm pain. She was unsure of the onset but thought it might be late 2012. She did have an MRI and it showed a bulge. She had gone to PT. She did traction and did neck traction at home and uses it for some pain relief.

Recent Diagnostic Tests (since January, 2014): none

Significant Health Problems: Undifferentiated Autoimmune Syndrome, Chronic Stomach Issues (gastroparesis with stomach digesting slowly). "Flexible flatfoot" with 3 right foot surgeries and one on her left.

Prescription Medications:
**For Pain:**
MS Contin (several different dosages, twice a day, with a total of 5 pills)
Dilavdid: 1 to 2 tablets, 3 to 6 times a day
Ribaxin: 1-2 tablets, 3 times a day
Ibuprofen: 800 mg, 3-4 times daily

4350 S. NATIONAL AVE. SUITE B116 SPRINGFIELD, MISSOURI 65810
TELEPHONE 417.881.1282  FACSIMILE 417.881.2840

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ███
Page 2

**Chronic Headaches:**
Topamax: 1 tablet, 2 times a day

**Anxiety and Depression:**
Wellbutrin: 1 tablet 2 times a day
Xanax .5 mg 4 times a day or as needed

**Autoimmune:**
Plaquenil: 2 tablets at night

**Stomach: As needed**
Zofran
Phenergan
Bentyl
Dontalol

**PAIN CONTROL METHODS:**
    **Over the Counter Medications:** None
    **Home Modalities:** Heat
    **Prescription Medications:** See above
    **Other:** Horse Liniment, Heating devices
    **Pain Medication taken on the day of the Assessment:** All pain medication

**OTHER HISTORY AND ACTIVITY:**
    **Previous Injuries:** None
    **Current Restrictions:** She has a 7 lb. weight restrictions after her back surgery. She states it has not been removed and she adheres to it.
    **Alcohol Use:** None
    **Tobacco Use:** None

**WORK HISTORY:**
    **Current Employer:** None
    Employer at the time of the Symptoms: Skaggs Regional Medical Center (now Cox, Branson)
    **Length of Employment:** March 1, 2010
    **Last Date of Work:** August 23, 2013
    **Job Title:** NP at the Neurology and Pain Clinic (Full Time)
    **Work Level:** Light to Medium work
    **Work History:** As an NP, she worked at the following places. Prior to Skaggs she worked at the Healing Arts Center in Branson for less than a year. She has worked at St. Johns (ENT) for 5 years. She did work as an RN prior to being an NP.
    **Client's Return to Work Goal:** She does not feel as if she can work as she had could not work for prolonged times. She would lie down between each patient. She could not tolerate the positional changes. She cannot tolerate static positions (i.e. prolonged sitting or standing).

**EDUCATION/TRAINING:** The last grade completed in school was college, with a Master's Degree and is a NP.

The client has a current driver's license and does drive.

**ACTIVITY LEVEL:** The client lives in a house on an average to large size lot with husband and two children (now ages 14 and 9).
    **Responsibilities Prior to Injury:** All cooking and cleaning. She was a single mom and got married in March of 2010. She did all the yard work and some home maintenance. She pays the bills.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: █████████
Page 3

Leisure Activities Prior to Injury: Recreational activities, sail boating. Drive to Texas to see her family.

Responsibilities over the last 30 days: She does no cleaning as she has problems afterward. She cooks some, but does easier type recipes, as she cannot stand up for long.

Leisure Activities over the last 30 days: Went fishing. She went to a pool and walked around.

Most strenuous activity performed in the last 30 days: Fold the laundry. Her children bring it to her.

She reports to spend a typical day, as follows. She gets up at 6:30 and makes her daughter's lunch. She makes sure she gets ready and gets her ready to go to the bus. She makes sure everyone gets out of bed. After everyone leaves, she reads a book or watches TV. She texts her husband a lot. She tries to have a friend to go to brunch, once a week or has them come over (as it is hard for her to go out). She talks to friends on the phone. She pays the bills. She does simple errands and finds recipes on the computer. She goes to bed about 10 and does not fall asleep until about midnight. She gets up again about 2 and she has to walk, as her legs are hurting. She finds herself on the couch and she can use the recliner. She returns to bed.

OTHER: The client was on time for the appointment. She appears her stated age. Her grooming/hygiene were good. '

Next Doctor's Appointment: April 29, 2014.

TESTING:
Prior to initiating any functional tasks, the client was asked to stop activity that caused a pain increase. (A few exceptions were made and the client was given specific instructions as to these exceptions. The client was told to only perform these tests as to what she perceived was an acceptable pain level.) These instructions were repeated prior to beginning any dynamic lifting tests. That is, that the client was reminded to lift only at a level that she felt was safe and did not cause any pain increase. The Client did agree to do this.

The client was also given information that the test was sensitive to if she was giving her best effort. The client was asked to give her best effort, according to the pain guidelines listed above. The client did agree to do this.

Prior to initiating any functional tasks, the client completed the Oswestry Pain Questionnaire and various other Self Assessments. The following results were noted:

1. Pain killers give moderate relief from pain.
2. It is painful to look after myself and I am slow and careful.
3. I can lift only very light weights.
4. Pain prevents me from walking more than ¼ mile.
5. Pain prevents me from sitting more than ½ hour.
6. Pain prevents me from standing more than 10 minutes.
7. Even when I take pills, I have less than 4 hours of sleep.
8. My sex life is severely restricted by pain.
9. Pain has restricted my social life and I do not go out as often.
10. Pain restricts me to short necessary journeys under 30 minutes.

Client's Oswestry Score equals: 64%
This is a crippled perception of disability.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ███████
Page 4

The client is also requested to assess her pain on a **Subjective Pain Rating Scale**, from 0 to 10+, with 0 equaling no pain and 10+ equaling maximal pain.

| Subjective Pain Rating (0 to 10+ Scale) | |
|---|---|
| Most severe pain over the past 30 days | 10+ |
| Least severe over the past 30 days | 4 |
| Pain Level at the Initiation of the Evaluation | 6 |
| Pain level which you could not work | 7 |

On the **Pain Analog**, the client rated her current pain as about 3.5/5.

