# OCCUPATIONAL DATA

**075.127-014   Nurse, Consultant**

Advises hospitals, schools of nursing, industrial organizations, and public health groups on problems related to nursing activities and health services:   Reviews and suggests changes in nursing organization and administrative procedures. Analyzes nursing techniques and recommends modifications.   Aids schools in planning nursing curriculums, and hospitals and public health nursing services in developing and carrying out staff education programs.   Provides assistance in developing guides and manuals for specific aspects of nursing services.   Prepares educational materials and assists in planning and developing health and educational programs for industrial and community groups.   Advises in services available through community resources.   Consults with nursing groups concerning professional and educational problems.   Prepares or furnishes data for articles and lectures.   Participates in surveys and research studies.
DLU:   1977

**Lincoln Financial Group**
**04/12/2018**

# OCCUPATIONAL DATA

## OCCUPATIONAL REQUIREMENTS

**Title:** Nurse, Consultant                                      **DOT Code:**  075.127-014
**Industry:** Medical Services

**Specific Vocational Preparation:**  Level 7 (2 to 4 years)

**General Educational Development:**  Reasoning Level 5
Mathematics Level 4
Language Level 5

**Strength:**  Sedentary          Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally.
Mostly sitting, may involve standing or walking for brief periods of time.

**Physical Demands:**

| Physical Demands | | Environmental Conditions | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Never | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:**  Performing a variety of duties.          **Data:** 1 Coordinating
Directing, controlling, or planning activities of others.     **People:** 2 Instructing
Dealing with people.                                          **Things:** 7 Handling

**Aptitudes:**

| Aptitudes | DOT | OAP |
|---|---|---|
| General Learning Ability | 2  (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Verbal Aptitude | 2  (67-89 Percentile) | 3   (46 - 54 Percentile) |
| Numerical Aptitude | 2  (67-89 Percentile) | Not Included |
| Spatial Aptitude | 4  (11-33 Percentile) | Not Included |
| Form Perception | 4  (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3  (34-66 Percentile) | Not Included |
| Motor Coordination | 4  (11-33 Percentile) | Not Included |
| Finger Dexterity | 4  (11-33 Percentile) | Not Included |
| Manual Dexterity | 4  (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5  (Below 11 Percentile) | |
| Color Discrimination | 5  (Below 11 Percentile) | |

**Lincoln Financial Group**
**04/12/2018**



| Nurse Consultant | Reset |

eDOT: 075.127-014    OES: 32502
O*NET: 29-1111.00    SOC: 291141

eDOT Description

## Nurse Consultant 075.127-014

**Alternate Titles**
Clinic Nurse; Clinical Nurse; Clinical Nurse Specialist; Consulting Nurse; Medical Nurse Consultant; Nurse Consulting; Nurse Specialist; Registered Nurse Consulting

**Primary Duty**
Advises hospitals, schools of nursing, industrial organizations, or public health groups on problems related to nursing activities and health services.

**Functions**
Position is a clinical specialist or consultant requiring comprehensive specialized health and medical care knowledge. This position typically requires advanced study in the field of nursing or health sciences. Requires RN license. Reviews and suggests changes in nursing organization and administrative procedures. Analyzes nursing techniques and recommends modifications. Provides assistance in developing guides and manuals for specific aspects of nursing services. Prepares educational materials and assists in planning and developing health and educational programs for industrial and community groups. Advises in services available through community resources. Consults with nursing groups concerning professional and educational problems. Prepares or furnishes data for articles and lectures. Participates in surveys and research studies. May have broad hospital-wide activities. May aid schools in planning nursing curriculums. May aid hospitals and public health nursing services in developing and carrying out staff education programs.

**Specific Vocational Preparation (SVP): Level (7)**
7 - Over 2 years up to and including 4 years

**Literacy Demands - Reasoning: Level (5)**
Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions. Interpret an extensive variety of technical instructions in mathematical or diagrammatic form. Deal with several abstract and concrete variables.

**Literacy Demands - Mathematics: Level (3)**
Compute, discount, interest, profit and loss; commission markup, and selling price; ratio proportion, and percentage. Calculate surfaces, volumes, weights, and measures. Algebra: Calculate variables and formulas; monomials and polynomials; ration and proportion variables; and square roots and radicals. Geometry: Calculate angles, plane and solid futures, circumference, area, and volume.

**Literacy Demands - Language: Level (5)**
Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials, journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

**Physical Demands - Strength Rating**
Sedentary Work: Exerting up to 10 pounds of force occasionally or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.

**Date Last Updated:** 1/1/2018

Data Options

Submit Analysis

| Subject Matter Expert (SME), Internet Analysis & Original DOT | ⌄ |

ERI's intellectual property rights include Patent Nos. 6,862,596 and 7,647,322, "System and method for retrieving and displaying data, such as economic data relating to salaries, cost of living and employee benefits." Other Internet-related applications are Patents Pending.



