## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

JAMIE S. FLANAGAN )
)
Plaintiff, )
)
)
v. ) Case No.: 17-CV-05060-MDH
)
THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY )
)
Defendant, )

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, Jamie Sue Flanagan, by and through counsel Rick S. Vasquez and for her Motion for Summary Judgment states:

1. This motion is brought in accordance with Federal Rule of Civil Procedure 56 and this Court's Local Rule 56.1. Plaintiff respectfully moves this Court for entry of an Order granting summary judgment in her favor.

2. Plaintiff has brought an action pursuant to Section 502(a)(1)(B) of the Employee Retirement Income Security Act (ERISA).

3. ERISA cases are resolved on cross dispositive motions. *Menz vs. Proctor & Gamble Health Care Plan*, 520 F.3d 865, 871 (8th Cir. 2008).

4. Previously, through her employment, for and in consideration of the payment of a stated premium, Defendant made and issued to Plaintiff the policy of insurance whereby Defendant promised and agreed to Plaintiff payments if Plaintiff became disabled.

5. A group policy of insurance was provided by Defendant and all provisions of said policy are incorporated herein and made a part hereof by reference.

6. On February 6, 2017 Defendant made a final denial of Plaintiff's claim for

1

disability benefits under said policy of insurance.

7.      This action was commenced pursuant to the Employment Retirement Income Act ("ERISA") 29 U.S.C. 1001, et seq. Pursuant to 29 U.S.C. 1132(a)(1)(B), and Section 502(a)(1)(B).

8.  In support of this Motion, Plaintiff is filing a Statement of Undisputed Facts and Arguments in Support Thereof.

For the reasons provided in the supporting Statement of Undisputed Facts and Arguments in Support Thereof, Plaintiff contends there is no genuine disputed issue to any material fact and that she entitled to judgment as a matter of law on this claim awarding her such sums that are fair and reasonable under said policy of insurance, including back pay to the date the benefits were terminated as of November 24, 2015 and pay from the entry of Judgment herein forward; for a finding and declaration as to additional entitlements owed to Plaintiff in the future under the terms of the policy; to enforce Plaintiff's rights under the terms of the policy; for interest on each unpaid benefit from the date each payment became due; for reasonable attorneys' fees; and for Plaintiff's costs herein expended and for such other and further relief as this Court may deem appropriate.

**Law Offices of Rick S. Vasquez**

1736 E. Sunshine St., Suite 103
Springfield, Missouri 65804
Phone: (417) 889-7735
Fax: (417) 889-7096
**Attorney for Plaintiff**

2