
EXHIBIT

A

**Loss of Benefits.** The Plan Administrator may terminate the policy, or subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures.** You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:
- 45 days after receiving the first proof of a claim (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:
- 180 days after receiving a denial notice of a claim.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:
- 45 days after receiving the request for review (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

### Statement of ERISA Rights
The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

GL-SPD-2

2002(LTD)
05/01/12

**LIN00201**



## LINCOLN FINANCIAL GROUP® PRIVACY PRACTICES NOTICE

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. **We do not sell your personal information to third parties.** We share your personal information with third parties as necessary to provide you with the products or services you request and to administer your business with us. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. **You do not need to take any action because of this Notice, but you do have certain rights as described below.**

### INFORMATION WE MAY COLLECT AND USE

We collect personal information about you to help us identify you as our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; or to tell you about our products or services we believe you may want and use. The type of personal information we collect depends on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history.

- **Information about your transactions:** We keep information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment history.

- **Information from outside our family of companies:** If you are purchasing insurance products, we may collect information from consumer reporting agencies such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information, such as medical information from other individuals or businesses.

- **Information from your employer:** If your employer purchases group products from us, we may obtain information about you from your employer in order to enroll you in the plan.

### HOW WE USE YOUR PERSONAL INFORMATION

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you have requested; provide customer service; and inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners, regulatory authorities and law enforcement officials and to others when we believe in good faith that the law requires disclosure. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**LIN00202**

## SECURITY OF INFORMATION

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to provide you with products, services, or to maintain your accounts. Employees who have access to your personal information are required to keep it confidential. Employees are trained on the importance of data privacy.

Questions about your personal information should be directed to:

> Lincoln Financial Group
> Attn: Enterprise Services Compliance-Privacy, 7C-01
> 1300 S. Clinton St.
> Fort Wayne, IN 46802

**Please include all policy/contract/account numbers with your correspondence.**

*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Investment Services Corporation
Lincoln Investment Advisors Corporation

Lincoln Life & Annuity Company of New York
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

## *ADDITIONAL PRIVACY INFORMATION FOR INSURANCE PRODUCT CUSTOMERS*

### CONFIDENTIALITY OF MEDICAL INFORMATION

We understand that you may be especially concerned about the privacy of your medical information. We do not sell or rent your medical information to anyone; nor do we share it with others for marketing purposes. We only use and share your medical information for the purpose of underwriting insurance, administering your policy or claim and other purposes permitted by law, such as disclosure to regulatory authorities or in response to a legal proceeding.

### MAKING SURE MEDICAL INFORMATION IS ACCURATE

We want to make sure we have accurate information about you. Upon written request we will tell you, within 30 business days, what personal information we have about you. You may see a copy of your personal information in person or receive a copy by mail, whichever you prefer. We will share with you who provided the information. In some cases we may provide your medical information to your personal physician. We will not provide you with information we have collected in connection with, or in anticipation of, a claim or legal proceeding. If you believe that any of our records are not correct, you may write and tell us of any changes you believe should be made. We will respond to your request within 30 business days. A copy of your request will be kept on file with your personal information so anyone reviewing your information in the future will be aware of your request. If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received the information within the prior two years. We will also send the updated information to any insurance support organization that gave us the information, and any service provider that received the information within the prior 7 years.

Questions about your personal medical information should be directed to:

> Lincoln Financial Group
> Attn: Medical Underwriting
> P.O. Box 21008
> Greensboro, NC 27420-1008

The CONFIDENTIALITY OF MEDICAL INFORMATION and MAKING SURE INFORMATION IS ACCURATE sections of this Notice apply to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Life & Annuity Company of New York
The Lincoln National Life Insurance Company

**LIN00203**

# Chronological Activity List

| | | | | | |
|---|---|---|---|---|---|
| **Claimant:** | JAMIE FLANAGAN | | **Occupation:** | NURSE PRACTITIONER (medical ser.) alternate titles: | |
| **SSN:** | �▬▬ | **DOB:** ▬▬ | **Posted:** | 11/15/2013 | **Months Dis:** 47 |
| **Claim #:** | 1130226196 | **DOD:** 8/26/2013 | **Ben:** | $4,502.16 | **Months Pd:** 24 |
| **Coverage:** | LTD | **Status:** CLOSED | **Close Date:** | 2/7/2017 | **Assignee:** JDJACKS |
| **Policy Holder:** | Lester E. Cox Medical Center | | | | **Deceased:** |
| **Case Mgr. Status:** | INV 9/19/2014 | | **Close Code:** | Not TD Any Occ | |

| Posted Date | Category | Seq Item | Status | User |
|---|---|---|---|---|
| 2/2/2017 | Referrals<br>NDC review | 204136 Ongoing Claim Review | Completed | JDJACKS |

Claimant Name: Jamie Flanagan
Claim Number: LTD 1130226196
Group ID: LESTERECOX

- Demographics - — the clmt is a 36 year old nurse practitioner which is a light occ. With a DOD Aug 26, 2013. Benefits paid to Nov 24, 2015 (COD Date). Primary issues lumbar post laminectomy syndrome, spinal stenosis, chronic pain, chronic low back pain, lumbar spondylosis, autoimmune disease. (See AWD/records)

Claim Demographics
Current Age: 36
State of Residence: MO
Situs State: MO
Estimated Net Benefit: - After SS $1,069.16
Date of Disability: August 26, 2013
EP: 90 days
Benefit Commencement Date: Nov 24, 2013
Benefit Paid/Approved To Date: Nov 24, 2015 (COD Date)
Change in Definition (COD) Date: Nov 24, 2015
Max Duration Date: April 2047
Occupation: Nurse Practitioner - Light
Primary Diagnosis: lumbar post laminectomy syndrome, spinal stenosis, chronic pain, chronic low back pain, lumbar spondylosis, autoimmune disease.
2nd Appeal:
ERISA
STD claim status: nothing
LW claim status: closed - 1140128972
LTD claim status: under appeal review

Initial Claim Decision Sept 28, 2015
Reason/Date of denial: CE gainful found 1) Nurse Consultant and Call Center Nurse
Type of Medical Review, Name, & Specialty:
"June 2014 - PM&R peer Dr. Meghana Karande
orestrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted.

1ST Level Appeal Decision (if applicable) April 26, 2016
Reason/Date of 1st level appeal determination: AS - based on the below review sent for TSA and gainful occ found. No medical or clinical evidence of a functionally impairing condition that would preclude or require restrictions form performing in any sed M occ TSA Nurse Consultant and Call center nurse
Type of Medical Review, Name, & Specialty:

" Dr. Joseph Thomas, an independent physician who is Board Certified in Occupational Medicine
o - The claimant could lift up to 7 pounds occasionally.     - She could perform frequent sitting with 20 minutes of continuous sitting.     - She could perform occasional standing/walking with 10 minutes of continuous standing or walking.     - She could perform occasional bending and stooping     - She could perform frequent reaching and fingering.
"TSA April 26, 2016 found gainful based on peer review

Current Providers - last 18 to 24 months

Dr. Hopewell - Neuro/pain - 417-659-6873

**LIN00204**

"May 26, 2016 - was stable in terms of pain issues until the last few months. Felt this was more of a flare of connective tissue process rather than chronic neuropathic pain associated with back issues. Clmt states issues with hand swelling and hand joint swelling.

"Letter/note - Dec 2015 - "I have no recollection of any conversation with the patients insurance company regarding any aspect of her care including disability."

"OVN Dec 2015 - Normal physical exams are common in patients with spine based pain issues. - "I don't think there is anything that I can do to sway opinion to of her insurance carrier." Pain is doing reasonably well with current regimen w/o complications.

"April 2015  Never lift/carry anything, never climb, bend, kneel
oOccasionally stand, walk, drive, operate foot controls
oFrequently   finger, handle, reach above the shoulder - sit 20 min duration

Crystal Powell PA
"Jan 28, 2016 -  chronic back pain

Dr Anne Winkler  Rheumatology - 417-348-8253
"Sept 1, 2016 -  worse areas are in the back and sometimes all over pain and swelling in fingers. Clmt feels she is not depressed and not sleeping well due to the pain.  Assessment undifferentiated connective tissue disease -

Dr. J Charles Mace
"Dec 7, 2015 - assessment chronic low back pain, lumbar radiculoapthy

Dr Mellissa Kokoszka (Anethesiology), Dr. David Tonkin (pain) - 417-888-0167
"Oct 24, 2016 and Oct 31, 2016
"Oct 12, 2016 - pain burning, aching, pins and needles, sharp stabbing. - Assessment lumbosacral DDD with radiculopathy, Lumbar myofascial syndrome, lumbar failed back surgery syndrome
"Oct 5, 2016 - lumbosacral DDD with radiculopathy, Lumbar myofascial syndrome, lumbar failed back surgery syndrome

MRI - Oct 2015 -  Lumbar w/o contrast -

Phillip Eldred - Certified Rehabilitation Counselor - 417-844-8329 - Oct 2016

FCE - April 2014 -  Nancy Beisswenger OTR/L
"Lower extremity strength was 5/5 - could perform occasional sitting and occasional walking/standing - limited lifting/handling up to 7 pounds

Appeal being discussed
Reasons for disagreement as explained in appeal:
"ATTY F LED THE APPEAL -  via letter dated Oct 18, 2016 - asking for an appeal and when benefits will be reinstituted. Feels the prior peer review was for less than sedentary work

Information Submitted with appeal
"Voc eval from Phil Eldre, Pain Management notes Elite pain management Dr Mellissa Kokoszka, Dr. David Tonkin
"Dr. Donald Hopewell
"Crystal Powel PA, for Dr Thomas Jan 28, 2016
"Dr Anne Winkler June 2016 to Sept 2016
"Dr Charles Maces Dec 2015
"Dr. Steve Newbold Nov 2015

Questions

1.Please provide a review summary of the medical findings. Nov 24, 2015.

2.Based on the medical  findings, please provide  a description of the  claimant's impairments,  and how  these  would translate into functional  limitations or  medically  appropriate  restrictions  from Nov 24, 2015 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.
3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain. - JDJACKS - Jan 13, 2017 10:50:03 am
Clinical Response Template

Claimant name:  Jamie Flanagan
Claim number:    LTD ap #1130226196

**LIN00205**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 5 of 200

# Chronological Activity List

Date of Review: 01/27/17

Documents reviewed: APS by Dr. Hopewell (Neurology/Pain Management) dated 11/17/13 gave diagnosis of low back/leg pain, multiple pain management/family practice/neurosurgery fu exam visit notes from 09/19/12 through November 2016, 09/19/12 fu ov noe Dr. Mace for chronic low back pain noted clmt was s/p L5-S1 PLIF, rheumatology fu exam notes from December 2015 through 09/01/16, November 2016 Voc rehab consult, labs/multiple imaging studies/diagnostic reports with dates ranging from 2010 through 2016.

APS by Dr. Hopewell (Neurology/Pain Management) dated 11/17/13 gave diagnosis of low back/leg pain with MD noted failed fusion in 2011 and failed spinal column stimulator (date not given by MD) with restrictions/limitations (R&L's) stating "pain increased throughout the day/week and unable to control pain with medications, work with unlimited ability to rest/take breaks, estimated RTW stated never, and abilities portion of APS was bracketed and stated "unqualifiable".

Conclusion: Medical findings submitted in file did not support clmt had functional limitations/ impairment that would preclude ability to perform duties of any sedentary occupation, ability to lift/carry up to 10lbs occasionally, ability to sit up to total of 6 hours/8 hour workday and continuously for 20 min at a time, can stand or walk up to total of 2 hours /8 hour workday allowing for position changes as needed for comfort, unrestricted fingering/handling/reaching/gripping/keyboarding/typing/interacting with coworkers, problem solving as needed on full time basis beyond COD date 11/24/15 and forward ongoing.

Rationale with supportive medical findings: 36yr/M nurse practitioner (light occ) with DOD 08/26/13 due to severe low back/leg pain, post laminectomy syndrome, spinal stenosis, chronic low back pain/lumbar spondylosis, and autoimmune disease with noted BCD of 11/24/13 and benefit approved to COD dated 11/24/15. PMH included L5-S1 PLIF for chronic low back/leg pain on 04/01/11 with continued low back pain.

09/19/12 fu ov note Dr. Mace for chronic low back pain noted clmt was s/p L5-S1 PLIF for chronic low back/leg pain on 04/01/11 with continued low back pain and bilateral leg pain, burning sensation in toes/heels all have been worsening, symptoms improved some with wearing lumbar brace. The clmt denied any leg weakness, bowel/ bladder dysfunctions, and has neck pain that radiates to Lt shoulder. MD exam noted normal muscle strength/tone/ROM throughout, normal gait without mention of any assistive device used to ambulate, and intact sensation throughout. MD stated cervical MRI showed Lt C5-6 disc herniation (date of study not given in MD note), and stated lumbar CT scan showed confluent bone at L5-S1 cage/screws looked fine, and progressive endplate sclerosis. MD stated to try PT for neck pain with traction and will consider surgical intervention with ACDF or maybe spinal stimulator if no better. MD stated history of L%-S1 PLIF 18 months ago with progressive mechanical back pain and some L5 S1 radicular symptoms that are quite problematic, to check myelogram and consider re-exploration-MD ordered cervical and lumbar CT myelogam, PT, and fu after testing.

12/28/12 MRI of lumbar spine showed postsurgical changes posterior interbody fusion at L5-S1 secondary to pars defects at L5 and grade 2 spondylolisthesis. There is extensive evidence of postoperative fibrosis in the posterior operative bed extending along the Rt and Lt lateral margins of the thecal sac and extending anteriorly on the Lt to involve the S1 nerve root. The central canal was noted to be patent and thoracic spine MRI was normal. Cervical MRI same date showed prior changes posterior lumbar interbody fusion at L5-S1 secondary to pars defect, stable anterolisthesis compared to remote studies, more extensive endplate sclerosis noted, and persistent lucency around the bone cage as well as some increased erosion of the posterior aspect of the L5 vertebral body could represent evidence of disc space instability. Anterior epidural soft tissue at the operative level suggesting an extensive postoperative fibrosis and MR scan with contrast is suggested as fu. Cervical/lumbar myelogram showed remote cervical changes posterior lumbar fusion L5-S1 with stable spondylolisthesis of L5-S1 unchanged from October 2011.

08/15/13 fy ov note Dr. Cornelison for evaluation for spinal column stimulator for severe low back/leg pain (postolateral legs and noted symptoms have been present since August 2010 with no injury as cause) and s/p lumbar fusion L5-S1 in April 2011. Currently followed by Dr. Hopewell for pain management and Dr.Cornelison for injection therapy and has MD exam findings pain/numbness bilateral posterior lateral legs, increasing pain with any position for prolonged period. MD exam stated palpation tenderness over lumbosacral spine, increased low back pain with spine extension/axial loading/lateral side bending of lumbar spine reproduces pain, deep tendon reflexes symmetrical and 2+ throughout, straight leg raising on Rt equivocal. MD stated most of clmt's pain is in both legs and clmt suffering from significant epidural fibrosis in old surgical area and is on high doses of narcotic pain medications. MD stated at this time recommends spinal column stimulator and noted clmt to proceed with dual lead spinal column stimulator trial per MD note.

09/19/13 fu Dr. Hopewell (Neurology/Pain) for lumbar spondylosis and post laminectomy syndrome stated clmt feeling has weakness in legs but MD stated no true motor deficits, and stated this is a sensation and not a motor problem. Pain is reported to be worse with prolonged position but comfortable in chair, seeking insurance approval for spinal stimulator trial. MD noted neurological exam was normal and fu in 3 months with continuation of same regimen.

11/18/13 EMG/NCS showed abnormal study- conduction studies noted within normal limits but showed evidence of lumbosacral radiculopathy predominently affecting the Rt L5-S1 nerve root.

**LIN00206**

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 6 of 200

10/31/16 fu with Dr. Hopewell (Neurology/Pain) for lumbar spondylosis and post laminectomy syndrome noted clmt requested spinal cord stimulator-MD stated clmt received no benefit from trial per MD note.

04/23/14 functional capacity evaluation was performed on 04/22/14 and validity criterion she passed indicated she gave maximum voluntary effort and results are as follows: upper/lower extremity ROM and strength were within normal limits 5/5 including pronation/supination and no cardiovascular compromise was noted. Hip abduction ROM within normal limits but with pain at end of range bilaterally Rt> Lt and strength 5-/5 bilateral hips abduction, and 4+/5 for Rt plantar flexion, cervical ROM within normal limits with pain posterior neck with flexion, and mild decrease sensation lateral calves but otherwise no focal deficits noted. MD concluded 7 lb lifting restriction, sitting tolerance 20 min duration, occasional walking to very occasional, crawling/bending/working at heights not recommended, and work level was deemed to be less than sedentary functional level. The clmt is noted to have current pain medication regimen consisting of MS Contin 5 pills twice/day -?actual dose), Dilaudid 1-2 tabs up to 3-6 x day, Robaxin 1-2 tabs 3xday, Topamax 1 tab twice/day, and Ibuprofen 800mg 3-4 x day in addition to PRN Xanax 0.5mg up to 4xday PRN, and Wellbutrin twice/day. The MD noted clmt takes Plaquenil 2 tabs at night for autoimmune disease. The clmt does not feel she can RTW as she was not able to work for prolonged times and would lie down between each patient and could not tolerate the positional changes or static position of prolonged sitting or standing.

06/09/14 peer physician review by Board Certified Physical Medicine/ Rehabilitation Medicine MD) concluded that although the clmt reported ongoing pain, exam were normal, and imaging showed minimal findings with some scarring of S1 nerve root but normal 5/5 muscle strength both upper/lower extremities, normal gait without use of assistive device, and concluded based on review of all records and noted discussion with treating MD that he based R&L's on what clmt told him and was unable to provide peer MD with further information on clmt's R&L's. Peer opined appropriated R&L's would include: the clmt could walk/stand up to 2 hours /8 hour normal workday with normal breaks, may sit up to 6-8 hours/8 hour workday, would require position changes as needed or for 5 min every hour as needed, may lift/carry/push/pull up to 20lbs occasionally/10lbs frequently, reaching in all directions okay, occasional climb stairs/kneel/bend/stoop/squat/ and crouch, and never climb robes/ladders/ scaffolds/or crawl, and unrestricted ability to handle/finger/feel objects as needed-R&L's apply from 11/24/13 forward and would be likely be permanent. Peer stated treating providers including Dr. Hopewell exams revealed no neurological deficits, and MD does not quantify her pain at each visit by using measurable scales and admitted on phone to peer his opinions/R&L's were based largely on reported symptoms by clmt rather than on clinical examination findings and/or diagnostic findings and R&L's of no work were not consistent with the documented medical findings.

10/22/14 fu ov note by Dr. Hopewell for lumbar spondylosis, post laminectomy lumbar syndrome, and lumbar spondylolisthesis all occurring in setting of mixed connective tissue disease. MD stated over past few weeks lumbar pain is radiating down legs, more lateral aspect of Rt leg to heel, and occasionally to Lt side, no new weakness or sensory changes noted, and denied bowel or bladder dysfunction. The clmt stated she was off Plaquenil for about 3 weeks and has just restarted it and thinks may have contributed to pain flare, and noted she had been walking more than usual because they were looking at properties. The clmt stated pain definitely worse with prolonged standing more than if walking, and noticed she has to sit down if up on feet for 15 min, and sitting most comfortable but pain will worsen with prolonged sitting as well, no clear flare of joint symptoms, and next fu in 3 months. MD stated clmt reported recent rash with swelling of fingers/lips that resolved within 72 hours and stated was referring clmt to rheumatology for evaluation of skin issues recently.

12/07/15 rheumatology fu note by Dr. Mace for progressive low back and leg pain Rt> Lt stated clmt having increased low back and Rt leg pain, with Rt L5 type leg pains described as aching/burning pain, denies leg weakness or bladder issues. MD exam noted no joint pain or swelling and has fair ROM throughout, no palpation tenderness of spine, normal 5/5 muscle strength/tone/bulk with intact sensation to light touch throughout, able to heel-toe -tandem walk without difficulty. MD stated imaging showed what appears to be good fusion L5-S1 but some progression of degeneration at L4-5 and some Lt L4-5 foraminal stenosis but no role for surgical intervention at this time, and noted clmt to try water exercises for core strengthening.

01/20/15 fu ov note by Dr. Hopewell for post lumbar laminectomy syndrome, lumbar spondylosis, and lumbar spondylolisthesis stated clmt's last flare of pain when last seen was significantly improved with short course of Dexamethasone, states clmt continues to do reasonably well with pain overall with slight increase pain with colder weather. The clmt reports occasional dysesthetic pain in lower extremities particularly in feet and mostly at night but reports no new motor or sensory/bowel or bladder complaints and no problems from medications. MD stated neurological exam remains normal, and noted trial of amitriptyline for neuropathy sensation in feet at night in past caused some reported daytime hypersomnolence that was tolerable so MD stated will try again to see if helps and fu in 3 months.

04/16/15 fu ov note Dr. Hopewell stated clmt having another flare of low back and bilateral leg pain Rt> Lt and dysesthesia symptoms in feet more frequently due to prolonged car rides and personal stress including loss of her father recently, remains neurologically intact, and needs to stop amitriptyline due to excessive daytime somnolence and to perform sleep study as well with next fu in 3 months.

04/21/15 abilities form by Dr. Hopewell stated clmt could lift/carry 0 weight at any time, could sit frequently at 20 min intervals, could stand/walk/drive/operate foot controls occasionally, frequently finger/handle/reach above shoulder level, and never climb/bend/kneel.

**LIN00207**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 7 of 200

10/15/15 MR lumbar spine showed prior PLIF L5-S1 without complicating features, L4-5 facet joint arthropathy adn Lt extraforaminal zone disc protrusion with annular fissure, with contact with exiting Lt L4 nerve root. CT scan of lumbar spine showed expected postop PLIF changes L5-S1, degenerative disc disease and spondylosis L4-5 with facet joint arthropathy and disc bulge/protrusion Lt subarticular and extraforaminal zone. It was noted there is contact with the exiting Lt L4 nerve root but no definite impingement noted.

12/01/15 fu ov note by Dr. Newbold for chronic low back pain, GERD, anxiety, depression here for fu stated clmt is actually doing well except for recurring episodes of urticarial (rash) and angioedema, marked swelling of her kips and a couple of times also her throat, and stated rheumatologist gave he an epipen and noted she is not taking antihystamines presently, denies dysphagia, and stated her anxiety/depression is well controlled on oral medications for most part.

12/09/15 fu ov note by Dr. Hopewell stated clmt here to discuss her denial of disability which seemed to center around her physical exams being normal and fluctuations in her pain levels that had paralleled other physical problems or stress related issues. MD stated normal physical exam are common in patients with spine based pain issues and there is always fluctuation of any chronic medical problems based on other physical and emotional stressors is not unusual. MD stated overall her pain is doing reasonably well on current medication regimen without complications and next fu to be in 3 months again.

01/28/16 pain management fu for chronic low back pain and UCTD stated clmt needs refill of epipen which she uses PRN for angioedema and skin reactions and was referred to allergist in past but does not wish to see allergist at this time, likely due to insurance issues, stated not taking antihystamines as they have not helped in past, no recent flare ups of symptoms, and continues multiple pain meds for chronic low back/leg pain and muscle relaxants s/p L5-S1 PLIF with Dr. Mace in April 2011. MD stated clmt is NP but not currently working and on disability due to her multiple medical health problems, although MD notes indicated GERD/anxiety and depression were all well controlled at this time on oral medications. MD exam findings noted no abnormal findings, no focal motor/sensory deficits, and noted epipen prescription was refilled.

02/29/16 fu ov note Dr. Hopewell for chronic low back and bilateral leg pain stated clmt is reasonably stable overall, does have some daytime somnolence and is not physically active, pain continues to be occasional radiation down posterior Rt leg> Lt, and note narcotic pain medication change from Hydromorphone to oxycodone 30mg every 6 hours for breakthrough pain and will continue morphine unchanged. MD suggested sleep study due to hypersomnolence during day and fu in 3 months.

03/09/16 peer physician review Board Certified in Occupational Medicine concluded that he agreed with treating MD R&L's placed on 04/21/15 abilities form with the exception of lifting: peer felt clmt per FCE could lift up to 7lbs occasionally, frequent sitting with continuous sitting up to 20min at a time, standing/walking occasionally for 10 min continuously at a time, occasional bending, stooping, and frequent reaching and fingering working 8 hour days/40 hour workweek and apply from 11/25/15 and forward.

05/23/16 -05/26/16 telphone call to MD office from clmt having increase leg and hip pain for last 2-3 weeks and now having some neck pain into her shoulder issues and wanted to know if she needs burst of steroid to see if helps. MD finally reached clmt and to office for evaluation on 05/26/16. MD stated over last couple of months her pain has changed somewhat with worsening pain, particularly at night, feeling intensely fatigued, and has had to increase pain medication recently due to discomfort, has not had sleep study MD recommended due to insurance issues and continues to have problems sleeping and daytime hypersomnolence. MD exam stated clmt neurologically intact but has significant tenderness lower extremities and calf muscles bilaterally. MD stated felt that flare of pain seemed more soft tissue that neuropathic pain increase associated with back. MD recommended clmt fu with rheumatologist first to evaluate soft tissue inflammation or changes and if still having symptoms after that will try 5 day course of Dexamethasone but until then continue current medication regimen until sees rheumatology.

06/16/16 rheumatology fu note by Dr. Winkler fu for her UCTD (undifferentiated connective tissue disease) and stated clmt is on Plaquenil, has significant DDD of cervical and lumbar spine, has been out of Plaquenil for 3 weeks and has had increased aching in shoulders/hands and knows medications helps. MD stated clmt does have history of large number of tic bites, stated shoulders and elbows hurting more past few weeks off Plaquenil, also feels she is having more swelling in her hands/elbows and has been hurting all over and worse areas are hands/elbows/hips, shoulders, and cannot wear rings due to hand swelling. Currently taking Dilaudid 6 x day for breakthrough pain and did have hives on Sunday and had to use epipen-needs refill for epipen. No rash today but states not sleeping again and gets so fatigue. MD exam noted lungs clear, no cervical lymphadenopathy or parotid gland swelling, and MD noted to recheck inflammatory labs stating may need to changes Plaquenil and prescribed Medrol DosePak in meantime with next fu in one month.

09/01/16 fu ov Dr. Winkler for UCTD (Rheumatology) stated clmt reported feeling better with steroid course and lasted for 1-2 months, and pain medications helping, limited with insurance coverage in what is covered, back pain severe and sometimes hurting all over with swelling of hands/fingers, that occurs about twice/month, denies feeling depressed, and still not sleeping well due to pain radiating to Rt thigh. MD stated to continue Plaquenil and use Medrol for flares, and PRN trial again of amitriptyline at bedtime. MD noted no synovitis of any joint noted on MD physical exam and no documented focal motor/sensory/cognitive/neurological deficits identified in MD exam note provided.

**LIN00208**

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 8 of 200

10/05/16 to 10/31/16 fu ov notes by pain management Dr. Kokoszka/Dr Tonkin respectively for bilateral lower back pain radiating to Rt lower extremity in L5 dermatomal distribution to the level of the ankle. MD stated today's pain rating 4/10 scale, develops pain while sitting/standing/walking that cannot be ignored more than 30 min and requires position change/multiple pain medications and denies extremity weakness/bowel or bladder dysfunction, but had problems with ADL's due to pain with significant difficulty driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, and sexual functions. Current medications notes by MD included Opana ER 20mg every 12 hours, Oxycodone 30mg every 6 hours and noted mild depression score, no evidence of anxiety, s/p > 10 ESI lumbar injections with temporary improvement, and no improvement with spinal stimulator trial. MD exam noted no deformities/edema/ cyanosis/atrophy both upper/lower extremities, normal 5/5 muscle strength both upper/lower extremities with intact sensation and normal symmetric reflexes bilaterally throughout. MD stated clmt does not have reproduction of axial back pain with passive oblique extension of lumbar spine or facet loading on either side and negative straight leg raising bilaterally. MD recommended interventional pain management, trigger point injections, back lumbar brace, chiropractic care, massage, and PT. Oxygen saturations 98% on room air, weight 150lbs and exam remained unchanged.

November 2016 Voc rehab consult noted essentially concluded that due to functional restrictions demonstrated on FCE the clmt can only lift total of 7 lbs occasionally sitting up to 20 min continuously before she has to change position/rest, and can only stand or walk for 10 min continuously before having to change position/sit to rest, from 11/25/15 forward and that the clmt has no real transferable skills to sedentary job, and would have great difficulties with any retraining, unable to do manual labor or unskilled jobs and overall functional status was stated to agree with FCE results which stated clmt performed at less than sedentary level.

Medical findings submitted in file did not support clmt had functional limitations/ impairment that would preclude ability to perform duties of any sedentary occupation, ability to lift/carry up to 10lbs occasionally, ability to sit up to total of 6 hours/8 hour workday and continuously for 20 min at a time, can stand or walk up to total of 2 hours /8 hour workday allowing for position changes as needed for comfort, unrestricted fingering/handling/reaching/gripping/keyboarding/typing/interacting with coworkers, problem solving as needed on full time basis beyond COD date 11/24/15 and forward ongoing. There was no MD exam documentation of any focal motor weakness/sensory loss/cognitive or memory deficits, and no gait issues identified in MD exam notes provided in file. The clmt's HTN, GERD, depression and pain overall is stated by MD notes to be well controlled on steady medication regimen, has full ROM all extremities with intact sensation throughout, and normal gait without use of assistive device. FCE from April 2014 noted clmt unable to lift > 7lbs without significant increase in pain back, shoulders, and neck particularly with any overhead lifting. Overall muscle strength noted to be 5/5 in all 4 extremities with intact sensory exam throughout. The clmt admitted to having good pain control and wearing lumbar brace helps pain. There are no clinical findings noted in file demonstrating any functional limitation that would support clmt unable to perform duties of any sedentary occupation detailed above. There was pain diary from clmt's home records submitted at all that might support any impairing level of pain frequency/intensity/duration/amount of pain medication required on daily basis.

Specific clinical recommendations: None

Return to Work: MD Guidelines gives 0/1/14 days recovery for chronic low back pain with sedentary occupation.

Karen Mills RN
Clinical Nurse Consultant - KLMILLS - Jan 27, 2017 04:07:26 pm

| 11/26/2013 | Referrals | 185882UNKNOWN | Completed | LMLOBDO |
| 9/17/2015 | Referrals | 204135Change of Definition | Completed | MXMACHI |

Clincial Consultation - Review Referral Template
Demographics
Claimant Name: Jamie Flannagan
Occupation: Nurse
Diagnosis: Postlaminectomy Syndrome Lumbar Region
DLW:8/25/13
DOD:08/26/2013
COD: 11/24/2015
Current Age: 35
Current Height:64
Current Weight:112
Dominant Side:right
Attorney Contact?na
MDA Recommendations for Recovery:
Pertinent CA Score:4
Date of last claimant Phone Call: 07/23/2015
Date of Last Clinical Review:06/09/2014
Current Providers
Name/Specialty/Last Visit Date
Hopewell neuro7/15/15

RTW Plan (explain if there is a plan and nature of the plan):
Never per iss
Most Current APS/Abilities Form/Dr's Note
4/24/15
Abilities completed by dr Hopewell received under awd 2014-4-21. Form is signed 4/21/15. Says EE can't lift any weight, can sit for 20 minute duration (although this is written under 'frequently'), can stand, walk, drive and operate foot controls occasionally. Can finger, handle and reach above shoulder frequently.

Surgery
4/1/11 lumbar fusion - FAILED
10/2011 spinal cord stimulator trial - FA LED

Recent Medical Records Information (Date/Findings)
8/27/15
Med recs received from DR. Hopewell under awd 2015-8-25. DOS 1/20/15 Returns for follow up post laminectomy syndrome, lumbar spondylosis and lumbar spondylolisthesis. Last time she had flare of back pain which significantly improved with short course of dexamethasone. Doing reasonably well with her pain overall although having more problems with cold weather. Biggest problem currently is sleeping at night due to pain. Talks about sysethetic pain in the lower extremities particularly in the feet that occurs when she tries to sleep. Area of pain otherwise is lumbar location and is worse with prolonged position or extended period of time on her feet. Has no new motor/sensory complaints. Neurologic exam remains normal. Has chronic LBP due to post laminectomy syndrome, lumbar spondylosis and lumbar spondylolisthesis all in the setting of mixed connective tissue disease. DR feels that symptoms at night are neuropathic and discussed medications. Will try amitriptyline at night. return for followup in 3 months.  DOS 4/16/15 Was tired all the time on amitriptyline. Had recent flare of LBP which cases dysesthelas more prominently in the feet than in legs and this is all flared because of prolonged car rides and personal stress including recent loss of father .EE does need to stop amitriptyline but she felt it was improving dysethtic quality of pain. Will continue narcotic regiment unchanged and return in 3 months. DOS 6/3/15 has a flare of pain following a fall. Nothing to suggest new process but simply an aggravation of previous one. Will try desamethasone and lidoerm. Return in 3 months. DOS 7/15/15 feels pain is marginally controlled and is having problems sleeping because if she stays in one position too long her pain tends to flare. Has been  having increasing problems with dysphoria and has been crying a great deal. Having problems moving around first thing in the morning, more due to being immensely fatigued in her legs and they just don't seem to work very well. having problems with heat intolerance. EE tearful during interview and exam.  t is clear having significant depression which is increasing her pain issue.
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):


   Clmt is a 35 y/o female LPN dx with post laminectomy syndrome - lumbar spinal stenosis.  Clmt had L5-S1 posterior lumbar interbody fusion on 4/1/2011 and failed spinal cord stimulator 8/13.

per appeal "a 4/22/2013 FCE indicating less than sedentary capacity, and the file was sent for a review with an independent physician reviewer Board Certified in Physical Medicine and Rehabilitation. The review stated in part: "on the basis on lumbar degenerative disease status post lumbar fusion and chronic but stable pain, restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted." Based on all medical information received for review, the claim"
 - MXMACHI - Aug 28, 2015 08:08:39 am - TMHARTS - Aug 28, 2015 01:15:25 pm
Claimant Name:  Flannagan, Jamie
Claim Number:  1130226196

Documents Reviewed:  Reviewed neurology MD progress notes through 07/15/15 with diagnostic test results long with the previous peer review report from 06/09/14.

Conclusion: Based on review of the more recent neurology MD follow notes through 07/15/15 as well as phone call to DR Hopewell's office along with the previous UDC peer review report, does not appear to be evidence of physical exam changes or worsening symptoms that would change the previous UDC peer determination that claimant can lift up to 20 lbs, short periods of standing and walking, frequent fingering, handling, can occasionally kneel, stoop and reach.  See that report for details. This reviewer phone call to claimant also indicated claimant is able to perform own ADL's.

Rationale with supportive medical finding:  See recent full medical review for specific history and information. This is a 35 year old female nurse (Med occ) with DOD of 08/26/13 with diagnosis of post laminectomy syndrome. Appears SSDI has been awarded and COD is 11/24/15.

**LIN00210**

# Chronological Activity List

Per the claimant's submitted ISS form, claimant reports she can drive up to 20 minutes, needs help in housework, and spouse needs to help her shave legs.

Submitted AF dated 04/21/5 from Neurology Pain Management MD DR Hopewell indicates claimant can sit frequently in 20 minute duration, can frequently finger, handle and reach above shoulder level. Cannot lift any weight. Can occasionally stand, walk, drive and operate foot controls. Never climb, bend or kneel.

Neurology MD notes dated 01/20/15 indicates claimant in for post laminectomy syndrome. Last flare was significantly improved with Dexamethasone. Doing reasonably well with taking pain medications. Has no new motor, sensory, or bowel or bladder complaints and denies medication side effects.

Neurologist follow up note dated 07/15/15 indicates claimant in for chronic LBP due to lumbar spondylosis, post laminectomy syndrome, lumbar spondylolisthesis all in the setting of autoimmune disease with an inflammatory arthropathy component.
  Claimant reports her pain has been marginally controlled. Has issues with dysphoria and cries a lot. Also reports having a hard time getting up in the morning. MD states exam remains normal.
  Assessment is claimant is clearly depressed that is likely related to her pain. To see the rheumatologist for her autoimmune disease. To follow up in 3 months.

Per the previous UDC peer review from 06/09/14, the peer reviewer indicated the records supported functional impairments that would preclude lifting > 20 lbs, can sit 6-8 hours per day with position changes, can stand and walk up to hours per day, and may climb stairs, kneel, stoop and may reach. See that report for details. Can frequently handle and finger.

Please see this reviewer phone note with DR Hopewell's office nurse.

Specific clinical recommendations for next steps and time frames for follow up: Referring to upper management for oversight review.

Return to work. No plans at this time.

Ted Hartsock, RN, BSN
Nurse Disability Consultant - TMHARTS - Sep 03, 2015 09:53:36 am
9/17/2015
Manager Oversight Review

Jamie Flanagan
1130226196

No peer review necessary at this time, due to no material difference in the medical information reviewed by the peer reviewer and currently submitted information.

Sending back to mxmachi for further handling.

Karen Greni, RN
Manager Clinical Operations - KXGRENI - Sep 17, 2015 10:50:50 am

| 6/9/2014 | Referrals | 201567UNKNOWN | | Completed | RDHASTI |

[2487077: Entered By AYR on 06/09/2014 11:04:55 AM]
6/09/14 AYR The final report from UDC was received and sent to LFGAppeals for attachment to AWD

[2471847: Entered By AYR on 05/27/2014 11:54:15 AM]
05/27/14 AYR case submitted to UDC for a peer review with a Physiatrist (PM&R physician), see external tab for notes

[2468627: Entered By R2H on 05/22/2014 12:03:20 PM]
Specialty Requested: Physiatry

Claimant's Physician Name and Specialty: Nancy Dickey, OTR/L

Claimant's Physician Phone Number: (417) 881-1282

Has this file had a prior external review? No

Claim Summary

Jamie Flanagan is a 34 year old female Nurse Practitioner (light) who stopped working 8/26/2013 due to lumbar post-laminectomy syndrome, spinal stenosis, and chronic pain. It was previously determined that Ms. Flanagan did not meet

LIN00211

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 11 of 200

the policy
definition of disability.

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude her ability to perform in her own light occupation from 11/24/2013 forward. Nancy Dickey, OTR/L indicated that Ms. Flanagan's work capacity was less than sedentary.

A Light Occupation consists of:
· Lifting no more than 20 lbs on a occasional basis & up to 10 lbs on a frequent basis.
· Typically requires standing & walking for 6 hrs out of an 8 hour day
· May require continuous sitting and entail the consistent use of either hand or foot controls.
· Walking/carrying at 2.5 MPG no grade or slower speed with 10 lbs.

Please respond to the specific questions below and provide the rationale for your opinion.

Questions

1. Please state your findings upon review of the medical information.

2. Provide a description of those claimant impairments, if any, that are supported by the medical records, and outline how
these impairments would translate into functional limitations and/or medically appropriate restrictions.
a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

3. Are the restrictions or limitations placed upon the claimant's work activities by the attending physician(s) reasonable and
consistent with the medical findings? Please explain.

[2467381: Entered By C1G on 05/21/2014 02:39:58 PM]
File presented for Appeal Direction. Participants included, Cindy Daly, Bryan Gall NP, C1G and R2H.
Referring for Physiatry peer review.

[2463475: Entered By R2H on 05/19/2014 12:06:20 PM]

Date: 5/16/2014
Claimant Name: Jamie Flanagan
Claim Number: 1130226196
Documents in AWD: Yes

Claim Demographics
Age: 34
State Claimant Resides: MO
Date of Disability: 8/26/2013
EP: 90
Benefits Commencement Date: 11/24/2013
Benefits Paid To: None
Monthly Net Benefit: $4,402.16
Max Duration Date: 4/3/2047
Occupation at DOD: Nurse Practitioner
DOT Classification: Light
Primary Diagnoses: Lumbar post-laminectomy syndrome
Secondary/Co Morbid Diagnosis: Chronic pain, RLE radiculopathy, spondylolisthesis
New diagnoses identified upon appeal (if any): No
1st Appeal
ERISA
How was ERISA/NON-ERISA determined?    SIC code, group application
If LTD Appeal - Life Waiver Claim status: N/A
If Waiver Appeal - LTD Claim status: N/A

Claim milestone and relevant dates
·Denial during Own Occ
Change of Definition Date: 11/24/2015
Occupation level being disputed? No

Current Providers last 18 to 24 months (If more than one then copy paste template)

LIN00212

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 12 of 200

# Chronological Activity List

AP Name/Specialty: Nancy Dickey, OTR/L (417) 881-1282
Last Date of Service: 4/22/2014
Restrictions and Limitations/Duration: Less than sedentary capacity

INITIAL CLAIM DECISION
Reason for original claim determination: NTDOO
Review type at claim decision: NCM

Appeal being discussed
Reasons for disagreement as explained in appeal: 1) clmnt's work status based on her conditions is less than sedentary.

Information Submitted with appeal: Recvd 4/14/14 SSDI award letter.
Recvd 4/22/14 FCE with Nancy (Dickey) Beisswenger, OTR/L.
Recvd 4/23/14 Ms. Dickey letter adv FCE demonstrated less than sedentary capacity.

Jamie Flanagan is a 34 year old female Nurse Practitioner (need O/A) who stopped working 8/26/2013 due to lumbar post-laminectomy syndrome, spinal stenosis, and chronic pain. APS indicated claimant had a failed lumbar fusion on 4/1/2011, and a
spinal cord stimulator placement failed. At claim level, a NCM review did not support R&Ls from a light occupation, claim was
denied, and no benefits were paid. At 1st level appeal, additional information was received, including a 4/22/2013 FCE indicating
less than sedentary capacity.

Recommending Physiatry peer review.

[2269461: Entered By KMF on 11/26/2013 01:03:38 PM]
          CLINICAL RESPONSE/CONSULTATION  RESPONSE

Claimant Name:  Jamie Flanagan
Claim Number:  1130226196

Documents Reviewed:
Charles Mace, M.D. (Neurosurgeon):  office visit, imaging report, myelogram, 04/01/11 - 01/09/13.
Donald Hopewell, M.D. (Neurology): office visit, 08/02/12 -10/31/13.
Wayne Wallender, D.O. (Pain Medicine): office visit, 08/15/13.

Conclusion:
The medical findings do not support a functional impairment of frequent lifting up to 20 lbs., and prolonged standing, walking with brief change of position should be permitted as necessary from current and beyond.

Rationale:
Claimant is a 33 year old female nurse practitioner, light occupation that last worked 08/25/13 due to lumbar spondylosis with post laminectomy syndrome. She is status post L5-S1 posterior lumbar interbody fusion on 04/01/11 and failed spinal cord stimulator 08/13.

Per Dr. Hopewell dated 11/17/13 lists R&L's as cannot work without unlimited ability to rest/take breaks. He states pain increases through the day/week, unable to control with pain meds. Did not complete hr. capacity, wrote unquantifiable.

Claimant  is status post posterior and anterior fusion L5-S1 on 04/11 with continued lower lumbar  pain with numbness/tingling bilateral lower extremities. Various conservative treatments were prescribed but said to be of limited efficacy. Reported symptoms had improved when she started wearing lumbar brace. Most recent imaging showed evidence of postoperative fibrosis involving the nerve roots of L5- S1 but no evidence of compression of neurological structures or progressively worsening weakness in extremities. Physical findings report relatively good range of motion with hardware intact and no instability noted. Neurological and motor exam was normal. There is no substantiation that the claimant is unable to stand, ambulate, and use upper/lower extremities in a functional manner. Pain is subjective that cannot be objectively quantified although reasonable to assume that some degree of discomfort in the back is present. Based on the cognitive side effects of the pain medications she is receiving, cognitive functioning was appropriate but safety issue to be considered if  involvement  with plan of  patient care. Based on the medical evidence, claimant is not totally impaired from returning to work in a light

LIN00213

occupation from current and beyond. It may be beneficial for the claimant to briefly change positions with posture/position as needed for comfort.

Recommendations: None

Kathy Freygang RN BSN
Nurse Disability Consultant

[2264505: Entered By LML on 11/21/2013 12:51:29 PM]
MEDICAL REVIEW

DEMOGRAPHICS:

Date: November 21, 2013
Claimant: JAMIE FLANAGAN
Claim Number: 1130226196
Occupation: Nurse Practitioner - light
Diagnosis: Postlaminectomy Syndrome Lumbar Region
DOD:
DOB: 4/3/1980 - 33 YOF
Benefit Start Date:11/24/2013
State Claimant Resides:MO

Current Height: 64      Weight: 112
Dominant Side: Right
Previous Med Review? NA
Attorney Contact? No
MDA recommendations for recovery: unknown - Can't get into MDA Online
Pertinent CA Score: N/A

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Initial Liability

CURRENT PROVIDERS:
NameSpecialtyLast visit
Dr. Donald Hopewell, Neurology and Pain  10/31/13
Dr. Wayne Wallender anesthesia and pain management 10/17/13

MAIN DUTIES OF OCCUPATION:

Treat patients - LIGHT - ER does not accomodate

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:Which Provider completed:
11/17/13 - Dr. Hopewell

Per Provider what are claimant's current Limitations?

pain increases through the day/week. Unable to control with medications
Per Provider what are claimant's current Restrictions?
Cannot work without unlimited ability to rest/take breaks

SURGERY:
Name of Procedure:Date Performed:
4/1/11 lumbar fusion - FAILED
10/2011 spinal cord stimulator trial - FA LED

RECENT MEDICAL RECORDS:
SEE RECORDS

SPECIFIC QUESTION(S) FOR REVIEWER:

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 14 of 200

LIN00214

·      According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status
and note the expected duration of the impairment.
·Comment on any physical and/or cognitive side effects the claimant is experiencing from the medication usage, if any, as noted in the records.
·Is there any evidence of functional impairment noted in the medical records? If so, please state the etiology of impairment.
·Are the restrictions and limitations placed upon the claimant's work activities by his/her attending physician reasonable and consistent with the medical findings? Please explain.
·Can we expect any clinical improvement in her condition?

3/15/2016   Referrals              204135Ongoing Claim Review                          Completed       RDHASTI

Claimant Name: Jamie Flanagan
Claim Number: 1130226196

1st Appeal
Peer review with an Occupational Medicine Physician
Diagnosis: POSTLAMINECTOMY SYNDROME LUMBAR REGION, SPINAL STENOSIS LUMBAR REGION

Peer to peer call to be made if there is a medical disagreement on functionality:

Dr. Donald Hopewell / Neurology
Phone: 417-659-6873

Jamie Flanagan is a 35 year old female Nurse Practitioner (light) who stopped working 8/25/2013 due to lumbar post laminectomy syndrome, spinal stenosis, and chronic pain. The most recent medical information includes the diagnoses of chronic low back pain, lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and autoimmune disease.  t was previously determined that Ms. Flanagan met the policy definition of disability to 11/24/2015.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating  provider(s).

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

 Questions

1. Please provide a review summary of the medical findings.

2. Based on the medical  findings, please provide  a description of the  claimant's impairments,  and how  these  would translate into functional  limitations or  medically  appropriate  restrictions  from 11/25/2015 and forward.

a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain.

 - SARCH6 - Mar 02, 2016 02:45:55 pm
Date:  2/19/2016
Claimant Name:  Jamie Flanagan
Claim Number:  1130226196

LIN00215

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 15 of 200

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claim Demographics
Age:35
State Claimant Resides: MO
Date of Disability: 8/26/2013
EP: 90
Benefits Commencement Date: 11/24/2013
Benefits Paid To: 11/24/2015
Monthly Net Benefit: $1,069.16
Max Duration Date: 4/3/2047
Occupation at DOD: Nurse Practitioner
DOT Classification: Medium
Primary Diagnoses: Chronic low back pain
Secondary/CoMorbid Diagnosis: lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and autoimmune disease
New diagnoses identified upon appeal (if any): None
Physician Disagreement: Yes
1st Appeal
ERISA
How was ERISA/NON-ERISA determined? Free ERISA
If LTD Appeal - Life Waiver Claim status: Closed
If Waiver Appeal - LTD Claim status: N/A

Claim milestone and relevant dates
"Denial during/at Any Occ
Change of Definition date: 11/24/2015
Occupations provided by TSA being disputed? No

Current Providers last 18 to 24 months (if more than one then copy paste template)
AP Name/Specialty:Dr. Donald Hopewell (neurology) (417) 659-6873
Last Date of Service: 12/9/2015
Restrictions and Limitations/Duration: 4/21/15: Never lift/carry any weight; sit for only 20 minute duration

INITIAL CLAIM DECISION
Reason for original claim determination: NTDAO
Review type at claim decision: Review of 6/9/14 PM&R peer

Appeal being discussed
Reasons for disagreement as explained in appeal: 1) Dr. Hopewell prohibits all work on 11/17/13; 2) FCE on 4/24/14 is for less than sedentary work; 3) Dr. Hopewell opinion on 4/21/15 is for less than sedentary work

New Information Submitted with appeal: Recvd 10/15/15 lumbar spine MRI and CT results.
Recvd 12/9/15 Dr. Donald Hopewell (neuro) OV note.
Recvd 12/9/15 Dr. Hopewell letter adv he had no recollection of any conversation with insurance company regarding any aspect of the claimant's care, including disability.

Jamie Flanagan is a 35 year old female Nurse Practitioner (light) who stopped working 8/25/2013 due to lumbar post laminectomy syndrome, spinal stenosis, and chronic pain. The most recent medical information includes the diagnoses of chronic low back pain, lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and autoimmune disease. At the claim level, the claims examiner determined that the medical information in the file, along with the previous peer review results would not provide restrictions from any sedentary occupation. Benefits were paid to 11/24/2015 change of definition, and the claim was closed.

Recommendation: Neurology or Physiatry peer review. - BKGALL - Feb 23, 2016 01:46:54 pm
Clinical Consultation Response:

Claimant; Jamie Flanagan
Claim #: 1130226196

Impression/Rationale:

Claimant is a 35 year old female Nurse Practitioner (light) who stopped working 8/25/2013 due to lumbar post laminectomy syndrome, spinal stenosis, and chronic pain. The most recent medical information includes the diagnoses of chronic low back pain, lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and autoimmune disease. At the claim level, the claims examiner determined that the medical information in the file, along with the previous peer review results would not provide restrictions from any sedentary occupation. Benefits were paid to 11/24/2015 change of definition, and the claim was closed.

LIN00216

Recommendation:

Consideration of Occ Med peer review to address the severity of impairment for the noted condition/s, R&L's and impact on occupational functioning.

BGall APRN-NP
Medical Appeals Manager - BKGALL - Feb 23, 2016 01:46:54 pm
Appeal direction completed.  Consensus is Occ Med peer.  BKGALL, CADALY, RDHASTI - BKGALL - Feb 23, 2016 01:46:54 pm
INCLUDE LTD 1130226196

Specialty Requested:Occupational Medicine peer with Dr-to-Dr call made to treating providers if there is a need for clarification, of if there is a medical disagreement on functionality.

**NOTE** If the treating provider is contacted, provide a transcript of the conversation with your review.**

Claimant's Physician Name and Specialty: Dr. Donald Hopewell (neurology)
Claimant's Physician Phone Number:  (417) 659-6873

Has this file had a prior external review?   Yes
UDC, Dr. Meghana Karande, Physical Medicine and Rehabilitation

Claim Summary

Jamie Flanagan is a 35 year old female Nurse Practitioner (light) who stopped working 8/25/2013 due to lumbar post laminectomy syndrome, spinal stenosis, and chronic pain. The most recent medical information includes the diagnoses of chronic low back pain, lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and autoimmune disease. t was previously determined that Ms. Flanagan met the policy definition of disability to 11/24/2015.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating  provider(s).

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

 Questions

1.Please provide a review summary of the medical findings.

2.Based on the medical  findings, please provide  a description of the  claimant's impairments,  and how  these  would translate into functional  limitations or  medically  appropriate  restrictions  from 11/25/2015 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3.Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain. - RDHASTI - Feb 24, 2016 10:47:03 am
Case submitted to RRS conf #14252 for a peer reviewwith an Occupational Medicine Physician, see notes tab for additional information. - SARCH6 - Mar 02, 2016 02:45:56 pm
The final report from RRS was received and sent to LFGAppeals for attachment to AWD. - SARCH6 - Mar 10, 2016 02:26:00 pm
QA RESPONSE: Physician Peer Review
Claimant:  Jamie Flanagan
Claim Number:  1130226196

Vendor: RRS
Audit Date: 3/11/16
Peer Reviewer:  Joseph G. Thomas, MD
Peer Reviewer Board Certifications:  Occupational Medicine
Teleconference was not attempted but/ was not completed with Dr. Hopewell due to no significant medical disagreement.

Received and reviewed peer report. The peer reviewer notes the claimant's pertinent clinical history and responds to

**LIN00217**

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 17 of 200

questions posed. The peer reviewer concluded that the medical records support restrictions and limitations as follows from 11/25/2015 and forward:

The claimant could lift up to 7 pounds occasionally.
She could perform frequent sitting with 20 minutes of continuous sitting.
She could perform occasional standing/walking with 10 minutes of continuous standing or walking.
She could perform occasional bending and stooping
She could perform frequent reaching and fingering.
These limitations are for an 8 hour work day and 40 hour work week.

Clinical rationale is provided. See report for details.

Referring DOCSNET case to: RDHASTI

Report is located in AWD: The report was sent to imaging per SARCH6.

Please call with any questions.

Virginia Rush, RN, BS
Nurse Disability Consultant - VXRUSH - Mar 11, 2016 09:30:01 am

LIN00218

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 18 of 200



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 27, 2017

LAW OFFICES OF RICK VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE STE 103
SPRINGFIELD, MO 65804

Re:  Policyholder: LESTER E COX MEDICAL CENTER
     Claim Number: 1130226196 & 1140128972
     Claimant: Jamie Flanagan

Dear Rick Vasquez:

We have received your request for a copy of the Long Term disability claim file and Life Waiver for the above-named insured.

Please see the enclosed CD as it contains the information requested, including a copy of the policies, all file documentation and any correspondence in the files.

To view the CD, please pull up the document on your computer and input the secured password referenced below.

Secure password: Social Security number (no spaces/dashes)

Please contact our office with any questions you may have at the number listed above or email us at nationalaccountclaims@lfg.com.

Sincerely,

Samantha Gabrie
Assisting on behalf of Joseph Jackson
800-423-2765 *7735
Coordinator, Administrative Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LIN00219**

**Law Offices of**
**RICK S. VASQUEZ**
1736 E. Sunshine, Suite 103
Springfield, Missouri 65804

SPRINGFIELD
MO 658
17 FEB '17
PM 2 L

Hasler
02/17/2017
US POSTAGE

FIRST-CLASS MAIL

$00.46⁰

ZIP 65804
011D12810600

Joseph Jackson, Sr Claims Examiner, Claims
Professional
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

FEB 2 1 2017

68114-406699

LLN00220

 Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

FEB 2 1 2017

*Rick S. Vasquez*
*Fredrick E. Vasquez*

February 17, 2017

*VIA FACSIMILE: 402-361-1460*

Joseph Jackson, Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re: *Claimant: Jamie Flanagan*
*Policyholder: Lester E. Cox Medical Center*
*Policy# 00001015732600000*
*Claim# 1130226196*

Dear Mr. Jackson:

Please provide a copy of each and every document utilized in making the determination of February 6, 2017, to deny Mrs. Flanagan's claim.

Thank you for your attention to this matter.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
cc: Jamie Flanagan

**LIN00221**



# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

February 17, 2017

*VIA FACSIMILE: 402-361-1460*

Joseph Jackson, Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re:      *Claimant: Jamie Flanagan*
          *Policyholder: Lester E. Cox Medical Center*
          *Policy# 00001015732600000*
          *Claim# 1130226196*

Dear Mr. Jackson:

Please provide a copy of each and every document utilized in making the determination of February 6, 2017, to deny Mrs. Flanagan's claim.

Thank you for your attention to this matter.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
cc: Jamie Flanagan

LIN00222

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 6, 2017

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

LAW OFFICES OF RICK VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE STE 103
SPRINGFIELD, MO 65804

Re:   Policyholder: LESTER E COX MEDICAL CENTER
      Policy Number: 00001015732600000
      Claim Number: 1130226196
      Claimant: Jamie Flanagan

Dear RICK VASQUEZ:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 11/24/2015. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to your client's employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.
>
> **OWN OCCUPATION PERIOD** means a period beginning at the end of the Elimination Period and ending 24 months later for Insured Employees.

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LIN00223**

This policy has a 24 month Own Occupation Period which ended on 11/24/2015. In order to be considered Totally Disabled beyond this date, the medical evidence must support that your client would be unable to perform each of the main duties of any occupation for which your client is qualified. As such, in considering your client's eligibility for Long Term Disability benefits beyond 11/24/2015, we evaluated whether your client would be restricted or limited from performing the main duties of any occupation for which your client is qualified.

Your client's entire file was reviewed upon appeal. Disability must be supported from 11/24/2015 forward, which will be the focus of our determination.

## Summary of Initial Claim Filing

As you know your client's claim was originally approved to 11/24/2015 as we found your client met the definition of Total Disability that applied during this period. Benefits were terminated as of 11/24/2015, because we determined your client was not Totally Disabled as defined above. Our evaluation included review of the medical documentation including consultation with Dr. Meghana C. Karande, an independent physician who is Board Certified in Physical Medicine and Rehabilitation. For complete details please refer to our letter dated September 28, 2015. The decision in part noted the following.

> "… restrictions and limitations would include: The claimant may stand/walk up to two hours each out of eight hours with normal breaks. The claimant may sit up to 6 out of 8 hours with normal breaks. She would require position changes for five minutes every hour. The claimant may lift, carry push, and pull up to 20 lbs occasionally and 10 lbs frequently. Reach would not be restricted in all directions. The claimant may climb stairs, kneel, bend, stoop, squat, and crouch occasionally. Climbing ropes, ladders and scaffolds and crawl would be never. Handling, fingering, and feeling would be unrestricted."

## Summary of First Level of Appeal

On 2/3/2016, your client filed an appeal in response to our determination to terminate benefits. Additional information was submitted with your appeal.

Our review of the medical documentation which included consultation with Dr. Joseph G Thomas, an independent physician who is Board Certified in Occupational Medicine, did not support restrictions and limitations that would render your client unable to perform the main duties of any gainful occupation beyond 11/24/2015. For complete details please refer to our letter dated April 26, 2016. The decision in part noted the following.

> The claimant would have decreased capacity for prolonged sitting, prolonged standing, lifting, bending, stooping and balancing. I am in agreement with the Abilities Form provided by Dr. Hopewell of 04/21/2015 with the exception of lifting.
> - Per the FCE, the claimant could lift up to 7 pounds occasionally.
> - She could perform frequent sitting with 20 minutes of continuous sitting.
> - She could perform occasional standing/walking with 10 minutes of continuous standing or walking.
> - She could perform occasional bending and stooping.

**LIN00224**

- *She could perform frequent reaching and fingering.*

  *... However, based on all medical information received for review, there was no medical or clinical evidence of a functionally impairing condition which would preclude or require restrictions from performing in any sedentary level occupation on a full time basis from 11/25/2015 forward.*

## Summary of Second Level of Appeal

On 10/21/2016, your client filed a second and final appeal in response to our determination to uphold our previous decision to terminate benefits. Additional information was submitted with your appeal.

An evaluation with Dr. Hopewell was done on October 22, 2014 for lumbar spondylosis, post laminectomy lumbar syndrome and lumbar spondylolisthesis all occurring in the setting of mixed connective tissue disease.

In a consult note dated December 7, 2015 with Dr. Mace for low back and leg pain, it was noted the imaging showed what appeared to be a good fusion L5-S1 but some progression of degeneration at L4-5 and some Lt L4-5 foraminal stenosis but no role for surgical intervention at that time.

Records form Dr. Hopewell indicated that your client was seen on January 20, 2015 and noted the neuro exam was normal.

On April 16, 2015, your client was seen at Dr. Hopewell's office and your client reported having another flare of low back and bilateral leg pain. It was noted you were having personal stress.

Your client underwent a lumbar spine MR on October 15, 2015.

In the record from Dr. Newbold dated December 1, 2015 for chronic low back pain, GERN, anxiety, depression. Your client stated he was doing well except for recurring episodes of urticarial (rash). He stated his anxiety and depression were well controlled on oral mediciatons for the most part.

An evaluation with Dr. Hopewell was done on December 9, 2015 and she was seen to discuss the denial of disability which seemed to center around your client's physical exams being normal and fluctuation of pain levels. The provider noted normal physical exams were common in spine based pain issues and she felt overall the pain was doing well on current meds without complications.

In a consult note dated January 28, 2016 the exam was normal, with no focal motor/sensory deficits.

Records from Dr. Hopewell indicated that your client was seen on February 29, 2016 for chronic low back and bilateral leg pain that your client reported was reasonably stable overall.

On June 16, 2016, your client was seen at Dr. Winkler's office as a follow up for undifferentiated connective tissue disease (UCTD). The exam noted lungs clear, no cervical lymphadenopathy or parotid gland swelling.

**LIN00225**

The record from Dr. Winkler dated September 1, 2016 reported your client felt better with a steroid course that lasted for 1-2 months and pain meds were helping and at times he was hurting all over with swelling of hands/fingers that reportedly would occur about twice per month. He denied feeling depressed and was still not sleeping well due to pain radiating to right thigh. The exam noted no documented focal motor, sensory, cognitive, neurological deficits on exam.

Records from Dr. Kokoszka and Dr. Tonkin indicated that your client was seen from October 5, 2016 to October 31, 2016 for issues with ADL's due to pain with significant issues driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs and sexual functions. The exam noted no deformities, edema, cyanosis, atrophy both upper/lower extremities, normal 5/5 muscle strength both upper/lower extremities with intact sensation and normal symmetric reflexes bilaterally throughout. It was suggested you client have interventional pain management, trigger point injections, back lumbar brace, chiropractic care, massage and physical therapy.

## Second Level Appeal Decision

Our review of the medical documentation, which included consultation with a health care consultant, did not support that your client was Totally Disabled beyond 11/24/2015. We therefore find that your client is no longer Totally Disabled under the terms of our policy.

A full review of the file found on exam no documentation of any focal motor weakness, sensory loss, cognitive or memory deficits and no gait issues. Your client had a history of "HTN", "GERD", depression and pain. Overall, the provider noted been to be well controlled on a steady med regimen. Your client had full range of motion all extremities with intact sensation throughout and normal gait without use of assistive device. We found no clinical findings noted in the file demonstrating any functional limitation that would support your client was unable to perform duties of any sedentary occupation.

The review concluded there is no functional impairment from your client performing any occupation as of November 24, 2015. The review did not support any functional limitations/impairment that would preclude your clients ability to perform duties of any sedentary occupation. Would have the ability to lift/carry up to 10 pounds occasionally, ability to sit up to total of 6 hours per 8 hour workday and continuously for 20 minutes at a time, can stand or walk for up to a total of 2 hours per 8 hour work day with position changes as needed for comfort. Your client can fingering, handling, reach, grip, keyboard, type, interact with co-workers, problem solve as needed on a full time basis as of November 24, 2015 and forward. The medical records and other file documentation do not support the payment of additional benefits.

## Vocational

We reviewed your client's past training, education and work experience to evaluate your client's capacity to perform work-related activity. The documentation provided suggests your client is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following sedentary occupations:

| DOT# | Occupation | Wage (mean) |
|------|-----------|-------------|
| 075.127-014 | Nurse, Consultant | $5,347.00/mo |
| *075.374-916 | Call Center Nurse | $5,481.00/mo |

*eDOT code

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The jobs listed are found to exist within your client's area and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the local labor market.

On appeal the medical review done clearly outlined restriction and limitation that would fall in line with sedentary work and thus the prior Transferable Skills Analysis would still be valid.

We are aware that your client has qualified to receive other income benefits, such as Social Security Disability Income (SSDI). However, please understand our policy provisions and review processes are independent from that of the Social Security Administration (SSA). Although benefits have been approved for SSDI, this decision was based on the SSA's plan provisions and independent information received by the SSA. The claim decision made under your client's Lincoln Financial Group policy was based upon information we have obtained from you, your client, your client's treating medical professionals and the results of any internal and/or independent reviews of your client's claim by clinical staff.

You and your client have exhausted all rights of appeal, and your client's administrative file is now closed.

If your client's plan is subject to ERISA, your client may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your client's local U.S. Department of Labor Office and your client's State insurance regulatory agency. Your client has the right to pursue litigation and your client may request copies of the pertinent documents.

REF #1788663

Please contact me directly at the number below with any questions you may have or email us at  LFGAppeals@lfg.com.

Sincerely,

Joseph Jackson
800-423-2765 *7735
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

LIN00228



# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, MO 65804
Telephone: (417) 889-7735
Facsimile: (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

## FACSIMILE COVER SHEET

**DATE:**       1/9/17

**TO:**    Joseph Jackson

**FAX NO.:**    *402-361-1460*

**SENDER:**    Catrina-Law offices of Rick Vasquez

**RE.:**    Jamie Flanagan- *Policy# 00001015732600000*
*Claim# 1130226196*

NUMBER OF PAGES (Including this cover sheet):    3

CONFIRMATION HARD COPY TO FOLLOW VIA MAIL:

Yes _ No _X_

SPECIAL INSTRUCTIONS/COMMENTS:
The following is the remaining records requested for your review-Cox Health
Dr. Steve Newbold.

*Thank you,*

*IF YOU DID NOT RECEIVE ALL OF THE PAGES IN GOOD CONDITION,
PLEASE ADVISE US AT YOUR EARLIEST CONVENIENCE. THANK YOU.*

LIN00229

## CoxHealth

### Cox Family Medicine of Monett

Patient Name:    FLANAGAN, JAMIE SUE                          Location:  Fam Med Monett; Exam Room 10
Account Number: AMB000000229496
MRN 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ⬛⬛⬛⬛        Age: 36 years    Female        Admit Date:  11/16/2015        Discharge Date:  12/1/2015

### Office Clinic Notes

Result Date/Time:                          11/16/2015 09 54 CST
Performed By:                              Newbold MD,Steve (11/16/2015 09.56 CST)
Electronically Signed By:                  Newbold MD,Steve (11/16/2015 09:56 CST)

**Chief Complaint**
6 mo med check

**Nurse Intake**
Nursing Intake

| General Information | Pain Information | Travel History |
|---|---|---|
| Information Given By: | Pain Present: Yes | Recent Travel History: |
| Patient 11/16/15 | actual or suspected | No recent travel |
| | pain 11/16/15 | 11/16/15 |
| Physicians and | Pain Intensity: 7 | |
| Specialties: Dr Beth | Critical 11/16/15 | |
| Knox (pcp) Dr Ann | | |
| Winkler | | |
| (rheumatologist) Dr | | |
| Donald Hopewell (pain | | |
| management) Dr | | |
| Diane Cornelison | | |
| (neurologist) 11/16/15 | | |
| | Pain Location: lower | |
| | back 11/16/15 | |
| | Pain Quality: chronic | |
| | 11/16/15 | |

**Problem List/Past Medical History**
Angioedema:
Chronic back pain:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:

**Procedure/Surgical History**
Breast reconstruction, Cesarean section,
Cholecystectomy, foot surgery bilateral, spinal
fusion with cage and graft, TAH BSO - Total
abdominal hysterectomy and bilateral
salpingo-oophorectomy.

**Medications**
belladonna/caffeine/ergotamine/pentobarbit
al, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By
mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
ibuprofen, 800 mg, By mouth, as needed,
PRN
Limu vegetabl/fruit juic, 4 oz, By mouth,
Daily
MiraLax oral powder for reconstitution, 17 g,
By mouth, at bedtime
MS Contin 15 mg/12 hr oral tablet,
extended release, 15 mg, 1 tab, By
mouth, BID
MS Contin 60 mg/12 hours oral tablet,
extended release, 120 mg, 2 tab, By
mouth, Q12H
Phenergan 25 mg oral tablet, 25 mg, 1 tab,
By mouth, Q4-6H
Plaquenil Sulfate 200 mg oral tablet, 400
mg, 2 tab, By mouth, at bedtime
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By
mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN

**History of Present Illness**
35-year-old lady with chronic back pain and GERD anxiety depression here for follow-up.
She is actually doing well except she's had recurring episodes of urticaria and angioedema.
Nothing new in her environment that she is aware. She has had marked swelling of her
lips and a couple of times of her throat. Her rheumatologist has given her EpiPen. She is
not taking antihistamine presently. No dysphagia. Anxiety depression well controlled as is
her pain for the most part

**Review of Systems**
See history of present illness. Other systems negative or not pertinent

CONFIDENTIAL PATIENT INFORMATION
UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000229496                DOS: 11/16/2015        Report Request ID:  80837946
Patient Name:    FLANAGAN, JAMIE SUE            DOB 4/3/1980          Print Date/Time   1/3/2017 15 51 CST

LIN00230

## CoxHealth

### Office Clinic Notes

**Physical Exam**

**Vitals & Measurements**
T: 98.0 °F  HR: 72  BP: 107 / 58  HT: 64  in  WT: 145  lb  BMI: 24.9
Alert oriented and appropriate

**Assessment/Plan**
Angioedema
Ordered:
Office Visit Level 4 Established 99214
Referral Allergy/Immunology

Anxiety and depression
  Continue present plan
Ordered:
Office Visit Level 4 Established 99214

Chronic back pain
  Continue present medications
Ordered:
Office Visit Level 4 Established 99214
Return to Clinic, Return in 6 months

GERD (gastroesophageal reflux disease)
  Reflux precautions reviewed. Continue present meds
Ordered:
Office Visit Level 4 Established 99214

  **Other**
Rheumatology follow-up as scheduled

Topamax 50 mg oral tablet, 50 mg, 1 tab,
  By mouth, BID
Tums E-X 750 mg oral tablet, chewable,
  1500 mg, 2 tab, By mouth, Q1Hr, PRN
Wellbutrin SR 150 mg/12 hours oral tablet,
  extended release, 150 mg, 1 tab, By
  mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By
  mouth, Q6H, PRN

**Allergies**
Ambien (Sleep walking)
Darvocet-N 50 (Rash)
Lunesta (Sleep walking)
adhesive (Rash)

**Social History**
  Alcohol
    Denies
  Substance Abuse
    Denies
  Tobacco
    Never smoker

**Family History**

**Health Maintenance**
**Health Maintenance**
**Pending (in the next year)**
OverDue
Influenza Vaccine due 09/01/15 and every 1 yr
Due
Cervical Cancer Screening due 11/16/15 and
every 5 yr
HIV AB due 11/16/15 One-time only
Pertussis Vaccine due 11/16/15 One-time only
Tetanus/TD Vaccine due 11/16/15 and every
10 yr
**Satisfied (in the past 1 year)**
There are no satisfied recommendations within
the defined date range

**Lab Results**

**POC Lab Results**
No qualifying data available.

**Diagnostic Results**

**Other**

*Electronically signed by Newbold MD, Steve 11/16/15 09:56*

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000229496      DOS: 11/16/2015     Report Request ID: 80837946
Patient Name: FLANAGAN, JAMIE SUE      DOB: 4    Print Date/Time: 1/3/2017 15:51 CST

PAGE 3/3 * RCVD AT 1/9/2017 4:02:47 PM [Central Standard Time] * SVR:NE1PWFAX101/11 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):00-51

**LIN00231**

Case 3:17-cv-05060-MDH    Document 35-2     Filed 05/15/18     Page 31 of 200

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 7, 2016

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

LAW OFFICES OF RICK VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE STE 103
SPRINGFIELD, MO 65804

Re:   Policyholder: LESTER E COX MEDICAL CENTER
      Policy Number: 00001015732600000
      Claim Number: 1130226196
      Claimant: Jamie Flanagan

Dear RICK VASQUEZ:

On October 28, 2016, we acknowledged your client's appeal and advised that it may be in your best interest to provide additional medical documentation in support of Mrs. Flanagan's appeal.

Although we received some of the additional information, we are approaching our initial deadline for deciding your client's appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination. The appeal decision is currently pending as your office has not received all of the requested medical records. An extension of time to process Mrs. Flanagan's appeal is required. Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide the appeal.

If we do not receive the additional information by January 7, 2017, we will review your client's appeal and render a decision as soon as possible based upon the information currently available in your client's file.

You can expect to receive a decision from us within 45 days after receiving all of the medical records.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LIN00232**

REF #1676956

Please contact me directly at (XXX-XXX-XXXX) with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Joseph Jackson
800-423-2765 *7735
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

**LIN00233**



# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

November 29, 2016

**VIA FACSIMILE: 402-361-1460**

Joseph Jackson, Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re:     *Claimant: Jamie Flanagan*
        *Policyholder: Lester E. Cox Medical Center*
        *Policy# 00001015732600000*
        *Claim# 1130226196*

Dear Mr. Jackson:

I would note that there is one provider that is still processing, ie Dr. Steven Newbold. We are requesting additional time to receive and submit Dr. Newbold's records. However, I am enclosing the following for your review:

1.  Donald Hopewell, M.D.; 12/09/15-06/28/16;
2.  Crystal Powell, PA for Damon Thomas, M.D.; 01/28/16;
3.  Anne Winkler, M.D.; 06/16/16-09/01/16; and
4.  J. Charles Mace, M.D.; 12/07/15.

To date our office has not received all of the requested medical records regarding Mrs. Flanagan's appeal.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
cc: Jamie Flanagan

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 34 of 200

LIN00234

MERCY HOSPITAL JOPLIN          FLANAGAN,JAMIE S
100 Mercy Way                  MRN: E140238803
Joplin MO 64804-4524           DOB: ▓▓▓▓▓, Sex: F
                               Enc. Date: 12/09/15

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 12/9/2015 12:19 PM**                    Version 1 of 1

Author: Hopewell, Donald K, MD      Service: (none)              Author Type: Physician
Filed: 12/9/2015 12:28 PM           Note Time: 12/9/2015 12:19 PM   Status: Signed
Editor: Hopewell, Donald K, MD (Physician)

The patient is a 35-year-old who returns for followup at her request. There apparently is a problem with her private disability policy despite the fact that she has been granted social security disability. She discussed with me some their issues regarding their denial of her disability. They seemed to center around the fact that her physical examination is normal and that there has been fluctuation in her pain levels that had paralleled other physical problems or stress related issues. As we had discussed when these issues were clinically relevant I told her again that this is what happens to all human beings who have chronic medical problems ie that they fluctuate to some degree based on other physical or emotional stressors. They are at their best when these factors are absent and flare when these factors are present. We also discussed again that normal physical exams are common in patients with spine based pain issues. We spent approximately 20 minutes face-to-face discussing the issues. Unfortunately I don't think there is anything that I can do to sway opinion to of her insurance carrier. Overall her pain is doing reasonably well on her current regimen without complications. She'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 12/9/2015 12:28 PM

## Call Documentation

**Hopewell, Donald K, MD at 12/9/2015 12:19 PM**

Status: Signed

The patient is a 35-year-old who returns for followup at her request. There apparently is a problem with her private disability policy despite the fact that she has been granted social security disability. She discussed with me some their issues regarding their denial of her disability. They seemed to center around the fact that her physical examination is normal and that there has been fluctuation in her pain levels that had paralleled other physical problems or stress related issues. As we had discussed when these issues were clinically relevant I told her again that this is what happens to all human beings who have chronic medical problems ie that they fluctuate to some degree based on other physical or emotional stressors. They are at their best when these factors are absent and flare when these factors are present. We also discussed again that normal physical exams are common in patients with spine based pain issues. We spent approximately 20 minutes face-to-face discussing the issues. Unfortunately I don't think there is anything that I can do to sway opinion to of her insurance carrier. Overall her pain is doing reasonably well on her current regimen without complications. She'll return for routine followup in 3 months.

DK Hopewell M.D.

JOPL HEALTH INFORMATION          FLANAGAN,JAMIE S
MANAGEMENT                        MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

MERCY HOSPITAL JOPLIN          FLANAGAN, JAMIE S
100 Mercy Way                          MRN: E140238803
Joplin MO 64804-4524              DOB: ▮▮▮▮▮▮▮ Sex: F
                                                    Enc. Date: 12/09/15

## Call Documentation (continued)

__Hopewell, Donald K, MD at 12/9/2015 12:19 PM (continued)__

## End of Encounter

JOPL HEALTH INFORMATION          FLANAGAN, JAMIE S
MANAGEMENT                                  MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

PAGE 3/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

| MERCY HOSPITAL JOPLIN | FLANAGAN,JAMIE S |
|---|---|
| 100 Mercy Way | MRN: E140238803 |
| Joplin MO 64804-4524 | DOB: ▓▓▓▓ Sex. F |
| | Enc. Date. 02/29/16 |

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 2/29/2016 10:58 AM**      Version 1 of 1

| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 2/29/2016 11:03 AM | Note Time: 2/29/2016 10:58 AM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

Patient is a 35-year-old returns for followup of chronic pain related to lumbar post laminectomy syndrome, lumbar spondylolisthesis, and inflammatory arthropathy related to mixed connective tissue disease. The patient overall is reasonably stable and told me today she feels that she is developing more acceptance of her limitations and the fact that she has to deal with pain on a daily basis. She continues to have more problems at night and she does during the day but does complain about daytime hypersomnolence and he time she is not physically active. This is particularly a problem for her when she is driving. She has cut down on her driving considerably because of this. Her pain continues to be lumbar with occasional radiation into the lateral aspect of the right leg, right for leg, and into the heel and the foot on the right side. Because of insurance changes we're going to change her narcotic regimen in terms of her breakthrough pain medication from hydromorphone to oxycodone.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented intercurrent records. Neurologic examination on this date remains normal.

This is a patient with chronic pain related to her spine disease that is at least reasonably controlled on her current regimen. We'll change her to oxycodone 30 mg tablets every 6 hours as needed for the breakthrough pain. We'll continue the morphine unchanged. Because of the hypersomnolence issues I suggest we get a sleep study to see whether this is all medication effect or there may be some other issue that can be addressed more specifically. She scheduled for routine followup in 3 months.

DK Hopewell M.D.

    Electronically signed by Hopewell, Donald K, MD at 2/29/2016 11:03 AM

## Call Documentation

**Hopewell, Donald K, MD at 2/29/2016 10:58 AM**
    Status: Signed

Patient is a 35-year-old returns for followup of chronic pain related to lumbar post laminectomy syndrome, lumbar spondylolisthesis, and inflammatory arthropathy related to mixed connective tissue disease. The patient overall is reasonably stable and told me today she feels that she is developing more acceptance of her limitations and the fact that she has to deal with pain on a daily basis. She continues to have more problems at night and she does during the day but does complain about daytime hypersomnolence and he time she is not physically active. This is particularly a problem for her when she is driving. She has cut down on her driving considerably because of this. Her pain continues to be lumbar with occasional radiation into the lateral aspect

| JOPL HEALTH INFORMATION | FLANAGAN,JAMIE S |
|---|---|
| MANAGEMENT | MRN: E140238803 |
| 100 Mercy Way | |

Printed by 95369 at 11/14/16 10:59 AM

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 37 of 200

LIN00237

MERCY HOSPITAL JOPLIN          FLANAGAN JAMIE S
100 Mercy Way                  MRN: E140238803
Joplin MO 64804-4524           DOB: ▆▆▆▆, Sex. F
                               Enc. Date. 02/29/16

## Call Documentation (continued)

### Hopewell, Donald K, MD at 2/29/2016 10:58 AM (continued)

of the right leg, right for leg, and into the heel and the foot on the right side. Because of insurance changes we're going to change her narcotic regimen in terms of her breakthrough pain medication from hydromorphone to oxycodone.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented intercurrent records. Neurologic examination on this date remains normal.

This is a patient with chronic pain related to her spine disease that is at least reasonably controlled on her current regimen. We'll change her to oxycodone 30 mg tablets every 6 hours as needed for the breakthrough pain. We'll continue the morphine unchanged. Because of the hypersomnolence issues I suggest we get a sleep study to see whether this is all medication effect or there may be some other issue that can be addressed more specifically. She scheduled for routine followup in 3 months.

DK Hopewell M.D.

## End of Encounter

JCPL HEALTH INFORMATION        FLANAGAN,JAMIE S
MANAGEMENT                     MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

**LIN00238**

MERCY HOSPITAL JOPLIN        FLANAGAN,JAMIE S
100 Mercy Way                MRN: E140238803
Joplin MO 64804-4524         DOB: ◄▬▬▬▶, Sex: F
                             Enc. Date: 05/23/16

## Call Documentation

**Newman, Laura C, LPN at 5/23/2016 9:29 AM**
  Status: Signed

Have returned patients call multiple times without any response from her.

## End of Encounter

JOPL HEALTH INFORMATION       FLANAGAN,JAMIE S
MANAGEMENT                    MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

LIN00239

MERCY HOSPITAL JOPLIN          FLANAGAN,JAMIE S
100 Mercy Way                  MRN: E140238803
Joplin MO 64804-4524           DOB: ▮▮▮▮▮, Sex: F
                               Enc. Date: 05/23/16

## Call Documentation

**Newman, Laura C, LPN at 5/23/2016 9:58 AM**
  Status: Signed

Have called patient several times regarding call on 5/19, she has not returned my calls.

**Newman, Laura C, LPN at 5/23/2016 9:56 AM**
  Status: Signed

—— Message from Michelle Darr sent at 5/19/2016 2:47 PM CDT ——
Hey Chris,

I had a voicemail from Jamie. She has an upcoming appt,but has been having leg and hip pain for the last 2-3 weeks. Now she is having some neck and shoulder issues. She didn't know if she possibly needs a steroid and doesn't know if she will be able to make it through to her appt.

Thanks

Could you please call her?

459-5879

## End of Encounter

JOPL HEALTH INFORMATION        FLANAGAN,JAMIE S
MANAGEMENT                     MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

LIN00240

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 40 of 200

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ▮▮▮▮▮, Sex. F
Enc. Date:'05/26/16

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 5/26/2016 12:27 PM**                                      Version 1 of 1

| | | |
|---|---|---|
| Author: Hopewell, Donald K, MD | Service: (none) | Author Type: Physician |
| Filed: 5/26/2016 12:33 PM | Note Time: 5/26/2016 12:27 PM | Status: Signed |
| Editor: Hopewell, Donald K, MD (Physician) | | |

The patient is a 36-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and episodic problems with inflammatory arthropathy associated with mixed connective tissue disease. Her low back pain continues to be lumbar with occasional radiation down the lateral aspect of the right leg into the foot. Over the last couple of months her pain has changed somewhat in character. There was no precipitating factor for this and it especially bothers her at night it tends to wax and wane with a couple of days where it is much worse than a couple of days where it is better. She has a difficult time describing the uncomfortable sensation in the legs. It is somewhere between her myalgia symptom and a feeling of intense fatigue. She says because of this sensation she basically does not want to get up and move around although there is no new weakness or sensory symptomatology. She has been using increased numbers of her when necessary pain medication because of this discomfort. She tells me that she has not had her sleep study done yet do to insurance issues. She continues to have problems sleeping through the night and continues with daytime hypersomnolence as well.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal but the patient does have muscle tenderness in the lower extremities particularly in the calves bilaterally.

This is a patient who has been stable in terms of her pain issues until the last couple of months. I told her that this sounds more like a flare of her connective tissue process rather than her chronic neuropathic pain associated with her back issues. She does tell me that she's also had some problems with hand swelling and hand joint swelling as well. We discussed the possibility of using a course of dexamethasone. I have strongly encouraged her to followup with her rheumatologist and she tells me that she has a office visit scheduled in 2 weeks. I told her to check with rheumatology to make sure that using steroids would not alter anything that they would want to do prior to that visit and if not that we would do a five-day course of dexamethasone. We will continue her pain medications otherwise unchanged and she'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 5/26/2016 12:33 PM

## Call Documentation

**Hopewell, Donald K, MD at 5/26/2016 12:27 PM**
Status: Signed

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10:59 AM

LIN00241

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 41 of 200

MERCY HOSPITAL JOPLIN                    FLANAGAN,JAMIE S
100 Mercy Way                            MRN: E140238803
Joplin MO 64804-4524                     DOB: ██████, Sex: F
                                         Enc. Date: 05/26/16

## Call Documentation (continued)

### Hopewell, Donald K, MD at 5/28/2016 12:27 PM (continued)

The patient is a 36-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and episodic problems with inflammatory arthropathy associated with mixed connective tissue disease. Her low back pain continues to be lumbar with occasional radiation down the lateral aspect of the right leg into the foot. Over the last couple of months her pain has changed somewhat in character. There was no precipitating factor for this and it especially bothers her at night it tends to wax and wane with a couple of days where it is much worse than a couple of days where it is better. She has a difficult time describing the uncomfortable sensation in the legs. It is somewhere between her myalgia symptom and a feeling of intense fatigue. She says because of this sensation she basically does not want to get up and move around although there is no new weakness or sensory symptomatology. She has been using increased numbers of her when necessary pain medication because of this discomfort. She tells me that she has not had her sleep study done yet do to insurance issues. She continues to have problems sleeping through the night and continues with daytime hypersomnolence as well.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal but the patient does have muscle tenderness in the lower extremities particularly in the calves bilaterally.

This is a patient who has been stable in terms of her pain issues until the last couple of months. I told her that this sounds more like a flare of her connective tissue process rather than her chronic neuropathic pain associated with her back issues. She does tell me that she's also had some problems with hand swelling and hand joint swelling as well. We discussed the possibility of using a course of dexamethasone. I have strongly encouraged her to followup with her rheumatologist and she tells me that she has a office visit scheduled in 2 weeks. I told her to check with rheumatology to make sure that using steroids would not alter anything that they would want to do prior to that visit and if not that we would do a five-day course of dexamethasone. We will continue her pain medications otherwise unchanged and she'll return for routine followup in 3 months.

DK Hopewell M.D.

---

## End of Encounter

---

JOPL HEALTH INFORMATION          FLANAGAN,JAMIE S
MANAGEMENT                       MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10.59 AM

LIN00242

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN, JAMIE S
MRN: E140238803
DOB: ▒▒▒▒▒▒, Sex: F
Enc. Date: 06/28/16

## Call Documentation

**Newman, Laura C, LPN at 6/28/2016 5:14 PM**
    Status: Signed

Advised patient per Dr Hopewell she may take her oxycodone q 4-6 and we will fill early if she needs. She voices understanding.

**Hopewell, Donald K, MD at 6/28/2016 4:51 PM**
    Status: Signed

She can increase her oxycodone to q 4-6 hours prn pain and we can fill early when she needs it

**Newman, Laura C, LPN at 6/28/2016 3:41 PM**
    Status: Signed

Patient called states she is in Florida, had an abscess on her leg she went to have it lanced and the dr gave her a rx for norco 5. She asked him to call here, she explained that she cant take pain meds from anyone else but he wouldn't call. She asked what do you want her to do I told her do not fill that script she said she will not, she needs to know if she needs to do anything different with her current regimen, because she is in a lot of pain. Please advise

### End of Encounter

### END OF REPORT

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN, JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10:59 AM

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 43 of 200

LIN00243

### CoxHealth

CoxHealth Center Crane

Patient Name:   FLANAGAN, JAMIE SUE                                    Location:  CHC Crane
Account Number: AMB000000452070
MRN: 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: 4/3/1980       Age: 36 years    Female      Admit Date:  1/28/2016         Discharge Date:  2/12/2016

---

### Office Clinic Notes

Result Date/Time:                                1/28/2016 10:41 CST
Performed By:                                    Powell PA,Crystal J (1/28/2016 10:42 CST)
Electronically Signed By:                        Thomas MD,Damon (2/12/2016 11:25 CST); Powell PA,Crystal
                                                 J (2/11/2016 22:41 CST)

#### Chief Complaint
New Establish Care Med refill.

#### Nurse Intake
Nursing Intake

General Information          Pain Information
Physicians and Specialties: Dr    Pain Present: Yes actual or
Beth Knox (pcp) Dr Ann Winkler    suspected pain 01/28/16
(rheumatologist) Dr Donald
Hopewell (pain management) Dr
Diane Cornelison (neurologist)
01/28/16

                            Pain Intensity: 3 01/28/16
                            Pain Location: Leg 01/28/16

**General Nurse Comments:**

#### History of Present Illness
Here today to establish care.
Needing refill of her Epi Pen.  Uses this for hx of angioedema, uncertain of the cause.  Has
been referred for allergist consult in the past but did not go, does not wish to see allergist
at this time. Not taking an antihistamine, hasn't helped in the past apparently. No recent
flare ups.
Has hx of chronic back pain, had L5-S1 PLIF with Dr. Mace 4/2011.  Is on multiple
chronic pain medications and muscle relaxant, managed per pain clinic.
Also has hx of undifferentiated autoimmune d/o, followed by Dr. Winkler.
Also has hx of GERD, anxiety, and depression.  She feels these are well-controlled at this
time.
She is a NP, but not currently working, on disability due to her multiple health problems.

#### Review of Systems
See HPI. All other ROS reviewed as negative or not pertinent.

#### Problem List/Past Medical History
Angioedema:
Chronic back pain:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:

#### Procedure/Surgical History
Breast reconstruction, Cesarean section,
Cholecystectomy, foot surgery bilateral, spinal
fusion with cage and graft, TAH BSO - Total
abdominal hysterectomy and bilateral
salpingo-oophorectomy.

#### Medications
ALPRAZolam 0.5 mg oral tablet, See
  Instructions, 2 refills
belladonna/caffeine/ergotamine/pentobarbit
  al, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By
  mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
EPINEPHrine 0.3 mg injectable kit, IM,
  ONCE
ibuprofen, 800 mg, By mouth, as needed,
  PRN
MiraLax oral powder for reconstitution, 17 g,
  By mouth, at bedtime
morphine 100 mg/24 hours oral capsule,
  extended release, 200 mg, 2 cap, By
  mouth, Q12H
Plaquenil Sulfate 200 mg oral tablet, 400
  mg, 2 tab, By mouth, at bedtime
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By
  mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab,
  By mouth, BID

**CONFIDENTIAL PATIENT INFORMATION**
UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000452070                    DOS: 1/28/2016          Report Request ID:  77482572
Patient Name:    FLANAGAN, JAMIE SUE               DOB: ▮▮▮▮▮           Print Date/Time:  11/16/2016 08:40 CST

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 44 of 200

LIN00244

## CoxHealth

### Office Clinic Notes

#### Physical Exam

**Vitals & Measurements**
HR: 68  RR: 12  BP: 100 / 60  HT: 65.5 in  WT: 147 lb  BMI: 24.1
General: In no acute distress. Alert & oriented. Behavior and affect appropriate to situation
Skin: Warm and dry with no rash or suspicious lesions noted.
CV: Regular rate and rhythm without murmur.
Chest: Respirations even and unlabored. Lungs clear to auscultation. No rhonchi. No crackles. No wheezing.

#### Assessment/Plan
Encounter to establish care
  Meds reviewed.  Pt is aware of clinic's policy for new pts regarding controlled medications.  She will continue f/u with pain clinic.
Ordered:
Office Visit Level 2 New 99202

Hx of angioedema
  Epi pen refilled today.  Recommended referral for allergy consult, but pt declines at this time.
Ordered:
Office Visit Level 2 New 99202

  Other
Rx for Epi pen sent to pharmacy.
She will return soon for well exam.

Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

#### Allergies
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)

#### Social History
**Alcohol**
  Denies
  **Substance Abuse**
  Denies
**Tobacco**
  Never smoker

#### Family History

#### Health Maintenance
**Health Maintenance**
**Pending** (in the next year)
**OverDue**
Influenza Vaccine due 08/31/15 and every 1 yr
**Due**
Cervical Cancer Screening due 01/28/16 and every 5 yr
HIV AB due 01/28/16 One-time only
Pertussis Vaccine due 01/28/16 One-time only
Tetanus/TD Vaccine due 01/28/16 and every 10 yr
**Satisfied** (in the past 1 year)
There are no satisfied recommendations within the defined date range

#### Lab Results

**POC Lab Results**
No qualifying data available.

#### Diagnostic Results

#### Other

*Electronically signed by:Powell PA, Crystal J 02/11/16 22:41*
*Electronically cosigned by: Thomas MD, Damon 02/12/16 11:25*

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000452070          DOS: 1/28/2016        Report Request ID:  77482572
Patient Name:    FLANAGAN, JAMIE SUE        DOB: ▬▬▬    Print Date/Time;  11/16/2016 08:40 CST

PAGE 12/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00245

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 45 of 200

**CoxHealth**

## Office Clinic Notes

Result Date/Time:         6/16/2016 07:48 CDT
Performed By:          Winkler MD,Anne (6/16/2016 07:50 CDT)
Electronically Signed By:     Winkler MD,Anne (6/16/2016 09:46 CDT)

### History of Present Illness

10/2/14 Jamie returns today for followup of her UCTD. she is on plaquenil. She also has significant DDD of cervical and lumbar spine. she has been out of her plaquenil for three weeks and she has had mild achiness in her shoulders and hands. she knows that the medication does help. she did have large number of seed tick bites.

4/2/15 Jamie returns today for followup of her UCTD she is on plaquenil and has stopped it inthe past with worsening symptoms off plaquenil. Shd also has DDD of cervical and lumbar spine which continues to be ongoing problems for her. Seh had flare in december which were treated with steroids and that helped. she continues to have fatigue more in the recent past. her shoulders and elbows were hurting more for a few weeks. she did not call or take steroids. however it has gotten better. sleep is ok but she is not rested.

9/3/15 Jamie returns today for followup of her mild synovitis. she is on plaquenil. she had one flare this summer which required mdrol dose pack and did help. she states that she feels more achy in general. she gets her pain medicine from Dr Hopewell. she is very depressed and anxious. she feels tired some days. she is not sure if it is related to sun exposure. it takes two days to recover from the spells of fatigue and feeling that she has the flu. she does not know if prednisone would help these spells. she has a tens unit but has not been using it. she is sleeping not too badly but she does awaken due to pain usually in her legs. she feels a grinding in her back. she has not seen Dr Mace for over a year. she is now taking 6 daily of dilaudid for breakthrough pain. she did have hives on sunday and used her epipen.

6/16/16 Jamie returns today for UTD> she states that she was ok for some time but now is not doing as well for the last 3-4 months. she feels that she is swelling more in her hands and elbows and also having increased fatigue. she hurts all over as well but she does feel that her worse areas hands and elbows and shoulders and hips. she is not wearing any rings due to swelling in her fingers. she has had one dose pak (but not full one) about a few weeks ago. the steroids did help. she is not sleeping again. she has problems in tehesun and gets very faitgued and sleeps for two days. she does not have a rash

PAST MEDICAL HISTORY:
congenital flexible flat foot
Anxiety
Depression
Insomnia
pars defect with chronic back pain/spondylolysthesis
annular tear x 2-cervical

SOCIAL HISTORY:

SOCIAL HISTORY: She is married. She is a nurse practitioner but is presently not working due to her health issues. She does not smoke or use alcohol.

FAMILY HISTORY: Positive for rheumatoid arthritis, lupus, psoriatic arthritis, pseudotumor cerebri, cancer,

### Problem List/Past Medical History
Angioedema:
Chronic back pain:
Drug therapy observations:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:
Undifferentiated connective tissue disease:

### Procedure/Surgical History
spinal fusion with cage and graft (2011),
Cholecystectomy (2004), Breast reconstruction, Cesarean section, foot surgery bilateral, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

### Medications
ALPRAZolam 0.5 mg oral tablet, See Instructions
belladonna/caffeine/ergotamine/pentobarbital, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
Ibuprofen, 800 mg, By mouth, as needed, PRN
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
morphine 100 mg/24 hours oral capsule, extended release, 200 mg, 2 cap, By mouth, Q12H
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime, 3 refills
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q6H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

### Allergies
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)
Darvocet A500

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000871247      DOS: 6/16/2016      Report Request ID: 76713384
Patient Name:    FLANAGAN, JAMIE SUE      DOB:      Print Date/Time: 11/9/2016 07:16 CST

Case 3:17-cv-05060-MDH Document 35-2 Filed 05/15/18 Page 46 of 200

LIN00246

## CoxHealth

## Office Clinic Notes

diabetes, heart disease, hypertension, hypercholesterolemia.

**Review of Systems**
review of systems: hair loss, dry eyes and dry mouth, lymphadenopathy, pulmonary or cardiac problems, GI problems, infections, fever, sweats or chills, sleep issues, mouth or nasal sores. All were negative as per return patient form dated 6/16/16 except for bladder infections and dry eyes and sleep issues and GI issues.

**Physical Exam**
PE: general appropriate build

HEENT: pupils equal and round no conjunctival irritation no temporal artery tenderness

SKIN: clear without rashes or lesions

NECK: no lymphadenopathy or thyromegaly or parotid gland swelling

LUNGS: clear to a and p without rales or wheezing

COR: RRR without murmurs or gallops

MUSCULOSKELETAL:

**Assessment/Plan**
1. Undifferentiated connective tissue disease
   will recheck lab including hla b27 and esr and crp and ana and ccp
2. Drug therapy
   may need to change plaquenil meanwhile will gie medrol dose pack again

**Other**
rtc in 1months

*Electronically signed by:Winkler MD, Anne 06/16/16 09:46*

**Social History**
Alcohol
  Denies
Employment/School
  Highest education level: University degree(s). Status: Full time.
  Occupation: Nurse practitioner-Neurology Office.
Home/Environment
  Marital status Married. Lives with: Children, Spouse.
Nutrition/Health
  Type of diet: Follows healthy diet. Caffeine intake amount: Denies.
Sexual
  Sexually active: Yes.
Substance Abuse
  Denies
Tobacco
  Never smoker

**Family History**
Alcohol abuse: FATHER and PGF.
Depression: MOTHER and AUNT.
Diabetes mellitus: FATHER.
Heart disease: FATHER, MGF, MGM, PGF and PGM.
Hypertension: MOTHER, BROTHER, MGF, MGM and PGF.
Liver cancer: MGF.
Stroke: MGF.
Tongue cancer: PGF.

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000871247              DOS: 6/16/2016           Report Request ID:   76713384
Patient Name:    FLANAGAN, JAMIE SUE          DOB: ▇▇▇▇▇   Print Date/Time:   11/9/2016 07:16 CST

**LIN00247**

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 47 of 200

## *CoxHealth*

CoxHealth Rheumatology - Branson
121 Cahill Rd # 205
Branson, MO 65616-

(417) 348-8253

Patient Name:  FLANAGAN, JAMIE SUE  Location:  CHC Rheum Br
Account Number: AMB000001108003
MRN: 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ⬛⬛⬛⬛  Age: 36 years  Female  Admit Date: 9/1/2016  Discharge Date:  9/16/2016

| *Office Clinic Notes* |
|---|

Result Date/Time:  9/1/2016 07:36 CDT
Performed By:  Winkler MD,Anne (9/1/2016 07:37 CDT)
Electronically Signed By:  Winkler MD,Anne (9/1/2016 11:06 CDT)

### History of Present Illness

10/2/14 Jamie returns today for followup of her UCTD. she is on plaquenil. She also has significant DDD of cervical and lumbar spine. she has been out of her plaquenil for three weeks and she has had mild achiness in her shoulders and hands. she knows that the medication does help. she did have large number of seed tick bites.

4/2/15 Jamie returns today for followup of her UCTD she is on plaquenil and has stopped it inthe past with worsening symptoms off plaquenil. Shd also has DDD of cervical and lumbar spine which continues to be ongoing problems for her. Seh had flare in december which were treated with steroids and that helped. she continues to have fatigue more in the recent past. her shoulders and elbows were hurting more for a few weeks. she did not call or take steroids. however it has gotten better. sleep is ok but she is not rested.

9/3/15 Jamie returns today for followup of her mild synovitis. she is on plaquenil. she had one flare this summer which required mdrol dose pack and did help. she states that she feels more achy in general. she gets her pain medicine from Dr Hopewell. she is very depressed and anxious. she feels tired some days. she is not sure if it is related to sun exposure. it takes two days to recover from the spells of fatigue and feeling that she has the flu. she does not know if prednisone would help these spells. she has a tens unit but has not been using it. she is sleeping not too badly but she does awaken due to pain usually in her legs. she feels a grinding in her back. she has not seen Dr Mace for over a year. she is now taking 6 daily of dilaudid for breakthrough pain. she did have hives on sunday and used her epipen.

6/16/16 Jamie returns today for UCTD> she states that she was ok for some time but now is not doing as well for the last 3-4 months. she feels that she is swelling more in her hands and elbows and also having increased fatigue. she hurts all over as well but she does feel that her worse areas hands and elbows and shoulders and hips. she is not wearing any rings due to swelling in her fingers. she has had one dose pak (but not full one) about a few weeks ago. the steroids did help. she is not sleeping again. she has problems in the sun and gets very fatigued and sleeps for two days. she does not have a rash

9/1/16 Jamie returns today for UCTD. she states that she did feel better with the medrol dose pack and it lasted for about one - two months. she does feel that the pain medicines that she is on is helping much. she is limited though in what her insurance will cover. her worse areas are her back and then sometimes all over pain and then she has swelling in her fingers. this ocurs one or two times a month. she feels that she is not depressed. she is not sleeping well due to the pain. her right thigh pain is the worse at present.

PAST MEDICAL HISTORY:

### Problem List/Past Medical History

Angioedema:
Chronic back pain:
Drug therapy:
GERD (gastroesophageal reflux disease):
Anxiety and depression:
Undifferentiated connective tissue disease:

### Procedure/Surgical History

spinal fusion with cage and graft (2011), Cholecystectomy (2004), Breast reconstruction, Cesarean section, foot surgery bilateral, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

### Medications

ALPRAZolam 0.5 mg oral tablet, See Instructions
Donnatal, 1 tab, By mouth, as needed, PRN
Ibuprofen, 800 mg, By mouth, as needed, PRN
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
morphine 100 mg/24 hours oral capsule, extended release, 200 mg, 2 cap, By mouth, Q12H
oxyCODONE 30 mg oral tablet, 30 mg, 1 tab, By mouth, Q6H, PRN
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime, 3 refills
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000001108003  DOS: 9/1/2016  Report Request ID:  76713390
Patient Name:  FLANAGAN, JAMIE SUE  DOB: ⬛⬛⬛⬛  Print Date/Time:  11/9/2016 07:17 CST

**LIN00248**

## CoxHealth

### Office Clinic Notes

congenital flexible flat foot
Anxiety
Depression
Insomnia
pars defect with chronic back pain/spondylolysthesis
annular tear x 2-cervical

**SOCIAL HISTORY:**

SOCIAL HISTORY: She is married. She is a nurse practitioner but is presently not working due to her health issues. She does not smoke or use alcohol.

FAMILY HISTORY: Positive for rheumatoid arthritis, lupus, psoriatic arthritis, pseudotumor cerebri, cancer, diabetes, heart disease, hypertension, hypercholesterolemia.

**Review of Systems**
review of systems: hair loss, dry eyes and dry mouth, lymphadenopathy, pulmonary or cardiac problems, GI problems, infections, fever, sweats or chills, sleep issues, mouth or nasal sores. All were negative as per return patient form dated 9/1/16 except for dry eyes and abscess on left leg and sleep issues

**Physical Exam**
PE: general thin wf

HEENT: pupils equal and round noconjunctival irritation no temporal artery tenderness

SKIN: clear without rashes or lesions

NECK: no lymphadenopathy or thyromegaly or parotid gland swelling

LUNGS: clear to a and p without rales or wheezing

COR: RRR without murmurs or gallops

MUSCULOSKELETAL: no synovitis in any joints

**Assessment/Plan**
1. Undifferentiated connective tissue disease
   will cotnineu plauqenil and use prn medrol for flares
2. Drug therapy
   q 6month lab and yearly eye exam

**Other**
sleep issues - will try amitryptilene - she has at home and she will call us regarding her dose and we will tell her how to start it

*Electronically signed by:Winkler MD, Anne 09/01/16 11:08*

Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

**Allergies**
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)
Darvocet A500

**Social History**
Alcohol
  Denies
Employment/School
  Highest education level: University
  degree(s). Status: Full time.
  Occupation: Nurse
  practitioner-Neurology Office.
Home/Environment
  Marital status Married. Lives with:
  Children, Spouse.
Nutrition/Health
  Type of diet: Follows healthy diet. Caffeine
  intake amount: Denies.
Sexual
  Sexually active: Yes.
Substance Abuse
  Denies
Tobacco
  Never smoker

**Family History**
Alcohol abuse: FATHER and PGF.
Depression: MOTHER and AUNT.
Diabetes mellitus: FATHER.
Heart disease: FATHER, MGF, MGM, PGF and PGM.
Hypertension: MOTHER, BROTHER, MGF, MGM and PGF.
Liver cancer 13-JUL-2016 12:15:47<$>: MGF.
Stroke 13-JUL-2016 12:19:01<$>: MGF.
Tongue cancer 13-JUL-2016 12:26:32<S>: PGF.

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000001108003        DOS: 9/1/2016      Report Request ID: 76713390
Patient Name:  FLANAGAN, JAMIE SUE        DOB:      Print Date/Time:  11/9/2016 07:17 CST

## CoxHealth

### Office Clinic Notes

Result Date/Time:          12/7/2015 08:26 CST
Performed By:          Mace MD,J Charles (12/7/2015 08:27 CST)
Electronically Signed By:      Mace MD,J Charles (12/7/2015 09:58 CST)

**Chief Complaint**
increased low back pain
R>L leg pain

**Nurse Intake**
Nursing Intake

General Information
Onset of Symptoms: 6 months ago 12/07/15
Information Given By: Patient 12/07/15
Physicians and Specialties: Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison (neurologist) 12/07/15

Pain Information
Pain Present: Yes actual or suspected pain 12/07/15
Pain Intensity: 5 12/07/15

Pain Location: low back 12/07/15

Pain Quality: worse with sitting 12/07/15

**History of Present Illness**
35 year old female returns in follow up of L5-S1 PLIF for LBP and R>L leg pains 4/1/2011. Slow to improve following surgery. Returns with c/o progressive LBP and Right more than left leg pains. LBP feels "like something is moving" that is worse with bending and flexing to the right. Right L5 type leg pains described as aching and burning pain.
Denies leg weakness. Bowel and bladder intact.
Treatments: ESI with Dr Cornelison- no help, Morphine 400mg daily, hydromorphone 8mg tabs- 6 per day, muscle relaxers from Dr Hopewell.

**Review of Systems**
General Statement:   Denies significant change in weight, fever, chills & fatigue
Eye Statement:   Denies changes in vision.
ENT Statement:   Denies changes in hearing, sinus headaches or ENT symptoms.
Cardiovascular Statement:   Denies chest pain, palpitations, and edema
Respiratory Statement:   Denies cough, wheezing, and dyspnea
GI Statement:   Denies nausea, vomiting, food intolerance, abdominal pain, & change in bowel pattern
GU Statement:   Denies dysuria, urinary incontinence, breast lumps & vaginal discharge
Musculoskeletal Admits to:   Back pain
Skin Statement:   Denies rashes, lesions & pruritus
Neurologic Admits to:   Paresthesia,Other: numbness in right foot and leg
Psychiatric Statement:   Denies symptoms of anxiety, depression, & insomnia
Endocrine Statement:   Denies excessive thirst, excessive urination, and changes in skin or hair texture
Heme/Lymph Statement:   Denies easy bleeding and bruising
Allergy/Immunology Statement:   Denies seasonal allergies and persistent infections

**Problem List/Past Medical History**
Angioedema:
Chronic back pain:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:

**Procedure/Surgical History**
Breast reconstruction, Cesarean section, Cholecystectomy, foot surgery bilateral, spinal fusion with cage and graft, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

**Medications**
belladonna/caffeine/ergotamine/pentobarbital, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
ibuprofen, 800 mg, By mouth, as needed, PRN
Limu vegetabl/fruit juic, 4 oz, By mouth, Daily
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
MS Contin 15 mg/12 hr oral tablet, extended release, 15 mg, 1 tab, By mouth, BID
MS Contin 60 mg/12 hours oral tablet, extended release, 120 mg, 2 tab, By mouth, Q12H
Phenergan 25 mg oral tablet, 25 mg, 1 tab, By mouth, Q4-6H
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Tums E-X 750 mg oral tablet, chewable, 1500 mg, 2 tab, By mouth, Q1Hr, PRN
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619     DOS: 12/7/2015     Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE     DOB: ▆▆▆▆     Print Date/Time: 11/9/2016 08:27 CST

**LIN00250**

## CoxHealth

### Office Clinic Notes

Sleep Statement:   Denies sleep problems

**Physical Exam**

**Vitals & Measurements**
HR:  69   RR:  17   BP:  105 / 66   HT:  65  in   WT:  135  lb   BMI:  22.5
LBP, right more than left L5 pain

Except as noted above:

General:   Well developed,  well nourished,  in no distress
Lungs:  clear to auscultation
Heart:  regular rate and rhythm
Abdomen:  soft,  non-tender,  normal bowel sounds
Skin:  without rash or lesions
Extremities:  no edema,  cyanosis or clubbing
Musculoskeletal:   no joint pain or swelling with fair range of motion,  no pain with palpation
of spine.  No pain in F/E
MS: Oriented to person, place and time. Recent and remote memory are intact. Attention
span and concentration are normal. Speech is fluent, without dysarthria or aphasia.
Adequate historian with normal fund of knowledge. Moods are consistent with situation,
affect is euthymic. Thought process is coherent, content is without delusions or
hallucinations.
Motor: Strength is 5/5 throughout for age and stature. Tone and bulk are normal, without
gross atrophy, fasciculations or adventitious movements.
SENS: Intact to light touch
DTR: 2/4 throughout upper and lower extremities.
COORD: intact
GAIT: Able to heel, toe and tandem walk without significant difficulty.

**Assessment/Plan**
Chronic low back pain
Lumbar radiculopathy

 **Other**
History of L5-S1 PLIF in 2011

Chronic low back pain and associated bilateral (R>L) leg pain,  she has continued to have
symptom even after 2011 surgery

Imaging with what appears to be good fusion L5-S1 but some progression of the
degeneration at L4-5 with some left L4-5 foraminal stenosis.

No role for surgical intervention at this time,    she will try water exercises and exercise for
core strengthening.

**Allergies**
Ambien (Sleep walking)
Darvocet-N 50 (Rash)
Lunesta (Sleep walking)
adhesive (Rash)

**Social History**
 Alcohol
  Denies
 Substance Abuse
  Denies
 Tobacco
  Never smoker

**Family History**

**Health Maintenance**
**Health Maintenance**
Pending (in the next year)
OverDue
Influenza Vaccine due 09/01/15 and every 1 yr
Due
Cervical Cancer Screening due 12/07/15 and
every 5 yr
HIV AB due 12/07/15 One-time only
Pertussis Vaccine due 12/07/15 One-time only
Tetanus/TD Vaccine due 12/07/15 and every
10 yr
Satisfied (in the past 1 year)
There are no satisfied recommendations within
the defined date range

**Lab Results**

**POC Lab Results**
No qualifying data available.

**Diagnostic Results**

IMPRESSION LUMBAR CT SPINE:

1. PLIF L5-S1 without complicating feature
and expected postoperative change.

2. Degenerative disk disease and spondylosis
L4-5 with facet joint arthropathy and disk
bulge/protrusion left subarticular and
extraforaminal zone. There is contact with the
exiting left L4 nerve root but no definite
impingement. [1]

IMPRESSION: MR lumbar

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB0C0000289619              DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE          DOB: ▓▓▓▓▓▓      Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 51 of 200     **LIN00251**

## CoxHealth

### Office Clinic Notes

1. PLIF L5-S1 without complicating feature.

2. L4-L5 facet joint arthropathy and left extraforaminal zone disc protrusion with annular fissure. There is contact with the exiting left L4 nerve root. [2]

**Other**

[1]CT Lumbar Spine wo Contrast Routine; Marcum , Laura L 10/15/2015 09:47
[2]MR Lumbar w wo Contrast; Taylor , Jennifer A 10/15/2015 08:56

*Electronically signed by:Mace MD, J Charles 12/07/15 09:58*

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619            DOS: 12/7/2015        Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE        DOB:             Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 52 of 200

LIN00252

## *CoxHealth*

Springfield Neurological and Spine Institute
3801 S National Ave
Ste 700
Springfield, MO 65807-
(111) 111-1111

Patient Name:     FLANAGAN, JAMIE SUE                              Location:  SNSI; Exam 2
Account Number: AMB000000289619
MRN: 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ▓▓▓▓▓         Age  36 years      Female          Admit Date:  12/7/2015              Discharge Date:  12/22/2015

### Allergies

| Substance | Allergy Type | Allergy Category | Severity | Reaction Status | Reaction Symptom | Recorded On Behalf Of | Updated Date/Time | Updated By | Reviewed By | Reviewed Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Lunesta | Allergy | Drug | Moderate | Active | Sleep walking | McCroskey RN, Darla L | 5/10/2013 10:33 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| Darvocet-N 50 | Allergy | Drug | Moderate | Canceled | Rash | McCroskey RN, Darla L | 1/28/2016 10:13 CST | Moore CMA, Lisa E | Moore CMA, Lisa E | 1/28/2016 10:13 CST |
| Darvocet A500 | Allergy | Drug | | Active | | Godown, April | 6/11/2016 19:20 CDT | Godown, April | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| Ambien | Allergy | Drug | Moderate | Active | Sleep walking | McCroskey RN, Darla L | 5/10/2013 10:33 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| adhesive | Allergy | Drug | Moderate | Active | Rash | McCroskey RN, Darla L | 5/10/2013 10:34 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                    DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE                 DOB: 4/3/1980          Print Date/Time:  11/9/2016 08:27 CST

PAGE 20/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00253

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 53 of 200

## CoxHealth

### Powerform

Result Date/Time:                                  12/7/2015 09:10 CST
Performed By:                                      Hernandez MA,Lauren (12/7/2015 09:10 CST)
Electronically Signed By:                          Hernandez MA,Lauren (12/7/2015 09:10 CST)

Adult Ambulatory Care Intake and History Entered On: 12/7/2015 9:19
Performed On: 12/7/2015 9:10 by Hernandez MA, Lauren

**General Info**
Chief Complaint Details :  Increased low back pain
Onset of Symptoms :  6 months ago
Information Given By :  Patient
Physicians and Specialties :  Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison (neurologist)

Hernandez MA, Lauren - 12/7/2015 9:10

**Vital Signs**
Pulse Rate :  69
Respiratory Rate :  17
BP Systolic :  106
BP Diastolic :  66
BP Location :  Arm, left
MAP :  79
Pain Present :  Yes actual or suspected pain
Pain Intensity :  5
Location :  low back
Quality :  worse with sitting
Weight (lb) (Clinical) :  135 lb(Converted to: 61 kg)
Height (Inches) :  65 in(Converted to: 5 ft 5 in, 165.10 cm)
BMI (Clinical) :  22.5 kg/m2

Hernandez MA, Lauren - 12/7/2015 9:10

**Allergy**

(As Of: 12/7/2015 09:19:45 CST)

Allergies (Active)

| | |
|---|---|
| adhesive | Estimated Onset Date:  Unspecified ; Reactions:  Rash ; Created By:  McCroskey RN, Darla L; Reaction Status:  Active ; Category:  Drug ; Substance:  adhesive ; Type:  Allergy ; Severity:  Moderate ; Updated By:  McCroskey RN, Darla L; Source:  Patient ; Reviewed Date:  12/7/2015 9:14 |
| Ambien | Estimated Onset Date:  Unspecified ; Reactions:  Sleep walking ; Created By:  McCroskey RN, Darla L; Reaction Status:  Active ; Category:  Drug ; Substance:  Ambien ; Type:  Allergy ; Severity:  Moderate ; Updated By:  McCroskey RN, Darla L; Source:  Patient ; Reviewed Date:  12/7/2015 9:14 |
| Darvocet-N 50 | Estimated Onset Date:  Unspecified ; Reactions:  Rash ; Created By:  McCroskey RN, Darla L; Reaction Status:  Active ; Category:  Drug ; Substance:  Darvocet-N 50 ; Type:  Allergy ; Severity:  Moderate ; Updated By:  McCroskey RN, Darla L; Source:  Patient Survey ; Reviewed Date:  12/7/2015 9:14 |
| Lunesta | Estimated Onset Date:  Unspecified ; Reactions:  Sleep walking ; Created By:  McCroskey RN, Darla L; Reaction Status:  Active ; Category:  Drug ; Substance:  Lunesta ; Type: |

CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                    DOS: 12/7/2015            Report Request ID:  76717755
Patient Name:  FLANAGAN, JAMIE SUE                 DOB:                      Print Date/Time:  11/9/2016 08.27 CST

LIN00254

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 54 of 200

*CoxHealth*

---
*Powerform*
---

Allergy ; Severity:  Moderate ; Updated By:  McCroskey RN,
Darla L; Source:  Patient ; Reviewed Date:  12/7/2015 9:14

## Medication History
### Medication List

(As Of: 12/7/2015 09:19:45 CST)

**Home Meds**

morphine
: morphine ; Status:  Documented ; Ordered As Mnemonic:
morphine 100 mg/24 hours oral capsule, extended release ;
Simple Display Line:  200 mg, 2 cap, By mouth, Q12H, 0
Refill(s) ; Catalog Code:  morphine ; Order Dt/Tm:  12/7/2015
09:17:22

Special Drug Order-MED
: Special Drug Order-MED ; Status:  Deleted ; Ordered As
Mnemonic:  Limu vegetabl/fruit juic ; Simple Display Line:  4 oz,
By mouth, Daily ; Catalog Code:  Special Drug Order-MED ;
Order Dt/Tm:  5/10/2013 10:32:16

ibuprofen
: ibuprofen ; Status:  Documented ; Ordered As Mnemonic:
ibuprofen ; Simple Display Line:  800 mg, By mouth, as needed,
stopped taking 4-29, PRN: as needed for pain ; Catalog Code:
ibuprofen ; Order Dt/Tm:  5/10/2013 10:25:05

calcium carbonate
: calcium carbonate ; Status:  Deleted ; Ordered As Mnemonic:
Tums E-X 750 mg oral tablet, chewable ; Simple Display Line:
1,500 mg, 2 tab, By mouth, Q1Hr, 480 tab, PRN: for control of
stomach acid ; Catalog Code:  calcium carbonate ; Order
Dt/Tm:  5/10/2013 10:24:42

pantoprazole
: pantoprazole ; Status:  Documented ; Ordered As Mnemonic:
Protonix ; Simple Display Line:  40 mg, By mouth, as needed,
PRN: as needed for acid reflux ; Catalog Code:  pantoprazole ;
Order Dt/Tm:  5/10/2013 10:23:55

alprazolam
: alprazolam ; Status:  Documented ; Ordered As Mnemonic:
Xanax ; Simple Display Line:  0.25 mg, By mouth, at bedtime,
PRN: as needed for sleep ; Catalog Code:  ALPRAZolam ;
Order Dt/Tm:  5/10/2013 10:23:36

topiramate
: topiramate ; Status:  Documented ; Ordered As Mnemonic:
Topamax 50 mg oral tablet ; Simple Display Line:  50 mg, 1 tab,
By mouth, BID ; Catalog Code:  topiramate ; Order Dt/Tm:
5/10/2013 10:22:53

bupropion
: bupropion ; Status:  Documented ; Ordered As Mnemonic:
Wellbutrin SR 150 mg/12 hours oral tablet, extended release ;
Simple Display Line:  150 mg, 1 tab, By mouth, BID, 180 tab ;
Catalog Code:  bupropion ; Order Dt/Tm:  5/10/2013 10:22:41

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                DOS: 12/7/2015            Report Request ID:  76717755
Patient Name:  FLANAGAN, JAMIE SUE             DOB:                     Print Date/Time:  11/9/2016 08:27 CST

**LIN00255**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 55 of 200

## CoxHealth

### Powerform

| | |
|---|---|
| hydroxychloroquine | : hydroxychloroquine ; Status: Documented ; Ordered As Mnemonic: Plaquenil Sulfate 200 mg oral tablet ; Simple Display Line: 400 mg, 2 tab, By mouth, at bedtime, 180 tab ; Catalog Code: hydroxychloroquine ; Order Dt/Tm: 5/10/2013 10:22:20 |
| ondansetron | : ondansetron ; Status: Documented ; Ordered As Mnemonic: Zofran 4 mg oral tablet ; Simple Display Line: 4 mg, 1 tab, By mouth, Q6H, PRN: as needed for nausea/vomiting ; Catalog Code: ondansetron ; Order Dt/Tm: 5/10/2013 10:22:02 |
| promethazine | : promethazine ; Status: Deleted ; Ordered As Mnemonic: Phenergan 25 mg oral tablet ; Simple Display Line: 25 mg, 1 tab, By mouth, Q4-6H, as needed for nausea and vomiting ; Catalog Code: promethazine ; Order Dt/Tm: 5/10/2013 10:21:47 |
| atropine/hyoscyamine/PB/scop olamine | : atropine/hyoscyamine/PB/scopolamine ; Status: Documented ; Ordered As Mnemonic: Donnatal ; Simple Display Line: 1 tab, By mouth, as needed, PRN: as needed for irritable bowel symptoms ; Catalog Code: atropine/hyoscyamine/PB/scopolamine ; Order Dt/Tm: 5/10/2013 10:21:32 |
| belladonna/caffeine/ergotamine /pentobarbital | : belladonna/caffeine/ergotamine/pentobarbital ; Status: Documented ; Ordered As Mnemonic: belladonna/caffeine/ergotamine/pentobarbital ; Simple Display Line: 1 tab, By mouth, as needed, PRN: as needed for stomach cramps ; Catalog Code: belladonna/caffeine/ergotamine/pentobarb ; Order Dt/Tm: 5/10/2013 10:21:07 |
| polyethylene glycol 3350 (Miralax) | : polyethylene glycol 3350 (Miralax) ; Status: Documented ; Ordered As Mnemonic: MiraLax oral powder for reconstitution ; Simple Display Line: 17 g, By mouth, at bedtime, dissolve in water before taking, 255 g ; Catalog Code: polyethylene glycol 3350 (Miralax) ; Order Dt/Tm: 5/10/2013 10:20:30 |
| methocarbamol | : methocarbamol ; Status: Documented ; Ordered As Mnemonic: Robaxin-750 oral tablet ; Simple Display Line: 750 mg, 1 tab, By mouth, Q8H, PRN: as needed for pain ; Catalog Code: methocarbamol ; Order Dt/Tm: 5/10/2013 10:19:45 |
| carisoprodol | : carisoprodol ; Status: Documented ; Ordered As Mnemonic: Soma ; Simple Display Line: 350 mg, By mouth, Q8H, PRN: as needed for pain ; Catalog Code: carisoprodol ; Order Dt/Tm: 5/10/2013 10:19:23 |

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619      DOS: 12/7/2015     Report Request ID: 76717755

Patient Name: FLANAGAN, JAMIE SUE      DOB: ▆▆▆▆    Print Date/Time: 11/9/2016 08 27 CST

LIN00256

## *CoxHealth*

### *Powerform*

| | |
|---|---|
| **HYDROmorphone** | : HYDROmorphone ; Status: Documented ; Ordered As Mnemonic: Dilaudid 4 mg oral tablet ; Simple Display Line: 4 mg, 1 tab, By mouth, as needed, PRN: as needed for pain ; Catalog Code: HYDROmorphone ; Order Dt/Tm: 5/10/2013 10:18:59 |
| **morphine** | : morphine ; Status: Deleted ; Ordered As Mnemonic: MS Contin 15 mg/12 hr oral tablet, extended release ; Simple Display Line: 15 mg, 1 tab, By mouth, BID ; Catalog Code: morphine ; Order Dt/Tm: 5/10/2013 10:18:31 |
| **morphine** | : morphine ; Status: Deleted ; Ordered As Mnemonic: MS Contin 60 mg/12 hours oral tablet, extended release ; Simple Display Line: 120 mg, 2 tab, By mouth, Q12H ; Catalog Code: morphine ; Order Dt/Tm: 5/10/2013 10:18:13 |

**Social History**
**Social History**

(As Of: 12/7/2015 09:19:45 CST)

**Tobacco:**

Never smoker   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

**Alcohol:**

Denies   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

**Substance Abuse:**

Denies   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

**Procedure History**

**Procedure History**

(As Of: 12/7/2015 09:19:45 CST)

Anesthesia Minutes: 0 ; Procedure Name: Cesarean section ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

Anesthesia Minutes: 0 ; Procedure Name: Breast reconstruction ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619       DOS: 12/7/2015      Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE       DOB: �merge    Print Date/Time: 11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 57 of 200

 LIN00257

*CoxHealth*

*Powerform*

Anesthesia Minutes:   0 ; Procedure Name:   spinal fusion with
cage and graft ; Procedure Minutes:   0 ; Last Reviewed Dt/Tm:
12/7/2015 09:16:15 CST

Anesthesia Minutes:   0 ; Procedure Name:   TAH BSO - Total
abdominal hysterectomy and bilateral salpingo-oophorectomy ;
Procedure Minutes:   0 ; Last Reviewed Dt/Tm:   12/7/2015
09:16:15 CST

Anesthesia Minutes:   0 ; Procedure Name:   foot surgery
bilateral ; Procedure Minutes:   0 ; Last Reviewed Dt/Tm:
12/7/2015 09:16:15 CST

Anesthesia Minutes:   0 ; Procedure Name:   Cholecystectomy ;
Procedure Minutes:   0 ; Last Reviewed Dt/Tm:   12/7/2015
09:16:15 CST

**Family History**
**Family History**

(As Of: 12/7/2015 09:19:46 CST)

**ROS**
ROS General Statement :   Denies significant change in weight, fever, chills & fatigue
ROS Eye Statement :   Denies changes in vision.
ROS ENT Statement :   Denies changes in hearing, sinus headaches or ENT symptoms.
ROS Cardiovascular Statement :   Denies chest pain, palpitations, and edema
ROS Respiratory Statement :   Denies cough, wheezing, and dyspnea
ROS GI Statement :   Denies nausea, vomiting, food intolerance, abdominal pain, & change in bowel pattern
ROS Genitourinary Statement :   Denies dysuria, urinary incontinence, breast lumps & vaginal discharge
ROS Musculoskeletal Admits To :   Back pain
ROS Skin Statement :   Denies rashes, lesions & pruritus
ROS Neurologic Admits To :   Paresthesia, Other: numbness in right foot and leg
ROS Psychiatric Statement :   Denies symptoms of anxiety, depression, & insomnia
ROS Endocrine Statement :   Denies excessive thirst, excessive urination, and changes in skin or hair texture
ROS Heme/Lymph Statement :   Denies easy bleeding and bruising
ROS Allergy/Immunology Statement :   Denies seasonal allergies and persistent infections
Sleep Statement :   Denies sleep problems

Hernandez MA, Lauren - 12/7/2015 9:10

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                    DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE                DOB: ▉▉▉▉  Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 58 of 200

LIN00258

*CoxHealth*

...........................................................................................................................
                                    Visit Summary
...........................................................................................................................

Electronically Signed By:

**Visit Summary**
Visit Summary | Springfield Neurological and Spine Institute

# JAMIE FLANAGAN

Race: White | Ethnicity: Not Hispanic or Latino | Gender: Female | DOB: A███████ | Language: eng
Patient IDs: 5209675

## Table of Contents

- Encounter
- Visit
- Reason for Visit
- Vital Signs
- Problem List
- Allergies, Adverse Reactions, Alerts
- Medications
- Results
- Medications Administered During Your Visit
- Immunizations
- Encounter Procedures
- Social History
- Assessment and Plan
- Instructions

Back to TopEncounter

12/7/15
Springfield Neurological and Spine Institute 3801 S National Ave Ste 700 Springfield, MO 65807- USA
Discharge Diagnosis: Chronic low back pain

Discharge Diagnosis: Lumbar radiculopathy

Attending Physician: Mace MD, J Charles
Referring Physician: Winkler MD, Anne

Back to TopVisit

## CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE          DOB: ███████ Print Date/Time: 11/9/2016 08:27 CST

LIN00259

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 59 of 200

## *CoxHealth*

### *Visit Summary*

| Visit Date | Reason for Visit | Provider |
|---|---|---|
| 12/7/15 | Follow Up | Mace MD, J Charles |

Back to TopReason for Visit

Follow Up

Back to TopVital Signs

12/7/15

| | | |
|---|---|---|
| Pulse Rate | 69 | |
| Respiratory Rate | 17 | |
| Blood Pressure | 106/66 | |
| Height (inches) (Clinical) | 65 in | |
| Weight (lb) (Clinical) | 135 lb | |
| Weight (kg) (Clinical) | 61.36 kg | |
| BMI (Clinical) | 22.5 kg/m2 | |

Back to TopProblem List

Angioedema | Anxiety and depression | Chronic back pain | GERD (gastroesophageal reflux disease)

Back to TopAllergies, Adverse Reactions, Alerts

adhesive (Rash) | Ambien (Sleep walking) | Darvocet-N 50 (Rash) | Lunesta (Sleep walking)

Back to Top
Medications

alprazolam (Xanax)
0.25 mg, By mouth, at bedtime, As Needed, as needed for sleep, Refills: 0
atropine/hyoscyamine/PB/scopolamine (Donnatal)

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:     FLANAGAN, JAMIE SUE          DOB: 4■■■■■          Print Date/Time:  11/9/2016 08:27 CST

**LIN00260**

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 60 of 200

## *CoxHealth*

### *Visit Summary*

1 tab, By mouth, as needed, As Needed, as needed for irritable bowel symptoms, Refills: 0

belladonna/caffeine/ergotamine/pentobarbital
1 tab, By mouth, as needed, As Needed, as needed for stomach cramps, Refills: 0

bupropion (Wellbutrin SR 150 mg/12 hours oral tablet, extended release)
1 tab, By mouth, twice daily, Refills: 0

carisoprodol (Soma)
350 mg, By mouth, every 8 hours, As Needed, as needed for pain, Refills: 0

HYDROmorphone (Dilaudid 4 mg oral tablet)
1 tab, By mouth, as needed, As Needed, as needed for pain, Refills: 0

hydroxychloroquine (Plaquenil Sulfate 200 mg oral tablet)
2 tab, By mouth, at bedtime, Refills: 0

ibuprofen
800 mg, By mouth, as needed, stopped taking 4-29, As Needed, as needed for pain, Refills: 0

methocarbamol (Robaxin-750 oral tablet)
1 tab, By mouth, every 8 hours, As Needed, as needed for pain, Refills: 0

morphine (morphine 100 mg/24 hours oral capsule, extended release)
2 cap, By mouth, every 12 hours, Refills: 0

ondansetron (Zofran 4 mg oral tablet)
1 tab, By mouth, every 6 hours, As Needed, as needed for nausea/vomiting, Refills: 0

pantoprazole (Protonix)
40 mg, By mouth, as needed, As Needed, as needed for acid reflux, Refills: 0

polyethylene glycol 3350 (Miralax) (MiraLax oral powder for reconstitution)
17 g, By mouth, at bedtime, dissolve in water before taking, Refills: 0

topiramate (Topamax 50 mg oral tablet)
1 tab, By mouth, twice daily, Refills: 0
Back to TopResults

No data available for this section

Back to TopMedications Administered During Your Visit

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB0G0000289619       DOS: 12/7/2015       Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE       DOB: ▓▓▓▓▓    Print Date/Time: 11/9/2016 08:27 CST

PAGE 28/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 61 of 200    LIN00261

*CoxHealth*

*Visit Summary*

No data available for this section

Back to TopImmunizations

No data available for this section

Back to TopEncounter Procedures

No data available for this section

Back to TopSocial History

| Social History Type | Response |
|---|---|
| Smoking Status | Never smoker |

Back to TopAssessment and Plan
Extracted from:
Title: Office Visit - Comprehensive     Author: Mace MD, J Charles     Date: 12/7/15
Assessment/Plan
Chronic low back pain
Lumbar radiculopathy
Other
History of L5-S1 PLIF in 2011

Chronic low back pain and associated bilateral (R>L) leg pain. she has continued to have symptom even after 2011 surgery

Imaging with what appears to be good fusion L5-S1 but some progression of the degeneration at L4-5 with some left L4-5 foraminal stenosis.

No role for surgical intervention at this time, she will try water exercises and exercise for core strengthening.

Future Appointments

Appointment Date: 05/09/2016 09:15:00 am
Scheduled Provider: Newbold MD, Steve
Location: Fam Med Monett
Appointment Type: Established Patient

CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE          DOB:          Print Date/Time:   11/9/2016 08 27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 62 of 200

LIN00262

## CoxHealth

### Visit Summary

Future Scheduled Tests

**Referral:**

- Referral Allergy/Immunology 11/16/15 3:00 AM

Referrals to Other Providers

Referred by: Newbold MD, Steve

Back to TopInstructions

No data available for this section

We invite you to access your health record at www.CoxHealth.com/Express. Create your account and use your Patient ID at the top of this document as your access code to Connect to Your Chart. If you wish to connect to a patient under the age of 18, please ask the front desk for assistance.

Document Created
December 9, 2015

Encounter Date
From December 7, 2015

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE      DOB: 4▬▬▬          Print Date/Time:  11/9/2016 08 27 CST

PAGE 30/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00263
Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 63 of 200

*CoxHealth*

*Clinical Diagnosis*

Diagnosis: **Chronic low back pain**
**Last Reviewed Date:** 12/7/2015                     **Responsible Provider:** Mace MD,J Charles
**Status:** Active

Diagnosis: **Lumbar radiculopathy**
**Last Reviewed Date:** 12/7/2015                     **Responsible Provider:** Mace MD,J Charles
**Status:** Active

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                 DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE             DOB: ▓▓▓▓▓▓  Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 64 of 200

LIN00264

## CoxHealth

### Medications

### Documented medications

**Order: morphine (morphine 100 mg/24 hours oral capsule,extended release)**
Order Date/Time: 12/7/2015 09:17 CST
Order Status: Documented
Ordering Physician:                                        Consulting Physician:
Entered By: Hernandez MA,Lauren on 12/7/2015 09:17 CST
Order Details: 200 mg, 2 cap, By mouth, Q12H, 0, 0, Substitution Permitted
Order Comment:
Action Type: Document            Action Date/Time: 12/7/2015 09:17 CST    Action Personnel: Hernandez MA,Lauren
Responsible Provider:                                   Communication Type:
Order Details: 200 mg, 2 cap, By mouth, Q12H, 0, 0, Substitution Permitted
Review Information:
Doctor Cosign: Not Required

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                 DOS: 12/7/2015           Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE             DOB: ▇▇▇▇▇   Print Date/Time:   11/9/2016 08 27 CST

LIN00265

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 65 of 200

*CoxHealth*

## All Specialty Flowsheet

| Recorded Date | 12/7/2015 | 12/7/2015 | | |
|---|---|---|---|---|
| Recorded Time | 09:10 CST | 09:10 CST | | |
| Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | Units | Reference Range |
| Height (inches) (Clinical) | 65 | - | in | |
| Weight (kg) (Clinical) | - | 61.36 | kg | |
| Weight (lb) (Clinical) | 135 | - | lb | |
| MAP | 79 | - | | |
| Respiratory Rate | 17 | - | | |
| BP Location | Arm, left | - | | |
| Pain Quality | worse with sitting | - | | |
| Pain Location | low back | - | | |
| Pain Intensity | 5 | - | | [5] |
| Pulse Rate | 69 | - | | |
| BP Systolic | 106 | - | | |
| BP Diastolic | 66 | - | | |
| Chief Complaint Details | increased low back pain | - | | |
| Physicians and Specialties | See Below T1 | - | | |
| Information Given By | Patient | - | | |
| BMI (Clinical) | 22.5 | - | kg/m2 | |

Textual Results
T1:   12/7/2015 09:10 CST (Physicians and Specialties)
     Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison
     (neurologist)

## Measurement

| Recorded Date | 12/7/2015 | 12/7/2015 | | |
|---|---|---|---|---|
| Recorded Time | 09:10 CST | 09:10 CST | | |
| Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | Units | Reference Range |
| Height (inches) (Clinical) | 65 | - | in | |
| Weight (kg) (Clinical) | - | 61.36 | kg | |
| Weight (lb) (Clinical) | 135 | - | lb | |
| BMI (Clinical) | 22.5 | - | kg/m2 | |
| Pulse Rate | 69 | - | | |
| BP Systolic | 106 | - | | |
| BP Diastolic | 66 | - | | |
| MAP | 79 | - | | |
| Respiratory Rate | 17 | - | | |
| BP Location | Arm, left | - | | |
| Pain Intensity | 5 | - | | [5] |
| Pain Location | low back | - | | |
| Pain Quality | worse with sitting | - | | |

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619        DOS: 12/7/2015      Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE        DOB: ▇▇▇▇    Print Date/Time: 11/9/2016 08 27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 66 of 200

LIN00266



## CoxHealth

### Measurements

#### Measurements

Recorded Date   12/7/2015
Recorded Time   09:10 CST
Recorded By   SYSTEM

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Height | 65.00 | in | |
| Weight | 61.36 | kg | |

#### Measurements(Clinical)

| Recorded Date | 12/7/2015 | 12/7/2015 | | |
|---|---|---|---|---|
| Recorded Time | 09:10 CST | 09:10 CST | | |
| Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | Units | Reference Range |
| Height (inches) (Clinical) | 65 | - | in | |
| Weight (kg) (Clinical) | - | 61.36 | kg | |
| Weight (lb) (Clinical) | 135 | - | lb | |
| BMI (Clinical) | 22.5 | - | kg/m2 | |

### Pain

#### Pain/Aldrete/Sedation Score

Recorded Date   12/7/2015
Recorded Time   09:10 CST
Recorded By   Hernandez MA,Lauren

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Pain Intensity | 5 | | [5] |
| Pain Location | low back | | |
| Pain Quality | worse with sitting | | |

### Vital Signs

#### Vital Sign Documentation

Recorded Date   12/7/2015
Recorded Time   09:10 CST
Recorded By   Hernandez MA,Lauren

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Pulse Rate | 69 | | |
| BP Systolic | 106 | | |
| BP Diastolic | 66 | | |
| MAP | 79 | | |
| Respiratory Rate | 17 | | |

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-5068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                 DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE              DOB: ▓▓▓▓           Print Date/Time:  11/9/2016 08:27 CST

PAGE 34/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 67 of 200

LIN00267

## CoxHealth

| Vital Signs |
| --- |

| Vital Sign Documentation |
| --- |

Recorded Date : 12/7/2015
Recorded Time : 09:10 CST
Recorded By  Hernandez MA,Lauren

| Procedure | Units | Reference Range |
| --- | --- | --- |
| BP Location | Arm, left | |

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6088 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619          DOS: 12/7/2015        Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE        DOB:            Print Date/Time:  11/9/2016 08 27 CST

PAGE 35/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00268

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 68 of 200



# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

November 29, 2016

**VIA FACSIMILE: 402-361-1460**

Joseph Jackson, Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re:    *Claimant: Jamie Flanagan*
        *Policyholder: Lester E. Cox Medical Center*
        *Policy# 00001015732600000*
        *Claim# 1130226196*

Dear Mr. Jackson:

I would note that there is one provider that is still processing, ie Dr. Steven Newbold. We are requesting additional time to receive and submit Dr. Newbold's records. However, I am enclosing the following for your review:

1.  Donald Hopewell, M.D.; 12/09/15-06/28/16;
2.  Crystal Powell, PA for Damon Thomas, M.D.; 01/28/16;
3.  Anne Winkler, M.D.; 06/16/16-09/01/16; and
4.  J. Charles Mace, M.D.; 12/07/15.

To date our office has not received all of the requested medical records regarding Mrs. Flanagan's appeal.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
cc: Jamie Flanagan

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 69 of 200     LIN00269

MERCY HOSPITAL JOPLIN                  FLANAGAN,JAMIE S
100 Mercy Way                          MRN: E140238803
Joplin MO 64804-4524                   DOB: ████████ Sex: F
                                       Enc. Date: 12/09/15

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 12/9/2015 12:19 PM**                   Version 1 of 1

Author: Hopewell, Donald K, MD        Service: (none)              Author Type: Physician
Filed: 12/9/2015 12:28 PM             Note Time: 12/9/2015 12.19 PM   Status: Signed
Editor: Hopewell, Donald K, MD (Physician)

The patient is a 35-year-old who returns for followup at her request. There apparently is a problem with her private disability policy despite the fact that she has been granted social security disability. She discussed with me some their issues regarding their denial of her disability. They seemed to center around the fact that her physical examination is normal and that there has been fluctuation in her pain levels that had paralleled other physical problems or stress related issues. As we had discussed when these issues were clinically relevant I told her again that this is what happens to all human beings who have chronic medical problems ie that they fluctuate to some degree based on other physical or emotional stressors. They are at their best when these factors are absent and flare when these factors are present. We also discussed again that normal physical exams are common in patients with spine based pain issues. We spent approximately 20 minutes face-to-face discussing the issues. Unfortunately I don't think there is anything that I can do to sway opinion to of her insurance carrier. Overall her pain is doing reasonably well on her current regimen without complications. She'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 12/9/2015 12:28 PM

## Call Documentation

**Hopewell, Donald K, MD at 12/9/2015 12:19 PM**
Status: Signed

The patient is a 35-year-old who returns for followup at her request. There apparently is a problem with her private disability policy despite the fact that she has been granted social security disability. She discussed with me some their issues regarding their denial of her disability. They seemed to center around the fact that her physical examination is normal and that there has been fluctuation in her pain levels that had paralleled other physical problems or stress related issues. As we had discussed when these issues were clinically relevant I told her again that this is what happens to all human beings who have chronic medical problems ie that they fluctuate to some degree based on other physical or emotional stressors. They are at their best when these factors are absent and flare when these factors are present. We also discussed again that normal physical exams are common in patients with spine based pain issues. We spent approximately 20 minutes face-to-face discussing the issues. Unfortunately I don't think there is anything that I can do to sway opinion to of her insurance carrier. Overall her pain is doing reasonably well on her current regimen without complications. She'll return for routine followup in 3 months.

DK Hopewell M.D.

JOPL HEALTH INFORMATION          FLANAGAN,JAMIE S
MANAGEMENT                       MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

**LIN00270**

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ████████, Sex: F
Enc. Date: 12/09/15

## Call Documentation (continued)

**Hopewell, Donald K, MD at 12/9/2015 12:19 PM (continued)**

### End of Encounter

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10:59 AM

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 71 of 200     LIN00271

MERCY HOSPITAL JOPLIN          FLANAGAN,JAMIE S
100 Mercy Way                  MRN: E140238803
Joplin MO 64804-4524           DOB: ██████, Sex. F
                               Enc. Date. 02/29/16

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 2/29/2016 10:58 AM**                         Version 1 of 1

Author: Hopewell, Donald K, MD     Service: (none)                    Author Type: Physician
Filed: 2/29/2016 11:03 AM          Note Time: 2/29/2016 10:58 AM      Status: Signed
Editor: Hopewell, Donald K, MD (Physician)

Patient is a 35-year-old returns for followup of chronic pain related to lumbar post laminectomy syndrome, lumbar spondylolisthesis, and inflammatory arthropathy related to mixed connective tissue disease. The patient overall is reasonably stable and told me today she feels that she is developing more acceptance of her limitations and the fact that she has to deal with pain on a daily basis. She continues to have more problems at night and she does during the day but does complain about daytime hypersomnolence and he time she is not physically active. This is particularly a problem for her when she is driving. She has cut down on her driving considerably because of this. Her pain continues to be lumbar with occasional radiation into the lateral aspect of the right leg, right for leg, and into the heel and the foot on the right side. Because of insurance changes we're going to change her narcotic regimen in terms of her breakthrough pain medication from hydromorphone to oxycodone.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented intercurrent records. Neurologic examination on this date remains normal.

This is a patient with chronic pain related to her spine disease that is at least reasonably controlled on her current regimen. We'll change her to oxycodone 30 mg tablets every 6 hours as needed for the breakthrough pain. We'll continue the morphine unchanged. Because of the hypersomnolence issues I suggest we get a sleep study to see whether this is all medication effect or there may be some other issue that can be addressed more specifically. She scheduled for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 2/29/2016 11.03 AM

## Call Documentation

**Hopewell, Donald K, MD at 2/29/2016 10:58 AM**
Status: Signed

Patient is a 35-year-old returns for followup of chronic pain related to lumbar post laminectomy syndrome, lumbar spondylolisthesis, and inflammatory arthropathy related to mixed connective tissue disease. The patient overall is reasonably stable and told me today she feels that she is developing more acceptance of her limitations and the fact that she has to deal with pain on a daily basis. She continues to have more problems at night and she does during the day but does complain about daytime hypersomnolence and he time she is not physically active. This is particularly a problem for her when she is driving. She has cut down on her driving considerably because of this. Her pain continues to be lumbar with occasional radiation into the lateral aspect

JOPL HEALTH INFORMATION        FLANAGAN,JAMIE S
MANAGEMENT                     MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

LIN00272

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ███████, Sex. F
Enc. Date. 02/29/16

## Call Documentation (continued)

### Hopewell, Donald K, MD at 2/29/2016 10:58 AM (continued)

of the right leg, right for leg, and into the heel and the foot on the right side. Because of insurance changes we're going to change her narcotic regimen in terms of her breakthrough pain medication from hydromorphone to oxycodone.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented intercurrent records. Neurologic examination on this date remains normal.

This is a patient with chronic pain related to her spine disease that is at least reasonably controlled on her current regimen. We'll change her to oxycodone 30 mg tablets every 6 hours as needed for the breakthrough pain. We'll continue the morphine unchanged. Because of the hypersomnolence issues I suggest we get a sleep study to see whether this is all medication effect or there may be some other issue that can be addressed more specifically. She scheduled for routine followup in 3 months.

DK Hopewell M.D.

## End of Encounter

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10:59 AM

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 73 of 200    LIN00273

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ███████, Sex: F
Enc. Date. 05/23/16

## Call Documentation

**Newman, Laura C, LPN at 5/23/2016 9:29 AM**
    Status: Signed

Have returned patients call multiple times without any response from her.

### End of Encounter

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10 59 AM

LIN00274

MERCY HOSPITAL JOPLIN            FLANAGAN,JAMIE S
100 Mercy Way                   MRN: E140238803
Joplin MO 64804-4624            DOB: ████████ Sex: F
                                Enc. Date: 05/23/16

## Call Documentation

**Newman, Laura C, LPN at 5/23/2016  9:58 AM**
    Status: Signed

Have called patient several times regarding call on 5/19, she has not returned my calls.

**Newman, Laura C, LPN at 5/23/2016  9:56 AM**
    Status: Signed

---- Message from Michelle Darr sent at 5/19/2016  2:47 PM CDT ----
Hey Chris,

I had a voicemail from Jamie. She has an upcoming appt,but has been having leg and hip pain for the last 2-3 weeks. Now she is having some neck and shoulder issues. She didn't know if she possibly needs a steroid and doesn't know if she will be able to make it through to her appt.

Thanks

Could you please call her?

459-5879

### End of Encounter

JOPL HEALTH INFORMATION          FLANAGAN,JAMIE S
MANAGEMENT                       MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

LIN00275
Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 75 of 200

MERCY HOSPITAL JOPLIN              FLANAGAN,JAMIE S
100 Mercy Way                     MRN: E140238803
Joplin MO 64804-4524              DOB. ▓▓▓▓▓, Sex. F
                                  Enc. Date. 05/26/16

## Physician Progress Notes

**Progress Notes by Hopewell, Donald K, MD at 5/26/2016 12:27 PM**                    Version 1 of 1

Author: Hopewell, Donald K, MD     Service: (none)              Author Type: Physician
Filed: 5/26/2016 12:33 PM          Note Time: 5/26/2016 12:27 PM   Status: Signed
Editor: Hopewell, Donald K, MD (Physician)

The patient is a 36-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and episodic problems with inflammatory arthropathy associated with mixed connective tissue disease. Her low back pain continues to be lumbar with occasional radiation down the lateral aspect of the right leg into the foot. Over the last couple of months her pain has changed somewhat in character. There was no precipitating factor for this and it especially bothers her at night it tends to wax and wane with a couple of days where it is much worse than a couple of days where it is better. She has a difficult time describing the uncomfortable sensation in the legs. It is somewhere between her myalgia symptom and a feeling of intense fatigue. She says because of this sensation she basically does not want to get up and move around although there is no new weakness or sensory symptomatology. She has been using increased numbers of her when necessary pain medication because of this discomfort. She tells me that she has not had her sleep study done yet do to insurance issues. She continues to have problems sleeping through the night and continues with daytime hypersomnolence as well.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal but the patient does have muscle tenderness in the lower extremities particularly in the calves bilaterally.

This is a patient who has been stable in terms of her pain issues until the last couple of months. I told her that this sounds more like a flare of her connective tissue process rather than her chronic neuropathic pain associated with her back issues. She does tell me that she's also had some problems with hand swelling and hand joint swelling as well. We discussed the possibility of using a course of dexamethasone. I have strongly encouraged her to followup with her rheumatologist and she tells me that she has a office visit scheduled in 2 weeks. I told her to check with rheumatology to make sure that using steroids would not alter anything that they would want to do prior to that visit and if not that we would do a five-day course of dexamethasone. We will continue her pain medications otherwise unchanged and she'll return for routine followup in 3 months.

DK Hopewell M.D.

Electronically signed by Hopewell, Donald K, MD at 5/26/2016 12:33 PM

## Call Documentation

**Hopewell, Donald K, MD at 5/26/2016 12:27 PM**
Status  Signed

JOPL HEALTH INFORMATION           FLANAGAN,JAMIE S
MANAGEMENT                        MRN: E140238803
100 Mercy Way

Printed by 95369 at 11/14/16 10:59 AM

LIN00276

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 76 of 200

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ▮▮▮▮▮ Sex: F
Enc. Date: 05/26/16

## Call Documentation (continued)

### Hopewell, Donald K, MD at 5/28/2018 12:27 PM (continued)

The patient is a 36-year-old who returns for followup of lumbar spondylosis, lumbar post laminectomy syndrome, lumbar spondylolisthesis, and episodic problems with inflammatory arthropathy associated with mixed connective tissue disease. Her low back pain continues to be lumbar with occasional radiation down the lateral aspect of the right leg into the foot. Over the last couple of months her pain has changed somewhat in character. There was no precipitating factor for this and it especially bothers her at night it tends to wax and wane with a couple of days where it is much worse than a couple of days where it is better. She has a difficult time describing the uncomfortable sensation in the legs. It is somewhere between her myalgia symptom and a feeling of intense fatigue. She says because of this sensation she basically does not want to get up and move around although there is no new weakness or sensory symptomatology. She has been using increased numbers of her when necessary pain medication because of this discomfort. She tells me that she has not had her sleep study done yet do to insurance issues. She continues to have problems sleeping through the night and continues with daytime hypersomnolence as well.

We reviewed past history, family history, social history, and review of systems. This information is all unchanged from that documented in her current records.

Neurologic examination on this date remains normal but the patient does have muscle tenderness in the lower extremities particularly in the calves bilaterally.

This is a patient who has been stable in terms of her pain issues until the last couple of months. I told her that this sounds more like a flare of her connective tissue process rather than her chronic neuropathic pain associated with her back issues. She does tell me that she's also had some problems with hand swelling and hand joint swelling as well. We discussed the possibility of using a course of dexamethasone. I have strongly encouraged her to followup with her rheumatologist and she tells me that she has a office visit scheduled in 2 weeks. I told her to check with rheumatology to make sure that using steroids would not alter anything that they would want to do prior to that visit and if not that we would do a five-day course of dexamethasone. We will continue her pain medications otherwise unchanged and she'll return for routine followup in 3 months.

DK Hopewell M.D.

---

## End of Encounter

---

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10.59 AM

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 77 of 200

LIN00277

MERCY HOSPITAL JOPLIN
100 Mercy Way
Joplin MO 64804-4524

FLANAGAN,JAMIE S
MRN: E140238803
DOB: ◼◼◼◼◼, Sex: F
Enc. Date: 06/28/16

## Call Documentation

**Newman, Laura C, LPN at 6/28/2016 5:14 PM**
 Status: Signed

Advised patient per Dr Hopewell she may take her oxycodone q 4-6 and we will fill early if she needs. She voices understanding.

**Hopewell, Donald K, MD at 6/28/2016 4:51 PM**
 Status: Signed

She can increase her oxycodone to q 4-6 hours prn pain and we can fill early when she needs it

**Newman, Laura C, LPN at 6/28/2016 3:41 PM**
 Status: Signed

Patient called states she is in Florida, had an abscess on her leg she went to have it lanced and the dr gave her a rx for norco 5. She asked him to call here, she explained that she cant take pain meds from anyone else but he wouldn't call. She asked what do you want her to do I told her do not fill that script she said she will not, she needs to know if she needs to do anything different with her current regimen, because she is in a lot of pain. Please advise

## End of Encounter

## END OF REPORT

JOPL HEALTH INFORMATION
MANAGEMENT
100 Mercy Way

FLANAGAN,JAMIE S
MRN: E140238803

Printed by 95369 at 11/14/16 10:59 AM

LIN00278

Case 3:17-cv-05060-MDH Document 35-2 Filed 05/15/18 Page 78 of 200

## CoxHealth

### CoxHealth Center Crane

Patient Name:    FLANAGAN, JAMIE SUE                          Location:  CHC Crane
Account Number: AMB000000452070
MRN: 5605724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ▮▮▮▮      Age: 36 years    Female    Admit Date: 1/28/2016    Discharge Date:  2/12/2016

### Office Clinic Notes

Result Date/Time:                              1/28/2016 10:41 CST
Performed By:                                  Powell PA,Crystal J (1/28/2016 10:42 CST)
Electronically Signed By:                      Thomas MD,Damon (2/12/2016 11:25 CST); Powell PA,Crystal
                                               J (2/11/2016 22:41 CST)

**Chief Complaint**
New Establish Care Med refill.

**Nurse Intake**
Nursing Intake

General Information
Physicians and Specialties: Dr
Beth Knox (pcp) Dr Ann Winkler
(rheumatologist) Dr Donald
Hopewell (pain management) Dr
Diane Cornelison (neurologist)
01/28/16

Pain Information
Pain Present: Yes actual or
suspected pain 01/28/16

Pain Intensity: 3 01/28/16
Pain Location: Leg 01/28/16

**General Nurse Comments:**

**History of Present Illness**
Here today to establish care.
Needing refill of her Epi Pen. Uses this for hx of angioedema, uncertain of the cause. Has
been referred for allergist consult in the past but did not go, does not wish to see allergist
at this time. Not taking an antihistamine, hasn't helped in the past apparently. No recent
flare ups.
Has hx of chronic back pain, had L5-S1 PLIF with Dr. Mace 4/2011. Is on multiple
chronic pain medications and muscle relaxant, managed per pain clinic.
Also has hx of undifferentiated autoimmune d/o, followed by Dr. Winkler.
Also has hx of GERD, anxiety, and depression. She feels these are well-controlled at this
time.
She is a NP, but not currently working, on disability due to her multiple health problems.

**Review of Systems**
See HPI. All other ROS reviewed as negative or not pertinent.

**Problem List/Past Medical History**
Angioedema:
Chronic back pain:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:

**Procedure/Surgical History**
Breast reconstruction, Cesarean section,
Cholecystectomy, foot surgery bilateral, spinal
fusion with cage and graft, TAH BSO - Total
abdominal hysterectomy and bilateral
salpingo-oophorectomy.

**Medications**
ALPRAZolam 0.5 mg oral tablet, See
  Instructions, 2 refills
belladonna/caffeine/ergotamine/pentobarbit
  al, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By
  mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
EPINEPHrine 0.3 mg injectable kit, IM,
  ONCE
ibuprofen, 800 mg, By mouth, as needed,
  PRN
MiraLax oral powder for reconstitution, 17 g,
  By mouth, at bedtime
morphine 100 mg/24 hours oral capsule,
  extended release, 200 mg, 2 cap, By
  mouth, Q12H
Plaquenil Sulfate 200 mg oral tablet, 400
  mg, 2 tab, By mouth, at bedtime
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By
  mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab,
  By mouth, BID

**CONFIDENTIAL PATIENT INFORMATION**
UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000452070                DOS: 1/28/2016        Report Request ID:  77482572
Patient Name:    FLANAGAN, JAMIE SUE           DOB: ▮▮▮▮            Print Date/Time:  11/16/2016 08:40 CST

PAGE 11/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 79 of 200

LIN00279

## CoxHealth

| Office Clinic Notes |
| --- |

### Physical Exam

#### Vitals & Measurements
HR: 68  RR: 12  BP: 100 / 60  HT: 65.5 in  WT: 147 lb  BMI: 24.1
General: In no acute distress. Alert & oriented. Behavior and affect appropriate to situation
Skin: Warm and dry with no rash or suspicious lesions noted.
CV: Regular rate and rhythm without murmur.
Chest: Respirations even and unlabored. Lungs clear to auscultation. No rhonchi. No crackles. No wheezing.

### Assessment/Plan
Encounter to establish care
 Meds reviewed. Pt is aware of clinic's policy for new pts regarding controlled medications. She will continue f/u with pain clinic.
Ordered:
Office Visit Level 2 New 99202

Hx of angioedema
 Epi pen refilled today. Recommended referral for allergy consult, but pt declines at this time.
Ordered:
Office Visit Level 2 New 99202

 Other
Rx for Epi pen sent to pharmacy.
She will return soon for well exam.

Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

### Allergies
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)

### Social History
Alcohol
 Denies
 Substance Abuse
 Denies
Tobacco
 Never smoker

### Family History

### Health Maintenance
Health Maintenance
Pending (in the next year)
OverDue
Influenza Vaccine due 08/31/15 and every 1 yr
Due
Cervical Cancer Screening due 01/28/16 and every 5 yr
HIV AB due 01/28/16 One-time only
Pertussis Vaccine due 01/28/16 One-time only
Tetanus/TD Vaccine due 01/28/16 and every 10 yr
Satisfied (in the past 1 year)
There are no satisfied recommendations within the defined date range

### Lab Results

#### POC Lab Results
No qualifying data available.

### Diagnostic Results

### Other

*Electronically signed by:Powell PA, Crystal J 02/11/16 22:41*
*Electronically cosigned by: Thomas MD, Damon 02/12/16 11:25*

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

| | | |
| --- | --- | --- |
| Account Number: AMB000000452070 | DOS: 1/28/2016 | Report Request ID:  77482572 |
| Patient Name:   FLANAGAN, JAMIE SUE | DOB: ▓▓▓▓ | Print Date/Time:  11/16/2016 08:40 CST |

**LIN00280**

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 80 of 200

*CoxHealth*

## Office Clinic Notes

Result Date/Time:      6/16/2016 07:48 CDT
Performed By:      Winkler MD,Anne (6/16/2016 07:50 CDT)
Electronically Signed By:      Winkler MD,Anne (6/16/2016 09:46 CDT)

### History of Present Illness

10/2/14 Jamie returns today for followup of her UCTD. she is on plaquenil. She also has significant DDD of cervical and lumbar spine. she has been out of her plaquenil for three weeks and she has had mild achiness in her shoulders and hands. she knows that the medication does help. she did have large number of seed tick bites.

4/2/15 Jamie returns today for followup of her UCTD she is on plaquenil and has stopped it inthe past with worsening symptoms off plaquenil. Shd also has DDD of cervical and lumbar spine which continues to be ongoing problems for her. Seh had flare in december which were treated with steroids and that helped. she continues to have fatigue more in the recent past. her shoulders and elbows were hurting more for a few weeks. she did not call or take steroids. however it has gotten better. sleep is ok but she is not rested.

9/3/15 Jamie returns today for followup of her mild synovitis. she is on plaquenil. she had one flare this summer which required mdrol dose pack and did help. she states that she feels more achy in general. she gets her pain medicine from Dr Hopewell. she is very depressed and anxious. she feels tired some days. she is not sure if it is related to sun exposure. it takes two days to recover from the spells of fatigue and feeling that she has the flu. she does not know if prednisone would help these spells. she has a tens unit but has not been using it. she is sleeping not too badly but she does awaken due to pain usually in her legs. she feels a grinding in her back. she has not seen Dr Mace for over a year. she is now taking 6 daily of dilaudid for breakthrough pain. she did have hives on sunday and used her epipen.

6/16/16 Jamie returns today for UTD> she states that she was ok for some time but now is not doing as well for the last 3-4 months. she feels that she Is swelling more in her hands and elbows and also having increased fatigue. she hurts all over as well but she does feel that her worse areas hands and elbows and shoulders and hips. she is not wearing any rings due to swelling in her fingers. she has had one dose pak (but not full one) about a few weeks ago. the steroids did help. she is not sleeping again. she has problems in tehesun and gets very failgued and sleeps for two days. she does not have a rash

PAST MEDICAL HISTORY:
congenital flexible flat foot
Anxiety
Depression
Insomnia
pars defect with chronic back pain/spondylolysthesis
annular tear x 2-cervical

SOCIAL HISTORY:

SOCIAL HISTORY: She is married. She is a nurse practitioner but is presently not working due to her health issues. She does not smoke or use alcohol.

FAMILY HISTORY: Positive for rheumatoid arthritis, lupus, psoriatic arthritis, pseudotumor cerebri, cancer,

### Problem List/Past Medical History
Angioedema:
Chronic back pain:
Drug therapy observations:
Gastroesophageal reflux disease:
Mixed anxiety and depressive disorder:
Undifferentiated connective tissue disease:

### Procedure/Surgical History
spinal fusion with cage and graft (2011), Cholecystectomy (2004), Breast reconstruction, Cesarean section, foot surgery bilateral, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

### Medications
ALPRAZolam 0.5 mg oral tablet, See Instructions
belladonna/caffeine/ergotamine/pentobarbit al, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
ibuprofen, 800 mg, By mouth, as needed, PRN
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
morphine 100 mg/24 hours oral capsule, extended release, 200 mg, 2 cap, By mouth, Q12H
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime, 3 refills
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

### Allergies
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)
Darvocet A500

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000871247      DOS: 6/16/2016      Report Request ID: 76713384
Patient Name:    FLANAGAN, JAMIE SUE      DOB: ▮▮▮▮      Print Date/Time: 11/9/2016 07:16 CST

PAGE 13/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00281

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 81 of 200

## CoxHealth

### Office Clinic Notes

diabetes, heart disease, hypertension, hypercholesterolemia.

**Review of Systems**
review of systems: hair loss, dry eyes and dry mouth, lymphadenopathy, pulmonary or cardiac problems, GI problems, infections, fever, sweats or chills, sleep issues, mouth or nasal sores. All were negative as per return patient form dated 6/16/16 except for bladder infections and dry eyes and sleep issues and GI issues.

**Physical Exam**
PE: general appropriate build

HEENT: pupils equal and round no conjunctival irritation no temporal artery tenderness

SKIN: clear without rashes or lesions

NECK: no lymphadenopathy or thyromegaly or parotid gland swelling

LUNGS: clear to a and p without rales or wheezing

COR: RRR without murmurs or gallops

MUSCULOSKELETAL:

**Assessment/Plan**
1. Undifferentiated connective tissue disease
   will recheck lab including hla b27 and esr and crp and ana and ccp
2. Drug therapy
   may need to change plaquenil meanwhile will gie medrol dose pack again

**Other**
rtc in 1months

*Electronically signed by:Winkler MD, Anne 06/16/16 09:46*

**Social History**
Alcohol
  Denies
Employment/School
  Highest education level: University
    degree(s). Status: Full time.
  Occupation: Nurse
    practitioner-Neurology Office.
Home/Environment
  Marital status Married. Lives with:
    Children, Spouse.
Nutrition/Health
  Type of diet: Follows healthy diet. Caffeine
    intake amount: Denies.
Sexual
  Sexually active: Yes.
Substance Abuse
  Denies
Tobacco
  Never smoker

**Family History**
Alcohol abuse: FATHER and PGF.
Depression: MOTHER and AUNT.
Diabetes mellitus: FATHER.
Heart disease: FATHER, MGF, MGM, PGF
  and PGM.
Hypertension: MOTHER, BROTHER, MGF,
  MGM and PGF.
Liver cancer: MGF.
Stroke: MGF.
Tongue cancer: PGF.

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

| | | |
|---|---|---|
| Account Number: AMB000000871247 | DOS: 6/16/2016 | Report Request ID: 76713384 |
| Patient Name: FLANAGAN, JAMIE SUE | DOB: ▓▓▓▓ | Print Date/Time: 11/9/2016 07:16 CST |

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 82 of 200

**LIN00282**

## CoxHealth

CoxHealth Rheumatology - Branson
121 Cahill Rd # 205
Branson, MO 65616-

(417) 348-8253

Patient Name:    FLANAGAN, JAMIE SUE                              Location:  CHC Rheum Br
Account Number: AMB000001108003
MRN: 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ████        Age: 36 years    Female        Admit Date:  9/1/2016        Discharge Date:  9/16/2016

### Office Clinic Notes

Result Date/Time:                          9/1/2016 07:36 CDT
Performed By:                              Winkler MD,Anne (9/1/2016 07:37 CDT)
Electronically Signed By:                  Winkler MD,Anne (9/1/2016 11:08 CDT)

### History of Present Illness

10/2/14 Jamie returns today for followup of her UCTD. she is on plaquenil. She also has significant DDD of cervical and lumbar spine. she has been out of her plaquenil for three weeks and she has had mild achiness in her shoulders and hands. she knows that the medication does help. she did have large number of seed tick bites.

4/2/15 Jamie returns today for followup of her UCTD she is on plaquenil and has stopped it inthe past with worsening symptoms off plaquenil. Shd also has DDD of cervical and lumbar spine which continues to be ongoing problems for her. Seh had flare in december which were treated with steroids and that helped. she continues to have fatigue more in the recent past. her shoulders and elbows were hurting more for a few weeks. she did not call or take steroids. however it has gotten better. sleep is ok but she is not rested.

9/3/15 Jamie returns today for followup of her mild synovitis. she is on plaquenil. she had one flare this summer which required mdrol dose pack and did help. she states that she feels more achy in general. she gets her pain medicine from Dr Hopewell. she is very depressed and anxious. she feels tired some days. she is not sure if it is related to sun exposure. it takes two days to recover from the spells of fatigue and feeling that she has the flu. she does not know if prednisone would help these spells. she has a tens unit but has not been using it. she is sleeping not too badly but she does awaken due to pain usually in her legs. she feels a grinding in her back. she has not seen Dr Mace for over a year. she is now taking 6 daily of dilaudid for breakthrough pain. she did have hives on sunday and used her epipen.

6/16/16 Jamie returns today for UCTD> she states that she was ok for some time but now is not doing as well for the last 3-4 months. she feels that she is swelling more in her hands and elbows and also having increased fatigue. she hurts all over as well but she does feel that her worse areas hands and elbows and shoulders and hips. she is not wearing any rings due to swelling in her fingers. she has had one dose pak (but not full one) about a few weeks ago. the steroids did help. she is not sleeping again. she has problems in the sun and gets very fatigued and sleeps for two days. she does not have a rash

9/1/16 Jamie returns today for UCTD. she states that she did feel better with the medrol dose pack and it lasted for about one - two months. she does feel that the pain medicines that she is on is helping much. she is limited though in what her insurance will cover. her worse areas are her back and then sometimes all over pain and then she has swelling in her fingers. this ocurs one or two times a month. she feels that she is not depressed. she is not sleeping well due to the pain. her right thigh pain is the worse at present.

PAST MEDICAL HISTORY:

### Problem List/Past Medical History

Angioedema:
Chronic back pain:
Drug therapy:
GERD (gastroesophageal reflux disease):
Anxiety and depression:
Undifferentiated connective tissue disease:

### Procedure/Surgical History

spinal fusion with cage and graft (2011), Cholecystectomy (2004), Breast reconstruction, Cesarean section, foot surgery bilateral, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

### Medications

ALPRAZolam 0.5 mg oral tablet, See Instructions
Donnatal, 1 tab, By mouth, as needed, PRN
ibuprofen, 800 mg, By mouth, as needed, PRN
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
morphine 100 mg/24 hours oral capsule, extended release, 200 mg, 2 cap, By mouth, Q12H
oxyCODONE 30 mg oral tablet, 30 mg, 1 tab, By mouth, Q6H, PRN
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime, 3 refills
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000001108003                      DOS: 9/1/2016        Report Request ID:  76713390
Patient Name:    FLANAGAN, JAMIE SUE                  DOB: ████        Print Date/Time:   11/9/2016 07:17 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 83 of 200

LIN00283

*CoxHealth*

| *Office Clinic Notes* |
| --- |

congenital flexible flat foot
Anxiety
Depression
Insomnia
pars defect with chronic back pain/spondylolysthesis
annular tear x 2-cervical


**SOCIAL HISTORY:**

SOCIAL HISTORY: She is married. She is a nurse practitioner but is presently not working due to her health issues. She does not smoke or use alcohol.

FAMILY HISTORY: Positive for rheumatoid arthritis, lupus, psoriatic arthritis, pseudotumor cerebri, cancer, diabetes, heart disease, hypertension, hypercholesterolemia.

**Review of Systems**
review of systems: hair loss, dry eyes and dry mouth, lymphadenopathy, pulmonary or cardiac problems, GI problems, infections, fever, sweats or chills, sleep issues, mouth or nasal sores. All were negative as per return patient form dated 9/1/16 except for dry eyes and abscess on left leg and sleep issues

**Physical Exam**
PE: general thin wf

HEENT: pupils equal and round noconjunctival irritation no temporal artery tenderness

SKIN: clear without rashes or lesions

NECK: no lymphadenopathy or thyromegaly or parotid gland swelling

LUNGS: clear to a and p without rates or wheezing

COR: RRR without murmurs or gallops

MUSCULOSKELETAL: no synovitis in any joints

**Assessment/Plan**
1. Undifferentiated connective tissue disease
   will cotnineu plaugenil and use prn medrol for flares
2. Drug therapy
   q 6month lab and yearly eye exam

**Other**
sleep issues - will try amitryptilene - she has at home and she will call us regarding her dose and we will tell her how to start it

*Electronically signed by:Winkler MD, Anne 09/01/16 11:08*

Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

**Allergies**
Ambien (Sleep walking)
Lunesta (Sleep walking)
adhesive (Rash)
Darvocet A500

**Social History**
Alcohol
  Denies
Employment/School
  Highest education level: University degree(s). Status: Full time.
  Occupation: Nurse practitioner-Neurology Office.
Home/Environment
  Marital status Married. Lives with: Children, Spouse.
Nutrition/Health
  Type of diet: Follows healthy diet. Caffeine intake amount: Denies.
Sexual
  Sexually active: Yes.
Substance Abuse
  Denies
Tobacco
  Never smoker

**Family History**
Alcohol abuse: FATHER and PGF.
Depression: MOTHER and AUNT.
Diabetes mellitus: FATHER.
Heart disease: FATHER, MGF, MGM, PGF and PGM.
Hypertension: MOTHER, BROTHER, MGF, MGM and PGF.
Liver cancer 13-JUL-2016 12:15:47<$>: MGF.
Stroke 13-JUL-2016 12:19:01<$>: MGF.
Tongue cancer 13-JUL-2016 12:26:32<$>: PGF.

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000001108003              DOS: 9/1/2016          Report Request ID: 76713390
Patient Name:    FLANAGAN, JAMIE SUE          DOB: ▒▒▒▒    Print Date/Time: 11/9/2016 07:17 CST

LIN00284

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 84 of 200

## CoxHealth

### Office Clinic Notes

Result Date/Time:                          12/7/2015 08:26 CST
Performed By:                              Mace MD,J Charles (12/7/2015 08:27 CST)
Electronically Signed By:                  Mace MD,J Charles (12/7/2015 09:58 CST)

**Chief Complaint**
increased low back pain
R>L leg pain

**Nurse Intake**
**Nursing Intake**

| General Information | Pain Information |
| --- | --- |
| Onset of Symptoms: 6 months ago 12/07/15 | Pain Present: Yes actual or suspected pain 12/07/15 |
| Information Given By: Patient 12/07/15 | Pain Intensity: 5 12/07/15 |
| Physicians and Specialties: Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison (neurologist) 12/07/15 | Pain Location: low back 12/07/15 |

Pain Quality: worse with sitting 12/07/15

**Problem List/Past Medical History**
**Angioedema:**
**Chronic back pain:**
**Gastroesophageal reflux disease:**
**Mixed anxiety and depressive disorder:**

**Procedure/Surgical History**
Breast reconstruction, Cesarean section, Cholecystectomy, foot surgery bilateral, spinal fusion with cage and graft, TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy.

**Medications**
belladonna/caffeine/ergotamine/pentobarbit al, 1 tab, By mouth, as needed, PRN
Dilaudid 4 mg oral tablet, 4 mg, 1 tab, By mouth, as needed, PRN
Donnatal, 1 tab, By mouth, as needed, PRN
ibuprofen, 800 mg, By mouth, as needed, PRN
Limu vegetabl/fruit juic, 4 oz, By mouth, Daily
MiraLax oral powder for reconstitution, 17 g, By mouth, at bedtime
MS Contin 15 mg/12 hr oral tablet, extended release, 15 mg, 1 tab, By mouth, BID
MS Contin 60 mg/12 hours oral tablet, extended release, 120 mg, 2 tab, By mouth, Q12H
Phenergan 25 mg oral tablet, 25 mg, 1 tab, By mouth, Q4-6H
Plaquenil Sulfate 200 mg oral tablet, 400 mg, 2 tab, By mouth, at bedtime
Protonix, 40 mg, By mouth, as needed, PRN
Robaxin-750 oral tablet, 750 mg, 1 tab, By mouth, Q8H, PRN
Soma, 350 mg, Q8H, PRN
Topamax 50 mg oral tablet, 50 mg, 1 tab, By mouth, BID
Tums E-X 750 mg oral tablet, chewable, 1500 mg, 2 tab, By mouth, Q1Hr, PRN
Wellbutrin SR 150 mg/12 hours oral tablet, extended release, 150 mg, 1 tab, By mouth, BID
Xanax, 0.25 mg, at bedtime, PRN
Zofran 4 mg oral tablet, 4 mg, 1 tab, By mouth, Q6H, PRN

**History of Present Illness**
35 year old female returns in follow up of LS-S1 PLIF for LBP and R>L leg pains 4/1/2011. Slow to improve following surgery. Returns with c/o progressive LBP and Right more than left leg pains. LBP feels "like something is moving" that is worse with bending and flexing to the right. Right L5 type leg pains described as aching and burning pain.
Denies leg weakness. Bowel and bladder intact.
Treatments: ESI with Dr Cornelison- no help, Morphine 400mg daily, hydromorphone 8mg tabs- 6 per day, muscle relaxers from Dr Hopewell.

**Review of Systems**
General Statement:    Denies significant change In weight, fever, chills & fatigue
Eye Statement:    Denies changes in vision.
ENT Statement:    Denies changes in hearing, sinus headaches or ENT symptoms.
Cardiovascular Statement:    Denies chest pain, palpitations, and edema
Respiratory Statement:    Denies cough, wheezing, and dyspnea
GI Statement:    Denies nausea, vomiting, food intolerance, abdominal pain, & change in bowel pattern
GU Statement:    Denies dysuria, urinary incontinence, breast lumps & vaginal discharge
Musculoskeletal Admits to:    Back pain
Skin Statement:    Denies rashes, lesions & pruritus
Neurologic Admits to:    Paresthesia,Other: numbness in right foot and leg
Psychiatric Statement:    Denies symptoms of anxiety, depression, & insomnia
Endocrine Statement:    Denies excessive thirst, excessive urination, and changes in skin or hair texture
Heme/Lymph Statement:    Denies easy bleeding and bruising
Allergy/Immunology Statement:    Denies seasonal allergies and persistent infections

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE       DOB: ●●●●●●          Print Date/Time:  11/9/2016 08:27 CST

LIN00285

## CoxHealth

### Office Clinic Notes

Sleep Statement:    Denies sleep problems

**Physical Exam**

**Vitals & Measurements**
HR:  69  RR:  17  BP:  105 / 66  HT:  65  in  WT:  135  lb  BMI:  22.5
LBP, right more than left L5 pain

Except as noted above:

General:  Well developed,  well nourished,  in no distress
Lungs:  clear to auscultation
Heart:  regular rate and rhythm
Abdomen:  soft,  non-tender,  normal bowel sounds
Skin:  without rash or lesions
Extremities:  no edema,  cyanosis or clubbing
Musculoskeletal:   no joint pain or swelling with fair range of motion, no pain with palpation of spine.  No pain in F/E
MS: Oriented to person, place and time. Recent and remote memory are intact. Attention span and concentration are normal. Speech is fluent, without dysarthria or aphasia. Adequate historian with normal fund of knowledge. Moods are consistent with situation, affect is euthymic. Thought process is coherent, content is without delusions or hallucinations.
Motor: Strength is 5/5 throughout for age and stature. Tone and bulk are normal, without gross atrophy, fasciculations or adventitious movements.
SENS: Intact to light touch
DTR: 2/4 throughout upper and lower extremities.
COORD: intact
GAIT: Able to heel, toe and tandem walk without significant difficulty.

**Assessment/Plan**
Chronic low back pain
Lumbar radiculopathy

**Other**
History of L5-S1 PLIF in 2011

Chronic low back pain and associated bilateral (R>L) leg pain,  she has continued to have symptom even after 2011 surgery

Imaging with what appears to be good fusion L5-S1 but some progression of the degeneration at L4-5 with some left L4-5 foraminal stenosis.

No role for surgical intervention at this time,    she will try water exercises and exercise for core strengthening.

**Allergies**
Ambien (Sleep walking)
Darvocet-N 50 (Rash)
Lunesta (Sleep walking)
adhesive (Rash)

**Social History**
Alcohol
    Denies
Substance Abuse
    Denies
Tobacco
    Never smoker

**Family History**

**Health Maintenance**
Health Maintenance
Pending (in the next year)
OverDue
Influenza Vaccine due 09/01/15 and every 1 yr
Due
Cervical Cancer Screening due 12/07/15 and every 5 yr
HIV AB due 12/07/15 One-time only
Pertussis Vaccine due 12/07/15 One-time only
Tetanus/TD Vaccine due 12/07/15 and every 10 yr
Satisfied (in the past 1 year)
There are no satisfied recommendations within the defined date range

**Lab Results**

**POC Lab Results**
No qualifying data available.

**Diagnostic Results**

IMPRESSION LUMBAR CT SPINE:

1. PLIF L5-S1 without complicating feature and expected postoperative change.

2. Degenerative disk disease and spondylosis L4-5 with facet joint arthropathy and disk bulge/protrusion left subarticular and extraforaminal zone. There is contact with the exiting left L4 nerve root but no definite impingement. [1]

IMPRESSION: MR lumbar

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619          DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE        DOB:               Print Date/Time:  11/9/2016 08:27 CST

LIN00286

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 86 of 200

## *CoxHealth*

### *Office Clinic Notes*

1. PLIF L5-S1 without complicating feature.

2. L4-L5 facet joint arthropathy and left extraforaminal zone disc protrusion with annular fissure. There is contact with the exiting left L4 nerve root. [2]

**Other**

[1]CT Lumbar Spine wo Contrast Routine; Marcum , Laura L 10/15/2015 09:47
[2]MR Lumbar w wo Contrast; Taylor , Jennifer A 10/15/2015 08:56

*Electronically signed by:Mace MD, J Charles 12/07/15 09:58*

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6088 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619     DOS: 12/7/2015   Report Request ID: 76717755
Patient Name:  FLANAGAN, JAMIE SUE     DOB: 4&#9608;&#9608;&#9608;&#9608; Print Date/Time: 11/9/2016 08:27 CST


LIN00287

*CoxHealth*

Springfield Neurological and Spine Institute
3801 S National Ave
Ste 700
Springfield, MO 65807-
(111) 111-1111

Patient Name:    FLANAGAN, JAMIE SUE         Location:   SNSI; Exam 2
Account Number: AMB000000289619
MRN: 5606724; 2770357; 420680; 413496; 158074; 4827891; SNI0087223; AMB0101666
DOB: ▮▮▮▮▮    Age: 36 years    Female     Admit Date: 12/7/2015      Discharge Date: 12/22/2015

### Allergies

| Substance | Allergy Type | Allergy Category | Severity | Reaction Status | Reaction Symptom | Recorded On Behalf Of | Updated Date/Time | Updated By | Reviewed By | Reviewed Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Lunesta | Allergy | Drug | Moderate | Active | Sleep walking | McCroskey RN, Darla L | 5/10/2013 10:33 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| Darvocet-N 50 | Allergy | Drug | Moderate | Canceled | Rash | McCroskey RN, Darla L | 1/28/2016 10:13 CST | Moore CMA,Lisa E | Moore CMA,Lisa E | 1/28/2016 10:13 CST |
| Darvocet A500 | Allergy | Drug | | Active | | Godown, April | 6/11/2016 19:20 CDT | Godown, April | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| Ambien | Allergy | Drug | Moderate | Active | Sleep walking | McCroskey RN, Darla L | 5/10/2013 10:33 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |
| adhesive | Allergy | Drug | Moderate | Active | Rash | McCroskey RN, Darla L | 5/10/2013 10:34 CDT | McCroskey RN, Darla L | Patton LPN, Simone N | 9/1/2016 10:50 CDT |

**CONFIDENTIAL PATIENT INFORMATION**
UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619       DOS: 12/7/2015      Report Request ID: 76717755
Patient Name:    FLANAGAN, JAMIE SUE       DOB: ▮▮▮▮▮    Print Date/Time: 11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 88 of 200    **LIN00288**

*CoxHealth*

*Powerform*

Result Date/Time:                              12/7/2015 09:10 CST
Performed By:                                  Hernandez MA,Lauren (12/7/2015 09.10 CST)
Electronically Signed By:                      Hernandez MA,Lauren (12/7/2015 09:10 CST)

### Adult Ambulatory Care Intake and History Entered On: 12/7/2015 9:19
### Performed On: 12/7/2015 9:10 by Hernandez MA, Lauren

**General Info**
Chief Complaint Details : Increased low back pain
Onset of Symptoms : 6 months ago
Information Given By : Patient
Physicians and Specialties : Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison (neurologist)

Hernandez MA, Lauren - 12/7/2015 9:10

**Vital Signs**
Pulse Rate : 69
Respiratory Rate : 17
BP Systolic : 106
BP Diastolic : 66
BP Location : Arm, left
MAP : 79
Pain Present : Yes actual or suspected pain
Pain Intensity : 5
Location : low back
Quality : worse with sitting
Weight (lb) (Clinical) : 135 lb(Converted to: 61 kg)
Height (Inches) : 65 in(Converted to: 5 ft 5 in, 165.10 cm)
BMI (Clinical) : 22.5 kg/m2

Hernandez MA, Lauren - 12/7/2015 9:10

**Allergy**

(As Of: 12/7/2015 09:19:45 CST)

<u>Allergies (Active)</u>

| | |
|---|---|
| adhesive | Estimated Onset Date: Unspecified ; Reactions: Rash ; Created By: McCroskey RN, Darla L; Reaction Status: Active ; Category: Drug ; Substance: adhesive ; Type: Allergy ; Severity: Moderate ; Updated By: McCroskey RN, Darla L; Source: Patient ; Reviewed Date: 12/7/2015 9:14 |
| Ambien | Estimated Onset Date: Unspecified ; Reactions: Sleep walking ; Created By: McCroskey RN, Darla L; Reaction Status: Active ; Category: Drug ; Substance: Ambien ; Type: Allergy ; Severity: Moderate ; Updated By: McCroskey RN, Darla L; Source: Patient ; Reviewed Date: 12/7/2015 9:14 |
| Darvocet-N 50 | Estimated Onset Date: Unspecified ; Reactions: Rash ; Created By: McCroskey RN, Darla L; Reaction Status: Active ; Category: Drug ; Substance: Darvocet-N 50 ; Type: Allergy ; Severity: Moderate ; Updated By: McCroskey RN, Darla L; Source: Patient Survey ; Reviewed Date: 12/7/2015 9:14 |
| Lunesta | Estimated Onset Date: Unspecified ; Reactions: Sleep walking ; Created By: McCroskey RN, Darla L; Reaction Status: Active ; Category: Drug ; Substance: Lunesta ; Type: |

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-8068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                DOS: 12/7/2015              Report Request ID: 76717755
Patient Name: FLANAGAN, JAMIE SUE              DOB: ████████            Print Date/Time: 11/9/2016 08.27 CST

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 89 of 200          LIN00289

## *CoxHealth*

```
Powerform
```

Allergy ; Severity:   Moderate ; Updated By:   McCroskey RN,
Darla L; Source:   Patient ; Reviewed Date:   12/7/2015 9:14

**Medication History**
<u>Medication List</u>

(As Of: 12/7/2015 09:19:45 CST)

**Home Meds**

| | |
|---|---|
| morphine | : morphine ; Status:  Documented ; Ordered As Mnemonic: morphine 100 mg/24 hours oral capsule, extended release ; Simple Display Line:   200 mg, 2 cap, By mouth, Q12H, 0 Refill(s) ; Catalog Code:  morphine ; Order Dt/Tm:   12/7/2015 09:17:22 |
| Special Drug Order-MED | : Special Drug Order-MED ; Status:   Deleted ; Ordered As Mnemonic:   Limu vegetabl/fruit juic ; Simple Display Line:   4 oz, By mouth, Daily ; Catalog Code:   Special Drug Order-MED ; Order Dt/Tm:   5/10/2013 10:32:16 |
| ibuprofen | : ibuprofen ; Status:   Documented ; Ordered As Mnemonic: ibuprofen ; Simple Display Line:   800 mg, By mouth, as needed, stopped taking 4-29, PRN: as needed for pain ; Catalog Code: ibuprofen ; Order Dt/Tm:   5/10/2013 10:25:05 |
| calcium carbonate | :  calcium carbonate ; Status:   Deleted ; Ordered As Mnemonic: Tums E-X 750 mg oral tablet, chewable ; Simple Display Line: 1,500 mg, 2 tab, By mouth, Q1Hr, 480 tab, PRN: for control of stomach acid ; Catalog Code:   calcium carbonate ; Order Dt/Tm:   5/10/2013 10:24:42 |
| pantoprazole | : pantoprazole ; Status:   Documented ; Ordered As Mnemonic: Protonix ; Simple Display Line:   40 mg, By mouth, as needed, PRN: as needed for acid reflux ; Catalog Code:  pantoprazole ; Order Dt/Tm:   5/10/2013 10:23:55 |
| alprazolam | : alprazolam ; Status:   Documented ; Ordered As Mnemonic: Xanax ; Simple Display Line:   0.25 mg, By mouth, at bedtime, PRN: as needed for sleep ; Catalog Code:   ALPRAZolam ; Order Dt/Tm:   5/10/2013 10:23:36 |
| topiramate | : topiramate ; Status:   Documented ; Ordered As Mnemonic: Topamax 50 mg oral tablet ; Simple Display Line:   50 mg, 1 tab, By mouth, BID ; Catalog Code:  topiramate ; Order Dt/Tm: 5/10/2013 10:22:53 |
| bupropion | : bupropion ; Status:  Documented ; Ordered As Mnemonic: Wellbutrin SR 150 mg/12 hours oral tablet, extended release ; Simple Display Line:   150 mg, 1 tab, By mouth, BID, 180 tab ; Catalog Code:  bupropion ; Order Dt/Tm:  5/10/2013 10:22:41 |

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                  DOS: 12/7/2015              Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE               DOB: ▓▓▓▓    Print Date/Time:  11/9/2016 08:27 CST

**LIN00290**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 90 of 200

*CoxHealth*

---

*Powerform*

---

hydroxychloroquine

: hydroxychloroquine ; Status: Documented ; Ordered As Mnemonic: Plaquenil Sulfate 200 mg oral tablet ; Simple Display Line: 400 mg, 2 tab, By mouth, at bedtime, 180 tab ; Catalog Code: hydroxychloroquine ; Order Dt/Tm: 5/10/2013 10:22:20

ondansetron

: ondansetron ; Status: Documented ; Ordered As Mnemonic: Zofran 4 mg oral tablet ; Simple Display Line: 4 mg, 1 tab, By mouth, Q6H, PRN: as needed for nausea/vomiting ; Catalog Code: ondansetron ; Order Dt/Tm: 5/10/2013 10:22:02

promethazine

: promethazine ; Status: Deleted ; Ordered As Mnemonic: Phenergan 25 mg oral tablet ; Simple Display Line: 25 mg, 1 tab, By mouth, Q4-6H, as needed for nausea and vomiting ; Catalog Code: promethazine ; Order Dt/Tm: 5/10/2013 10:21:47

atropine/hyoscyamine/PB/scop olamine

: atropine/hyoscyamine/PB/scopolamine ; Status: Documented ; Ordered As Mnemonic: Donnatal ; Simple Display Line: 1 tab, By mouth, as needed, PRN: as needed for irritable bowel symptoms ; Catalog Code: atropine/hyoscyamine/PB/scopolamine ; Order Dt/Tm: 5/10/2013 10:21:32

belladonna/caffeine/ergotamine /pentobarbital

: belladonna/caffeine/ergotamine/pentobarbital ; Status: Documented ; Ordered As Mnemonic: belladonna/caffeine/ergotamine/pentobarbital ; Simple Display Line: 1 tab, By mouth, as needed, PRN: as needed for stomach cramps ; Catalog Code: belladonna/caffeine/ergotamine/pentobarb ; Order Dt/Tm: 5/10/2013 10:21:07

polyethylene glycol 3350 (Miralax)

: polyethylene glycol 3350 (Miralax) ; Status: Documented ; Ordered As Mnemonic: MiraLax oral powder for reconstitution ; Simple Display Line: 17 g, By mouth, at bedtime, dissolve in water before taking, 255 g ; Catalog Code: polyethylene glycol 3350 (Miralax) ; Order Dt/Tm: 5/10/2013 10:20:30

methocarbamol

: methocarbamol ; Status: Documented ; Ordered As Mnemonic: Robaxin-750 oral tablet ; Simple Display Line: 750 mg, 1 tab, By mouth, Q8H, PRN: as needed for pain ; Catalog Code: methocarbamol ; Order Dt/Tm: 5/10/2013 10:19:45

carisoprodol

: carisoprodol ; Status: Documented ; Ordered As Mnemonic: Soma ; Simple Display Line: 350 mg, By mouth, Q8H, PRN: as needed for pain ; Catalog Code: carisoprodol ; Order Dt/Tm: 5/10/2013 10:19:23

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619          DOS: 12/7/2015       Report Request ID: 76717755
Patient Name:   FLANAGAN, JAMIE SUE          DOB: ▮▮▮▮     Print Date/Time: 11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 91 of 200    **LIN00291**

## *CoxHealth*

| Powerform |
| --- |

| | |
| --- | --- |
| HYDROmorphone | : HYDROmorphone ; Status: Documented ; Ordered As Mnemonic: Dilaudid 4 mg oral tablet ; Simple Display Line: 4 mg, 1 tab, By mouth, as needed, PRN: as needed for pain ; Catalog Code: HYDROmorphone ; Order Dt/Tm: 5/10/2013 10:18:59 |
| morphine | : morphine ; Status: Deleted ; Ordered As Mnemonic: MS Contin 15 mg/12 hr oral tablet, extended release ; Simple Display Line: 15 mg, 1 tab, By mouth, BID ; Catalog Code: morphine ; Order Dt/Tm: 5/10/2013 10:18:31 |
| morphine | : morphine ; Status: Deleted ; Ordered As Mnemonic: MS Contin 60 mg/12 hours oral tablet, extended release ; Simple Display Line: 120 mg, 2 tab, By mouth, Q12H ; Catalog Code: morphine ; Order Dt/Tm: 5/10/2013 10:18:13 |

**Social History**
**Social History**

                                                  (As Of: 12/7/2015 09:19:45 CST)

Tobacco:

    Never smoker   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

Alcohol:

    Denies   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

Substance Abuse:

    Denies   (Last Updated: 11/16/2015 09:23:20 CST by Finnegan MA, Shellsea)

**Procedure History**

**Procedure History**

                                                    (As Of: 12/7/2015 09:19:45 CST)

    Anesthesia Minutes: 0 ; Procedure Name: Cesarean section ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

    Anesthesia Minutes: 0 ; Procedure Name: Breast reconstruction ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619             DOS: 12/7/2015       Report Request ID: 76717755
Patient Name:    FLANAGAN, JAMIE SUE          DOB: ▮▮▮▮▮      Print Date/Time: 11/9/2016 08:27 CST

**LIN00292**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 92 of 200

## *CoxHealth*

---

### *Powerform*

---

Anesthesia Minutes: 0 ; Procedure Name: spinal fusion with cage and graft ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

Anesthesia Minutes: 0 ; Procedure Name: TAH BSO - Total abdominal hysterectomy and bilateral salpingo-oophorectomy ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

Anesthesia Minutes: 0 ; Procedure Name: foot surgery bilateral ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

Anesthesia Minutes: 0 ; Procedure Name: Cholecystectomy ; Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 12/7/2015 09:16:15 CST

**Family History**
**Family History**

(As Of: 12/7/2015 09:19:46 CST)

**ROS**
ROS General Statement : Denies significant change in weight, fever, chills & fatigue
ROS Eye Statement : Denies changes in vision.
ROS ENT Statement : Denies changes in hearing, sinus headaches or ENT symptoms.
ROS Cardiovascular Statement : Denies chest pain, palpitations, and edema
ROS Respiratory Statement : Denies cough, wheezing, and dyspnea
ROS GI Statement : Denies nausea, vomiting, food intolerance, abdominal pain, & change in bowel pattern
ROS Genitourinary Statement : Denies dysuria, urinary incontinence, breast lumps & vaginal discharge
ROS Musculoskeletal Admits To : Back pain
ROS Skin Statement : Denies rashes, lesions & pruritus
ROS Neurologic Admits To : Paresthesia, Other: numbness in right foot and leg
ROS Psychiatric Statement : Denies symptoms of anxiety, depression, & insomnia
ROS Endocrine Statement : Denies excessive thirst, excessive urination, and changes in skin or hair texture
ROS Heme/Lymph Statement : Denies easy bleeding and bruising
ROS Allergy/Immunology Statement : Denies seasonal allergies and persistent infections
Sleep Statement : Denies sleep problems

Hernandez MA, Lauren - 12/7/2015 9:10

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619     DOS: 12/7/2015     Report Request ID: 76717755
Patient Name: FLANAGAN, JAMIE SUE     DOB: ▮▮▮▮     Print Date/Time: 11/9/2016 08 27 CST

LIN00293

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 93 of 200

## CoxHealth

Visit Summary

Electronically Signed By:

**Visit Summary**
Visit Summary | Springfield Neurological and Spine Institute

# JAMIE FLANAGAN

Race: White | Ethnicity: Not Hispanic or Latino | Gender: Female | DOB: April 3, 1980 | Language: eng
Patient IDs: 5209675

# Table of Contents

- Encounter
- Visit
- Reason for Visit
- Vital Signs
- Problem List
- Allergies, Adverse Reactions, Alerts
- Medications
- Results
- Medications Administered During Your Visit
- Immunizations
- Encounter Procedures
- Social History
- Assessment and Plan
- Instructions

Back to TopEncounter

12/7/15
Springfield Neurological and Spine Institute 3801 S National Ave Ste 700 Springfield, MO 65807- USA
Discharge Diagnosis: Chronic low back pain

Discharge Diagnosis: Lumbar radiculopathy

Attending Physician: Mace MD, J Charles
Referring Physician: Winkler MD, Anne

Back to TopVisit

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                          DOS: 12/7/2015            Report Request ID:   76717755
Patient Name:     FLANAGAN, JAMIE SUE                     DOB: ⬛⬛⬛⬛         Print Date/Time:   11/9/2016 08 27 CST

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 94 of 200     **LIN00294**

## CoxHealth

### Visit Summary

| Visit Date | Reason for Visit | Provider |
|---|---|---|
| 12/7/15 | Follow Up | Mace MD, J Charles |

Back to TopReason for Visit

Follow Up

Back to TopVital Signs

12/7/15

| Pulse Rate | 69 | |
|---|---|---|
| Respiratory Rate | 17 | |
| Blood Pressure | 106/66 | |
| Height (inches) (Clinical) | 65 in | |
| Weight (lb) (Clinical) | 135 lb | |
| Weight (kg) (Clinical) | 61.36 kg | |
| BMI (Clinical) | 22.5 kg/m2 | |

Back to TopProblem List

Angioedema | Anxiety and depression | Chronic back pain | GERD (gastroesophageal reflux disease)

Back to TopAllergies, Adverse Reactions, Alerts

adhesive (Rash) | Ambien (Sleep walking) | Darvocet-N 50 (Rash) | Lunesta (Sleep walking)

Back to Top
Medications

alprazolam (Xanax)
0.25 mg, By mouth, at bedtime, As Needed, as needed for sleep, Refills: 0
atropine/hyoscyamine/PB/scopolamine (Donnatal)

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619              DOS: 12/7/2015         Report Request ID:  76717755
Patient Name:   FLANAGAN, JAMIE SUE           DOB:              Print Date/Time:  11/9/2016 08:27 CST

LIN00295

## CoxHealth

*Visit Summary*

1 tab, By mouth, as needed, As Needed, as needed for irritable bowel symptoms, Refills: 0

belladonna/caffeine/ergotamine/pentobarbital
1 tab, By mouth, as needed, As Needed, as needed for stomach cramps, Refills: 0

bupropion (Wellbutrin SR 150 mg/12 hours oral tablet, extended release)
1 tab, By mouth, twice daily, Refills: 0

carisoprodol (Soma)
350 mg, By mouth, every 8 hours, As Needed, as needed for pain, Refills: 0

HYDROmorphone (Dilaudid 4 mg oral tablet)
1 tab, By mouth, as needed, As Needed, as needed for pain, Refills: 0

hydroxychloroquine (Plaquenil Sulfate 200 mg oral tablet)
2 tab, By mouth, at bedtime, Refills: 0

ibuprofen
800 mg, By mouth, as needed, stopped taking 4-29, As Needed, as needed for pain, Refills: 0

methocarbamol (Robaxin-750 oral tablet)
1 tab, By mouth, every 8 hours, As Needed, as needed for pain, Refills: 0

morphine (morphine 100 mg/24 hours oral capsule, extended release)
2 cap, By mouth, every 12 hours, Refills: 0

ondansetron (Zofran 4 mg oral tablet)
1 tab, By mouth, every 6 hours, As Needed, as needed for nausea/vomiting, Refills: 0

pantoprazole (Protonix)
40 mg, By mouth, as needed, As Needed, as needed for acid reflux, Refills: 0

polyethylene glycol 3350 (Miralax) (MiraLax oral powder for reconstitution)
17 g, By mouth, at bedtime, dissolve in water before taking, Refills: 0

topiramate (Topamax 50 mg oral tablet)
1 tab, By mouth, twice daily, Refills: 0
Back to TopResults


No data available for this section

Back to TopMedications Administered During Your Visit


**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

| | | |
|---|---|---|
| Account Number: AMB0C0000289619 | DOS: 12/7/2015 | Report Request ID: 76717755 |
| Patient Name: FLANAGAN, JAMIE SUE | DOB: ███ | Print Date/Time: 11/9/2016 08:27 CST |

LIN00296
Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 96 of 200

## *CoxHealth*

### *Visit Summary*

No data available for this section

Back to TopImmunizations

No data available for this section

Back to TopEncounter Procedures

No data available for this section

Back to TopSocial History

| Social History Type | Response |
|---|---|
| Smoking Status | Never smoker |

Back to TopAssessment and Plan
Extracted from:
Title: Office Visit - Comprehensive    Author: Mace MD, J Charles          Date: 12/7/15
Assessment/Plan
Chronic low back pain
Lumbar radiculopathy
Other
History of L5-S1 PLIF in 2011

Chronic low back pain and associated bilateral (R>L) leg pain, she has continued to have symptom even after 2011 surgery

Imaging with what appears to be good fusion L5-S1 but some progression of the degeneration at L4-5 with some left L4-5 foraminal stenosis.

No role for surgical intervention at this time, she will try water exercises and exercise for core strengthening.

Future Appointments

Appointment Date: 05/09/2016 09:15:00 am
Scheduled Provider: Newbold MD, Steve
Location: Fam Med Monett
Appointment Type: Established Patient

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                    DOS: 12/7/2015          Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE               DOB: ▆▆▆▆▆    Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 97 of 200

LIN00297

## *CoxHealth*

### *Visit Summary*

Future Scheduled Tests

**Referral:**

- Referral Allergy/Immunology 11/16/15 3:00 AM

Referrals to Other Providers

Referred by: Newbold MD, Steve

Back to TopInstructions

No data available for this section

We invite you to access your health record at www.CoxHealth.com/Express. Create your account and use your Patient ID at the top of this document as your access code to Connect to Your Chart. If you wish to connect to a patient under the age of 18, please ask the front desk for assistance.

Document Created
December 9, 2015

Encounter Date
From December 7, 2015

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619     DOS: 12/7/2015     Report Request ID: 76717755
Patient Name: FLANAGAN, JAMIE SUE     DOB: ■■■■     Print Date/Time: 11/9/2016 08:27 CST

PAGE 30/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

LIN00298

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 98 of 200

## CoxHealth

### Clinical Diagnosis

**Diagnosis: Chronic low back pain**
**Last Reviewed Date:** 12/7/2015          **Responsible Provider:** Mace MD,J Charles
**Status:** Active

**Diagnosis: Lumbar radiculopathy**
**Last Reviewed Date:** 12/7/2015          **Responsible Provider:** Mace MD,J Charles
**Status:** Active

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                    DOS: 12/7/2015          Report Request ID:   76717755
Patient Name:    FLANAGAN, JAMIE SUE               DOB: ▮▮▮▮▮▮   Print Date/Time:   11/9/2016 08:27 CST


Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 99 of 200     LIN00299

## CoxHealth

### Medications

#### Documented medications

Order: morphine (morphine 100 mg/24 hours oral capsule,extended release)
Order Date/Time: 12/7/2015 09:17 CST
Order Status: Documented
Ordering Physician:                                          Consulting Physician:
Entered By: Hernandez MA,Lauren on 12/7/2015 09:17 CST
Order Details: 200 mg, 2 cap, By mouth, Q12H, 0, 0, Substitution Permitted
Order Comment:
Action Type: Document            Action Date/Time: 12/7/2015 09.17 CST    Action Personnel: Hernandez MA,Lauren
Responsible Provider:                                        Communication Type:
Order Details: 200 mg, 2 cap, By mouth, Q12H, 0, 0, Substitution Permitted
Review Information:
Doctor Cosign: Not Required

CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619                    DOS: 12/7/2015          Report Request ID   76717755
Patient Name:    FLANAGAN, JAMIE SUE               DOB: ▮▮▮▮▮    Print Date/Time:  11/9/2016 08.27 CST

PAGE 32/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 100 of 200          LIN00300

## CoxHealth

### All Specialty Flowsheet

| Recorded Date | 12/7/2015 | 12/7/2015 | | |
| Recorded Time | 09:10 CST | 09:10 CST | | |
| Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | Units | Reference Range |
|---|---|---|---|---|
| Height (inches) (Clinical) | 65 | - | in | |
| Weight (kg) (Clinical) | - | 61.36 | kg | |
| Weight (lb) (Clinical) | 135 | - | lb | |
| MAP | 79 | - | | |
| Respiratory Rate | 17 | - | | |
| BP Location | Arm, left | - | | |
| Pain Quality | worse with sitting | - | | |
| Pain Location | low back | - | | |
| Pain Intensity | 5 | - | | [5] |
| Pulse Rate | 69 | - | | |
| BP Systolic | 106 | - | | |
| BP Diastolic | 66 | - | | |
| Chief Complaint Details | increased low back pain | - | | |
| Physicians and Specialties | See Below T1 | - | | |
| Information Given By | Patient | - | | |
| BMI (Clinical) | 22.5 | - | kg/m2 | |

Textual Results

T1:    12/7/2015 09:10 CST (Physicians and Specialties)
Dr Beth Knox (pcp) Dr Ann Winkler (rheumatologist) Dr Donald Hopewell (pain management) Dr Diane Cornelison (neurologist)

### Measurement

| Recorded Date | 12/7/2015 | 12/7/2015 | | |
| Recorded Time | 09:10 CST | 09:10 CST | | |
| Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | Units | Reference Range |
|---|---|---|---|---|
| Height (inches) (Clinical) | 65 | - | in | |
| Weight (kg) (Clinical) | - | 61.36 | kg | |
| Weight (lb) (Clinical) | 135 | - | lb | |
| BMI (Clinical) | 22.5 | - | kg/m2 | |
| Pulse Rate | 69 | - | | |
| BP Systolic | 106 | - | | |
| BP Diastolic | 66 | - | | |
| MAP | 79 | - | | |
| Respiratory Rate | 17 | - | | |
| BP Location | Arm, left | - | | |
| Pain Intensity | 5 | - | | [5] |
| Pain Location | low back | - | | |
| Pain Quality | worse with sitting | - | | |

### CONFIDENTIAL PATIENT INFORMATION

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619      DOS: 12/7/2015      Report Request ID: 76717755
Patient Name:    FLANAGAN, JAMIE SUE      DOB: ████      Print Date/Time: 11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 101 of 200

LIN00301

## CoxHealth

### Measurements

#### Measurements

Recorded Date    12/7/2015
Recorded Time    09:10 CST
Recorded By    SYSTEM

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Height | 65.00 | in | |
| Weight | 61.36 | kg | |

#### Measurements(Clinical)

| | Recorded Date | 12/7/2015 | 12/7/2015 | | |
|---|---|---|---|---|---|
| | Recorded Time | 09:10 CST | 09:10 CST | | |
| | Recorded By | Hernandez MA,Lauren | SYSTEM | | |
| Procedure | | | | Units | Reference Range |
| Height (inches) (Clinical) | | 65 | - | in | |
| Weight (kg) (Clinical) | | - | 61.36 | kg | |
| Weight (lb) (Clinical) | | 135 | - | lb | |
| BMI (Clinical) | | 22.5 | - | kg/m2 | |

### Pain

#### Pain/Aldrete/Sedation Score

Recorded Date    12/7/2015
Recorded Time    09:10 CST
Recorded By    Hernandez MA,Lauren

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Pain Intensity | 5 | | [5] |
| Pain Location | low back | | |
| Pain Quality | worse with sitting | | |

### Vital Signs

#### Vital Sign Documentation

Recorded Date    12/7/2015
Recorded Time    09:10 CST
Recorded By    Hernandez MA,Lauren

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Pulse Rate | 69 | | |
| BP Systolic | 106 | | |
| BP Diastolic | 66 | | |
| MAP | 79 | | |
| Respiratory Rate | 17 | | |

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: AMB000000289619                    DOS: 12/7/2015              Report Request ID:   76717755
Patient Name:    FLANAGAN, JAMIE SUE                DOB:                       Print Date/Time:   11/9/2016 08 27 CST

PAGE 34/35 * RCVD AT 11/30/2016 9:31:14 AM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4178897096 * DURATION (mm-ss):08-43

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 102 of 200          LIN00302

## CoxHealth

### Vital Signs

#### Vital Sign Documentation

Recorded Date    12/7/2015
Recorded Time    09:10 CST
Recorded By    Hernandez MA,Lauren
Procedure                        Units    Reference Range
BP Location              Arm, left

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-6068 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR
Account Number: AMB000000289619               DOS: 12/7/2015           Report Request ID:  76717755
Patient Name:    FLANAGAN, JAMIE SUE          DOB: ████████   Print Date/Time:  11/9/2016 08:27 CST

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 103 of 200    LIN00303



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E
Springfield, MO 65807-5233

Phone: (417)888-0167
Fax: (417)888-0189

| | |
|---|---|
| **Service Date:** 10/05/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:**KOKOSZKA, MELISSA J  MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | | |
|---|---|---|---|
| **Patient:** Flanagan, Jamie | Age & DOB: 36 year ▓▓▓ | **Gender:** | female |
| **Address:** 1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** | (417)459-5879 |

### CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING 99204 - New Patient Office Visit, 45min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

### VISIT INFORMATION

### HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: yes - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.
- Provider #1: Dr. Hopewell
- Medication, Dose, Frequency #1: morphine ER 100mg 2 tabs twice a day. (200mg BID)
- Remaining Supply #1: #2
- Last Refill Date #1: 8/30/16
- Provider #2: Dr. Hopewell
- Medication, Dose, Frequency #2: oxycodone 30mg 1 tab 4 times daily PRN
- Remaining Supply #2: #5
- Last Refill Date #2: 8/30/16

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

**LIN00304**

- **Pain with Walking/Activity at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- **Pain while Resting at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

**Quality of Pain:** burning, aching, pins and needles, sharp, stabbing.
**Duration of Pain (greater than 3-6 months is chronic):** yes (chronic) - 6 years
**Inciting Event:** no specific inciting event, just progressive worsening of symptoms over time
**Litigation Pending:** no
**Currently on Disability:** yes
**Aggravating Factors:** walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
**Alleviating Factors:** pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
**Associated Signs and Symptoms:** no

Extremity Weakness: no

Urinary Incontinence: no

Fecal Incontinence: no

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

## PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
**Other Medical Conditions:** rheumatological disease of unknown type.

## PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
**Other Surgical History:** 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.

## FAMILY HISTORY:

**Coronary Artery Disease:** father, grandparent(s).
**Hypertension:** mother, grandparent(s).
**Elevated Cholesterol/Dyslipedemia:** father, grandparent(s), mother.
**CVA:** grandparent(s).
**Depression:** mother, father, grandparent(s), brother(s).
**Anxiety Disorder:** mother, grandparent(s), brother(s).
**History of Substance Abuse:** father, grandparent(s), brother(s).
**Rheumatoid Arthritis:** grandparent(s)
**Other Medical Conditions:** Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency

## SOCIAL HISTORY:

**Marital Status:** married
**Occupation:** disabled
**Highest Level of Education:** college
**Number of Living Children:** 2
**History of Criminal History:** denies
**Other Occupants in the Home:** spouse, child/children.
**Are prescriptions kept in a safe:** Yes, patient instructed to always keep prescriptions stored in a safe.

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk

## MEDICATIONS:

Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14 Rx Date : 10/12/2016
Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28 Rx Date : 10/12/2016
Hydroxychloroquine 200mg Rx Date : 10/05/2016
Methocarbamol 750mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016
Morphine 100mg Rx Date : 10/05/2016
Oxycodone 30mg Rx Date : 10/05/2016
Soma 350mg Rx Date : 10/05/2016
Alprazolam 0.5mg Rx Date : 10/05/2016

## CURRENT MEDICATIONS:

Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14 Rx Date : 10/12/2016
Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28 Rx Date : 10/12/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives.
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.

## RISK ASSESSMENTS:
(The following questions were answered by the patient in order to assess whether or not they are at risk for opioid abuse, opioid addiction, depression, anxiety, and alcohol abuse respectively)

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

**LIN00306**

OPIOID RISK TOOL:

**The following questions are regarding your family's history of substance abuse, please select the proper answers based on your gender:**

Have any member(s) abused alcohol? Yes, I have a family member with a history of alcohol abuse and I am female. (1)

Have any member(s) abused illegal drugs? Yes, I have a family member with a history of illegal drug abuse and I am female.(2)

Did any member(s) abuse prescription drugs? no (0)

**The following questions are regarding your personal history of substance abuse, please select the proper answers based on your gender:**

Have you ever abused alcohol? no (0)

Have you ever abused illegal drugs? no (0)

Have you ever abused prescription drugs? no (0)

**Are you between 16 and 40 years old?** yes(1)

**Do you have a history of preadolescent sexual abuse?** no(0)

**The following questions are about psychological disease, please answer again according to your gender:**

Have you ever been diagnosed with Attention Deficit Disorder (ADD) or Obsessive Compulsive Disorder (OCD)? no(0)

Have you ever been diagnosed with Depression? Yes, I have been diagnosed with depression and I am female.(1)

Total Score (out of 26): 5

Degree of Risk: moderate (4-7) Moderate

DAST-10:

Have you ever used drugs other than those required for medical reasons? no (0)
Have you abused more than one drug at a time? not applicable (0)
Are you unable to stop using drugs when you want to? not applicable (0)
Have you ever had blackouts or flashbacks as the result of drug use? not applicable (0)
Do you ever feel bad or guilty as a result of your drug use? not applicable (0)
Does your spouse (or parents) ever complain about your involvement with drugs? not applicable (0)
Have you ever neglected your family due to your drug use? not applicable (0)
Have you engaged in illegal activity because of your drug use? not applicable (0)
Have you experienced withdrawal symptoms (felt sick) when you stopped taking drugs? not applicable (0)
Have you had medical problems as a result of your drug use (e.g. memory loss, hepatitis, convulsions, bleeding)? not applicable (0)
Total Score (out of 10): 0
Degree of Risk: no problems reported (0)

PHQ-9:

**Over the last 2 weeks, how often have you been bothered by any of the following problems?**

**Little interest or pleasure in doing things:** not at all (0)

**Feeling down, depressed, or hopeless:** not at all (0)

**Trouble falling or staying asleep, or sleeping too much:** nearly every day (3)

**Feeling tired or having little energy:** more than half the days (2)

**Poor appetite or overeating:** not at all (0)

**Feeling bad about yourself - or that you are a failure or have let yourself or your family down:** not at all (0)

**Trouble concentrating on things, such as reading the newspaper or watching television:** not at all(0)

**Moving or speaking so slowly that other people have noticed, or the opposite - being so fidgety or restless that you have been moving around a lot more than usual:** not at all (0)

**LIN00307**

**Thought that you would be better off dead or of hurting yourself in some way:** not at all (0)

**If you checked off any problems above, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?** somewhat difficult

**Total Score (Out of 27):** 5

**Interpretation:** mild depression (5-9)

### GAD-7:

**Over the last 2 weeks, how often have you been feeling nervous, anxious, or on the edge?** not at all (0)

How often have you not been able to stop or control worrying? several days (1)
How often do you feel you are worrying too much about different things? not at all (0)
How often do you have trouble relaxing? several days (1)
How often do you become so restless that it is hard to sit still? not at all (0)
How often do you feel easily annoyed or irritable? several days (1)
How often do you feel as if something awful might happen? not at all (0)
Total Score: 3
Score of first 2 questions (GAD-2): 1
Interpretation: no indication of probable anxiety disorder (0-7)

### CAGE:

**The following questions refer to your alcohol consumption:**
Have you ever felt you should Cut down on your drinking? not applicable (0)
Have people Annoyed you by criticizing your drinking? not applicable (0)
Have you ever felt bad or Guilty about your drinking? not applicable (0)
Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover (Eye opener)? not applicable (0)
Score: 0 - A total score of 2 or greater is considered clinically significant.

**RADIOLOGIC & DIAGNOSTIC STUDIES:** Yes,
Will attempt to obtain records.

**MRI:** Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

**CT:** Yes, Year: 2013,
Will attempt to obtain results.

**X-RAY:** Yes, Year: 2016,
Will attempt to obtain results.

**EMG:** Yes, Year: 2010,
Will attempt to obtain results.

**OTHER:** Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

**PREVIOUS TREATMENT(S):**

**PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:**

**SHORT ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

**LONG ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|

**LIN00308**

| MSContin: | Adverse Effects: none. |
|---|---|
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

## MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

## NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

## ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

## BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

## BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

## PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

## PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

## HOME EXERCISE PROGRAM: yes

Improvement: yes
Patient is currently in a home exercise program.

LIN00309

CHIROPRACTIC MANIPULATION: no

INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
• Improvement: yes.
ESI x greater than 10 (lumbar)
• Improvement: temporary
Spinal Cord Stimulation trial
• Improvement: no

## GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program. Concerns: N/A

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Hannah Thomas MA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, patient is status post hysterectomy and/or oophorectomy

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.

## VITALS:

Temperature: 98.5 degrees Fahrenheit
Pulse: 70 beats per minute
Blood Pressure: 116/84 mmHg
Respiratory Rate: 16 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: Sa02 (on room air) = 97%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.
Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.
Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.

## LUMBOSACRAL EXAM:

**VISUAL INSPECTION OF THE PATIENT'S GAIT:**
> WNL

**VISUAL INSPECTION OF PATIENT'S POSTURE:**
> Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

**TENDERNESS TO PALPATION:**
> Lumbar paraspinal muscle(s): positive bilaterally
> SI joint area(s): negative bilaterally

**RANGE OF MOTION OF THE TRUNK:**
> Flexion: decreased
> Extension: decreased
> Flexion to the left: decreased
> Flexion to the right: decreased
> Lateral rotation to the left: decreased
> Lateral rotation to the right: decreased

**SENSATION:**
> Proprioception: The patient has normal proprioception in their bilateral lower extremities
> Sensation in the right lower extremity: normal
> Sensation in the left lower extremity: normal

**MUSCLE STRENGTH:**
> Left lower extremity with hip flexion: 5/5
> Right lower extremity with hip flexion: 5/5
> Left lower extremity with hip extension: 5/5
> Right lower extremity with hip extension: 5/5
> Left lower extremity with knee flexion: 5/5
> Right lower extremity with knee flexion: 5/5
> Left lower extremity with knee extension: 5/5
> Right lower extremity with knee extension: 5/5
> Left lower extremity with plantar flexion: 5/5
> Right lower extremity with plantar flexion: 5/5
> Left lower extremity with dorsiflexion: 5/5
> Right lower extremity with dorsiflexion: 5/5

**REFLEXES:**
> Right patellar DTR: 2/5
> Right Medial Hamstring DTR: 2/5
> Right Achilles DTR: 2/5
> Left patellar DTR: 2/5
> Left Medial Hamstring DTR: 2/5
> Left Achilles DTR: 2/5

**EVALUATION FOR LUMBAR SPONDYLOSIS:**
> Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

**EVALUATION FOR LUMBOSACRAL RADICULOPATHY:**
> Straight Leg Raise Test: negative bilaterally

**EVALUATION FOR PIRIFORMIS SYNDROME:**
> Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

LIN00311

EVALUATION FOR SACROILIITIS:

Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

RISK FACTORS:

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- **Carisoprodol (Soma): yes** - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- **Benzodiazepines: yes** - The patient was counseled regarding the risks of combining benzodiazepines and opioids. The patient was informed that the benzodiazepine must be TAPERED and discontinued. The patient was informed that his/her prescribing physician must taper and discontinue the benzodiazepine and start the patient on a different, non-benzodiazepine medication for their underlying condition.
- **Obstructive Sleep Apnea/Supplemental Oxygen: no**
- **Alcohol: no**
- **Obesity or Morbid Obesity: no**

- **The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below.**

ASSESSMENT AND PLAN:

Lumbosacral Degenerative Disc Disease with Radiculopathy:

- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

Lumbar Myofascial Syndrome:

- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

Lumbar Failed Back Surgery Syndrome:

- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
Torso measurement (at the navel in inches): 34
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99

MEDICAL MANAGEMENT RECOMMENDATIONS:

LIN00312

BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? Unsure, will await urine drug toxicology screening and confirmation results prior to prescribing any medications

GENERAL RECOMMENDATIONS:

● Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
● Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
● Patient was given specific instructions regarding the following: xanax: discontinue immediately (takes prn occasionally) soma: currently taking 4x/day, will decrease to 3x/day x 3 days, then 2x/day x 3days, decrease 1x/day then discontinue
● Currently on 640MEM and will need to wean off high dose opioid add meloxicam and trial lyrica samples at follow up pending toxicology results

DISCLAIMERS AND PATIENT AGREEMENT:

● By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
● By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
● Patient was educated regarding treatment goals regarding medical management of pain.
● Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
● I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.
Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.
● I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.
The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
● Patient was educated regarding the patient treatment agreement. The patient was given a copy of this agreement.
● Patient was educated regarding lab testing (including HIV,hepatitis, etc.). The patient was given a copy of this consent.
● Patient was educated regarding the clinic's Privacy Policy. The patient was given a copy of the policy.
● Patient was educated regarding Patient Rights and Responsibilities. The patient was

LIN00313

given a copy of this document.
• Patient was educated regarding proper use of the pain management medicines prescribed.
• Patient was educated regarding the proper disposal of unused pain management medications that have been prescribed.
• The patient has been thoroughly been told that as per Elite Pain Management policy, only current prescriptions (prescribed for use during the current/present month may be taken. The use of previous "old" prescriptions will not be tolerated, will be considered inconsistent if present on the urine drug confirmation test, and may result in discharge from the clinic.
• Full toxicology screen as deemed necessary. Yes
• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.
• Notes: Referred to APT. Rheumatologist will prescribe medication for one week and patient will bring in bottles at follow up.



Melissa Kokoszka M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.

Patient's Signature

PATIENT IMAGE(S):    Signature SIGNATURE 10/05/2016

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 114 of 200    LIN00314



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E
Springfield, MO 65807-5233

Phone: (417)888-0167
Fax: (417)888-0189

| | |
|---|---|
| **Service Date:** 10/12/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:** TONKIN, DAVID M MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | |
|---|---|---|
| **Patient:** Flanagan, Jamie | **Age & DOB:** 36 year  04/03/1980 | **Gender:** female |
| **Address:** 1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** (417)459-5879 |

### CHIEF COMPLAINT(S):

● Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING Established Patient Office Visits 99214 - Established Patient Office Visit, 25min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

### VISIT INFORMATION

### HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: yes - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.
● Provider #1: Dr. Hopewell
● Medication, Dose, Frequency #1: morphine ER 100mg 2 tabs twice a day. (200mg BID)
● Remaining Supply #1: #18 on 10/12/16
● Last Refill Date #1: 10/10/16
● Provider #2: Dr. Hopewell
● Medication, Dose, Frequency #2: oxycodone 30mg 1 tab 4 times daily PRN
● Remaining Supply #2: #18 on 10/12/16
● Last Refill Date #2: 10/10/16

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

● Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

● Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 115 of 200
LIN00315

- **Pain with Walking/Activity at time of first visit: 5:** (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- **Pain while Resting at time of first visit: 5:** (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

**Quality of Pain:** burning, aching, pins and needles, sharp, stabbing.
**Duration of Pain (greater than 3-6 months is chronic):** yes (chronic) - 6 years
**Inciting Event:** no specific inciting event, just progressive worsening of symptoms over time
**Litigation Pending:** no
**Currently on Disability:** yes
**Aggravating Factors:** walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
**Alleviating Factors:** pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
**Associated Signs and Symptoms:** no

   **Extremity Weakness:** no

   **Urinary Incontinence:** no

   **Fecal Incontinence:** no

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

   driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.


**Reviewed history of present illness and no changes as of 10/12/2016**


**PAST MEDICAL HISTORY:**

   Anemia
   GERD
   Migraines
   Depression
   Anxiety Disorder
   **Other Medical Conditions:** rheumatological disease of unknown type.
   **Reviewed medical history and no changes as of 10/12/2016**


**PAST SURGICAL HISTORY:**

   Cholecystectomy
   EGD x4
   Colonoscopy x3
   Cesarean Section
   Hysterectomy
   Lumbar Spine Surgery fusion 2011
   Dental Surgery
   **Other Surgical History:** 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
   **Reviewed surgical history and no changes as of 10/12/2016**


**FAMILY HISTORY:**

   Coronary Artery Disease: father, grandparent(s).
   Hypertension: mother, grandparent(s).
   Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
   CVA: grandparent(s).
   Depression: mother, father, grandparent(s), brother(s).
   Anxiety Disorder: mother, grandparent(s), brother(s).
   History of Substance Abuse: father, grandparent(s), brother(s).
   Rheumatoid Arthritis: grandparent(s)
   Other Medical Conditions: Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
   **Reviewed family history and no changes as of 10/12/2016**


**SOCIAL HISTORY:**

   **Marital Status:** married
   **Occupation:** disabled

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 116 of 200

LIN00316

Highest Level of Education: college
Number of Living Children: 2
History of Criminal History: denies
Other Occupants in the Home: spouse, child/children.
Are prescriptions kept in a safe: Yes, patient instructed to always keep prescriptions stored in a safe.
Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use
and no changes as of 10/12/2016

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an
alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Reviewed allergies and no changes as of 10/12/2016
Reviewed medications and no changes as of 10/12/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Methocarbamol 750mg Rx Date : 10/05/2016
Buproplon Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016
Morphine 100mg Rx Date : 10/05/2016
Oxycodone 30mg Rx Date : 10/05/2016
Soma 350mg Rx Date : 10/05/2016
Alprazolam 0.5mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives.
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in
his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 10/12/2016

**LIN00317**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 117 of 200

RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes, Year: 2013,
Will attempt to obtain results.

X-RAY: Yes, Year: 2016,
Will attempt to obtain results.

EMG: Yes, Year: 2010,
Will attempt to obtain results.

OTHER: Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

PREVIOUS TREATMENT(S):

PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

SHORT ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

LONG ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

LIN00318

BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

CHIROPRACTIC MANIPULATION: no

INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
 •Improvement: yes.
ESI x greater than 10 (lumbar)
 •Improvement: temporary
Spinal Cord Stimulation trial
 •Improvement: no

GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Kokoszka
Percentage of pain relief from current pain management regimen: 60%
Percentage improvement in activities of daily living: 60%
Physical Functioning: better
Family Relationships: same
Social Relationships: same
Mood: same
Sleep Patterns: same
Overall Functioning: same

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

Any New Complaints: yes (describe) popping in low back
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no
When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? no
Are you progressing towards previously documented goals? yes
Are you experiencing adverse side effects from currently prescribed pain medications? no

### CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)
Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Quality of Pain: aching, dull, burning.

### TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A
Previous urine screening and confirmation results were reviewed: yes
Concerns: None

**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.

Pill Count(s):

Medication # 1: MScontin 100mg #18

• Inconsistency: no

Medication # 2: Oxycodone 30mg #18

• Inconsistency: no

### VITALS:

Temperature: 99.6 degrees Fahrenheit
Pulse: 66 beats per minute
Blood Pressure: 138/88 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: SaO2 (on room air) = 98%%

### GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and

**LIN00320**
Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 120 of 200

accommodation
**Neck:** supple, no masses, no lymphadenopathy.
**Chest:** well-developed.
**Heart:** normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
**Lungs:** clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
**Abdomen:** soft, non-tender, positive bowel sounds in all four quadrants.
**Extremities:** no edema, no cyanosis, no atrophy.
**Deformities:** no deformities of the bilateral upper and lower extremities.
**Signs of IV Drug Abuse:** none
**Neurologic:** CN II-XII grossly intact; alert and oriented to person, time, and place.
**General and pain specific physical exams performed, no changes since previous office visit.**
10/12/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:
**WNL**

### VISUAL INSPECTION OF PATIENT'S POSTURE:
**Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.**

### TENDERNESS TO PALPATION:
**Lumbar paraspinal muscle(s):** positive bilaterally
**SI joint area(s):** negative bilaterally

### RANGE OF MOTION OF THE TRUNK:
**Flexion:** decreased
**Extension:** decreased
**Flexion to the left:** decreased
**Flexion to the right:** decreased
**Lateral rotation to the left:** decreased
**Lateral rotation to the right:** decreased

### SENSATION:
**Proprioception:** The patient has normal proprioception in their bilateral lower extremities
**Sensation in the right lower extremity:** normal
**Sensation in the left lower extremity:** normal

### MUSCLE STRENGTH:
**Left lower extremity with hip flexion:** 5/5
**Right lower extremity with hip flexion:** 5/5
**Left lower extremity with hip extension:** 5/5
**Right lower extremity with hip extension:** 5/5
**Left lower extremity with knee flexion:** 5/5
**Right lower extremity with knee flexion:** 5/5
**Left lower extremity with knee extension:** 5/5
**Right lower extremity with knee extension:** 5/5
**Left lower extremity with plantar flexion:** 5/5
**Right lower extremity with plantar flexion:** 5/5
**Left lower extremity with dorsiflexion:** 5/5
**Right lower extremity with dorsiflexion:** 5/5

### REFLEXES:
**Right patellar DTR:** 2/5
**Right Medial Hamstring DTR:** 2/5
**Right Achilles DTR:** 2/5
**Left patellar DTR:** 2/5
**Left Medial Hamstring DTR:** 2/5
**Left Achilles DTR:** 2/5

LJN00321

 

### EVALUATION FOR LUMBAR SPONDYLOSIS:

Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

### EVALUATION FOR LUMBOSACRAL RADICULOPATHY:

Straight Leg Raise Test: negative bilaterally

### EVALUATION FOR PIRIFORMIS SYNDROME:

Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

### EVALUATION FOR SACROILIITIS:

Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

### RISK FACTORS:

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- Carisoprodol (Soma): yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- Benzodiazepines: yes - The patient was counseled regarding the risks of combining benzodiazepines and opioids. The patient was informed that the benzodiazepine must be TAPERED and discontinued. The patient was informed that his/her prescribing physician must taper and discontinue the benzodiazepine and start the patient on a different, non-benzodiazepine medication for their underlying condition.
- Obstructive Sleep Apnea/Supplemental Oxygen: no
- Alcohol: no
- Obesity or Morbid Obesity: no

- The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below. Reviewed risk factors and no changes as of 10/12/2016

### ASSESSMENT AND PLAN:

#### Lumbosacral Degenerative Disc Disease with Radiculopathy:

- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

#### Lumbar Myofascial Syndrome:

- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

#### Lumbar Failed Back Surgery Syndrome:

- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice

Case 3:17-cv-05060-MDH     Document 35-2     Filed 05/15/18     Page 122 of 200

LIN00322

- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

### LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
Torso measurement (at the navel in inches): 34
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99

### MEDICAL MANAGEMENT RECOMMENDATIONS:

#### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

#### GENERAL RECOMMENDATIONS:

- Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
- Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
- Patient was given specific instructions regarding the following: Soma: did not follow recommendations; for 3 days decrease to 2/day then for 3 days decrease to 1 per day, then discontinue
- Currently on 640MEM and will need to wean off high dose opioid add meloxicam and trial lyrica samples at follow up pending toxicology results

#### PRESCRIPTIONS:

Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14, starting 10/12/2016 , No Refill Ordered
Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28, starting 10/12/2016 , No Refill Ordered

### DISCLAIMERS AND PATIENT AGREEMENT:

- By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
- By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
- Patient was educated regarding treatment goals regarding medical management of pain.
- Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
- I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.
Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.
- I have also has been educated, acknowledge, and thoroughly understand that all

LIN00323

medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances. The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.

• Full toxicology screen as deemed necessary. Yes

• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.

• Notes: Will prescribe medication for one week starting 10/17/16 and patient will bring in bottles at follow up.

*[signature]*

**David Tonkin M.D.**

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document. Patricia Reed, N.P.

*[signature]*

Patient's Signature

PATIENT IMAGE(S):   Signature SIGNATURE 10/12/2016

LJN00324



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E                                                 Phone: (417)888-0167
Springfield, MO 65807-5233                                             Fax: (417)888-0189

| | |
|---|---|
| **Service Date:** 10/24/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:** KOKOSZKA, MELISSA J MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | | | |
|---|---|---|---|---|
| **Patient:** | Flanagan, Jamie | **Age & DOB:** 36 year 04/03/1980 | **Gender:** | female |
| **Address:** | 1625 Musky Dime Dr CRANE MO - 65633 | | **Home Phone:** | (417)459-5879 |

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING Established Patient Office Visits 99213 - Established Patient Office Visit, 15min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: no - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain with Walking/Activity at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain while Resting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

LIN00325

**Aggravating Factors:** walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.

**Alleviating Factors:** pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.

**Associated Signs and Symptoms:** no

> **Extremity Weakness:** no
>
> **Urinary Incontinence:** no
>
> **Fecal Incontinence:** no

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

> driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

**Reviewed history of present illness and no changes as of 10/24/2016**

## PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
**Other Medical Conditions:** rheumatological disease of unknown type.
**Reviewed medical history and no changes as of 10/24/2016**

## PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
**Other Surgical History:** 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
**Reviewed surgical history and no changes as of 10/24/2016**

## FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
**Other Medical Conditions:** Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
**Reviewed family history and no changes as of 10/24/2016**

## SOCIAL HISTORY:

**Marital Status:** married
**Occupation:** disabled
**Highest Level of Education:** college
**Number of Living Children:** 2
**History of Criminal History:** denies
**Other Occupants in the Home:** spouse, child/children.
**Are prescriptions kept in a safe:** Yes, patient instructed to always keep prescriptions stored in a safe.
**Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use and no changes as of 10/24/2016**

**History of Tobacco Use:** no patient states she has never used tobacco on a regular basis.

LIN00326

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Reviewed allergies and no changes as of 10/24/2016
Reviewed medications and no changes as of 10/24/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Methocarbamol 750mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives.
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 10/24/2016

## RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes,  Year: 2013,
Will attempt to obtain results.

X-RAY: Yes,  Year: 2016,
Will attempt to obtain results.

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

EMG: Yes, Year: 2010,
Will attempt to obtain results.

OTHER: Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

PREVIOUS TREATMENT(S):

PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

### SHORT ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

### LONG ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

### MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

### NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none |

### ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

### BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

LIN00328

PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

CHIROPRACTIC MANIPULATION: no

INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
    ●Improvement: yes.
ESI x greater than 10 (lumbar)
    ●Improvement: temporary
Spinal Cord Stimulation trial
    ●Improvement: no

GOALS:

● improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
● Patient Goal 1: "to have less pain."
● Patient Goal 2: "be able to do a little bit more at the house."
● Patient Goal 3: "be able to sleep a little bit better."

FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Tonkin
Percentage of pain relief from current pain management regimen: 20%
Percentage improvement in activities of daily living: I have declined in what I can do since last visit
Physical Functioning: worse
Family Relationships: same
Social Relationships: same
Mood: same
Sleep Patterns: worse
Overall Functioning: worse
Any New Complaints: yes (describe)nausea over last 5 days with decreased appetite
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no
When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? pain medicine is inadequate at making the pain tolerable
Are you progressing towards previously documented goals? yes I believe our goals were to reduce the amount of narcotics I take no my pain is not at a level I can function on a daily basis. Would like to try the sublingual tabs I sampled at last visit

LIN00329

 
Are you experiencing adverse side effects from currently prescribed pain medications? no
Side effects experienced: nausea sleep disturbances

## CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)
Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Quality of Pain: aching, dull, burning.

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A
Previous urine screening and confirmation results were reviewed: yes
Concerns: None - soma levels are decreasing
**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.
Pill Count(s):

   Medication # 1: Oxymorphone 20mg #1

   • Inconsistency: no

   Medication # 2: Oxycodone 30mg #4

   • Inconsistency: no

## VITALS:

Temperature: 98.1 degrees Fahrenheit
Pulse: 80 beats per minute
Blood Pressure: 107/68 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: Sa02 (on room air) = 98%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.
Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 130 of 200

LIN00330

Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.
General and pain specific physical exams performed, no changes since previous office visit.
10/24/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:
WNL

### VISUAL INSPECTION OF PATIENT'S POSTURE:
Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

### TENDERNESS TO PALPATION:
Lumbar paraspinal muscle(s): positive bilaterally
SI joint area(s): negative bilaterally

### RANGE OF MOTION OF THE TRUNK:
Flexion: decreased
Extension: decreased
Flexion to the left: decreased
Flexion to the right: decreased
Lateral rotation to the left: decreased
Lateral rotation to the right: decreased

### SENSATION:
Proprioception: The patient has normal proprioception in their bilateral lower extremities
Sensation in the right lower extremity: normal
Sensation in the left lower extremity: normal

### MUSCLE STRENGTH:
Left lower extremity with hip flexion: 5/5
Right lower extremity with hip flexion: 5/5
Left lower extremity with hip extension: 5/5
Right lower extremity with hip extension: 5/5
Left lower extremity with knee flexion: 5/5
Right lower extremity with knee flexion: 5/5
Left lower extremity with knee extension: 5/5
Right lower extremity with knee extension: 5/5
Left lower extremity with plantar flexion: 5/5
Right lower extremity with plantar flexion: 5/5
Left lower extremity with dorsiflexion: 5/5
Right lower extremity with dorsiflexion: 5/5

### REFLEXES:
Right patellar DTR: 2/5
Right Medial Hamstring DTR: 2/5
Right Achilles DTR: 2/5
Left patellar DTR: 2/5
Left Medial Hamstring DTR: 2/5
Left Achilles DTR: 2/5

### EVALUATION FOR LUMBAR SPONDYLOSIS:
Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 131 of 200

LIN00331

### EVALUATION FOR LUMBOSACRAL RADICULOPATHY:
Straight Leg Raise Test: negative bilaterally

### EVALUATION FOR PIRIFORMIS SYNDROME:
Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

### EVALUATION FOR SACROILIITIS:
Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

### RISK FACTORS:
The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- Carisoprodol (Soma): yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- Benzodiazepines: no
- Obstructive Sleep Apnea/Supplemental Oxygen: no
- Alcohol: no
- Obesity or Morbid Obesity: no

- The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below. Reviewed risk factors and no changes as of 10/24/2016

### ASSESSMENT AND PLAN:
#### Lumbosacral Degenerative Disc Disease with Radiculopathy:
- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (if due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

#### Lumbar Myofascial Syndrome:
- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

#### Lumbar Failed Back Surgery Syndrome:
- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

### ANCILLARY SERVICES:
I certify that I am the treating physician and I certify that the medical necessity information below is true, accurate and

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 132 of 200

LIN00332

complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

### LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
Torso measurement (at the navel in inches): 34
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99
Date: 10/24/2016 The patient presented today for education regarding proper usage, fitting, and dispensing of his/her DDS500 lumbar brace, after such, all questions were answered to the patient's satisfaction, and the brace was dispensed. The patient was thoroughly notified that he/she may have an additional charge (co-pay) required by his/her insurance company.

### MEDICAL MANAGEMENT RECOMMENDATIONS:

### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

### GENERAL RECOMMENDATIONS:

• Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
• Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
• Patient was given specific instructions regarding the following: Soma: did not follow recommendations; for 3 days decrease to 2/day then for 3 days decrease to 1 per day, then discontinue
• Currently on 640MEM and will need to wean off high dose opioid

### CRITERIA FOR LONG ACTING OPIOID:

The patient needs around the clock pain relief: yes
The patient is opioid tolerant: yes, Patients are considered opioid tolerant when taking at least: 60mg oral morphine/day
Are there risk factors to prescribing long term opioids to this patient: yes -
Will the patient be prescribed long acting opioids: yes

### PRESCRIPTIONS:

Ondansetron 8mg tablet , 1 Q8h , #21, starting 10/24/2016 , No Refill Ordered
Oxycodone 30mg tablet , 1 Q6h , #28, starting 10/24/2016 , No Refill Ordered
Opana Er 20mg , 1 Q12h , #14, starting 10/24/2016 , No Refill Ordered

### DISCLAIMERS AND PATIENT AGREEMENT:

• By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
• By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
• Patient was educated regarding treatment goals regarding medical management of pain.
• Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 133 of 200

IJN00333

of the prescribing physician

• I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.

Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.

• I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.

The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.

• Full toxicology screen as deemed necessary. Yes

• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.

Concerns: Patient was thoroughly educated that inconsistent urine toxicology test will not be tolerated, and continued failure to comply with Elite Pain Management rules will result in discharge from the clinic.

• Notes: Patient experiencing with decrease in medication and therefore will be given a zofran prescription as well. She accidently took an old morphine tablet over on 10/21/2016 and therefore will have a follow up in one week. She has been given a sample of lyrica 75mg (1 box) and instructed to take 1 capsule bid.



Melissa Kokoszka M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.

Patient's Signature

PATIENT IMAGE(S):   Signature SIGNATURE 10/24/2016

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 134 of 200

LJN00334



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E
Springfield, MO 65807-5233

Phone: (417)888-0167
Fax: (417)888-0189

| | |
|---|---|
| **Service Date:** 10/31/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:** TONKIN, DAVID M  MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | |
|---|---|---|
| **Patient:** Flanagan, Jamie | **Age & DOB:** 36 year ▓▓▓ | **Gender:** female |
| **Address:** 1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** (417)459-5879 |

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING Established Patient Office Visits 99213 - Established Patient Office Visit, 15min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: no - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- **Pain while Sitting at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- **Pain while Standing at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- **Pain with Walking/Activity at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- **Pain while Resting at time of first visit:** 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 135 of 200        LJN00335

**Aggravating Factors:** walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
**Alleviating Factors:** pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
**Associated Signs and Symptoms:** no

   **Extremity Weakness:** no

   **Urinary Incontinence:** no

   **Fecal Incontinence:** no

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

   driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

Reviewed history of present illness and no changes as of 11/02/2016

## PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
**Other Medical Conditions:** rheumatological disease of unknown type.
Reviewed medical history and no changes as of 11/02/2016

## PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
**Other Surgical History:** 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
Reviewed surgical history and no changes as of 11/02/2016

## FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
**Other Medical Conditions:** Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
Reviewed family history and no changes as of 11/02/2016

## SOCIAL HISTORY:

**Marital Status:** married
**Occupation:** disabled
**Highest Level of Education:** college
**Number of Living Children:** 2
**History of Criminal History:** denies
**Other Occupants in the Home:** spouse, child/children.
Are prescriptions kept in a safe: Yes, patient instructed to always keep prescriptions stored in a safe.
Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use and no changes as of 11/02/2016

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

LJN00336

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Lyrica Adverse Effects: rash/hives.
Reviewed allergies and no changes as of 11/02/2016
Reviewed medications and no changes as of 11/02/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives improving since stopping Lyrica
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 11/02/2016

## RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes, Year: 2013,
Will attempt to obtain results.

X-RAY: Yes, Year: 2016,
Will attempt to obtain results.

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 137 of 200        LJN00337

**EMG:** Yes, Year: 2010,
Will attempt to obtain results.


**OTHER:** Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.


## PREVIOUS TREATMENT(S):

### PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

#### SHORT ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

#### LONG ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

#### MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

#### NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

#### ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

#### BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

### BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

LIN00338

PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

CHIROPRACTIC MANIPULATION: no

INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
  •Improvement: yes.
ESI x greater than 10 (lumbar)
  •Improvement: temporary
Spinal Cord Stimulation trial
  •Improvement: no

GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Kokoszka
Percentage of pain relief from current pain management regimen: 20% 30%
Percentage improvement in activities of daily living: Im not functioning well at all right now. My functioning has declined significantly since starting this clinic and in last week to two weeks
Physical Functioning: worse I am having horrible restless legs and even arms etc. That starts 3 hours after taking Exalgo. When I take exalgo again it is better for the 2 -3 hours then we are back to the restless crawling weak feeling that gets worse and worse until the next dose. I have been struggling sitting through even short periods of church etc.
Family Relationships: worse I can't do anything with my family at this time because the few times we have tried I have had to leave in the middle of what we are doing
Social Relationships: worse because of the above I've stopped attending church and doing much of anything outside of home
Mood: worse -
Sleep Patterns: worse can't fall asleep because of restlessness and if I do it wakes me up a couple hours later 10x more intense
Overall Functioning: worse
Any New Complaints: yes (describe) restlessness, crawling legs
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 139 of 200

LJN00339

When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? pain medicine is inadequate at making the pain tolerable yes, please see side effects below
Are you progressing towards previously documented goals? no
Are you experiencing adverse side effects from currently prescribed pain medications? yes
(describe) see above plus a rash started after 3rd dose of Lyrica that was stopped by the office on Friday.
Side effects experienced: itching sleep disturbances nausea other I've lost 6 pound in last week

## CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)
Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Quality of Pain: aching, dull, burning.

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A
Previous urine screening and confirmation results were reviewed: yes
Concerns: None
**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.
Pill Count(s):

Medication # 1: Oxymorphone 20mg #1

• Inconsistency: no

Medication # 2: Oxycodone 30mg #2

• Inconsistency: no

## VITALS:

Temperature: 98 degrees Fahrenheit
Pulse: 89 beats per minute
Blood Pressure: 119/84 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: SaO2 (on room air) = 99%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...    11/2/2016

Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.
Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.
General and pain specific physical exams performed, no changes since previous office visit.
11/02/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:
WNL

### VISUAL INSPECTION OF PATIENT'S POSTURE:
Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

### TENDERNESS TO PALPATION:
Lumbar paraspinal muscle(s): positive bilaterally
SI joint area(s): negative bilaterally

### RANGE OF MOTION OF THE TRUNK:
Flexion: decreased
Extension: decreased
Flexion to the left: decreased
Flexion to the right: decreased
Lateral rotation to the left: decreased
Lateral rotation to the right: decreased

### SENSATION:
Proprioception: The patient has normal proprioception in their bilateral lower extremities
Sensation in the right lower extremity: normal
Sensation in the left lower extremity: normal

### MUSCLE STRENGTH:
Left lower extremity with hip flexion: 5/5
Right lower extremity with hip flexion: 5/5
Left lower extremity with hip extension: 5/5
Right lower extremity with hip extension: 5/5
Left lower extremity with knee flexion: 5/5
Right lower extremity with knee flexion: 5/5
Left lower extremity with knee extension: 5/5
Right lower extremity with knee extension: 5/5
Left lower extremity with plantar flexion: 5/5
Right lower extremity with plantar flexion: 5/5
Left lower extremity with dorsiflexion: 5/5
Right lower extremity with dorsiflexion: 5/5

### REFLEXES:
Right patellar DTR: 2/5
Right Medial Hamstring DTR: 2/5
Right Achilles DTR: 2/5
Left patellar DTR: 2/5
Left Medial Hamstring DTR: 2/5
Left Achilles DTR: 2/5

### EVALUATION FOR LUMBAR SPONDYLOSIS:

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 141 of 200

LIN00341

Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

### EVALUATION FOR LUMBOSACRAL RADICULOPATHY:

Straight Leg Raise Test: negative bilaterally

### EVALUATION FOR PIRIFORMIS SYNDROME:

Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

### EVALUATION FOR SACROILIITIS:

Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

### RISK FACTORS:

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- Carisoprodol (Soma): yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- Benzodiazepines: no
- Obstructive Sleep Apnea/Supplemental Oxygen: no
- Alcohol: no
- Obesity or Morbid Obesity: no

- The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below. Reviewed risk factors and no changes as of 11/02/2016

### ASSESSMENT AND PLAN:

#### Lumbosacral Degenerative Disc Disease with Radiculopathy:
- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

#### Lumbar Myofascial Syndrome:
- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

#### Lumbar Failed Back Surgery Syndrome:
- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 142 of 200

LIN00342

 


## ANCILLARY SERVICES:

I certify that I am the treating physician and I certify that the medical necessity information below is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

### LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
**Torso measurement (at the navel in inches): 34**
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99
Date: 10/24/2016 The patient presented today for education regarding proper usage, fitting, and dispensing of his/her DDS500 lumbar brace, after such, all questions were answered to the patient's satisfaction, and the brace was dispensed. The patient was thoroughly notified that he/she may have an additional charge (co-pay) required by his/her insurance company.

## MEDICAL MANAGEMENT RECOMMENDATIONS:

### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

### GENERAL RECOMMENDATIONS:

• Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
• Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence, Lyrica: Alergic reaction
• Currently on 640MEM and will need to wean off high dose opioid

### CRITERIA FOR LONG ACTING OPIOID:

The patient needs around the clock pain relief: yes
The patient is opioid tolerant: yes, Patients are considered opioid tolerant when taking at least: 60mg oral morphine/day
Are there risk factors to prescribing long term opioids to this patient: yes -
Will the patient be prescribed long acting opioids: yes

### PRESCRIPTIONS:

Robaxin-750 750mg tablet , 1 Q6-8h , #120, starting 10/31/2016 , No Refill Ordered
Oxycodone 30mg tablet , 1 Q6h , #120, starting 10/31/2016 , No Refill Ordered
Opana Er 20mg , 1 Q12h , #60, starting 10/31/2016 , No Refill Ordered
Ropinirole 0.25mg tablet , 1-2 QHS Week 1: 1 tablet at HS, week 2-4: 2 tabs at HS , #60, starting 10/31/2016 , No Refill Ordered

### DISCLAIMERS AND PATIENT AGREEMENT:

• By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
• By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 143 of 200

LIN00343

- Patient was educated regarding treatment goals regarding medical management of pain.
- Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
- I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.

Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.

- I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.

The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.

- Full toxicology screen as deemed necessary. Yes
- The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.
- Notes: Patient is experiencing restless leg type pain. Will start Requip at HS. RX scanned into EMR.

David Tonkin M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.

Michael Smith O'Brien, M.D. Patricia Reed, N.P.

Patient's Signature

LIN00344
Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 144 of 200

PATIENT IMAGE(S):    Signature SIGNATURE 10/31/2016

LIN00345



Hasler
11/22/2016
US POSTAGE   $02.62°

FIRST-CLASS MAIL

ZIP 65804
011D1281C600

**Law Offices of**
**RICK S. VASQUEZ**
1736 E. Sunshine, Suite 103
Springfield, Missouri 65804

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

NOV 2 5 2016

LNC00346

NOV 2 5 2016

 **Law Offices of Rick S. Vasquez**

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

November 21, 2016

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re:   *Claimant: Jamie Flanagan*
      *Policyholder: Lester E. Cox Medical Center*
      *Policy# 00001015732600000*
      *Claim# 1130226196*

Dear Lincoln National:

I am in receipt of your October 28, 2016 letter with respect to Mrs. Flanagan. I take exception to some of what you set forth in your letter. Quite frankly, I am of the opinion your company intentionally left facts contrary to denying Mrs. Flanagan out of the April 26, 2016 denial. I am not going to spell out what facts and/or conduct I perceive as being intentional acts as this matter is pending before your company and not a neutral adjudicator, but I intend to raise these issues in federal court upon the conclusion of the internal appeal. Additionally, I would note the following:

1.  You are employed by the opposing party in this case and it would appear to me that when you make statements like "it would be your best interest to submit additional medical records...."; it is important that we have all available medical records so that we have a clear picture of Mrs. Flanagan's current condition" and "...as we want to provide your client with every opportunity to submit a complete appeal" you are well aware the current file proves Mrs. Flanagan was disabled when she was denied on April 26, 2016.

    a.  An appeal is ultimately proven or not proven by facts which existed on the date of the determination, not evidence produced subsequently.
    b.  Your company is seeking Mrs. Flanagan's post decision medical solely for the purpose of finding a new basis to deny her claim knowing it deliberately did not disclose facts in its last determination.

LIN00347

Page 2
Lincoln National Life Ins. Co.
Re: J. Flanagan

    c.  I am not really certain as to what you are getting at suggesting it would be in "your best interest" but as an attorney I am confident I would have a better idea of what is in my best interest as opposed to a claims examiner for the opposing party.

2. I am enclosing herewith Mrs. Flanagan's medical records from November 14, 2015, forward from Elite Pain Management. I have made additional medical records requests and have received nothing as of this date.

3. Your implication that Mrs. Flanagan has submitted less than a complete appeal is incorrect. Mrs. Flanagan has undertaken every step required to file an appeal under both the plan and ERISA and her claim has been handled and/adjudicated by your company excluding portions of the record from its decision.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
CC: Jamie Flanagan

**LIN00348**



LIN00349

 **Law Offices of Rick S. Vasquez**

1736 East Sunshine, Suite 103
Springfield, Missouri 65804
Telephone (417) 889-7735
Facsimile (417) 889-7096

*Rick S. Vasquez*
*Fredrick E. Vasquez*

November 21, 2016

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

*Re:     Claimant: Jamie Flanagan*
*Policyholder: Lester E. Cox Medical Center*
*Policy# 00001015732600000*
*Claim# 1130226196*

Dear Lincoln National:

I am in receipt of your October 28, 2016 letter with respect to Mrs. Flanagan. I take exception to some of what you set forth in your letter. Quite frankly, I am of the opinion your company intentionally left facts contrary to denying Mrs. Flanagan out of the April 26, 2016 denial. I am not going to spell out what facts and/or conduct I perceive as being intentional acts as this matter is pending before your company and not a neutral adjudicator, but I intend to raise these issues in federal court upon the conclusion of the internal appeal. Additionally, I would note the following:

1. You are employed by the opposing party in this case and it would appear to me that when you make statements like "it would be your best interest to submit additional medical records...."; it is important that we have all available medical records so that we have a clear picture of Mrs. Flanagan's current condition" and "...as we want to provide your client with every opportunity to submit a complete appeal" you are well aware the current file proves Mrs. Flanagan was disabled when she was denied on April 26, 2016.

    a. An appeal is ultimately proven or not proven by facts which existed on the date of the determination, not evidence produced subsequently.
    b. Your company is seeking Mrs. Flanagan's post decision medical solely for the purpose of finding a new basis to deny her claim knowing it deliberately did not disclose facts in its last determination.

LIN00350

Page 2
Lincoln National Life Ins. Co.
Re: J. Flanagan

      c.  I am not really certain as to what you are getting at suggesting it would be in "your best interest" but as an attorney I am confident I would have a better idea of what is in my best interest as opposed to a claims examiner for the opposing party.

2. I am enclosing herewith Mrs. Flanagan's medical records from November 14, 2015, forward from Elite Pain Management. I have made additional medical records requests and have received nothing as of this date.

3. Your implication that Mrs. Flanagan has submitted less than a complete appeal is incorrect. Mrs. Flanagan has undertaken every step required to file an appeal under both the plan and ERISA and her claim has been handled and/adjudicated by your company excluding portions of the record from its decision.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ceh
CC: Jamie Flanagan

**LIN00351**



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E                                            Phone: (417)888-0167
Springfield, MO 65807-5233                                        Fax: (417)888-0189

---

**Service Date:**       10/05/2016
**Service Location:**   Elite Pain Management LLC MO          **Place Of Service:**   OFFICE
**Rendering Provider:** KOKOSZKA, MELISSA J  MD              **PCP/Ref. Physician:** Powell, Crystal

---

**Patient:**  Flanagan, Jamie              **Age & DOB:** 36 year ▮▮▮▮▮    **Gender:**      female
**Address:**  1625 Musky Dime Dr  CRANE  MO - 65633                       **Home Phone:**  (417)459-5879

---

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

   BILLING 99204 - New Patient Office Visit, 45min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: yes - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.
- Provider #1: Dr. Hopewell
- Medication, Dose, Frequency #1: morphine ER 100mg 2 tabs twice a day. (200mg BID)
- Remaining Supply #1: #2
- Last Refill Date #1: 8/30/16
- Provider #2: Dr. Hopewell
- Medication, Dose, Frequency #2: oxycodone 30mg 1 tab 4 times daily PRN
- Remaining Supply #2: #5
- Last Refill Date #2: 8/30/16

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

   - Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

   - Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 152 of 200          LIN00352

- Pain with Walking/Activity at time of first visit: 5; (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain while Resting at time of first visit: 5; (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes
Aggravating Factors: walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
Alleviating Factors: pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
Associated Signs and Symptoms: no

Extremity Weakness: no

Urinary Incontinence: no

Fecal Incontinence: no

The patient states that due to their pain they have problems with the following Activities of Daily Living:

driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
Other Medical Conditions: rheumatological disease of unknown type.

PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
Other Surgical History: 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.

FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
Other Medical Conditions: Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency

SOCIAL HISTORY:

Marital Status: married
Occupation: disabled
Highest Level of Education: college
Number of Living Children: 2
History of Criminal History: denies
Other Occupants in the Home: spouse, child/children.
Are prescriptions kept in a safe: Yes, patient instructed to always keep prescriptions stored in a safe.

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 153 of 200          LIN00353

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

> Current Dependence on Controlled Substances: yes
> Current Addiction to Controlled Substances: no
> Past Addiction to Controlled Substances: no

## ALLERGIES:

> Darvocet Adverse Effects: rash/hives.
> ambien Adverse Effects: sleep walk
> Reglan Adverse Effects: Tardive Dyskinesia
> lunesta Adverse Effects: sleep walk

## MEDICATIONS:

> Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14 Rx Date : 10/12/2016
> Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28 Rx Date : 10/12/2016
> Hydroxychloroquine 200mg Rx Date : 10/05/2016
> Methocarbamol 750mg Rx Date : 10/05/2016
> Bupropion Hcl 150mg Rx Date : 10/05/2016
> Ibuprofen 800mg Rx Date : 10/05/2016
> Topiramate 100mg Rx Date : 10/05/2016
> Morphine 100mg Rx Date : 10/05/2016
> Oxycodone 30mg Rx Date : 10/05/2016
> Soma 350mg Rx Date : 10/05/2016
> Alprazolam 0.5mg Rx Date : 10/05/2016

## CURRENT MEDICATIONS:

> Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14 Rx Date : 10/12/2016
> Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28 Rx Date : 10/12/2016

## REVIEW OF SYSTEMS:

> General: trouble sleeping.
> Skin: lesions/hives.
> Head: headache, tingling.
> Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
> Nose: hay fever.
> Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
> Breasts: denies lumps/masses, pain, and discharge.
> Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
> Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
> Gastrointestinal: heartburn, constipation.
> Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
> Vascular: denies calf pain and cramping while walking.
> Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
> Neurologic: numbness, tingling.
> Hematologic: ease of bruising.
> Endocrine: cold intolerance
> Psychiatric: nervousness/anxiety, memory loss. Depression.

## RISK ASSESSMENTS:

(The following questions were answered by the patient in order to assess whether or not they are at risk for opioid abuse, opioid addiction, depression, anxiety, and alcohol abuse respectively)

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...    11/2/2016

OPIOID RISK TOOL:

**The following questions are regarding your family's history of substance abuse, please select the proper answers based on your gender:**

Have any member(s) abused alcohol? Yes, I have a family member with a history of alcohol abuse and I am female. (1)

Have any member(s) abused illegal drugs? Yes, I have a family member with a history of illegal drug abuse and I am female.(2)

Did any member(s) abuse prescription drugs? no (0)

**The following questions are regarding your personal history of substance abuse, please select the proper answers based on your gender:**

Have you ever abused alcohol? no (0)

Have you ever abused illegal drugs? no (0)

Have you ever abused prescription drugs? no (0)

**Are you between 16 and 40 years old?** yes(1)

**Do you have a history of preadolescent sexual abuse?** no(0)

**The following questions are about psychological disease, please answer again according to your gender:**

Have you ever been diagnosed with Attention Deficit Disorder (ADD) or Obsessive Compulsive Disorder (OCD)? no(0)

Have you ever been diagnosed with Depression? Yes, I have been diagnosed with depression and I am female.(1)

Total Score (out of 26): 5

Degree of Risk: moderate (4-7) Moderate

DAST-10:

Have you ever used drugs other than those required for medical reasons? no (0)
Have you abused more than one drug at a time? not applicable (0)
Are you unable to stop using drugs when you want to? not applicable (0)
Have you ever had blackouts or flashbacks as the result of drug use? not applicable (0)
Do you ever feel bad or guilty as a result of your drug use? not applicable (0)
Does your spouse (or parents) ever complain about your involvement with drugs? not applicable (0)
Have you ever neglected your family due to your drug use? not applicable (0)
Have you engaged in illegal activity because of your drug use? not applicable (0)
Have you experienced withdrawal symptoms (felt sick) when you stopped taking drugs? not applicable (0)
Have you had medical problems as a result of your drug use (e.g. memory loss, hepatitis, convulsions, bleeding)? not applicable (0)
Total Score (out of 10): 0
Degree of Risk: no problems reported (0)

PHQ-9:

**Over the last 2 weeks, how often have you been bothered by any of the following problems?**

**Little interest or pleasure in doing things:** not at all (0)

**Feeling down, depressed, or hopeless:** not at all (0)

**Trouble falling or staying asleep, or sleeping too much:** nearly every day (3)

**Feeling tired or having little energy:** more than half the days (2)

**Poor appetite or overeating:** not at all (0)

**Feeling bad about yourself - or that you are a failure or have let yourself or your family down:** not at all (0)

**Trouble concentrating on things, such as reading the newspaper or watching television:** not at all(0)

**Moving or speaking so slowly that other people have noticed, or the opposite - being so fidgety or restless that you have been moving around a lot more than usual:** not at all (0)

LIN00355

**Thought that you would be better off dead or of hurting yourself in some way:** not at all (0)

**If you checked off any problems above, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?** somewhat difficult

**Total Score (Out of 27): 5**

**Interpretation:** mild depression (5-9)

### GAD-7:

**Over the last 2 weeks, how often have you been feeling nervous, anxious, or on the edge?** not at all (0)

How often have you not been able to stop or control worrying? several days (1)
How often do you feel you are worrying too much about different things? not at all (0)
How often do you have trouble relaxing? several days (1)
How often do you become so restless that it is hard to sit still? not at all (0)
How often do you feel easily annoyed or irritable? several days (1)
How often do you feel as if something awful might happen? not at all (0)
Total Score: 3
Score of first 2 questions (GAD-2): 1
Interpretation: no indication of probable anxiety disorder (0-7)

### CAGE:

**The following questions refer to your alcohol consumption:**
Have you ever felt you should Cut down on your drinking? not applicable (0)
Have people Annoyed you by criticizing your drinking? not applicable (0)
Have you ever felt bad or Guilty about your drinking? not applicable (0)
Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover (Eye opener)? not applicable (0)
Score: 0 - A total score of 2 or greater is considered clinically significant.

**RADIOLOGIC & DIAGNOSTIC STUDIES:** Yes,
Will attempt to obtain records.

**MRI:** Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report.

**CT:** Yes,  Year: 2013,
Will attempt to obtain results.

**X-RAY:** Yes,  Year: 2016,
Will attempt to obtain results.

**EMG:** Yes,  Year: 2010,
Will attempt to obtain results.

**OTHER:** Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

**PREVIOUS TREATMENT(S):**

**PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:**

**SHORT ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

**LONG ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|

LIN00356

| MSContin: | Adverse Effects: none. |
|---|---|
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

### MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

### NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

### ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

### BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

### BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

### PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

### PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

### HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 157 of 200

LIN00357

CHIROPRACTIC MANIPULATION: no

INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
•Improvement: yes.
ESI x greater than 10 (lumbar)
•Improvement: temporary
Spinal Cord Stimulation trial
•Improvement: no

GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Hannah Thomas MA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, patient is status post hysterectomy and/or oophorectomy

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.

VITALS:

Temperature: 98.5 degrees Fahrenheit
Pulse: 70 beats per minute
Blood Pressure: 116/84 mmHg
Respiratory Rate: 16 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: Sa02 (on room air) = 97%%

GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.
Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.
Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.

LUMBOSACRAL EXAM:

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

LIN00358

<u>VISUAL INSPECTION OF THE PATIENT'S GAIT:</u>
   **WNL**

<u>VISUAL INSPECTION OF PATIENT'S POSTURE:</u>
   **Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.**

<u>TENDERNESS TO PALPATION:</u>
   **Lumbar paraspinal muscle(s): positive bilaterally**
   **SI joint area(s): negative bilaterally**

<u>RANGE OF MOTION OF THE TRUNK:</u>
   **Flexion: decreased**
   **Extension: decreased**
   **Flexion to the left: decreased**
   **Flexion to the right: decreased**
   **Lateral rotation to the left: decreased**
   **Lateral rotation to the right: decreased**

<u>SENSATION:</u>
   **Proprioception: The patient has normal proprioception in their bilateral lower extremities**
   **Sensation in the right lower extremity: normal**
   **Sensation in the left lower extremity: normal**

<u>MUSCLE STRENGTH:</u>
   **Left lower extremity with hip flexion: 5/5**
   **Right lower extremity with hip flexion: 5/5**
   **Left lower extremity with hip extension: 5/5**
   **Right lower extremity with hip extension: 5/5**
   **Left lower extremity with knee flexion: 5/5**
   **Right lower extremity with knee flexion: 5/5**
   **Left lower extremity with knee extension: 5/5**
   **Right lower extremity with knee extension: 5/5**
   **Left lower extremity with plantar flexion: 5/5**
   **Right lower extremity with plantar flexion: 5/5**
   **Left lower extremity with dorsiflexion: 5/5**
   **Right lower extremity with dorsiflexion: 5/5**

<u>REFLEXES:</u>
   **Right patellar DTR: 2/5**
   **Right Medial Hamstring DTR: 2/5**
   **Right Achilles DTR: 2/5**
   **Left patellar DTR: 2/5**
   **Left Medial Hamstring DTR: 2/5**
   **Left Achilles DTR: 2/5**

<u>EVALUATION FOR LUMBAR SPONDYLOSIS:</u>
   **Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right**

<u>EVALUATION FOR LUMBOSACRAL RADICULOPATHY:</u>
   **Straight Leg Raise Test: negative bilaterally**

<u>EVALUATION FOR PIRIFORMIS SYNDROME:</u>
   **Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally**

LJN00359

<u>EVALUATION FOR SACROILIITIS:</u>

**Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally**

<u>RISK FACTORS:</u>

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- **Carisoprodol (Soma): yes** - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- **Benzodiazepines: yes** - The patient was counseled regarding the risks of combining benzodiazepines and opioids. The patient was informed that the benzodiazepine must be TAPERED and discontinued. The patient was informed that his/her prescribing physician must taper and discontinue the benzodiazepine and start the patient on a different, non-benzodiazepine medication for their underlying condition.
- **Obstructive Sleep Apnea/Supplemental Oxygen: no**
- **Alcohol: no**
- **Obesity or Morbid Obesity: no**

- **The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below.**

<u>ASSESSMENT AND PLAN:</u>

<u>Lumbosacral Degenerative Disc Disease with Radiculopathy:</u>
- Recommended Interventional Procedures. Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

<u>Lumbar Myofascial Syndrome:</u>
- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

<u>Lumbar Failed Back Surgery Syndrome:</u>
- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

<u>LUMBAR BRACE:</u>

A DDS 500 will be ordered to otherwise support weak spinal muscles
**Torso measurement (at the navel in inches): 34**
**Sizing: L (33-35in torso)**
**8in Extension Piece: No**
**Length of Need: 99**

<u>MEDICAL MANAGEMENT RECOMMENDATIONS:</u>

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri... 11/2/2016

LIN00360

 
## BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? Unsure, will await urine drug toxicology screening and confirmation results prior to prescribing any medications

## GENERAL RECOMMENDATIONS:

• Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
• Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
• Patient was given specific instructions regarding the following: xanax: discontinue immediately (takes prn occasionally) soma: currently taking 4x/day, will decrease to 3x/day x 3 days, then 2x/day x 3days, decrease 1x/day then discontinue
• Currently on 640MEM and will need to wean off high dose opioid add meloxicam and trial lyrica samples at follow up pending toxicology results

## DISCLAIMERS AND PATIENT AGREEMENT:

• By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
• By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
• Patient was educated regarding treatment goals regarding medical management of pain.
• Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, **overdose, and DEATH**, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
• I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.
Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.
• **I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.**
**The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.**
• **Patient was educated regarding the patient treatment agreement. The patient was given a copy of this agreement.**
• **Patient was educated regarding lab testing (including HIV, hepatitis, etc.). The patient was given a copy of this consent.**
• **Patient was educated regarding the clinic's Privacy Policy. The patient was given a copy of the policy.**
• **Patient was educated regarding Patient Rights and Responsibilities. The patient was**

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 161 of 200    LJN00361

given a copy of this document.
• Patient was educated regarding proper use of the pain management medicines prescribed.
• Patient was educated regarding the proper disposal of unused pain management medications that have been prescribed.
• The patient has been thoroughly been told that as per Elite Pain Management policy, only current prescriptions (prescribed for use during the current/present month may be taken. The use of previous "old" prescriptions will not be tolerated, will be considered inconsistent if present on the urine drug confirmation test, and may result in discharge from the clinic.
• Full toxicology screen as deemed necessary. Yes
• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.
• Notes: Referred to APT. Rheumatologist will prescribe medication for one week and patient will bring in bottles at follow up.



Melissa Kokoszka M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.

Pa[tien]ts Signature

PATIENT IMAGE(S):   Signature SIGNATURE 10/05/2016

LIN00362
Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 162 of 200



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E
Springfield, MO 65807-5233

Phone: (417)888-0167
Fax: (417)888-0169

| | |
|---|---|
| **Service Date:** 10/12/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:** TONKIN, DAVID M  MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | | |
|---|---|---|---|
| **Patient:** Flanagan, Jamie | **Age & DOB:** 36 year  04/03/1980 | **Gender:** | female |
| **Address:** 1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** | (417)459-5879 |

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING Established Patient Office Visits 99214 - Established Patient Office Visit, 25min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: yes - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.
- **Provider #1:** Dr. Hopewell
- **Medication, Dose, Frequency #1:** morphine ER 100mg 2 tabs twice a day. (200mg BID)
- **Remaining Supply #1:** #18 on 10/12/16
- **Last Refill Date #1:** 10/10/16
- **Provider #2:** Dr. Hopewell
- **Medication, Dose, Frequency #2:** oxycodone 30mg 1 tab 4 times daily PRN
- **Remaining Supply #2:** #18 on 10/12/16
- **Last Refill Date #2:** 10/10/16

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- **Pain while Sitting at time of first visit: 5:** (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- **Pain while Standing at time of first visit: 5:** (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 163 of 200    LIN00363

- Pain with Walking/Activity at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain while Resting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes
Aggravating Factors: walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
Alleviating Factors: pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
Associated Signs and Symptoms: no

Extremity Weakness: no

Urinary Incontinence: no

Fecal Incontinence: no

The patient states that due to their pain they have problems with the following Activities of Daily Living:

driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

Reviewed history of present illness and no changes as of 10/12/2016

PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
Other Medical Conditions: rheumatological disease of unknown type.
Reviewed medical history and no changes as of 10/12/2016

PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
Other Surgical History: 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
Reviewed surgical history and no changes as of 10/12/2016

FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
Other Medical Conditions: Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
Reviewed family history and no changes as of 10/12/2016

SOCIAL HISTORY:

Marital Status: married
Occupation: disabled

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 164 of 200

LIN00364

Highest Level of Education: college
Number of Living Children: 2
History of Criminal History: denies
Other Occupants in the Home: spouse, child/children.
Are prescriptions kept in a safe: Yes, patient instructed to always keep prescriptions stored in a safe.
Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use and no changes as of 10/12/2016

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Reviewed allergies and no changes as of 10/12/2016
Reviewed medications and no changes as of 10/12/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Methocarbamol 750mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016
Morphine 100mg Rx Date : 10/05/2016
Oxycodone 30mg Rx Date : 10/05/2016
Soma 350mg Rx Date : 10/05/2016
Alprazolam 0.5mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives.
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 10/12/2016

LIN00365
Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 165 of 200

RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes,  Year: 2013,
Will attempt to obtain results.

X-RAY: Yes,  Year: 2016,
Will attempt to obtain results.

EMG: Yes,  Year: 2010,
Will attempt to obtain results.

OTHER: Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

PREVIOUS TREATMENT(S):
PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

SHORT ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

LONG ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
| --- | --- |
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

LIN00366

## BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| MSContin: | 100 mg 2 tabs twice a day. |

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Soma (carisoprodol) | 350mg 4 times a day. |

## PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

## PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

## HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

## CHIROPRACTIC MANIPULATION: no

## INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
•Improvement: yes.
ESI x greater than 10 (lumbar)
•Improvement: temporary
Spinal Cord Stimulation trial
•Improvement: no

## GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

## FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Kokoszka
Percentage of pain relief from current pain management regimen: 60%
Percentage improvement in activities of daily living: 60%
Physical Functioning: better
Family Relationships: same
Social Relationships: same
Mood: same
Sleep Patterns: same
Overall Functioning: same

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 167 of 200    LIN00367

Any New Complaints: yes (describe) popping in low back
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no
When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? no
Are you progressing towards previously documented goals? yes
Are you experiencing adverse side effects from currently prescribed pain medications? no

## CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)
Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Quality of Pain: aching, dull, burning.

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A
Previous urine screening and confirmation results were reviewed: yes
Concerns: None

**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.
Pill Count(s):

Medication # 1: MScontin 100mg #18
- Inconsistency: no
Medication # 2: Oxycodone 30mg #18
- Inconsistency: no

## VITALS:

Temperature: 99.6 degrees Fahrenheit
Pulse: 66 beats per minute
Blood Pressure: 136/88 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: SaO2 (on room air) = 98%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 168 of 200

LIN00368

accommodation
Neck: supple, no masses, no lymphadenopathy.
Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.
Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.
General and pain specific physical exams performed, no changes since previous office visit.
10/12/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:

WNL

### VISUAL INSPECTION OF PATIENT'S POSTURE:

Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

### TENDERNESS TO PALPATION:

Lumbar paraspinal muscle(s): positive bilaterally
SI joint area(s): negative bilaterally

### RANGE OF MOTION OF THE TRUNK:

Flexion: decreased
Extension: decreased
Flexion to the left: decreased
Flexion to the right: decreased
Lateral rotation to the left: decreased
Lateral rotation to the right: decreased

### SENSATION:

Proprioception: The patient has normal proprioception in their bilateral lower extremities
Sensation in the right lower extremity: normal
Sensation in the left lower extremity: normal

### MUSCLE STRENGTH:

Left lower extremity with hip flexion: 5/5
Right lower extremity with hip flexion: 5/5
Left lower extremity with hip extension: 5/5
Right lower extremity with hip extension: 5/5
Left lower extremity with knee flexion: 5/5
Right lower extremity with knee flexion: 5/5
Left lower extremity with knee extension: 5/5
Right lower extremity with knee extension: 5/5
Left lower extremity with plantar flexion: 5/5
Right lower extremity with plantar flexion: 5/5
Left lower extremity with dorsiflexion: 5/5
Right lower extremity with dorsiflexion: 5/5

### REFLEXES:

Right patellar DTR: 2/5
Right Medial Hamstring DTR: 2/5
Right Achilles DTR: 2/5
Left patellar DTR: 2/5
Left Medial Hamstring DTR: 2/5
Left Achilles DTR: 2/5

EVALUATION FOR LUMBAR SPONDYLOSIS:

Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

EVALUATION FOR LUMBOSACRAL RADICULOPATHY:

Straight Leg Raise Test: negative bilaterally

EVALUATION FOR PIRIFORMIS SYNDROME:

Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

EVALUATION FOR SACROILIITIS:

Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

RISK FACTORS:

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- Carisoprodol (Soma): yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- Benzodiazepines: yes - The patient was counseled regarding the risks of combining benzodiazepines and opioids. The patient was informed that the benzodiazepine must be TAPERED and discontinued. The patient was informed that his/her prescribing physician must taper and discontinue the benzodiazepine and start the patient on a different, non-benzodiazepine medication for their underlying condition.
- Obstructive Sleep Apnea/Supplemental Oxygen: no
- Alcohol: no
- Obesity or Morbid Obesity: no

- The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below. Reviewed risk factors and no changes as of 10/12/2016

ASSESSMENT AND PLAN:

Lumbosacral Degenerative Disc Disease with Radiculopathy:

- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

Lumbar Myofascial Syndrome:

- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

Lumbar Failed Back Surgery Syndrome:

- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice

LIN00370

- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

## LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
Torso measurement (at the navel in inches): 34
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99

## MEDICAL MANAGEMENT RECOMMENDATIONS:

### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

### GENERAL RECOMMENDATIONS:

- Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
- Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
- Patient was given specific instructions regarding the following: Soma: did not follow recommendations; for 3 days decrease to 2/day then for 3 days decrease to 1 per day, then discontinue
- Currently on 640MEM and will need to wean off high dose opioid add meloxicam and trial lyrica samples at follow up pending toxicology results

### PRESCRIPTIONS:

Opana Er 20mg , 1 Q12h Do not fill till 10/17/16 , #14, starting 10/12/2016 , No Refill Ordered
Oxycodone 30mg tablet , 1 Q6h do not fill till 10/17/16 , #28, starting 10/12/2016 , No Refill Ordered

## DISCLAIMERS AND PATIENT AGREEMENT:

- By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
- By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
- Patient was educated regarding treatment goals regarding medical management of pain.
- Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
- I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.
Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.
- I have also has been educated, acknowledge, and thoroughly understand that all

LIN00371

medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.
The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.

• Full toxicology screen as deemed necessary. Yes

• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.

• Notes: Will prescribe medication for one week starting 10/17/16 and patient will bring in bottles at follow up.

David Tonkin M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.Patricia Reed, N.P.

Patient's Signature

PATIENT IMAGE(S):    Signature SIGNATURE 10/12/2016

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 172 of 200

LIN00372



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E                                                        Phone: (417)888-0167
Springfield, MO 65807-5233                                                    Fax: (417)888-0189

| | |
|---|---|
| **Service Date:**      10/24/2016 | |
| **Service Location:**  Elite Pain Management LLC MO | **Place Of Service:**   OFFICE |
| **Rendering Provider:**KOKOSZKA, MELISSA J  MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | | |
|---|---|---|---|
| **Patient:**   Flanagan, Jamie | **Age & DOB:** 36 year  04/03/1980 | **Gender:** | female |
| **Address:**   1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** | (417)459-5879 |

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING Established Patient Office Visits 99213 - Established Patient Office Visit, 15min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen**

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: no - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain with Walking/Activity at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
- Pain while Resting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

Aggravating Factors: walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
Alleviating Factors: pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
**Associated Signs and Symptoms: no**

> **Extremity Weakness: no**
>
> **Urinary Incontinence: no**
>
> **Fecal Incontinence: no**

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

> driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

**Reviewed history of present illness and no changes as of 10/24/2016**

## PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
**Other Medical Conditions:** rheumatological disease of unknown type.
**Reviewed medical history and no changes as of 10/24/2016**

## PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
**Other Surgical History:** 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
**Reviewed surgical history and no changes as of 10/24/2016**

## FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
**Other Medical Conditions:** Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
**Reviewed family history and no changes as of 10/24/2016**

## SOCIAL HISTORY:

**Marital Status:** married
**Occupation:** disabled
**Highest Level of Education:** college
**Number of Living Children:** 2
**History of Criminal History:** denies
**Other Occupants in the Home:** spouse, child/children.
**Are prescriptions kept in a safe:** Yes, patient instructed to always keep prescriptions stored in a safe.
**Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use and no changes as of 10/24/2016**

**History of Tobacco Use:** no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 18
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

      Current Dependence on Controlled Substances: yes
      Current Addiction to Controlled Substances: no
      Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Reviewed allergies and no changes as of 10/24/2016
Reviewed medications and no changes as of 10/24/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Methocarbamol 750mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives.
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 10/24/2016

## RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes, Year: 2013,
Will attempt to obtain results.

X-RAY: Yes, Year: 2016,
Will attempt to obtain results.

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...    11/2/2016

LIN00375

**EMG:** Yes, Year: 2010,
Will attempt to obtain results.

**OTHER:** Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

## PREVIOUS TREATMENT(S):

### PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

#### SHORT ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

#### LONG ACTING OPIOIDS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

#### MUSCLE RELAXANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

#### NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib): | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

#### ANTICONVULSANTS:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

#### BENZODIAZEPINES:

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

## BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |
| DRUG: | DOSE AND FREQUENCY: |
| MSContin: | 100 mg 2 tabs twice a day. |
| DRUG: | DOSE AND FREQUENCY: |
| Soma (carisoprodol) | 350mg 4 times a day. |

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 176 of 200

LIN00376

## PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

## PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

## HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

## CHIROPRACTIC MANIPULATION: no

## INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 8 -10
  •Improvement: yes.
ESI x greater than 10 (lumbar)
  •Improvement: temporary
Spinal Cord Stimulation trial
  •Improvement: no

## GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

## FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Tonkin
Percentage of pain relief from current pain management regimen: 20%
Percentage improvement in activities of daily living: I have declined in what I can do since last visit
Physical Functioning: worse
Family Relationships: same
Social Relationships: same
Mood: same
Sleep Patterns: worse
Overall Functioning: worse
Any New Complaints: yes (describe)nausea over last 5 days with decreased appetite
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no
When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? pain medicine is inadequate at making the pain tolerable
Are you progressing towards previously documented goals? yes I believe our goals were to reduce the amount of narcotics I take no my pain is not at a level I can function on a daily basis. Would like to try the sublingual tabs I sampled at last visit

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 177 of 200          LIN00377

Are you experiencing adverse side effects from currently prescribed pain medications? no
Side effects experienced: nausea sleep disturbances

## CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: aching, dull, burning.

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A

Previous urine screening and confirmation results were reviewed: yes
Concerns: None - soma levels are decreasing

**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.

Pill Count(s):

Medication # 1: Oxymorphone 20mg #1

- Inconsistency: no

Medication # 2: Oxycodone 30mg #4

- Inconsistency: no

## VITALS:

Temperature: 98.1 degrees Fahrenheit
Pulse: 80 beats per minute
Blood Pressure: 107/68 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: Sa02 (on room air) = 98%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.
Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...    11/2/2016

Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.
General and pain specific physical exams performed, no changes since previous office visit.
10/24/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:

WNL

### VISUAL INSPECTION OF PATIENT'S POSTURE:

Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

### TENDERNESS TO PALPATION:

Lumbar paraspinal muscle(s): positive bilaterally
SI joint area(s): negative bilaterally

### RANGE OF MOTION OF THE TRUNK:

Flexion: decreased
Extension: decreased
Flexion to the left: decreased
Flexion to the right: decreased
Lateral rotation to the left: decreased
Lateral rotation to the right: decreased

### SENSATION:

Proprioception: The patient has normal proprioception in their bilateral lower extremities
Sensation in the right lower extremity: normal
Sensation in the left lower extremity: normal

### MUSCLE STRENGTH:

Left lower extremity with hip flexion: 5/5
Right lower extremity with hip flexion: 5/5
Left lower extremity with hip extension: 5/5
Right lower extremity with hip extension: 5/5
Left lower extremity with knee flexion: 5/5
Right lower extremity with knee flexion: 5/5
Left lower extremity with knee extension: 5/5
Right lower extremity with knee extension: 5/5
Left lower extremity with plantar flexion: 5/5
Right lower extremity with plantar flexion: 5/5
Left lower extremity with dorsiflexion: 5/5
Right lower extremity with dorsiflexion: 5/5

### REFLEXES:

Right patellar DTR: 2/5
Right Medial Hamstring DTR: 2/5
Right Achilles DTR: 2/5
Left patellar DTR: 2/5
Left Medial Hamstring DTR: 2/5
Left Achilles DTR: 2/5

### EVALUATION FOR LUMBAR SPONDYLOSIS:

Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 179 of 200

LIN00379



### EVALUATION FOR LUMBOSACRAL RADICULOPATHY:
**Straight Leg Raise Test:** negative bilaterally

### EVALUATION FOR PIRIFORMIS SYNDROME:
**Reproduction of symptoms with flexion, adduction, and internal rotation of the hips:** negative bilaterally

### EVALUATION FOR SACROILIITIS:
**Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests:** negative bilaterally

### RISK FACTORS:
The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- **Carisoprodol (Soma):** yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- **Benzodiazepines:** no
- **Obstructive Sleep Apnea/Supplemental Oxygen:** no
- **Alcohol:** no
- **Obesity or Morbid Obesity:** no

- **The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below.** Reviewed risk factors and no changes as of 10/24/2016

### ASSESSMENT AND PLAN:

#### Lumbosacral Degenerative Disc Disease with Radiculopathy:
- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (If due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

#### Lumbar Myofascial Syndrome:
- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

#### Lumbar Failed Back Surgery Syndrome:
- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

### ANCILLARY SERVICES:
I certify that I am the treating physician and I certify that the medical necessity information below is true, accurate and

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

LIN00380


complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

### LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles
Torso measurement (at the navel in inches): 34
Sizing: L (33-35in torso)
8in Extension Piece: No
Length of Need: 99
Date: 10/24/2016 The patient presented today for education regarding proper usage, fitting, and dispensing of his/her DDS500 lumbar brace, after such, all questions were answered to the patient's satisfaction, and the brace was dispensed. The patient was thoroughly notified that he/she may have an additional charge (co-pay) required by his/her insurance company.

### MEDICAL MANAGEMENT RECOMMENDATIONS:

#### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

#### GENERAL RECOMMENDATIONS:

- Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
- Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence
- Patient was given specific instructions regarding the following: Soma: did not follow recommendations; for 3 days decrease to 2/day then for 3 days decrease to 1 per day, then discontinue
- Currently on 640MEM and will need to wean off high dose opioid

#### CRITERIA FOR LONG ACTING OPIOID:

The patient needs around the clock pain relief: yes
The patient is opioid tolerant: yes, Patients are considered opioid tolerant when taking at least: 60mg oral morphine/day
Are there risk factors to prescribing long term opioids to this patient: yes -
Will the patient be prescribed long acting opioids: yes

#### PRESCRIPTIONS:

Ondansetron 8mg tablet , 1 Q8h , #21, starting 10/24/2016 , No Refill Ordered
Oxycodone 30mg tablet , 1 Q6h , #28, starting 10/24/2016 , No Refill Ordered
Opana Er 20mg , 1 Q12h , #14, starting 10/24/2016 , No Refill Ordered

#### DISCLAIMERS AND PATIENT AGREEMENT:

- By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
- By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.
- Patient was educated regarding treatment goals regarding medical management of pain.
- Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

 
of the prescribing physician
• I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.
Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.
• I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.
The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
• Full toxicology screen as deemed necessary. Yes
• The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.
Concerns: Patient was thoroughly educated that inconsistent urine toxicology test will not be tolerated, and continued failure to comply with Elite Pain Management rules will result in discharge from the clinic.
• Notes: Patient experiencing with decrease in medication and therefore will be given a zofran prescription as well. She accidently took an old morphine tablet over on 10/21/2016 and therefore will have a follow up in one week. She has been given a sample of lyrica 75mg (1 box) and instructed to take 1 capsule bid.

Melissa Kokoszka M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.



Patient's Signature

PATIENT IMAGE(S):   Signature SIGNATURE 10/24/2016

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016



**ELITE PAIN MANAGEMENT LLC**

222 E Primrose Suite E
Springfield, MO 65807-5233

Phone: (417)888-0167
Fax: (417)888-0189

| | |
|---|---|
| **Service Date:** 10/31/2016 | |
| **Service Location:** Elite Pain Management LLC MO | **Place Of Service:** OFFICE |
| **Rendering Provider:** TONKIN, DAVID M  MD | **PCP/Ref. Physician:** Powell, Crystal |

| | | | |
|---|---|---|---|
| **Patient:** Flanagan, Jamie | **Age & DOB:** 36 year  04/03/1980 | **Gender:** | female |
| **Address:** 1625 Musky Dime Dr  CRANE  MO - 65633 | | **Home Phone:** | (417)459-5879 |

## CHIEF COMPLAINT(S):

- Bilateral (right > left) lower back pain radiating to the right lower extremity in the L5 dermatomal distribution(s) to the level of the ankle.

**BILLING** Established Patient Office Visits 99213 - Established Patient Office Visit, 15min Toxicology Billing G0483 - High Complexity Confirmation Testing G0479 - Urine Drug Screen

## VISIT INFORMATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 36 year old female who presents today for evaluation of the above chief complaint(s). The medical record reflects the history of present illness obtained by myself in discussion with the patient.

Is the patient currently receiving pain medications (specifically opioids) at any other pain management clinic or from another provider: no - It was thoroughly explained to the patient that controlled substances, as per our opioid agreement and as per standard practice recommendations, should only be prescribed by one practitioner and if the patient is or continues to obtain prescriptions for controlled substances from more than one provider, he/she will be discharged from Elite Pain Management and the other prescriber will be notified.

Is the patient currently being treated by an interventional pain physician or receiving injections from another health care provider: no

Overall Average General Assessment of Pain at time of first visit: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)

- Pain while Sitting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain while Standing at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain with Walking/Activity at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

- Pain while Resting at time of first visit: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)

Quality of Pain: burning, aching, pins and needles, sharp, stabbing.
Duration of Pain (greater than 3-6 months is chronic): yes (chronic) - 6 years
Inciting Event: no specific inciting event, just progressive worsening of symptoms over time
Litigation Pending: no
Currently on Disability: yes

Case 3:17-cv-05060-MDH    Document 35-2    Filed 05/15/18    Page 183 of 200

LIN00383

**Aggravating Factors:** walking, working out, exercise, exertion, activity, lifting, anxiety, stress, arm movement, driving, working at a computer, cold weather.
**Alleviating Factors:** pain medication, water therapy. Positioning/repositioning, heat, certain ointments. Tens unit. Roll behind back while sitting.
**Associated Signs and Symptoms:** no

    **Extremity Weakness:** no

    **Urinary Incontinence:** no

    **Fecal Incontinence:** no

**The patient states that due to their pain they have problems with the following Activities of Daily Living:**

    driving a car, shopping for groceries, preparing meals, performing housework, climbing a flight of stairs, sexual functions.

Reviewed history of present illness and no changes as of 11/02/2016

## PAST MEDICAL HISTORY:

Anemia
GERD
Migraines
Depression
Anxiety Disorder
Other Medical Conditions: rheumatological disease of unknown type.
Reviewed medical history and no changes as of 11/02/2016

## PAST SURGICAL HISTORY:

Cholecystectomy
EGD x4
Colonoscopy x3
Cesarean Section
Hysterectomy
Lumbar Spine Surgery fusion 2011
Dental Surgery
Other Surgical History: 4 foot surgery. Breast reconstruction x 4. Exploratory laparoscopy stomach.
Reviewed surgical history and no changes as of 11/02/2016

## FAMILY HISTORY:

Coronary Artery Disease: father, grandparent(s).
Hypertension: mother, grandparent(s).
Elevated Cholesterol/Dyslipedemia: father, grandparent(s), mother.
CVA: grandparent(s).
Depression: mother, father, grandparent(s), brother(s).
Anxiety Disorder: mother, grandparent(s), brother(s).
History of Substance Abuse: father, grandparent(s), brother(s).
Rheumatoid Arthritis: grandparent(s)
Other Medical Conditions: Grandparent(s) lupus. Brother(s) neural tube defect. Grandparent(s) kidney insufficiency
Reviewed family history and no changes as of 11/02/2016

## SOCIAL HISTORY:

Marital Status: married
Occupation: disabled
Highest Level of Education: college
Number of Living Children: 2
History of Criminal History: denies
Other Occupants in the Home: spouse, child/children.
Are prescriptions kept in a safe: Yes, patient instructed to always keep prescriptions stored in a safe.
Reviewed social history, tobacco use, alcohol use, illegal drug use, and controlled substance use and no changes as of 11/02/2016

History of Tobacco Use: no patient states she has never used tobacco on a regular basis.

History of Alcohol Use: Have you ever been diagnosed as an alcoholic or believed to be an alcoholic by yourself or others? no yes, in the past
Type of Alcohol: wine, liquor.
They have been drinking for: 5 years,
Drinks per Month: 16
Have they quit: yes
They quit: 5-10 years ago.

History of Illegal Drug Use: denies

Controlled Substance History (As per patient):

Current Dependence on Controlled Substances: yes
Current Addiction to Controlled Substances: no
Past Addiction to Controlled Substances: no

## ALLERGIES:

Darvocet Adverse Effects: rash/hives.
ambien Adverse Effects: sleep walk
Reglan Adverse Effects: Tardive Dyskinesia
lunesta Adverse Effects: sleep walk
Lyrica Adverse Effects: rash/hives.
Reviewed allergies and no changes as of 11/02/2016
Reviewed medications and no changes as of 11/02/2016

## CURRENT MEDICATIONS:

Hydroxychloroquine 200mg Rx Date : 10/05/2016
Bupropion Hcl 150mg Rx Date : 10/05/2016
Ibuprofen 800mg Rx Date : 10/05/2016
Topiramate 100mg Rx Date : 10/05/2016

## REVIEW OF SYSTEMS:

General: trouble sleeping.
Skin: lesions/hives improving since stopping Lyrica
Head: headache, tingling.
Ears: denies decreased hearing, ringing in ears, earache, drainage, and pain.
Nose: hay fever.
Oropharynx: denies bleeding gums, sore tongue, dry mouth, sore throat, or hoarseness.
Breasts: denies lumps/masses, pain, and discharge.
Respiratory: denies cough, wheezing, coughing up blood, and shortness of breath
Cardiovascular: denies chest pain/discomfort/tightness, shortness of breath with activity, or swelling in his/her extremities.
Gastrointestinal: heartburn, constipation.
Urinary: denies urgency, burning or pain, blood in urine, and incontinence.
Vascular: denies calf pain and cramping while walking.
Musculoskeletal: muscle or joint pain, swelling of joints, stiffness, axial spine pain.
Neurologic: numbness, tingling.
Hematologic: ease of bruising.
Endocrine: cold intolerance.
Psychiatric: nervousness/anxiety, memory loss. Depression.
Reviewed all systems and no changes as of. 11/02/2016

## RADIOLOGIC & DIAGNOSTIC STUDIES: Yes,
Will attempt to obtain records.

MRI: Yes, I have personally reviewed these studies Year: 2015, Results: please see attached report,

CT: Yes, Year: 2013,
Will attempt to obtain results.

X-RAY: Yes, Year: 2016,
Will attempt to obtain results.

LIN00385

**EMG:** Yes, Year: 2010,
Will attempt to obtain results.

**OTHER:** Yes, gastric emptying study. Year: 2013,
Will attempt to obtain results.

PREVIOUS TREATMENT(S):

PREVIOUS HISTORY OF PAIN MEDICINES USED AND ADVERSE EFFECTS:

**SHORT ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Norco (hydrocodone and acetaminophen): | Adverse Effects: none. |
| Oxycodone: | Adverse Effects: none. |
| Percocet (oxycodone and acetaminophen): | Adverse Effects: none. |

**LONG ACTING OPIOIDS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| MSContin: | Adverse Effects: none. |
| Methadone: | Adverse Effects: change in mentation. |
| Avinza: | Adverse Effects: none. |

**MUSCLE RELAXANTS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Robaxin (Methocarbimol): | Adverse Effects: none. |
| Soma: | Adverse Effects: none. |

**NON-STEROIDAL ANTI-INFLAMMATORIES (NSAIDS):**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Naproxyn (IR): | Adverse Effects: none. |
| Alleve | Adverse Effects: none. |
| Celebrex (Celecoxib). | Adverse Effects: none. |
| Voltaren IR: | Adverse Effects: none. |
| Toradol (Ketorolac): | Adverse Effects: none. |

**ANTICONVULSANTS:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Neurontin (Gabapentin): | Adverse Effects: over-sedation |
| Lyrica (Pregabalin): | Adverse Effects: higher doses left feeling lightheaded. |
| Cymbalta (Duloxetine): | Adverse Effects: none. |

**BENZODIAZEPINES:**

| DRUG: | ADVERSE EFFECT(S): |
|---|---|
| Diazepam (Valium) | Adverse Effects: none. |
| Alprazolam (Xanax) | Adverse Effects: none. |

BEST PAIN MANAGEMENT REGIMEN:

As per the patient, the medical management regimen that has been successful at treating their pain in the past is as follows:

| DRUG: | DOSE AND FREQUENCY: |
|---|---|
| Oxycodone: | 30mg 4 times daily |
| **DRUG:** | **DOSE AND FREQUENCY:** |
| MSContin: | 100 mg 2 tabs twice a day. |
| **DRUG:** | **DOSE AND FREQUENCY:** |
| Soma (carisoprodol) | 350mg 4 times a day. |

LIN00386

## PAST HISTORY OF SURGERY TO AREA INVOLVED IN THE PATIENT'S PAIN:

Surgery: lumbar spine surgery with fusion
Improvement: temporary
Surgical Consultation: yes, patient had a surgical consultation following the above mentioned surgery(s).
Recommendations: surgery was not recommended
Does the patient currently refuse surgery? no

## PHYSICAL THERAPY: yes

Improvement: yes for water therapy, no for everything else.
Latest or Most Recent Physical Therapy: 3 year(s) ago
Length of treatment: 3 week(s)

## HOME EXERCISE PROGRAM: yes

Improvement: yes.
Patient is currently in a home exercise program.

## CHIROPRACTIC MANIPULATION: no

## INTERVENTIONAL PROCEDURES: yes

Does the patient currently refuse interventional pain procedures? noTPI x 6 -10
   •Improvement: yes.
ESI x greater than 10 (lumbar)
   •Improvement: temporary
Spinal Cord Stimulation trial
   •Improvement: no

## GOALS:

• Improve physical functioning and mental well-being as well as well achieve a state in which the pain is tolerable to the patient.
• Patient Goal 1: "to have less pain."
• Patient Goal 2: "be able to do a little bit more at the house."
• Patient Goal 3: "be able to sleep a little bit better."

## FOLLOW-UP INFORMATION:

During their visit today, the patient reports the following changes in their pain symptoms, compared to those shown above, as recorded during their initial visit.
Last visit with Provider: Dr. Kokoszka
Percentage of pain relief from current pain management regimen: 20% 30%
Percentage improvement in activities of daily living: Im not functioning well at all right now. My functioning has declined significantly since starting this clinic and in last week to two weeks
Physical Functioning: worse I am having horrible restless legs and even arms etc. That starts 3 hours after taking Exalgo. When I take exalgo again it is better for the 2 -3 hours then we are back to the restless crawling weak feeling that gets worse and worse until the next dose. I have been struggling sitting through even short periods of church etc.
Family Relationships: worse I can't do anything with my family at this time because the few times we have tried I have had to leave in the middle of what we are doing
Social Relationships: worse because of the above I've stopped attending church and doing much of anything outside of home
Mood: worse -
Sleep Patterns: worse can't fall asleep because of restlessness and if I do it wakes me up a couple hours later 10x more intense
Overall Functioning: worse
Any New Complaints: yes (describe) restlessness, crawling legs
New Imaging, Studies, or Consults: no
Has your PCP made any changes to your medication list since your last visit? no
Have you recently been prescribed narcotics from any other provider? no
Have you been in the hospital or seen in the ER since your last visit? no

LIN00387

When was your last dose of medication taken? this morning
Do you have any concerns regarding your current treatment? pain medicine is inadequate at making the pain tolerable yes, please see side effects below
Are you progressing towards previously documented goals? no
Are you experiencing adverse side effects from currently prescribed pain medications? yes (describe) see above plus a rash started after 3rd dose of Lyrica that was stopped by the office on Friday. Side effects experienced: itching sleep disturbances nausea other I've lost 6 pound in last week

## CURRENT PAIN SCALE:

Overall Average General Assessment of Pain: 4: (can be ignored if really involved in work, still distracting - mild painkillers relieve pain for 3-4 hours)
Pain while Sitting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Standing: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain with Walking/Activity: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Pain while Resting: 5: (cannot be ignored more than 30 minutes - mild painkillers reduce pain for 3-4 hours)
Quality of Pain: aching, dull, burning.

## TOXICOLOGY AND BOARD OF PHARMACY REVIEW:

Board of Pharmacy Prescription Monitoring Report was reviewed: No, unfortunately the state of Missouri currently does not have a Board of Pharmacy Controlled Substance tracking program.
Concerns: N/A
Previous urine screening and confirmation results were reviewed: yes
Concerns: None
**Previous Inconsistent Urine Toxicology Results:**

Urine sample collected today for toxicology screening and confirmation: yes

Urine sample collection witnessed by: Brooke Jones, RMA

Temperature of urine sample within normal limits: yes

Urine pregnancy point of care testing performed today: no, pregnancy test was not performed today, the patient has been notified

Urine sample toxicology screening and confirmation will be performed due to the fact that the patient is on a chronic opioid or buprenorphine containing medication. This testing is necessary secondary to the extremely dangerous nature of the medications that the patient is currently prescribed. Taking a prescribed, controlled medication puts the patient and society at significant risk. This testing is used to assure compliance with the prescribed medication(s), to help prevent misuse and abuse of this/these medication(s), to help discover any activities that suggest diversion of the prescribed medication(s), to discover use of any medications that may have may cause adverse events when used with the prescribed medication(s), and to discover any illicit drug use.
Pill Count(s):

Medication # 1: Oxymorphone 20mg #1

• Inconsistency: no

Medication # 2: Oxycodone 30mg #2

• Inconsistency: no

## VITALS:

Temperature: 98 degrees Fahrenheit
Pulse: 89 beats per minute
Blood Pressure: 119/84 mmHg
Respiratory Rate: 15 breaths per minute
Weight: 150 pounds
Height: 5 feet 5 inches
Pulse Oximetry: Sa02 (on room air) = 99%%

## GENERAL PHYSICAL EXAMINATION:

General: well developed, well nourished, and in no apparent distress, large scar noted over lumbar spine
Head: normocephalic, atraumatic, nares free of pill fragments, pupils are equal and reactive to light and accommodation
Neck: supple, no masses, no lymphadenopathy.

LIN00388

Chest: well-developed.
Heart: normal rate and rhythm, no murmurs, rubs, or gallops appreciated.
Lungs: clear to auscultation bilaterally, no wheezing, rhonchi, or rales appreciated.
Abdomen: soft, non-tender, positive bowel sounds in all four quadrants.
Extremities: no edema, no cyanosis, no atrophy.
Deformities: no deformities of the bilateral upper and lower extremities.
Signs of IV Drug Abuse: none
Neurologic: CN II-XII grossly intact; alert and oriented to person, time, and place.
General and pain specific physical exams performed, no changes since previous office visit.
11/02/2016

## LUMBOSACRAL EXAM:

### VISUAL INSPECTION OF THE PATIENT'S GAIT:

WNL

### VISUAL INSPECTION OF PATIENT'S POSTURE:

Visual inspection of the patient's posture reveals no kyphosis, lordosis, scoliosis, or asymmetry of the pelvis.

### TENDERNESS TO PALPATION:

Lumbar paraspinal muscle(s): positive bilaterally
SI joint area(s): negative bilaterally

### RANGE OF MOTION OF THE TRUNK:

Flexion: decreased
Extension: decreased
Flexion to the left: decreased
Flexion to the right: decreased
Lateral rotation to the left: decreased
Lateral rotation to the right: decreased

### SENSATION:

Proprioception: The patient has normal proprioception in their bilateral lower extremities
Sensation in the right lower extremity: normal
Sensation in the left lower extremity: normal

### MUSCLE STRENGTH:

Left lower extremity with hip flexion: 5/5
Right lower extremity with hip flexion: 5/5
Left lower extremity with hip extension: 5/5
Right lower extremity with hip extension: 5/5
Left lower extremity with knee flexion: 5/5
Right lower extremity with knee flexion: 5/5
Left lower extremity with knee extension: 5/5
Right lower extremity with knee extension: 5/5
Left lower extremity with plantar flexion: 5/5
Right lower extremity with plantar flexion: 5/5
Left lower extremity with dorsiflexion: 5/5
Right lower extremity with dorsiflexion: 5/5

### REFLEXES:

Right patellar DTR: 2/5
Right Medial Hamstring DTR: 2/5
Right Achilles DTR: 2/5
Left patellar DTR: 2/5
Left Medial Hamstring DTR: 2/5
Left Achilles DTR: 2/5

### EVALUATION FOR LUMBAR SPONDYLOSIS:

LIN00389

Does the patient have reproduction of their axial back pain with passive oblique extension of their lumbar spine (facet loading)? no, the patient does no have reproduction of their lower back pain with passive oblique extension to the left or to the right

## EVALUATION FOR LUMBOSACRAL RADICULOPATHY:

Straight Leg Raise Test: negative bilaterally

## EVALUATION FOR PIRIFORMIS SYNDROME:

Reproduction of symptoms with flexion, adduction, and internal rotation of the hips: negative bilaterally

## EVALUATION FOR SACROILIITIS:

Reproduction of symptoms with Faber/Patricks and Gaenslen maneuvers and sacroiliac joint compression tests: negative bilaterally

## RISK FACTORS:

The following information pertains to possible adverse events that may occur when combining the following medications or medical conditions with pain management medications that the patient may be prescribed.

- Carisoprodol (Soma): yes - The patient was counseled regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.
- Benzodiazepines: no
- Obstructive Sleep Apnea/Supplemental Oxygen: no
- Alcohol: no
- Obesity or Morbid Obesity: no

- The risks have been thoroughly explained to the patient and the patient currently accepts these risks and agrees to follow the medical advice as described in the assessment and plan below. Reviewed risk factors and no changes as of 11/02/2016

## ASSESSMENT AND PLAN:

### Lumbosacral Degenerative Disc Disease with Radiculopathy:

- Recommended Interventional Procedures: Epidural Steroid Injection (Intralaminar vs Transforaminal) (if due to disc pathology)
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Surgeon does not recommend surgery.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

### Lumbar Myofascial Syndrome:

- Recommended Interventional Procedures: Trigger Point Injections
- Chiropractic Treatment: Yes, DC of patient's choice, to include massage
- Physical Therapy: Yes, PT center of patient's choice, to include massage
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A
- Mechanical Massage: YesD3

### Lumbar Failed Back Surgery Syndrome:

- Recommended Interventional Procedures: Spinal cord stimulator, Intrathecal pump
- Chiropractic Treatment: Yes, DC of patient's choice
- Physical Therapy: Yes, PT center of patient's choice
- Surgical Consult: Not at this time.
- Imaging, Studies, or Labs to be ordered: N/A
- Cognitive Behavioral Health Therapy: N/A

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 190 of 200

LIN00390

## ANCILLARY SERVICES:

I certify that I am the treating physician and I certify that the medical necessity information below is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

### LUMBAR BRACE:

A DDS 500 will be ordered to otherwise support weak spinal muscles

**Torso measurement (at the navel in inches): 34**

Sizing: L (33-35in torso)

8in Extension Piece: No

Length of Need: 99

Date: 10/24/2016 The patient presented today for education regarding proper usage, fitting, and dispensing of his/her DDS500 lumbar brace, after such, all questions were answered to the patient's satisfaction, and the brace was dispensed. The patient was thoroughly notified that he/she may have an additional charge (co-pay) required by his/her insurance company.

## MEDICAL MANAGEMENT RECOMMENDATIONS:

### BENEFITS VERSUS RISK:

In your professional opinion, is the patient benefiting, or will the patient benefit from continuing the current or proposed pain management regimen, and do the benefits of such proposed treatment outweigh the risks of side effects, inappropriate use (not following the physician's prescription, in regards to dose and frequency of use), the combining of such medications with other sedating medications or substances, or existing comorbidities which may lead to respiratory depression, overdose, or death or the risk of diversion of such prescribed medication by EPM? no - not with current pain management, but adjustments will be made

### GENERAL RECOMMENDATIONS:

- Will adjust medications as needed to strive toward the patient's goals, and to make the pain tolerable.
- Patient has failed or has had adverse reactions to the following medications: gabapentin (Neurontin) somnolence, Lyrica: Alergic reaction
- Currently on 640MEM and will need to wean off high dose opioid

### CRITERIA FOR LONG ACTING OPIOID:

The patient needs around the clock pain relief: yes

The patient is opioid tolerant: yes, <u>Patients are considered opioid tolerant when taking at least:</u> 60mg oral morphine/day

Are there risk factors to prescribing long term opioids to this patient: yes -

Will the patient be prescribed long acting opioids: yes

### PRESCRIPTIONS:

Robaxin-750 750mg tablet , 1 Q6-8h , #120, starting 10/31/2016 , No Refill Ordered

Oxycodone 30mg tablet , 1 Q6h , #120, starting 10/31/2016 , No Refill Ordered

Opana Er 20mg , 1 Q12h , #60, starting 10/31/2016 , No Refill Ordered

Ropinirole 0.25mg tablet , 1-2 QHS Week 1: 1 tablet at HS, week 2-4: 2 tabs at HS , #60, starting 10/31/2016 , No Refill Ordered

### DISCLAIMERS AND PATIENT AGREEMENT:

- By signing below I acknowledge that all the information provided to the staff and providers at Elite Pain Management was correct and true to the best of my knowledge, and understand any false information provided hinders the doctor's ability to provide adequate care, and more-so, puts me, the patient at a greater risk for complications.
- By signing below, I acknowledge that each diagnosis (pain condition) has been thoroughly explained to me by the doctor and/or midlevel provider, that the proposed and optional plan(s) and treatment(s) have been thoroughly explained to me, and that all my questions have been addressed to my satisfaction. I also acknowledge and accept the risks discussed, as well as confirm that the above mentioned information has been explained to me in a language that I can understand, and I wish to proceed with the prescribed treatment plan.

LIN00391

- Patient was educated regarding treatment goals regarding medical management of pain.
- Patient was educated regarding the risks of combining opioids and benzodiazepines, which may include, but is not limited to, respiratory depression, respiratory failure, overdose, and DEATH, and the need to taper and discontinue the use of benzodiazepines under the direction/supervision of the prescribing physician
- I understand that there are serious risks to taking pain medications, even if taken as prescribed, including, but not limited to respiratory depression, physical dependence, ADDICTION, OVERDOSE, and even DEATH.

Patient was instructed to not drive, operate heavy equipment, or make important decisions after taking their medication.

- I have also has been educated, acknowledge, and thoroughly understand that all medications may have side effects which may include, but not limited to the following listed side effects: nausea, vomiting, hypogonadism, decreased sex hormone levels, adrenal insufficiency, serotonin syndrome, constipation, neuroendocrine effects, adverse effects on the immune system, sedation, psychological slowing, delirium, hallucinations, and muscle rigidity, myoclonus and sleep disturbances.

The patient was educated regarding the risks of Soma (addictive nature and synergistic effect of over sedation and respiratory depression when used in conjunction with other medications commonly used to treat pain. The patient was informed that Soma must be discontinued and was informed there are other, safer alternatives, if needed.

- Full toxicology screen as deemed necessary. Yes
- The patient was educated regarding the following treatment(s): exercise/stretching programs, medicines being used to treat their pain, physical therapy, bracing, injections, ESI, spinal cord stimulation, intrathecal pain pump.
- Notes: Patient is experiencing restless leg type pain. Will start Requip at HS. RX scanned into EMR.

David Tonkin M.D.

This documentation was created by an artificial transcription software. Effort has been taken to assure accuracy of the transcription. Any obvious errors or omissions should be clarified with the author of the document.

Michael Smith O'Brien, M.D. Patricia Reed, N.P.

Patient's Signature

https://epmmd.practicesuite.com/PracticeSuite/emrReportBeginAction.do?myActionIs=Pri...   11/2/2016

LIN00392

PATIENT IMAGE(S):   Signature SIGNATURE 10/31/2016

Case 3:17-cv-05060-MDH   Document 35-2   Filed 05/15/18   Page 193 of 200

LIN00393

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

October 28, 2016

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

LAW OFFICES OF RICK VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE STE 103
SPRINGFIELD, MO 65804

Re:    Policyholder: LESTER E COX MEDICAL CENTER
        Policy Number: 00001015732600000
        Claim Number: 1130226196
        Claimant: Jamie Flanagan

Dear RICK VASQUEZ:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on October 21, 2016

In an effort to provide Mrs. Flanagan's claim with a full and fair review, it would be your best interest to submit additional medical records (in addition to what was previously submitted) for our review of your client's appeal. For specific details regarding the basis of our determination and the information previously reviewed, please refer to our letter dated April 26, 2016.

It is important that we have all available medical records so that we have a clear picture of Mrs. Flanagan's current condition.

Please submit any and all additional medical evidence that you believe would support your client's appeal. Please have the medical records submitted to our office no later than 11/28/2016.

If we do not receive the additional information by 11/28/2016, we will review the appeal and render a decision based upon the information currently available in Mrs. Flanagan's file.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal. For your convenience, all documents may be sent via facsimile to 402-361-1460.

Please note that we are not making a final determination on Mrs. Flanagan's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LIN00394

REF #1601495

Please contact me directly at the number below with any questions you may have or email us at  LFGAppeals@lfg.com.

Sincerely,

Joseph Jackson
800-423-2765 *7735
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

LIN00395

# Vocational Consulting Services, LLC

3433 South Campbell, Suite H
Springfield, Missouri 65807
(417) 844-8329
phillipeldred@att.net

Phillip Eldred, M.S., C.R.C.
Certified Rehabilitation Counselor

Law Offices of Rick S. Vasquez
Rick Vasquez, Attorney at Law
1736 East Sunshine, Suite 103
Springfield, Missouri 65804

Re: Jamie S. Flanagan
S.S. #: ▮▮▮▮▮▮▮
Date: October 5 2016

## VOCATIONAL REHABILITATION EVALUATION

### INTRODUCTION

Thank you for referring the above individual for a vocational rehabilitation evaluation relating to her claim for Long Term Disability. Ms. Jamie Flanagan came to the evaluation alone. I had the opportunity to read and review the following medical records and reports:

1. Lincoln National Life Ins Company's Chronological Activity List, 54 pages;
2. Amendment 3 to policy, 1 Page;
3. Lincoln National Life Ins. LTD Policy, 89 pages;
4. Lincoln National Life Ins denial letter, 12/04/13, 7 pages;
5. Lincoln National Life Ins denial of benefits letter 09/28/15,9 pages;
6. Lincoln National Life Ins appeal-with MRI/CT, & doctor notes, 01125/16, 10 pages;
7. Lincoln National Life Ins appeal acknowledgement, 02/10/16, 2 pages;
8. Lincoln National Life Ins denial of benefits-appeal letter, 04/26/16, 6 pages;
9. Donald K. Hopewell, M.D., medical records, 08/02/11-07/15/2015, 18 pages;
10. Donald K. Hopewell, M.D, Lincoln's Abilities Form, 04/21/15, 1 page;
11. Joseph Thomas, M.D. (Reliable Review Services) Peer File Review 03/09/16, 6 pages;
12. Long Term Disability Employer's Statement, Judy Hampton-Cox HR Supervisor, 11/15/13, 8 pages;
13. Lincoln National Life Ins. Long-Term Disability Application, 11/10/13, 8 pages;
14. Social Security Disability Notice of Award, 04/14/14, 7 pages;
15. Nancy (Dickey) Beisswenger, OTR/L, Functional Capacity Evaluation, 04/23/14, 19 pages;
16. Lincoln National Life Ins Approval letter, 06/16/14, 2 pages;
17. Meghana C. Karande, M.D., (University Disability Consortium) Medical File Review, 06/09/14, 15 pages;
18. Jamie Flanagan, Education Background Form & Treating Doctors' Info, 03/27/14, 5 pages;

I

LIN00396

19. Charles Mace, M.D., Springfield Neurological & Spine, medical records; 09/19/12, 4 pages;
20. Glady Jacob, M.D., EMG report, 10/22/10, 3 pages;
21. Wayne Wallender, D.O., Ozarks Pain Specialists, medical records, 08/15/13, 4 pages;
22. Imaging reports, 10/08/10-01/09/13, 23 pages.

Ms. Jamie Flanagan was seen September 19, 2016 at 3433 S. Campbell, Suite H, Springfield, Missouri for an interview and the administration of vocational assessments and tests which were as follows:

- Back Function Questionnaire
- Functional Capacity Checklist
- Purdue Pegboard Test

## MEDICAL HISTORY

Ms. Jamie Flanagan is a thirty-six-year-old female who reported the following medical history:

- Depression since she was nineteen or twenty years of age.
- Three surgeries on her right foot and she still has some numbness on the ball of her foot.
- Left foot surgery with no residual problems.
- Gall Bladder surgery with no residuals.
- Hysterectomy with no residual problems.
- Exploratory laparotomy with no residual problems.
- Reconstructive breast surgery with no residual problems.
- Two c-sections with no residual problems.

## SUMMARY OF PRE-EXISTING MEDICAL RECORDS

October 8, 2010:  CoxHealth Branson Clinic, Diane L. Cornelison, D.O.: "Procedure:  MRI cervical wo contrast."

October 22, 2010:  Cox Pain and Neurology Branson, Jacob Glady, M.D.: "Impression: Lower back with pain radiating down the right lower extremity.  Procedure: Nerve conduction study."

August 2, 2011:  Donald Hopewell, M.D.: "Diagnosis:  Lumbar spondylolisthesis.  No improvement with 2nd epi.  LBP variable with activity, leg pain consistent down posterior leg right into right heel…"

November 2, 2011:  Donald Hopewell, M.D.: "Diagnosis:  Lumbar spondylolisthesis.  LBP variable with activity, leg pain more consistent, variable location.  Postero lat leg may cross to medical knee.  Burning lat forefoot…"

2

LJN00397

December 16, 2011: CoxHealth Branson Clinics, John h. Bartow, M.D.: "Procedure: CT spine lumbar wo contrast."

February 1, 2012: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis and lumbar post-lami syndrome. Pain is a posterior or postaro lateral on right leg. Clearly in my mind is lumbar post lami syndrome with fixed ? root injury…"

May 1, 2012: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis and lumbar post-lami syndrome. Pain with a posterior or posterolateral on right leg…"

May 9, 2012: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis and lumbar post-lami syndrome. 4 weeks of intermittent aching elbow toward wrist, right shoulder pain and neck pain…"

July 10, 2012: CoxHealth Branson Clinics, Beth A. Knox, FNP: "Procedure: MRI spine cervical without contrast."

July 31, 2012: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis and lumbar post-lami syndrome and joint and neck pain…"

September 12, 2012: CoxHealth Branson Clinics, Anthony L. Wheeler, M.D.: "Procedure: CT spine lumbar without contrast."

September 19, 2012: Springfield Neurological & Spine Institute, Charles Mace, M.D.: "Impression: Thoracic/lumbosacral neuritis/radiculitis, lumbago, spondylolisthesis, lumbar spine stenosis and lumbar radiculopathy. C5-6 left soft disc herniation with radicular pain into left upper arm and Spurlings sign. History of L5-S1 PLIF 18 months ago with progressive mechanical back pain and some L5 and S1 radicular symptoms that are quite problematic. Plan: PT and traction and if no better, then consider ACDF. May be spinal stimulator candidate long term. CT myelo cervical, lumbar."

October 29, 2012: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis, lumbar post-lami syndrome and cervical pain…"

November 2, 2012: CoxHealth Branson Clinics, Anthony L. Wheeler, M.D.: "Procedure: CT spine lumbar with contrast myelogram."

December 28, 2012: CoxHealth Branson Clinics, Diane L. Cornelison, D.O.: "Procedure: MRI spine lumbar with and without contrast and MRI spine thoracic without contrast."

January 24, 2013: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis, lumbar post-lami syndrome and cervical pain. Repeat MRI shows root scarring…"

April 25, 2013: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis, lumbar post-lami syndrome and cervical pain…"

3

LIN00398

July 23, 2013: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis, lumbar post-lami syndrome and cervical pain. Pain in lumbar and down legs..."

August 15, 2013: Ozarks Pain Specialists, Wayne H. Wallendar, D.O.: "Impression: Chronic pain syndrome and spondylolisthesis. Plan: Jamie is suffering from significant epidural fibrosis and is on high dose narcotics. Despite her current conservative treatments for this, she is in significant pain. At this time I recommend SCS."

## PRE-EXISTING OBSTACLES TO EMPLOYMENT

After reviewing Ms. Jamie Flanagan's medical history and records of past medical treatment, it is my opinion Ms. Flanagan did not have any impairment, which was vocationally disabling such as to constitute a hindrance or obstacle to employment before August of 2010.

## PRESENT PROBLEM

August of 2010: In the course and scope of Jamie Flanagan's employment with Skaggs/Cox Medical Center in Branson, Missouri, she developed low back pain with pain radiating down her right leg and within two weeks she was having excruciating pain. She has had one low back surgery on April 1, 2011; seven or eight injections; and physical therapy. By January 2011 she was not getting any better and had missed work. She went home crying from work. Her primary care physician was helping her with pain management. Both of her legs would go numb and she had burning in her feet. She tried a spinal cord stimulator, but it didn't work. She stated that she has restrictions of seven pounds lifting; 30-45 minutes of driving; sitting for twenty minutes; standing for 15 to 20 minutes; fatigue; weakness; poor memory; and poor concentration. She last worked on August 28, 2013.

Jamie stated that in order of severity her medical problems are: 1. Low Back (constant pain with radiating pain down both legs). 2. Auto Immune Condition (shoulders/elbows/fingers) 3. Residual's to medication—Confusion, memory, and concentration. 4. Stomach problems due to the medication she is taking.

## SUMMARY OF MEDICAL RECORDS

The Lincoln National Life Insurance Company – "Amendment No. 3 – To be attached to and made part of Group Policy No.: 000010157326. Issued to: Lester E. Cox Medical Center: TOTAL DISABILITY or TOTAL DISABLED will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonable allow."

4

LJN00399

November 10, 2013: Group Long-Term Disability Claim Application completed by Employee.

November 15, 2013: Long-Term Disability Claim Employer's Statement.

September 19, 2013: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis with post-lami syndrome lumbar, weakness in legs. Plan: Insurance denied stimulator – patient will appeal."

October 31, 2013: Donald Hopewell, M.D.: "Diagnosis: Lumbar spondylolisthesis with post-lami syndrome. Plan: Patient requested cord stimulator trial – no benefit from trial."

December 4, 2013: Letter to Jamie Flanagan from Lincoln Financial Group:
Group Policy Number: 00001015732600000
Group Claim Number: 1130226196
Total Disability or Totally Disabled will be denied as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow."

April 14, 2014: Social Security Administration Notice of Award: "You are entitled to monthly disability benefits beginning February 2014. We found that you became disabled under our rules on August 22, 2013."

April 23, 2014: Work Evaluations and Ergonomic Assessments, Nancy (Dickey) Beisswenger, OTR/L: Functional Capacity Evaluation.
Diagnosis: Lumbar post-laminectomy syndrome/chronic pain.
The client demonstrates the abilities to perform the following:
Reaching: Not restricted
Squatting: Very occasional to not recommended
Bending: Not recommended
Sitting: Occasional, 20 minute duration
Standing: Occasional to very occasional, 10 minute duration
Walking: Occasional
Stair climbing: Very occasional
Balance: Protective heights
Crawling: Very occasional to not recommended
Occasional material handing: 7 lb., Tested only to (stated) permanent restrictions
Frequent material handing: Not tested. Frequent lifting is not recommended
Work speed: Functional approach to tasks
Work level: Less than Sedentary."

5

LIN00400