

Functional Capacity Evaluation
Flanagan, Jamie
DOB: ████████
Page 12

| Standing on Left Leg | |
|---|---|
| Able to Perform Task | Yes |
| Upper Body Sway | Minimal, intermittent |
| Ankle Strategies | Yes |
| Hip Strategies | No |
| Touching foot to the ground | Yes, toe touch x 1 and resumes one leg stand quickly. |
| Comments | Minimal, but present, pain behaviors. |

**Stair Climbing**
The client was requested to ascend one step and descend one step (by stepping backwards) x100 steps. The test was to stop after 30 steps, 70 steps, and 100 steps to monitor status.

| Prior to stair climbing tests, pain was rated at | 7 |
|---|---|

| 30 Steps | Stopped at 26 steps, due to leg pain |
|---|---|
| Heart Rate | 80 |
| Time | One Minute and 13 seconds |
| RPE | 13 |
| Pain | 7 with increased right leg pain. |
| Comments | Gait pattern was noted to be as follows: ascends and descends with the right. Some mild balancing problems noted with stepping backwards. |

**Crawling**
The client demonstrated ability to crawl on a carpeted surface with no complaints of pain or discomfort. She had a slow transition from standing to floor.

**Walking:**

| Prior to walking tests she rated her pain as | 7 |
|---|---|
| Distance Attempted | $\approx$ 180' x 8 |
| Distance Walked | $\approx$ 180' x 5 |
| Time | 3 Minutes and 35 Seconds |
| Heart Rate | 72 |
| RPE | 13 |
| Pain at end of walking test | 8 |
| Comments | Gait pattern was as previously stated, with decrease pelvic rotation. Increased right leg limp noted with test progression. |

**VALPAR SAMPLE #8**
Simulated Assembly. In this Valpar Work Sample, the client stands and assembles small units on a rotating wheel for a 20 minute time period. The test helps to identify the ability to tolerate repetitive upper extremity tasks, as well as an index to the client's standing tolerance. The client is reminded to stop the task, at any point, if an increase in pain is noted.

Pain guidelines were reviewed prior to testing.

| Actual Performance | |
|---|---|
| Number of Assemblies Completed | 24 |
| Number of Minutes Performed | 2 Minutes |
| MTM % Score | 10% |

Generated by CamScanner

| Performance Extrapolated for 20 Minutes | |
|---|---|
| Number of Assemblies Completed | 240 |
| Number of Minutes Performed | 20 minutes |
| MTM % Score | 103% |

The Client had complaints of back and leg pain fatigue or discomfort. Difficulty in standing tolerance (as noted by weight shift) was noted.

Post Test Pain Rating: 7 to 8 (She stated she had some pain increases, secondary to time to take pain meds).

Distracted Movement Patterns: The client's movement patterns are observed by distraction throughout the evaluation. If there are any improvements in the movement patterns by distractions, including increased range of motion, increased velocity, decreased holding, decreased splinting, decreased limping, or any other change which signifies an improvement in the client's movement patterns, or if the client's pain behaviors decrease or their affect is improved compared to performance during tasks when the client was asked to give her best effort, it indicates that the client's movement ability is better than what was demonstrated during the voluntary testing when given ample opportunity to demonstrate best effort. This represents a Failed Validity Criteria, non-organic sign, and indicates that the client has attempted to control the test results.

Summary of Observed Distracted Movement Patterns: The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

ASSESSMENT: The Client was cooperative throughout the evaluation in that she followed directions without difficulty. She was willing to attempt tests. She was able to stop all tests, if needed, if an increase in pain was noted and/or reported. Information regarding the tests sensitivity (to if she was giving her best effort according to pain guidelines) was explained to her. She verbalized understanding directions.

Validity: Met/Passed. A passed validity criterion indicates that the client met the majority of the validity criteria in testing and suggests that she gave maximum voluntary effort; the test results appear to have measured her full functional abilities.

Movement Patterns by Distraction: The Client's movement patterns did not change with distraction throughout the evaluation. She showed good consistency in movement patterns, suggesting, in this aspect of testing, good validity in her performance.

Pain Rating/Self Perception: Over the last 30 days, the client rated pain as ranging from moderate to very high levels, 4 to 10+, on a 0 to 10+ pain scale. At the initiation of the FCE, pain was rated at high levels, 6. Pain ranged from moderate to high, 4 to 8, during the FCE. Her movement patterns suggested pain and discomfort by lack of movement pattern changes with distraction, some changes in movement patterns with changes in pain ratings, consistent and appropriate guarding, and overall quality of motion. Her self perception of his abilities was similar to her actual performance. She showed a tendency toward the exaggeration of the degree of task difficulty. Her perception of her ability to work is limited, secondary to limited activity tolerances.

General Strength and Conditioning: No cardiovascular compromise was noted. Heart Rate stayed within acceptable ranges with activity.

Upper Extremity ROM and strength was WNL/WFL and 5/5 (including pronation and supination 5-/50 unless noted.

Generated by CamScanner

Lower Extremity ROM and strength was as follows:

| LE ROM: Movement | ROM | Strength |
|---|---|---|
| Hip Flexion | WNL | Right = 5-/5 |
| Hip Extension | WNL | 5/5 |
| Hip Abduction | WFL End range pain bilaterally with right pain greater than left. | Right = 5-/5 |
| Hip Adduction | WNL | 5/5 |
| Hip Internal Rotation | WNL | Right = 5-/5 |
| Hip External Rotation | WNL | 5/5 |
| Knee Flexion | WNL | 5/5 |
| Knee Extension | WNL | Right = 5-/5 |
| Dorsiflexion | WNL | Right = 5-/5 |
| Plantar Flexion | WNL | Right = 4+/5 |
| Great Toe Extension | WNL | Right = 5-/5 |

Cervical ROM and Lumbar ROM were as follows:

| Cervical ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | WNL | Pain suggested and reported at the right side of the neck (for both right and left lateral bending) |
| Rotation | WNL | Pain not indicated or reported |
| Flexion | Minimal limits (2 finger limit) | Pain suggested and reported (back of neck) |
| Extension | WNL | Pain not indicated or reported |
| Other | Standing (weight shifted noted throughout testing) | |

| Lumbar ROM | ROM | Comments |
|---|---|---|
| Lateral Flexion | Minimal limits | Discomfort suggested |
| Rotation | Minimal limits in each direction | Discomfort suggested |
| Flexion | Minimal limits with hands at lower calves | Discomfort suggested |
| Extension | Moderate limits | End range pain suggested and reported |
| Other | Good repeat trial consistency | |

Other Physical Assessments:

| | |
|---|---|
| Toe Raises (10 Reps) | 6 on left with good height and balance bilaterally. Stopped due to pain. Fair height and balance on right. Stopped after 5 due to balance and decreasing height. |
| Straight Leg Raises | Right = 40° and 45° with pain in low back and buttocks. Left = 75° and 80° with no pain and no pain behaviors. |
| Waddell Signs/Non Organic Signs | None |
| Posture | Forward head position and rounded shoulders, decrease in lumbar lordosis, flat footed (eversion). |
| Sensation | Some decrease in protective sensation on lateral calves (bilateral) |
| Swelling | None noted or reported. |
| Spontaneous Movement and guarding | Very guarded low back motions and slowed transitional movements. |
| Skin Description | Soft and clean |
| Sensitivity over incision | None with firm pressure |
| Provocation Tests | R SLR, prolonged sitting and standing |
| Atrophy/Muscle Bulk | None noted |

Generated by CamScanner

**ISOMETRIC STRENGTH TESTING:** Not tested, per therapist's discretion, secondary to multiple diagnoses and current lifting restrictions.

The client demonstrates the abilities to perform the following:

**Reaching:** Not Restricted
**Squatting:** Very Occasional to Not Recommended
**Bending:** Not Recommended
**Sitting:** Occasional. 20 minute duration
**Standing:** Occasional to Very Occasional. 10 minute duration
**Walking:** Occasional
**Stair Climbing:** Very Occasional
**Balance:** Protective Heights
**Crawling:** Very Occasional to Not Recommended

**Occasional Material Handling:** 7 lb., Tested only to (stated) permanent restrictions

**Frequent Material Handling:** Not Tested. Frequent lifting is Not Recommended

**Work Speed:** Functional approach to tasks

**Work Level:** Less than Sedentary

The client was given information (written and verbal) to contact me if she had any problems (such as increase pain, swelling, etc.) following the evaluation. The telephone number to this facility was given. She was told to call within 24 hours and leave a voice mail message if I was not available to talk to her. At the time of the preparation of this report, the client did not initiate contact. An addendum to this report will be prepared if she does call with concerns.

If I can be of further assistance to you, please contact me at 417-881-1282.

*Nancy Beisswenger*

Nancy (Dickey) Beisswenger, OTR/L
Occupational Therapist

Generated by CamScanner

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 14, 2014
Claim Number:

JAMIE S FLANAGAN
986 S HEDGE DR
NIXA, MO 65714

You are entitled to monthly disability benefits beginning February 2014.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 22, 2013.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2014.

**What We Will Pay And When**

- You will receive $3,433.50 around April 20, 2014.

- This is the money you are due for February 2014 and March 2014.

- Your next payment of $2,289.00, which is for April 2014, will be received on or about the second Wednesday of May 2014.

- After that you will receive $2,289.00 on or about the second Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

- The day of the month you receive your payments depends on your date of birth.

**Information About Representative's Fees**



We have approved the fee agreement between you and your representative.

See Next Page

LIN00805

Your past-due benefits are $4,578.00 for February 2014 and March 2014. Under the fee agreement, the representative cannot charge you more than $1,144.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $1,144.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $89, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.



LIN00806

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind–How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to RICK STEVEN VASQUEZ.



## If You Disagree With The Decisions

If you disagree with the decisions, you have the right to appeal. A person who did not make the first decision will decide your case. We will review those parts of the decisions you disagree with and will look at any new facts you have. We may also review those parts of the case that you believe are correct and may make them unfavorable or less favorable to you.

## About The Appeals

If you disagree with the nonmedical decisions we made on your case, the appeal is called a reconsideration. Some examples of nonmedical decisions are the amount of your payment, and the month your payment starts. You will not meet with the person who decides your case.

If you disagree with the disability (medical) decision made by the state, the appeal is called a hearing. Some examples of medical decisions are the date your disability started or whether you are still disabled.

## If You Want To Appeal

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form SSA-561-U2, or "Request for Hearing" form HA-501. You may go to our website at www.socialsecurity.gov/online/ to find the forms. You can also call, write, or visit us to request the forms. If you need help to fill out the forms, we can help you by phone or in person.

## If You Ask For A Reconsideration And A Hearing

If you ask for both a reconsideration and a hearing, we will process the hearing first, even if you made the reconsideration request first. When we make our decisions, we will send you letters explaining our decisions on both the reconsideration and the hearing.

## How The Hearing Process Works

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.



LIN00808


The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

## Things To Remember For The Future

We decided that you are disabled under our rules. But, this decision must be reviewed once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-545-7548. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> STE 100
> 1570 W BATTLEFIELD ST
> SPRINGFIELD MO 65807

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security



# PAYMENT SUMMARY

## Your Payment Of $3,433.50

Here is how we figured your
first payment:

Benefits due for February 2014
and March 2014,
less monthly rounding of benefits ........................$ 4,578.00

Amount we subtracted because of

- money to pay
  your representative ........................... 1,144.50

This equals the amount of
your first payment ...................................$ 3,433.50

## Your Regular Monthly Payment

Here is how we figured your
regular monthly payment effective April 2014:

You are entitled to a monthly benefit of .................$ 2,289.50

Amount we subtracted because of

- rounding (we must round down to
  a whole dollar) ................................ .50

This equals the amount of
your regular monthly payment ............................$ 2,289.00



LIN00810

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 14, 2014
Claim Number: ████████████A

ԻվիլիդիբիդԱկդիլիդսիդգիլնիիդիլԱդիիդւ
005004  1 MB 0.435 0022 LR M08P7 0410 01

RICK STEVEN VASQUEZ
1736 E SUNSHINE STREET
SUITE 103
SPRINGFIELD, MO 65804-1327

Enclosed is a copy of a letter we sent to JAMIE S FLANAGAN.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet
to find general information about Social Security. If you have any specific
questions, call us toll-free at 1-800-772-1213. We can answer most questions
over the phone. If you prefer to visit one of our offices, please check the
local telephone directory for the office nearest you. Or call us and we can
give you the office address. Please have this letter with you if you call or
visit an office. It will help us answer your questions.

Carolyn W. Colvin
Acting Commissioner of
Social Security

C

LIN00811

REC'D APR 2 5 2014



Law Offices of
RICK S. VASQUEZ
1736 E. Sunshine, Suite 103
Springfield, Missouri 65804

The Lincoln National Life Insurance Company
Po Box 2337
Omaha, NE
68103



HASLER
01941418225
$0.69
04/24/14

US POSTAGE

LIN00812

REC'D APR 2 5 2014

 **Law Offices of Rick S. Vasquez**

1736 East Sunshine, Suite 103
Springfield, Missouri  65804

—

Telephone (417) 889-7735
Facsimile (417) 889-7096

April 23, 2014

The Lincoln National Life Insurance Company
Po Box 2337
Omaha, NE
68103

Re:   *Jamie Flanagan*
      *Group Policy# 00001015732600000*
      *Group Claim# 1130226196*

Dear Sir/Madam:

I am counsel for Jamie Flanagan with respect to her long term disability claim with The Lincoln National Life Insurance Company. Mrs. Flanagan has been awarded Social Security Disability finding her disabled under the Social Security Disability rules on August 22, 2013. Please find the Notice of Award enclosed.

Thank you for your time and attention to this matter.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ch
CC: Jamie Flanagan
Enclosure

LIN00813

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 14, 2014
Claim Number: ███████████

JAMIE S FLANAGAN
986 S HEDGE DR
NIXA, MO 65714

You are entitled to monthly disability benefits beginning February 2014.

### The Date You Became Disabled

We found that you became disabled under our rules on August 22, 2013.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2014.

### What We Will Pay And When

- You will receive $3,433.50 around April 20, 2014.

- This is the money you are due for February 2014 and March 2014.

- Your next payment of $2,289.00, which is for April 2014, will be received on or about the second Wednesday of May 2014.

- After that you will receive $2,289.00 on or about the second Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

- The day of the month you receive your payments depends on your date of birth.

### Information About Representative's Fees

We have approved the fee agreement between you and your representative.



See Next Page

LIN00814

Your past-due benefits are $4,578.00 for February 2014 and March 2014. Under the fee agreement, the representative cannot charge you more than $1,144.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $1,144.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $89, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.



LIN00815

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind–How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to RICK STEVEN VASQUEZ.



LIN00816

## If You Disagree With The Decisions

If you disagree with the decisions, you have the right to appeal. A person who did not make the first decision will decide your case. We will review those parts of the decisions you disagree with and will look at any new facts you have. We may also review those parts of the case that you believe are correct and may make them unfavorable or less favorable to you.

## About The Appeals

If you disagree with the nonmedical decisions we made on your case, the appeal is called a reconsideration. Some examples of nonmedical decisions are the amount of your payment, and the month your payment starts. You will not meet with the person who decides your case.

If you disagree with the disability (medical) decision made by the state, the appeal is called a hearing. Some examples of medical decisions are the date your disability started or whether you are still disabled.

## If You Want To Appeal

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form SSA-561-U2, or "Request for Hearing" form HA-501. You may go to our website at www.socialsecurity.gov/online/ to find the forms. You can also call, write, or visit us to request the forms. If you need help to fill out the forms, we can help you by phone or in person.

## If You Ask For A Reconsideration And A Hearing

If you ask for both a reconsideration and a hearing, we will process the hearing first, even if you made the reconsideration request first. When we make our decisions, we will send you letters explaining our decisions on both the reconsideration and the hearing.

## How The Hearing Process Works

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

LIN00817

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

## Things To Remember For The Future

We decided that you are disabled under our rules. But, this decision must be reviewed once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-545-7548. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> STE 100
> 1570 W BATTLEFIELD ST
> SPRINGFIELD MO 65807

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security



████████

## PAYMENT SUMMARY

**Your Payment Of $3,433.50**

Here is how we figured your
first payment:

      Benefits due for February 2014
      and March 2014,
      less monthly rounding of benefits ........................$ 4,578.00

      Amount we subtracted because of

- money to pay
  your representative ........................... 1,144.50

This equals the amount of
your first payment .......................................$ 3,433.50

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective April 2014:

      You are entitled to a monthly benefit of .................$ 2,289.50

      Amount we subtracted because of

- rounding (we must round down to
  a whole dollar) ................................ .50

This equals the amount of
your regular monthly payment ............................$ 2,289.00



LIN00819




Lincoln Financial Group's the marketing name for Lincoln National Corporation and its affiliates.

January 9, 2014

**The Lincoln National Life
Insurance Company**

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LAW OFFICES OF RICK S. VASQUEZ
ATTN RICK VASQUEZ
1736 EAST SUNSHINE, SUITE 103
SPRINGFIELD MO 65804

FAX 417-889-7096
PHONE 417-889-7735

Re:  Policy Number: 00001015732600000
     Claim Number: 1130226196
     Claimant:     Jamie Flanagan

Dear Mr. Vasquez:

We are writing in reference to your client's claim for Long Term Disability. We have
received your letter of representation and request for:

Copies of all documents and records
Any information relevant to Mrs. Flanagan's claim

I have included a copy of Mrs. Flanagan's LTD claim application, medical records,
and the letters that were sent to her and her employer. Please advise if any
additional information is required.

Please contact our office with any questions you may have at the number listed
above or email us at Claims@LFG.com.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 20 of 200

LIN00820

 **Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 4, 2013

The Lincoln National Life
Insurance Company
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

JAMIE FLANAGAN
986 S. HEDGE DR
NIXA MO 65714

Re:  Group Policy Number: 00001015732600000
     Group Claim Number: 1130226196

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**PROOF OF CLAIM.** The Company must be given written proof of claim within 90 days after the end of the Elimination Period. When it is not reasonably possible to give written proof in the time required, the claim will not be reduced or denied solely for this reason, if the proof is filed:
1. as soon as reasonably possible; and
2. in no event later than one year after it was required.
These time limits will not apply while an Insured Employee lacks legal capacity.

Proof of claim must be provided at the Insured Employee's own expense. It must show the date the Disability began, its cause and degree. Documentation must include:
1. completed statements by the Insured Employee and the Employer;
2. a completed statement by the attending Physician, which must describe any restrictions on the Insured Employee's performance of the duties of his or her Regular Occupation;
3. proof of any other income received;
4. proof of any benefits available from other income sources, which may affect Policy benefits;
5. a signed authorization for the Company to obtain more information; and
6. any other items the Company may reasonably require in support of the claim.

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

LIN00821

ELIMINATION PERIOD: 90 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 180 calendar day period.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
1. are normally required to perform the Insured Employee's Own Occupation; and
2. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or
2. whether a suitable opening is currently available with the Employer or in the local labor market.

**OWN OCCUPATION PERIOD** means a period as shown in the Schedule of Benefits.

### Information reviewed and action taken

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes the following:

- Employer Statement completed by Judy Hampton on 11/15/2013
- Job Description for Nurse Practitioner
- Employee Statement completed on 11/10/2013
- Attending Physician Statement completed by Dr. Donald Hopewell on 11/17/2013

LIN00822

- Medical records with diagnostic testing for the dates of 10/8/2010 to 1/9/2013 and office notes for the dates of 8/2/11 to 10/31/2013 including:
  - o Charles Mace, M.D. (Neurosurgeon): office visit, imaging report, myelogram, 04/01/11-01/09/13.
  - o Donald Hopewell, M.D. (Neurology): office visit, 08/02/12 -10/31/13.
  - o Wayne Wallender, D.O. (Pain Medicine): office visit, 08/15/13.

According to the information contained in your claim file, you stopped working on 8/26/2013 due to a diagnosis of lumbar spondylosis with post laminectomy syndrome.

We have a 10/22/2010 office visit note with Dr. Donald Hopewell - Cox Pain and Neurology Branson. During this visit it is noted that you had been experiencing pain for the past two weeks. This was prior to your 4/1/2011 lumbar fusion.

The medical records provided show that as of 9/19/2012 office visit date with Springfield Neurological & Spinal Institute (Dr. Charles Mace) you had complaints of low back pain, bilateral leg pain, neck pain and left shoulder pain. You had a L5-S1 fusion on 4/1/2011. You continue to complain of low back pain, bilateral leg pain and shin pain, bilateral foot pain and heel pain that have all been worsening. It is noted that symptoms improved when wearing the lumbar brace. You had no leg weakness or bowel or bladder issues. You also complained of neck pain that radiates into the left shoulder. The physical exam on this visit was normal, with no range of motion deficits and normal strength and tone. Your medications included Robaxin as needed for pain, Hydrodocone as needed for pain, Avinza, Soma, and Wellbutrin. The lumbar CT showed no confluent bone at L5-S1, cage and screws look fine, progressive endplate sclerosis, cervical MRI shows left C5-6 disc herniation. Will try PT and traction for cervical if no better consider ACDF - may be a spinal cord stimulator candidate long term. for lumbar will recheck myelogram and consider re-exploration.

The 11/2/12 CT scan and 12/28/12 MRI of the lumbar spine showed normal vertebral body heights with no abnormal signal intensity or lesions. T12-L1, L1-L2, L2-L3, L3-L4 were all unremarkable. The L4-L5 and L5-S1 shows post-surgical changes with evidence of post-operative fibrosis.

The 1/9/2013 x-rays showed surgical changes to the lumbar interbody fusion at L5-S1, with all hardware intact. There was no evidence of instability or interval change.

The below records are all from Dr. Donald Hopewell - Neurology and Pain.

On 8/2/11 it is noted that you had no improvement with the second epidural injection, your back pain and leg pain is variable with activity, and worse late in the day and as the week goes on.

On 11/2/11 it is noted again low back pain variable with activity. Good response to muscle relaxers and Lidoderm.

On 2/1/2012 you had a routine medication follow-up. It was noted in this office visit that there were discussions of re-operation and possibly spinal cord stimulator. He advises that clearly you have post laminectomy syndrome with fixed L4-5, L5-S1 root injury. It is also noted in this visit that you can't take Amitriptyline, but can take nortriptyline.

In the 5/1/12 office note it advises you are not taking the Nortriptyline or Keppra due to not liking the side effects. You were prescribed low-dose Sevalla and advised to monitor for GI side effects.

You were seen again on 5/9/12 at your request with four weeks of intermittent aching of the elbow toward the wrist. Yesterday developed shoulder pain. You advised of some neck pain and decreased range of motion. You also complained of some knee symptoms occasionally. You were referred to Rheumatology.

On 7/31/12 you were seen for routine follow-up. Joint and neck pain were less prominent, you still get episodic neck pain usually with movement. It notes an MRI was done which did not show any significant pathology. You had not seen Rheumatology. You were advised to continue with current meds and see a Rheumatologist.

Your next visit was on 10/29/2012. At this visit it is noted that you did see a Rheumatologist. Blood work was negative, but feels it is likely an auto-immune disease. For low back pain you are seeing neurosurgeon - fusion has failed. Having a myelogram for lumbar and cervical symptoms next week. Pain is highly variable secondary to multiple etiologies and activity related processes. You wanted to hold on further med changes.

On 1/24/13 it was noted that the recent MRI showed root scarring and that you have plans to do a cord stimulator trial. You couldn't afford Avinza and were switched to Morphine 120 BID.

On 4/25/13 you were seen to discuss options. You complained of hyper somnolence from Morphine and advise that you have to decrease when working or stagger doses. You advised of drug coverage issues - preclude anything but generics, only Morphine and Methadone. You are sensitive to adhesives and can't use Fentanyl, and don't want Methadone. It was advised to continue current medications and that you will explore options with drug reps, possibly consider implantables.

On 7/23/2013 it is noted that you have pain in the lumbar with spread down legs, parallels activity - worse as week goes on. Your cord stimulator trial is scheduled for next month. You continue to have somnolence issues with medications.

On 9/19/13 you were seen on your request for a complaint of weakness in the legs. There were no true motor deficits. It was noted that your insurance denied SCS, but you will appeal.

You were seen again on 10/31/13 at your request to discuss that you had the SCS trial and there were no benefits. You were prescribed a trial of Methadone for Morphine.

You were seen on 8/15/2013 by Ozarks Pain Specialists. This visit notes that you are suffering from significant epidural fibrosis and are on high dose narcotics. Despite treatment you are in significant pain. All of your diagnostic test results from 2010 to current are described in this office visit. It was advised that SCS is recommended and a perc trial process was discussed.

The neurologic exam, as well as the rest of the Systems exam is normal throughout all of your office visits.

You worked until 8/26/2013. The office notes show that as far back as 8/2/2011 you stated there was no improvement with 2nd epidural injection and your low back pain is variable with activity. Leg pain is consistent, down the posterior leg into the right heel. You advised at this time that the pain was worse the more you were up on your feet and gets worse late in the day and as the week goes on.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

*In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles (DOT). In order to be eligible for* **Long Term Disability** *benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer, beginning 8/26/2013 and through the 90 day elimination period to the LTD Benefit Start Date of 11/24/13 and beyond.*

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation as a Nurse Practitioner is best defined as a Nurse Practitioner in the national workforce. The material and substantial duties of a Nurse Practitioner include but are not limited to the following:

- *Diagnose and treat chronic health conditions. May prescribe medication. Perform patient examinations. May order and interpret diagnostic tests*

LIN00825

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT) and fail to find that the medical evidence supports your inability to perform these material and substantial duties of your regular occupation.

## Summary

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. Based on the medical documentation provided, you have had ongoing complaints of low back pain since at least 10/22/2010. You had an L5-S1 fusion 4/1/2011. You have continued to complain of ongoing symptoms since this date. However, you have continued to work with this condition. There was no significant event prior to the 8/25/2013 date last worked that would substantiate any significant decline in your medical condition that would support you now being unable to perform your occupation as you had been performing previously. Your physical findings report relatively good range of motion with hardware intact and no instability noted. Neurological and motor exam is normal. There is no substantiation that you are unable to stand, ambulate, and use your upper and lower extremities in a functional manner. Pain is subjective and cannot be objectively quantifies, although it is reasonable to assume that some degree of discomfort in your back is present. Restrictions of the ability to change positions as needed would be understandable - and in your occupation this would not be a disabling restriction.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

## Appeal Rights

If you wish, you may request copies of the pertinent documents upon which our decision was based, prior to submitting a formal appeal.

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal.

**Risk Services –**
**The Lincoln National Life Insurance Company**
**PO Box 2337**
**Omaha, NE 68103**
**Fax: 402-361-1460**

Your request for an appeal needs to include the following:

- A letter of appeal outlining the reason(s) for your appeal.
- Please include your policy number and claim number.
- Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results.

If you have no medical records to submit, but would like for us to review your claim again with the information currently in file, please state this in your letter of appeal.

You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company



# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804

—

Telephone (417) 889-7735
Facsimile (417) 889-7096

January 2, 2014

The Lincoln National Life Insurance Company
Po Box 2337
Omaha, NE
68103

Re:     *Jamie Flanagan*
        *Group Policy# 000010157326000000*
        *Group Claim# 1130226196*

Dear Sir/Madam:

I am counsel for Jamie Flanagan with respect to her long term disability claim with The Lincoln National Life Insurance Company. Mrs. Flanagan has provided me with a copy of the 12-04-13 denial of benefits. Pursuant to the denial I am enclosing here with a medical release signed by Mrs. Flanagan and I am requesting:

1.  Copies of all documents and records;
2.  Any information relevant to Mrs. Flanagan's claim.

Please provide this information to my office.

Thank you for your time and attention to this matter.

Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ch
CC: Jamie Flanagan
Enclosure

LIN00828

<center>Authorization to Release Medical Records</center>

DIRECTED TO: *The Lincoln National Life Insurance Co.*

IN REGARD TO: *Jamie Flanagan* ▮▮▮▮▮▮ ▮▮▮▮
Name          SS#:          DOB:

I hereby authorize the above-noted healthcare provider to furnish to:

<center>

LAW OFFICES of RICK S. VASQUEZ
Attorney at Law
1736 East Sunshine, Suite 103
Springfield, MO 65804

</center>

or his representatives, the following information regarding my healthcare for the periods of care

provided between *January 1, 2010* and *present*

- ☒ Consultation
- ☒ Specialist Assessments
- ☒ Admit/Discharge Summaries
- ☒ RFC Form
- ☒ Evaluations
- ☒ Physical Therapy
- ☒ Emergency Dept. Reports
- ☒ MSS Form
- ☒ Office Notes
- ☒ X-ray/MRI reports
- ☒ ER Assessment Form
- ☒ VI Form
- ☒ Report Summaries
- ☒ Surgery Reports
- ☒ Medical Records
- ☒ Other: *All documents regarding Long Term Disability claim.*

The requested information is to be used for the purpose of administrative proceedings before the Social Security Administration, the Division of Workers' Compensation and/or Long Term Disability. This medical information may be used by the recipient, Rick S. Vasquez, Attorney at Law, and may be subject to re-disclosure by the recipient at which point it is no longer protected by the Health and Insurance Portability and Accountability Act (HIPPA) of 1996.

It is my full understanding that my medical records and the information connected with my treatment may contain references to my mental health, psychiatric care, developmental disabilities, alcohol and drug abuse, Acquired Immune Deficiency Syndrome (AIDS/HIV) test results, sexually transmitted disease, Hepatitis B or C testing and/or other sensitive information, and I fully consent to the release of that information by my signed authorization below.

This authorization to release medical records form does not authorize re-disclosure of medical information beyond the limits of this consent.

The above medical provider cannot condition treatment, payment, enrollment or eligibility for benefits simply by virtue of my signature on this form.

I can revoke this authorization to release medical records by submitting a written notice to the above medical provider at any time, except to the extent that action has been taken in reliance on this authorization. Unless this authorization is revoked, it will expire on the following date or event _____, or one year from the date below, unless otherwise specified.

A photo static copy of this authorization shall be considered as effective as the original.

Signature: *Jamie Flanagan*      Date *2/18/13*

Relationship: _____

**LIN00829**



**Law Offices of**
**RICK S. VASQUEZ**
1736 E. Sunshine, Suite 103
Springfield, Missouri 65804

HASLER
01541415B225
$0.66
01/02/14
Mailed From 65804
US POSTAGE

The Lincoln National Life Insurance Company
Po Box 2337
Omaha, NE
68103

601C3233737

LIN00830



RFC'D JAN 0 6 2014

# Law Offices of Rick S. Vasquez

1736 East Sunshine, Suite 103
Springfield, Missouri 65804

—

Telephone (417) 889-7735
Facsimile (417) 889-7096


January 2, 2014


The Lincoln National Life Insurance Company
Po Box 2337
Omaha, NE
68103

Re:    *Jamie Flanagan*
        *Group Policy# Q0001015732600000*
        *Group Claim# 1130226196*


Dear Sir/Madam:

I am counsel for Jamie Flanagan with respect to her long term disability claim with The Lincoln National Life Insurance Company. Mrs. Flanagan has provided me with a copy of the 12-04-13 denial of benefits. Pursuant to the denial I am enclosing here with a medical release signed by Mrs. Flanagan and I am requesting:

1. Copies of all documents and records;
2. Any information relevant to Mrs. Flanagan's claim.

Please provide this information to my office.

Thank you for your time and attention to this matter.


Most Sincerely,

Rick S. Vasquez
Attorney at Law

RSV: ch
CC: Jamie Flanagan
Enclosure

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 31 of 200

LIN00831

## Authorization to Release Medical Records

DIRECTED TO: _The Lincoln National Life Insurance Co._

IN REGARD TO: _Jamie Flanagan_ ▬▬▬▬▬ ▬▬▬▬
   Name                              SS#:                    DOB:

I hereby authorize the above-noted healthcare provider to furnish to:

**LAW OFFICES of RICK S. VASQUEZ**
Attorney at Law
1736 East Sunshine, Suite 103
Springfield, MO 65804

or his representatives, the following information regarding my healthcare for the periods of care

provided between _January 1, 2010_ and _present_

- ☑ Consultation
- ☑ Specialist Assessments
- ☑ Admit/Discharge Summaries
- ☑ RFC Form
- ☑ Evaluations
- ☑ Physical Therapy
- ☑ Emergency Dept. Reports
- ☑ MSS Form
- ☑ Office Notes
- ☑ X-ray/MRI reports
- ☑ ER Assessment Form
- ☑ VI Form
- ☑ Report Summaries
- ☑ Surgery Reports
- ☑ Medical Records
- ☑ Other: _All documents regarding Long Term Disability claim._

The requested information is to be used for the purpose of administrative proceedings before the Social Security Administration, the Division of Workers' Compensation and/or Long Term Disability. This medical information may be used by the recipient, Rick S. Vasquez, Attorney at Law, and may be subject to re-disclosure by the recipient at which point it is no longer protected by the Health and Insurance Portability and Accountability Act (HIPPA) of 1996.

