**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| JAMIE S. FLANAGAN | ) |
| | ) |
|           **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | )   **Case No.: 17-CV-05060-MDH** |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
|           **Defendant.** | ) |

## CERTIFICATE OF SERVICE

Comes now Plaintiff by and through counsel, Rick S. Vasquez, and hereby certifies that a true and accurate copy of Plaintiff's Motion for Summary Judgment was forwarded by electronic service via ECF this 15th day of May 2018, to the following:

Steven J. Silver
Attorney for Defendant
ssilver@pierceatwood.com

AnnRene S. Braun
Attorney for Defendant
Annrene.braun@ogletree.com


        /s/ Rick S. Vasquez_____ ____

        Rick S. Vasquez #41317
        1736 E. Sunshine Suite 103
        Springfield, Missouri 65804
        417- 889-7735
        417-889-7096 – Facsimile
        Attorney for Plaintiff