**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| JAMIE S. FLANAGAN )<br><br>**Plaintiff,** )<br><br>)<br>)<br>**v.** )  **Case No.:  17-CV-05060-MDH**<br>)<br>**THE LINCOLN NATIONAL LIFE** )<br>**INSURANCE COMPANY** )<br>)<br>**Defendant.** ) | |

## CERTIFICATE OF SERVICE

      Comes now Plaintiff by and through counsel, Rick S. Vasquez, and hereby certifies that a true and accurate copy of Plaintiff's Statement of Undisputed Facts, applicable law and Argument in Support of Motion for Summary Judgment was forwarded by electronic service via ECF this 15th day of May 2018, to the following:

Steven J. Silver
Attorney for Defendant
ssilver@pierceatwood.com

AnnRene S. Braun
Attorney for Defendant
Annrene.braun@ogletree.com

        /s/ Rick S. Vasquez_____ ____

        Rick S. Vasquez #41317
        1736 E. Sunshine Suite 103
        Springfield, Missouri 65804
        417- 889-7735
        417-889-7096 – Facsimile
        Attorney for Plaintiff