

EXHIBIT

B

# Brandy Thomas, MA, CRC

## Education

Degree: Masters of Arts
Major: Rehabilitation Counseling

Degree: Bachelor of Arts
Major: Rehabilitation Services

## Licensure and Certifications

Certified Rehabilitation Counselor, Current

## Experience

| Lincoln Financial Group | February 2014 to Present |
| Vocational Rehabilitation Consultant | |
| | |
| Vocational Rehabilitation Counselor | 2007 to 2014 |