**JUDGMENT IN A CIVIL CASE**

*UNITED STATES DISTRICT COURT*

| | |
|---|---|
| Jamie S. Flanagan, | ) |
| | ) |
| | ) |
| vs. | )    Case No. 17-5060-CV-SW-MDH |
| | ) |
| | ) |
| The Lincoln National Life Insurance Company, | ) |
| | ) |

___    Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED and ADJUDGED** the Court **DENIES** Defendant's motion for summary judgment and **GRANTS** Plaintiff's motion for summary judgment. Plaintiff is entitled to judgment as a matter of law on this claim and shall be awarded such sums that are fair and reasonable under the effective policy of insurance, including back pay to the date the benefits were terminated as of November 24, 2015, and pay from the entry of Judgment herein forward. Plaintiff is also entitled to interest on the unpaid benefits from the date each payment became due, reasonable attorneys' fees and any costs expended.

**IT IS SO ORDERED**.

 December 11, 2018         
Date

 Paige Wymore-Wynn 
Clerk of Court

Entered on:  December 6, 2018  

 s/Linda Howard  
(By) Deputy Clerk