Using the **Pain Drawing**, the client described pain with:
== showing numbness.
/// showing stabbing pain
00 showing pins and needles pain
XX showing burning pain

Pain Drawing: (NI = Not indicated)

| Numbness | Lateral legs and feet |
|---|---|
| Stabbing Pain | Neck, scapula area, low back (with larger area on the right) |
| Pins and Needles | NI |
| Burning Pain | Lateral right leg and foot, left foot |

**Confidence to Work**

| Scale: 0 = expecting to return to work and 10 = not expecting to return to work. | |
|---|---|
| Confidence to Return to Work in One Month | 10 |
| Confidence to Return to Work in Six Months | 10 |

| Scale: 0 = no confidence and 10 = very confident | |
|---|---|
| Confidence to Perform full job duties on a full time basis | 1 |
| Confidence to Perform another type of work on a full time basis | 1 |

**Current Symptoms/Problems**
She describes her current symptoms/ problems as:
1. Right leg is worse than the left.
2. Numbness and burning down her legs.
3. She has an ache in her calves and she feels weakness, to the point as if she feels as if she cannot stand up.
4. Spasms in her back with stabbing and aching.
5. She feels as if her back is crushing if she stands. It then causes leg pain. The longer she stands the worse it gets. It also causes neck and right scapula pain. It can go into the left arm and scapula.
6. She cannot put weight on her right hip.
7. She has pain in her shoulder, elbows and wrist. It can be cyclic with flare ups every 4 to 6 weeks.
8. She gets shooting pain in her arms and tingling in right fingers.
9. She cannot drive for more than 30 minutes. She states she gets "stuck." She may get nauseated and greater numbness. She had to call for help to get home.
10. Her pain progresses with activity.

**WEINSTEIN ENHANCED SENSORY TEST (WEST):** Test was administered according to protocol. Results are as follows with thresholds measured in grams of pressure.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ████████
Page 5

| Area Tested | Right | Left |
|---|---|---|
| Hypothenar Eminence | .07 | .07 |
| Base of the 5th Digit | .07 | .07 |
| Pad of the 5th Digit | .07 | .07 |
| Base of the 2nd Digit | .07 | .07 |
| Pad of the 2nd Digit | .07 | .07 |
| Pad of the Thumb (Digit 1) | .07 | .07 |

Ability to detect .07 grams of pressure indicates normal sensation.
Ability to detect a minimum of .2 grams of pressure indicates reduced tactile sensation.
Ability to detect a minimum of 4 grams of pressure indicates reduced protective sensation.
Ability to detect a minimum of 4 grams of pressure indicates loss of protective sensation
Ability to detect a minimum of 200 grams of pressure indicates residual sensation.
Ability to detect a minimum of 300 grams of pressure indicates loss of residual sensation.

**Monofilament Sensory Test:** Test was administered according to protocol. Results are as follows with thresholds measured in grams of pressure.

| Normal thresholds for Females | Grams of force |
|---|---|
| Toe | .14 |
| Sole | .14 |
| Calf | .03 |
| Thigh | .02 |

**Pre Test**

| Area Tested | Right | Left |
|---|---|---|
| Toe | .07 | .07 |
| Sole | .07 | .07 |
| Calf | .16 all areas and .4 for lateral calf | .16 all areas and .4 for lateral calf |
| Distal thigh | .16 all areas | .16 all areas |

Good repeat trial consistency in all monofilament testing.

**Post Test**

| Area Tested | Right | Left |
|---|---|---|
| Toe | .07 | .07 |
| Sole | .07 | .07 |
| Calf | .16 all areas and .4 for lateral calf | .16 all areas and .4 for lateral calf |
| Distal thigh | .16 all areas | .16 all areas |

Good repeat trial consistency in all monofilament testing.

**MAXIMUM EFFORT GRIP STRENGTH TEST (MEG)**
Grip strength was taken using the Jamar Dynamometer in the second position. The client's shoulder was at 0 degrees of flexion, elbow was at 90 degrees of flexion, and forearm was in the neutral position. The following results were noted. Measurements are in pounds of force exerted.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ███████
Page 6

The client was asked to give full effort, even if she had pain.

|  | Right Hand | Left Hand |
|---|---|---|
| Trial 1 | 80 | 75 |
| Trial 2 | 80 | 70 |
| Trial 3 | 75 | 70 |
|  |  |  |
| Average | 78.33 | 71.67 |
|  |  |  |
| Percentile by age and Gender | 90th% | 90th% |
|  |  |  |
| Coefficient of Variation | Less than 12% | Less than 10% |

A Coefficient of variation under 12% suggests that the client may be giving maximum voluntary effort and the results may be reproducible.

LATERAL PINCH STRENGTH: Lateral Pinch was assessed. The following results were noted. Measurements are in pounds of force exerted.

|  | Right Hand | Left Hand |
|---|---|---|
| Trial 1 | 18 | 18 |
| Trial 2 | 18 | 17 |
| Trial 3 | 17 | 16 |
|  |  |  |
| Average | 17.67 | 17 |
|  |  |  |
| Percentile by age and Gender | 90th% | 90th% |
|  |  |  |
| Coefficient of Variation | Less than 15% | Less than 15% |

A Coefficient of variation under 15% suggests that the client may be giving maximum voluntary effort and the results may be reproducible.

MUSCULOSKELETAL EVALUATION

She rated her pain at: 4

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| *Other* | Standing (weight shifted noted throughout testing) | |

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ██████
Page 7

*Upper Extremity ROM and Strength* (NT=NOT TESTED)
Upper Extremity ROM was WFL/WNL and Strength was 5/5 unless noted. AROM ≈ PROM unless noted. ROM was tested for all UE movements. Strength was tested in the following areas:

| UE ROM: Movement | ROM | Strength |
|---|---|---|
| Shoulder Flexion | WNL | 5/5 |
| Shoulder Extension | WNL | 5/5 |
| Shoulder Abduction | WNL | 5/5 |
| Shoulder Adduction | WNL | 5/5 |
| Shoulder Internal Rotation | WNL | 5/5 |
| Shoulder External Rotation | WNL | 5/5 |
| Shoulder Horizontal Abduction | WNL | 5/5 |
| Shoulder Horizontal Adduction | WNL | 5/5 |
| Elbow Flexion | WNL | 5/5 |
| Elbow Extension | WNL | 5/5 |
| Pronation | WNL | Left = 5-/5 |
| Supination | WNL | Left = 5-/5 |
| Other | Minimal pain behaviors with muscle strength testing. | |

*Lumbar Range of Motion* is as follows:

| Lumbar ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | Minimal limits | Discomfort suggested |
| Rotation | Minimal limits in each direction | Discomfort suggested |
| Flexion | Minimal limits with hands at lower calves | Discomfort suggested |
| Extension | Moderate limits | End range pain suggested and reported |
| Other | Good repeat trial consistency | |

*Lower Extremity ROM and Strength* was noted as follows:
NT= NOT TESTED; A≈PROM and R=L unless noted
Lower Extremity ROM was WFL/WNL and Strength was 5/5 unless noted. The following areas were tested:

| LE ROM: Movement | ROM | Strength |
|---|---|---|
| Hip Flexion | WNL | Right = 5-/5 |
| Hip Extension | WNL | 5/5 |
| Hip Abduction | WFL End range pain bilaterally with right pain greater than left. | Right = 5-/5 |
| Hip Adduction | WNL | 5/5 |
| Hip Internal Rotation | WNL | Right = 5-/5 |
| Hip External Rotation | WNL | 5/5 |
| Knee Flexion | WNL | 5/5 |
| Knee Extension | WNL | Right = 5-/5 |
| Dorsiflexion | WNL | Right = 5-/5 |
| Plantar Flexion | WNL | Right = 4+/5 |
| Great Toe Extension | WNL | Right = 5-/5 |