Case 3:17-cv-05060-MDH   Document 33-5   Filed 05/15/18   Page 4 of 16

| Nurse Consultant | Reset |
|---|---|

eDOT: 075.127-014    OES: 32502
O*NET: 29-1111.00    SOC: 291141

## eDOT Job Analysis

*Populated with SCOs from Nurse Consultant using Subject Matter Expert (SME), Internet Analysis & Original DOT*

| | | | |
|---|---|---|---|
| Employer Name: | | Employer ZIP Code: | |
| Actual Job Title: | Nurse Consultant | Annual Salary/Wage: | 0 |
| Populated with: | Current Job SCOs - Nurse Consultant | Prepared By: | |
| SOC Job Family: | Registered Nurses | Analysis Date: | 4/12/2018 |
| NAICS Industry: | Health Care and Social Assistance | eDOT Number: | 075.127-014 |
| GOE Code: | 10.02.01 - Nursing | Census 2010: | 313 |

### Work Environment/Additional Measures

*Not Present / None*    *Occasionally (up to 1/3 of the time)*    *Frequently (1/3 to 2/3 of the time)*    *Constantly (over 2/3 of the time)*

| Work | eDOT | Observed |
|---|---|---|
| Creativity | Occasionally | Occasionally |
| Administrative Activity | Frequently | Frequently |
| Discretion/Independent Judgement | Frequently | Frequently |

### Specific Vocational Preparation (SVP)

| | eDOT | Observed |
|---|---|---|
| | 7 | 7 |

1  Short demonstration only
2  Anything beyond short demonstration up to and including 1 month
3  Over 1 month up to and including 3 months
4  Over 3 months up to and including 6 months
5  Over 6 months up to and including 1 year

6  Over 1 year up to and including 2 years
7  Over 2 years up to and including 4 years
8  Over 4 years up to and including 10 years
9  Over 10 years
(Note: The levels of this scale are mutually exclusive and do not overlap.)

### Strength

| | eDOT | Observed |
|---|---|---|
| | Sedentary Work | Sedentary Work |

| | |
|---|---|
| Sedentary Work | Exerting up to 10 pounds of force occasionally or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. |
| Light Work | Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for Sedentary Work. |
| Medium Work | Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work. |
| Heavy Work | Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work. |
| Very Heavy Work | Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work. |

### Physical Demands: Lifting, Carrying, Pushing and/or Pulling, Reaching

*Not Present / None*    *Occasionally (up to 1/3 of the time)*    *Frequently (1/3 to 2/3 of the time)*    *Constantly (over 2/3 of the time)*

| Weight | eDOT | Observed |
|---|---|---|
| Occasional Lift/Carry | Less than 10 pounds | Less than 10 pour |
| Frequent Lift/Carry | Less than 10 pounds | Less than 10 pour |
| Push/Pull | Not Present | Not Present |
| Reaching | Occasionally | Occasionally |
| Reaching Upward | Occasionally | Occasionally |
| Reaching Downward | Occasionally | Occasionally |

### Physical Demands: Activities

*Not Present / None*    *Occasionally (up to 1/3 of the time)*    *Frequently (1/3 to 2/3 of the time)*    *Constantly (over 2/3 of the time)*

| Physical Activity | eDOT | Observed |
|---|---|---|
| Sitting | Frequently | Frequently |
| Standing | Occasionally | Occasionally |

EXHIBIT B

| | eDOT | Observed |
|---|---|---|
| Walking | Occasionally | Occasionally |
| Stooping | Not Present | Not Present |
| Kneeling | Not Present | Not Present |
| Crouching | Not Present | Not Present |
| Crawling | Not Present | Not Present |
| Climbing | Not Present | Not Present |
| Balancing | Not Present | Not Present |
| Tasting/Smelling | Not Present | Not Present |
| Talking | Frequently | Frequently |
| Sit/Stand Option | Not Present | Not Present |
| Handling | Occasionally | Occasionally |
| Feeling | Occasionally | Occasionally |
| Fingering | Occasionally | Occasionally |
| Keyboard Use | Occasionally | Occasionally |
| Hearing | Occasionally | Occasionally |
| Near Acuity | Occasionally | Occasionally |
| Far Acuity | Not Present | Not Present |
| Depth Perception | Not Present | Not Present |
| Accommodation | Occasionally | Occasionally |
| Color Vision | Not Present | Not Present |
| Field of Vision | Not Present | Not Present |

**Physical Demands: Environmental Conditions**

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Environmental Condition | eDOT | Observed |
|---|---|---|
| Exposure to Weather | Not Present | Not Present |
| Extreme Cold | Not Present | Not Present |
| Extreme Heat | Not Present | Not Present |
| Wet and/or Humid | Not Present | Not Present |
| Noise Intensity Level | 3-Moderate | 3-Moderate |
| Vibration | Not Present | Not Present |
| Atmospheric Conditions | Not Present | Not Present |
| Proximity to Moving Parts | Not Present | Not Present |
| Exposure to Electrical Shock | Not Present | Not Present |
| Working in High, Exposed Places | Not Present | Not Present |
| Exposure to Radiation | Not Present | Not Present |
| Working with Explosives | Not Present | Not Present |
| Exposure to Injury from Biohazards | Occasionally | Occasionally |
| Exposure to Toxic or Caustic Chemicals | Not Present | Not Present |
| Other Environmental Conditions | Not Present | Not Present |