It is my full understanding that my medical records and the information connected with my treatment may contain references to my mental health, psychiatric care, developmental disabilities, alcohol and drug abuse, Acquired Immune Deficiency Syndrome (AIDS/HIV) test results, sexually transmitted disease, Hepatitis B or C testing and/or other sensitive information, and I fully consent to the release of that information by my signed authorization below.

This authorization to release medical records form does not authorize re-disclosure of medical information beyond the limits of this consent.

The above medical provider cannot condition treatment, payment, enrollment or eligibility for benefits simply by virtue of my signature on this form.

I can revoke this authorization to release medical records by submitting a written notice to the above medical provider at any time, except to the extent that action has been taken in reliance on this authorization. Unless this authorization is revoked, it will expire on the following date or event _____, or one year from the date below, unless otherwise specified.

A photo static copy of this authorization shall be considered as effective as the original.

Signature: _Jamie Flanagan_     Date _2/18/13_

Relationship: _____

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 32 of 200

LIN00832


Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 4, 2013

The Lincoln National Life
Insurance Company

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

JAMIE FLANAGAN
986 S. HEDGE DR
NIXA MO 65714

Re: Group Policy Number: 00001015732600000
Group Claim Number: 1130226196

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**PROOF OF CLAIM.** The Company must be given written proof of claim within 90 days after the end of the Elimination Period. When it is not reasonably possible to give written proof in the time required, the claim will not be reduced or denied solely for this reason, if the proof is filed:
1. as soon as reasonably possible; and
2. in no event later than one year after it was required.
These time limits will not apply while an Insured Employee lacks legal capacity.

Proof of claim must be provided at the Insured Employee's own expense. It must show the date the Disability began, its cause and degree. Documentation must include:
1. completed statements by the Insured Employee and the Employer;
2. a completed statement by the attending Physician, which must describe any restrictions on the Insured Employee's performance of the duties of his or her Regular Occupation;
3. proof of any other income received;
4. proof of any benefits available from other income sources, which may affect Policy benefits;
5. a signed authorization for the Company to obtain more information; and
6. any other items the Company may reasonably require in support of the claim.

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

LIN00833

ELIMINATION PERIOD: 90 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 180 calendar day period.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
1. are normally required to perform the Insured Employee's Own Occupation; and
2. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or
2. whether a suitable opening is currently available with the Employer or in the local labor market.

**OWN OCCUPATION PERIOD** means a period as shown in the Schedule of Benefits.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes the following:

- Employer Statement completed by Judy Hampton on 11/15/2013
- Job Description for Nurse Practitioner
- Employee Statement completed on 11/10/2013
- Attending Physician Statement completed by Dr. Donald Hopewell on 11/17/2013

LIN00834

- Medical records with diagnostic testing for the dates of 10/8/2010 to 1/9/2013 and office notes for the dates of 8/2/11 to 10/31/2013 including:
  - Charles Mace, M.D. (Neurosurgeon): office visit, imaging report, myelogram, 04/01/11-01/09/13.
  - Donald Hopewell, M.D. (Neurology): office visit, 08/02/12 -10/31/13.
  - Wayne Wallender, D.O. (Pain Medicine): office visit, 08/15/13.

According to the information contained in your claim file, you stopped working on 8/26/2013 due to a diagnosis of lumbar spondylosis with post laminectomy syndrome.

We have a 10/22/2010 office visit note with Dr. Donald Hopewell - Cox Pain and Neurology Branson. During this visit it is noted that you had been experiencing pain for the past two weeks. This was prior to your 4/1/2011 lumbar fusion.

The medical records provided show that as of 9/19/2012 office visit date with Springfield Neurological & Spinal Institute (Dr. Charles Mace) you had complaints of low back pain, bilateral leg pain, neck pain and left shoulder pain. You had a L5-S1 fusion on 4/1/2011. You continue to complain of low back pain, bilateral leg pain and shin pain, bilateral foot pain and heel pain that have all been worsening. It is noted that symptoms improved when wearing the lumbar brace. You had no leg weakness or bowel or bladder issues. You also complained of neck pain that radiates into the left shoulder. The physical exam on this visit was normal, with no range of motion deficits and normal strength and tone. Your medications included Robaxin as needed for pain, Hydrodocone as needed for pain, Avinza, Soma, and Wellbutrin. The lumbar CT showed no confluent bone at L5-S1, cage and screws look fine, progressive endplate sclerosis, cervical MRI shows left C5-6 disc herniation. Will try PT and traction for cervical if no better consider ACDF - may be a spinal cord stimulator candidate long term. for lumbar will recheck myelogram and consider re-exploration.

The 11/2/12 CT scan and 12/28/12 MRI of the lumbar spine showed normal vertebral body heights with no abnormal signal intensity or lesions. T12-L1, L1-L2, L2-L3, L3-L4 were all unremarkable. The L4-L5 and L5-S1 shows post-surgical changes with evidence of post-operative fibrosis.

The 1/9/2013 x-rays showed surgical changes to the lumbar interbody fusion at L5-S1, with all hardware intact. There was no evidence of instability or interval change.

The below records are all from Dr. Donald Hopewell - Neurology and Pain.

On 8/2/11 it is noted that you had no improvement with the second epidural injection, your back pain and leg pain is variable with activity, and worse late in the day and as the week goes on.

On 11/2/11 it is noted again low back pain variable with activity. Good response to muscle relaxers and Lidoderm.

LIN00835

On 2/1/2012 you had a routine medication follow-up. It was noted in this office visit that there were discussions of re-operation and possibly spinal cord stimulator. He advises that clearly you have post laminectomy syndrome with fixed L4-5, L5-S1 root injury. It is also noted in this visit that you can't take Amitriptyline, but can take nortriptyline.

In the 5/1/12 office note it advises you are not taking the Nortriptyline or Keppra due to not liking the side effects. You were prescribed low-dose Sevalla and advised to monitor for GI side effects.

You were seen again on 5/9/12 at your request with four weeks of intermittent aching of the elbow toward the wrist. Yesterday developed shoulder pain. You advised of some neck pain and decreased range of motion. You also complained of some knee symptoms occasionally. You were referred to Rheumatology.

On 7/31/12 you were seen for routine follow-up. Joint and neck pain were less prominent, you still get episodic neck pain usually with movement. It notes an MRI was done which did not show any significant pathology. You had not seen Rheumatology. You were advised to continue with current meds and see a Rheumatologist.

Your next visit was on 10/29/2012. At this visit it is noted that you did see a Rheumatologist. Blood work was negative, but feels it is likely an auto-immune disease. For low back pain you are seeing neurosurgeon - fusion has failed. Having a myelogram for lumbar and cervical symptoms next week. Pain is highly variable secondary to multiple etiologies and activity related processes. You wanted to hold on further med changes.

On 1/24/13 it was noted that the recent MRI showed root scarring and that you have plans to do a cord stimulator trial. You couldn't afford Avinza and were switched to Morphine 120 BID.

On 4/25/13 you were seen to discuss options. You complained of hyper somnolence from Morphine and advise that you have to decrease when working or stagger doses. You advised of drug coverage issues - preclude anything but generics, only Morphine and Methadone. You are sensitive to adhesives and can't use Fentanyl, and don't want Methadone. It was advised to continue current medications and that you will explore options with drug reps, possibly consider implantables.

On 7/23/2013 it is noted that you have pain in the lumbar with spread down legs, parallels activity - worse as week goes on. Your cord stimulator trial is scheduled for next month. You continue to have somnolence issues with medications.

On 9/19/13 you were seen on your request for a complaint of weakness in the legs. There were no true motor deficits. It was noted that your insurance denied SCS, but you will appeal.

LIN00836

You were seen again on 10/31/13 at your request to discuss that you had the SCS trial and there were no benefits. You were prescribed a trial of Methadone for Morphine.

You were seen on 8/15/2013 by Ozarks Pain Specialists. This visit notes that you are suffering from significant epidural fibrosis and are on high dose narcotics. Despite treatment you are in significant pain. All of your diagnostic test results from 2010 to current are described in this office visit. It was advised that SCS is recommended and a perc trial process was discussed.

The neurologic exam, as well as the rest of the Systems exam is normal throughout all of your office visits.

You worked until 8/26/2013. The office notes show that as far back as 8/2/2011 you stated there was no improvement with 2nd epidural injection and your low back pain is variable with activity. Leg pain is consistent, down the posterior leg into the right heel. You advised at this time that the pain was worse the more you were up on your feet and gets worse late in the day and as the week goes on.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

*In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles (DOT). In order to be eligible for* **Long Term Disability** *benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer, beginning 8/26/2013 and through the 90 day elimination period to the LTD Benefit Start Date of 11/24/13 and beyond.*

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation as a Nurse Practitioner is best defined as a Nurse Practitioner in the national workforce. The material and substantial duties of a Nurse Practitioner include but are not limited to the following:

- *Diagnose and treat chronic health conditions. May prescribe medication. Perform patient examinations. May order and interpret diagnostic tests*

LIN00837

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT) and fail to find that the medical evidence supports your inability to perform these material and substantial duties of your regular occupation.

## Summary

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. Based on the medical documentation provided, you have had ongoing complaints of low back pain since at least 10/22/2010. You had an L5-S1 fusion 4/1/2011. You have continued to complain of ongoing symptoms since this date. However, you have continued to work with this condition. There was no significant event prior to the 8/25/2013 date last worked that would substantiate any significant decline in your medical condition that would support you now being unable to perform your occupation as you had been performing previously. Your physical findings report relatively good range of motion with hardware intact and no instability noted. Neurological and motor exam is normal. There is no substantiation that you are unable to stand, ambulate, and use your upper and lower extremities in a functional manner. Pain is subjective and cannot be objectively quantifies, although it is reasonable to assume that some degree of discomfort in your back is present. Restrictions of the ability to change positions as needed would be understandable - and in your occupation this would not be a disabling restriction.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

## Appeal Rights

If you wish, you may request copies of the pertinent documents upon which our decision was based, prior to submitting a formal appeal.

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal.

**Risk Services –**
**The Lincoln National Life Insurance Company**
**PO Box 2337**
**Omaha, NE 68103**
**Fax: 402-361-1460**

Your request for an appeal needs to include the following:

- A letter of appeal outlining the reason(s) for your appeal.
- Please include your policy number and claim number.
- Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results.

If you have no medical records to submit, but would like for us to review your claim again with the information currently in file, please state this in your letter of appeal.

You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company

LIN00839



# Lincoln
## Financial Group®

 Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 5, 2013

**The Lincoln National Life
Insurance Company**

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LESTER E. COX MEDICAL CENTER
ATTN COURTNEY BURLISON
3801 S NATIONAL AVE
SPRINGFIELD MO 65807

Re:  Policy Number: 00001015732600000
     Claim Number: 1130226196
     Claimant:  Jamie Flanagan

Dear Courtney Burlison:

This letter is to inform you that the Long Term Disability claim for Jamie Flanagan has been denied.

Based upon the medical documentation submitted for our review, we have determined that Mrs. Flanagan does not meet the definition of disability as stated in this policy.

A detailed letter has been sent to Mrs. Flanagan explaining why we have made this decision regarding the claim.  We are unable to provide you with a copy of the denial letter sent to your employee due to its confidential nature.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company

LIN00840



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 4, 2013

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

JAMIE FLANAGAN
986 S. HEDGE DR
NIXA MO 65714

Re:  Group Policy Number: 00001015732600000
     Group Claim Number: 1130226196

Dear Mrs. Flanagan:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy.  This includes but is not limited to the following:

**PROOF OF CLAIM**.  The Company must be given written proof of claim within 90 days after the end of the Elimination Period.  When it is not reasonably possible to give written proof in the time required, the claim will not be reduced or denied solely for this reason, if the proof is filed:
1. as soon as reasonably possible; and
2. in no event later than one year after it was required.

These time limits will not apply while an Insured Employee lacks legal capacity.

Proof of claim must be provided at the Insured Employee's own expense.  It must show the date the Disability began, its cause and degree.  Documentation must include:
1. completed statements by the Insured Employee and the Employer;
2. a completed statement by the attending Physician, which must describe any restrictions on the Insured Employee's performance of the duties of his or her Regular Occupation;
3. proof of any other income received;
4. proof of any benefits available from other income sources, which may affect Policy benefits;
5. a signed authorization for the Company to obtain more information; and
6. any other items the Company may reasonably require in support of the claim.

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

LIN00841

ELIMINATION PERIOD: 90 calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a 180 calendar day period.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
1. are normally required to perform the Insured Employee's Own Occupation; and
2. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:
1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or
2. whether a suitable opening is currently available with the Employer or in the local labor market.

**OWN OCCUPATION PERIOD** means a period as shown in the Schedule of Benefits.

## Information reviewed and action taken

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes the following:

- Employer Statement completed by Judy Hampton on 11/15/2013
- Job Description for Nurse Practitioner
- Employee Statement completed on 11/10/2013
- Attending Physician Statement completed by Dr. Donald Hopewell on 11/17/2013

LIN00842

- Medical records with diagnostic testing for the dates of 10/8/2010 to 1/9/2013 and office notes for the dates of 8/2/11 to 10/31/2013 including:
  - Charles Mace, M.D. (Neurosurgeon): office visit, imaging report, myelogram, 04/01/11-01/09/13.
  - Donald Hopewell, M.D. (Neurology): office visit, 08/02/12 -10/31/13.
  - Wayne Wallender, D.O. (Pain Medicine): office visit, 08/15/13.

According to the information contained in your claim file, you stopped working on 8/26/2013 due to a diagnosis of lumbar spondylosis with post laminectomy syndrome.

We have a 10/22/2010 office visit note with Dr. Donald Hopewell - Cox Pain and Neurology Branson.   During this visit it is noted that you had been experiencing pain for the past two weeks.  This was prior to your 4/1/2011 lumbar fusion.

The medical records provided show that as of 9/19/2012 office visit date with Springfield Neurological & Spinal Institute (Dr. Charles Mace) you had complaints of low back pain, bilateral leg pain, neck pain and left shoulder pain.  You had a L5-S1 fusion on 4/1/2011. You continue to complain of low back pain, bilateral leg pain and shin pain, bilateral foot pain and heel pain that have all been worsening.  It is noted that symptoms improved when wearing the lumbar brace. You had no leg weakness or bowel or bladder issues.  You also complained of neck pain that radiates into the left shoulder.  The physical exam on this visit was normal, with no range of motion deficits and normal strength and tone.  Your medications included Robaxin as needed for pain, Hydrodocone as needed for pain, Avinza, Soma, and Wellbutrin.  The lumbar CT showed no confluent bone at L5-S1, cage and screws look fine, progressive endplate sclerosis, cervical MRI shows left C5-6 disc herniation.  Will try PT and traction for cervical if no better consider ACDF - may be a spinal cord stimulator candidate long term. for lumbar will recheck myelogram and consider re-exploration.

The 11/2/12 CT scan and 12/28/12 MRI of the lumbar spine showed normal vertebral body heights with no abnormal signal intensity or lesions.  T12-L1, L1-L2, L2-L3, L3-L4 were all unremarkable.  The L4-L5 and L5-S1 shows post-surgical changes with evidence of post-operative fibrosis.

The 1/9/2013 x-rays showed surgical changes to the lumbar interbody fusion at L5-S1, with all hardware intact.  There was no evidence of instability or interval change.

The below records are all from Dr. Donald Hopewell - Neurology and Pain.

On 8/2/11 it is noted that you had no improvement with the second epidural injection, your back pain and leg pain is variable with activity, and worse late in the day and as the week goes on.

On 11/2/11 it is noted again low back pain variable with activity. Good response to muscle relaxers and Lidoderm.

LIN00843

On 2/1/2012 you had a routine medication follow-up. It was noted in this office visit that there were discussions of re-operation and possibly spinal cord stimulator. He advises that clearly you have post laminectomy syndrome with fixed L4-5, L5-S1 root injury. It is also noted in this visit that you can't take Amitriptyline, but can take nortriptyline.

In the 5/1/12 office note it advises you are not taking the Nortriptyline or Keppra due to not liking the side effects. You were prescribed low-dose Sevalla and advised to monitor for GI side effects.

You were seen again on 5/9/12 at your request with four weeks of intermittent aching of the elbow toward the wrist. Yesterday developed shoulder pain. You advised of some neck pain and decreased range of motion. You also complained of some knee symptoms occasionally. You were referred to Rheumatology.

On 7/31/12 you were seen for routine follow-up. Joint and neck pain were less prominent, you still get episodic neck pain usually with movement. It notes an MRI was done which did not show any significant pathology. You had not seen Rheumatology. You were advised to continue with current meds and see a Rheumatologist.

Your next visit was on 10/29/2012. At this visit it is noted that you did see a Rheumatologist. Blood work was negative, but feels it is likely an auto-immune disease. For low back pain you are seeing neurosurgeon - fusion has failed. Having a myelogram for lumbar and cervical symptoms next week. Pain is highly variable secondary to multiple etiologies and activity related processes. You wanted to hold on further med changes.

On 1/24/13 it was noted that the recent MRI showed root scarring and that you have plans to do a cord stimulator trial. You couldn't afford Avinza and were switched to Morphine 120 BID.

On 4/25/13 you were seen to discuss options. You complained of hyper somnolence from Morphine and advise that you have to decrease when working or stagger doses. You advised of drug coverage issues - preclude anything but generics, only Morphine and Methadone. You are sensitive to adhesives and can't use Fentanyl, and don't want Methadone. It was advised to continue current medications and that you will explore options with drug reps, possibly consider implantables.

On 7/23/2013 it is noted that you have pain in the lumbar with spread down legs, parallels activity - worse as week goes on. Your cord stimulator trial is scheduled for next month. You continue to have somnolence issues with medications.

On 9/19/13 you were seen on your request for a complaint of weakness in the legs. There were no true motor deficits. It was noted that your insurance denied SCS, but you will appeal.

LIN00844

You were seen again on 10/31/13 at your request to discuss that you had the SCS trial and there were no benefits. You were prescribed a trial of Methadone for Morphine.

You were seen on 8/15/2013 by Ozarks Pain Specialists. This visit notes that you are suffering from significant epidural fibrosis and are on high dose narcotics. Despite treatment you are in significant pain. All of your diagnostic test results from 2010 to current are described in this office visit. It was advised that SCS is recommended and a perc trial process was discussed.

The neurologic exam, as well as the rest of the Systems exam is normal throughout all of your office visits.

You worked until 8/26/2013. The office notes show that as far back as 8/2/2011 you stated there was no improvement with 2nd epidural injection and your low back pain is variable with activity. Leg pain is consistent, down the posterior leg into the right heel. You advised at this time that the pain was worse the more you were up on your feet and gets worse late in the day and as the week goes on.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

*In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles (DOT). In order to be eligible for* **Long Term Disability** *benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer, beginning 8/26/2013 and through the 90 day elimination period to the LTD Benefit Start Date of 11/24/13 and beyond.*

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation as a Nurse Practitioner is best defined as a Nurse Practitioner in the national workforce. The material and substantial duties of a Nurse Practitioner include but are not limited to the following:

- *Diagnose and treat chronic health conditions. May prescribe medication. Perform patient examinations. May order and interpret diagnostic tests*

**LIN00845**

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT) and fail to find that the medical evidence supports your inability to perform these material and substantial duties of your regular occupation.

<u>**Summary**</u>

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. Based on the medical documentation provided, you have had ongoing complaints of low back pain since at least 10/22/2010. You had an L5-S1 fusion 4/1/2011. You have continued to complain of ongoing symptoms since this date. However, you have continued to work with this condition. There was no significant event prior to the 8/25/2013 date last worked that would substantiate any significant decline in your medical condition that would support you now being unable to perform your occupation as you had been performing previously. Your physical findings report relatively good range of motion with hardware intact and no instability noted. Neurological and motor exam is normal. There is no substantiation that you are unable to stand, ambulate, and use your upper and lower extremities in a functional manner. Pain is subjective and cannot be objectively quantifies, although it is reasonable to assume that some degree of discomfort in your back is present. Restrictions of the ability to change positions as needed would be understandable - and in your occupation this would not be a disabling restriction.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

<u>**Appeal Rights**</u>

If you wish, you may request copies of the pertinent documents upon which our decision was based, prior to submitting a formal appeal.

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal.

**Risk Services --
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460**

**LIN00846**

Your request for an appeal needs to include the following:

- A letter of appeal outlining the reason(s) for your appeal.
- Please include your policy number and claim number.
- Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results.

If you have no medical records to submit, but would like for us to review your claim again with the information currently in file, please state this in your letter of appeal.

You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,


Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company

 **Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 21, 2013

The Lincoln National Life
Insurance Company

Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LESTER E. COX MEDICAL CENTER
ATTN COURTNEY BURLISON
3801 S NATIONAL AVE
SPRINGFIELD MO 65807

Re:  Policy Number: 00001015732600000
      Claim Number: 1130226196
      Claimant: Jamie Flanagan

Dear Courtney Burlison:

We have completed our initial review of the application for Long Term Disability benefits filed by Mrs. Flanagan and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if a condition precludes your employee from performing the main duties of her occupation.

We have sent all information received for a full medical review to determine if disability is supported at this time or if more information is necessary. Once this review is complete we will advise you of our determination regarding this claim.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company

LIN00848

 **Lincoln**
Financial Group°

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 21, 2013

The Lincoln National Life
Insurance Company
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

JAMIE FLANAGAN
986 S. HEDGE DR
NIXA MO 65714

Re: Policy Number: 00001015732600000
    Claim Number: 1130226196

Dear Mrs. Flanagan:

We have completed our initial review of your application for Long Term Disability benefits and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your occupation.

We have submitted all information received for a full medical review. Once this review is complete we will advise you of our determination regarding your claim.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Loreena M. Lobdell
Sr. LTD Benefit Specialist
The Lincoln National Life Insurance Company



## ⌂ Lincoln
### Financial Group⦿

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: **Flanagan**                **Jamie**                **Sue**
(Last)                                 (First)                          (Middle)

Date of Birth: ▇▇▇▇▇▇                Social Security Number: ▇▇▇▇▇▇

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:        The Lincoln National Life Insurance Company
                                         PO Box 2609
                                         Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: *Jamie Sue Flanagan*                DATE: **11/10/2013**
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: **Jamie Sue Flanagan**

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: **Self**

ADDRESS: **986 S Hedge Drive**                PHONE NO: **417-459-5879**
(Street)

**Nixa**                **MO**        **65714**
(City)                (State)        (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

Disability    Page 7 of 14
              12/10



### Lincoln
### Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha. NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP LONG-TERM DISABILITY CLAIM APPLICATION



## EMPLOYEE – form completion information

### APPLICATION FOR GROUP LTD - Instructions

A.   Complete and sign the authorization on the reverse side of this page. This will allow our insurance carrier or their representative to secure additional information (if necessary) to make a decision on your request for benefit payments (do not detach).

B.   Complete employee claim statement in full.

    Attach  •  A copy of Social Security and other income entitlement awards (or forward when received)

C.   Give this authorization and attached claim application to the physician treating you (if more than one. obtain other forms for completion from employer). Instruct your attending physician to send his statement along with yours to the insurance carrier.

D.   When those forms are received by the Insurance Company, they will advise you of your eligibility for benefits or of any additional information that may be needed.

*Do Not Detach*

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

PAGE 01/54      DONALD HOPEWELL MD      4173361197    09:21 11/18/2013

LIN00851

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 51 of 200

# Long-Term Disability Claim Employee's Statement

To Be Completed By The Employee

## A. Information about you

| Last Name | | | First | | Middle Initial |
|---|---|---|---|---|---|
| Flanagan | | | Jamie | | S |

| Address | | | City | State/Province | Zip |
|---|---|---|---|---|---|
| 986 9 Hedge Dr | | | Niva | MO | 65714 |

| Telephone | | | Social Security Number | | |
|---|---|---|---|---|---|
| 417-459-5879 | | | | | |

| Date of Birth (Month, Day, Year) | Height | Weight | ☒ Rt Handed ☐ Lt Handed | ☐ Male ☒ Female | ☐ Single ☒ Married | ☐ Widowed ☐ Divorced |
|---|---|---|---|---|---|---|
| | 5'4½" | 12## | | | | |

| Your Employer (Include division if applicable) |
|---|
| Cox Medical Center Branson |

| Occupation |
|---|
| Nurse Practitioner |

## B. Information about your family (required to determine your eligibility for Social Security benefits)

| Spouse's Name (Last, First) |
|---|
| Flanagan, Jason |

| Spouse's Social Security Number | Date of Birth (Month, Day, Year) | Is your spouse employed? ☒ Yes ☐ No |
|---|---|---|
| | | |

New Jersey. Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

Alaska. A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

Arizona. For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Arkansas, Louisiana, Rhode Island and West Virginia. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

California. For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado. It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

District of Columbia. It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

Florida. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Idaho. Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

Indiana. A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

Kentucky. Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Maine. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Maryland. Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Minnesota. A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

New Hampshire. Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

PAGE 03/54    DONALD HOPEWELL ND    4173361197    09:21    11/18/2013

LIN00852

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 52 of 200

## E. Information about physicians and hospitals

First medical attention for the current disability was given by (complete below):

| | | |
|---|---|---|
| Doctor's Name<br>Dr. Diane Cornelison, DO | Telephone: 417-335-7322<br>Fax: 417-335-7234 | Specialty<br>Neurology & Pain Management |
| Address (Street, City, State, Zip)<br>121 Cahill Rd Suite, Branson MO 65616 | | Dates Seen<br>10/06/2010 To 04/25/2013 |

List all other physicians and hospitals you have seen for this condition:

| | | |
|---|---|---|
| Doctor's Name<br>Dr. Charles Mace, MD | Telephone: 417-885-3888<br>Fax: | Specialty<br>Neurosurgery |
| Address (Street, City, State, Zip)<br>2900 S National Ave, Springfield, MO 65804 | | Dates Seen 9/13/2012 —<br>11/17/2010 To still have open chart |
| Doctor's Name<br>Dr. Donald Hopewell | Telephone: 417-336-1181<br>Fax: 417-336-1197 | Specialty<br>Neurology & Pain Management |
| Address (Street, City, State, Zip)<br>500 W Main Suite 205B        Branson, MO 65804 65616 | | Dates Seen<br>06/06/2011 To Current pending appts |
| Doctor's Name<br>Dr. Wayne Wallender, DO | Telephone: 417-269-8226<br>Fax: | Specialty<br>Anesthesia & Pain Management |
| Address (Street, City, State, Zip)<br>1011 E Montclair St, Springfield, MO 65804 | | Dates Seen<br>08/15/2013 To 10/17/2013 |
| Hospital<br>Cox Medical Center Branson (Skaggs at time of treatment) | Telephone: 417-335-7000<br>Fax: | Specialty<br>Community Hospital |
| Address (Street, City, State, Zip)<br>545 Branson Landing Blvd       Branson, MO 65616 | | Dates of Confinement<br>04/01/2011 To 04/04/2011 |

Have you ever had the same or a similar condition in the past?
☐ Yes ☒ No  If yes, complete the following concerning your past treatment:

| | | |
|---|---|---|
| Doctor's Name<br>N/A | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates Seen<br>To |
| Hospital | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Confinement<br>To |

## F. Information about other disability income
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ N/A | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual<br>or group benefits): | $ | / | | | |

## G. Information about income tax withholding
If your request for benefits is approved, should The Lincoln National Life Insurance Company withhold income taxes from your benefit checks?
☒ Yes ☐ No  If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 100 .00

## H. Signature (Required for all claims)
Under what other The Lincoln National Life Insurance policies are you currently covered?
The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

x _Jamie Flanagan_
Signature of Employee

_11/10/2013_
Date

GLC-01252

Page 11 of 14
12/10

PAGE 04/54        DONALD HOPEWELL MD        417336197        11/18/2013 09:21

| | | |
|---|---|---|
| **tor's Name:** eth knox, FNP (collaborates with Dr. Peter Marcellus, MD) | Telephone: 417-248-6968 or 417-335-8924 <br> Fax: 417-336-0275 | **Specialty:** Family Practice |
| **dress:** 450. State Highway 248 Suite 202. Branson MD 65616 | | **Dates Seen:** 10/01/2010 to current |
| **tor's Name:** Irine Winkler, MD | Telephone: 417-248-8253 <br> Fax: 417-337-8992 | **Specialty:** Rheumatology |
| **dress:** 21 Cahill Rd, Suite 205, Branson, MD 65616 | | **Dates Seen:** 09/06/2013 to current |
| **Doctor's Name:** Slady Jacob, MD | Telephone: 417-335-7222 <br> Fax: 417-335-7224 | **Specialty:** Neurology |
| **dress:** 21 Cahill Rd, Suite 204, Branson MD 65616 | | **Dates Seen:** 10/22/2010 (EMG cont) |
| **Doctor's Name:** Thomas Woodward, MD | Telephone: Contact Cox Medical Center 417-335-7000 → <br> Fax: Has left the system. | **Specialty:** Internal Medicine |
| **tress:** Cox Health 945 Branson Landing Blvd, Branson MD 65616 | | **Dates Seen:** 10/19/2010 - 01/19/2011 |
| **Doctor's Name:** Dr. Barbara Padovanovich, PhD | Telephone: 417-269-5509 <br> Fax: 417-269-5595 | **Specialty:** PHD-Pain Psych Services |
| **dress:** Cox Health Psychological Services, Wheeler Heart & Vascular Center. Suite 170, Springfield, MO 65807 | | **Dates Seen:** 2/20/2013 |
| **Hospital's Name:** Shaggs Pain Center (Cox Health Branson Pain? Neurology) | Telephone: 417-335-7222 <br> Fax: | **Specialty:** Epidurals, spinal injections, trigger points. |
| **address:** 21 Cahill Rd, Suite 204, Branson, MD 65616 | | **Dates Seen:** 10/16/2010 - |
| **Physical Therapy Services:** Cox Health Branson Orthopedic, Neurology & Spine. | Telephone: 417-335-7274 <br> Fax: 417-335-9705 | **Specialty:** Physical Therapy |
| **address:** 121 Cahill Rd, Suite 101, Branson, MD 65616 | | **Dates Seen:** 10/24/12 11/2013 - 01/2012 11/21/12 10/7/2010 - |

The Above statements are true to the best of my knowledge & beliefs. I have read & understand the attached Fraud Warning statements.

X _Jamie Flanagan_
Signature of Employee

_11/10/2013_
Date

PAGE 05/54    DONALD HOPEWELL MD    417336197    11/14/2013 09:21
LIN00854

# Long-Term Disability Claim Physician's Statement

This form should be completed by the physician who was treating the claimant when he or she last worked.

**To Be Completed By The Attending Physician**

**A. General Information**

This claim is for (Patient's Name)

Jamie Sue Flanagan

| Patient's Social Security Number | Height | Weight | Blood Pressure | Date of Birth (Month, Day, Year) |
|---|---|---|---|---|
| ███████████ | 65 | 112 | 100/68 | ████████ |

Primary Diagnosis including ICD 9 or DSM code

Post Lami Syndrome lumbar 722.83 — Spinal stenosis 724.01 — chronic pain 338.4

**B. Complete this section for normal pregnancy, then go to section E.**

| What was the date of the last menstrual period? | What is the expected date of delivery? | |
|---|---|---|
| N/A | | |
| What is the expected length of postpartum recovery? | What was the first date of treatment? | What was the last date of treatment? |

**C. Complete this section for all conditions except normal pregnancy.**

Symptoms   Low back pain c̄ pain spread into lower extremities

Objective Findings   Normal physical exam. X-rays, CT myelogram, MRI - Spondylolisthesis c̄ failed fusion and nerve root scarring

Are there secondary conditions contributing to the disability?
☐ Yes ☒ No   If yes, what are they? (Please include ICD 9 or DSM code.)

| If this is a cardiac condition, what is the functional capacity? (American Heart Association) | ☐ Class 1 - No limitation<br>☐ Class 2 - Slight limitation | ☐ Class 3 - Marked limitation<br>☐ Class 4 - Complete limitation |
|---|---|---|

| When did symptoms first appear? Constant since 8/2010 | Date of the patient's first visit (Month, Day, Year) 10/8/2010 | Date you believe the patient was first unable to work (Month, Day, Year) 1/1/2013 |
|---|---|---|
| Date of the patient's last visit (Month, Day, Year) 10/31/13 | How often do you see the patient? every 3 months | |

Is the patient's condition work related?
☐ Yes ☒ No   If yes, explain:

Has the patient undergone surgery?
☒ Yes ☐ No   If yes, give date, procedure and result.   Failed lumbar fusion   4/1/11

If no, do you expect surgery to be performed in the future?
☐ Yes ☒ No   If yes, give date and type of surgery.