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ███
Page 5

**Other Physical Assessments:**

| | |
|---|---|
| Toe Raises (10 Reps) | 6 on left with good height and balance bilaterally. Stopped due to pain. Fair height and balance on right. Stopped after 5 due to balance and decreasing height. |
| Straight Leg Raises | Right = 40° and 45° with pain in low back and buttocks. Left = 75° and 80° with no pain and no pain behaviors. |
| Waddell Signs/Non Organic Signs | None |
| Posture | Forward head position and rounded shoulders, decrease in lumbar lordosis, flat footed (eversion). |
| Sensation | Some decrease in protective sensation on lateral calves (bilateral) |
| Swelling | None noted or reported |
| Spontaneous Movement and guarding | Very guarded low back motions and slowed transitional movements. |
| Skin Description | Soft and clean |
| Sensitivity over incision | None with firm pressure |
| Provocation Tests | R SLR, prolonged sitting and standing |
| Atrophy/Muscle Bulk | None noted |

**GAIT ANALYSIS:** The client was instructed to walk 30 ft times 2 at a regular pace and 30 ft times 2 at a fast pace. She has a short stride, softened heel strike and decrease in pelvic rotation. Pace was slightly slowed. With fast walking the same gait pattern was noted and was (appropriately) more pronounced. Pace was faster than normal pace but was not fast.

Client was requested to heel and toe walk x 10 steps. With heel walking, fair to good height and balance on right. With toe walking, good height and balance bilaterally.

**REPETITIVE MOVEMENT TESTS**
The client is tested for three common work activities: repetitive bending, squatting and reaching. The client is asked to perform one repetition and ten repetitions at a controlled speed for all three movements and ten fast repetitions for bending and reaching. The results are analyzed for each test sequence before proceeding to the next test sequence. If pain increases significantly or if the client requests to stop, the test is stopped. Consistency of the movement pattern, willingness to move, pain, spasm, symmetry of movement, velocity of motion and end range stretch are critically evaluated and an estimation is made regarding the client's ability to move during an eight hour work shift.

Pain guidelines were reviewed prior to testing.
She rated her pain at: 6

The results are as follows:

**Reaching:** Not Restricted
**Squatting:** Very Occasional to Not Recommended
**Bending:** Not Recommended

A description of each test sequence is as follows:

**Overhead Reaching - 1 controlled, 10 controlled, and 10 fast (Normal is less than 10 seconds):**
Range of Motion: WNL /symmetrical
End Range Stretch: Present
Velocity: good; she performed 10 fast in 6 seconds.
Crepitus: Not noted. Left shoulder has intermittent "clunk."
Movement Patterns: Movement pattern suggested some discomfort with weight shift noted.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ████████
Page 9

Pain Reports:  No pain increase was noted or reported.
Weight shift: Noted

**Reciprocal Elbow Flexion and Extension- x 1 controlled, x10 controlled and x 10 fast:**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good; she performed 10 fast in 8 seconds.
Crepitus: Not noted.
Movement Patterns: Movement pattern suggested some discomfort with weight shift noted.
Pain Reports:  No pain increase was noted or reported.
Weight shift: Noted

**Reciprocal Pronation/Supination- x 1 controlled, x10 controlled and x 10 fast:**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good; she performed 10 fast in 7 seconds.
Crepitus: Not noted.
Movement Patterns: Movement pattern suggested some discomfort with weight shift noted.
Pain Reports:  No pain increase was noted or reported.
Weight shift: Noted

**Reciprocal Wrist Flexion and Extension- x 1 controlled, x10 controlled and x 10 fast:**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good; she performed 10 fast in 7 seconds.
Crepitus: Not noted.
Movement Patterns: Movement pattern suggested some discomfort with weight shift noted.
Pain Reports:  No pain increase was noted or reported.
Weight shift: Noted

**Reciprocal Finger Flexion and Extension- x 1 controlled, x10 controlled and x 10 fast:**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good; she performed 10 fast in 6 seconds.
Crepitus: Not noted.
Movement Patterns: Movement pattern suggested some discomfort with weight shift noted.
Pain Reports:  No pain increase was noted or reported.
Weight shift: Noted

**Squatting - 1 controlled:**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good
Crepitus: Not noted.
Movement Patterns: Movement pattern did not indicate pain.
Pain Reports:  No pain increase was noted or reported.

**Squatting - 10 controlled (first trial):**
Range of Motion:  WNL /symmetrical
End Range Stretch: Present
Velocity: good
Crepitus: Not noted.
Movement Patterns: Movement pattern did not indicate pain, but suggested some quad weakness. Gluteal substitution noted at 5, and test was stopped.

Generated by CamScanner

**Functional Capacity Evaluation**
**Flanagan, Jamie**
**DOB:** ████████
**Page 10**

Pain Reports: No pain increase was noted or reported.

**Squatting - 10 controlled (second trial): Not Tested due to weakness**

**Forward Bending- 1 controlled:**
Range of Motion: WFL /symmetrical
End Range Stretch: Not present
Velocity: good
Crepitus: Not noted.
Movement Patterns: Discomfort suggested and/or slight decreases in ROM.
Pain Reports: No pain increase was noted or reported.

**Forward Bending -10 controlled:**
Range of Motion: WFL, decreasing to minimal limits /symmetrical
End Range Stretch: Not present
Velocity: WFL with some decrease with test progression.
Crepitus: Not noted.
Movement Patterns: Pain suggested; ROM and speed was decreasing with test progression. Stopped at 8, due to pain.
Pain Reports: Stopped at 8, due to pain.

**Forward Bending -10 fast (Normal is less than 14 seconds): Not Tested due to reports of pain.**

**ISOMETRIC STRENGTH TESTING:** Not tested, per therapist's discretion, secondary to multiple diagnoses and current lifting restrictions.

**OCCASIONAL MATERIAL HANDLING**
A psychophysical protocol is used which means that the client chooses the weights appropriate for the Occasional frequency after lifting progressively increasing and decreasing weights for single and multiple repetitions. If any weight causes an increase in pain, a lighter weight is chosen as the acceptable weight for occasional material handling. Occasional Material Handling is limited more by biomechanical stress rather than physiological stress. Results are as follows:

Prior to testing the RPE (Rate of Perceived Exertion) scale was explained. The difference between pain and exertion was defined and the client understood the instructions and concepts.

Aspects of the Frequent Lifting Tests were incorporated in the Occasional Lifting Tests.