**Mental Demands: Aptitudes**

*Markedly Low    Low    Medium    High    Extremely High*

| Aptitudes | eDOT | Observed |
|---|---|---|
| General Learning Ability | 4-High | 4-High |
| Verbal Aptitude | 4-High | 4-High |
| Numeric Aptitude | 3-Medium | 3-Medium |
| Spatial Aptitude | 2-Low | 2-Low |
| Form Perception | 2-Low | 2-Low |
| Clerical Perception | 3-Medium | 3-Medium |
| Motor Coordination | 2-Low | 2-Low |
| Manual Dexterity | 2-Low | 2-Low |
| Finger Dexterity | 2-Low | 2-Low |
| Eye-Hand-Foot Coordination | 2-Low | 2-Low |
| Color Discrimination | 1-Markedly Low | 1-Markedly Low |

*Required    Not Required*

| Temperaments | eDOT | Observed |
|---|---|---|
| Dealing with People | Required | Required |
| Performing Repetitive or Short Cycle Work | Not Required | Not Required |
| Working under Specific Instructions | Not Required | Not Required |
| Performing a Variety of Duties | Required | Required |
| Expressing Personal Feelings | Not Required | Not Required |
| Performing Effectively Under Stress | Not Required | Not Required |
| Working Alone or Apart in Physical Isolation from Others | Not Required | Not Required |
| Influencing People in Their Opinions, Attitudes, & Judgments | Required | Required |
| Attaining Precise Set Limits, Tolerances, & Standards | Not Required | Not Required |
| Directing, Controlling, or Planning Activities of Others | Required | Required |
| Making Judgments & Decisions | Not Required | Not Required |

**Mental Demands: Understanding & Memory**

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Memory | Occasionally | Occasionally |
| Short Instruction Memory | Occasionally | Occasionally |
| Detailed Instruction Memory | Constantly | Constantly |

**Mental Demands: Sustained Concentration & Persistence**

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Short Instruction Carrying Out | Occasionally | Occasionally |
| Detailed Instruction Carrying Out | Constantly | Constantly |
| Concentration & Attention | Frequently | Frequently |
| Work Schedule | Occasionally | Occasionally |
| Work Routine | Occasionally | Occasionally |
| Work Distractions | Frequently | Frequently |
| Work Decisions | Frequently | Frequently |
| Work Completion | Frequently | Frequently |

**Mental Demands: Social Interaction**

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Public Interaction | Frequently | Frequently |
| Assignment/Assistance | Frequently | Frequently |
| Work Review | Frequently | Frequently |
| Peer Interaction | Frequently | Frequently |
| Work Behavior | Frequently | Frequently |

**Mental Demands: Adaptation**

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Adaption to Change | Occasionally | Occasionally |
| Hazard Awareness | Occasionally | Occasionally |
| Travel | Occasionally | Occasionally |
| Independent Planning | Constantly | Constantly |

**General Educational Development (GED)**

| GED: Reasoning | eDOT | Observed |
|---|---|---|
| | 5 | 5 |

0   Apply little understanding to carry out the simplest of jobs. Never deals with variable situations encountered on the job.
1   Apply commonsense understanding to carry out simple one- or two-step instructions. Deal with standardized situations with occasional or no variables in or from these situations encountered on the job.
2   Apply commonsense understanding to carry out detailed but uninvolved written or oral instructions. Deal with problems involving a few concrete variables in or from standardized situations.

Case 3:17-cv-05060-MDH    Document 33-5    Filed 05/15/18    Page 7 of 16

3 Apply commonsense understanding to carry out instructions furnished in written, oral, or diagrammatic form. Deal with problems involving several concrete variables in or from standardized situations.
4 Apply principles of rational systems to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Interpret a variety of instructions furnished in written, oral, diagrammatic, or schedule form.
5 Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions. Interpret an extensive variety of technical instructions in mathematical or diagrammatic form. Deal with several abstract and concrete variables.
6 Apply principles of logical or scientific thinking to a wide range of intellectual and practical problems. Deal with non-verbal symbolism (formulas, scientific equations, graphs, musical notes, etc.) in its most difficult phases. Deal with a variety of abstract and concrete variables.