What medication is the patient currently taking?

Please indicate other types and frequencies of treatment.   Epidurals / PT

Has the patient been referred to a medical rehabilitation or therapy program?
☒ Yes ☐ No   If yes, give details.   No benefit

Have you referred the patient for other types of consultations?
☒ Yes ☐ No   If yes, give details.   Spinal Cord stimulator placement — failed

Has the patient been hospital confined?
☐ Yes ☒ No   If yes, complete the following:

Name of Hospital

| Address | | Dates of Confinement through |
|---|---|---|

GLC-01252

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 55 of 200<br>LIN00855

**D. Information about the patient's inability to work**

Briefly describe restrictions and limitations. Pain increases through the day (work - unable to control Ξ pain meds)

Restrictions (What the patient SHOULD NOT do) Work Ξ unlimited ability to rest/take breaks

Limitations (What the patient CANNOT do) Same

What is your prognosis for recovery? This will progress over time

Has patient achieved maximum medical improvement?
☒ Yes ☐ No  If no, complete the following:

How soon do you expect fundamental changes in the patient's medical condition?
☐ 1 - 2 months ☐ 5 -6 months
☐ 3 - 4 months ☐ more than 6 months

Give details concerning expected improvement or deterioration:

In an eight hour workday, claimant can: (Circle full hourly capacity for each activity),

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Unquatifiable

| Are there restrictions in: | Yes | No | Comments |
|---|---|---|---|
| Lifting/Carrying | ☐ | ☐ | |
| Use of hands in repetitive actions | ☐ | ☐ | |
| Use of feet in repetitive movements | ☐ | ☐ | |
| Bending | ☐ | ☐ | |
| Squatting | ☐ | ☐ | |
| Crawling | ☐ | ☐ | |
| Climbing | ☐ | ☐ | |
| Reaching above shoulder level | ☐ | ☐ | |
| Other (please specify) | ☐ | ☐ | |

When do you expect claimant to return to prior level of functioning? Never

Would you recommend vocational rehabilitation for this patient?
☒ Yes ☐ No

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment
☐ Yes ☒ No  If yes, please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL        Date on which assistance was first required and received

☐ Bathing_____ (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing_____ (putting on, taking off garments, braces or any artificial limbs normally worn)
☐ Toileting_____ (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring _____ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence_____ (voluntarily maintaining control of bladder and bowel function)
☐ Eating_____ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes ☐ No  If "no", please explain when improvement may be expected:

GLC-01252

**E. Required Attachments and Signature**

After you have fully completed this form, attach copies of the following materials:
- Office notes for the period of treatment for the last two years
- Test results showing objective findings
- Hospital discharge summaries
- Consulting physician reports

Your Name    Donald K. Hopewell          Degree    MD

Specialty    Neurology & Pain            Telephone: 417 336-1186
                                         Fax:       417 336-1127
Address      500 W. Main    Branson, MD    65616

X _____                      11/17/13
Signature of Attending Physician (no stamp)        Date

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 57 of 200
LIN00857



**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP LONG-TERM DISABILITY CLAIM APPLICATION



## EMPLOYEE – form completion information

### APPLICATION FOR GROUP LTD - Instructions

A. Complete and sign the authorization on the reverse side of this page. This will allow our insurance carrier or their representative to secure additional information (if necessary) to make a decision on your request for benefit payments (do not detach).

B. Complete employee claim statement in full.

    Attach   •   A copy of Social Security and other income entitlement awards (or forward when received)

C. Give this authorization and attached claim application to the physician treating you (if more than one, obtain other forms for completion from employer). Instruct your attending physician to send his statement along with yours to the insurance carrier.

D. When those forms are received by the Insurance Company, they will advise you of your eligibility for benefits or of any additional information that may be needed.

Do <u>Not</u> Detach

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

PAGE 01/07          DONALD HOPEWELL MD          41733611197          09:30  11/18/2013

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 58 of 200
LIN00858

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure. defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false. incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer. files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete. or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading. information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company. files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

GLC-01252

11/18/2013 09:30    4173361197    DONALD HOPEWELL MD    PAGE 03/07

LIN00859

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information: or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act. which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps. or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and. upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years. if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

11/18/2013 09:30    41733611 97    DONALD HOPEWELL MD    PAGE 04/07

LIN00860

# Long-Term Disability Claim Employee's Statement

**To Be Completed By The Employee**

### A. Information about you

| Last Name | First | Middle Initial |
|---|---|---|
| Flanagan | Jamie | S |

| Address | City | State/Province | Zip |
|---|---|---|---|
| 986 S Hedge Dr | Niva | MO | 65714 |

Telephone: 417-459-5879

Social Security Number: ~~[redacted]~~

| Date of Birth (Month, Day, Year) | Height | Weight | | | | |
|---|---|---|---|---|---|---|
| ~~[redacted]~~ | 5'4½" | 112# | ☒ Rt Handed ☐ Lt. Handed | ☐ Male ☒ Female | ☐ Single ☒ Married | ☐ Widowed ☐ Divorced |

Your Employer (include division if applicable): Cox Medical Center Branson

Occupation: Nurse Practitioner

### B. Information about your family (required to determine your eligibility for Social Security benefits)

Spouse's Name (Last, First): Flanagan, Jason

| Spouse's Social Security Number | Date of Birth (Month, Day, Year) | Is your spouse employed? |
|---|---|---|
| ~~[redacted]~~ | ~~[redacted]~~ | ☒ Yes ☐ No |

Children under age 25: Name (Last, First): ~~[redacted]~~   Date of Birth (Month, Day, Year): ~~[redacted]~~

### C. Information about the condition causing your disability

**1. For pregnancy or (illness) answer the following questions:**

What were your first symptoms? (Over a period of 1-2 weeks)
severe acute onset, low back pain that began to radiate down the back & lateral sides of my legs.

When did you first notice them? August 2010

Date you were first treated by a physician (Month, Day, Year):

**2. For an injury, answer the following questions:** N|A

Where and how did the injury occur?

Date the injury occurred (Month, Day, Year):

Date you were first treated by a physician (Month, Day, Year):

**3. For (illness) or injury, answer the following questions:**

Why are you unable to work? The pain is severe enough that I cannot perform the duties required of me. I need to change positions frequently due to numbness & pain & several times throughout the day I have to lie down to find pain. My medications also create side effects that cause severe fatigue & forgetfulness that can be unsafe.

Before you stopped working, did your condition require you to change your job or the way you did your job? ☒ Yes ☐ No   If yes, explain: To help out with the frequent position changes of sitting & standing: Bedside tables were brought to my exam rooms I had to get a pillow to sit on in each room & if half way through the day if my work days, I did many of my work on the computer at home from my bed at the end of the day.

Is your condition related to your occupation? ☐ Yes ☒ No   If yes, explain:

Have you filed, or do you intend to file a Workers' Compensation claim? ☐ Yes ☒ No

Do you require another person's active, hands-on help to safely perform activities of daily living? ☒ Yes ☐ No   If yes, please explain what kind of help you receive and who provides it:
Not the dressing & normal ADLs, but when in a great deal of pain & take my meds my husband must drive me due to safety & fear of accident

### D. Information about the disability

| Last day you worked before the disability (Month, Day, Year) 08/23/2013 | Did you work a full day? ☐ Yes ☒ No   If no, explain: I was finishing up charts because we knew it was my last day | Date you were first unable to work (Month, Day, Year) 08/26/2013 |
|---|---|---|

Have you returned to work? ☐ Yes  Part time (date) ___  Full time (date) ___  ☒ No

If you have not returned to work do you expect to? ☐ Yes  Part time (date) ___  Full time (date) ___  ☒ No

Are you currently self-employed or working for another employer? ☐ Yes ☒ No   If so, give details.

(Continued on next page)

GLC-01252

PAGE 05/07   DONALD HOPEWELL MD   417336197   09:30 11/18/2013

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 61 of 200

LIN00861

Please See Attached Sheet

**E. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone / Fax | Specialty |
|---|---|---|
| Dr. Diane Cornelison, DO | Telephone: 417-335-7222 Fax: 417-335-7224 | Neurology & Pain Management |
| Address (Street, City, State, Zip) 121 Cahill Rd Suite Branson, MO 65616 | | Dates Seen 10/06/2010 To 04/25/2013 |

List all other physicians and hospitals you have seen for this condition:

| Doctor's Name | Telephone / Fax | Specialty |
|---|---|---|
| Dr. Charles Mace, MD | Telephone: 417-885-3888 Fax: | Neurosurgery |
| Address (Street, City, State, Zip) 2900 S National Ave, Springfield, MO 65804 | | Dates Seen 11/17/2010 To 11/21/2012 - still have open chart |
| Doctor's Name Dr. Donald Hopewell | Telephone: 417-336-1181 Fax: 417-336-1197 | Specialty Neurology & Pain Management |
| Address (Street, City, State, Zip) 500 W Main, Suite 205B Branson, MO 65616 | | Dates Seen 06/06/2011 To Current Pending appts |
| Doctor's Name Dr. Wayne Wallender, DO | Telephone: 417-269-8226 Fax: | Specialty Anesthesia & Pain Management |
| Address (Street, City, State, Zip) 1011 E Montclair St, Springfield, MO 65804 | | Dates Seen 08/15/2013 To 10/17/2013 |
| Hospital Cox Medical Center Branson (3 Kaggs First of treatment) | Telephone: 417-335-7000 Fax: | Specialty Community Hospital |
| Address (Street, City, State, Zip) 545 Branson Landing Blvd Branson, MO 65616 | | Dates of Confinement 04/01/2011 To 04/04/2011 |

Have you ever had the same or a similar condition in the past?
☐ Yes ☒ No If yes, complete the following concerning your past treatment:

| Doctor's Name | Telephone / Fax | Specialty |
|---|---|---|
| N/A | Telephone: Fax: | |
| Address (Street, City, State, Zip) | | Dates Seen To |
| Hospital | Telephone: Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Confinement To |

**F. Information about other disability income**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ N/A | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group benefits): | $ | / | | | |

**G. Information about income tax withholding**

If your request for benefits is approved, should The Lincoln National Life Insurance Company withhold income taxes from your benefit checks?
☒ Yes ☐ No If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 100 .00

**H. Signature (Required for all claims)**

Under what other The Lincoln National Life Insurance policies are you currently covered?

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

x Jamie Flanagan
Signature of Employee

11/10/2013
Date

GLC-01252

| | | |
|---|---|---|
| Doctor's Name: Beth Knox, FNP (collaborates with Dr. Peter Marcellus, MD) | Telephone: 417-348-6963 or 417-335-8764 Fax: 417-336-0275 | Specialty: Family Practice |
| Address: 1450 State Highway 248 Suite 202 Branson MO 65616 | Dates Seen: 10/01/2010 to current | |
| Doctor's Name: Anne Winkler, MD | Telephone: 417-348-8253 Fax: 417-887-8992 | Specialty: Rheumatology |
| Address: 121 Cahill Rd, Suite 205, Branson, MO 65616 | Dates Seen: 09/06/2012 to current | |
| Doctor's Name: Glady Jacob, MD | Telephone: 417-335-7222 Fax: 417-335-7584 | Specialty: Neurology |
| Address: 121 Cahill Rd, Suite 204, Branson, MO 65616 | Dates Seen: 10/22/2010 (EMG appt) | |
| Doctor's Name: Thomas Woodward, MD | Telephone: Contact Cox Medical Center 417-335-7000→ Fax: Has left the system. | Specialty: Internal Medicine |
| Address: Cox Health 545 Branson Landing Blvd, Branson MO 65616 | Dates Seen: 10/19/2010 - 01/19/2011 | |
| Doctor's Name: Dr. Barbara Badovinovich, PhD | Telephone: 417-269-5509 Fax: 417-269-5595 | Specialty: PhD - Pain Psych Services |
| Address: Cox Health Psychological Services, Wheeler Heart & Vascular Center. Suite 170, Springfield, MO 65807 | Dates Seen: 2/20/2013 | |
| Hospital's Name: Skaggs Pain Center (Cox Health Branson Pain & Neurology) | Telephone: 417-335-7222 Fax: | Specialty: Epidurals, spinal injections, trigger points |
| Address: 121 Cahill Rd, Suite 204, Branson, MO 65616 | Dates Seen: 10/6/2010 - | |
| Physical Therapy Services: Cox Health Branson Orthopedic, Neurology & Spine. | Telephone: 417-335-7274 Fax: 417-335-9105 | Specialty: Physical Therapy |
| Address: 121 Cahill Rd, Suite 101, Branson, MO 65616 | Dates Seen: 10/24/12 11/2012 - 01/2012 11/26/12 10/1/2010 - | |

The Above statements are true to the best of my knowledge & belief. I have read & understand the attached Fraud Warning statements.

X _Jamie Flanagan_
Signature of Employee

_11/10/2013_
Date

LIN00863
Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 63 of 200



**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: **Flanagan**        **Jamie**        **Sue**
(Last)        (First)        (Middle)

Date of Birth: ▓▓▓▓▓▓        Social Security Number: ▓▓▓▓▓▓

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:        The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may **not** be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: *Jamie Sue J. Flanagan*        DATE: **11/10/2013**
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: **Jamie Sue Flanagan**

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: **Self**

ADDRESS: **986 S Hedge Drive**        PHONE NO: **417-459-5879**
(Street)

**Nixa**        **MO**        **65714**
(City)        (State)        (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.        Disability        Page 7 of 14
GLC-01252        2/10

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 64 of 200
LIN00864

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888  Fax: (417) 520-5959

September 21, 2012
Page 1
Chart Document

**Jamie S Flanagan**
Female  DOB:

87223

Home: (417)459-5979 Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

09/19/2012 - Office Visit: Follow up
Provider: Charles Mace MD
Location of Care: Springfield Neurological and Spine Institute

**Follow up Visit**

**History of Present Illness**
Referral source: Dr. Don Hopewell
History from: patient
cc Beth Knox
Reason for visit: follow up
Chief Complaint: Low back pain, bilat leg pains, neck pain, left shoulder pain
HPI:  32 year old female returns today for follow up L5-S1 PLIF 4/1/11 for LBP and leg pains.  She
continues to report LBP, bilateral lateral leg pain and shin pain , bilateral foot and heel pain that have all
been worsening.  Also notes burning in toes.  Symptoms improved when she stated wearing lumbar brace.
Denies leg weakness.  Bowel and bladder intact.
Also notes neck pain that will radiate into left shoulder described as shooting pain.  Denies pain past the
shoulder.  Pain worse with certain movements.  Denies changes in fine or gross motor control.
Treatments:  pain medications, NSAIDs, heat, ice

**Pertinent Medical Findings**
neck pain, left shoulder pain
LBP, various bilat LE symptoms, L LSR= leg pains

**Physical Exam**
Appearance: well developed, well nourished, no acute distress

**Peripheral Vascular**
Inspection/palpation: Normal, except as otherwise specified.

**Gait and Station**
Inspection: Normal, except as otherwise specified.

**Head and Neck**
Insp/percuss/palp: Normal, except as otherwise specified.
Range of motion: no limitations
Stability: no subluxation or laxity
Musc strength/tone: normal strength and tone
Skin/subcutaneous: Normal, except as otherwise specified.

**Spine, Ribs, Pelvis**
Insp/percuss/palps: Normal, except as otherwise specified.
Stability: no subluxation or laxity
Musc strength/tone: Normal tone and strength

LIN00865

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 65 of 200

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888   Fax (417) 520-5959

September 21, 2012
Page 2
Chart Document

Jamie S Flanagan
Female DOB: ~~~~~~~~~~          87223

Home: (417)459-5879  Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

Skin and subcutaneous: healed surgical incision
Spurling's: positive left

**Upper Extremities**
Insp/percuss/palpa: normal, except as otherwise specified
Range of motion: no limitations
Stability: normal, except as otherwise specified
Musc strength/tone: normal tone and strength
Skin and subcutaneous: normal

**Lower Extremities**
Insp/percuss/palpa: normal, except as otherwise specified
Range of motion: no limitations
Stability: normal, except as otherwise specified
Musc strength/tone: normal tone and strength
Skin and subcutaneous: normal
Straight Leg Raise: L= ipsilateral leg pain

**Neurologic**
Coordination: normal
Reflexes: 2+, symmetric
Sensation: intact to touch and pin

**Mental Status Exam**
Orientation: oriented to time, place and person
Mood and affect: no dysphoria, anxiety, or agitation

**Respiratory**
Respiratory effort: Normal, except as otherwise specified.

**Vital Signs**
Ht: 64 in.  Wt: 149 lbs.  P: 64  R: 16  BP: 118/60
BMI: 25.57

**Medication:**
ROBAXIN-750 750 MG TABS (METHOCARBAMOL) 1 by mouth three times per day as needed for pain
Substitution permitted
HYDROCODONE-ACETAMINOPHEN 5-325 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 or 2 by
mouth every 4-6 hours as needed ofr pain          Substitution permitted
* PEPCID 20MG TABLETS Take one tablet by mouth twice a day while taking steroid.
AVINZA XR24H-CAP (MORPHINE SULFATE BEADS XR24H-CAP)
SOMA 350 MG TABS (CARISOPRODOL)
PROTONIX 40 MG PACK (PANTOPRAZOLE SODIUM)
MIRALAX POWD (POLYETHYLENE GLYCOL 3350)
WELLBUTRIN TABS (BUPROPION HCL TABS)

**Allergies:**
* AMBIEN (Critical)

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 66 of 200   LIN00866

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888  Fax: (417) 520-5950

*September 21, 2012*
*Page 3*
*Chart Document*

**Jamie S Flanagan**
Female  DOB:                                        87223

Home: (417)459-5879 Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

* LUNESTA (Critical)
ADHESIVE TAPE (Moderate)
DARVOCET (Mild)

**Risk Factors**
Smoke status: former smoker
year started: 2000    yr quit: 2003
cigarette packs/day: .25    pack-years: 0.75
cigars/pipes per wk: 0    chewing cans per week: 0    Passive smoke exposure: no
Alcohol use: Social only: Wine, mixed drinks. Never more than 1-2. Usually once per month
Caffeine use: I drink 1-2 diet sodas per day
Drug use: none
HIV high risk behavior: no
Exercise (times/week): 5    Exercise type: stretching and PT home exercises
Seat belt use(%): 100    Sun exposure: occasionally

Review of imaging: lumbar CT at Skags- CD shows no confluent bone at L5-S1,   cage and screws look fine,  progressive endplate sclerosis

cervical MRI shows left C5-6 disc herniation

**Impression**

Ongoing Problems:
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
LUMBAGO (ICD-724.2)
LUMBAGO (ICD-724.2)
SPONDYLOLISTHESIS, ACQUIRED (ICD-738.4)
STENOSIS, LUMBAR SPINE (ICD-724.02)
LUMBAR RADICULOPATHY (ICD-724.4)

C5-6 left soft disc herniation with radicular pain into left upper arm and Spurlings sign.  Try PT and traction and if no better then consider ACDF.  May be spinal stimulator candidate long term

History of L5-S1 PLIF 18 months ago with progressive mechanical back pain and some L5 and S1 radicular symptoms that are quite problematic.   Perhaps L5-S1 pseudarthrosis.  Will check myelogram and consider re-exploration

LIN00867

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 67 of 200

**Springfield Neurological & Spine Institute**
2900 South National Ave  Springfield, MO 65804
(417) 885-3888  Fax (417) 520-5959

September 21, 2012
Page 4
Chart Document

**Jamie S Flanagan**
Female  DOB:⬛⬛⬛⬛⬛⬛                    87223

Home: (417)459-5879 Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

**Plan**

**Follow-up Plans:**
FU RTC per schedule
RTC: after myelo

**CT MYELO F/E / Recons**
CT Myelo Cervical, Lumbar

**Treatment:**
Physical Therapy: Home Program, Home Tx (Cervical), Strengthening, ROM
PT times per week: 3 PT number of weeks: 3

Clinical Visit Summary handout printed and given to patient.

**Electronically Signed by Charles Mace MD on 09/19/2012 at 11:51 AM**

LIN00868
Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 68 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                          Home: (417)459-5879 Work: (417)335-7361
Female DOB: ▇▇▇▇▇▇ MRN: 42-06-80

**01/09/2013 – Imaging Report: XR SPINE LUMBAR MIN 6 VIEWS**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR   MIN 6 VIEWS
                    SKAGGS COMMUNITY HEALTH CENTER
                          PO Box 650
                     Branson,   MO    65615
            Phone   (417)   272-8911       Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: XR SPINE LUMBAR   MIN 6 VIEWS
Account No.: 25938515
```

Clinical History
Postlaminectomy syndrome lumbar region

Findings
Seven views of the lumbar spine with flexion and extension show prior
surgical changes of posterior lumbar interbody fusion at L5-S1. The
pedicle screws and posterior fixation rods and cross link appear
intact.

Interbody bone cage appears well positioned within the disc space.
*There is anterolisthesis of L5 on S1. These findings are all*
concordant with the previous examination of 2 November 2012. Flexion
and extension show no evidence of segmental instability.

Impression

     1. Postsurgical changes of posterior lumbar interbody fusion at
L5-S1.
     2. Four pars defects with grade 2 spondylolisthesis. Operative
appearance not substantially different than 2 November 2012. No
interval change and no evidence of instability.

Dictated by: ANTHONY L WHEELER    01/09/2013 07:24 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    01/09/2013 07:24 PM
 Approved by:ANTHONY L WHEELER    01/09/2013 07:24 PM

**Electronically Signed by Diane L Cornelison DO, on 01/10/2013 at 1:25 PM**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 69 of 200
LIN00869

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                    Home: (417)459-5879 Work: (417)335-7361
Female DOB: ▓▓▓▓▓  MRN: 42-06-80

**12/28/2012 - Imaging Report: MR SPINE LUMBAR WITH AND WITHOUT CONTRAST**
*Provider: Diane L Cornellson DO,*
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE LUMBAR WITH AND WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                    Branson,  MO    65615
            Phone   (417)  272-8911     Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ▓▓▓▓▓▓▓▓▓
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: MR SPINE LUMBAR WITH AND WITHOUT CONTRA
Account No.: 25906678
```

Clinical History
Post laminectomy syndrome lumbar region.

Technique
Multiplanar, multisequence images performed without and with
contrast.  Contrast Agent Omniscan 287 mg/mL 15 mL 12/28/2012
intravenously.

Findings
Vertebral body heights are well maintained.  There is no abnormal
signal intensity or lesions in the vertebral bodies.

The conus terminates normally at the T12-L1 level.

T12-L1, L1-L2, L2-L3, and L3-L4 are unremarkable.

L4-L5 shows generalized disc bulging.  There is an asymmetric lateral
component of disc bulging on the left and there is facet arthrosis
that produces moderate neural foraminal narrowing on the left.  On
the right, there is facet arthrosis and these changes produce
moderate to severe right neural foraminal narrowing.  The central
canal is patent.

L5-S1 shows a grade 1-2 anterolisthesis of L5 on S1 secondary to
bilateral pars intra-articularis defects.  There are postsurgical
changes of posterior lumbar interbody fusion at L5-S1.

The interbody bone cage appears well within the disc space and is
unchanged from a remote study of May 27, 2011.

The pedicle screws appear overall adequately positioned.  No
substantial neural foraminal narrowing or central canal stenosis.

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 70 of 200
LIN00870

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▓▓▓▓▓ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

At the operative level, there is a moderate amount of enhancing
posterior scar tissue present.  In addition, it extends around both
sides of the thecal sac as well as appears to involve the descending
left S1 root, which shows abnormal enhancement.  Neural foramina
overall are grossly patent.  The central canal is patent.

Impression
Postsurgical changes of posterior lumbar interbody fusion at L5-S1
secondary to pars defects at L5 and grade 2 spondylolisthesis.  There
is extensive evidence of postoperative fibrosis in the posterior
operative bed extending along the right and left lateral margins of
the thecal sac and extending anteriorly on the left to involve the S1
nerve root.

Dictated by: ANTHONY L WHEELER     12/28/2012 05:06 PM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST     12/28/2012 05:06 PM
 Approved by:ANTHONY L WHEELER     12/28/2012 05:06 PM

*Electronically Signed by Diane L Cornelison DO, on 12/31/2012 at 1:34 PM*

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                                    Home: (417)459-5879 Work: (417)335-7361
Female  DOB: ▓▓▓▓▓  MRN: 42-06-80

**12/28/2012 - Imaging Report: MR SPINE THORACIC WITHOUT CONTRAST**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE THORACIC WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                      PO Box 650
                  Branson,  MO    65615
           Phone  (417)  272-8911      Fax:  (417)  335-7455

                      - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: MR SPINE THORACIC WITHOUT CONTRAST
Account No.: 25906678

Clinical History

spinal stenosis of thoracic region

Technique
Standard non-contrast MRI.


Findings


Axial images through the thoracic spine with sagittal coronal
reconstructions.  Examination is no evidence of central canal
stenosis.  All discs are preserved vertebral body heights are
preserved.  No evidence of neural foraminal narrowing.

Impression


Normal MRI of the thoracic spine.

Dictated by: RICHARD S MAKUCH    12/28/2012 02:42 PM
Transcribed By : MAKUCH, RICHARD S    12/28/2012 02:42 PM
 Approved by:RICHARD S MAKUCH    12/28/2012 02:42 PM
```

**Electronically Signed by Diane L Cornelison DO, on 12/31/2012 at 1:34 PM**

PAGE  16/54                    DONALD HOPEWELL MD                    4173361197    09:21  11/18/2013

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▬▬▬  MRN: 42-08-80

Home: (417)459-5879 Work: (417)335-7361

**11/02/2012 – Imaging Report: CT SPINE LUMBAR SPINE WITH CONTRAST MYELO**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE LUMBAR SPINE WITH CONTRAST MYELO
              SKAGGS COMMUNITY HEALTH CENTER
                     PO Box 650
                  Branson,   MO    65615
          Phone   (417)  272-8911      Fax:  (417)  335-7455

                   - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE LUMBAR SPINE WITH CONTRAST MYE
Account No.: 25613282


Clinical History
Cervical radiculopathy, lumbar radiculopathy.


Findings
Vertebral body heights are well maintained.  No obvious acute
fracture, subluxation, or malalignment.

The conus has a normal morphology and terminates at T12-L1.

T12-L1, L1-L2, L2-L3, and L3-L4 are unremarkable.

At L4-L5, there is posterior disc bulging.  No obvious canal stenosis
and there is moderate left and mild right neural foraminal narrowing.

L5-S1 shows prior postsurgical changes of posterior lumbar interbody
fusion.  There is a grade 1-2 spondylolisthesis of L5 on S1 secondary
to pars defects and the extent of spondylolisthesis is not
substantially changed since the postoperative MRI of May 27, 2011.

In the operative bed, there is a substantial amount of anterior
epidural soft tissue.  This certainly appears to involve the region
of the nerve roots of L5 and S1.

The pedicle screws and posterior fixation rods are intact.

The interbody bone cage appears well positioned within the disc space
and is not substantially changed, however, there does appear to have
been some increase in the erosion of the posterior aspect of the L5
vertebral body in comparison to the remote study of December 16,
2011.  There does appear to be some persistent lucency around the
margin of the bone cage.  The extensive endplate sclerosis is not
changed.
```

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 73 of 200   LIN00873

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▓▓▓▓▓  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

Impression

    1. Prior changes of posterior lumbar interbody fusion at L5-S1 secondary to pars defects.
    2. Stable anterolisthesis compared to remote studies.  The more extensive endplate sclerosis and the persistent lucency around the bone cage as well as some increased in erosion of the posterior aspect of the L5 vertebral body could represent evidence of disc space instability.
    3. Anterior epidural soft tissue at the operative level suggesting an extensive postoperative fibrosis.  MR scan with contrast is suggested as followup.

Dictated by: ANTHONY L WHEELER    11/05/2012 08:08 AM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST    11/05/2012 08:08 AM
 Approved by:ANTHONY L WHEELER    11/05/2012 08:08 AM


**Electronically Signed by Electronic Signature on 11/05/2012 at 8:45 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 74 of 200

LIN00874

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                    Home: (417)459-5879 Work: (417)335-7361
*Female* DOB: ▓▓▓▓▓ MRN: 42-06-80

**11/02/2012 - Imaging Report: CT SPINE CERVICAL WITH CONTRAST MYELO**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE CERVICAL WITH CONTRAST MYELO
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                 Branson,   MO    65615
         Phone   (417)   272-8911        Fax:  (417)  335-7455

                   - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE CERVICAL WITH CONTRAST MYELO
Account No.: 25613282


Clinical History
Cervical radiculopathy, lumbar radiculopathy


Technique
Axial images with sagittal and coronal reformations.


Findings
Axial images with sagittal and coronal reformations following the
intrathecal injection of 12 mL of Omnipaque 240 mg/mL.

The skull base is unremarkable.

C1-C2 articulation appears intact.

C2-C3, C3-C4 and C4-C5 appear unremarkable.

C5-C6 shows a small left paracentral asymmetric disc bulge.  No
obvious central canal stenosis.  No neural foraminal narrowing. This
is smaller than MRI of July 2012.

C6-C7 shows very minimal slightly right paracentral disc protrusion.
No central canal stenosis or neural foraminal narrowing.

C7-T1 and T1-T2 are unremarkable.

Impression

    1. Mild degenerative changes C5-C6 and C6-C7.  No obvious cord
compression.  No obvious neural foraminal narrowing or nerve root
compression.
    2. The disc present at C5-C6 appears to have decreased in size
since previous cervical MRI of 10 July 2012.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:05 PM
```

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 75 of 200   LIN00875

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65816
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
*Female  DOB:* ████████ *MRN: 42-06-80*

Home: (417)459-5879 Work: (417)335-7361

Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:05 PM
 Approved by:ANTHONY L WHEELER    11/02/2012 05:05 PM

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 76 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ⬛⬛⬛⬛  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**11/02/2012 - Imaging Report: XR SPINE LUMBAR 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR 2 OR 3 VIEWS
              SKAGGS COMMUNITY HEALTH CENTER
                     PO Box 650
                  Branson,  MO     65615
           Phone  (417)  272-8911      Fax:  (417)  335-7455

              - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE LUMBAR 2 OR 3 VIEWS
Account No.: 25613282

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Two views of the lumbar spine with flexion and extension show
vertebral body heights and disc spaces are well maintained.

The patient has posterior lumbar interbody fusion changes at L5-S1.
There is a grade 2 spondylolisthesis of L5 on S1 which is stable and
unchanged dating back to at least October 2011.

The interbody bone cage appears well positioned within the disc
space.  There is no evidence of fracture, subluxation or
malalignment.

Flexion and extension show no evidence of segmental instability.

Impression

     1. Stable appearing changes of posterior lumbar interbody fusion
at L5-S1.
     2. No evidence of segmental instability.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER    11/02/2012 05:03 PM
```

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 77 of 200
LIN00877

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                          Home: (417)459-5879 Work: (417)335-7361
Female  DOB: ████████ MRN: 42-06-80

**11/02/2012 - Imaging Report: XR SPINE CERVICAL 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE CERVICAL 2 OR 3 VIEWS
                 SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                   Branson,   MO     65615
             Phone   (417)   272-8911     Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE CERVICAL 2 OR 3 VIEWS
Account No.: 25613282

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Two view cervical spine flexion and extension show vertebral heights
and disc spaces well maintained. There is no obvious fracture,
subluxation or malalignment.

Flexion and extension show no evidence of segmental instability.

Soft tissues are unremarkable.