Pain guidelines were reviewed prior to testing. She rates her pain at: 6 ½

Preferred Lift: Torso/Leg lift

**Lifting to Shoulder Level**

| | |
|---|---|
| Maximum Lift | 6 lb. lifted, but not lowered |
| Optimum Lift | 5 lb. |
| Further Lifting limited by | Shoulder pain |
| Comments | Mild biomechanical stress noted |
| At Maximum Levels | |
| Heart Rate | 66 |
| RPE | 11 |
| Pain | 7, with increase in shoulder pain |

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ███████
Page 11

### Overhead Lifting

| Maximum Lift | 6 lb. to shoulder level |
|---|---|
| Optimum Lift | 5 lb. |
| Further Lifting limited by | Pain with 6 lb. to shoulder level. |

### Torso/Leg Lift

| Maximum Lift | 7 lb. |
|---|---|
| Optimum Lift | 7 lb. |
| Further Lifting limited by | Permanent lifting restriction |
| Comments | No pain behaviors. No biomechanical stress noted. |
| At Maximum Levels | |
| Heart Rate | 78 |
| RPE | 11 |
| Pain | 7 |

### Carry

| Maximum Carry | 7 lb. |
|---|---|
| Optimum Carry | 7 lb. |
| Further Carrying limited by | Permanent lifting restriction |
| Comments | No pain behaviors. No biomechanical stress noted. |
| At Maximum Levels | |
| Heart Rate | 69 |
| RPE | 11 |
| Pain | 7 "my back is [still] throbbing. |

**FREQUENT MATERIAL HANDLING:**
Not tested as the client does not qualify for Frequent Lifting, secondary to decrease tolerance of repetitive motion.

**NON-MATERIAL HANDLING**

**Sitting:** Occasional. 20 minute duration

**Standing:** Occasional to Very Occasional. 10 minute duration

**Balance:** The client was instructed to stand on one leg for 30 seconds and then the other, for 30 seconds.

| Standing on Right Leg | |
|---|---|
| Able to Perform Task | Yes |
| Upper Body Sway | Minimal, intermittent |
| Ankle Strategies | Yes |
| Hip Strategies | No |
| Touching foot to the ground | No |
| Comments | Minimal, but present, pain behaviors. |

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ▮▮▮▮
Page 12

| Standing on Left Leg | |
|---|---|
| Able to Perform Task | Yes |
| Upper Body Sway | Minimal, intermittent |
| Ankle Strategies | Yes |
| Hip Strategies | No |
| Touching foot to the ground | Yes, toe touch x 1 and resumes one leg stand quickly. |
| Comments | Minimal, but present, pain behaviors. |

## Stair Climbing

The client was requested to ascend one step and descend one step (by stepping backwards) x100 steps. The test was to stop after 30 steps, 70 steps, and 100 steps to monitor status.

| Prior to stair climbing tests, pain was rated at | 7 |
|---|---|

| 30 Steps | Stopped at 26 steps, due to leg pain |
|---|---|
| Heart Rate | 80 |
| Time | One Minute and 13 seconds |
| RPE | 13 |
| Pain | 7 with increased right leg pain. |
| Comments | Gait pattern was noted to be as follows: ascends and descends with the right. Some mild balancing problems noted with stepping backwards. |

## Crawling

The client demonstrated ability to crawl on a carpeted surface with no complaints of pain or discomfort. She had a slow transition from standing to floor.

## Walking:

| Prior to walking tests she rated her pain as | 7 |
|---|---|
| Distance Attempted | ≈ 180' x 8 |
| Distance Walked | ≈ 180' x 5 |
| Time | 3 Minutes and 35 Seconds |
| Heart Rate | 72 |
| RPE | 13 |
| Pain at end of walking test | 8 |
| Comments | Gait pattern was as previously stated, with decrease pelvic rotation. Increased right leg limp noted with test progression. |

## VALPAR SAMPLE #8

Simulated Assembly. In this Valpar Work Sample, the client stands and assembles small units on a rotating wheel for a 20 minute time period. The test helps to identify the ability to tolerate repetitive upper extremity tasks, as well as an index to the client's standing tolerance. The client is reminded to stop the task, at any point, if an increase in pain is noted.

Pain guidelines were reviewed prior to testing.

| Actual Performance | |
|---|---|
| Number of Assemblies Completed | 24 |
| Number of Minutes Performed | 2 Minutes |
| MTM % Score | 10% |

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ███████
Page 13

| Performance Extrapolated for 20 Minutes | |
|---|---|
| Number of Assemblies Completed | 240 |
| Number of Minutes Performed | 20 minutes |
| MTM % Score | 103% |

The Client had complaints of back and leg pain fatigue or discomfort. Difficulty in standing tolerance (as noted by weight shift) was noted.

**Post Test Pain Rating:** 7 to 8 (She stated she had some pain increases, secondary to time to take pain meds).

**Distracted Movement Patterns:** The client's movement patterns are observed by distraction throughout the evaluation. If there are any improvements in the movement patterns by distractions, including increased range of motion, increased velocity, decreased holding, decreased splinting, decreased limping, or any other change which signifies an improvement in the client's movement patterns, or if the client's pain behaviors decrease or their affect is improved compared to performance during tasks when the client was asked to give her best effort, it indicates that the client's movement ability is better than what was demonstrated during the voluntary testing when given ample opportunity to demonstrate best effort. This represents a Failed Validity Criteria, non-organic sign, and indicates that the client has attempted to control the test results.

**Summary of Observed Distracted Movement Patterns:** The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

**ASSESSMENT:** The Client was cooperative throughout the evaluation in that she followed directions without difficulty. She was willing to attempt tests. She was able to stop all tests, if needed, if an increase in pain was noted and/or reported. Information regarding the tests sensitivity (to if she was giving her best effort according to pain guidelines) was explained to her. She verbalized understanding directions.

**Validity:** Met/Passed. A passed validity criterion indicates that the client met the majority of the validity criteria in testing and suggests that she gave maximum voluntary effort; the test results appear to have measured her full functional abilities.

**Movement Patterns by Distraction:** The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

**Pain Rating/Self Perception:** Over the last 30 days, the client rated pain as ranging from moderate to very high levels, 4 to 10+, on a 0 to 10+ pain scale. At the initiation of the FCE, pain was rated at high levels, 6. Pain ranged from moderate to high, 4 to 8, during the FCE. Her movement patterns suggested pain and discomfort by lack of movement pattern changes with distraction, some changes in movement patterns with changes in pain ratings, consistent and appropriate guarding, and overall quality of motion. Her self perception of his abilities was similar to her actual performance. She showed a tendency toward the exaggeration of the degree of task difficulty. Her perception of her ability to work is limited, secondary to limited activity tolerances.

**General Strength and Conditioning:** No cardiovascular compromise was noted. Heart Rate stayed within acceptable ranges with activity.