### General Educational Development (GED)

| GED: Mathematics | eDOT | Observed |
|---|---|---|
| | 3 | 3 |

0 No mathematical skills or abilities are required.
1 Add and subtract two digit numbers. Multiply and divide 10's and 100's by 2, 3, 4, 5. Perform the four basic arithmetic operations with coins as part of a currency. Perform operations with units of measurement.
2 Add, subtract, multiply, and divide all units of measure. Perform the four operations with like common and decimal fractions. Compute ratio, rate, and percent. Draw and interpret bar graphs. Perform arithmetic operations involving monetary units.
3 Compute, discount, interest, profit and loss; commission markup, and selling price; ratio proportion, and percentage. Calculate surfaces, volumes, weights, and measures. Algebra: Calculate variables and formulas; monomials and polynomials; ration and proportion variables; and square roots and radicals. Geometry: Calculate angles, plane and solid futures, circumference, area, and volume.
4 Algebra: Deal with system of real numbers; linear, quadratic, rational, exponential, logarithmic, angle and circular functions, and inverse functions; related algebraic solution of equations and inequalities; limits and continuity, and probability and statistical inference. Geometry: Deductive axiomatic geometry, plane and solid, and rectangular coordinates. Shop Math: Practical applications of fractions, percentages, ratio and proportion, logarithms, practical algebra, geometric construction, and essential trigonometry.
5 Algebra: Work with exponents and logarithms, linear equations, quadratic equations, mathematical induction and binomial theorem, and permutations. Calculus: Apply concepts of analytic geometry, differentiations and integration of algebraic functions with applications. Statistics: Apply mathematical operations to frequency distributions, reliability and validity of tests, normal curve, analysis of variance, correlation techniques, chi-square application and sampling theory, and factor analysis.
6 Advanced calculus: Work with limits, continuity, real number systems, mean value theorems, and implicit functions theorems. Modern Algebra: Apply fundamental concepts of theories of groups, rings, and fields. Work with differential equations, linear algebra, infinite series, advanced operations methods, and functions of real and complex variables. Statistics: Work with mathematical statistics, mathematical probability and applications, experimental design, statistical inference, and econometrics.

### General Educational Development (GED)

| GED: Language | eDOT | Observed |
|---|---|---|
| | 5 | 5 |

0 Reading: No level of reading is required; job incumbent can be only aurally and/or orally literate.
1 Reading: Recognize meanings of 2,500 two or three syllable words. Read at a rate of 95-120 words a minute. Compare similarities and differences between words and between series of numbers. Writing: Print simple sentences containing subject, verb, and object, and series of numbers, names, and addresses. Speaking: Speak simple sentences, using normal word order, and present and past tenses.
2 Reading: Passive vocabulary of 4,000-6,000 words. Read at rate of 190-215 words per minute. Read books, looking up unfamiliar words in dictionary for meaning, spelling, and pronunciation. Read instructions for assembling equipment. Writing: Write compound and complex sentences, using proper punctuation and employing adjectives and adverbs. Speaking: Speak clearly and distinctly with appropriate pauses and emphasis, correct pronunciation, variations in word order, using present, perfect, and future tenses.
3 Reading: Read a variety of novels, magazines, atlases, and encyclopedias. Read safety rules, instructions in the use and maintenance of shop tools and equipment and methods and procedures in mechanical drawing and layout work. Writing: Write reports and essays with proper format, punctuation, spelling, and grammar, using all parts of speech. Speaking: Speak before an audience with poise, voice control, and confidence, using correct language and well-modulated voice.
4 Reading: Read novels, poems, newspapers, periodicals, journals, manuals dictionaries, thesauruses, and encyclopedias. Writing: Prepare business letters, expositions, summaries, and reports, using prescribed form and conforming to all rules of punctuation, grammar, diction,and style. Speaking: Participate in panel discussions, dramatizations, and debates. Speak extemporaneously on a variety of subjects.
5 Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials, journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.
6 Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

### Education Level

| | eDOT | Observed |
|---|---|---|
| | 9 | 9 |

1 Aurally or orally literate
2 Limited or less - at least literate and able to communicate
3 Equivalent to 8th grade plus additional classes
4 Equivalent to high school graduate - does not provide for direct entry into skilled work
5 Equivalent to high school graduate - provides direct entry into skilled work
6 Equivalent to one year trade school, technical school or junior college
7 Equivalent to two years junior college or apprenticeship training
8 College degree or equivalent - knowledge not a prerequisite for entry into profession
9 College degree or equivalent - knowledge a prerequisite for entry into profession
10 Equivalent to a Masters degree reflecting advanced job-related knowledge
11 Equivalent to a Doctorate degree signifying advanced job-related

### Skills & Compentencies

| eDOT | Observed | eDOT | Observed |
|---|---|---|---|
| advises | advises | instructs | instructs |
| nurses | nurses | takes | takes |
| aids | aids | interprets | interprets |
| consults | consults | assists | assists |
| informs | informs | makes | makes |
| nurses | nurses | monitors | monitors |

EXHIBIT B

| eDOT | Analyst |
|------|---------|
| 282 | 282 |
| | |
| | |

| eDOT | Observed |
|------|----------|
| 924 | 924 |
| 926 | 926 |
| | |

**Job Description**

Advises hospitals, schools of nursing, industrial organizations, or public health groups on problems related to nursing activities and health services. Position is a clinical specialist or consultant requiring comprehensive specialized health and medical care knowledge. This position typically requires advanced study in the field of nursing or health sciences. Requires RN license. Reviews and suggests changes in nursing organization and administrative procedures. Analyzes nursing techniques and recommends modifications. Provides assistance in developing guides and manuals for specific aspects of nursing services. Prepares educational materials and assists in planning and developing health and educational programs for industrial and community groups. Advises in services available through community resources. Consults with nursing groups concerning professional and educational problems. Prepares or furnishes data for articles and lectures. Participates in surveys and research studies. May have broad hospital-wide activities. May aid schools in planning nursing curriculums. May aid hospitals and public health nursing