Impression
Negative cervical spine. No flexion or extension instability.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER    11/02/2012 05:03 PM
```

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 78 of 200
LIN00878

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

November 18, 2013
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB███████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**11/02/2012 - Imaging Report: XR MYELOGRAM COMPLETE**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

XR MYELOGRAM COMPLETE

SKAGGS COMMUNITY HEALTH CENTER
PO Box 650
Branson, MO 65615
Phone (417) 272-8911    Fax: (417) 335-7455

- CONSULTATION REPORT -

Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR MYELOGRAM COMPLETE
Account No.: 25613282

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Procedure: Cervical lumbar myelogram.

Following ,explanation of risk and benefits of procedure the patient
elected to proceed.

The patient was placed in a prone oblique position on a fluoroscopic
table and the skin overlying the L2 vertebral body was prepped and
draped in a sterile fashion and infiltrated with lidocaine without
epinephrine.

Under fluoroscopic guidance, a 24-gauge Whitaker needle was advanced
into the thecal sac without difficulty with return of clear cerebral
spinal fluid.

A total of 12 mL of Omnipaque 240 mg/mL was instilled into the thecal
sac without difficulty.

At the conclusion of administration, the needle was then withdrawn
and the skin site was cleaned and covered with a Band-Aid.

There is clearly contrast opacification of the lumbar canal.

The patient was then placed in a prone Trendelenburg position with
opacification of the cervical central canal.

Impression

    1. Successful lumbar and cervical myelogram.
    2. Remote surgical changes of posterior lumbar interbody fusion
at L5-S1 with stable spondylolisthesis of L5-S1, unchanged from 19
October 2011.

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 79 of 200

LIN00879

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female DOB: ~~████~~ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

Dictated by: ANTHONY L WHEELER     11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION     11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER     11/02/2012 05:03 PM

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 80 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ████████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**09/12/2012 - Imaging Report: CT SPINE LUMBAR WITHOUT CONTRAST**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE LUMBAR WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                    Branson,   MO     65615
            Phone   (417)  272-8911      Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, RICHARD C
Referring MD: MACE, RICHARD C
Procedure: CT SPINE LUMBAR WITHOUT CONTRAST
Account No.: 25560657
```

Clinical History
Stenosis, lumbar spine radiculopathy, lumbago.

Technique
Axial images with sagittal and coronal reformations.

Findings
T12-L1, L1-L2, L2-L3, and L3-L4 appear grossly normal.

L4-L5 shows some mild disc space narrowing.  There is mild
generalized disc bulging posteriorly and the changes produce moderate
bilateral neural foraminal narrowing at L4-L5.

L5-S1 shows postsurgical changes of posterior lumbar interbody fusion.

The pedicle screws at L5 and S1 appear adequately positioned.

There is a slight anterolisthesis of L5 on S1 and the posterior bone
cage appears to extend slightly from the posterior margin of the L5
vertebral body. This appears unchanged. There is endplate sclerosis
on both sides of the disc space and this appears to be greater than
the previous examination of December 16, 2011.  In addition, there
does appear to be some lucency along the margin of the bone cage.

There is a large amount of epidural soft tissue mass at the operative
level, which may represent extensive scar tissue, somewhat difficult
to discern.  This also is essentially unchanged.

Impression

    1. Postsurgical changes of posterior lumbar interbody fusion at
L5-S1.  The spondylolisthesis of L5 on S1 appears stable but there is

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 81 of 200
LIN00881

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ▮▮▮▮▮  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

increasing sclerosis of the endplates and lucency around the bone
cage suggesting the possibility of incomplete fusion across the disc
space.
     2. Large amount of epidural soft tissue, which appears to
compromise the level of the thecal sac.  The most likely etiology
would be postsurgical scar tissue and similar changes have been
noticed on previous studies.

Dictated by: ANTHONY L WHEELER    09/12/2012 11:19 AM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST    09/12/2012 11:19 AM
 Approved by:ANTHONY L WHEELER    09/12/2012 11:19 AM

**Electronically Signed by Electronic Signature on 09/12/2012 at 12:42 PM**

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▨▨▨▨  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**07/10/2012 - Imaging Report: MR SPINE CERVICAL WITHOUT CONTRAST**
**Provider: Beth A Knox FNP,**
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE CERVICAL WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                      PO Box 650
                    Branson,   MO    65615
            Phone  (417)  272-8911      Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: KNOX, BETH A
Referring MD: KNOX, BETH A
Procedure: MR SPINE CERVICAL WITHOUT CONTRAST
Account No.: 25334525


Clinical History

Cervial spinal stenosis.
Neck pain.

Technique
Standard non-contrast MRI.


Findings


Comparison cervical MRI October 2010.
Normal-appearing cervical and proximal thoracic cord.
Slight Disc bulging L5-L6 and C6-C7.
No marrow mass abnormality.
Limited posterior fossa appears normal.
Symmetric musculature.

Axial examination.
C2-C3:  Normal.
C3-C4:  Normal.
C4-C5:  Normal.
C5-C6:  Sagittal left parasagittal small disc protrusion but no nerve
root or cord entrapment.
C6-C7:  Slight disc bulge but no nerve root entrapment.
C7-T1:  Normal.

Impression

Mild C5-C6 and C6-C7 disc bulging but no cord violation or nerve root
entrapment.

The following findings are so common and people without cervical
pain; while we report their presence they must be interpreted with
```

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 83 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB:███████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

cautioned and in the context of clinical situation.

Dictated by: JOHN H BARTOW      07/10/2012 03:51 PM
Transcribed By : BARTOW, JOHN H     07/10/2012 03:51 PM
 Approved by:JOHN H BARTOW      07/10/2012 03:51 PM

**Electronically Signed by Beth A Knox FNP, on 07/13/2012 at 3:29 PM**

LIN00884

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ▮▮▮▮▮▮ MRN: 42-06-80

Home: (417)469-5879 Work: (417)335-7361

---

**12/16/2011 - Imaging Report: XR SPINE LUMBAR MINIMUM 4 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR MINIMUM 4 VIEWS
                    SKAGGS COMMUNITY HEALTH CENTER
                         PO Box 650
                    Branson,  MO    65615
          Phone   (417)  272-8911       Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name:
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE LUMBAR MINIMUM 4 VIEWS
Account No.: 24741738

Clinical History

LUMBAGO

Findings

Stable subluxation L4 on L5.
Stable appearing L5-S1 laminectomy and fusion.
With flexion-extension no change in alignment.
The limited abdomen pelvis appears nonobstructed with no evidence of
mass.

Impression


Stable L5-S1 internal fixation and alignment.

Dictated by: JOHN H BARTOW    12/16/2011 05:16 PM
Transcribed By : BARTOW, JOHN H   12/16/2011 05:16 PM
 Approved by:JOHN H BARTOW    12/16/2011 05:16 PM
```

**Electronically Signed by Electronic Signature on 12/19/2011 at 7:01 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 85 of 200
LIN00885

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                                    Home: (417)459-5879 Work: (417)335-7361
Female  DOB: ▓▓▓▓▓▓ MRN: 42-06-80

**12/16/2011 - Imaging Report: CT SPINE LUMBAR WITHOUT CONTRAST**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

CT SPINE LUMBAR WITHOUT CONTRAST
                    SKAGGS COMMUNITY HEALTH CENTER
                              PO Box 650
                          Branson,  MO    65615
            Phone  (417)   272-8911      Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name:
MRN: 42-06-80
DOB: 04/03/1980
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE LUMBAR WITHOUT CONTRAST
Account No.: 24741738

Clinical History

LOW BACK PAIN

Technique
Standard noncontrasted CT protocol.


Findings

Today's examination is compared with a previous lumbar CT of May 2011.
No change in the appearance of the internal fixation L5-S1.
The grade 2 subluxation L5 on S1 is unchanged.
Disc bulging involves L3-L4 L4-L5.
Stable laminectomy L5.
Left lateral L4-L5 disc bulge abutting the left exiting L4 nerve root.
Marked streak artifact at the surgical slight area degrades neural
foraminal evaluation.

Impression

Grade 2 subluxation L5 on S1 with internal fixation that compares
with the previous examination.
Left L4-L5 disc bulge may affect the exiting left L4 nerve root,
clinical correlation is recommended.

Dictated by: JOHN H BARTOW     12/16/2011 04:07 PM
Transcribed By : BARTOW, JOHN H     12/16/2011 04:07 PM
 Approved by:JOHN H BARTOW     12/16/2011 04:07 PM



**Electronically Signed by Electronic Signature on 12/16/2011 at 4:39 PM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 86 of 200
LIN00886

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ████████  MRN:  42-06-80

Home: (417)459-5879 Work: (417)335-7361

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ⬛⬛⬛⬛  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**10/19/2011 - Imaging Report: LUMBAR SPINE MINIMUM 4 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
LUMBAR SPINE MINIMUM 4 VIEWS
    .                    SKAGGS COMMUNITY HEALTH CENTER
    .                          Branson, MO 65737
    .             Phone (417) 272-8911      Fax: (417) 335-7455

    .                        - CONSULTATION REPORT-
------------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ⬛⬛⬛⬛⬛⬛
SEX          : F
Ordering MD  : J CHARLES MACE
Referring MD : J CHARLES MACE
Exam ID      : 1055781
Procedure    : LUMBAR SPINE MINIMUM 4 VIEWS
Service Date : 10/19/2011
Account No.  : 24564163
------------------------------------------------------------------------
CLINICAL HISTORY: Lumbar radiculopathy.

FINDINGS: The patient is status post fusion L5-S1 without complicating features. No
instability on flexion and extension views. Relatively good range of motion.

IMPRESSION: Stable postop followup. Hardware is intact. No instability noted. The patient
is status post posterior and anterior fusion.

    .   Dictated by   : RICHARD MAKUCH .         . 10/19/2011 07 : 24
    .    Transcribed by : DEVANS .          . 10/19/2011 07 : 44
    .    Approved by   : RICHARD MAKUCH .         . 10/19/2011 07 : 44
```

**Signed before import by Electronic Signature**
**Filed automatically on 10/19/2011 at 4:47 PM**

LIN00888

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ████████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

---

**04/01/2011 - Imaging Report: LUMBAR SPINE 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
LUMBAR SPINE 2 OR 3 VIEWS
  .                    SKAGGS COMMUNITY HEALTH CENTER
  .                          Branson, MO 65737
  .              Phone (417) 272-8911      Fax: (417) 335-7455

  .                       - CONSULTATION REPORT-
------------------------------       -------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ████████████
SEX          : F
Ordering MD  : J CHARLES MACE
Referring MD :
Exam ID      : 999705
Procedure    : LUMBAR SPINE 2 OR 3 VIEWS
Service Date : 04/01/2011
Account No.  : 20968186
------------------------------       -------------------------------------------
Clinical History: Back pain.

Findings:

Operative exam of the lumbar spine. Followup per neurosurgery.

  .    Dictated by   : RICHARD MAKUCH .        . 04/01/2011 09 : 39
  .     Transcribed by : SVHOUSTON .           . 04/01/2011 09 : 41
  .     Approved by    : RICHARD MAKUCH .       . 04/01/2011 09 : 41
```

**Electronically Signed by Electronic Signature on 04/01/2011 at 11:29 AM**

---

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 89 of 200

LIN00889

**Donald Hopewell M.D.**
*500 W. Main St. Suite 205B BRANSON, MO 65616*
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
*Page 1*
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ⬛⬛⬛⬛  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

---

**10/08/2010 – Imaging Report: CERVICAL SPINE COMPLETE-FEO**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
CERVICAL SPINE COMPLETE-FEO
    .                   SKAGGS COMMUNITY HEALTH CENTER
    .                        Branson, MO 65737
    .               Phone (417) 272-8911      Fax: (417) 335-7455

    .                       - CONSULTATION REPORT-
-------------------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ⬛⬛⬛⬛⬛
SEX          : F
Ordering MD  : DIANE CORNELISON
Referring MD : DIANE CORNELISON
Exam ID      : 952160
Procedure    : CERVICAL SPINE COMPLETE-FEO
Service Date : 10/08/2010
Account No.  : 20430039
-------------------------------------------------------------------------------
CLINICAL HISTORY:  Spinal stenosis, 7 projections.

FINDINGS:

With flexion and extension, no subluxations.
Normal alignment.
Neural foramina are patent.

IMPRESSION:  Normal plain film of the cervical spine.

    .     Dictated by    : JOHN BARTOW .          . 10/08/2010 14 : 19
    .       Transcribed by : MJSTRANGE .          . 10/08/2010 16 : 31
    .       Approved by    : JOHN BARTOW .         . 10/08/2010 16 : 31
```

**Electronically Signed by Diane L Cornelison DO, on 10/11/2010 at 7:27 PM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 90 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ▓▓▓▓▓▓  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**10/08/2010 - Imaging Report: MRI CERVICAL W/O CONTRAST**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
MRI CERVICAL W/O CONTRAST
    .                    SKAGGS COMMUNITY HEALTH CENTER
    .                         Branson, MO 65737
    .               Phone (417) 272-8911      Fax: (417) 335-7455

    .                    - CONSULTATION REPORT-
-----------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ▓▓▓▓▓▓
SEX          : F
Ordering MD  : DIANE CORNELISON
Referring MD : DIANE CORNELISON
Exam ID      : 952144
Procedure    : MRI CERVICAL W/O CONTRAST
Service Date : 10/08/2010
Account No.  : 20430039
-----------------------------------------------------------------------
CLINICAL HISTORY:  Spinal stenosis, increased reflexes.

TECHNIQUE:  Standard noncontrasted cervical MR protocol.

FINDINGS:

Normal cervical and proximal thoracic cord.
What can be seen of the posterior fossa appears normal.
Very mild disc bulging at C5-C6 and C6-C7, abutting the canal only.
Normal prevertebral soft tissues.

Axial Examination:
C2-C3:  Normal.
C3-C4:  Normal.
C4-C5:  Small signal within the annulus; there is a small annular tear, but no entrapment.
C5-C6:  Slight sagittal, left parasagittal disc bulge abutting the canal only, with
annular signal that may correlate with a small annular tear.
C6-C7:  Slight disc bulging, but no entrapment.
C7-T1:  Normal.

IMPRESSION:
1.  Minimal spondylotic changes.
2.  No nerve root or cord abnormality.

    .  Dictated by    : JOHN BARTOW .      . 10/08/2010 13 : 53
    .   Transcribed by : MJSTRANGE .       . 10/08/2010 15 : 35
    .    Approved by   : JOHN BARTOW .      . 10/08/2010 15 : 35
```

**Electronically Signed by Diane L Cornelison DO, on 10/11/2010 at 7:27 PM**

# FOLLOWUP WORKSHEET

Date: /0-3/-/3

Name and DOB redacted

Name: Flanagan, Jamie S.   PCP:        REF:

DOB: ▮▮▮▮▮▮▮▮▮

Primary Neurologic Diagnosis: Lumbar Spondylosis Z post Lami Syndrome

Reason for f/u: Pt request c̄ cord stimulator trial - no benefit from trial.

**New Problems:**

Ⓒ (crossed out)

**Changes in PMH, SH, FH or ROS:**

Ⓞ (crossed out)

**Current Rx**

See EMR

**Rx failures**

Neurologic exam: (Normal)   Stable abnormalities:

**New findings:**

**Plan and f/u**

Trial of methadone for morphine  10 mg TID
f/u 3 months

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 92 of 200

LIN00892

# FOLLOWUP WORKSHEET

Date: 9-19-13

Name: Flanagan, Jamie S.  PCP: Knox   REF:
DOB: ~~████████████~~

Primary Neurologic Diagnosis: Lumbar Spondylosis ē post lami Syndrome

Reason for f/u: Pt request for "weakness" in legs. No true motor defecits. This is a Sensation not a motor phenomenon. Pain worse ē prolonged position cop in bed but comfortable in chair. Insurance clenied Stimulator - pt will appeal.

New Problems:

Changes in PMH, SH, FH or ROS:

Current Rx
Sae BMR

Rx failures

Neurologic exam: (Normal)  Stable abnormalities:

New findings:

Plan and f/u
Continue Regimen
F/u 3 months.

Donald Hopewell MD
Neurology & Pain

PAGE 37/54          DONALD HOPEWELL MD          417336L197     09:21  11/18/2013
LIN00893

Jamie Flanagan

August 15, 2013
Ozarka Pain Specialists
1011 E. Montclair Ste 100
Springfield, MO 65807
417-269-7248

Patient: Jamie Flanagan
DOB: █████████          Age: 33y
Referring Physician: Cornelison, Diane, D.O.

Date: 08/15/2013

Family Physician: Marcellus, Peter

**Vitals:**
Temp: 98.3° F
Blood Pressure: 108/68

Resp: 12
Height: '"

Pulse: 69
Weight: 118 lbs

**Chief Complaint:** Back pain, evaluation for SCS.
**History of Present Illness:** 33 YOWF presents for evaluation of low back pain and evaluation for SCS as requested by Dr. Cornelison. She reports pain across lower lumbar spine with radiation into bilateral hips, posterior and lateral extremities bilaterally. Her sx have been present since August 2010 with no known accident or injury as cause. She has had previous lumbar fusion of L5-S1 by Dr. Mace in April 2011. She currently see's Dr. Hopewell for pain management however Dr. Cornelison has performed the injections.

**What best describes your pain:** Aching. Throbbing. Burning/Hot. Continuous. numbness
**Pain Rating: Current:** 7          **At Best:** 3          **At Worst:** 10



RIGHT          LEFT          LEFT          RIGHT

FRONT          BACK

**Pain affected by:**
Muscle Relaxants: Better
Walking: Worse
Nighttime: Worse
Pain Medications: Better
Lying Down: Worse
Prolonged Position: Worse
Patient is experiencing numbness/tingling. bilateral lower extremities

**Tests Done to Diagnose Pain:** X-ray. CT Scan. MRI Scan.

P.002/005          (Fax)4173861197          08/15/2013   15:36 Ozark Pain

LIN00894

Jamie Flanagan                                    August 16, 2013

**Diagnostic Reports**
XR SPINE LUMBAR MIN 6 VIEWS 1/9/13
IMPRESSION
1. Postsurgical changes of posterior lumbar interbody fusion at L5-S1.
2. Four pars defects with grade 2 spondylolisthesis. Operative appearance not substantially different than 2 November 2012. No interval change and no evidence of instability.

MRI LUMBAR W/O CONTRAST 9/22/10
IMPRESSION: Pars defects at L5 with spondylolisthesis of L5 on S1 and moderate bilateral neural foraminal narrowing and disc space degeneration.

LUMBAR SPINE MINIMUM 4 VIEWS 10/19/2011
IMPRESSION: Stable postop followup. Hardware is intact. No instability noted. The patient is status post posterior and anterior fusion.

XR SPINE LUMBAR MINIMUM 4 VIEWS 12/16/2011
IMPRESSION: Stable L5-S1 internal fixation and alignment.

CT SPINE LUMBAR WITHOUT CONTRAST 12/16/2011
IMPRESSION
Grade 2 subluxation L5 on S1 with internal fixation that compares with the previous examination.
Left L4-L5 disc bulge may affect the exiting left L4 nerve root, clinical correlation is recommended.

CT SPINE LUMBAR WITHOUT CONTRAST 9/12/2012
IMPRESSION:
1. Postsurgical changes of posterior lumbar interbody fusion at L5-S1. The spondylolisthesis of L5 on S1 appears stable but there is increasing sclerosis of the endplates and lucency around the bone cage suggesting the possibility of incomplete fusion across the disc space.
2. Large amount of epidural soft tissue, which appears to compromise the level of the thecal sac. The most likely etiology would be postsurgical scar tissue and similar changes have been noticed on previous studies.

CT SPINE LUMBAR SPINE WITH CONTRAST MYELO 11/2/2012
IMPRESSION: Not available

MR SPINE LUMBAR WITH AND WITHOUT CONTRAST 12/28/2012
IMPRESSION
Postsurgical changes of posterior lumbar interbody fusion at L5-S1 secondary to pars defects at L5 and grade 2 spondylolisthesis. There is extensive evidence of postoperative fibrosis in the posterior operative bed extending along the right and left lateral margins of the thecal sac and extending anteriorly on the left to involve the S1 nerve root.

**Previous Treatments**
Right L4 TFESI 4/25/13 with minimal relief.
LESI's 10/6/10, 10/20/10, 6/22/11, 7/13/11 previously by Dr. Hopewell
Topical analgesics, pain medications, muscle relaxants, heat, back brace, TENS unit
PT prior to and post surgery.

**Past Medical History**
Arthritis/gout: Arthritis/Osteoarthritis
GERD, Congenital flexible flat foot, Insomnia, Spina bifida, Uterine fibroids, Pars defect, Annular tear x2 cervical, gastric paresis, autoimmune disease, depression

**Past Surgical History**
Cholecystectomy:
Cesarean Section:
Spinal Fusion L5-S1 Dr.Mace
Hysterectomy:
Foot surgeries x3, Exploratory lap, Reconstructive breast surgery x3

P.003/005          (FAX)4172599854                          08/16/2013   15:38 Ozark. Pain

PAGE 39/54        DONALD HOPEWELL MD                    417336197    11/18/2013 09:21

Jamie Flanagan                    August 15, 2013

## Social History
Patient does not consume alcohol.
Patient does not consume tobacco.
Patient is married.
Patient lives w/spouse.

## Family History
HTN: Mother •
Thyroid problems: Mother •
CAD: Father •

## Systems Review
Constitutional Symptoms: none
Eyes Symptoms: none
Cardiovascular Symptoms: none
Respiratory Symptoms: none
Allergy Symptoms: none
Urinary Symptoms: none
Female Reproductive Symptoms: none
Psychiatric Symptoms: • depression
Endocrine Symptoms: none
ENT Symptoms: none
Gastrointestinal Symptoms: • indigestion
Musculoskeletal Symptoms: • muscle pain • joint pain
Neurologic Symptoms: • numbness
Skin Symptoms: none
Blood Symptoms: none

## Medications and Allergies
Medications and allergies reviewed.

## Physical Exam
General: The patient appears well hydrated and well nourished. There is no acute distress and the patient's appearance is consistent with their stated age.
Psychiatric: Patient is alert and oriented. Mood and affect were appropriate. Answers questions appropriately.
Skin: Skin was warm and dry without rash, lesion or ulceration.
HEENT: The external ears, nose and mouth had a normal appearance.
Neck: The neck was supple.
Heart: The heartbeat was regular in rhythm and rate. No murmurs, gallops or rubs were observed.
Lungs: The lungs were clear to auscultation bilaterally. There was normal breathing effort.
Abdomen: The abdomen was soft, non-tender.
Extremities: Tenderness over L/S area
Spine: Extension, axial loading and lateral side bending of lumbar spine reproduces pain.
Neurologic: DTR at the biceps & brachioradialis tendons are 2+ and symmetrical.
DTR at patella & achilles tendons are 2+ and symmetrical
SLR on right is equivocal

## Impression
FBSS-- with most of her pain in LE's
Chronic pain Syndrome
Spondyiolitheis

LIN00896
Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 96 of 200

Jamie Flanagan                    August 15, 2013

**Plan**
Jamie is suffering from significant epidural fibrosis and is on high dose narcotics. Despite her current conservative treatments for this, she is in significant pain.
At this time I recommend SCS. We discussed perc trial process
An educational handout about the procedure was given to the patient and discussed. The patient will be scheduled.

Dr. Rosemary consult not needed. Pt has seen Dr Radovonovich and no contraindications are known
PLAN:
Dual Lead SCS trial

Signed Electronically By: Wayne H. Wallender, D.O.

**Superbill**
Diagnosis(es): Postlaminectomy Syndrome Lumbar Region: (722.83) • Spondylolysis, Lumbbosacral Region: (756.11) • • •
E&M Procedure: 99203: (office/outpatient visit new)

Diagnosis(es): • • • •
E&M Procedure:

**Allergies**

| Allergy | Severity |
|---|---|
| Darvocet | Severe |
| Ambien | Severe |
| Adhesive Tape | Severe |
| Lunesta | Severe |

**Medications**

| Date | Brand | Dosage | FREQ |
|---|---|---|---|
| July 10, 2013 | IBUPROFEN TABLETS | 800 | Q6h |
| July 10, 2013 | XANAX TABLETS | 0.5 | Other |
| July 10, 2013 | PROTONIX EC TABLETS | 40 | BID |
| July 10, 2013 | Zofran | 4 | Q12h |
| July 10, 2013 | Miralax Powder | | Other |
| July 10, 2013 | Wellbutrin SR XR12 | 150 | BID |
| July 10, 2013 | TOPAMAX TABLETS | 50 | BID |
| July 10, 2013 | Belladonna | | Q6h |
| July 10, 2013 | Bentyl | 10 | QID |
| July 10, 2018 | PLAQUENIL TABLETS | 200 | Daily |
| July 10, 2018 | Soma | 350 | TID |
| July 10, 2013 | ROBAXIN TABLETS | 750 | TID |
| July 10, 2013 | DILAUDID HYDROMORPHONE HCL TABLETS | 8 | Q4h |
| July 10, 2013 | Morphine Sulfate OR | 60 | BID |
| July 10, 2013 | Morphine Sulfate CR | 80 | BID |
| July 10, 2013 | Morphine Sulfate CR | 15 | BID |

**Prescriptions**

| Date | Brand | Dosage | FREQ |
|---|---|---|---|

P.005/006          (FAX)4173369054                    08/18/2013  15:40 Ozark Pain

## FOLLOWUP WORKSHEET

**Date:** 7-23-13

**Name:** Flanagan, Jamie S. **PCP:** Knox **REF:** Woodward

**DOB:** [redacted]

**Primary Neurologic Diagnosis:** lumbar spondylosis c̄ post Lami Syndrome (Causal pain)

**Reason for f/u:** Routine med f/u. Issues all s̄ Δ. Pain lumbar c̄ spread down legs. Parallels activity, worse as week goes on. For cord stimulator trial next month. Continues to have somnolence issues c̄ meds. Options s̄ Δ from last visit. 30 min of face to face time

**New Problems:**
Ø

**Changes in PMH, SH, FH or ROS:**
Ø

**Current Rx**
See EMR

**Rx failures**

**Neurologic exam:** Normal (circled) **Stable abnormalities:**

**New findings:**

**Plan and f/u**
Continue Regimen
F/u 3 months

Donald Hopewell MD
Neurology & Pain

## FOLLOWUP WORKSHEET

**Date:** 4-25-13

**Name:** Flanagan, Jamie S. **PCP:** Knox **REF:**

**DOB:** [redacted]

**Primary Neurologic Diagnosis:** Lumbar Spondylosis
Lumbar Post Lami Syndrome
Cervical Pain

**Reason for f/u:** Pt request to discuss options. Having hypersomnolence from morphine ⇒ has to dosage when working or stagger doses. Drug coverage issues preclude anything but generics. ⇒ only morphine, methadone, fentanyl as options. Has hypersensitivity to adhesives ⇒ can't use fent. Doesn't want methadone. 30 minutes spent discussing options

**New Problems:**
∅

**Changes in PMH, SH, FH or ROS:**
∅

**Current Rx**
See EMR

**Rx failures**

**Neurologic exam:** (Normal) **Stable abnormalities:**

**New findings:**

**Plan and f/u**
Continue Regimen - she will explore med options c̄ drug reps
Pursuing implantables
f/u 3 months

Donald Hopewell MD
Neurology & Pain

# FOLLOWUP WORKSHEET

**Date:**
1-24-13

Name: Flanagan, Jamie S.    PCP: Knox    REF:
DOB: [redacted]

Primary Neurologic Diagnosis: Lumber Spondylosis
Lumber Post Lami Syndrome
Cervical Pain

Reason for f/u: Routine med f/u. Repeat MRI shows root scarring
Hes plans to do cord stimulator trie l. No significant neck
pethologh. 2U minute discussion G+ options. Can't
afford 2Uip 2a

**New Problems:**

⊖

**Changes in PMH, SH, FH or ROS:**

⊖

**Current Rx**
See EMR.

**Rx failures**

Neurologic exam: (Normal)    Stable abnormalities:

New findings:

Plan and f/u
↑ to Morphine 120 BID
Probably needs to ↑ narc's - but will hold otherwise
f/u 3 months.

Donald Hopewell MD
Neurology & Pain

LIN00900

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 100 of 200

# FOLLOWUP WORKSHEET

Date: 10-29-12

Name: Flanagan, Jamie S.    PCP: Knox    REF: Woodward
DOB: ▓▓▓▓▓▓▓▓▓▓

Primary Neurologic Diagnosis: Lumber spondylolisthesis
Lumber post lami. Syndrome
cervical pain

Reason for f/u: Routine med f/u. Has seen Rheum. Blood work ⊖ but feels
likely autoimmune disease. LBP - f/u by NSurg - fusion has failed.
Having myelogram for both lumber & cervical 8x's next week.
Pain highly variable 2° to multiple etiologies & activity related
processes. Wants to hold on further med Δ until work-
R plans made

New Problems:

⊖

Changes in PMH, SH, FH
or ROS:

⊖

Current Rx
See EMR

Rx failures

Neurologic exam: (Normal)    Stable abnormalities:

New findings:

Plan and f/u
Continue Rx, then
f/u 3months.

_Donald Hopewell MD_
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 101 of 200
LJN00901

# FOLLOWUP WORKSHEET

Date: 7-31-12

Name: Flanigan, Jamie S.   PCP: Knox   REF: Woodward
DOB: ████████████

Primary Neurologic Diagnosis: Lumbar spondylolisthosis
Lumbar post Lami Syndrome

Reason for f/u: Routine med f/u. Joint + neck pain loss prominent.
Still gets episodic neck pain - stabbing + ischaefric usually c
movement. MRI done by PCP which did not show sig pathology.
Neck pain may cause spasm for days. Has not seen Rheumatologs.

New Problems:
⊘

Changes in PMH, SH, FH
or ROS: ⊘

Current Rx
SEE EMR

Rx failures
⊘

Neurologic exam: (Normal)   Stable abnormalities:

New findings:

Plan and f/u
Continue Regimen
Rh C Rheum
flu here 3 months

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 102 of 200
LJN00902

# FOLLOWUP WORKSHEET

Date: 5-9-12

Name: Flanagan, Jamie S.   PCP: Knox        REF: Woodward
DOB: ~~████████~~

Primary Neurologic Diagnosis: Lumbar Spondylolisthesis
Lumbar Post Rami Syndrome

Reason for f/u: Pt request - 4 weeks of intermittent aching elbow toward wrist. Yesterday developed also @ shoulder pain. Has had some neck pain c ↓ROM. Occ pops ō electrical sensation in neck. Some ? neck swelling mid cervical. No radicular spread of pain i No correlation between neck i arm sx's. Joints never swollen red or hot. Has had knee sx's as well from time to time

New Problems:                          Changes in PMH, SH, FH
  2° shove                              or ROS:
                                          ⊖

Current Rx                              Rx failures
  See EMR

Neurologic exam: (Normal)  Stable abnormalities:

                                         NL Neck & splints to Ⓛ
New findings:                            NL joint exam UE's

Plan and f/u
1. Arthralgia
2. Neckpain
- NSAIA's regular
- Rheum eval

                                    Donald Hopewell MD
                                    Neurology & Pain

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 103 of 200
LIN00903

# FOLLOWUP WORKSHEET

**Date:**
5-1-12

Name: Flanagan, Jamie S    PCP: Knox    REF: Woodward
DOB: ████████

Primary Neurologic Diagnosis: Lumber Spondylolisthesis
Lumber post Lami Syndrome

Reason for f/u: Radine med flu. Failed nortriptyline and keppra now
also. Both caused problems. Pain ē Δ Posterior or posterolateral
on ® leg. Discussed options again in detail. ~20 minutes face
to face.

**New Problems:**
6̶

**Changes in PMH, SH, FH or ROS:**
∅

**Current Rx**
See CMR

**Rx failures**

**Neurologic exam:** (Normal)    **Stable abnormalities:**

**New findings:**

**Plan and f/u**
low dose Sevella ; monitor for GI side effects - titrate up as tolerated
f/u ~3months

Donald Hopewell MD
Neurology & Pain

PAGE 48/54          DONALD HOPEWELL MD          417336197          11/18/2013 09:21

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 104 of 200

LIN00904

# FOLLOWUP WORKSHEET

Date: 2-1-12

Name: Flanagan, Jamie S.   PCP: Knox     REF:
DOB: ~~[redacted]~~

Primary Neurologic Diagnosis: Lumbar Spondylolisthesis
Lumbar Post Lami Syndrome

Reason for f/u: Routine med f/u. Couldn't take tolerate amitriptyline but could take nortriptyline. Pain ⅎ Δ. Posterior or postero lateral on ® leg. Saw D-subs zre A's of ? bone reabsorption @ surgical site ⇒ repeat in 6 months {may need re-operation i also brought ✛ up possible spinal cord stimulator. Pt clearly in my mind is lumbar post Lami Syndrome ⫿ ₮ real L4-5L5S1 root injury. Some somnolence ~ 2 hours p̄ avinza dose

New Problems:
⊖

Changes in PMH, SH, FH
or ROS:
⊖

Current Rx
SCCEMR

Rx failures

Neurologic exam (Normal) Stable abnormalities:

New findings:

Plan and f/u
Restart nortriptyline @ 50mg – plan to titrate up.
Take avinza on arrising : ½ hours later
OK to use both Soma & Robaxin
& L 3 months

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 105 of 200
LJN00905

# FOLLOWUP WORKSHEET

**Date:** 11-02-11

**Name:** Flanigan, Jamie S.  **PCP:** Knox/Marcellus
**DOB:**

**Primary Neurologic Diagnosis:** Lumbarspondylolisthesis

**Reason for f/u:** Routine med f/u. LBP variable ē activity. Leg pain more consistant. Variable location. postero lat leg may cross to medial knee. Burning lat forefoot. Good response to muscle relaxors, lidoderm.