Upper Extremity ROM and strength was WNL/WFL and 5/5 (including pronation and supination 5-/50 unless noted.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ████████
Page 14

Lower Extremity ROM and strength was as follows:

| LE ROM: Movement | ROM | Strength |
|---|---|---|
| Hip Flexion | WNL | Right = 5-/5 |
| Hip Extension | WNL | 5/5 |
| Hip Abduction | WFL End range pain bilaterally with right pain greater than left. | Right = 5-/5 |
| Hip Adduction | WNL | 5/5 |
| Hip Internal Rotation | WNL | Right = 5-/5 |
| Hip External Rotation | WNL | 5/5 |
| Knee Flexion | WNL | 5/5 |
| Knee Extension | WNL | Right = 5-/5 |
| Dorsiflexion | WNL | Right = 5-/5 |
| Plantar Flexion | WNL | Right = 4+/5 |
| Great Toe Extension | WNL | Right = 5-/5 |

Cervical ROM and Lumbar ROM were as follows:

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| Other | Standing (weight shifted noted throughout testing) | |

| Lumbar ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | Minimal limits | Discomfort suggested |
| Rotation | Minimal limits in each direction | Discomfort suggested |
| Flexion | Minimal limits with hands at lower calves | Discomfort suggested |
| Extension | Moderate limits | End range pain suggested and reported |
| Other | Good repeat trial consistency | |

Other Physical Assessments:

| Toe Raises (10 Reps) | 6 on left with good height and balance bilaterally. Stopped due to pain. Fair height and balance on right. Stopped after 5 due to balance and decreasing height. |
|---|---|
| Straight Leg Raises | Right = 40° and 45° with pain in low back and buttocks. Left = 75° and 80° with no pain and no pain behaviors. |
| Waddell Signs/Non Organic Signs | None |
| Posture | Forward head position and rounded shoulders, decrease in lumbar lordosis, flat footed (eversion). |
| Sensation | Some decrease in protective sensation on lateral calves (bilateral) |
| Swelling | None noted or reported. |
| Spontaneous Movement and guarding | Very guarded low back motions and slowed transitional movements. |
| Skin Description | Soft and clean |
| Sensitivity over incision | None with firm pressure |
| Provocation Tests | R SLR, prolonged sitting and standing |
| Atrophy/Muscle Bulk | None noted |

Generated by CamScanner

Functional Capacity Evaluation
Flan███—██nie
DOB █████
Page 15

**ISOMETRIC STRENGTH TESTING:** Not tested, per therapist's discretion, secondary to multiple diagnoses and current lifting restrictions.

The client demonstrates the abilities to perform the following:

**Reaching:** Not Restricted
**Squatting:** Very Occasional to Not Recommended
**Bending:** Not Recommended
**Sitting:** Occasional. 20 minute duration
**Standing:** Occasional to Very Occasional. 10 minute duration
**Walking:** Occasional
**Stair Climbing:** Very Occasional
**Balance:** Protective Heights
**Crawling:** Very Occasional to Not Recommended

**Occasional Material Handling:** 7 lb., Tested only to (stated) permanent restrictions

**Frequent Material Handling:** Not Tested. Frequent lifting is Not Recommended

**Work Speed:** Functional approach to tasks

**Work Level:** Less than Sedentary

The client was given information (written and verbal) to contact me if she had any problems (such as increase pain, swelling, etc.) following the evaluation. The telephone number to this facility was given. She was told to call within 24 hours and leave a voice mail message if I was not available to talk to her. At the time of the preparation of this report, the client did not initiate contact. An addendum to this report will be prepared if she does call with concerns.

If I can be of further assistance to you, please contact me at 417-881-1282.

*Nancy Beisswenger. m*

Nancy (Dickey) Beisswenger, OTR/L
Occupational Therapist

Generated by CamScanner

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 14, 2014
Claim Number: █████████

JAMIE S FLANAGAN
986 S HEDGE DR
NIXA, MO 65714

You are entitled to monthly disability benefits beginning February 2014.

## The Date You Became Disabled

We found that you became disabled under our rules on August 22, 2013.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2014.

## What We Will Pay And When

- You will receive $3,433.50 around April 20, 2014.

- This is the money you are due for February 2014 and March 2014.

- Your next payment of $2,289.00, which is for April 2014, will be received on or about the second Wednesday of May 2014.

- After that you will receive $2,289.00 on or about the second Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

- The day of the month you receive your payments depends on your date of birth.

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

See Next Page

Your past-due benefits are $4,578.00 for February 2014 and March 2014. Under the fee agreement, the representative cannot charge you more than $1,144.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $1,144.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $89, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.



## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to RICK STEVEN VASQUEZ.



███████████████

### If You Disagree With The Decisions

If you disagree with the decisions, you have the right to appeal. A person who did not make the first decision will decide your case. We will review those parts of the decisions you disagree with and will look at any new facts you have. We may also review those parts of the case that you believe are correct and may make them unfavorable or less favorable to you.

### About The Appeals

If you disagree with the nonmedical decisions we made on your case, the appeal is called a reconsideration. Some examples of nonmedical decisions are the amount of your payment, and the month your payment starts. You will not meet with the person who decides your case.

If you disagree with the disability (medical) decision made by the state, the appeal is called a hearing. Some examples of medical decisions are the date your disability started or whether you are still disabled.

### If You Want To Appeal

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form SSA-561-U2, or "Request for Hearing" form HA-501. You may go to our website at www.socialsecurity.gov/online/ to find the forms. You can also call, write, or visit us to request the forms. If you need help to fill out the forms, we can help you by phone or in person.

### If You Ask For A Reconsideration And A Hearing

If you ask for both a reconsideration and a hearing, we will process the hearing first, even if you made the reconsideration request first. When we make our decisions, we will send you letters explaining our decisions on both the reconsideration and the hearing.

### How The Hearing Process Works

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.



The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

## Things To Remember For The Future

We decided that you are disabled under our rules. But, this decision must be reviewed once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-545-7548. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> STE 100
> 1570 W BATTLEFIELD ST
> SPRINGFIELD MO 65807

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security



███████████

## PAYMENT SUMMARY

**Your Payment Of $3,433.50**

Here is how we figured your
first payment:

      Benefits due for February 2014
and March 2014,
less monthly rounding of benefits ........................$ 4,578.00

      Amount we subtracted because of

       ●  money to pay
         your representative ............................ 1,144.50

This equals the amount of
your first payment .......................................$ 3,433.50

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective April 2014:

      You are entitled to a monthly benefit of .................$ 2,289.50

      Amount we subtracted because of

       ●  rounding (we must round down to
         a whole dollar) ................................ .50

This equals the amount of
your regular monthly payment .............................$ 2,289.00



LIN00782

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 14, 2014
Claim Number: ███████████

005004  1 MB 0.435 0022 LR M08P7 0410 01

RICK STEVEN VASQUEZ
1736 E SUNSHINE STREET
SUITE 103
SPRINGFIELD, MO 65804-1327

Enclosed is a copy of a letter we sent to JAMIE S FLANAGAN.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, call us toll-free at 1-800-772-1213.  We can answer most questions over the phone.  If you prefer to visit one of our offices, please check the local telephone directory for the office nearest you.  Or call us and we can give you the office address.  Please have this letter with you if you call or visit an office.  It will help us answer your questions.