**Job Analyst's Observations:**

Advises hospitals, schools of nursing, industrial organizations, or public health groups on problems related to nursing activities and health services. Position is a clinical specialist or consultant requiring comprehensive specialized health and medical care knowledge. This position typically requires advanced study in the field of nursing or health sciences. Requires RN license. Reviews and suggests changes in nursing organization and administrative procedures. Analyzes nursing techniques and recommends modifications. Provides assistance in developing guides and manuals for specific aspects of nursing services. Prepares educational materials and assists in planning and developing health and educational programs for industrial and community groups. Advises in services available through community resources. Consults with nursing groups concerning professional and educational problems. Prepares or furnishes data for articles and lectures. Participates in surveys and research studies. May have broad hospital-wide activities. May aid schools in planning nursing curriculums. May aid hospitals and public health nursing

Data Options

Subject Matter Expert (SME), Internet Analysis & Original DOT ⌄

Submit Analysis

ERI's intellectual property rights include Patent Nos. 6,862,596 and 7,647,322, "System and method for retrieving and displaying data, such as economic data relating to salaries, cost of living and employee benefits." Other Internet-related applications are Patents Pending.

Case 3:17-cv-05060-MDH    Document 33-5    Filed 05/15/18    Page 9 of 16



Call Center Nurse RN    Reset

eDOT: 075.374-916    OES: 32502
O*NET: 29-1111.00    SOC: 291141

eDOT Description

## Call Center Nurse RN 075.374-916

**Alternate Titles**
Call Center Registered Nurse; Medical Call Center Nurse; Nurse Triage; Registered Nurse Call Center; Triage Nurse

**Primary Duty**
Evaluates and determines the urgency of call-in patients' symptoms or complaints.

**Functions**
Advises, provides telephone triage, and instructs patients on proper health care, which may include seeking appropriate medical care. Consults with physician on call regarding pertinent medical information or if consultation is deemed necessary by nurse. Requires RN license. Provides assistance to members of the health plan in accordance with established policies, procedures, and protocols. Provides clinical nursing evaluations and assessments. Provides nursing referral to appropriate and available resources, including affiliated services, affiliated medical practice, or community resource. Enters data into a computerized database and forwards facsimiles to appropriate health providers. Consults and facilitates after hours communication with physicians, nurses, hospital staff, and outside agencies. Communicates with pharmacies and providers to refill medications or to clarify prescriptions. May provide health insurance eligibility, pharmacy benefits, provider information, and other information to callers.

**Specific Vocational Preparation (SVP): Level (7)**
7 - Over 2 years up to and including 4 years

**Literacy Demands - Reasoning: Level (5)**
Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions. Interpret an extensive variety of technical instructions in mathematical or diagrammatic form. Deal with several abstract and concrete variables.

**Literacy Demands - Mathematics: Level (4)**
Algebra: Deal with system of real numbers; linear, quadratic, rational, exponential, logarithmic, angle and circular functions, and inverse functions; related algebraic solution of equations and inequalities; limits and continuity, and probability and statistical inference. Geometry: Deductive axiomatic geometry, plane and solid, and rectangular coordinates. Shop Math: Practical applications of fractions, percentages, ratio and proportion, logarithms, practical algebra, geometric construction, and essential trigonometry.

**Literacy Demands - Language: Level (5)**
Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials, journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

**Physical Demands - Strength Rating**
Sedentary Work: Exerting up to 10 pounds of force occasionally or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.

**Date Last Updated:** 1/1/2018

Data Options

Subject Matter Expert (SME), Internet Analysis & Original DOT ∨    Submit Analysis

ERI's intellectual property rights include Patent Nos. 6,862,596 and 7,647,322, "System and method for retrieving and displaying data, such as economic data relating to salaries, cost of living and employee benefits." Other Internet-related applications are Patents Pending.



Case 3:17-cv-05060-MDH    Document 33-5    Filed 05/15/18    Page 11 of 16

| Call Center Nurse RN | Reset |

eDOT: 075.374-916   OES: 32502
O*NET: 29-1111.00   SOC: 291141

## eDOT Job Analysis

*Populated with SCOs from using Subject Matter Expert (SME), Internet Analysis & Original DOT*

| | |
|---|---|
| Employer Name: | Employer ZIP Code: |
| Actual Job Title: Call Center Nurse RN | Annual Salary/Wage: 0 |
| Populated with: Current Job SCOs - Call Center Nurse R ∨ | Prepared By: |
| SOC Job Family: Registered Nurses | Analysis Date: 4/5/2018 |
| NAICS Industry: Health Care and Social Assistance | eDOT Number: 075.374-916 |
| GOE Code: 10.02.01 - Nursing | Census 2010: 313 |

### Work Environment/Additional Measures

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Work | eDOT | Observed |
|---|---|---|
| Creativity | Occasionally | Occasionally ∨ |
| Administrative Activity | Occasionally | Occasionally ∨ |
| Discretion/Independent Judgement | Frequently | Frequently ∨ |

### Specific Vocational Preparation (SVP)

| | eDOT | Observed |
|---|---|---|
| | 7 | 7 ∨ |

1  Short demonstration only
2  Anything beyond short demonstration up to and including 1 month
3  Over 1 month up to and including 3 months
4  Over 3 months up to and including 6 months
5  Over 6 months up to and including 1 year

6  Over 1 year up to and including 2 years
7  Over 2 years up to and including 4 years
8  Over 4 years up to and including 10 years
9  Over 10 years
(Note: The levels of this scale are mutually exclusive and do not overlap.)