**New Problems:**


**Changes in PMH, SH, FH or ROS:**


**Current Rx**
See EmR

**Rx failures**

**Neurologic exam:** (Normal) **Stable abnormalities:**

**New findings:**

**Plan and f/u**
Continue Regimen
f/u 3 months.
Trial of amitriptyline @ HS

Donald Hopewell MD
Neurology & Pain

PAGE 50/54     DONALD HOPEWELL MD     4173361197     09:21 11/18/2013

LIN00906

# FOLLOWUP WORKSHEET

Date: 8-2-11

Name: Flanagan, Jamie S.   PCP: Knox/ marcelles
DOB: ~~[redacted]~~

Primary Neurologic Diagnosis: Lumbar Spondalolisthasis

Reason for f/u: No improvement c̄ 2nd epi. LBP variable c̄ activity
Leg pain consistent-down posterior leg ℗ i into ℗ heel.
Worse the more she is up on foot. Worse late in day :
as week goes on.

**New Problems:**

Ø

**Changes in PMH, SH, FH or ROS:**

Ø

**Current Rx**
Sig LMR

**Rx failures**

**Neurologic exam** (Normal) **Stable abnormalities:**

**New findings:**

**Plan and f/u**
Continue Regimen
Consida epi c̄ Widless - discuss c̄ Cornalison
f/u 3 months

Donald Hopewell MD
Neurology & Pain

PAGE 51/54   DONALD HOPEWELL MD   417336197   09:21 11/18/2013

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
*Female  DOB:* ████████ *MRN: 42-06-80*

Home: (417)459-5879 Work: (417)335-7361

**10/22/2010 - Office Visit: Neurology Office Visit- EMG**
**Provider: Glady Jacob MD,**
**Location of Care: Cox Pain and Neurology Branson**

**Requesting Physician:** woodward
**Chief Complaint:** emg- BL/LE

**Vital Signs**
**Pulse rate:** 80
**Pulse rhythm:** regular
**Respirations:** 18
**Blood Pressure:** 110/80 mm Hg

**Pain Assessment**
The patient is currently experiencing pain.
The patient has experienced pain in the last 2 weeks.
**Location:** back
**Intensity (0-10):** 4
The patient's medication list has been reviewed and updated. **Medications (including medications added during this visit):**
HYDROCODONE-ACETAMINOPHEN 10-325 MG/15ML SOLN (HYDROCODONE-ACETAMINOPHEN) 1-2 PO Q 6 HOURS AS NEEDED FOR PAIN
NEURONTIN 300 MG CAPS (GABAPENTIN) take one every am, and two every pm.
LEXAPRO 20 MG TABS (ESCITALOPRAM OXALATE) one tab po daily
ROBAXIN 500 MG TABS (METHOCARBAMOL) one three times a day as needed
XANAX 0.25 MG TABS (ALPRAZOLAM) one tid as needed
LYRICA 50 MG CAPS (PREGABALIN) one cap at night
KETOROLAC TROMETHAMINE 10 MG TABS (KETOROLAC TROMETHAMINE) take 1 tab bid x 3 days.
ZITHROMAX 250 MG TABS (AZITHROMYCIN) 2 po day 1, 1 po daily, days 2-5
AVINZA 30 MG XR24H-CAP (MORPHINE SULFATE BEADS) 1 daily
DEXAMETHASONE 4 MG TABS (DEXAMETHASONE) take 3 tabs on day 1, take 2 tabs on day 2 and take 1 tab on day 3 and stop. take this medication in the am and w/ food.

**Allergies:**
! DARVOCET (PROPOXYPHENE N-APAP)
! * AMBIEN
! ADHESIVE TAPE
! * LUNESTA}}
COR
FLANAGAN, JAMIE S
DOB:    ████████
Patient Number:   42-06-80
DocType:   079
10/22/2010

ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

CLINICAL HISTORY: The patient is a 30-year-old who has pain
 in her lower back with pain radiating down the right lower
 extremity. This EMG/nerve conduction study is done to
 evaluate for lumbosacral radiculopathy.

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 108 of 200
LJN00908

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ████████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

DESCRIPTION OF EMG AND NERVE CONDUCTION STUDIES:
Motor nerve conduction study from the right peroneal showed
a distal latency of 4.3 milliseconds. Amplitude was 6.1
millivolts and conduction velocity was 46 meters per
second below knee and 50 above knee.
Motor nerve conduction study from the right tibial showed a
distal latency of 4.4 milliseconds. Amplitude was 8.6
millivolts and conduction velocity was 49 meters per
second.
Motor nerve conduction study from the left tibial showed a
distal latency of 4 milliseconds. Amplitude was 12.8
millivolts and conduction velocity was 51 meters per
second.

F-wave studies from the right peroneal showed an F-latency
of 51.2.
F-wave studies from the right tibial showed an F-latency of
52.1.
F-wave studies from the left tibial showed an F-latency of
52.2.

Sensory nerve conduction study from the right sural showed
a peak latency of 3.8. Amplitude was 24.
Sensory nerve conduction study from the left sural showed a
peak latency of 3.5. Amplitude was 21.5.

EMG studies were done of the right tibialis anterior,
gastrocnemius, and extensor hallucis longus and the left
tibialis anterior and gastrocnemius. All these muscles
showed normal motor units, no spontaneous activity, and
normal recruitment. The right vastus lateralis, short head
of biceps, and gluteus medius showed normal motor units,
no spontaneous activity, and normal recruitment. The
lumbar paraspinal muscles were tested bilaterally at 3
levels. There was 1+ positive waves in the right
lumbosacral paraspinal muscles at the lower level.

CONCLUSION: Abnormal study – Nerve conduction studies were
within normal limits. However eletromyogram studies show
electrophysiological evidence of lumbosacral radiculopathy
predominantly affecting the right L5-S1 nerve roots.

Voice ID: 586986
10/22/2010 12:00:38 by Glady Jacob M.D.
10/23/2010 11:05:46 by 3059
**Assessment**

**Plan**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 109 of 200

LJN00909

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ████████ MRN:  42-06-80

Home: (417)459-5879 Work: (417)335-7361

Electronically Signed by Glady Jacob MD, on 10/22/2010 at 12:10 PM

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 110 of 200



**Lincoln**
**Financial Group.**

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP LONG-TERM DISABILITY CLAIM APPLICATION



EMPLOYEE – form completion information

---

**APPLICATION FOR GROUP LTD - Instructions**

A. Complete and sign the authorization on the reverse side of this page. This will allow our insurance carrier or their representative to secure additional information (if necessary) to make a decision on your request for benefit payments (do not detach).

B. Complete employee claim statement in full.

   Attach   • A copy of Social Security and other income entitlement awards (or forward when received)

C. Give this authorization and attached claim application to the physician treating you (if more than one, obtain other forms for completion from employer). Instruct your attending physician to send his statement along with yours to the insurance carrier.

D. When those forms are received by the Insurance Company, they will advise you of your eligibility for benefits or of any additional information that may be needed.

---

Do Not Detach

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

Page 6 of 14
12/10

PAGE 01/07        DONALD HOPEWELL MD        4173361197        09:30   11/18/2013

LIN00911


**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: __Flanagan__ __Jamie__ __Sue__
(Last)                          (First)                    (Middle)

Date of Birth: ▮▮▮▮▮▮          Social Security Number: ▮▮▮▮▮▮

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:      The Lincoln National Life Insurance Company
                                       PO Box 2609
                                       Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Sue Flanagan_          DATE: _11/10/2013_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Sue Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _Self_

ADDRESS: _986 S Hedge Drive_                    PHONE NO: _417-459-5879_
(Street)

_Nixa_              _MO_       _65714_
(City)             (State)    (Zip Code)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

PAGE 03/07    DONALD HOPEWELL MD    417336197    11/18/2013 09:30

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 113 of 200

LIN00943

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information: or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years. if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

PAGE 04/07                    DONALD HOPEWELL MD                    417336119?     09:30  11/18/2013

LJN00914

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 114 of 200

# Long-Term Disability Claim Employee's Statement

To Be Completed By The Employee

**A. Information about you**

Last Name: Flanagan
First: Jamie
Middle Initial: S

Address: 986 S Hedge Dr
City: Nixa
State/Province: MO
Zip: 65714

Telephone: 417-459-5879
Social Security Number: ~~[redacted]~~

Date of Birth (Month, Day, Year): ~~[redacted]~~
Height: 5'4½"
Weight: 112#
☒ Rt Handed ☐ Lt Handed
☐ Male ☒ Female
☐ Single ☒ Married
☐ Widowed ☐ Divorced

Your Employer (include division if applicable): Cox Medical Center Branson
Occupation: Nurse Practitioner

**B. Information about your family** (required to determine your eligibility for Social Security benefits)

Spouse's Name (Last, First): Flanagan, Jason

Spouse's Social Security Number: ~~[redacted]~~
Date of Birth (Month, Day, Year): ~~[redacted]~~
Is your spouse employed? ☒ Yes ☐ No

Children under age 25: Name (Last, First): ~~[redacted]~~
Date of Birth (Month, Day, Year): ~~[redacted]~~

**C. Information about the condition causing your disability**

1. For pregnancy or (illness) answer the following questions:

What were your first symptoms? — (over a period of 1-2 weeks)
severe acute onset, Low back pain that began to radiate down the back & lateral sides of my legs.

When did you first notice them? August 2010
Date you were first treated by a physician (Month, Day, Year):

2. For an injury, answer the following questions: N/A
Where and how did the injury occur?

Date the injury occurred (Month, Day, Year):
Date you were first treated by a physician (Month, Day, Year):

3. For (illness) or injury, answer the following questions:

Why are you unable to work? The pain is severe enough that I cannot perform the duties required of me. I need to change positions frequently due to numbness & pain & several times throughout the day I have to lie down to ease the pain. My medications also create side effects that cause severe fatigue & forgetfulness that can be unsafe.

Before you stopped working, did your condition require you to change your job or the way you did your job? To help with the frequent position changes & sitting to stand to sit, I had to get a pillow to sit on in each room & if that was an exam room bedside table were brought to my exam room. If that was a personal office to spend half a day in. A personal chair was purchased. Toward the end of my workdays, I did many of my charting on the computer at home from my bed at the end of the day.
☒ Yes ☐ No

Is your condition related to your occupation?
☐ Yes ☒ No If yes, explain

Have you filed, or do you intend to file a Workers' Compensation claim?
☐ Yes ☒ No

Do you require another person's active, hands-on help to safely perform activities of daily living?
☒ Yes ☐ No If yes, please explain what kind of help you receive and who provides it:
Not the dressing & normal ADLs, but when in a great deal of pain & take my meds my husband must drive me due to safety & fear of accident.

**D. Information about the disability**

Last day you worked before the disability (Month, Day, Year): 08/23/2013
Did you work a full day? ☐ Yes ☒ No If no, explain I was finishing up charts because we knew I was taking a leave (or looks that term)
Date you were first unable to work (Month, Day, Year): 08/26/2013

Have you returned to work?
☐ Yes Part time (date) _____ Full time (date) _____
☒ No

If you have not returned to work do you expect to?
☐ Yes Part time (date) _____ Full time (date) _____
☒ No

Are you currently self-employed or working for another employer?
☐ Yes ☒ No If so, give details.

(Continued on next page)

GLC-01252

PAGE 05/07   DONALD HOPEWELL MD   417336197   11/18/2013 09:30

LIN00915

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 115 of 200

*Please See Attached Sheet* (handwritten vertical left margin)

**E. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone: 417-385-7322 Fax: 417-385-7234 | Specialty |
|---|---|---|
| Dr. Diane Cornelison, DO | | Neurology & Pain Management |
| Address (Street, City, State, Zip) 121 Cahill Rd Suite     Branson, MO 65616 | | Dates Seen 10/06/2010 To 04/25/2013 |

List all other physicians and hospitals you have seen for this condition:

| Doctor's Name | Telephone: 417-885-3888 Fax: | Specialty |
|---|---|---|
| Dr. Charles Mace, MD | | Neurosurgery |
| Address (Street, City, State, Zip) 2900 S National Ave, Springfield, MO 65804 | | Dates Seen 9/13/2012- 11/17/2010 To still have open chart |
| Doctor's Name Dr. Donald Hopewell | Telephone: 417-336-1181 Fax: 417-336-1197 | Specialty Neurology & Pain Management |
| Address (Street, City, State, Zip) 500 W Main Suite 205B     Branson, MO 65616 65804 | | Dates Seen 06/06/2011 To Current Pending appts |
| Doctor's Name Dr. Wayne Wallender, DO | Telephone: 417-269-8326 Fax: | Specialty Anesthesia & Pain Management |
| Address (Street, City, State, Zip) 1011 E Montclair St, Springfield, MO 65804 | | Dates Seen 08/15/2013 To 10/17/2013 |
| Hospital Cox Medical Center Branson (5 Kggs at time of treatment) | Telephone: 417-335-7000 Fax: | Specialty Community Hospital |
| Address (Street, City, State, Zip) 525 Branson Landing Blvd     Branson, MO 65616 | | Dates of Confinement 04/01/2011 To 04/04/2011 |

Have you ever had the same or a similar condition in the past?
☐ Yes ☒ No  If yes, complete the following concerning your past treatment:

| Doctor's Name N/A | Telephone: Fax: | Specialty |
|---|---|---|
| Address (Street, City, State, Zip) | / | Dates Seen To |
| Hospital | Telephone: Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Confinement To |

**F. Information about other disability income**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ N/A | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group benefits): | $ | / | | | |

**G. Information about income tax withholding**
If your request for benefits is approved, should The Lincoln National Life Insurance Company withhold income taxes from your benefit checks?
☒ Yes ☐ No  If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 100 .00

**H. Signature (Required for all claims)**
Under what other The Lincoln National Life Insurance policies are you currently covered?
The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

x Jamie Flanagan
Signature of Employee

11/10/2013
Date

Page 11 of 14

GLC-01252

12/10

PAGE 06/07          DONALD HOPEWELL MD          4173361197     09:30  11/18/2013

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 116 of 200

LIN00916

Doctor's Name: Beth Knox, FNP (collaborates with Dr. Peter Marcellus, MD)  
Telephone: 417-348-8763 or 417-335-8964  Fax: 417-336-0275  
Specialty: Family Practice  
Address: 4450 State Highway 248 Suite 202 Branson MO 65616  
Dates Seen: 10/01/2010 to current

Doctor's Name: Anne Winkler, MD  
Telephone: 417-348-8253  Fax: 417-887-8992  
Specialty: Rheumatology  
Address: 121 Cahill Rd, Suite 205, Branson, MO 65616  
Dates Seen: 09/06/2012 to current

Doctor's Name: Glady Jacob, MD  
Telephone: 417-335-7222  Fax: 417-335-7224  
Specialty: Neurology  
Address: 121 Cahill Rd, Suite 204, Branson MO 65616  
Dates Seen: 10/22/2010 (EMG appt)

Doctor's Name: Thomas Woodward, MD  
Telephone: Contact Cox Medical Center 417-335-7000 →  Fax: Has left the system.  
Specialty: Internal Medicine  
Address: Cox Health 545 Branson Landing Blvd, Branson MO 65616  
Dates Seen: 10/19/2010 - 01/19/2011

Doctor's Name: Dr. Barbara Dadovanovich PhD  
Telephone: 417-269-5509  Fax: 417-269-5595  
Specialty: PHD-Pain Psych Services  
Address: Cox Health Psychological Services, Wheeler Heart & Vascular Center, Suite 170, Springfield, MO 65807  
Dates Seen: 2/20/2013

Hospital's Name: Skaggs Pain Center (Cox Health Branson Pain? Neurology?)  
Telephone: 417-335-7222  Fax:  
Specialty: Epidurals, spinal injections trigger points  
Address: 121 Cahill Rd, Suite 204, Branson, MO 65616  
Dates Seen: 10/6/2010 -

Physical Therapy Services: Cox Health Branson Orthopedic, Neurology & Spine.  
Telephone: 417-335-7274  Fax: 417-335-7105  
Specialty: Physical Therapy  
Address: 121 Cahill Rd, Suite 101, Branson, MO 65616  
Dates Seen: 10/24/12  11/2012 - 01/2012  11/26/12  10/7/2010 -

The Above statements are true to the best of my knowledge & belief. I have read & understand the attached Fraud Warning statements.

X _Jamie Flanagan_  
Signature of Employee

_11/10/2013_  
Date

11/18/2013 09:30  4173361197  DONALD HOPEWELL MD  PAGE 07/07



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP LONG-TERM DISABILITY CLAIM APPLICATION





Employee > Doctor > Insurance Co.

**EMPLOYEE** – form completion information

---

**APPLICATION FOR GROUP LTD - Instructions**

A. Complete and sign the authorization on the reverse side of this page. This will allow our insurance carrier or their representative to secure additional information (if necessary) to make a decision on your request for benefit payments (do not detach).

B. Complete employee claim statement in full.

    Attach   •   A copy of Social Security and other income entitlement awards (or forward when received)

C. Give this authorization and attached claim application to the physician treating you (if more than one, obtain other forms for completion from employer). Instruct your attending physician to send his statement along with yours to the insurance carrier.

D. When those forms are received by the Insurance Company, they will advise you of your eligibility for benefits or of any additional information that may be needed.

---

*Do Not Detach*

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

PAGE 01/54      DONALD HOPEWELL MD      4173361197      09:21   11/18/2013

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 118 of 200

LIN00918



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: __Flanagan__ __Jamie__ __Sue__
　　　　　　　　　　　　　　(Last)　　　　　　　　　(First)　　　　　　(Middle)

Date of Birth: ▇▇▇▇▇▇▇　　　　　Social Security Number: ▇▇▇▇▇▇▇

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:　　　The Lincoln National Life Insurance Company
　　　　　　　　　　　　　　　　　　PO Box 2609
　　　　　　　　　　　　　　　　　　Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may __not__ be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: _Jamie Sue Flanagan_　　　　　　　　　DATE: _11/10/2013_
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Jamie Sue Flanagan_

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient _Self_

ADDRESS: _986 S Hedge Drive_　　　　　　　　　PHONE NO: _417-459-5879_
　　　　　　(Street)

_Nixa_　　　　　　　　_MO_　　　_65714_
　(City)　　　　　　　(State)　　(Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01252

Disability　Page 7 of 14
　　　　　　　*2/10

PAGE 02/54　　　DONALD HOPEWELL MD　　　4173361197　　　09:21　11/18/2013

LIN00919

# Long-Term Disability Claim Employee's Statement

**To Be Completed By The Employee**

### A. Information about you

| Last Name | | | First | | Middle Initial |
|---|---|---|---|---|---|
| Flanagan | | | Jamie | | S |

| Address | | | City | | State/Province | Zip |
|---|---|---|---|---|---|---|
| 986 S Hedge Dr | | | Nixa | | MO | 65714 |

| Telephone | | | Social Security Number |
|---|---|---|---|
| 417-458-5879 | | | |

| Date of Birth (Month, Day, Year) | Height | Weight | ☒ Rt Handed ☐ Lt Handed | ☐ Male ☒ Female | ☐ Single ☒ Married | ☐ Widowed ☐ Divorced |
|---|---|---|---|---|---|---|
| | 5'4½" | 112# | | | | |

| Your Employer (include division if applicable) |
|---|
| Cox Medical Center Branson |

| Occupation |
|---|
| Nurse Practitioner |

### B. Information about your family (required to determine your eligibility for Social Security benefits)

| Spouse's Name (Last, First) |
|---|
| Flanagan, Jason |

| Spouse's Social Security Number | Date of Birth (Month, Day, Year) | Is your spouse employed? |
|---|---|---|
| | | ☒ Yes ☐ No |

---

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

---

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

PAGE 03/54     DONALD HOPEWELL MD     4173361197     11/18/2013 09:21

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 120 of 200

LIN00920

**E. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

Doctor's Name: Dr. Diane Cornelison, DO
Telephone: 417-335-7222 Fax: 417-385-7224
Specialty: Neurology & Pain Management
Address (Street, City, State, Zip): 121 Cahill Rd, Suite, Branson, MO 65616
Dates Seen: 10/06/2010 to 04/25/2013

List all other physicians and hospitals you have seen for this condition:

Doctor's Name: Dr. J Charles Mace, MD
Telephone: 417-885-3888 Fax:
Specialty: Neurosurgery
Address (Street, City, State, Zip): 2900 S National Ave, Springfield, MO 65804
Dates Seen: 9/12/2012 - 11/17/2010 to still have openchart

Doctor's Name: Dr. Donald Hopewell
Telephone: 417-336-1181 Fax: 417-336-1197
Specialty: Neurology & Pain Management
Address (Street, City, State, Zip): 500 W Main, Suite 205B, Branson, MO 65616 65804
Dates Seen: 06/06/2011 to Current pending appts

Doctor's Name: Dr. Wayne Wallender, DO
Telephone: 417-269-8226 Fax:
Specialty: Anesthesia & Pain Management
Address (Street, City, State, Zip): 1011 E Montclair St, Springfield, MO 65804
Dates Seen: 08/15/2013 to 10/17/2013

Hospital: Cox Medical Center Branson (& Kansas City at time of treatment)
Telephone: 417-335-7000 Fax:
Specialty: Community Hospital
Address (Street, City, State, Zip): 525 Branson Landing Blvd, Branson, MO 65616
Dates of Confinement: 04/01/2011 to 04/04/2011

Have you ever had the same or a similar condition in the past?
☐ Yes  ☒ No  If yes, complete the following concerning your past treatment:

Doctor's Name: N/A
Telephone: Fax:
Specialty:
Address (Street, City, State, Zip):
Dates Seen: To

Hospital:
Telephone: Fax:
Specialty:
Address (Street, City, State, Zip):
Dates of Confinement: To

**F. Information about other disability income**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk. mon.) | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ N/A | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group benefits): | $ | / | | | |

**G. Information about income tax withholding**
If your request for benefits is approved, should The Lincoln National Life Insurance Company withhold income taxes from your benefit checks?
☒ Yes  ☐ No  If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 100 .00

**H. Signature (Required for all claims)**
Under what other The Lincoln National Life Insurance policies are you currently covered?
The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

X Jamie Flanagan
Signature of Employee

11/10/2013
Date

GLC-01252

Page 11 of 14
2/10

PAGE 04/54          DONALD HOPEWELL MD          4173361197          11/18/2013 09:21          LIN00921

| | | |
|---|---|---|
| ...tor's Name:<br>eth knox,FNP (collaborates with Dr.<br>Peter Marcellus, MD) | Telephone: 417-348-6968 or 417-335-6964<br>Fax: 417-336-0875 | Specialty:<br>Family Practice |
| ...dress:<br>450. State Highway 248 Suite 202 Branson MO 65616 | | Dates Seen:<br>10/01/2010 to current |
| ...tor's Name:<br>Irine Winkler, MD | Telephone: 417-348-8253<br>Fax: 417-887-8992 | Specialty:<br>Rheumatology |
| ...dress:<br>21 Cahill Rd, Suite 205, Branson, MO 65616 | | Dates Seen:<br>09/06/2012 to current |
| ...ctor's Name:<br>Slady Jacob, MD | Telephone: 417-335-7222<br>Fax: 417-335-7384 | Specialty:<br>Neurology |
| ...dress:<br>21 Cahill Rd, Suite 204, Branson MO 65616 | | Dates Seen:<br>10/22/2010 (EMG appt) |
| ...ctor's Name:<br>Thomas Woodward, MD | Telephone: Contact Cox Medical<br>center 417-335-7000→<br>Fax: Has left the system. | Specialty:<br>Internal Medicine. |
| ...ress: COX Health<br>245 Branson Landing Blvd, Branson MO 65616 | | Dates Seen:<br>10/19/2010 -01/19/2011 |
| ...ctor's Name:<br>Dr. Barbara Bachukanovich, PhD | Telephone: 417-269-5509<br>Fax: 417-269-5595 | Specialty/<br>PHD-Pain Psych Services |
| ...dress: Cox Health Psychological Services, Wheeler Heart & Vascular Center.<br>Suite 170, Springfield, MO 65807 | | Dates Seen:<br>2/20/2013 |
| ...ospital's Name:<br>Skaggs Pain Center (Cox Health Branson Pain? Neurology | Telephone: 417-335-7222<br>Fax: | Specialty:<br>Epidurals, spinal<br>injections trigger<br>points? |
| ...dress:<br>21 Cahill Rd, Suite 204, Branson, MO 65616 | | Dates Seen:<br>10/6/2010 - |
| ...hysical Therapy Services:<br>Cox Health Branson Orthopedic, Neurology&Spine. | Telephone: 417-335-7274<br>Fax: 417-335-9705 | Specialty:<br>Physical Therapy |
| ...dress:<br>121 Cahill Rd, Suite 101, Branson, MO 65616 | | Dates Seen: 10/24/12<br>11/2012 - 01/2012  11/21/12<br>10/7/2010 - |

The Above statements are true to the best of my knowledge & belief. I have read & understand the attached Fraud Warning statements.

X ~~Jamie Flanagan~~
Signature of Employee

11/10/2013
Date

PAGE 05/54          DONALD HOPEWELL MD          41733611197          11/18/2013 09:21

LIN00922

# Long-Term Disability Claim Physician's Statement

This form should be completed by the physician who was treating the claimant when he or she last worked.

**To Be Completed By The Attending Physician**

## A. General Information

This claim is for (Patient's Name)

Jamie Sue Flanagan

| Patient's Social Security Number | Height | Weight | Blood Pressure | Date of Birth (Month, Day, Year) |
|---|---|---|---|---|
| ███████ | 65 | 112 | 100/68 | ███████ |

Primary Diagnosis including ICD 9 or DSM code

Post Lami Syndrome lumbar 72283 — Spinal stenosis 72401 — 3384  *Chronic pain*

## B. Complete this section for normal pregnancy, then go to section E.

| What was the date of the last menstrual period? | | What is the expected date of delivery? | |
|---|---|---|---|
| N/A | | | |
| What is the expected length of postpartum recovery? | | What was the first date of treatment? | What was the last date of treatment? |

## C. Complete this section for all conditions except normal pregnancy.

Symptoms  Low back pain & pain spread into lower extremities

Objective Findings  Normal physical exam, X-rays, CTmyelogrami MRI - Spondylolisthasis & failed fusion and nerve root scarring

Are there secondary conditions contributing to the disability?
☐ Yes ☒ No  If yes, what are they? (Please include ICD 9 or DSM code.)

| If this is a cardiac condition, what is the functional capacity? (American Heart Association) | ☐ Class 1 - No limitation<br>☐ Class 2 - Slight limitation | ☐ Class 3 - Marked limitation<br>☐ Class 4 - Complete limitation |
|---|---|---|

| When did symptoms first appear? Constant since 8/2010 | Date of the patient's first visit (Month, Day, Year) 10/6/2010 | Date you believe the patient was first unable to work (Month, Day, Year) 1/1/2013 |
|---|---|---|
| Date of the patient's last visit (Month, Day, Year) 10/31/13 | How often do you see the patient? every 3 months | |

Is the patient's condition work related?
☐ Yes ☒ No  If yes, explain:

Has the patient undergone surgery?
☒ Yes ☐ No  If yes, give date, procedure and result.

Failed lumbar fusion  4/1/11

If no, do you expect surgery to be performed in the future?
☐ Yes ☒ No  If yes, give date and type of surgery.

What medication is the patient currently taking?

Please indicate other types and frequencies of treatment.  Epidurals / PT

Has the patient been referred to a medical rehabilitation or therapy program?
☒ Yes ☐ No  If yes, give details.  No benefit

Have you referred the patient for other types of consultations?
☒ Yes ☐ No  If yes, give details.  Spinal Cord Stimulator placement—failed

Has the patient been hospital confined?
☐ Yes ☒ No  If yes, complete the following:

Name of Hospital

| Address | | Dates of Confinement through |
|---|---|---|

GLC-01252

Page 12 of 14
12/10

PAGE 06/54    DONALD HOPEWELL MD    41733611197    11/18/2013 09:21

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 123 of 200

LIN00923

## D. Information about the patient's inability to work

Briefly describe restrictions and limitations. *Pain increases through the day (weak - unable to control c̄ pain meds span meds)*

Restrictions (What the patient SHOULD NOT do) *Work c̄ unlimited ability to rest/take breaks*

Limitations (What the patient CANNOT do) *Same*

What is your prognosis for recovery? *This will progress over time*

Has patient achieved maximum medical improvement?
[X] Yes  ☐ No   If no, complete the following:

How soon do you expect fundamental changes in the patient's medical condition?
☐ 1 - 2 months            ☐ 5 -6 months
☐ 3 - 4 months            ☐ more than 6 months

Give details concerning expected improvement or deterioration:

In an eight hour workday, claimant can: (Circle full hourly capacity for each activity)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| Are there restrictions in: | Yes | No | Comments |
|---|---|---|---|
| Lifting/Carrying | ☐ | ☐ | *Unquantifiable* |
| Use of hands in repetitive actions | ☐ | ☐ | |
| Use of feet in repetitive movements | ☐ | ☐ | |
| Bending | ☐ | ☐ | |
| Squatting | ☐ | ☐ | |
| Crawling | ☐ | ☐ | |
| Climbing | ☐ | ☐ | |
| Reaching above shoulder level | ☐ | ☐ | |
| Other (please specify) | ☐ | ☐ | |

When do you expect claimant to return to prior level of functioning? *Never*

Would you recommend vocational rehabilitation for this patient?
[X] Yes  ☐ No

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment
☐ Yes  [X] No   If yes, please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL            Date on which assistance was first required and received

☐ Bathing_____ (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing_____ (putting on, taking off garments, braces or any artificial limbs normally worn)
☐ Toileting_____ (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring _____ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence_____ (voluntarily maintaining control of bladder and bowel function)
☐ Eating_____ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No   If "no", please explain when improvement may be expected:

11/18/2013 09:21   4173361197   DONALD HOPEWELL MD   PAGE 07/54

LIN00924

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 124 of 200

**E. Required Attachments and Signature**

After you have fully completed this form, attach copies of the following materials:
- Office notes for the period of treatment for the last two years
- Test results showing objective findings
- Hospital discharge summaries
- Consulting physician reports

Your Name  Donald K. Hopewell          Degree  MD

Specialty  Neurology & Pain          Telephone: 417 336-1186
                                    Fax:       417 336-1197

Address  500 W Main  Branson, MO  65616

X _____          11/17/13
Signature of Attending Physician (no stamp)          Date

GLC-01252

Page 14 of 14
12/10

11/18/2013  09:21    417336197    DONALD HOPEWELL MD    PAGE  08/54

LIN00925

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888  Fax: (417) 520-5959

**Jamie S Flanagan**
Female  DOB: ▓▓▓▓▓▓                        87223

Home: (417)459-6879 Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

09/19/2012 - Office Visit: Follow up
Provider: Charles Mace MD
Location of Care: Springfield Neurological and Spine Institute

**Follow up Visit**

## History of Present Illness
Referral source: Dr. Don Hopewell
History from: patient
cc Beth Knox
Reason for visit: follow up
Chief Complaint: Low back pain, bilat leg pains, neck pain, left shoulder pain
HPI: 32 year old female returns today for follow up L5-S1 PLIF 4/1/11 for LBP and leg pains.  She continues to report LBP, bilateral lateral leg pain and shin pain , bilateral foot and heel pain that have all been worsening.  Also notes burning in toes.  Symptoms improved when she stated wearing lumbar brace.  Denies leg weakness.  Bowel and bladder intact.
Also notes neck pain that will radiate into left shoulder described as shooting pain.  Denies pain past the shoulder.  Pain worse with certain movements.  Denies changes in fine or gross motor control.
Treatments:  pain medications, NSAIDs, heat, ice

## Pertinent Medical Findings
neck pain, left shoulder pain
LBP, various bilat LE symptoms, L LSP= leg pains

## Physical Exam
Appearance: well developed, well nourished, no acute distress

**Peripheral Vascular**
Inspection/palpation: Normal, except as otherwise specified.

**Gait and Station**
Inspection: Normal, except as otherwise specified.

**Head and Neck**
Insp/percuss/palp: Normal, except as otherwise specified.
Range of motion: no limitations
Stability: no subluxation or laxity
Musc strength/tone: normal strength and tone
Skin/subcutaneous: Normal, except as otherwise specified.