Carolyn W. Colvin
Acting Commissioner of
Social Security

C

Law Offices of
**RICK S. VASQUEZ**
1736 E. Sunshine, Suite 103
Springfield, Missouri 65804

REC'D MAY 1 2 2014

The Lincoln National Life Insurance Company
Attn: Risk Services
Service Office
8801 Indian Hills Drive
Omaha, NE
68114-4066

7013 2630 0000 2157

HASLER
$7.82
015H14158225
05/03/14

US POSTAGE

 **Law Offices of Rick S. Vasquez** RECD MAY 1 2 2014

1736 East Sunshine, Suite 103
Springfield, Missouri 65804

—

Telephone (417) 889-7735
Facsimile (417) 889-7096

May 6, 2014

The Lincoln National Life Insurance Company
Attn: Risk Services
Service Office:
8801 Indian Hills Drive
Omaha, NE
68114-4066

Re: *Jamie Flanagan*
*Group Policy# 00001015732600000*
*Group Claim# 1130226196*

Dear Sir/Madam:

I am counsel for Jamie Flanagan with respect to her long term disability claim with The Lincoln National Life Insurance Company. This letter comes forth in request for an appeal for Mrs. Jamie Flanagan's long term disability policy with the above stated company.

I am enclosing a Functional Capacity Evaluation completed by Nancy Dickey-Beisswenger, OTR/L on April 22, 2014 which states Mrs. Flanagan's work status based on her conditions is less than Sedentary. Please also find the Notice of Award from the Social Security Administration finding this claimant disabled under the Social Security rules as of August 22, 2013.

Thank you for your time and attention to this matter.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ch
CC: Jamie Flanagan
Enclosure

LIN00785



WORK EVALUATIONS AND ERGONOMIC ASSESSMENTS, INC.

*& Rehab Services*

April 23, 2014

Dr. Donald Hopewell
Mercy Neuroscience
3020 Saint John's Blvd
Suite E3
Joplin, MO 64804

**RE: Patient:** Flanagan, Jamie
**Date of Birth:** ▮▮▮▮▮

Dear Dr. Hopewell:

The above client was seen for a Functional Capacity Evaluation on April 22, 2014. The following is a summary of the results. A full test report will follow.

**ASSESSMENT:** The Client was cooperative throughout the evaluation in that she followed directions without difficulty. She was willing to attempt tests. She was able to stop all tests, if needed, if an increase in pain was noted and/or reported. Information regarding the tests sensitivity (to if she was giving her best effort according to pain guidelines) was explained to her. She verbalized understanding directions.

**Validity:** Met/Passed. A passed validity criterion indicates that the client met the majority of the validity criteria in testing and suggests that she gave maximum voluntary effort; the test results appear to have measured her full functional abilities.

**Movement Patterns by Distraction:** The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

**Pain Rating/Self Perception:** Over the last 30 days, the client rated pain as ranging from moderate to very high levels, 4 to 10+, on a 0 to 10+ pain scale. At the initiation of the FCE, pain was rated at high levels, 6. Pain ranged from moderate to high, 4 to 8, during the FCE. Her movement patterns suggested pain and discomfort by lack of movement pattern changes with distraction, some changes in movement patterns with changes in pain ratings, consistent and appropriate guarding, and overall quality of motion. Her self perception of his abilities was similar to her actual performance. She showed a tendency toward the exaggeration of the degree of task difficulty. Her perception of her ability to work is limited, secondary to limited activity tolerances.

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB: ███████
Page 2

**General Strength and Conditioning:** No cardiovascular compromise was noted. Heart Rate stayed within acceptable ranges with activity.

Upper Extremity ROM and strength was WNL/WFL and 5/5 (including pronation and supination 5-/50 unless noted.

Lower Extremity ROM and strength was as follows:

| LE ROM: Movement | ROM | Strength |
|---|---|---|
| Hip Flexion | WNL | Right = 5-/5 |
| Hip Extension | WNL | 5/5 |
| Hip Abduction | WFL End range pain bilaterally with right pain greater than left. | Right = 5-/5 |
| Hip Adduction | WNL | 5/5 |
| Hip Internal Rotation | WNL | Right = 5-/5 |
| Hip External Rotation | WNL | 5/5 |
| Knee Flexion | WNL | 5/5 |
| Knee Extension | WNL | Right = 5-/5 |
| Dorsiflexion | WNL | Right = 5-/5 |
| Plantar Flexion | WNL | Right = 4+/5 |
| Great Toe Extension | WNL | Right = 5-/5 |

Cervical ROM and Lumbar ROM were as follows:

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| *Other* | Standing (weight shifted noted throughout testing) | |

| Lumbar ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | Minimal limits | Discomfort suggested |
| Rotation | Minimal limits in each direction | Discomfort suggested |
| Flexion | Minimal limits with hands at lower calves | Discomfort suggested |
| Extension | Moderate limits | End range pain suggested and reported |
| *Other* | Good repeat trial consistency | |

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB ████
Page 3

## Other Physical Assessments:

| | |
|---|---|
| Toe Raises (10 Reps) | 6 on left with good height and balance bilaterally. Stopped due to pain. Fair height and balance on right. Stopped after 5 due to balance and decreasing height. |
| Straight Leg Raises | Right = 40° and 45° with pain in low back and buttocks. Left = 75° and 80° with no pain and no pain behaviors. |
| Waddell Signs/Non Organic Signs | None |
| Posture | Forward head position and rounded shoulders, decrease in lumbar lordosis, flat footed (eversion). |
| Sensation | Some decrease in protective sensation on lateral calves (bilateral) |
| Swelling | None noted or reported. |
| Spontaneous Movement and guarding | Very guarded low back motions and slowed transitional movements. |
| Skin Description | Soft and clean |
| Sensitivity over incision | None with firm pressure |
| Provocation Tests | R SLR, prolonged sitting and standing |
| Atrophy/Muscle Bulk | None noted |

**ISOMETRIC STRENGTH TESTING:** Not tested, per therapist's discretion, secondary to multiple diagnoses and current lifting restrictions.

The client demonstrates the abilities to perform the following:

**Reaching:** Not Restricted
**Squatting:** Very Occasional to Not Recommended
**Bending:** Not Recommended
**Sitting:** Occasional. 20 minute duration
**Standing:** Occasional to Very Occasional. 10 minute duration
**Walking:** Occasional
**Stair Climbing:** Very Occasional
**Balance:** Protective Heights
**Crawling:** Very Occasional to Not Recommended

**Occasional Material Handling:** 7 lb., Tested only to (stated) permanent restrictions

**Frequent Material Handling:** Not Tested. Frequent lifting is Not Recommended

**Work Speed:** Functional approach to tasks

**Work Level:** Less than Sedentary

The client was given information (written and verbal) to contact me if she had any problems (such as increase pain, swelling, etc.) following the evaluation. The telephone number to this facility was given. She was told to call within 24 hours and leave a voice mail message if I was

Generated by CamScanner

Functional Capacity Assessment Summary
Flanagan, Jamie
DOB: ███████
Page 4

not available to talk to her. At the time of the preparation of this report, the client did not initiate contact. An addendum to this report will be prepared if she does call with concerns.