### Strength

| | eDOT | Observed |
|---|---|---|
| | Sedentary Work | Sedentary Work ∨ |

Sedentary Work    Exerting up to 10 pounds of force occasionally or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.

Light Work    Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for Sedentary Work.

Medium Work    Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Heavy Work    Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work.

Very Heavy Work    Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work.

### Physical Demands: Lifting, Carrying, Pushing and/or Pulling, Reaching

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Weight | eDOT | Observed |
|---|---|---|
| Occasional Lift/Carry | Less than 10 pounds | Less than 10 pour ∨ |
| Frequent Lift/Carry | Less than 10 pounds | Less than 10 pour ∨ |
| Push/Pull | Occasionally | Occasionally ∨ |
| Reaching | Frequently | Frequently ∨ |
| Reaching Upward | Occasionally | Occasionally ∨ |
| Reaching Downward | Occasionally | Occasionally ∨ |

### Physical Demands: Activities

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Physical Activity | eDOT | Observed |
|---|---|---|
| Sitting | Frequently | Frequently ∨ |
| Standing | Occasionally | Occasionally ∨ |

Case 3:17-cv-05060-MDH    Document 33-5    Filed 05/15/18    Page 12 of 16

| | eDOT | Observed |
|---|---|---|
| Walking | Occasionally | Occasionally |
| Stooping | Occasionally | Occasionally |
| Kneeling | Occasionally | Occasionally |
| Crouching | Occasionally | Occasionally |
| Crawling | Not Present | Not Present |
| Climbing | Not Present | Not Present |
| Balancing | Occasionally | Occasionally |
| Tasting/Smelling | Not Present | Not Present |
| Talking | Frequently | Frequently |
| Sit/Stand Option | Occasionally | Occasionally |
| Handling | Occasionally | Occasionally |
| Feeling | Occasionally | Occasionally |
| Fingering | Frequently | Frequently |
| Keyboard Use | Frequently | Frequently |
| Hearing | Frequently | Frequently |
| Near Acuity | Occasionally | Occasionally |
| Far Acuity | Not Present | Not Present |
| Depth Perception | Occasionally | Occasionally |
| Accommodation | Occasionally | Occasionally |
| Color Vision | Occasionally | Occasionally |
| Field of Vision | Not Present | Not Present |

**Physical Demands: Environmental Conditions**

*Not Present / None     Occasionally (up to 1/3 of the time)     Frequently (1/3 to 2/3 of the time)     Constantly (over 2/3 of the time)*

| Environmental Condition | eDOT | Observed |
|---|---|---|
| Exposure to Weather | Not Present | Not Present |
| Extreme Cold | Not Present | Not Present |
| Extreme Heat | Not Present | Not Present |
| Wet and/or Humid | Not Present | Not Present |
| Noise Intensity Level | 2-Quiet | 2-Quiet |
| Vibration | Not Present | Not Present |
| Atmospheric Conditions | Not Present | Not Present |
| Proximity to Moving Parts | Not Present | Not Present |
| Exposure to Electrical Shock | Not Present | Not Present |
| Working in High, Exposed Places | Not Present | Not Present |
| Exposure to Radiation | Not Present | Not Present |
| Working with Explosives | Not Present | Not Present |
| Exposure to Injury from Biohazards | Not Present | Not Present |
| Exposure to Toxic or Caustic Chemicals | Not Present | Not Present |
| Other Environmental Conditions | Not Present | Not Present |

**Mental Demands: Aptitudes**

*Markedly Low     Low     Medium     High     Extremely High*

| Aptitudes | eDOT | Observed |
|---|---|---|
| General Learning Ability | 4-High | 4-High |
| Verbal Aptitude | 4-High | 4-High |
| Numeric Aptitude | 3-Medium | 3-Medium |
| Spatial Aptitude | 3-Medium | 3-Medium |
| Form Perception | 3-Medium | 3-Medium |
| Clerical Perception | 4-High | 4-High |
| Motor Coordination | 3-Medium | 3-Medium |
| Manual Dexterity | 3-Medium | 3-Medium |
| Finger Dexterity | 3-Medium | 3-Medium |
| Eye-Hand-Foot Coordination | 3-Medium | 3-Medium |
| Color Discrimination | 2-Low | 2-Low |

Case 3:17-cv-05060-MDH     Document 33-5     Filed 05/15/18     Page 13 of 16

*Required    Not Required*

| Temperaments | eDOT | Observed |
|---|---|---|
| Dealing with People | Required | Required |
| Performing Repetitive or Short Cycle Work | Not Required | Not Required |
| Working under Specific Instructions | Not Required | Not Required |
| Performing a Variety of Duties | Not Required | Not Required |
| Expressing Personal Feelings | Not Required | Not Required |
| Performing Effectively Under Stress | Not Required | Not Required |
| Working Alone or Apart in Physical Isolation from Others | Not Required | Not Required |
| Influencing People in Their Opinions, Attitudes, & Judgments | Not Required | Not Required |
| Attaining Precise Set Limits, Tolerances, & Standards | Required | Required |
| Directing, Controlling, or Planning Activities of Others | Not Required | Not Required |
| Making Judgments & Decisions | Required | Required |