**Spine, Ribs, Pelvis**
Insp/percuss/palps: Normal, except as otherwise specified.
Stability: no subluxation or laxity
Musc strength/tone: Normal tone and strength

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 126 of 200
LIN00926

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888   Fax: (417) 520-5959

September 21, 2012
Page 2
Chart Document

**Jamie S Flanagan**
Female  DOB                                    87223

Home: (417)459-5879 Work: (417)335-7296
Ins: FMH (120) Grp: 6G0000

Skin and subcutaneous: healed surgical incision
Spurling's: positive left

**Upper Extremities**
Insp/percuss/palpe: normal, except as otherwise specified
Range of motion: no limitations
Stability: normal, except as otherwise specified
Musc strength/tone: normal tone and strength
Skin and subcutaneous: normal

**Lower Extremities**
Insp/percuss/palpe: normal, except as otherwise specified
Range of motion: no limitations
Stability: normal, except as otherwise specified
Musc strength/tone: normal tone and strength
Skin and subcutaneous: normal
Straight Leg Raise: L= ipsilateral leg pain

**Neurologic**
Coordination: normal
Reflexes: 2+, symmetric
Sensation: intact to touch and pin

**Mental Status Exam**
Orientation: oriented to time, place and person
Mood and affect: no dysphoria, anxiety, or agitation

**Respiratory**
Respiratory effort: Normal, except as otherwise specified.

**Vital Signs**
Ht: 64 in.  Wt: 149 lbs.  P: 64  R: 16  BP: 118/60
BMI: 25.57

**Medication:**
ROBAXIN-750 750 MG TABS (METHOCARBAMOL) 1 by mouth three times per day as needed for pain
Substitution permitted
HYDROCODONE-ACETAMINOPHEN 5-325 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 or 2 by
mouth every 4-6 hours as needed off pain            Substitution permitted
* PEPCID 20MG TABLETS Take one tablet by mouth twice a day while taking steroid.
AVINZA XR24H-CAP (MORPHINE SULFATE BEADS XR24H-CAP)
SOMA 350 MG TABS (CARISOPRODOL)
PROTONIX 40 MG PACK (PANTOPRAZOLE SODIUM)
MIRALAX POWD (POLYETHYLENE GLYCOL 3350)
WELLBUTRIN TABS (BUPROPION HCL TABS)

**Allergies:**
* AMBIEN (Critical)

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888  Fax: (417) 520-6959

September 21, 2012
Page 3
Chart Document

**Jamie S Flanagan**
Female  DOB:⬛⬛⬛⬛⬛                                         87223

Home: (417)459-5879 Work: (417)335-7296
Ins: FMH (120) Grp: SG0000

* LUNESTA (Critical)
ADHESIVE TAPE (Moderate)
DARVOCET (Mild)

**Risk Factors**
Smoke status: former smoker
year started: 2000     yr quit: 2003
cigarette packs/day: .25     pack-years: 0.75
cigars/pipes per wk: 0    chewing cans per week: 0    Passive smoke exposure: no
Alcohol use: Social only: Wine, mixed drinks. Never more than 1-2. Usually once per month
Caffeine use: I drink 1-2 diet sodas per day
Drug use: none
HIV high risk behavior: no
Exercise (times/week): 5     Exercise type: stretching and PT home exercises
Seat belt use(%): 100     Sun exposure: occasionally

Review of imaging: lumbar CT at Skags- CD shows no confluent bone at L5-S1,   cage and screws look fine,  progressive endplate sclerosis

cervical MRI shows left C5-6 disc herniation

**Impression**

Ongoing Problems:
THORACIC/LUMBOSACRAL NEURITIS/RADICULITIS UNSPEC (ICD-724.4)
LUMBAGO (ICD-724.2)
LUMBAGO (ICD-724.2)
SPONDYLOLISTHESIS, ACQUIRED (ICD-738.4)
STENOSIS, LUMBAR SPINE (ICD-724.02)
LUMBAR RADICULOPATHY (ICD-724.4)

C5-6 left soft disc herniation with radicular pain into left upper arm and Spurlings sign.  Try PT and traction and if no better then consider ACDF.  May be spinal stimulator candidate long term

History of L5-S1 PLIF 18 months ago with progressive mechanical back pain and some L5 and S1 radicular symptoms that are quite problematic.   Perhaps L5-S1 pseudarthrosis.  Will check myelogram and consider re-exploration

LIN00928

**Springfield Neurological & Spine Institute**
2900 South National Ave   Springfield, MO 65804
(417) 885-3888  Fax: (417) 520-5050

<div align="right">

September 21, 2012
Page 4
Chart Document

</div>

**Jamie S Flanagan**
Female  DOB: ▓▓▓▓▓▓                              87223

<div align="right">

Home: (417)459-5879 Work: (417)335-7298
Ins: FMH (120) Grp: SG0000

</div>

**Plan**

**Follow-up Plans:**
FU RTC per schedule
RTC: after myelo

**CT MYELO F/E / Recons**
CT Myelo Cervical, Lumbar

**Treatment:**
Physical Therapy: Home Program, Home Tx (Cervical), Strengthening, ROM
PT times per week: 3 PT number of weeks: 3

Clinical Visit Summary handout printed and given to patient.

Electronically Signed by Charles Mace MD on 09/19/2012 at 11:51 AM

LIN00929

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ~~████████~~ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**01/09/2013 - Imaging Report: XR SPINE LUMBAR  MIN 6 VIEWS**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR  MIN 6 VIEWS
                   SKAGGS COMMUNITY HEALTH CENTER
                          PO Box 650
                      Branson,  MO    65615
            Phone   (417)  272-8911       Fax:  (417)  335-7455

                     - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ████████
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: XR SPINE LUMBAR  MIN 6 VIEWS
Account No.: 25938515
```

Clinical History
Postlaminectomy syndrome lumbar region

Findings
Seven views of the lumbar spine with flexion and extension show prior surgical changes of posterior lumbar interbody fusion at L5-S1. The pedicle screws and posterior fixation rods and cross link appear intact.

Interbody bone cage appears well positioned within the disc space. *There is anterolisthesis of L5 on S1.  These findings are all* concordant with the previous examination of 2 November 2012. Flexion and extension show no evidence of segmental instability.

Impression

1. Postsurgical changes of posterior lumbar interbody fusion at L5-S1.
2. Four pars defects with grade 2 spondylolisthesis.  Operative appearance not substantially different than 2 November 2012.  No interval change and no evidence of instability.

```
Dictated by: ANTHONY L WHEELER     01/09/2013 07:24 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    01/09/2013 07:24 PM
 Approved by:ANTHONY L WHEELER     01/09/2013 07:24 PM
```

Electronically Signed by Diane L Cornelison DO, on 01/10/2013 at 1:25 PM

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 130 of 200
LJN00930

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                          Home: (417)459-5879 Work: (417)335-7361
Female  DOB: ▮▮▮▮▮▮▮ MRN: 42-06-80

**12/28/2012 - Imaging Report: MR SPINE LUMBAR WITH AND WITHOUT CONTRAST**
*Provider: Diane L Cornelison DO,*
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE LUMBAR WITH AND WITHOUT CONTRAST
              SKAGGS COMMUNITY HEALTH CENTER
                       PO Box 650
                  Branson,  MO    65615
          Phone   (417)  272-8911      Fax:  (417)  335-7455

                   - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ▮▮▮▮▮▮▮
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: MR SPINE LUMBAR WITH AND WITHOUT CONTRA
Account No.: 25906678


Clinical History
Post laminectomy syndrome lumbar region.


Technique
Multiplanar, multisequence images performed without and with
contrast.  Contrast Agent Omniscan 287 mg/mL 15 mL 12/28/2012
intravenously.


Findings
Vertebral body heights are well maintained.  There is no abnormal
signal intensity or lesions in the vertebral bodies.

The conus terminates normally at the T12-L1 level.

T12-L1, L1-L2, L2-L3, and L3-L4 are unremarkable.

L4-L5 shows generalized disc bulging.  There is an asymmetric lateral
component of disc bulging on the left and there is facet arthrosis
that produces moderate neural foraminal narrowing on the left.  On
the right, there is facet arthrosis and these changes produce
moderate to severe right neural foraminal narrowing.  The central
canal is patent.

L5-S1 shows a grade 1-2 anterolisthesis of L5 on S1 secondary to
bilateral pars intra-articularis defects.  There are postsurgical
changes of posterior lumbar interbody fusion at L5-S1.

The interbody bone cage appears well within the disc space and is
unchanged from a remote study of May 27, 2011.

The pedicle screws appear overall adequately positioned.  No
substantial neural foraminal narrowing or central canal stenosis.
```

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 131 of 200

LIN00931

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

At the operative level, there is a moderate amount of enhancing
posterior scar tissue present. In addition, it extends around both
sides of the thecal sac as well as appears to involve the descending
left S1 root, which shows abnormal enhancement. Neural foramina
overall are grossly patent. The central canal is patent.

Impression
Postsurgical changes of posterior lumbar interbody fusion at L5-S1
secondary to pars defects at L5 and grade 2 spondylolisthesis. There
is extensive evidence of postoperative fibrosis in the posterior
operative bed extending along the right and left lateral margins of
the thecal sac and extending anteriorly on the left to involve the S1
nerve root.

Dictated by: ANTHONY L WHEELER    12/28/2012 05:06 PM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST    12/28/2012 05:06 PM
 Approved by:ANTHONY L WHEELER    12/28/2012 05:06 PM

*Electronically Signed by Diane L Cornelison DO, on 12/31/2012 at 1:34 PM*

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 132 of 200
LIN00932

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                           Home: (417)459-5879 Work: (417)335-7361
Female DOB: ███████ MRN: 42-06-80

**12/28/2012 - Imaging Report: MR SPINE THORACIC WITHOUT CONTRAST**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE THORACIC WITHOUT CONTRAST
                    SKAGGS COMMUNITY HEALTH CENTER
                           PO Box 650
                       Branson,   MO     65615
             Phone   (417)   272-8911        Fax:  (417)  335-7455

                        - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB:  ███████
Sex: F
Ordering MD: CORNELISON, DIANE L
Referring MD: CORNELISON, DIANE L
Procedure: MR SPINE THORACIC WITHOUT CONTRAST
Account No.: 25906678

Clinical History

spinal stenosis of thoracic region

Technique
Standard non-contrast MRI.


Findings


Axial images through the thoracic spine with sagittal coronal
reconstructions.  Examination is no evidence of central canal
stenosis.  All discs are preserved vertebral body heights are
preserved.  No evidence of neural foraminal narrowing.

Impression


Normal MRI of the thoracic spine.

Dictated by: RICHARD S MAKUCH    12/28/2012 02:42 PM
Transcribed By : MAKUCH, RICHARD S    12/28/2012 02:42 PM
 Approved by:RICHARD S MAKUCH    12/28/2012 02:42 PM
```

**Electronically Signed by Diane L Cornelison DO, on 12/31/2012 at 1:34 PM**

**LJN00933**
Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 133 of 200

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
*Female DOB: ▆▆▆▆▆ MRN: 42-06-80*

Home: (417)459-5879 Work: (417)335-7361

**11/02/2012 – Imaging Report: CT SPINE LUMBAR SPINE WITH CONTRAST MYELO**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE LUMBAR SPINE WITH CONTRAST MYELO
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                    Branson,  MO    65615
         Phone   (417)  272-8911      Fax:  (417)  335-7455

                  - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ▆▆▆▆▆▆
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE LUMBAR SPINE WITH CONTRAST MYE
Account No.: 25613282
```

Clinical History
Cervical radiculopathy, lumbar radiculopathy.

Findings
Vertebral body heights are well maintained.  No obvious acute
fracture, subluxation, or malalignment.

The conus has a normal morphology and terminates at T12-L1.

T12-L1, L1-L2, L2-L3, and L3-L4 are unremarkable.

At L4-L5, there is posterior disc bulging.  No obvious canal stenosis
and there is moderate left and mild right neural foraminal narrowing.

L5-S1 shows prior postsurgical changes of posterior lumbar interbody
fusion.  There is a grade 1-2 spondylolisthesis of L5 on S1 secondary
to pars defects and the extent of spondylolisthesis is not
substantially changed since the postoperative MRI of May 27, 2011.

In the operative bed, there is a substantial amount of anterior
epidural soft tissue.  This certainly appears to involve the region
of the nerve roots of L5 and S1.

The pedicle screws and posterior fixation rods are intact.

The interbody bone cage appears well positioned within the disc space
and is not substantially changed, however, there does appear to have
been some increase in the erosion of the posterior aspect of the L5
vertebral body in comparison to the remote study of December 16,
2011.  There does appear to be some persistent lucency around the
margin of the bone cage.  The extensive endplate sclerosis is not
changed.

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ███████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

Impression

 1. Prior changes of posterior lumbar interbody fusion at L5-S1 secondary to pars defects.
 2. Stable anterolisthesis compared to remote studies.  The more extensive endplate sclerosis and the persistent lucency around the bone cage as well as some increased in erosion of the posterior aspect of the L5 vertebral body could represent evidence of disc space instability.
 3. Anterior epidural soft tissue at the operative level suggesting an extensive postoperative fibrosis.  MR scan with contrast is suggested as followup.

Dictated by: ANTHONY L WHEELER    11/05/2012 08:08 AM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST    11/05/2012 08:08 AM
 Approved by:ANTHONY L WHEELER    11/05/2012 08:08 AM


**Electronically Signed by Electronic Signature on 11/05/2012 at 8:45 AM**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 135 of 200
LIN00935

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 1
Chart Document

**JAMIE SUE FLANAGAN**                          Home: (417)459-5879 Work: (417)335-7361
*Female*  DOB: ▓▓▓▓▓  MRN: 42-06-80

**11/02/2012 – Imaging Report: CT SPINE CERVICAL WITH CONTRAST MYELO**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE CERVICAL WITH CONTRAST MYELO
                 SKAGGS COMMUNITY HEALTH CENTER
                         PO Box 650
                    Branson,  MO    65615
          Phone  (417)  272-8911       Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ▓▓▓▓▓▓
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE CERVICAL WITH CONTRAST MYELO
Account No.: 25613282
```

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Technique
Axial images with sagittal and coronal reformations.

Findings
Axial images with sagittal and coronal reformations following the
intrathecal injection of 12 mL of Omnipaque 240 mg/mL.

The skull base is unremarkable.

C1-C2 articulation appears intact.

C2-C3, C3-C4 and C4-C5 appear unremarkable.

C5-C6 shows a small left paracentral asymmetric disc bulge.  No
obvious central canal stenosis.  No neural foraminal narrowing. This
is smaller than MRI of July 2012.

C6-C7 shows very minimal slightly right paracentral disc protrusion.
No central canal stenosis or neural foraminal narrowing.

C7-T1 and T1-T2 are unremarkable.

Impression

     1. Mild degenerative changes C5-C6 and C6-C7.  No obvious cord
compression.  No obvious neural foraminal narrowing or nerve root
compression.
     2. The disc present at C5-C6 appears to have decreased in size
since previous cervical MRI of 10 July 2012.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:05 PM

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 136 of 200
LIN00936

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
*Female  DOB* ████████ *MRN: 42-06-80*

Home: (417)459-5879 Work: (417)335-7361

Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:05 PM
 Approved by:ANTHONY L WHEELER     11/02/2012 05:05 PM

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 137 of 200
LIN00937

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**11/02/2012 - Imaging Report: XR SPINE LUMBAR 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR 2 OR 3 VIEWS
                SKAGGS COMMUNITY HEALTH CENTER
                         PO Box 650
                    Branson,  MO    65615
           Phone  (417)  272-8911      Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ████████
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE LUMBAR 2 OR 3 VIEWS
Account No.: 25613282


Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Two views of the lumbar spine with flexion and extension show
vertebral body heights and disc spaces are well maintained.

The patient has posterior lumbar interbody fusion changes at L5-S1.
There is a grade 2 spondylolisthesis of L5 on S1 which is stable and
unchanged dating back to at least October 2011.

The interbody bone cage appears well positioned within the disc
space.  There is no evidence of fracture, subluxation or
malalignment.

Flexion and extension show no evidence of segmental instability.

Impression

    1. Stable appearing changes of posterior lumbar interbody fusion
at L5-S1.
    2. No evidence of segmental instability.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER    11/02/2012 05:03 PM
```

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 138 of 200
LIN00938

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**          Home: (417)459-5879 Work: (417)335-7361
Female DOB: ████████ MRN: 42-06-80

**11/02/2012 - Imaging Report: XR SPINE CERVICAL 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE CERVICAL 2 OR 3 VIEWS
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                  Branson,   MO    65615
          Phone  (417)  272-8911      Fax:  (417)  335-7455

                   - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ████████
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE CERVICAL 2 OR 3 VIEWS
Account No.: 25613282

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Two view cervical spine flexion and extension show vertebral heights
and disc spaces well maintained. There is no obvious fracture,
subluxation or malalignment.

Flexion and extension show no evidence of segmental instability.

Soft tissues are unremarkable.

Impression
Negative cervical spine. No flexion or extension instability.

Dictated by: ANTHONY L WHEELER    11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION    11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER    11/02/2012 05:03 PM
```

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 139 of 200
LIN00939

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**           Home: (417)459-5879 Work: (417)335-7361
Female ▬▬▬▬▬ MRN: 42-06-80

**11/02/2012 – Imaging Report: XR MYELOGRAM COMPLETE**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR MYELOGRAM COMPLETE
                    SKAGGS COMMUNITY HEALTH CENTER
                             PO Box 650
                        Branson,  MO    65615
            Phone  (417)  272-8911      Fax:  (417)  335-7455

                      - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ▬▬▬▬▬
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR MYELOGRAM COMPLETE
Account No.: 25613282
```

Clinical History
Cervical radiculopathy, lumbar radiculopathy

Findings
Procedure: Cervical lumbar myelogram.

Following ,explanation of risk and benefits of procedure the patient
elected to proceed.

The patient was placed in a prone oblique position on a fluoroscopic
table and the skin overlying the L2 vertebral body was prepped and
draped in a sterile fashion and infiltrated with lidocaine without
epinephrine.

Under fluoroscopic guidance, a 24-gauge Whitaker needle was advanced
into the thecal sac without difficulty with return of clear cerebral
spinal fluid.

A total of 12 mL of Omnipaque 240 mg/mL was instilled into the thecal
sac without difficulty.

At the conclusion of administration, the needle was then withdrawn
and the skin site was cleaned and covered with a Band-Aid.

There is clearly contrast opacification of the lumbar canal.

The patient was then placed in a prone Trendelenburg position with
opacification of the cervical central canal.

Impression

    1. Successful lumbar and cervical myelogram.
    2. Remote surgical changes of posterior lumbar interbody fusion
at L5-S1 with stable spondylolisthesis of L5-S1, unchanged from 19
October 2011.

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 140 of 200
LIN00940

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female � ▬▬▬▬▬ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

Dictated by: ANTHONY L WHEELER      11/02/2012 05:03 PM
Transcribed By : JUSTUS, DIANE TRANSCRIPTION      11/02/2012 05:03 PM
 Approved by:ANTHONY L WHEELER      11/02/2012 05:03 PM

**Electronically Signed by Electronic Signature on 11/05/2012 at 7:12 AM**

LIN00941

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ███████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**09/12/2012 - Imaging Report: CT SPINE LUMBAR WITHOUT CONTRAST**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE LUMBAR WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                       PO Box 650
                   Branson,  MO    65615
          Phone  (417)  272-8911      Fax:  (417)  335-7455

                   - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB: ██████████
Sex: F
Ordering MD: MACE, RICHARD C
Referring MD: MACE, RICHARD C
Procedure: CT SPINE LUMBAR WITHOUT CONTRAST
Account No.: 25560657
```

Clinical History
Stenosis, lumbar spine radiculopathy, lumbago.


Technique
Axial images with sagittal and coronal reformations.


Findings
T12-L1, L1-L2, L2-L3, and L3-L4 appear grossly normal.

L4-L5 shows some mild disc space narrowing.  There is mild
generalized disc bulging posteriorly and the changes produce moderate
bilateral neural foraminal narrowing at L4-L5.

L5-S1 shows postsurgical changes of posterior lumbar interbody fusion.

The pedicle screws at L5 and S1 appear adequately positioned.

There is a slight anterolisthesis of L5 on S1 and the posterior bone
cage appears to extend slightly from the posterior margin of the L5
vertebral body. This appears unchanged. There is endplate sclerosis
on both sides of the disc space and this appears to be greater than
the previous examination of December 16, 2011.  In addition, there
does appear to be some lucency along the margin of the bone cage.

There is a large amount of epidural soft tissue mass at the operative
level, which may represent extensive scar tissue, somewhat difficult
to discern.  This also is essentially unchanged.


Impression

     1. Postsurgical changes of posterior lumbar interbody fusion at
L5-S1.  The spondylolisthesis of L5 on S1 appears stable but there is

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  *DOB:* ⬛⬛⬛⬛⬛  *MRN: 42-06-80*

Home: (417)459-5879 Work: (417)335-7361

increasing sclerosis of the endplates and lucency around the bone
cage suggesting the possibility of incomplete fusion across the disc
space.
    2. Large amount of epidural soft tissue, which appears to
compromise the level of the thecal sac.  The most likely etiology
would be postsurgical scar tissue and similar changes have been
noticed on previous studies.

Dictated by: ANTHONY L WHEELER    09/12/2012 11:19 AM
Transcribed By : HOUSTON, SUSAN TRANSCRIPTIONIST    09/12/2012 11:19 AM
 Approved by:ANTHONY L WHEELER    09/12/2012 11:19 AM

**Electronically Signed by Electronic Signature on 09/12/2012 at 12:42 PM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 143 of 200
LIN00943

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ~~█████████~~  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**07/10/2012 - Imaging Report: MR SPINE CERVICAL WITHOUT CONTRAST**
**Provider: Beth A Knox FNP,**
**Location of Care: CoxHealth Branson Clinics**

```
MR SPINE CERVICAL WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                    Branson,  MO    65615
            Phone   (417)  272-8911      Fax:  (417)  335-7455

                    - CONSULTATION REPORT -
Patient Name: FLANAGAN, JAMIE S
MRN: 42-06-80
DOB:
Sex: F
Ordering MD: KNOX, BETH A
Referring MD: KNOX, BETH A
Procedure: MR SPINE CERVICAL WITHOUT CONTRAST
Account No.: 25334525


Clinical History

Cervial spinal stenosis.
Neck pain.

Technique
Standard non-contrast MRI.


Findings


Comparison cervical MRI October 2010.
Normal-appearing cervical and proximal thoracic cord.
Slight Disc bulging L5-L6 and C6-C7.
No marrow mass abnormality.
Limited posterior fossa appears normal.
Symmetric musculature.

Axial examination.
C2-C3:  Normal.
C3-C4:  Normal.
C4-C5:  Normal.
C5-C6:  Sagittal left parasagittal small disc protrusion but no nerve
root or cord entrapment.
C6-C7:  Slight disc bulge but no nerve root entrapment.
C7-T1:  Normal.

Impression

Mild C5-C6 and C6-C7 disc bulging but no cord violation or nerve root
entrapment.

The following findings are so common and people without cervical
pain; while we report their presence they must be interpreted with
```

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 144 of 200
LIN00944

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▓▓▓▓▓▓  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

cautioned and in the context of clinical situation.

Dictated by: JOHN H BARTOW      07/10/2012 03:51 PM
Transcribed By : BARTOW, JOHN H     07/10/2012 03:51 PM
 Approved by:JOHN H BARTOW     07/10/2012 03:51 PM

**Electronically Signed by Beth A Knox FNP, on 07/13/2012 at 3:29 PM**

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 145 of 200     LIN00945

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ███████  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**12/16/2011 - Imaging Report: XR SPINE LUMBAR MINIMUM 4 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
XR SPINE LUMBAR MINIMUM 4 VIEWS
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                  Branson,   MO    65615
        Phone   (417)  272-8911      Fax:  (417)  335-7455

                  - CONSULTATION REPORT -
Patient Name:
MRN: 42-06-80
DOB: ███████████
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: XR SPINE LUMBAR MINIMUM 4 VIEWS
Account No.: 24741738

Clinical History

LUMBAGO

Findings

Stable subluxation L4 on L5.
Stable appearing L5-S1 laminectomy and fusion.
With flexion-extension no change in alignment.
The limited abdomen pelvis appears nonobstructed with no evidence of
mass.

Impression


Stable L5-S1 internal fixation and alignment.

Dictated by: JOHN H BARTOW    12/16/2011 05:16 PM
Transcribed By : BARTOW, JOHN H    12/16/2011 05:16 PM
 Approved by:JOHN H BARTOW    12/16/2011 05:16 PM
```

**Electronically Signed by Electronic Signature on 12/19/2011 at 7:01 AM**

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

---

**12/16/2011 - *Imaging Report: CT SPINE LUMBAR WITHOUT CONTRAST***
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
CT SPINE LUMBAR WITHOUT CONTRAST
                SKAGGS COMMUNITY HEALTH CENTER
                        PO Box 650
                    Branson, MO    65615
        Phone   (417)  272-8911        Fax:  (417)  335-7455

                  - CONSULTATION REPORT -
Patient Name:
MRN: 42-06-80
DOB: ████
Sex: F
Ordering MD: MACE, J CHARLES
Referring MD: MACE, J CHARLES
Procedure: CT SPINE LUMBAR WITHOUT CONTRAST
Account No.: 24741738


Clinical History

LOW BACK PAIN


Technique
Standard noncontrasted CT protocol.


Findings

Today's examination is compared with a previous lumbar CT of May 2011.
No change in the appearance of the internal fixation L5-S1.
The grade 2 subluxation L5 on S1 is unchanged.
Disc bulging involves L3-L4 L4-L5.
Stable laminectomy L5.
Left lateral L4-L5 disc bulge abutting the left exiting L4 nerve root.
Marked streak artifact at the surgical slight area degrades neural
foraminal evaluation.

Impression

Grade 2 subluxation L5 on S1 with internal fixation that compares
with the previous examination.
Left L4-L5 disc bulge may affect the exiting left L4 nerve root,
clinical correlation is recommended.

Dictated by: JOHN H BARTOW     12/16/2011 04:07 PM
Transcribed By : BARTOW, JOHN H    12/16/2011 04:07 PM
 Approved by:JOHN H BARTOW     12/16/2011 04:07 PM
```

**Electronically Signed by Electronic Signature on 12/16/2011 at 4:39 PM**

---

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 147 of 200

LJN00947

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

November 18, 2013
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▓▓▓▓▓▓  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 148 of 200

LIN00948

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ██████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**10/19/2011 - Imaging Report: LUMBAR SPINE MINIMUM 4 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinics**

```
LUMBAR SPINE MINIMUM 4 VIEWS
    .                    SKAGGS COMMUNITY HEALTH CENTER
    .                          Branson, MO 65737
    .             Phone (417) 272-8911      Fax: (417) 335-7455

    .                        - CONSULTATION REPORT-
------------------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ██████
SEX          : F
Ordering MD  : J CHARLES MACE
Referring MD : J CHARLES MACE
Exam ID      : 1055781
Procedure    : LUMBAR SPINE MINIMUM 4 VIEWS
Service Date : 10/19/2011
Account No.  : 24564163
------------------------------------------------------------------------------
CLINICAL HISTORY: Lumbar radiculopathy.

FINDINGS: The patient is status post fusion L5-S1 without complicating features. No
instability on flexion and extension views. Relatively good range of motion.

IMPRESSION: Stable postop followup. Hardware is intact. No instability noted. The patient
is status post posterior and anterior fusion.

    .    Dictated by   : RICHARD MAKUCH .           . 10/19/2011 07 : 24
    .     Transcribed by : DEVANS .           . 10/19/2011 07 : 44
    .     Approved by   : RICHARD MAKUCH .           . 10/19/2011 07 : 44
```

**Signed before import by Electronic Signature**
**Filed automatically on 10/19/2011 at 4:47 PM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 149 of 200
LJN00949

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
*Page 1*
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**04/01/2011 - Imaging Report: LUMBAR SPINE 2 OR 3 VIEWS**
**Provider: Electronic Signature**
**Location of Care: CoxHealth Branson Clinic**

```
LUMBAR SPINE 2 OR 3 VIEWS
  .                    SKAGGS COMMUNITY HEALTH CENTER
  .                         Branson, MO 65737
  .              Phone (417) 272-8911    Fax: (417) 335-7455

  .                      - CONSULTATION REPORT-
-----------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ████████
SEX          : F
Ordering MD  : J CHARLES MACE
Referring MD :
Exam ID      : 999705
Procedure    : LUMBAR SPINE 2 OR 3 VIEWS
Service Date : 04/01/2011
Account No.  : 20968186
-----------------------------------------------------------------------
Clinical History: Back pain.

Findings:

Operative exam of the lumbar spine. Followup per neurosurgery.

  .   Dictated by    : RICHARD MAKUCH .        . 04/01/2011 09 : 39
  .    Transcribed by : SVHOUSTON .          . 04/01/2011 09 : 41
  .    Approved by    : RICHARD MAKUCH .       . 04/01/2011 09 : 41
```

**Electronically Signed by Electronic Signature on 04/01/2011 at 11:29 AM**

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 150 of 200
LIN00950

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

November 18, 2013
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**10/08/2010 - Imaging Report: CERVICAL SPINE COMPLETE-FEO**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

CERVICAL SPINE COMPLETE-FEO

```
 .              SKAGGS COMMUNITY HEALTH CENTER
 .                     Branson, MO 65737
 .             Phone (417) 272-8911     Fax: (417) 335-7455

 .                     - CONSULTATION REPORT-
------------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ████████
SEX          : F
Ordering MD  : DIANE CORNELISON
Referring MD : DIANE CORNELISON
Exam ID      : 952160
Procedure    : CERVICAL SPINE COMPLETE-FEO
Service Date : 10/08/2010
Account No.  : 20430039
------------------------------------------------------------------------
CLINICAL HISTORY:  Spinal stenosis, 7 projections.

FINDINGS:

With flexion and extension, no subluxations.
Normal alignment.
Neural foramina are patent.

IMPRESSION:  Normal plain film of the cervical spine.

 .    Dictated by    : JOHN BARTOW .        . 10/08/2010 14 : 19
 .     Transcribed by : MJSTRANGE .         . 10/08/2010 16 : 31
 .     Approved by    : JOHN BARTOW .        . 10/08/2010 16 : 31
```

**Electronically Signed by Diane L Cornelison DO, on 10/11/2010 at 7:27 PM**

LIN00951

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

*November 18, 2013*
Page 1
Chart Document

**JAMIE SUE FLANAGAN**
Female  DOB: ▮▮▮▮▮  MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

**10/08/2010 - Imaging Report: MRI CERVICAL W/O CONTRAST**
**Provider: Diane L Cornelison DO,**
**Location of Care: CoxHealth Branson Clinics**

```
MRI CERVICAL W/O CONTRAST
    .               SKAGGS COMMUNITY HEALTH CENTER
    .                       Branson, MO 65737
                  Phone (417) 272-8911     Fax: (417) 335-7455

    .                    - CONSULTATION REPORT-
--------------------------------------------------------------------
Patient Name : FLANAGAN , JAMIE , S
MRN.         : 42-06-80
DOB          : ▮▮▮▮▮▮▮
SEX          : F
Ordering MD  : DIANE CORNELISON
Referring MD : DIANE CORNELISON
Exam ID      : 952144
Procedure    : MRI CERVICAL W/O CONTRAST
Service Date : 10/08/2010
Account No.  : 20430039
--------------------------------------------------------------------
CLINICAL HISTORY:  Spinal stenosis, increased reflexes.

TECHNIQUE:  Standard noncontrasted cervical MR protocol.

FINDINGS:

Normal cervical and proximal thoracic cord.
What can be seen of the posterior fossa appears normal.
Very mild disc bulging at C5-C6 and C6-C7, abutting the canal only.
Normal prevertebral soft tissues.

Axial Examination:
C2-C3:  Normal.
C3-C4:  Normal.
C4-C5:  Small signal within the annulus; there is a small annular tear, but no entrapment.
C5-C6:  Slight sagittal, left parasagittal disc bulge abutting the canal only, with
annular signal that may correlate with a small annular tear.
C6-C7:  Slight disc bulging, but no entrapment.
C7-T1:  Normal.

IMPRESSION:
1.  Minimal spondylotic changes.
2.  No nerve root or cord abnormality.