If I can be of further assistance to you, please contact me at 417-881-1282.

*Nancy Beisswenger*

Nancy (Dickey) Beisswenger, OTR/L
Occupational Therapist

Generated by CamScanner



WORK EVALUATIONS AND ERGONOMIC ASSESSMENTS, INC.

*& Rehab Services*

### Functional Capacity Evaluation

**NAME:** Flanagan, Jamie
**DATE OF BIRTH** ███████
**AGE:** 34
**DIAGNOSIS/AREA OF INJURY:** Lumbar post-laminectomy syndrome/Chronic pain RLE Radiculopathy, spondylolisthesis
**PHYSICIAN:** Dr. Donald Hopewell
**LENGTH OF EVALUATION:** ≈ 4 hours
**DATE OF EVALUATION:** Tuesday, April 22, 2014 at 3:15 pm
**HEART RATE:** 66
**BLOOD PRESSURE:** 110/80
**HAND DOMINANCE:** Right
**HEIGHT:** ≈ 5' 4 ½ "
**WEIGHT:** ≅ 115 lb.

**REASON FOR REFERRAL:** The Client was referred to assess her functional capacities.

**AREA of INJURY/PAIN:** The following information was reported by the client. She began having problems in August of 2010. She was at work and was going through some training. She had back pain. She did not have a mechanism of injury. The pain was getting worse and radiating down her leg.

**MEDICAL HISTORY:**

Treatment: The following information was reported by the client. She was referred, by Dr. Cornelison, for an MRI and found it was noted that she had a pars defect and spondylolisthesis. She had surgery April 1, 2011. She had a fusion, with hardware at that time. She did go to PT after the surgery. She did get better after surgery, for about 4 weeks. However, she had an onset of pain as she was driving home from work. The numbness began and pain progressed.

She had injections prior to and after surgery. She did have a trial of a spinal pain stimulator and the trial failed (in October, 2013). She has had various medications and about 3 "rounds of PT." She has had TENS units and back braces. She has gotten a new bed (sleep number), hot tub, and uses back braces.

She has had neck and arm pain. She was unsure of the onset but thought it might be late 2012. She did have an MRI and it showed a bulge. She had gone to PT. She did traction and did neck traction at home and uses it for some pain relief.

Recent Diagnostic Tests (since January, 2014): none

Significant Health Problems: Undifferentiated Autoimmune Syndrome, Chronic Stomach Issues (gastroparesis with stomach digesting slowly). "Flexible flatfoot" with 3 right foot surgeries and one on her left.

Prescription Medications:

**For Pain:**
MS Contin (several different dosages, twice a day, with a total of 5 pills)
Dilavdid: 1 to 2 tablets, 3 to 6 times a day
Ribaxin: 1-2 tablets, 3 times a day
Ibuprofen: 800 mg, 3-4 times daily

4350 S. NATIONAL AVE. SUITE B116 SPRINGFIELD, MISSOURI 65810
TELEPHONE 417.881.1282 FACSIMILE 417.881.2840

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB: █████
Page 2

**Chronic Headaches:**
Topamax: 1 tablet, 2 times a day

**Anxiety and Depression:**
Wellbutrin: 1 tablet 2 times a day
Xanax .5 mg 4 times a day or as needed

**Autoimmune:**
Plaquenil: 2 tablets at night

**Stomach: As needed**
Zofran
Phenergan
Bentyl
Dontalol

**PAIN CONTROL METHODS:**
> **Over the Counter Medications:** None
> **Home Modalities:** Heat
> **Prescription Medications:** See above
> **Other:** Horse Liniment, Heating devices
> **Pain Medication taken on the day of the Assessment:** All pain medication

**OTHER HISTORY AND ACTIVITY:**
> **Previous Injuries:** None
> **Current Restrictions:** She has a 7 lb. weight restrictions after her back surgery. She states it has not been removed and she adheres to it.
> **Alcohol Use:** None
> **Tobacco Use:** None

**WORK HISTORY:**
> **Current Employer:** None
> **Employer at the time of the Symptoms:** Skaggs Regional Medical Center (now Cox, Branson)
> **Length of Employment:** March 1, 2010
> **Last Date of Work:** August 23, 2013
> **Job Title:** NP at the Neurology and Pain Clinic (Full Time)
> **Work Level:** Light to Medium work
> **Work History:** As an NP, she worked at the following places. Prior to Skaggs she worked at the Healing Arts Center in Branson for less than a year. She has worked at St. Johns (ENT) for 5 years. She did work as an RN prior to being an NP.
> **Client's Return to Work Goal:** She does not feel as if she can work as she had could not work for prolonged times. She would lie down between each patient. She could not tolerate the positional changes. She cannot tolerate static positions (i.e. prolonged sitting or standing).

**EDUCATION/TRAINING:** The last grade completed in school was college, with a Master's Degree and is a NP.

The client has a current driver's license and does drive.

**ACTIVITY LEVEL:** The client lives in a house on an average to large size lot with husband and two children (now ages 14 and 9).
> **Responsibilities Prior to Injury:** All cooking and cleaning. She was a single mom and got married in March of 2010. She did all the yard work and some home maintenance. She pays the bills.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ████
Page 3

**Leisure Activities Prior to Injury:** Recreational activities, sail boating. Drive to Texas to see her family.

**Responsibilities over the last 30 days:** She does no cleaning as she has problems afterward. She cooks some, but does easier type recipes, as she cannot stand up for long.

**Leisure Activities over the last 30 days:** Went fishing. She went to a pool and walked around.

**Most strenuous activity performed in the last 30 days:** Fold the laundry. Her children bring it to her.

She reports to spend a typical day, as follows. She gets up at 6:30 and makes her daughter's lunch. She makes sure she gets ready and gets her ready to go to the bus. She makes sure everyone gets out of bed. After everyone leaves, she reads a book or watches TV. She texts her husband a lot. She tries to have a friend to go to brunch, once a week or has them come over (as it is hard for her to go out). She talks to friends on the phone. She pays the bills. She does simple errands and finds recipes on the computer. She goes to bed about 10 and does not fall asleep until about midnight. She gets up again about 2 and she has to walk, as her legs are hurting. She finds herself on the couch and she can use the recliner. She returns to bed.

**OTHER:** The client was on time for the appointment. She appears her stated age. Her grooming/hygiene were good. '

Next Doctor's Appointment: April 29, 2014.

**TESTING:**
Prior to initiating any functional tasks, the client was asked to stop activity that caused a pain increase. (A few exceptions were made and the client was given specific instructions as to these exceptions. The client was told to only perform these tests as to what she perceived was an acceptable pain level.) These instructions were repeated prior to beginning any dynamic lifting tests. That is, that the client was reminded to lift only at a level that she felt was safe and did not cause any pain increase. The Client did agree to do this.