### Mental Demands: Understanding & Memory

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Memory | Frequently | Frequently |
| Short Instruction Memory | Frequently | Frequently |
| Detailed Instruction Memory | Frequently | Frequently |

### Mental Demands: Sustained Concentration & Persistence

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Short Instruction Carrying Out | Frequently | Frequently |
| Detailed Instruction Carrying Out | Occasionally | Occasionally |
| Concentration & Attention | Frequently | Frequently |
| Work Schedule | Frequently | Frequently |
| Work Routine | Occasionally | Occasionally |
| Work Distractions | Occasionally | Occasionally |
| Work Decisions | Occasionally | Occasionally |
| Work Completion | Occasionally | Occasionally |

### Mental Demands: Social Interaction

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Public Interaction | Frequently | Frequently |
| Assignment/Assistance | Occasionally | Occasionally |
| Work Review | Occasionally | Occasionally |
| Peer Interaction | Occasionally | Occasionally |
| Work Behavior | Occasionally | Occasionally |

### Mental Demands: Adaptation

*Not Present / None    Occasionally (up to 1/3 of the time)    Frequently (1/3 to 2/3 of the time)    Constantly (over 2/3 of the time)*

| Activities | eDOT | Observed |
|---|---|---|
| Adaption to Change | Occasionally | Occasionally |
| Hazard Awareness | Occasionally | Occasionally |
| Travel | Occasionally | Occasionally |
| Independent Planning | Occasionally | Occasionally |

### General Educational Development (GED)

| GED: Reasoning | eDOT | Observed |
|---|---|---|
| | 5 | 5 |

0   Apply little understanding to carry out the simplest of jobs. Never deals with variable situations encountered on the job.
1   Apply commonsense understanding to carry out simple one- or two-step instructions. Deal with standardized situations with occasional or no variables in or from these situations encountered on the job.
2   Apply commonsense understanding to carry out detailed but uninvolved written or oral instructions. Deal with problems involving a few concrete variables in or from standardized situations.

3  Apply commonsense understanding to carry out instructions furnished in written, oral, or diagrammatic form. Deal with problems involving several concrete variables in or from standardized situations.

4  Apply principles of rational systems to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Interpret a variety of instructions furnished in written, oral, diagrammatic, or schedule form.

5  Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions. Interpret an extensive variety of technical instructions in mathematical or diagrammatic form. Deal with several abstract and concrete variables.

6  Apply principles of logical or scientific thinking to a wide range of intellectual and practical problems. Deal with non-verbal symbolism (formulas, scientific equations, graphs, musical notes, etc.) in its most difficult phases. Deal with a variety of abstract and concrete variables.

### General Educational Development (GED)

**GED: Mathematics**   eDOT | 4   Observed | 4

0  No mathematical skills or abilities are required.

1  Add and subtract two digit numbers. Multiply and divide 10's and 100's by 2, 3, 4, 5. Perform the four basic arithmetic operations with coins as part of a currency. Perform operations with units of measurement.

2  Add, subtract, multiply, and divide all units of measure. Perform the four operations with like common and decimal fractions. Compute ratio, rate, and percent. Draw and interpret bar graphs. Perform arithmetic operations involving monetary units.

3  Compute, discount, interest, profit and loss; commission markup, and selling price; ratio proportion, and percentage. Calculate surfaces, volumes, weights, and measures. Algebra: Calculate variables and formulas; monomials and polynomials; ration and proportion variables; and square roots and radicals. Geometry: Calculate angles, plane and solid futures, circumference, area, and volume.

4  Algebra: Deal with system of real numbers; linear, quadratic, rational, exponential, logarithmic, angle and circular functions, and inverse functions; related algebraic solution of equations and inequalities; limits and continuity, and probability and statistical inference. Geometry: Deductive axiomatic geometry, plane and solid, and rectangular coordinates. Shop Math: Practical applications of fractions, percentages, ratio and proportion, logarithms, practical algebra, geometric construction, and essential trigonometry.

5  Algebra: Work with exponents and logarithms, linear equations, quadratic equations, mathematical induction and binomial theorem, and permutations. Calculus: Apply concepts of analytic geometry, differentiations and integration of algebraic functions with applications. Statistics: Apply mathematical operations to frequency distributions, reliability and validity of tests, normal curve, analysis of variance, correlation techniques, chi-square application and sampling theory, and factor analysis.

6  Advanced calculus: Work with limits, continuity, real number systems, mean value theorems, and implicit functions theorems. Modern Algebra: Apply fundamental concepts of theories of groups, rings, and fields. Work with differential equations, linear algebra, infinite series, advanced operations methods, and functions of real and complex variables. Statistics: Work with mathematical statistics, mathematical probability and applications, experimental design, statistical inference, and econometrics.