    .    Dictated by    : JOHN BARTOW .      . 10/08/2010 13 : 53
    .      Transcribed by : MJSTRANGE .      . 10/08/2010 15 : 35
    .      Approved by    : JOHN BARTOW .    . 10/08/2010 15 : 35
```

**Electronically Signed by Diane L Cornelison DO, on 10/11/2010 at 7:27 PM**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 152 of 200   LIN00952

# FOLLOWUP WORKSHEET

Date: 10-31-13

Name: Flanagan, Jamie S.    PCP:                REF:
DOB: ▓▓▓▓▓▓▓▓▓▓

Primary Neurologic Diagnosis: Lumbar Spondylosis z post Lami Syndrome

Reason for f/u: Pt request p̄ cord stimulator trial - no benefit from trial.

New Problems:                      Changes in PMH, SH, FH
⊝                                   or ROS:
                                    ⊝

Current Rx                          Rx failures
See EMR

Neurologic exam: (Normal)  Stable abnormalities:

New findings:

Plan and f/u
Trial of methadone for morphine 10mg TID
f/u 3 months

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 153 of 200    LIN00953

# FOLLOWUP WORKSHEET

Date: 9-19-13

Name: Flanagan, Jamie S. PCP: Knox  REF:
DOB: ~~[redacted]~~

Primary Neurologic Diagnosis: Lumbar Spondylosis c̄ post lami Syndrome

Reason for f/u: Pt request for "weakness" in legs. No true motor defecits. This is a Sensation not a motor phenomenon. Pein worse c̄ prolonged position esp in bed but comfortable in chair. Insurance denied Stimulator - pt will appeal.

New Problems:
∅

Changes in PMH, SH, FH or ROS:
∅

Current Rx
See BMR

Rx failures

Neurologic exam: (Normal)  Stable abnormalities:

New findings:

Plan and f/u
Continue Regimen
f/u 3 months.

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 154 of 200

LIN00954

Jamie Flanagan

August 15, 2013
Ozarka Pain Specialists
1011 E. Montclair Ste 100
Springfield, MO 65807
417-269-7248

Patient: Jamie Flanagan
DOB: ████████    Age: 33y
Referring Physician: Cornelison, Diane, D.O.

Date: 08/15/2013

Family Physician: Marcellus, Peter

**Vitals:**
Temp: 98.3° F
Blood Pressure: 108/68

Resp: 12
Height: ' "

Pulse: 69
Weight: 118 lbs

**Chief Complaint:** Back pain, evaluation for SCS.
**History of Present Illness:** 33 YOWF presents for evaluation of low back pain and evaluation for SCS as requested by Dr. Cornelison. She reports pain across lower lumbar spine with radiation into bilateral hips, posterior and lateral extremities bilaterally. Her sx have been present since August 2010 with no known accident or injury as cause. She has had previous lumbar fusion of L5-S1 by Dr. Mace in April 2011. She currently see's Dr. Hopewell for pain management however Dr. Cornelison has performed the injections.

**What best describes your pain:** Aching. Throbbing. Burning/Hot. Continuous. numbness
**Pain Rating:** Current: 7        At Best: 3        At Worst: 10



RIGHT        LEFT            LEFT        RIGHT

FRONT                          BACK

**Pain affected by:**
Muscle Relaxants: Better
Walking: Worse
Nighttime: Worse
Pain Medications: Better
Lying Down: Worse
Prolonged Position: Worse
Patient is experiencing numbness/tingling. bilateral lower extremities

**Tests Done to Diagnose Pain:** X-ray. CT Scan. MRI Scan.

P.002/005                    (Fax)4172688851

08/16/2013    15:38 Ozark Pain

PAGE  38/54                DONALD HOPEWELL MD                    4173361197    09:21  11/18/2013

LIN00955

Jamie Flanagan                                    August 16, 2013

**Diagnostic Reports**
XR SPINE LUMBAR MIN 6 VIEWS 1/9/13
IMPRESSION
1. Postsurgical changes of posterior lumbar interbody fusion at L5-S1.
2. Four pars defects with grade 2 spondylolisthesis. Operative appearance not substantially different than 2 November 2012. No interval change and no evidence of instability.

MRI LUMBAR W/O CONTRAST 9/22/10
IMPRESSION: Pars defects at L5 with spondylolisthesis of L5 on S1 and moderate bilateral neural foraminal narrowing and disc space degeneration.

LUMBAR SPINE MINIMUM 4 VIEWS 10/19/2011
IMPRESSION: Stable postop followup. Hardware is intact. No instability noted. The patient is status post posterior and anterior fusion.

XR SPINE LUMBAR MINIMUM 4 VIEWS 12/16/2011
IMPRESSION: Stable L5-S1 internal fixation and alignment.

CT SPINE LUMBAR WITHOUT CONTRAST 12/16/2011
IMPRESSION
Grade 2 subluxation L5 on S1 with internal fixation that compares with the previous examination.
Left L4-L5 disc bulge may affect the exiting left L4 nerve root, clinical correlation is recommended.

CT SPINE LUMBAR WITHOUT CONTRAST 9/12/2012
IMPRESSION:
1. Postsurgical changes of posterior lumbar interbody fusion at L5-S1. The sponylolisthesis of L5 on S1 appears stable but there is increasing sclerosis of the endplates and lucency around the bone cage suggesting the possibility of incomplete fusion across the disc space.
2. Large amount of epidural soft tissue, which appears to compromise the level of the thecal sac. The most likely etiology would be postsurgical scar tissue and similar changes have been noticed on previous studies.

CT SPINE LUMBAR SPINE WITH CONTRAST MYELO 11/2/2012
IMPRESSION: Not available

MR SPINE LUMBAR WITH AND WITHOUT CONTRAST 12/28/2012
IMPRESSION
Postsurgical changes of posterior lumbar interbody fusion at L5-S1 secondary to pars defects at L5 and grade 2 spondylolisthesis. There is extensive evidence of postoperative fibrosis in the posterior operative bed extending along the right and left lateral margins of the thecal sac and extending anteriorly on the left to involve the S1 nerve root.

**Previous Treatments**
Right L4 TFESI 4/25/13 with minimal relief.
LESI's 10/6/10, 10/20/10, 6/22/11, 7/13/11 previously by Dr. Hopewell
Topical analgesics, pain medications, muscle relaxants, heat, back brace, TENS unit
PT prior to and post surgery.

**Past Medical History**
Arthritis/gout: Arthritis/Osteoarthritis
GERD, Congenital flexible flat foot, Insomnia, Spina bifida, Uterine fibroids, Pars defect, Annular tear x2 cervical, gastric paresis, autoimmune disease, depression

**Past Surgical History**
Cholecystectomy:
Cesarean Section:
Spinal Fusion: L5-S1 Dr.Mace
Hysterectomy:
Foot surgeries x3, Exploratory lap, Reconstructive breast surgery x3

08/16/2013   15:38 Ozark Pain          (FAX)4172388854          P.003/005

PAGE 39/54          DONALD HOPEWELL MD          417336197   11/18/2013 09:21
LIN00956

LIN00957

11/18/2013  09:21     4173361197            DONALD HOPEWELL MD            PAGE  40/54

08/16/2013    15:39 Ozark Pain                        (FAX)4172888854          P.004/005

Jamie Flanagan                          ·         August 16, 2013

**Social History**
Patient does not consume alcohol.
Patient does not consume tobacco.
Patient is married.
Patient lives w/spouse.

**Family History**
HTN: Mother •
Thyroid problems: Mother •
CAD: Father •

**Systems Review**
Constitutional Symptoms: none
Eyes Symptoms: none
Cardiovascular Symptoms: none
Respiratory Symptoms: none
Allergy Symptoms: none
Urinary Symptoms: none
Female Reproductive Symptoms: none
Psychiatric Symptoms: • depression
Endocrine Symptoms: none
ENT Symptoms: none
Gastrointestinal Symptoms: • indigestion
Musculoskeletal Symptoms: • muscle pain • joint pain
Neurologic Symptoms: • numbness
Skin Symptoms: none
Blood Symptoms: none

**Medications and Allergies**
Medications and allergies reviewed.

**Physical Exam**
General: The patient appears well hydrated and well nourished. There is no acute distress and the patient's
appearance is consistent with their stated age.
Psychiatric: Patient is alert and oriented. Mood and affect were appropriate. Answers questions
appropriately.
Skin: Skin was warm and dry without rash, lesion or ulceration.
HEENT: The external ears, nose and mouth had a normal appearance.
Neck: The neck was supple.
Heart: The heartbeat was regular in rhythm and rate. No murmurs, gallops or rubs were observed.
Lungs: The lungs were clear to auscultation bilaterally. There was normal breathing effort.
Abdomen: The abdomen was soft, non-tender.
Extremities: Tenderness over L/S area
Spinal Extension, axial loading and lateral side bending of lumbar spine reproduces pain.
Neurologic DTR at the biceps & brachioradialis tendons are 2+ and symmetrical.
DTR at patella & achillies tendons are 2+ and symmetrical.
SLR on right is equivocal

**Impression**
FBSS- with most of her pain in LE's
Chronic pain Syndrome
Spondylolithels

Jamie Flanagan                                    August 15, 2013

**Plan**

Jamie is suffering from significant epidural fibrosis and is on high dose narcotics. Despite her current conservative treatments for this, she is in significant pain.
At this time I recommend SCS. We discussed perc trial process
An educational handout about the procedure was given to the patient and discussed. The patient will be scheduled.

Dr. Rosemary consult not needed. Pt has seen Dr Radovonovich and no contraindications are known
PLAN:
Dual Lead SCS trial

Signed Electronically By: Wayne H. Wallender, D.O.

**Superbill**
Diagnosis(es): Postlaminectomy Syndrome Lumbar Region: (722.83) • Spondylolysis, Lumbbosacral Region: (756.11) • • •
E&M Procedure: 99203: (office/outpatient visit new)

Diagnosis(es): • • • •
E&M Procedure:

**Allergies**

| Allergy | Severity |
|---|---|
| Darvocet | Severe |
| Ambien | Severe |
| Adhesive Tape | Severe |
| Lunesta | Severe |

**Medications**

| Date | Brand | Dosage | FREQ |
|---|---|---|---|
| July 10, 2013 | IBUPROFEN TABLETS | 800 | Q8h |
| July 10, 2013 | XANAX TABLETS | 0.5 | Other |
| July 10, 2013 | PROTONIX EC TABLETS | 40 | BID |
| July 10, 2013 | Zofran | 4 | Q12h |
| July 10, 2013 | Miralax Powder | | Other |
| July 10, 2013 | Wellbutrin SR XR12 | 150 | BID |
| July 10, 2013 | TOPAMAX TABLETS | 50 | BID |
| July 10, 2013 | Belladonna | | Q8h |
| July 10, 2013 | Bentyl | 10 | QID |
| July 10, 2013 | PLAQUENIL TABLETS | 200 | Daily |
| July 10, 2013 | Soma | 350 | TID |
| July 10, 2013 | ROBAXIN TABLETS | 750 | TID |
| July 10, 2013 | DILAUDID HYDROMORPHONE HCL TABLETS | 8 | Q4h |
| July 10, 2013 | Morphine Sulfate CR | 60 | BID |
| July 10, 2013 | Morphine Sulfate CR | 60 | BID |
| July 10, 2013 | Morphine Sulfate CR | 15 | BID |

**Prescriptions**

| Date | Brand | Dosage | FREQ |
|---|---|---|---|

P.005/005          (FAX)4177399894                          15:40 Ozark Pain     08/16/2013

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 158 of 200     LIN00958

# FOLLOWUP WORKSHEET

**Date:**
7-23-13

Name: Flanagan, Jamie S.     PCP: Knox     REF: Woodward

DOB: ████████

Primary Neurologic Diagnosis: lumbar spondylosis c post lami Syndrome (double? pain)

Reason for f/u: Routine med f/u. Issues all 3 Δ. Pain lumber c spread down legs. Parallels activity 'worse as week goes on. For cord stimulator trial next month. Continues to have somnolence issues c meds. Options 3 Δ from last visit. 30 min of face to face time

**New Problems:**

Ø

**Changes in PMH, SH, FH or ROS:**

Ø

**Current Rx**

See EMR

**Rx failures**

**Neurologic exam:** Normal     **Stable abnormalities:**

**New findings:**

**Plan and f/u**

Continue Regimen
F/u 3 months

Donald Hopewell MD
Neurology & Pain

LIN00959

LJN00960

11/18/2013   09:21   4173361197   DONALD HOPEWELL MD   PAGE   43/54

## FOLLOWUP WORKSHEET

Date: 10/25-13

Name: Flanagan, Jamie S   PCP: Knox   REF:

DOB: ████████

Primary Neurologic Diagnosis: Lumbar Spondylosis
Lumbar Post Lami Syndrome
Cervical Pain

Reason for f/u: ⊕ request to discuss options. Having hx personalance &
from morphine ⇒ has to increase when working or gets or gets to doses
she could use issues. includes anything but generics. ⇒ only morphine,
methadone. fentanyl as adjuncts. Has hypersensitivity (?) to adhesives ⇒
can't use fent. Doesn't want methadone. 30 minutes spont depression ⇒
opiae?

**New Problems:** ⊖

**Changes in PMH, SH, PH or ROS:** ⊖

**Current Rx** Suu EmR

**Rx failures**

**Neurologic exam:** (Normal)   Stable abnormalities:

**New findings:**

**Plan and f/u**
Continue Regimen -She will explore med options @ drug reps

Pursuing implantables
F/u 3 months

Donald Hopewell MD
Neurology & Pain

# FOLLOWUP WORKSHEET

**Date:** 1-24-13

**Name:** Flanagan, Jame S.  **PCP:** Knox  **REF:**
**DOB:** ▓▓▓▓▓

**Primary Neurologic Diagnosis:** Lumber Spondylosis
Lumber Post Lami Syndrome
Cervical Pein

**Reason for f/u:** Routine med f/u. Repeat MRI shows root scarring
Hes plans to do cord stimulator triel. No significant neck
pathology. 20 minute discussion of options. Can't
afford Zvin Za

**New Problems:**
⊖

**Changes in PMH, SH, FH or ROS:**
⊖

**Current Rx**
See EMR.

**Rx failures**

**Neurologic exam:** (Normal)  **Stable abnormalities:**

**New findings:**

**Plan and f/u**
↑ to Morphine 120 BID
Probably needs to ↑ narc's - but will hold otherwise
f/u 3 months.

Donald Hopewell MD
Neurology & Pain

LIN00961

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 161 of 200

# FOLLOWUP WORKSHEET

Date: 10-29-12

Name: Flanagan, Jamie S.    PCP: Knox    REF: Woodward

DOB: ~~_____~~

Primary Neurologic Diagnosis: Lumbar Spondylolisthesis
Lumbar post lami syndrome
cervical pain

Reason for f/u: Routine med f/u. Has seen Rheum. Blood work ⊝ but feels
likely autoimmune disease. LBP-f/u by NSurg - fusion has failed.
Having myelogram for both lumbar; cervical Bis nextweek.
Pain highly variable 2° to multiple etiologies & activity related
processes. Wants to hold on further med Δ until we i
Rx plans made

**New Problems:**

⊖

**Changes in PMH, SH, FH or ROS:**

⊘

**Current Rx**

See EMR

**Rx failures**

Neurologic exam (Normal)    Stable abnormalities:

New findings:

Plan and f/u
Continue Reg men
f/u 3 months.

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 162 of 200
LIN00962

# FOLLOWUP WORKSHEET

Date: 7-31-12

Name: Flanigan, Jamie S.    PCP: Knox    REF: Woodward
DOB: ~~████████████~~

Primary Neurologic Diagnosis: Lumbar spondylolisthosis
Lumbar post Lami Syndrome

Reason for f/u: Routine med f/u. Joint & neck pain less prominent.
Still gets episodic neck pain - stabbing & electric usually ē
movement. MRI done by PCP which did not show sig pathology.
Neck pain may cause spasm for days. Has not seen Rheumatologs.

New Problems:        Changes in PMH, SH, FH
∅                    or ROS:
                     ∅

Current Rx           Rx failures
SEE EMR              ∅

Neurologic exam: (Normal)   Stable abnormalities:

New findings:

Plan and f/u
Continue Regimen
Ph ē Rheum
Flu here 3 months

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 163 of 200    LIN00963

LIN00964

# FOLLOWUP WORKSHEET

**Date:** 8-9-12

**Name:** Flanagan, Jamie S   **PCP:** Knox   **REF:** Woodward

**DOB:**

**Primary Neurologic Diagnosis:** Lumbar Spondylolisthesis;
Lumbar Postflexion Syndrome

**Reason for fu:** Pt relates - 4 weeks of intermittent aching elbow toward
wrist. Yesterday developed also @ shoulder pain. Has had some
neck pain & ↓ROM - Occ zaps ± electrical sensation in neck
Some ↑ neck swelling ± mid cervical. No radicular spread of
pain; LB complaints between neck & arm. Sx, joints major
swollen red or hot. Has had knee sx's as well. From time to
time

**New Problems:** 25 shows

**Changes in PMH, SH, FH or ROS:** ⊖

**Current Rx:** See EMR

**Rx failures**

**Neurologic exam:** (Normal)   Stable abnormalities:
Nl Ncel & splint to ⊕
ILc joint oren LE's

**New findings:**

**Plan and fu**
1. Arthralgia
2. Neck pain
- NSAIA's regular
- Rheum eval

Donald Hopewell MD
Neurology & Pain

# FOLLOWUP WORKSHEET

**Date:**
5-1-12

Name: Flanagan, Jamie S    PCP: Knox    REF: *Woodward*

DOB: ~~██████~~

Primary Neurologic Diagnosis: Lumber Spondylolisthesis
Lumber post Lami Syndrome

Reason for f/u: Radira med flu. Failed nortriptyline and keppra now
also. Both caused problems. Pain = △ Posterior or posterolateral
on ⊕ leg. Discussed options again in detail. ~20 minutes face
to face.

**New Problems:**

~~6~~

**Changes in PMH, SH, FH or ROS:**

∅

**Current Rx**

See CMR

**Rx failures**

**Neurologic exam:** (Normal)    **Stable abnormalities:**

**New findings:**

**Plan and f/u**

Low dose Savella ; monitor for GI side effects — titrate up as tolerated
f/u 3 months



Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 165 of 200
LIN00965

# FOLLOWUP WORKSHEET

Date: 2-1-12

Name: Flanagan, Jamie S. PCP: Knox    REF:
DOB: ~~(redacted)~~

Primary Neurologic Diagnosis: Lumbar Spondylolisthasis
Lumbar Post Lami Syndroma

Reason for f/u: Routine med f/u. Couldn't take tolerate amitriptyline (out could take nortriptyline. Pain 3 A. Posterior or postro lateral on (L) leg. Sew D-Subs } ora A's ot ? bone reabsorption @ surgical site ⟹ Repeat in 6 months 1 may need reoperation i also brought ⊕ up possible spinal cord stimulator. Pt clearly in my mind is lumbar post Lami Syndroma ₹ ft real L4-L5 S1 root injury. Some somnolence ~ 2 hours ⊕ evinze dose

New Problems:    Changes in PMH, SH, FH
                 or ROS:
    ⊖            ⊖

Current Rx       Rx failures
SeeEMR

Neurologic exam (Normal) Stable abnormalities:

New findings:

Plan and f/u
Restart nortriptyline @ 50mg - plan to titrate up.
Take evinze or dosing 1/2 hours later
OK to use both Soma & Robaxin
SL 3 months

Donald Hopewell MD
Neurology & Pain

PAGE 49/54    DONALD HOPEWELL MD    417336197    09:21 11/18/2013

LIN00966

# FOLLOWUP WORKSHEET

Date: 11-02-11

Name: Flanagan, Jamie S. PCP: Knox/Marcellus
DOB: <span style="background:black">████████</span>

Primary Neurologic Diagnosis: Lumberspondylolisthesis

Reason for f/u: Routine mad f/u. LBP variable ē activity.
Leg. pain more consistant. Variable location. postero lat leg
may cross to madial knee. Burning lat fore-foot.
Good response to muscle relexors, lidoderm.

New Problems:


Changes in PMH, SH, FH or ROS:


Current Rx
Sga EMR

Rx failures

Neurologic exam: (Normal) Stable abnormalities:

New findings:

Plan and f/u
Continue Regimen
f/u 3 months.
Trial of amitriptyline @ HS

Donald Hopewell MD
Neurology & Pain

Case 3:17-cv-05060-MDH Document 35-5 Filed 05/15/18 Page 167 of 200
LIN00967

LIN00968

11/18/2013  09:21     4173361197                    DONALD HOPEWELL MD                        PAGE  51/54

**FOLLOWUP WORKSHEET**

**Date:** 8.2.11

**Name:** Flanagan, Jamie S   **PCP:** Knox, Marcellus
**DOB:**

**Primary Neurologic Diagnosis:** Lumbar Spondylolisthesis

**Reason for fu:** No improvement @ 3 rel. ep'. LBP variable @ 2 achiv'y. Leg pain consist'end-down posterior leg @ ⓇⒾ into Ⓛ heel. Wurse the more she is up on feet. Worse late in day; subacute goes an.

**New Problems:** ⊖

**Changes in PMH, SH, FH or ROS:** ⊖

**Current Rx** Sta EMG

**Rx failures**

**Neurologic exam:** ⟨Normal⟩ / Stable abnormalities:

**New findings:**

**Plan and fu** Continue Regimen. Consider epi? or Ni/Keo – discuss ≅ Eckhardson. f/u 3 months

Donald Hopewell MD
Neurology & Pain

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
*Female  DOB:* ▓▓▓▓▓ *MRN:* 42-06-80

November 18, 2013
Page 1
Chart Document

Home: (417)459-5879 Work: (417)335-7361

**10/22/2010 - Office Visit: Neurology Office Visit- EMG**
**Provider: Glady Jacob MD,**
**Location of Care: Cox Pain and Neurology Branson**

**Requesting Physician:** woodward
**Chief Complaint:** emg- BL/LE

**Vital Signs**
**Pulse rate:** 80
**Pulse rhythm:** regular
**Respirations:** 18
**Blood Pressure:** 110/80 mm Hg

**Pain Assessment**
The patient is currently experiencing pain.
The patient has experienced pain in the last 2 weeks.
**Location:** back
**Intensity (0-10):** 4
The patient's medication list has been reviewed and updated.  **Medications (including medications added during this visit):**
HYDROCODONE-ACETAMINOPHEN 10-325 MG/15ML SOLN (HYDROCODONE-ACETAMINOPHEN) 1-2 PO Q 6 HOURS AS NEEDED FOR PAIN
NEURONTIN 300 MG CAPS (GABAPENTIN) take one every am, and two every pm.
LEXAPRO 20 MG TABS (ESCITALOPRAM OXALATE) one tab po daily
ROBAXIN 500 MG TABS (METHOCARBAMOL) one three times a day as needed
XANAX 0.25 MG TABS (ALPRAZOLAM) one tid as needed
LYRICA 50 MG CAPS (PREGABALIN) one cap at night
KETOROLAC TROMETHAMINE 10 MG TABS (KETOROLAC TROMETHAMINE) take 1 tab bid x 3 days.
ZITHROMAX 250 MG TABS (AZITHROMYCIN) 2 po day 1, 1 po daily, days 2-5
AVINZA 30 MG XR24H-CAP (MORPHINE SULFATE BEADS) 1 daily
DEXAMETHASONE 4 MG TABS (DEXAMETHASONE) take 3 tabs on day 1, take 2 tabs on day 2 and take 1 tab on day 3 and stop. take this medication in the am and w/ food.

**Allergies:**
! DARVOCET (PROPOXYPHENE N-APAP)
! * AMBIEN
! ADHESIVE TAPE
! * LUNESTA)}
COR
FLANAGAN, JAMIE S
DOB:   04/03/1980
Patient Number:   42-06-80
DocType:   079
10/22/2010


ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

CLINICAL HISTORY: The patient is a 30-year-old who has pain
 in her lower back with pain radiating down the right lower
 extremity. This EMG/nerve conduction study is done to
 evaluate for lumbosacral radiculopathy.

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 169 of 200
LIN00969

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B BRANSON, MO 65616
417-336-1181 Fax: 417-336-1197

*November 18, 2013*
Page 2
Chart Document

**JAMIE SUE FLANAGAN**
Female DOB: ████████ MRN: 42-06-80

Home: (417)459-5879 Work: (417)335-7361

DESCRIPTION OF EMG AND NERVE CONDUCTION STUDIES:
Motor nerve conduction study from the right peroneal showed a distal latency of 4.3 milliseconds. Amplitude was 6.1 millivolts and conduction velocity was 46 meters per second below knee and 50 above knee.
Motor nerve conduction study from the right tibial showed a distal latency of 4.4 milliseconds. Amplitude was 8.6 millivolts and conduction velocity was 49 meters per second.
Motor nerve conduction study from the left tibial showed a distal latency of 4 milliseconds. Amplitude was 12.8 millivolts and conduction velocity was 51 meters per second.

F-wave studies from the right peroneal showed an F-latency of 51.2.
F-wave studies from the right tibial showed an F-latency of 52.1.
F-wave studies from the left tibial showed an F-latency of 52.2.

Sensory nerve conduction study from the right sural showed a peak latency of 3.8. Amplitude was 24.
Sensory nerve conduction study from the left sural showed a peak latency of 3.5. Amplitude was 21.5.

EMG studies were done of the right tibialis anterior, gastrocnemius, and extensor hallucis longus and the left tibialis anterior and gastrocnemius. All these muscles showed normal motor units, no spontaneous activity, and normal recruitment. The right vastus lateralis, short head of biceps, and gluteus medius showed normal motor units, no spontaneous activity, and normal recruitment. The lumbar paraspinal muscles were tested bilaterally at 3 levels. There was 1+ positive waves in the right lumbosacral paraspinal muscles at the lower level.

CONCLUSION: Abnormal study - Nerve conduction studies were within normal limits. However electromyogram studies show electrophysiological evidence of lumbosacral radiculopathy predominantly affecting the right L5-S1 nerve roots.

Voice ID: 586986
10/22/2010 12:00:38 by Glady Jacob M.D.
10/23/2010 11:05:46 by 3059
**Assessment**

**Plan**

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 170 of 200
LIN00970

**Donald Hopewell M.D.**
500 W. Main St. Suite 205B  BRANSON, MO 65616
417-336-1181  Fax: 417-336-1197

**JAMIE SUE FLANAGAN**
Female  DOB: ▓▓▓▓▓▓  MRN:  42-06-80

Home: (417)459-5879 Work: (417)335-7361

Electronically Signed by Glady Jacob MD, on 10/22/2010 at 12:10 PM



# F A X   C O V E R   L E T T E R

**Company Name:** Lincoln National Life Insurance Co          **Fax Number:** 1-877-843-3950

**Attn.:**      Long Term Disability Claims

| | |
|---|---|
| **From:** | Cox Medical Center Branson |
| **Department:** | Human Resources |
| **Phone Number:** 417-335-7262 | **Fax Number:** 417-335-7166 |

**RE**          LTD Claims

**Date** _____          **Time** _____

**Number of Pages:**                    **Cover Page**

If all pages are not received, please call
**Name**          Judy Hampton

**Phone**          417-335-7262

**Additional information:**

**Action required:**

---

### CONFIDENTIALITY NOTICE

The information contained in this message and any attachments are privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete/destroy this message, any attachments, all copies and backups.

P.O. Box 650 - Branson, MO 65615

LIN00972

## Long-Term Disability Claim Employer's Statement

*To Be Completed By The Employer*

| This claim is for (Employee's Name and Address) | Social Security Number | Date of Birth |
|---|---|---|
| JAMIE FLANAGAN | | |

### A. Information about the employer

| Company's Name | Group Policy Number | Class Number |
|---|---|---|
| LESTER E. Cox MEDICAL CENTER | 000010157326 | |

Address (Street, City, State, Zip)

Telephone:
Fax:

| Name and address of division where employee works (if different from above) | Telephone: 417-335-7262 |
|---|---|
| 525 BRANSON LANDING BIVD  BRANSON MO 65616 | Fax: 417-348-8285 |

### B. Information about the employee

| Date employee was hired (Month, Day, Year) 3/1/10 | Date employee became insured under this plan? 5/1/2013  Date employee became insured under prior plan? 3/1/2010 | What was the employee's regularly scheduled work week?  hours per week 40   hours per day 8 |
|---|---|---|

### C. Information needed for withholding and reporting taxes

Does employee contribute post-tax dollars toward the premium? h Yes (h)No  If yes, what percent is paid by the employee? ____ %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

### D. Information about the claim

Were there any changes to the employee's job responsibilities due to the disabling condition before the employee became fully disabled?
☐ Yes ☒ No  If yes, what were the changes and when were they made?

| What was the employee's permanent job on his or her last day at work?  NURSE PRACTIONER | How long had the employee been in this job?  3 YRS   8 MOS |
|---|---|
| Last day employee actually worked (Month, Day, Year)  8/25/2013 | On that day, did the employee work a full day?  ☐ Yes ☒ No  If no, how many hours were worked? 4 |
| Why did employee stop working? | Is the employee's condition work related?  ☐ Yes ☐ No |

Has a claim been filed with Workers' Compensation?
☐ Yes ☒ No  If yes, send initial report of illness or injury and award notice.

Name, address and telephone number of your compensation carrier

Name, address and telephone number of your medical insurance carrier

### E. Information about your pension plan (do not complete for maternity claim)

| Do you have a pension plan?  ☒ Yes ☐ No | If yes, what type? ☐ Defined benefit  ☒ Defined contribution | ☐ 401(k)  ☐ Profit sharing | ☐ Other: (specify) |
|---|---|---|---|

| Is the employee eligible for your pension plan?  ☒ Yes ☐ No  If no, why? | If eligible, does the employee participate?  ☒ Yes ☐ No  If no, why? |
|---|---|

If the employee is participating, when is he or she eligible for benefits under the plan? (Month, Day, Year)
UPON TERMINATION OF EMPLOYMENT OR AT AGE 59 1/2

NOTE: If any portion of this pension benefit is attributable to the employee's contribution, please provide details including the percentage of his/her contribution to the total contribution. This should include a copy of the contract.

### F. Information about your rehire or return-to-work policies

Does your company have a rehire or return-to-work policy for disabled employees?
☒ Yes ☐ No

What is the name and title of the manager we should contact if we identify a rehabilitation or return-to-work option?
CHERYL DUNN — EMPLOYEE RELATIONS MANAGER

### G. Information about the employee's salary

The employee (Check all that apply)
☒ is paid hourly (what is the hourly rate") $ 43.29       ☐ is salaried   ☐ receives commissions   ☐ receives bonuses

Will employee file for disability benefits provided by any employer/employee labor management, state disability or union welfare plan?
☐ Yes ☒ No  If yes, what is the weekly amount? $ _____ - _____  When do benefits begin? _____  End? _____

Is this employee eligible for salary continuation?
☐ Yes ☒ No  If yes, what is the weekly amount? $ _____  When do benefits begin? _____  End? _____

(Continued on next page)

GLC-01252

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 173 of 200          LIN00973

Reporting the employee's basic monthly earnings

Find the definition of basic monthly earnings that matches your contract for this employee and follow the instructions given.

### Definitions of Basic Monthly Earnings

a.  salary only (no commissions, bonuses, etc.). complete question 1 below
b.  previous year's W-2 form. complete question 5 below (attach W-2)
c.  sole proprietor. complete question 8 below
d.  previous year's K-1 form. complete question 6 below (attach K-1)

e.  salary and commissions. complete questions 1 and 3 below
f.  salary, commissions and bonuses. complete questions 1, 3 and 4 below
g.  salary and deferred compensation. complete questions 1 and 2 below
h.  salary, deferred compensation and commissions. complete questions 1, 2 and 3 below
i.  salary, deferred compensation, commissions and bonuses. complete questions 1, 2, 3 and 4 below
j.  salary and K-1 earnings. complete questions 1 and 6 below

k.  W-2 with deferred compensation. complete questions 2 and 5 below
l.  partnership agreement. complete question 7 below
m.  teacher's contract. complete question 1 below
n.  any other definition. complete question 9 below

1) On the last day employee worked, what was his or her basic monthly salary? (Divide annual salary by 12 or multiply weekly salary by 52 and divide by 12. Teachers divide annual salary by 12)          1 _7,503.60_

2) On the last day the employee worked, what was his or her monthly pre-tax contribution to your deferred compensation plan?          2 _____

3) How much had the employee received in commissions in the 12 months (or the period of employment if less than 12 months) immediately preceding the last day worked? $ _____ . Divide this number by 12, or the length of employment if less than 12 months, to find the average monthly commissions.          3 _____

4) How much had the employee received in bonuses in the 12 months (or the period of employment if less than 12 months) immediately preceding the last day worked? $ _____ . Divide this number by 12, or the length of employment if less than 12 months, to find the average monthly bonuses.          4 _____

5) What were the employee's earnings as shown on the W-2 form of the year immediately preceding the disability?          5 _____

6) What were the employee's earnings as shown on the K-1 form of the year immediately preceding the disability?          6 _____

7) As of the last day the employee worked, what were the budgeted annual earnings as determined by the written partnership agreement in effect? (Do not include dividends, interest or return of capital) $ _____ .          7 _____

8) As of the last day the employee worked, what was the sole proprietor's annual net profit (1040 Schedule C gross income minus total deductions minus depreciation) averaged over the 3 years immediately preceding the disability or the period of sole proprietorship if less than 3 years?          8 _____

9) For definitions other than those above, calculate the monthly earnings as they are defined in your contract. If earnings are based on salary as expressed on a particular document, send us a copy of the document.          9 _____

### H.  Required Attachments and Signature

If the employee contributes to the premiums, attach a copy of the enrollment form.

If salary is based on a W-2, K-1, 1099, or a similar document, attach a copy of the document.

If you have medical information from the employee's file relating to this disability, please attach copies.

If a workers' compensation claim is filed, send initial report of injury or illness and award notice.

Name of person completing this form (If this claim is approved for disability benefits, the benefit check will be sent to the employee with a carbon copy to you.)

X _Judy Hampton_                    _HR Supervisor_                    _11-15-13_
Signature                             Title                              Date

GLC-01252                                                              Page 3 of 14
                                                                       12/10

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 174 of 200

LIN00974

# Long-Term Disability Claim Job Analysis

## To Be Completed By The Employee's Supervisor

This claim is for (Employee's Name)

**JAMIE FLANAGAN**

Employee's Social Security Number

Date of Disability (Month, Day, Year)

### A. General information about the employee's job

Job Title

**NURSE PRACTIONER**

Minimum education or training required

Does the employee perform supervisory functions?

☐ Yes ☐ No  If yes, how many people are supervised? _____ Describe job duties.

Check the items below that relate to the employee's job. Use these definitions for the frequency of occurrence:
Occasionally means the person does the activity up to 33% of the time.
Frequently means the person does the activity 34% to 66% of the time.
Continuously means the person does the activity 67% to 100% of the time.

**SEE JOB DESCRIPTION**

| | Occasionally | Frequently | Continuously |
|---|---|---|---|
| Relate to others | ☐ | ☐ | ☐ |
| Written and verbal communication | ☐ | ☐ | ☐ |
| Reasoning, math and language | ☐ | ☐ | ☐ |
| Makes independent judgments | ☐ | ☐ | ☐ |

Which of the following describe the employee's working environment? Check all that apply.
☐ Unprotected heights    ☐ Changes in temperature or humidity    ☐ Exposure to dust, fumes and gases
☐ Being near moving machinery    ☐ Driving automotive equipment    ☐ Other hazards

Is the employee required to travel?
☐ Yes ☒ No  If yes, complete the following information:

How does the employee travel? (Automobile, plane, train, etc.)

Where does the employee travel?         What percent of the time does the employee travel?