The client was also given information that the test was sensitive to if she was giving her best effort. The client was asked to give her best effort, according to the pain guidelines listed above. The client did agree to do this.

Prior to initiating any functional tasks, the client completed the **Oswestry Pain Questionnaire** and various other Self Assessments. The following results were noted:

1. Pain killers give moderate relief from pain.
2. It is painful to look after myself and I am slow and careful.
3. I can lift only very light weights.
4. Pain prevents me from walking more than ¼ mile.
5. Pain prevents me from sitting more than ½ hour.
6. Pain prevents me from standing more than 10 minutes.
7. Even when I take pills, I have less than 4 hours of sleep.
8. My sex life is severely restricted by pain.
9. Pain has restricted my social life and I do not go out as often.
10. Pain restricts me to short necessary journeys under 30 minutes.

Client's Oswestry Score equals: **64%**
This is a **crippled perception of disability.**

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB █████
Page 4

The client is also requested to assess her pain on a **Subjective Pain Rating Scale**, from 0 to 10+, with 0 equaling no pain and 10+ equaling maximal pain.

| Subjective Pain Rating (0 to 10+ Scale) | |
|---|---|
| Most severe pain over the past 30 days | 10+ |
| Least severe over the past 30 days | 4 |
| Pain Level at the Initiation of the Evaluation | 6 |
| Pain level which you could not work | 7 |

On the **Pain Analog**, the client rated her current pain as about 3.5/5.

Using the **Pain Drawing**, the client described pain with:
== showing numbness.
/// showing stabbing pain
00 showing pins and needles pain
XX showing burning pain

Pain Drawing: (NI = Not indicated)

| Numbness | Lateral legs and feet |
|---|---|
| Stabbing Pain | Neck, scapula area, low back (with larger area on the right) |
| Pins and Needles | NI |
| Burning Pain | Lateral right leg and foot, left foot |

**Confidence to Work**

| Scale: 0 = expecting to return to work and 10 = not expecting to return to work. | |
|---|---|
| Confidence to Return to Work in One Month | 10 |
| Confidence to Return to Work in Six Months | 10 |

| Scale: 0 = no confidence and 10 = very confident | |
|---|---|
| Confidence to Perform full job duties on a full time basis | 1 |
| Confidence to Perform another type of work on a full time basis | 1 |

**Current Symptoms/Problems**
She describes her current symptoms/ problems as:
1. Right leg is worse than the left.
2. Numbness and burning down her legs.
3. She has an ache in her calves and she feels weakness, to the point as if she feels as if she cannot stand up.
4. Spasms in her back with stabbing and aching.
5. She feels as if her back is crushing if she stands. It then causes leg pain. The longer she stands the worse it gets. It also causes neck and right scapula pain. It can go into the left arm and scapula.
6. She cannot put weight on her right hip.
7. She has pain in her shoulder, elbows and wrist. It can be cyclic with flare ups every 4 to 6 weeks.
8. She gets shooting pain in her arms and tingling in right fingers.
9. She cannot drive for more than 30 minutes. She states she gets "stuck." She may get nauseated and greater numbness. She had to call for help to get home.
10. Her pain progresses with activity.

**WEINSTEIN ENHANCED SENSORY TEST (WEST):** Test was administered according to protocol. Results are as follows with thresholds measured in grams of pressure.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB ████████
Page 5

| Area Tested | Right | Left |
|---|---|---|
| Hypothenar Eminence | .07 | .07 |
| Base of the 5th Digit | .07 | .07 |
| Pad of the 5th Digit | .07 | .07 |
| Base of the 2nd Digit | .07 | .07 |
| Pad of the 2nd Digit | .07 | .07 |
| Pad of the Thumb (Digit 1) | .07 | .07 |

Ability to detect .07 grams of pressure indicates normal sensation.
Ability to detect a minimum of .2 grams of pressure indicates reduced tactile sensation.
Ability to detect a minimum of 4 grams of pressure indicates reduced protective sensation.
Ability to detect a minimum of 4 grams of pressure indicates loss of protective sensation
Ability to detect a minimum of 200 grams of pressure indicates residual sensation.
Ability to detect a minimum of 300 grams of pressure indicates loss of residual sensation.

**Monofilament Sensory Test:** Test was administered according to protocol. Results are as follows with thresholds measured in grams of pressure.

| Normal thresholds for Females | Grams of force |
|---|---|
| Toe | .14 |
| Sole | .14 |
| Calf | .03 |
| Thigh | .02 |

Pre Test

| Area Tested | Right | Left |
|---|---|---|
| Toe | .07 | .07 |
| Sole | .07 | .07 |
| Calf | .16 all areas and .4 for lateral calf | .16 all areas and .4 for lateral calf |
| Distal thigh | .16 all areas | .16 all areas |

Good repeat trial consistency in all monofilament testing.

Post Test

| Area Tested | Right | Left |
|---|---|---|
| Toe | .07 | .07 |
| Sole | .07 | .07 |
| Calf | .16 all areas and .4 for lateral calf | .16 all areas and .4 for lateral calf |
| Distal thigh | .16 all areas | .16 all areas |

Good repeat trial consistency in all monofilament testing.

**MAXIMUM EFFORT GRIP STRENGTH TEST (MEG)**
Grip strength was taken using the Jamar Dynamometer in the second position. The client's shoulder was at 0 degrees of flexion, elbow was at 90 degrees of flexion, and forearm was in the neutral position. The following results were noted. Measurements are in pounds of force exerted.

Generated by CamScanner

Functional Capacity Evaluation
Flanagan, Jamie
DOB █████
Page 6

The client was asked to give full effort, even if she had pain.

|  | Right Hand | Left Hand |
|---|---|---|
| Trial 1 | 80 | 75 |
| Trial 2 | 80 | 70 |
| Trial 3 | 75 | 70 |
|  |  |  |
| Average | 78.33 | 71.67 |
|  |  |  |
| Percentile by age and Gender | 90th% | 90th% |
|  |  |  |
| Coefficient of Variation | Less than 12% | Less than 10% |

A Coefficient of variation under 12% suggests that the client may be giving maximum voluntary effort and the results may be reproducible.

**LATERAL PINCH STRENGTH:** Lateral Pinch was assessed. The following results were noted. Measurements are in pounds of force exerted.

|  | Right Hand | Left Hand |
|---|---|---|
| Trial 1 | 18 | 18 |
| Trial 2 | 18 | 17 |
| Trial 3 | 17 | 16 |
|  |  |  |
| Average | 17.67 | 17 |
|  |  |  |
| Percentile by age and Gender | 90th% | 90th% |
|  |  |  |
| Coefficient of Variation | Less than 15% | Less than 15% |

A Coefficient of variation under 15% suggests that the client may be giving maximum voluntary effort and the results may be reproducible.

**MUSCULOSKELETAL EVALUATION**

She rated her pain at: 4

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| *Other* | Standing (weight shifted noted throughout testing) | |

Generated by CamScanner