### General Educational Development (GED)

**GED: Language**   eDOT | 5   Observed | 5

0  Reading: No level of reading is required; job incumbent can be only aurally and/or orally literate.

1  Reading: Recognize meanings of 2,500 two or three syllable words. Read at a rate of 95-120 words a minute. Compare similarities and differences between words and between series of numbers. Writing: Print simple sentences containing subject, verb, and object, and series of numbers, names, and addresses. Speaking: Speak simple sentences, using normal word order, and present and past tenses.

2  Reading: Passive vocabulary of 4,000-6,000 words. Read at rate of 190-215 words per minute. Read books, looking up unfamiliar words in dictionary for meaning, spelling, and pronunciation. Read instructions for assembling equipment. Writing: Write compound and complex sentences, using proper punctuation and employing adjectives and adverbs. Speaking: Speak clearly and distinctly with appropriate pauses and emphasis, correct pronunciation, variations in word order, using present, perfect, and future tenses.

3  Reading: Read a variety of novels, magazines, atlases, and encyclopedias. Read safety rules, instructions in the use and maintenance of shop tools and equipment and methods and procedures in mechanical drawing and layout work. Writing: Write reports and essays with proper format, punctuation, spelling, and grammar, using all parts of speech. Speaking: Speak before an audience with poise, voice control, and confidence, using correct language and well-modulated voice.

4  Reading: Read novels, poems, newspapers, periodicals, journals, manuals dictionaries, thesauruses, and encyclopedias. Writing: Prepare business letters, expositions, summaries, and reports, using prescribed form and conforming to all rules of punctuation, grammar, diction,and style. Speaking: Participate in panel discussions, dramatizations, and debates. Speak extemporaneously on a variety of subjects.

5  Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials, journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

6  Reading: Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents. Writing: Write novels, plays, editorials journals, speeches, manuals, critiques, poetry, and songs. Speaking: Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

### Education Level

eDOT | 8   Observed | 8

1  Aurally or orally literate

2  Limited or less - at least literate and able to communicate

3  Equivalent to 8th grade plus additional classes

4  Equivalent to high school graduate - does not provide for direct entry into skilled work

5  Equivalent to high school graduate - provides direct entry into skilled work

6  Equivalent to one year trade school, technical school or junior college

7  Equivalent to two years junior college or apprenticeship training

8  College degree or equivalent - knowledge not a prerequisite for entry into profession

9  College degree or equivalent - knowledge a prerequisite for entry into profession

10  Equivalent to a Masters degree reflecting advanced job-related knowledge

11  Equivalent to a Doctorate degree signifying advanced job-related

### Skills & Compentencies

| eDOT | Observed | eDOT | Observed |
| --- | --- | --- | --- |
| evaluates | evaluates | instructs | instructs |
| determines | determines | takes | takes |
| advises | advises | interprets | interprets |
| provides | provides | makes | makes |
| instructs | instructs | monitors | monitors |
| provides | provides | enters | enters |

EXHIBIT B

**eDOT**          **Analyst**

**eDOT**          **Observed**

**Job Description**

Evaluates and determines the urgency of call-in patients' symptoms or complaints. Advises, provides telephone triage, and instructs patients on proper health care, which may include seeking appropriate medical care. Consults with physician on call regarding pertinent medical information or if consultation is deemed necessary by nurse. Requires RN license. Provides assistance to members of the health plan in accordance with established policies, procedures, and protocols. Provides clinical nursing evaluations and assessments. Provides nursing referral to appropriate and available resources, including affiliated services, affiliated medical practice, or community resource. Enters data into a computerized database and forwards facsimiles to appropriate health providers. Consults and facilitates after hours communication with physicians, nurses, hospital staff, and outside agencies. Communicates with pharmacies and providers to refill medications or to clarify prescriptions. May provide health insurance eligibility, pharmacy benefits, provider information, and other information to callers.

**Job Analyst's Observations:**

Evaluates and determines the urgency of call-in patients' symptoms or complaints. Advises, provides telephone triage, and instructs patients on proper health care, which may include seeking appropriate medical care. Consults with physician on call regarding pertinent medical information or if consultation is deemed necessary by nurse. Requires RN license. Provides assistance to members of the health plan in accordance with established policies, procedures, and protocols. Provides clinical nursing evaluations and assessments. Provides nursing referral to appropriate and available resources, including affiliated services, affiliated medical practice, or community resource. Enters data into a computerized database and forwards facsimiles to appropriate health providers. Consults and facilitates after hours communication with physicians, nurses, hospital staff, and outside agencies. Communicates with pharmacies and providers to refill medications or to clarify prescriptions. May provide health insurance eligibility, pharmacy benefits, provider information, and other information to callers.

Data Options                                              Submit Analysis

Subject Matter Expert (SME), Internet Analysis & Original DOT

ERI's intellectual property rights include Patent Nos. 6,862,596 and 7,647,322, "System and method for retrieving and displaying data, such as economic data relating to salaries, cost of living and employee benefits." Other Internet-related applications are Patents Pending.

Case 3:17-cv-05060-MDH    Document 33-5    Filed 05/15/18    Page 16 of 16