### B. Information about the physical aspects of the employee's job

Check the items below that relate to the employee's job and complete the information requested. Use these definitions for the frequency of occurrence:
Occasionally means the person does the activity up to 33% of the time.
Frequently means the person does the activity 34% to 66% of the time.
Continuously means the person does the activity 67% to 100% of the time.

**SEE JOB DESCRIPTION**

| Activity | Occasionally | Frequently | Continuously | Describe Activity | Weight |
|---|---|---|---|---|---|
| ☐ Standing | ☐ | ☐ | ☐ | | |
| ☐ Walking | ☐ | ☐ | ☐ | | |
| ☐ Sitting | ☐ | ☐ | ☐ | | |
| ☐ Balancing | ☐ | ☐ | ☐ | | |
| ☐ Stooping | ☐ | ☐ | ☐ | | |
| ☐ Kneeling | ☐ | ☐ | ☐ | | |
| ☐ Crouching | ☐ | ☐ | ☐ | | |
| ☐ Crawling | ☐ | ☐ | ☐ | | |
| ☐ Reaching/working overhead | ☐ | ☐ | ☐ | | |
| ☐ Climbing: | | | | | |
| ☐ Stairs | ☐ | ☐ | ☐ | | |
| Number of stairs: _____ | | | | | |
| ☐ Ladders | ☐ | ☐ | ☐ | Describe Activity | Weight |
| Height of Ladder: _____ | | | | | |
| ☐ Pushing | ☐ | ☐ | ☐ | _____ | _____ lbs. |
| ☐ Pulling | ☐ | ☐ | ☐ | _____ | _____ lbs. |
| ☐ Lifting/carrying | ☐ | ☐ | ☐ | _____ | _____ lbs. |

(Continued on next page)

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 175 of 200    LIN00975

Can the job be performed by alternating sitting and standing?
☐ Yes  ☒ No

Does the job require using the feet to operate foot controls?
☐ Yes  ☒ No    If yes, on what type of equipment?

How important is good vision in the job?
        IMPORTANT

| What are the major tasks requiring use of one or both hands? | One Hand | Both Hands |
|---|---|---|
| _SEE JOB DESCRIPTION_ | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**C. Information about the job as it relates to the disability**

Can the job be modified to accommodate the disability either temporarily or permanently?
☐ Yes  ☐ No   If yes, explain


Is it possible to offer the employee assistance in doing the job (through use of technology or personal assistance for example)?
☐ Yes  ☐ No   If yes, explain


**D. Attachments and Signature** (Attach a copy of the employee's job description)

Name of person completing this form


X _Judy Hampton_            _HR Supervisor_            _11-15-13_
     Signature                        Title                          Date

                              Telephone _417-335-7262_ Fax _417-348-8285_

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 176 of 200

LIN00976

SKAGGS *Regional Medical Center*

# Job Description

## Job Title:  Nurse Practitioner

Department:  Varies
Reports to:  Director of Physician Services
FLSA Status:  Exempt
Job Code: 7150
Effective Date: June 23, 2009

### SUMMARY:
Provides general medical care and treatment to patients in medical clinic(s), under direction of Physician, by performing the duties listed below.

### SUPERVISORY RESPONSIBILITIES:
This job has indirect supervisory responsibilities over clinical staff.

### ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Provide exceptional service and/or care to all patients, customers and team members.
- Performs physical examinations and preventive health measures within prescribed guidelines and instructions of Physician.
- Orders, interprets, and evaluates diagnostic tests to identify and assess patient's clinical problems and health care needs. Recognizes need for further screening or referral to PT, Speech, OT, Dietician, etc.
- Records physical findings, and formulates plan and prognosis, based on patient's condition.
- Discusses case with Physician and other health professionals to prepare comprehensive patient care plan.
- Submits health care plan and goals of individual patients for periodic review and evaluation by Physician.
- Prescribes or recommends drugs or other forms of treatment such as physical therapy, inhalation therapy, or related therapeutic procedures.
- Refers patients to Physician for consultation or to specialized health resources for treatment.
- Adapts care to spiritual, psychosocial, and cultural needs of patients when appropriate.
- Reports suspected abuse using hospital procedure.
- Assesses the patient and family needs for teaching and identifies patient's learning level, needs, and barriers as well as ability to comprehend instructions.
- Provides education to meet the patient or support person's needs
- Collaborates with supervising physician in the treatment and plan of care of patients

LJN00977

**Nurse Practitioner**
**Page 2**

    according to parameters defined by the collaborating physician.
- Timely documents services provided to patients, signs and dates orders, use EMR efficiently, and maintain the patient's medical record accurately and timely.
- Assures that responses to patient are timely in reporting ancillary testing results and informing patient of further treatment regiments.
- Responds to physician needs for assistance as requested.
- Assists Office Manager by providing input when evaluating work performance of the clinical staff.
- Perform other duties as required.

## QUALIFICATION REQUIREMENTS:

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and abilities required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Education and/or Experience:**
- Master's Degree

**License(s), Certification(s), Registration(s), Accreditation(s)**
- Current Missouri RN License
- Current Missouri Nurse Practitioner License
- CPR

**Knowledge, Skills and Abilities:**
- Ability to communicate effectively.
- Ability to read, analyze, and interpret, professional journals, technical procedures, or governmental regulations.
- Ability to write reports.
- Ability to effectively present information and respond to questions from groups of managers, employees, patients, and the general public.
- Knowledge of Microsoft Office software products, primarily Excel and Word.
- Knowledge of Database software and EMR Word Processing Software.
- Skill in operation of tools, equipment, and materials listed below.

## PERFORMANCE REQUIREMENTS:

- Prompt and regular attendance according to policy
- Comply with dress code and appearance standards.
- Interact with patients, customers, the general public, management, and team members in a professional, courteous, and tactful manner.
- Work with integrity, uphold Skaggs' mission, values, and maintain confidentiality in all situations.

LIN00973

**Nurse Practitioner**
**Page 3**

- Follow safety & security policies & procedures, immediately report suspicious activities and unsafe conditions.  Use equipment, tools & materials properly.
- Participate in all mandatory job training and meetings as directed which may include overnight travel and extended stays as applicable.
- Adhere to requirements, policies and procedures outlined in the Employee Handbook and/or other Hospital/Clinic practices.

## EQUIPMENT OPERATED:
- General office equipment
- Computer
- Diagnostic testing equipment
- Various types of medical instruments & equipment.

## PHYSICAL DEMANDS AND WORK ENVIRONMENT:
The physical demands and work environment characteristics described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms and talk or hear. The employee is occasionally required to stoop and kneel. The employee must regularly lift and/or move 30 pounds, frequently lift and/or move 50 pounds and occasionally lift up to up to 100 pounds.

- Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception and ability to adjust focus.

- The noise level in the work environment is usually moderate.

- The employee is frequently exposed to blood borne pathogens, body fluids, contagious diseases, blood, and bio-hazard materials.

## SELECTION GUIDELINES:
*Formal application; verification of education, and experience; verification of license(s), certification(s), registration(s), accreditation(s) if applicable; oral interview, reference and background checks; job related tests may be required.*

LJN00979

**Nurse Practitioner**
**Page 4**

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position. The job description does not constitute an employment agreement between the Hospital/Clinic and the employee. The job description is subject to change as the needs of the Hospital/Clinic and requirements of the job change.

**Employee Signature:** I have read and agree that I can perform the essential functions of this position.

_____          _____
Print Name                          Date         Signature

_____
HR Rep. Signature                   Date

**Job Description Revision History:**
*List date(s) revised: 6/2009*

LJN00980



# F A X   C O V E R   L E T T E R

**Company Name:** Lincoln National Life Insurance Co      **Fax Number:** 1-877-843-3950

**Attn.:**    Long Term Disability Claims

| | |
|---|---|
| **From:** | Cox Medical Center Branson |
| **Department:** | Human Resources |
| **Phone Number:** 417-335-7262 | **Fax Number:** 417-335-7166 |

**RE**     LTD Claims

**Date** _____       **Time** _____

**Number of Pages:**       **Cover Page**

If all pages are not received, please call

**Name**      Judy Hampton

**Phone**     417-335-7262

**Additional information:**

**Action required:**

---

### CONFIDENTIALITY NOTICE

The information contained in this message and any attachments are privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete/destroy this message, any attachments, all copies and backups.

P.O. Box 650 - Branson, MO 65615

LIN00981

## Long-Term Disability Claim Employer's Statement

**To Be Completed By The Employer**

| This claim is for (Employee's Name and Address) | Social Security Number | Date of Birth |
|---|---|---|
| JAMIE FLANAGAN | ▓▓▓▓▓ | ▓▓▓▓▓ |

**A.  Information about the employer**

| Company's Name | Group Policy Number | Class Number |
|---|---|---|
| LESTER E. COX MEDICAL CENTER | 000810157326 | |

| Address (Street, City, State, Zip) | Telephone: Fax: |
|---|---|

| Name and address of division where employee works (if different from above) | Telephone: 417-335-7262 |
|---|---|
| 525 BRANSON LANDING BIVD   BRANSON MO 65616 | Fax: 417-348-8285 |

**B.  Information about the employee**

Date employee was hired (Month, Day, Year) 3/1/10
Date employee became insured under this plan? 5/1/2013   Date employee became insured under prior plan? 3/1/2010
What was the employee's regularly scheduled work week? hours per week 40   hours per day 8

**C.  Information needed for withholding and reporting taxes**

Does employee contribute post-tax dollars toward the premium?  h Yes ⓘNo  If yes, what percent is paid by the employee? _____ %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

**D.  Information about the claim**

Were there any changes to the employee's job responsibilities due to the disabling condition before the employee became fully disabled?
☐ Yes ☒ No  If yes, what were the changes and when were they made?

| What was the employee's permanent job on his or her last day at work? | How long had the employee been in this job? |
|---|---|
| NURSE PRACTIONER | 3 YRS   8 MOS |

Last day employee actually worked (Month, Day, Year) 8/25/2013
On that day, did the employee work a full day? ☐ Yes ☒ No  If no, how many hours were worked? 4

Why did employee stop working?
Is the employee's condition work related? ☐ Yes ☐ No

Has a claim been filed with Workers' Compensation?
☐ Yes ☒ No  If yes, send initial report of illness or injury and award notice.

Name, address and telephone number of your compensation carrier

Name, address and telephone number of your medical insurance carrier

**E.  Information about your pension plan (do not complete for maternity claim)**

Do you have a pension plan? ☒ Yes ☐ No
If yes, what type? ☐ Defined benefit  ☒ Defined contribution   ☐ 401(k)  ☐ Profit sharing   ☐ Other: (specify)

Is the employee eligible for your pension plan? ☒ Yes ☐ No  If no, why?
If eligible, does the employee participate? ☒ Yes ☐ No  If no, why?

If the employee is participating, when is he or she eligible for benefits under the plan? (Month, Day, Year)
UPON TERMINATION OF EMPLOYMENT OR AT AGE 59 1/2

NOTE: If any portion of this pension benefit is attributable to the employee's contribution, please provide details including the percentage of his/her contribution to the total contribution. This should include a copy of the contract.

**F.  Information about your rehire or return-to-work policies**

Does your company have a rehire or return-to-work policy for disabled employees?
☒ Yes ☐ No

What is the name and title of the manager we should contact if we identify a rehabilitation or return-to-work option?
CHERYL DUNN — EMPLOYEE RELATIONS MANAGER

**G.  Information about the employee's salary**

The employee (Check all that apply)
☒ is paid hourly (what is the hourly rate?) $ 43.29   ☐ is salaried   ☐ receives commissions   ☐ receives bonuses

Will employee file for disability benefits provided by any employer/employee labor management state disability or union welfare plan?
☐ Yes ☒ No  If yes, what is the weekly amount? $ _____   When do benefits begin? _____   End? _____

Is this employee eligible for salary continuation?
☐ Yes ☒ No  If yes, what is the weekly amount? $ _____   When do benefits begin? _____   End? _____

(Continued on next page)

GLC-01252

## Reporting the employee's basic monthly earnings

Find the definition of basic monthly earnings that matches your contract for this employee and follow the instructions given.

### Definitions of Basic Monthly Earnings

a.  salary only (no commissions, bonuses, etc.), complete question 1 below
b.  previous year's W-2 form, complete question 5 below (attach W-2)
c.  sole proprietor, complete question 8 below
d.  previous year's K-1 form, complete question 6 below (attach K-1)

e.  salary and commissions, complete questions 1 and 3 below
f.  salary, commissions and bonuses, complete questions 1, 3 and 4 below
g.  salary and deferred compensation, complete questions 1 and 2 below
h.  salary, deferred compensation and commissions, complete questions 1, 2 and 3 below
i.  salary, deferred compensation, commissions and bonuses, complete questions 1, 2, 3 and 4 below
j.  salary and K-1 earnings, complete questions 1 and 6 below

k.  W-2 with deferred compensation, complete questions 2 and 5 below
l.  partnership agreement, complete question 7 below
m.  teacher's contract, complete question 1 below
n.  any other definition, complete question 9 below

1)  On the last day employee worked, what was his or her basic monthly salary? (Divide annual salary by 12 or multiply weekly salary by 52 and divide by 12. Teachers divide annual salary by 12)      1  7,503.60

2)  On the last day the employee worked, what was his or her monthly pre-tax contribution to your deferred compensation plan?      2 _____

3)  How much had the employee received in commissions in the 12 months (or the period of employment if less than 12 months) immediately preceding the last day worked? $ _____ . Divide this number by 12, or the length of employment if less than 12 months, to find the average monthly commissions.      3 _____

4)  How much had the employee received in bonuses in the 12 months (or the period of employment if less than 12 months) immediately preceding the last day worked? $ _____ . Divide this number by 12, or the length of employment if less than 12 months, to find the average monthly bonuses.      4 _____

5)  What were the employee's earnings as shown on the W-2 form of the year immediately preceding the disability?      5 _____

6)  What were the employee's earnings as shown on the K-1 form of the year immediately preceding the disability?      6 _____

7)  As of the last day the employee worked, what were the budgeted annual earnings as determined by the written partnership agreement in effect? (Do not include dividends, interest or return of capital) $ _____ .      7 _____

8)  As of the last day the employee worked, what was the sole proprietor's annual net profit (1040 Schedule C gross income minus total deductions minus depreciation) averaged over the 3 years immediately preceding the disability or the period of sole proprietorship if less than 3 years?      8 _____

9)  For definitions other than those above, calculate the monthly earnings as they are defined in your contract. If earnings are based on salary as expressed on a particular document, send us a copy of the document.      9 _____

## H.  Required Attachments and Signature

If the employee contributes to the premiums, attach a copy of the enrollment form.

If salary is based on a W-2, K-1, 1099, or a similar document, attach a copy of the document.

If you have medical information from the employee's file relating to this disability, please attach copies.

If a workers' compensation claim is filed, send initial report of injury or illness and award notice.

Name of person completing this form (If this claim is approved for disability benefits, the benefit check will be sent to the employee with a carbon copy to you.)

X _Judy Hampton_____        _HR Supervisor_____        __11-15-13__
Signature                           Title                      Date

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 183 of 200   LJN00983

## Long-Term Disability Claim Job Analysis

To Be Completed By The Employee's Supervisor

This claim is for (Employee's Name)

     JAMIE FLANAGAN

| Employee's Social Security Number | Date of Disability (Month, Day, Year) |
|---|---|
| | |

A. General Information about the employee's job

| Job Title    NURSE PRACTIONER | Minimum education or training required |
|---|---|

Does the employee perform supervisory functions?

☐ Yes ☐ No   If yes, how many people are supervised? _____ Describe job duties.

Check the items below that relate to the employee's job. Use these definitions for the frequency of occurrence:

     Occasionally means the person does the activity up to 33% of the time.
     Frequently means the person does the activity 34% to 66% of the time.     SEE JOB DESCRIPTION
     Continuously means the person does the activity 67% to 100% of the time.

| | Occasionally | Frequently | Continuously |
|---|---|---|---|
| Relate to others | ☐ | ☐ | ☐ |
| Written and verbal communication | ☐ | ☐ | ☐ |
| Reasoning, math and language | ☐ | ☐ | ☐ |
| Makes independent judgments | ☐ | ☐ | ☐ |

Which of the following describe the employee's working environment? Check all that apply.

☐ Unprotected heights      ☐ Changes in temperature or humidity      ☐ Exposure to dust, fumes and gases

☐ Being near moving machinery      ☐ Driving automotive equipment      ☐ Other hazards

Is the employee required to travel?

☐ Yes ☒ No   If yes, complete the following information:

How does the employee travel? (Automobile, plane, train, etc.)

Where does the employee travel?      What percent of the time does the employee travel?

B. Information about the physical aspects of the employee's job

Check the items below that relate to the employee's job and complete the information requested. Use these definitions for the frequency of occurrence:

     Occasionally means the person does the activity up to 33% of the time.
     Frequently means the person does the activity 34% to 66% of the time.     SEE JOB DESCRIPTION
     Continuously means the person does the activity 67% to 100% of the time.

| Activity | Occasionally | Frequently | Continuously | Describe Activity | Weight |
|---|---|---|---|---|---|
| ☐ Standing | ☐ | ☐ | ☐ | | |
| ☐ Walking | ☐ | ☐ | ☐ | | |
| ☐ Sitting | ☐ | ☐ | ☐ | | |
| ☐ Balancing | ☐ | ☐ | ☐ | | |
| ☐ Stooping | ☐ | ☐ | ☐ | | |
| ☐ Kneeling | ☐ | ☐ | ☐ | | |
| ☐ Crouching | ☐ | ☐ | ☐ | | |
| ☐ Crawling | ☐ | ☐ | ☐ | | |
| ☐ Reaching/working overhead | ☐ | ☐ | ☐ | | |
| ☐ Climbing: | ☐ | ☐ | ☐ | | |
|    ☐ Stairs | ☐ | ☐ | ☐ | | |
|    Number of stairs: _____ | | | | | |
|    ☐ Ladders | ☐ | ☐ | ☐ | | |
|    Height of Ladder: _____ | | | | | |
| ☐ Pushing | ☐ | ☐ | ☐ | _____ | _____ lbs. |
| ☐ Pulling | ☐ | ☐ | ☐ | _____ | _____ lbs. |
| ☐ Lifting/carrying | ☐ | ☐ | ☐ | _____ | _____ lbs. |

(Continued on next page)

GLC-01252

LJN00984

Can the job be performed by alternating sitting and standing?
☐ Yes  ☒ No

Does the job require using the feet to operate foot controls?
☐ Yes  ☒ No   If yes, on what type of equipment?

How important is good vision in the job?
                    IMPORTANT

| What are the major tasks requiring use of one or both hands? | One Hand | Both Hands |
|---|---|---|
| SEE JOB DESCRIPTION | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**C. Information about the job as it relates to the disability**

Can the job be modified to accommodate the disability either temporarily or permanently?
☐ Yes  ☐ No   If yes, explain

Is it possible to offer the employee assistance in doing the job (through use of technology or personal assistance for example)?
☐ Yes  ☐ No   If yes, explain

**D. Attachments and Signature** (Attach a copy of the employee's job description)

Name of person completing this form

X _Judy Harrington_                    _HR Supervisor_        _11-15-13_
  Signature                             Title               Date

                                        Telephone 417-335-7262 Fax 417-348-8185

GLC-01252

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 185 of 200

LJN00985

*SKAGGS Regional Medical Center*

# Job Description

## Job Title:  Nurse Practitioner

Department:  Varies
Reports to:  Director of Physician Services
FLSA Status:  Exempt
Job Code: 7150
Effective Date: June 23, 2009

### SUMMARY:
Provides general medical care and treatment to patients in medical clinic(s), under direction of Physician, by performing the duties listed below.

### SUPERVISORY RESPONSIBILITIES:
This job has indirect supervisory responsibilities over clinical staff.

### ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Provide exceptional service and/or care to all patients, customers and team members.
- Performs physical examinations and preventive health measures within prescribed guidelines and instructions of Physician.
- Orders, interprets, and evaluates diagnostic tests to identify and assess patient's clinical problems and health care needs. Recognizes need for further screening or referral to PT, Speech, OT, Dietician, etc.
- Records physical findings, and formulates plan and prognosis, based on patient's condition.
- Discusses case with Physician and other health professionals to prepare comprehensive patient care plan.
- Submits health care plan and goals of individual patients for periodic review and evaluation by Physician.
- Prescribes or recommends drugs or other forms of treatment such as physical therapy, inhalation therapy, or related therapeutic procedures.
- Refers patients to Physician for consultation or to specialized health resources for treatment.
- Adapts care to spiritual, psychosocial, and cultural needs of patients when appropriate.
- Reports suspected abuse using hospital procedure.
- Assesses the patient and family needs for teaching and identifies patient's learning level, needs, and barriers as well as ability to comprehend instructions.
- Provides education to meet the patient or support person's needs
- Collaborates with supervising physician in the treatment and plan of care of patients

IJN00986

**Nurse Practitioner**
**Page 2**

according to parameters defined by the collaborating physician.
- Timely documents services provided to patients, signs and dates orders, use EMR efficiently, and maintain the patient's medical record accurately and timely.
- Assures that responses to patient are timely in reporting ancillary testing results and informing patient of further treatment regiments.
- Responds to physician needs for assistance as requested.
- Assists Office Manager by providing input when evaluating work performance of the clinical staff.
- Perform other duties as required.

## QUALIFICATION REQUIREMENTS:
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and abilities required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

### Education and/or Experience:
- Master's Degree

### License(s), Certification(s), Registration(s), Accreditation(s)
- Current Missouri RN License
- Current Missouri Nurse Practitioner License
- CPR

### Knowledge, Skills and Abilities:
- Ability to communicate effectively.
- Ability to read, analyze, and interpret, professional journals, technical procedures, or governmental regulations.
- Ability to write reports.
- Ability to effectively present information and respond to questions from groups of managers, employees, patients, and the general public.
- Knowledge of Microsoft Office software products, primarily Excel and Word.
- Knowledge of Database software and EMR Word Processing Software.
- Skill in operation of tools, equipment, and materials listed below.

## PERFORMANCE REQUIREMENTS:
- Prompt and regular attendance according to policy
- Comply with dress code and appearance standards.
- Interact with patients, customers, the general public, management, and team members in a professional, courteous, and tactful manner.
- Work with integrity, uphold Skaggs' mission, values, and maintain confidentiality in all situations.

LJN00987

**Nurse Practitioner**
**Page 3**

- Follow safety & security policies & procedures, immediately report suspicious activities and unsafe conditions.  Use equipment, tools & materials properly.
- Participate in all mandatory job training and meetings as directed which may include overnight travel and extended stays as applicable.
- Adhere to requirements, policies and procedures outlined in the Employee Handbook and/or other Hospital/Clinic practices.

**EQUIPMENT OPERATED:**
- General office equipment
- Computer
- Diagnostic testing equipment
- Various types of medical instruments & equipment.

**PHYSICAL DEMANDS AND WORK ENVIRONMENT:**
The physical demands and work environment characteristics described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms and talk or hear. The employee is occasionally required to stoop and kneel. The employee must regularly lift and/or move 30 pounds, frequently lift and/or move 50 pounds and occasionally lift up to up to 100 pounds.

- Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception and ability to adjust focus.

- The noise level in the work environment is usually moderate.

- The employee is frequently exposed to blood borne pathogens, body fluids, contagious diseases, blood, and bio-hazard materials.

**SELECTION GUIDELINES:**
*Formal application; verification of education, and experience; verification of license(s), certification(s), registration(s), accreditation(s) if applicable; oral interview, reference and background checks; job related tests may be required.*

LJN00988

**Nurse Practitioner**
**Page 4**

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position. The job description does not constitute an employment agreement between the Hospital/Clinic and the employee. The job description is subject to change as the needs of the Hospital/Clinic and requirements of the job change.

**Employee Signature:** I have read and agree that I can perform the essential functions of this position.

_____          _____
Print Name                    Date        Signature

_____
HR Rep. Signature             Date

**Job Description Revision History:**
_List date(s) revised: 6/2009_

LJN00989

# Walton, Parnell D

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, June 09, 2014 11:04 AM |
| **To:** | ENTRPRSERIP |
| **Subject:** | FW: Jamie Flanagan 1130226196 Peer Review Report |
| **Attachments:** | Flanagan,_J-final[1].pdf |

From: Penke, Allison
Sent: Monday, June 09, 2014 12:03:23 PM (UTC-05:00) Eastern Time (US & Canada)
To: LFGAppeals
Cc: Hastings, Reid
Subject: Jamie Flanagan 1130226196 Peer Review Report

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 190 of 200

LJN00990

**Walton, Parnell D**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, December 22, 2014 9:23 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: 1130226196 JAMIE FLANAGAN |
| **Attachments:** | GetPDF.pdf |

From: Young, Amy D. (Medical Review)
Sent: Monday, December 22, 2014 10:22:37 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: 1130226196 JAMIE FLANAGAN

Good morning!

Could you please upload the attached records.

Thank you

Amy

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 191 of 200    LIN00991

## Walton, Parnell D

From: Howe, Mary
Sent: Thursday, March 05, 2015 9:01:28 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Cc: Elder, Theresa M.
Subject: cl# 1130226196 Jamie Flanagan

Mary Carmen Howe

The Lincoln National Life Insurance Company

Insurance Solutions-Group Protection

Medical Records Coordinator

8801 Indian Hills Drive

Omaha, NE 68114

(402)361-7540

Mary.Howe@lfg.com

Hello future.®

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 192 of 200    LIN00992

2

LIN00883

## Walton, Parnell D

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, March 09, 2015 10:26 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Jamie Flanagan |
| **Attachments:** | GetPDF.pdf |

From: Howe, Mary
Sent: Monday, March 09, 2015 11:26:10 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Cc: Machian, Mike
Subject: Jamie Flanagan

These are the records that should have been sent to Intake Mike. I do not know why they didn't complete but I'll send them over again.

Case 3:17-cv-05060-MDH    Document 35-5    Filed 05/15/18    Page 194 of 200    LIN00994

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, April 17, 2015 12:33 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Disability paperwork Jamie Flanagan |
| **Attachments:** | New Doc 30.pdf |

From: Machian, Mike
Sent: Friday, April 17, 2015 1:33:14 PM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: Disability paperwork Jamie Flanagan

From: Jamie Flanagan [mailto:jamieandjason0306@gmail.com]
Sent: Friday, April 17, 2015 12:27 PM
To: Machian, Mike
Subject: Disability paperwork Jamie Flanagan

Mike,

My doctor wanted to do the paperwork later as he was very busy the day I went to see him. I should have it within the week. Also, my printer is not working so all I could do was the scanner on my phone which you told me you hate, but I wanted to give you what I could today and get the correct most accurate address to send these to so I can get them to you as soon as possible. Please let me know today and I will drop them in the mail ASAP. Thank you so much,

Jamie

LIN00995

**Walton, Parnell D**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, July 01, 2015 9:27 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: 1130226196 jamie flanagan |
| **Attachments:** | GetPDF.pdf |

**From:** Young, Amy D. (Medical Review)
**Sent:** Wednesday, July 01, 2015 10:26:31 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1130226196 jamie flanagan

Please upload the attached records into AWD.
Thank you
Amy

1

Case 3:17-cv-05060-MDH     Document 35-5     Filed 05/15/18     Page 196 of 200

LIN00996

# Walton, Parnell D

**From:** Disability Claims
**Sent:** Wednesday, July 22, 2015 12:07 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: Release of information - Dr. Hopewell
**Attachments:** New Doc 34.pdf

---

**From:** Machian, Mike
**Sent:** Wednesday, July 22, 2015 1:07:26 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Release of information - Dr. Hopewell

1130226196

**From:** Jamie Flanagan [mailto:jamieandjason0306@gmail.com]
**Sent:** Wednesday, July 22, 2015 12:05 PM
**To:** Machian, Mike
**Subject:** Release of information - Dr. Hopewell

Mr. Machian,

Can you please let me know you received this and that it is what you need? If it needs to be changed or something different, let me know.

Thank you,

Jamie Flanagan

1

LIN00997

# Walton, Parnell D

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, August 25, 2015 11:21 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: 1130226196 Jamie Flanagan |
| **Attachments:** | GetPDF.pdf |

**From:** Young, Amy D. (Medical Review)
**Sent:** Tuesday, August 25, 2015 12:20:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1130226196 Jamie Flanagan

Please upload the attached records into AWD
Thank you
Amy

1

LIN00998

**Walton, Parnell D**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, October 01, 2015 4:26 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: (secure) |
| **Attachments:** | 443000719719.pdf |

**From:** Machian, Mike
**Sent:** Thursday, October 01, 2015 5:26:12 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (secure)

1130226196

**From:** Machian, Mike
**Sent:** Thursday, October 01, 2015 4:25 PM
**To:** 'Jamie Flanagan'
**Subject:** (secure)

**From:** Jamie Flanagan [mailto:jamieandjason0306@gmail.com]
**Sent:** Thursday, October 01, 2015 11:51 AM
**To:** Machian, Mike
**Subject:** Letter

Mike,

Can you please send me a copy of the letter they are mailing me via email?

Thanks

Jamie

1

LIN00999

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, March 10, 2016 2:25 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: J FLANAGAN 1130226196 Final Review Report |
| **Attachments:** | Jamie Flanagan 1130226196.pdf |

**From:** Chappelear, Samantha
**Sent:** Thursday, March 10, 2016 3:24:32 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Rush, Virginia
**Subject:** J FLANAGAN 1130226196 Final Review Report

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Samantha Chappelear**
**Appeals, Support Coordinator**
**Group Protection Claims Solutions**
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68144
Toll Free: 1-800-423-2765
Phone: 402-361-2768
Fax: 402-951-0752
Email: Samantha.Chappelear@lfg.com

You're In Charge℠

Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Case 3:17-cv-05060-MDH   Document 35-5   Filed 05/15/18   Page 200 of 200   LIN001000